# EXHIBIT 1

# TO VERIFIED COMPLAINT

Minutes of meeting of Kentucky Colonels called by Governor Flem D. Sampson and held in Reception Room at State Capitol, Frankfort, Kentucky, Saturday, 4:00 P.M., May 2nd, 1931.

The meeting was formerly opened by Governor Sampson. He outlined in brief the purpose of this meeting which is to formulate a society or organization to restore the grandeur and sentiment of the original Kentucky Colonel; to more closely band together this group into a great non-political brotherhood for the advancement of Kentucky and Kentuckians; to adopt uniforms, medallions, insignia, seals, constitution and by laws and a Declaration of Principles. It was, also, the Governors desire to have this group take active part in uniform, if possible, at all future State occasions such as receptions, both State and social, the inaugeration of future Governors, etc.

On nomination of Colonel Charles W. Logan, seconded by Colonel Robert P. Dixon, Jr., Colonel F. W. Vinson was unanimously elected temporary Chairman. Colonel R. H. Ziehm was unanimously elected temporary Secretary on nomination by Col. Andrew H. Morris, Sr., seconded by Col. Charles W. Logan. Col. John Skain, on nomination by Col. A. H. Morris, Sr. and seconded by Col. Charles W. Logan, was unanimously elected temporary Treasurer.

Col. Vinson, on assuming the chair, outlined tentative plans of organization which were as follows: The election of other temporary officers to serve until our next meeting which is to be held in Louisville, Kentucky on Saturday, May 23rd, the exact time and place to be decided later; the appointing of three committees, namely, a Committee of three on Articles of Incorporation, a Committee of three on Uniforms and Insignia and a Committee of five on Constitution and By Laws. These Committees are to have their reports ready for meeting of May 23rd,

That we should incorporate this body and give to it's members the distinction due each one so honored by a Commission as a Kentucky Colonel, and could not mean nearly so much; because of this honor they are regarded highly in their own country and on their arrival here are treated with high honor and respect. In most instances a Kentucky Colonel has done much more to deserve his appointment and the honor it should carry.

Minutes Continued--Page #2

After outlining his ideas and suggestions, as shown above, Col. Vinson called on each Colonel for his particular ideas and suggestions, which were given and were along the lines of the original suggestions except that the matter of this being a non-political group, and that it should and will be so kept, was stressed.

Col. Benjamin Berman was then called on to explain his suggestions and the research he has conducted on uniforms, medallions and insignia. After reading his report, which was most intelligent, he exhibited cut outs and copies of medallions and insignia which were received with much favorable comment and a desire to have objects of this type adopted. He, also, answered many questions and gave an explanation of some of the medallions and insignia used in foreign countries, after which a general discussion was held.

To provide for the future it was recommended that Committees be appointed to carry out all necessary detail of organization before the meeting of May 23rd, 1931. These Committees as appointed are: Committee on Articles of Incorporation, Colonels H. G. Hightower, Charles W. Logan, C. C. Regan; Committee on Uniforms and Insignia, Colonels Benjamin Berman, F. E. Galloway, R. H. Ziehm; Committee on Constitution and By Laws, Colonels John Skain, A. H. Morris, Sr., Ben Snyder, J. F. Firth and W. W. Winslow.

It was moved by Col. H. G. Hightower and seconded by Col. C. W. Logan that the Committees as appointed be accepted. This motion was passed unanimously.

After discussion it was voted to meet in Louisville, Kentucky on Saturday, May 23rd, 1931, the exact time and place to be decided later, to invite all Colonels and it was, also, decided to invite all former Governors.

To take care of the initial expenses such as postage, stenographic hire, stationary and incidental expense Col. Ben Snyder donated fifty dollars ($50.00) for which he was highly complimented by the assembled group.

There being no further business the meeting adjourned at 6:30 P. M.

_R. H. Ziehm_
Col. R. H. Ziehm, Secretary