# EXHIBIT 3
# TO VERIFIED COMPLAINT
# (FILED UNDER SEAL)

# MOTION PENDING