# EXHIBIT 5

# TO VERIFIED COMPLAINT

WIKIPEDIA

# Kentucky Colonel

**Kentucky Colonel** is the highest title of honor bestowed by the Commonwealth of Kentucky. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions to Kentucky society, remarkable deeds, and outstanding service to a community, state, or the nation. The Governor of Kentucky bestows the honor of a colonel's commission, by issuance of letters patent.



Historic Coat of Arms

## Contents

**History**
    Official modern role

**Recipients**
    Nominations

**Kentucky colonel organizations**
    Kentucky Colonels International
    The Honorable Order of Kentucky Colonels

**Colonel toast**

**Cultural influence**
    Business
    Sports
    Music

**See also**

**References**
    Bibliography

**External links**

## History

The title "Kentucky Colonel" was formalized in 1813, but it was previously used informally to refer to people with honored reputations, often related to military service in the American Revolution. It was also often associated with landowners respected in their communities.[1] When the Kentucky Militia was deactivated following the War of 1812, Governor Isaac Shelby commissioned Charles Stewart Todd, one of his officers in the campaign, as an aide-de-camp on the Governor's Staff with the rank and grade of colonel.[1]

Early colonels served military roles in the state. In the latter part of the 19th century, the position took on a more ceremonial function. Colonels in uniform attended functions at the Governor's mansion and stood as symbolic guards at state events. By the late 19th century, the title had become more of an honorary one. Since commissioned Kentucky Colonels are considered honorary aides-de-camp to the Governor and members of his staff, all are entitled to the style of "Honorable" as indicated on their commission certificates. This is rarely used, however; Kentucky colonels are usually just referred to and addressed as "Colonel". In writing, usage is *Kentucky colonel* when the term is not being used as a specific title for an individual.[2][3][4][5]

In 1885, Governor William O'Connell Bradley commissioned the first honorary Kentucky colonels as a meritory award bestowed upon citizens for their individual contributions to the state, good deeds, and noteworthy actions. In 1890, a book was published by Opie Read, called 'A Kentucky Colonel' which evolved a new public perception of what a Kentucky colonel was, posing himself more as a refined, well-mannered southern gentleman, rather than a figure in the Kentucky militia. This view was further established by Zoe Anderson Norris with a series of twelve stories (https://exploreuk.uky.edu/catalog/xt7tht2g8079_49#page/1/mode/1up) published in *The Sun* (New York) in 1905 describing scenes and incidents in a Kentucky Colonel's life in the Southland, adding to the allure of the somewhat mythical life of the most distinguished Kentucky colonels.[6]

In the late 1920s into early 1930s, Kentucky colonels began to come together to form sociopolitical, fraternal organizations, founding the Honorable Order of Kentucky Colonels in 1932 by Gov. Ruby Laffoon.[7]

Prior to 1932, only about 1,000 people had received commissions as Kentucky colonels. Governor Ruby Laffoon, in office from 1931 to 1935, dramatically increased the number of colonels by issuing more than 5,000 commissions; one of the most famous of these was restaurateur Harland Sanders, who was commissioned in 1935. When Governor Happy Chandler took office in 1935, he took a much different view on the distinction of a Kentucky colonel commission. Governor Chandler issued only about a dozen new commissions annually on Derby Day. Governor Keen Johnson followed Governor Chandler's lead during his time in office from 1939 to 1943, commissioning only those select individuals who were deemed to have exhibited noteworthy accomplishments and outstanding service to a community, state or the nation.[8] The subsequent governors, however, were typically much more liberal in issuing Kentucky colonel commissions.

Under Governor Steve Beshear in 2008, so many commissions were being issued that state budget cuts led to a major change in the design of the commission certificate, the governor issued as many as 16,500 colonelships.[9] The certificate was downsized from the 10-by-15-inch (25 by 38 cm) size to 8.5 by 14 inches (22 by 36 cm). The wording remained the same on the certificate; however, the traditional gold seal and ribbon were replaced with a state seal that is embossed. Reducing materials for the new certificates was expected to save $5,000; the substantial savings was for excluding the labor formerly needed to apply the gold seal and ribbon by hand. The Honorable Order of Kentucky Colonels objected to the changes in the certificates, and the order offered to pay $5,000 a year to keep the traditional certificates. Due to the substantial savings in labor to produce the new certificates, the Secretary of State's office proceeded with the changes.[10]

## Official modern role

Today, Kentucky colonels serve the Commonwealth of Kentucky officially as its goodwill ambassadors that are responsible for preserving the traditions, culture, and customs of the state. Because they are issued letters patent by the head-of-state colonels as goodwill ambassadors, they are legally charged with promoting the interests of the state, tourism, economic development, and its prosperity under the duly elected governor. Colonels are found to frequently become involved in volunteerism and community service with non-profit causes and events inside and outside of Kentucky.[11]

## Recipients

The honor has been given to a broad variety of notable people – including various celebrities, artists, writers, athletes, performers, businesspeople, US and foreign politicians, and members of foreign royal families – some of whom have no obvious connection to Kentucky.[12] It has also been bestowed upon various people who are not generally considered especially notable – they have been people from "all walks of life",[1] as the selection process is intended to identify those with a reputation for high moral standards and a record of noteworthy accomplishments.

### Nominations

An individual can only become a Kentucky colonel if they are nominated by another colonel or personally identified by the Commonwealth's governor or his staff to be recognized with the award. In 2014 Governor Matt Bevin changed the nomination process so that only 'active colonels' who make annual contributions to the charitable organization, The Honorable Order of Kentucky Colonels could make nominations.[13] In 2019, the unincorporated fraternal membership organization Kentucky Colonels International raised concerns over the changes instituted by Governor Bevin indicating that the commission is a lifetime appointment as an honorary award that should not require colonels who have received the honorable title to donate annually in order to make nominations and retain their status or privileges.[14]

## Kentucky colonel organizations

Today there are a number of charitable, fraternal, and social organizations around the world that are either dedicated to, show deference to, or provide fellowship to Kentucky colonels. The social formation of these organizations created by those who have received the title has been facilitated by the use of social media allowing new fellowships and chapters to be created. There are currently organized fellowships (civil societies) located in the United Kingdom, Philadelphia, New York, Switzerland,[15] Spain, Toronto, Germany, and several other places.[16][17] Such groups have sometimes teamed together to support humanitarian causes like tornado disaster relief in Kentucky in 2012 and in Oklahoma in 2013. This has resulted in individuals spreading social media messages using Facebook diplomacy to generate goodwill towards the state of Kentucky and further recognition of the honorary title.[18]

### Kentucky Colonels International

One of these organizations is Kentucky Colonels International[19][20] which was a part of Globcal International[21] until January 2020. The membership organization originally started in 1998 and was active online until 2001.[22] In 2009, the organization reappeared on Facebook as a non-state decentralized civil society organization which lists, promotes and connects various organizations,

international chapters, and online groups that have been developed and identified in the sphere of the Internet and the social media.[14] In January 2020 the organization reformed, incorporating itself as an assumed name corporation of Ecology Crossroads[23] (a Kentucky nonprofit). By February, they had set-up a commission of nine Kentucky colonels charged with the task of reorganizing the development as a brotherhood and fellowship of Kentucky colonels operating as a membership organization under the First Amendment of US Constitution, the US Code, and Kentucky law.[24] Their commission includes some of the original members, most notable of their officers are American folk musician, J.D. Wilkes of Paducah, Kentucky and Karen S. Cantrell[25] of Rancho Mirage in California. Col. Cantrell is also the president of the United Nations Association of the Coachella Valley who has been well-noted for her work in philanthropy.[26] The organization is decentralized using the Internet, has a website, blog, social media groups, and maintains its mailing address in Richmond, Kentucky.[20] According to their blog the organization's existence and formation has been challenged by the Honorable Order of Kentucky Colonels in 2001, 2016 and in 2019.[23]

### The Honorable Order of Kentucky Colonels

The Honorable Order of Kentucky Colonels (HOKC) is the largest and most well-known organization of Kentucky colonels; the organization maintains a very impressive supporter list. After a person receives a commission, they automatically become an honorary lifetime member of organization which is located in Louisville, Kentucky. Recipients are invited to donate and participate in charitable efforts throughout the state.[1][27] The Governor of Kentucky serves as the "Commander-in-Chief" of the Honorable Order, and its board of trustees recognized as its 'Generals' serve on a volunteer basis.[1] The mission of the organization is to aid and promote the Commonwealth of Kentucky and its citizens.[28] The organization raises money to support Kentucky charities, educational organizations, and to conduct other good works that will help the citizens of Kentucky. The organization's charitable efforts have also sometimes extended past the borders of the Commonwealth, such as contributing to natural disaster relief in neighboring states. By 1979, annual donations exceeded $500,000, and by 1992, they exceeded $1 million.[7] In 2019 the organization made grants to 265 organizations in the state in excess of 2.1 million dollars.[29]

An early example of charitable activities organized by the charitable organization was relief efforts for the Ohio River flood of 1937, which had a devastating effect on northern Kentucky and other states along the Ohio River. Colonels Fred Astaire, Eddie Cantor, and Irving Mills were especially instrumental in fund-raising for this project.[30]

## Colonel toast

In 1936, New York advertising agency owner Colonel Arthur Kudner wrote a toast to Kentucky colonels. The toast was quickly adopted by the HOKC, and it was widely promoted and published for use by colonels. The toast has since been ceremoniously presented at each of the Kentucky Colonels' Derby Eve Banquets:

> I give you a man dedicated to the good things of life, to the gentle, the heartfelt things, to good living, and to the kindly rites with which it is surrounded. In all the clash of a plangent world he holds firm to his ideal – a gracious existence in that country of content "where slower clocks strike happier hours". He stands in spirit on a tall-columned veranda, a hospitable glass in his hand, and he looks over the good and fertile earth, over

> ripening fields, over meadows of rippling bluegrass. The rounded note of a horn floats through the fragrant stillness. Afar, the sleek and shining flanks of a thoroughbred catch the bright sun. The broad door, open wide with welcome … the slow, soft-spoken word … the familiar step of friendship … all of this is his life and it is good. He brings fair judgment to sterner things. He is proud in the traditions of his country, in ways that are settled and true. In a trying world darkened by hate and misunderstanding, he is a symbol of those virtues in which men find gallant faith and of the good men might distill from life. Here he stands, then. In the finest sense, an epicure … a patriot … a man. Gentlemen, I give you, the Kentucky Colonel.[31][32]

## Cultural influence

Those who have received the commission of the Kentucky Colonel have often used the title to promote their business or ideals while promoting the state and its traditions resulting in developing a long term impact on Kentucky culture associated with the honor.

### Business

The title of the founder and symbolic icon of the fast-food restaurant chain KFC, Colonel Harland Sanders, comes from his status as a Kentucky colonel. He became so well known that he was sometimes referred to simply as "The Colonel".

Another example of use of the Kentucky colonel title in business marketing is seen in the ongoing historic association between Kentucky and bourbon whiskey production. As of 2013, approximately 95 percent of all bourbon was produced in Kentucky, and the state had 4.9 million barrels of bourbon in the process of aging.[33][34] The historic distiller James B. Beam is referred to as "Colonel James B. Beam" for the marketing of the Jim Beam brand (the largest-selling brand of bourbon).[35] The Sazerac Company similarly refers to the distiller Albert Blanton as "Colonel Blanton" for their marketing of the Blanton's brand. In both cases, the "Colonel" title refers to being a Kentucky colonel. A brand of Kentucky bourbon called Kentucky Colonel was produced in the 1980s,[36] and at least two current brands of Kentucky bourbon have the word "Colonel" in their name, the Colonel E. H. Taylor and Colonel Lee bourbon brands.

### Sports

A number of sports teams in Kentucky, especially in Louisville, its largest city, have been known as the Kentucky Colonels or the Louisville Colonels. These include the Kentucky Colonels professional basketball team of 1967–1976, the Kentucky Colonels professional basketball team of 2004, and the Eastern Kentucky Colonels athletic teams of Eastern Kentucky University.

### Music

A popular bluegrass band of the 1960s was also called the Kentucky Colonels. It included Clarence White, who was later with The Byrds and who also worked extensively as a session musician with various highly prominent performers.

## See also

- Colonel (title)
- Titles of honor
- Goodwill ambassador
- Nebraska Admiral
- Arkansas Traveler
- Rhode Island Commodore
- Order of the Long Leaf Pine (of North Carolina)
- Order of the Palmetto (of South Carolina)
- Sagamore of the Wabash (of Indiana)
- Kentucky Colonels (disambiguation)

## References

1. Kentucky Colonels (http://www.sos.ky.gov/admin/Executive/Pages/Kentucky-Colonels.aspx) Commonwealth of Kentucky. Retrieved September 28, 2013.
2. Dictionary definition #3 (http://dictionary.reference.com/browse/colonel).
3. Kentucky colonel definition (http://dictionary.reference.com/browse/Kentucky+colonel).
4. Websters Dictionary (http://www.websters-dictionary-online.com/definitions/colonel?cx=partner-pub-0939450753529744%3Av0qd01-tdlq&cof=FORID%3A9&ie=UTF-8&q=colonel&sa=Search#906) Archived (https://web.archive.org/web/20110718015833/http://www.websters-dictionary-online.com/definitions/colonel?cx=partner-pub-0939450753529744%3Av0qd01-tdlq&cof=FORID%3A9&ie=UTF-8&q=colonel&sa=Search) July 18, 2011, at the Wayback Machine.
5. Kentucky Virtual Library (http://kdl.kyvl.org/static/books/kyetexts/kyetexts_KUK-b92-92-27695147.html).
6. "Zoe A. Norris", *Kentucky in American Letters 1784–1912*, September 1913. p 136-137.
7. "Honorable Order of Kentucky Colonels Timeline" (https://web.archive.org/web/20070929034825/http://kycolonels.org/index.cgi?id=34). Archived from the original (http://kycolonels.org/index.cgi?id=34) on September 29, 2007. Retrieved September 5, 2007.
8. "You Too Can Be an Admiral", *Youngstown Vindicator*, August 3, 1947. A-6.
9. "In the Company of Colonels - Lane Report | Kentucky Business & Economic News" (https://www.lanereport.com/14663/2008/10/in-the-company-of-colonels/). Retrieved January 19, 2020.
10. "Budget Strains Pare Back Kentucky Colonel Commissions" (http://www.wkyt.com/news/headlines/19053949.html) Archived (https://web.archive.org/web/20160303234515/http://www.wkyt.com/news/headlines/19053949.html) March 3, 2016, at the Wayback Machine, Associated Press, May 19, 2008
11. Grundhauser, Eric (November 8, 2017). "You Can't Be Knighted in the U.S., But You Can Be Named a Sagamore of the Wabash" (http://www.atlasobscura.com/articles/sagamore-commodore-colonel-ceremonial-title-honorary). *Atlas Obscura*. Retrieved January 19, 2020.
12. "Kentucky Colonel" (https://www.nndb.com/honors/256/000163764/). *www.nndb.com*. Retrieved January 19, 2020.
13. "Governor announces changes to Kentucky Colonel nomination process" (http://www.wkyt.com/content/news/Governor-announces-changes-to-Kentucky-Colonel-nomination-process-381997951.html). *WKYT*. Retrieved September 28, 2017.
14. Wright, David J. "Kentucky Colonels: Advocates of Fair-Play and Honor" (https://blog.globcal.net/2019/11/kentucky-colonels-advocating-honor.html). *Globcal International Blog*. Retrieved January 19, 2020.
15. "Kentucky Colonels Switzerland - Homepage" (https://kycolonels.ch/). *kycolonels.ch*. Retrieved January 19, 2020.

16. Facebook (https://facebook.com/), Facebook Search, February 12, 2020
17. "Kentucky Colonels International - Resources" (https://kycolonels.international/resources). *kycolonels.international*. Retrieved February 12, 2020.
18. Kentucky Colonel gives back to tornado victims, *WHAS11*, June 5, 2013, Community (http://www.whas11.com/community/Kentucky-Colonel-gives-back-to-tornado-victims-210328301.html) Archived (https://web.archive.org/web/20130927121350/http://www.whas11.com/community/Kentucky-Colonel-gives-back-to-tornado-victims-210328301.html) September 27, 2013, at the Wayback Machine
19. Kentucky Colonels International (https://facebook.com/KentuckyColonels), Facebook public page
20. "Kentucky Colonels International" (https://kycolonels.international/). *kycolonels.international*. Retrieved February 12, 2020.
21. "Kentucky Colonels" (https://colonels.globcal.net/). *colonels.globcal.net*. Retrieved January 19, 2020.
22. "Kentucky Colonel Home Page and Registry" (https://web.archive.org/web/20010721140037/http://www.colonel.org/). *web.archive.org*. July 21, 2001. Retrieved February 12, 2020.
23. "Kentucky Colonels International: Restoring Traditions and Customs" (https://blog.kycolonels.international/2020/02/restoring-tradition-in-kentucky.html). *Kentucky Colonels International*. Retrieved February 12, 2020.
24. "Ecology Crossroads" (https://eco.globcal.net/). *eco.globcal.net*. Retrieved February 12, 2020.
25. "Kentucky Colonels: Past, Present and Future" (https://blog.kycolonels.international/2020/02/kentucky-colonels-international-news-release.html?fbclid=IwAR2QyMksQycWHP831ZL6Qb3UiOypeXOwIXUrXa1bOKg8nym1C0GZ6g4l6h8). *Kentucky Colonels International*. Retrieved February 12, 2020.
26. "Karen S. Cantrell" (https://cantrell.globcal.net/). *cantrell.globcal.net*. Retrieved February 12, 2020.
27. "Home - Kentucky Colonels" (http://www.kycolonels.org/). *Kentucky Colonels*. Retrieved May 4, 2017.
28. Mission Statement of The Honorable Order of Kentucky Colonels (http://kycolonels.org/index.cgi?id=49) Archived (https://web.archive.org/web/20110727012300/http://kycolonels.org/index.cgi?id=49) July 27, 2011, at the Wayback Machine (access date May 2011).
29. "KY Colonels to give $2.1M to support non-profit organizations throughout the commonwealth - Lane Report | Kentucky Business & Economic News" (https://www.lanereport.com/117012/2019/09/ky-colonels-to-give-2-1m-to-support-non-profit-organizations-throughout-the-commonwealth/). Retrieved January 19, 2020.
30. Fred Astaire Danced for Kentucky (http://kycolonels.org/fred-astaire/) Archived (https://web.archive.org/web/20131005054053/http://kycolonels.org/fred-astaire/) October 5, 2013, at the Wayback Machine, Honorable Order of Kentucky Colonels official web site.
31. Porter, Marion. *Howdy Colonel*. 1947. p8.
32. Colonel Toast (http://kycolonels.org/colonel-toast/) Archived (https://web.archive.org/web/20121107023607/http://kycolonels.org/colonel-toast/) November 7, 2012, at the Wayback Machine, Speech, *Kentucky Derby 1936*, Colonel Arthur Kudner
33. Maker's Mark to restore alcohol content of whiskey (https://www.usatoday.com/story/news/nation/2013/02/17/makers-mark-restore-proof/1926081/), *USA Today*, February 17, 2013.
34. Schreiner, Bruce, "Kentucky Bourbon Trail Expands to Include Stop in Downtown Louisville (http://www.brandonsun.com/business/breaking-news/kentucky-bourbon-trail-expands-to-include-stop-in-downtown-louisville-206820581.html?thx=y) Archived (https://archive.is/20130628200445/http://www.brandonsun.com/business/breaking-news/kentucky-bourbon-trail-expands-to-include-stop-in-downtown-louisville-206820581.html?thx=y) June 28, 2013, at Archive.today", *Associated Press*, May 9, 2013.
35. Beveragenet Reference (http://www.beveragenet.net/cheers/1998/0998/998burbn.asp) URL last accessed April 11, 2008. Archived (https://web.archive.org/web/20060501085333/http://www.beveragenet.net/cheers/1998/0998/998burbn.asp) May 1, 2006, at the Wayback Machine
36. "Kentucky Colonel 4 Year Old - 1980s" (http://www.timeswhiskyclub.com/whiskies/kentucky-colonel-distillery-co/kentucky-colonel-4-year-old-1980s-whiskey/). Retrieved October 21, 2017.

## Bibliography

- Carl Edwin Lindgren. Honorable Order of Kentucky Colonels (February/March 2001). *Il Mondo del Cavaliere*, Vol. I, No. 1, p. 14. ISSN 1592-1425 (https://www.worldcat.org/search?fq=x0:jrnl&q=n2:1592-1425).

## External links

- Website of The Honorable Order of Kentucky Colonels (https://kycolonels.org/)
- Kentucky Secretary of State's site regarding the Order (http://sos.ky.gov/admin/Executive/Pages/Kentucky-Colonels.aspx)
- Website of Kentucky Colonels International (https://kycolonels.international/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Kentucky_Colonel&oldid=940408590"

**This page was last edited on 12 February 2020, at 11:10 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.