# EXHIBIT 6

# TO VERIFIED COMPLAINT

**Kentucky Colonels International** was mentioned in a post.

**pillar** **Pillar**
September 23 ·

We'd like to thank the **Kentucky Colonels International** for awarding **Pillar** a $10,000 grant for the purchase of a new vehicle for our transportation department. THANK YOU!

#pillarsupportky #GoodWorksProgram #thankyou

👍❤️😮 34                                    2 Shares

👍 Like            💬 Comment            ↗ Share

