# EXHIBIT 7

# TO VERIFIED COMPLAINT



DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

## kycolonels.org

Updated 6 days ago

**Interested in similar domains?**

| kcolonels.com | Buy Now |
| kcolonels.net | Buy Now |
| nccolonels.com | Buy Now |
| kyclnls.net | Buy Now |
| kycolonelsclub.com | Buy Now |
| thekycolonels.com | Buy Now |
| nccolonels.net | Buy Now |
| kyclnls.com | Buy Now |

### Domain Information

| Domain: | kycolonels.org |
| Registrar: | Network Solutions, LLC |
| Registered On: | 2000-09-29 |
| Expires On: | 2021-09-29 |
| Updated On: | 2018-04-21 |
| Status: | clientTransferProhibited |
| Name Servers: | ns.bluegrass.net<br>ns1.bluegrass.net |

### Registrant Contact

| State: | FL |
| Country: | US |

### Raw Whois Data

```
Domain Name: KYCOLONELS.ORG
Registry Domain ID: D36901669-LROR
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://www.networksolutions.com
Updated Date: 2018-04-21T07:09:45Z
Creation Date: 2000-09-29T19:45:59Z
Registry Expiry Date: 2021-09-29T19:45:59Z
Registrar Registration Expiration Date:
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization:
Registrant State/Province: FL
Registrant Country: US
Name Server: NS.BLUEGRASS.NET
Name Server: NS1.BLUEGRASS.NET
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2020-02-12T05:38:18Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of

The Registrar of Record identified in this output may have an RDDS service that can be queried for additional info
```

.space $24.88 $1.88

BUY NOW

*Offer ends 29th February 2020

**On Sale!**



.EU @ $3.88 $8.88



**related domain names**

networksolutions.com    web.com    icann.org    bluegrass.net

**Domains**
- Register Domain Name
- Transfer Domain Name
- View Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain
- Domain Offers

**Hosting & Products**
- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Linux Reseller Hosting
- Windows Reseller Hosting
- Dedicated Servers
- Managed Servers
- Cloud Hosting
- Website Builder
- Business Email
- Enterprise Email
- G Suite
- SSL Certificates
- Sitelock

**Infrastructure**
- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

**Support**
- View Knowledge Base
- Contact Support
- Report Abuse
- About Whois

**Follow Us**

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved    Privacy Policy | Legal Agreement