# EXHIBIT 8

# TO VERIFIED COMPLAINT

2/18/2020
Case 3:20-cv-00132-RGJ    Document 1-8    Filed 02/20/20    Page 2 of 3 PageID #: 93
Whois kycolonels.international

 **Whois** Identity for everyone

WHOIS

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

# kycolonels.international

Updated 1 second ago ⟳

## Domain Information

| | |
|---|---|
| Domain: | kycolonels.international |
| Registrar: | Google Inc. |
| Registered On: | 2020-01-20 |
| Expires On: | 2021-01-20 |
| Updated On: | 2020-01-25 |
| Status: | clientTransferProhibited |
| Name Servers: | ns-cloud-e1.googledomains.com |
| | ns-cloud-e2.googledomains.com |
| | ns-cloud-e3.googledomains.com |
| | ns-cloud-e4.googledomains.com |

## Registrant Contact

| | |
|---|---|
| Organization: | Contact Privacy Inc. Customer 1246303987 |
| State: | ON |
| Country: | CA |

## Raw Whois Data

Domain Name: kycolonels.international
Registry Domain ID: fd0f81c47d9342cea831d7d3d012b620-DONUTS
Registrar WHOIS Server: whois.donuts.co
Registrar URL: http://domains.google.com
Updated Date: 2020-01-25T20:23:20Z
Creation Date: 2020-01-20T20:23:17Z
Registry Expiry Date: 2021-01-20T20:23:17Z
Registrar: Google Inc.
Registrar IANA ID: 895
Registrar Abuse Contact Email: **registrar-abuse**@google.com
Registrar Abuse Contact Phone: +1.8772376466
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Contact Privacy Inc. Customer 1246303987
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: ON
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY

### Interested in similar domains?

kcolonels.com — Buy Now

kcolonels.net — Buy Now

nccolonels.com — Buy Now

kyclnls.net — Buy Now

kycolonelsclub.com — Buy Now

thekycolonels.com — Buy Now

nccolonels.net — Buy Now

kyclnls.com — Buy Now

.space
$~~24.88~~ $1.88

BUY NOW

*Offer ends 29th February 2020



**On Sale!**

.EU @ $3.88 $~~8.88~~

Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information o
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on
Name Server: ns-cloud-e1.googledomains.com
Name Server: ns-cloud-e2.googledomains.com
Name Server: ns-cloud-e3.googledomains.com
Name Server: ns-cloud-e4.googledomains.com
DNSSEC: signedDelegation
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2020-02-18T22:41:23Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Donuts Inc. provides this Whois service for information purposes, and to assist persons in obtaining





Introducing
**WORDPRESS HOSTING**
$**3.58** /mo
VIEW MORE

---

## related domain names

donuts.co    google.com    icann.org    googledomains.com    donuts.domains

### Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
G Suite
SSL Certificates
Sitelock

### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

### Follow Us

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved                    Privacy Policy | Legal Agreement