UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:20CV-132-JRW ) |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) ) |
| DEFENDANTS | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, the Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Corporate Disclosure Statement. The undersigned, counsel of record for HOKC, certifies that the Honorable Order of Kentucky Colonels, Inc. is a nonprofit, tax exempt corporation that is not owned by any other entity and does not issue shares of stock for sale to the public.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, on the 20th day of February, 2020:

Kentucky Colonels International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

      */s/ Cornelius E. Coryell II*
      *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100237649