UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. </br></br>     PLAINTIFF </br></br> v. </br></br> KENTUCKY COLONELS INTERNATIONAL, et al. </br></br>     DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 3:20CV-132-JRW |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Plaintiff, the Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, respectfully moves this Court for an Order for Leave to File Under Seal a certain exhibit to Plaintiff's Verified Complaint. As grounds for this motion, HOKC states that the documents comprising Exhibit 3 to the Verified Complaint have been designated as "confidential" by the Defendants subject to a confidentiality agreement executed by the parties. Upon information and belief, Defendants claim that those documents contain and reflect confidential information. Plaintiff believes that those documents are sufficiently important that they should be attached to the Verified Complaint and made part of the record for the Court's consideration of future motions, including Plaintiff's anticipated Motion for Temporary Restraining Order and Preliminary Injunction. While HOKC does not necessarily agree that the documents comprising Exhibit 3 are, in fact, confidential, it seeks to file Exhibit 3 under seal in order to avoid any controversy regarding the allegedly confidential nature of the documents included therein pending review by the Court and other developments.

Respectfully submitted,

*/s/* Cornelius *E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, on the 21st day of February, 2020:

Kentucky Colonels International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100237107

2