# EXHIBIT 3

# TO MOTION FOR RESTRAINING ORDER



Kentucky
Colonels
International

- Home
- ∧ About Us
  - Contact
  - First Members
- Donate
- FAQ
- ∧ News
  - Blog
  - Publicity
- Officers
- Order
- Resources

# Kentucky Colonels International

## Kentucky's Goodwill Ambassadors

Protagonists of Culture, Customs, and Tradition

# About Us

 **kycolonels.international**/aboutus

🔗
# About Kentucky Colonels International

Kentucky Colonels International is a non-profit, charitable membership organization made up of Kentucky colonels promoting and supporting other Kentucky colonels as goodwill ambassadors for the Commonwealth of Kentucky at home and abroad.

🔗
# History

Kentucky Colonels International (KCI) is an objective that began in 1998 online to extend goodwill and project fellowship internationally between the Commonwealth of Kentucky to people of other nations and states around the world, in the grand effort to bestow an official high regard upon the title of Kentucky Colonel as an internationally recognized award and proper title. The focus of KCI is upon its colonels being **legally designated as goodwill ambassadors,** nationally and internationally while being **officially recognized** as representatives of traditional Kentucky values when travelling abroad.

Kentucky Colonels International began as an idea conceived by Col. David Wright to establish **an active international membership organization** that members could participate in and perpetuate their recognition as Kentucky colonels in a dignified and professional manner. Perhaps more of an equal social order rather than as military Kentucky colonel brigade, command, sociopolitical group, or a subjective membership structure.

Between 2006 and 2009 the organization advanced its development by administering groups that were forming by Kentucky colonels for Kentucky colonels to share information and come together with other like-minded individuals. Today the organization assists and inspires other Kentucky colonels using the social media and the Internet to carry on what we have started while elevating the distinction of one another.

🔗
# Our International Commissioners

Now as an international civil society organization (iCSO) we have nine officers including **Col. Nicholas Wright, Col. Karen Cantrell, Col. Luis Cruz Diaz, Col. David Younce, Col. Michael Sher, Col. Maria Veneke, Col. Jon Meier, Col. Joshua D. Wilkes, and Col. David Wright;** all of them are considered executive council members to carry our formation forward; most of them have extensive experience in international affairs as goodwill ambassadors.

The title of "Kentucky Colonel" has come to be recognized by heads of state, at the United Nations, by international non-governmental organizations, and among royalty through these noteworthy individuals.

The organization's officers have extensive experience in human and civil rights or are cause advocates for social justice issues including the environment, migration, animal welfare, indigenous peoples, women and children. They are all coincidently Kentucky colonels, mostly from Globcal International. Globcal for those who do not know it is a non-state decentralized autonomous organization formed as a cooperative development association that works with the United Nations, sovereign states and other international organizations, it is operated by a team of over fifty goodwill ambassadors representing causes from around the world. Many of them have become Kentucky colonels over the years based on their deeds as members, some of them were already Kentucky colonels.

🔗

# Membership

To become a member in our international social fellowship a person must already behold a commission as a Kentucky colonel and make a declaration of their deed for which they received their title. There is no membership fee, all of our activities are conducted online and based on voluntary

contributions by active members and volunteers. Members are admitted based solely on providing a photograph of or with their Kentucky Colonel Commission.

In 2006 our errant group of Kentucky colonels began its journey in the social media on Facebook evolving to our current presence to pull together interested members in an association internationally to promote like-minded ideals, honor and values that are common and well-understood among Kentucky colonels. In 2009 we had 500 of 700 members living outside Kentucky with nearly 30% living overseas in our social media circles, today we are up to 3,500 members world-wide.

## 🔗 International Registry of Kentucky Colonels

Our formation was developing a Registry Project that we announced in 2018 exclusively for Kentucky Colonels that wanted to be recognized in the international theater for their achievement or use their title internationally as goodwill ambassadors. The registry (a blockchain project) first became available in November 2019 for those who were interested in receiving an additional credential and having their title recognized in a publicly searchable database. Due to budget setbacks and technical problems the project stopped to be professionally redeveloped under our sister organization the Goodwill Ambassador Foundation. The project will now formally get restarted in 2020.

The registry offers colonels a **certificate of registration, a lifetime ID card** and additional **Internet services** with Google using a credential called **IDaaS (Identity-as-a-Service)**. The electronic online directory is searchable so Kentucky colonels can have their titles verified by a third party wherever they present it.

The identity service will be compatible with Chrome, iPhone and Android it can be used with any Mac, Windows or Linux based operating system to access special Google services provided by our organization.

## Other Program Services

To better project the image of the Kentucky Colonel title and what it means to us, those who register their title (letters patent) can also demonstrate themselves through a permanent web page which we will develop and maintain on their behalf that is linked to our roster (or can connect their personal website). This is an additional service which is provided to those that live outside (or inside) the Commonwealth of Kentucky.

## More About Us

Kentucky Colonels International is currently organized and **"now is incorporated"** (as of January 30, 2020) as non-governmental and non-state fellowship association

(commission) made up of Kentucky Colonels who have been nominated and awarded the 'Honorable' title for a notable meritorious deed or participation in a newsworthy event deserving the title. The organization in formation that we are developing **involves member participation** as stakeholders, therefore there may eventually be a voluntary membership fee with accountability to our supporters for work that we do with them. Currently there are **no annual fees** for social media participants or online development provided by KCI to its members.

Membership fees or dues which may be requested (in the future) will be used to provide membership and professional public relations services for those who need them. To date we have not needed to request membership fees nor have we charged anyone for the services we provide online. Meanwhile there is a donation page here on our website to provide better social media and Internet services for our voluntary members, so we will keep up the hope that people will make donations from time to time for the services that we do provide.

🔗

# Kentucky Colonels International is not the HOKC

**Kentucky Colonels International (KCI)** is **not** the **Honorable Order of Kentucky Colonels (HOKC)** nor is it a military brigade of Kentucky colonels; all of our members have been duly recognized by the Honorable Order as supporters

or donors of their independent charitable institution. The HOKC is a private non-profit organization and registered charity in Kentucky, it is **not a state operated institution or charter** of the state, its supporters have no voting powers, participation, or personal influence over the organization or its charitable activities. As is stated in their Articles of Incorporation that are on file in Frankfort, Kentucky; "The Honorable Order of Kentucky Colonels has no members."


Report abuse

# Contact Information

 **kycolonels.international**/aboutus/contact



# Contact Kentucky Colonels International

Though we were established originally in Berea, Kentucky in 1998 at the Indian Fort Outpost, today we are a decentralized autonomous organization developed online with no physical office or street address. Legally we are an organization developed under Ecology Crossroads by Globcal International which maintains its mailing address in Richmond, Kentucky.



# Contact Us

You can contact Kentucky Colonels International seven days a week online using email or Facebook instant messaging. We provide access to membership services to those who are active in the social media on Facebook, Google, LinkedIn, Workplace and Twitter. In 2020 we are beginning an initiative with the United Nations Sustainable Development Goals and UNESCO where members will be able to connect with one another and take actions as Kentucky colonels on the behalf of the Commonwealth of Kentucky in an official capacity as its goodwill ambassadors.



# Contact Persons

Charge d'Affaires - Col. David J. Wright

Executive Liaison - Col. Karen S. Cantrell

Treasurer - Col. Nicholas A. Wright

ⓘ
Report abuse

# First Members

 **kycolonels.international**/aboutus/memory

# Our First Members

Our organization was started originally in 1998 with the purpose of founding a true membership society. In 2001 our efforts were abruptly halted based on the threat of being sued by the Honorable Order of Kentucky Colonels which claimed that we were infringing on their trademark.

At the time we had reached nearly 100 members, however the record of all of their names cannot be located, what we have found though was our membership roster on the *Internet Archive which appeared in 2000. We also noticed that some of these members are still with us today and have once again become active in our efforts.

# First Members *(1998-2001)

- Col. Paul R. Mobley
- Col. Jack Wolfenson
- Col. E. E. Gene Sampson
- Col. Mary Louise Sampson
- Col. Prof. C. E. Lindgren, D.Ed.
- Col. Samuel L. Ferguson
- Col. Gerald Weaver

- Col. Ernest Michael Prince
- Col. Dennis A. Q. Santos, Esq.
- Col. Patrick J. Santos, Esq.
- Col. Barry K. Flores, Esq.
- Col. Joseph S. Carbullido, Esq.
- Col. Phillip P.S. Pearson
- Col. David Paasch
- Col. Douglas D. Caplan
- Col. David J. Wright
- Colonel John W. Corliss
- Colonel Matthew A. Magrum
- Col. James R. Greenhill
- Col. William New
- Col. Larry S. Shields, PhD
- Col. Reva Jean Taylor
- Col. Gene A. Bess
- Col. Roy T. Twombley
- Col. James Christian Selch
- Col. Dwayne Kent Hanson
- Col. Johnny M. Rich
- Col. Derek M. Wingfield
- Col. Timothy D. Hickman
- Col. Edgar A. Brown, Esq.
- Col. Gerri Hobdy
- Col. Roy R. Chance
- Col. Joshua Devan Wilkes, Esq.
- Col. Steven E. Germann
- Col. Hal Croft
- Col. Douglas Jackson
- Col. Robert D Bass, Sr.

- Col. Huiberto J. Oakes
- Col. Marvin D. Burns
- Col. William A. Donovan
- Col. Dana S. Hartwig



Report abuse

# Kentucky Colonels International

 kycolonels.international/index

## Kentucky's Goodwill Ambassadors

**Protagonists of Culture, Customs, and Tradition**

⌄

🔗

## Kentucky Colonel

**Kentucky Colonel** is the highest title of honor bestowed by the Commonwealth of Kentucky. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions, and outstanding service to community, state, or the nation.

The Governor of Kentucky bestows the honor of a colonel's commission, through the issuance of letters patent. The commission is a legal act of the Office of the Governor and lifetime appointment.

🔗

## Our Organization

**Kentucky Colonels International** is now a non-governmental, non-profit fraternal and mutual benefit membership organization. We are incorporated in the Commonwealth of Kentucky and in "good standing" with the Office of the Secretary of State.

Formerly developed as an unincorporated fraternal association in October of 1998; **in January of 2020** our formation advanced to become an international civil society organization and cooperative membership association organized and established under the First Amendment of the United States Constitution, the US Code, and the Revised Statutes of the Commonwealth of Kentucky.

Historic representation of the Kentucky Coat of Arms (c. 1876). State motto, "United We Stand, Divided We Fall"

🔗

## About Us

1/4

**Kentucky Colonels International,** also known as the (Kentucky Colonel Foundation)was originally established in 1998 to give prominence to the Kentucky Colonel Commission as a meritory award with diplomatic credence that is respected and understood internationally. Our concept is the formation of a membership development program based on a fellowship. The organization is open to all those who have received the prestigious honorary title from the Governor of the Commonwealth in service as his **'aide-in-camp'** which designates them officially as a goodwill ambassador for the state with letters patent (which is a legal document) resulting in a lifetime commission.

Kentucky colonels serve both the state and the acting governor directly without regard to political party, race, gender, civil status, or religion.

As goodwill ambassadors, Kentucky colonels are dedicated to community service, contributing to the welfare of the state, and improving the lives of others to make the world a better and safer place for everyone. Today there are more than 100,000 Kentucky colonels living in 70 countries and more than 12 organizations that have been formed since the turn of the 21st century. Their official (optional) responsibilities include promoting tourism, economic development, participation in community service, and fostering the general prosperity of the Commonwealth of Kentucky and its citizens.

## Our Website

Our website is currently under development, the organization is requesting that members provide photos, news, videos, and other relevant information to make improvements for our online formation. As an organization, we will present a number of stated objectives, goals, and purposes herein which can be viewed publicly and transparently.

Kentucky Colonels International is not a secret society, our development online is to promote members as public figures, community leaders, and goodwill ambassadors that are well-respected, fair, and trustworthy ladies and gentlemen from all walks of life that have been recognized with the honor and virtue of becoming a Kentucky colonel.

We are planning on providing biographical services, news distribution and social media content on the behalf of our members using the website and a social media app that is in the works.

## The Order

Being admitted to the **Order of the Kentucky Colonel** represents that the award recipient has made a noteworthy contribution to society, performed a great deed, accomplished a remarkable personal achievement, or has been recognized for outstanding service to their

community. Kentucky colonels are recognized and commissioned for their lifetime to the order with letters patent which permits them to perform and take actions as a **commissioned civilian officer** of the Commonwealth of Kentucky.

## Nominations

In-deed the award is the highest form of recognition bestowed to individuals by the Commonwealth of Kentucky. It can only be granted by the Governor or the Secretary of State based upon being nominated by another Kentucky colonel or being recognized individually by the state's governor for a noteworthy act that commands the governor's attention. Historically there have been cases where the governor has recognized noteworthy individuals as Kentucky colonels based on formal written suggestions by citizens and officials of the Commonwealth.

## Fellowship

Membership to our non-governmental organization is voluntary and open to all Kentucky colonels around the world that have duly earned the distinguished honor to be part of our fellowship. Members of our organization are encouraged to provide information relative to their status and participate in programs to further their abilities and prominence as honorable ladies and gentlemen serving as the state's goodwill ambassadors. The organization supports the ideals of transparency, hospitality, integrity, respect, honor, and tradition among its members.

## Member Services

The organization provides online digital services to its members in the form of personal identification, a vanity email address, biographical websites, an online membership roster, and an electronic smartphone app (under development in 2020). Other ideas and suggestions are being discussed and based on our organization acquiring funding for development.

Since 2006 the organization has been active providing administrative and moderation services online in the social media with the first Facebook groups and fan page dedicated to promoting the development of fraternity, fellowship, and the sharing of news content for Kentucky colonels.

## International Title Registry

All those who have received a commission may voluntarily become additionally recognized in the International Title Registry (formerly KCI Registry), an ideal originally introduced by our organization, which recognizes all American and international meritory awards of honor and merit from around the world. The combined program is scheduled to be online the middle of 2020.

The International Title Registry will be operated by the Goodwill Ambassador Foundation.

## Disclaimer

Kentucky Colonels International (Kentucky Colonel Foundation) is not directly associated or affiliated with private charity, The Honorable Order of Kentucky Colonels, Inc. (HOKC). The HOKC is a non-profit charitable organization located in Louisville, Kentucky that provides assistance in the form of gifts to non-profit organizations and educational institutions in the State of Kentucky. The organization does not have **any members nor provide membership benefits** according to their Restated and Amended Articles of Incorporation that were filed in 1992.. The organization recognizes its donors as honorary members, it does not offer legal membership that is consistent with the Model Nonprofit Act or US law, or allow its members a vote or say in the operation of the organization.



Report abuse

## Donations

kycolonels.international/donate

## Donate to the Kentucky Colonel Foundation

Contribute to the development of environmental, humanitarian, and social well-being projects organized and operated by Kentucky Colonels.

## Donate to the Kentucky Colonels International Fund

You can now donate to Kentucky Colonels International online using a major credit card or your PayPal account. PayPal is our payment processor, you are not required to have or sign-up for a PayPal account to make a donation. If you have trouble with the Donate button you can also use **this link.**

You can also use the QR-Code here on our page to make your donation if you are using a smartphone. Please retain your donation transaction number as evidence of your contribution, it will be provided to you by email.

Read more about the causes we support below.

## Mission

∧

## Mission Statement since 1998

To promote the careers, individual growth, public service projects, and champion the successes of Kentucky Colonels all over the world to enhance the growth of strong sustainable communities and friendships internationally.

## International

∧

⊖

## International Projects with Colonels

Kentucky Colonels International is a commission of distinguished Kentucky Colonels that is organized based on brotherhood, fellowship, and friendship through the social media. Though we are not incorporated, we are registered as an international civil society organization (ICSO) under Globcal International which provides us with recognition and legal standing as an international organization.

The organization supports the development of international cooperation and sustainable development programs involving Kentucky colonels taking on roles to make the world a better place through their individual contributions and dedication towards civic, environmental, humanitarian, and social causes. We support the work of the Goodwill Ambassador Foundation and other programs developed by Kentucky colonels involving service to others.

Kentucky colonels strongly believe in the proverb that says, "one good turn deserves another!"

⊖

## Membership

︿

⊖

## Membership Requirements

Membership in Kentucky Colonels International is **free** and based online using groups on Facebook. To become a member of either our social or fraternal groups applicants must show their Kentucky Colonel commission certificate, state the name of the governor that they were recognized by, give the date that they were commissioned and make a declaration of their deed. If you are already a Kentucky colonel you can join the groups from our Facebook page.

Donations to KCI are now tax-deductible in 2020, those who make donations of $25 or more will receive a personal thank you note from a commissioner. Donations of $1,200+ or the equivalent of 2% of a person's annual salary if US residents will also receive a tax-statement by email at the end of the year so they can deduct their contributions.

⊖

## Programs

︿

## Kentucky Colonels·International Registry

In the planning stages on several occasions over the years without completion, our registry was proposed once again in 2017 and followed up with email by a great number of people in 2018 and 2019. Now under development once again in 2020 Kentucky Colonels International has lent its technology to develop a new project called the International Title Registry with its sister organization the Goodwill Ambassador Foundation. Details will be posted once the program is funded or reaches 1,000 registrants.

ⓘ
Report abuse

# Frequently Asked Questions (FAQ)

## Questions and Answers about Kentucky Colonels

Both the public and Kentucky Colonels alike have many questions about Kentucky colonels and about the Order of the Kentucky Colonel. Some questions are considered Frequently Asked Questions (FAQ) so we have developed this FAQ Page to help answer some of them.



State Seal of the Commonwealth of Kentucky

## How do you become a Kentucky Colonel?

Anyone over the age of 18 can become a Kentucky colonel. Only another Kentucky colonel can nominate someone to become a Kentucky colonel or they can be recognized and selected by the Governor of the Commonwealth of Kentucky. The best way to become a Kentucky Colonel is to know one who is willing to nominate you.

## Can you apply to become a Kentucky Colonel?

No, a person cannot apply to become a Kentucky colonel. Kentucky colonelcy is based on being nominated to become recognized by the seated Governor of Kentucky or being recognized by the governor directly.

## Do you have to be from Kentucky to become a Kentucky Colonel?

No, Kentucky colonels can be from anywhere in the world. Currently there are more than 100,000 Kentucky colonels living in more than 70 countries around the world.

The Governor of the Commonwealth of Kentucky can recognize anyone living anywhere in the world based on their deeds, noteworthy actions, or their accomplishments. Generally the governor only recognizes those who either have or who demonstrate their deeds or actions in connection with the state, however as an honorary award the governor frequently has been known to recognize those who have the potential to serve the needs of the state through their recognition.

## What does a Kentucky Colonel actually do?

Kentucky colonels are officially the goodwill ambassadors of the Commonwealth of Kentucky, they are commissioned by the governor as civilian offers who are recognized as the governor's aide-in-camp. Their unnamed task is to promote the cultural and traditional values of the Commonwealth of Kentucky in their everyday lives.

Although Kentucky colonels receive 'letters patent' it is a traditional **award of merit** and an **honorable title** that is bestowed by the head-of-state to recognize the individual to whom it is given based on their deeds, accomplishments, noteworthiness, or contributions to the community, state or nation in which they live.

## Who was the first Kentucky colonel?

There is some debate as to who the first Kentucky colonel was. According to Wikipedia it was Charles Stewart Todd, who was commissioned by Governor Isaac Shelby in 1813 as an aide-de-camp on the Governor's Staff with the rank and grade of colonel. Others say it was Richard M. Johnson who many considered very notorious that came long before Col. Todd. Prior to that before Kentucky as a state in the late 1700s the great Daniel Boone was a Colonel when the state was part of Virginia.

## How many organizations are there for Kentucky colonels?

There are a number of benevolent, civil, charitable, fraternal and membership associations or organizations that have been established around the world which base their membership on a person being recognized as a Kentucky Colonel.

- In Kentucky there are 5 organizations that coordinate local activities.
- World-wide there are 12 or more organizations that are based on a person being recognized by the Governor of Kentucky.

The largest and most dominant of these organizations has been "The Honorable Order of Kentucky Colonels" which is a charitable 501(c)(3) organization which was started in 1932 and was consolidated as a Kentucky corporation in 1957. It is dedicated to funding good works throughout the state of Kentucky and holds several fundraising events per year. They implicitly offer free honorary membership to those who are commissioned and donate to their Good Works Fund each year. The organization is operated by a Board of Trustees which they call their Generals. The organization is community oriented and helps Kentucky colonels find volunteer opportunities locally.

The second largest organization "Kentucky Colonels International" is a fraternal membership and international civil society organization. Which is now under reformation and development which was started originally in 1998. The organization is decentralized online and developed to include all participants no matter where they live in the world. It is the same organization that dominates Facebook and uses the social media to provoke activism.

## How can a Kentucky Colonel use their "Honorable" title?

In the formal sense of protocol, a Kentucky colonel is always addressed or referred to with the title "Honorable" before his or her name inside the state when it is known; outside the state they may use the full title "Kentucky Colonel" before his or her name. Most often among friends and colleagues this is shortened to serve as a moniker or nickname to just "Colonel".

Since the honorable title is a customary and traditional one it is often used to defer respect and honor, however it **should not** be used when presenting oneself or another Kentucky colonel as "Colonel" or "Col." to the United States Government, in another state or in another country because it could be confused with the proper official title of a military colonel. The title may be expressed in other places outside of the realm of Kentucky as "Ambassador" or "Kentucky Colonel" as a formal title. The style can also be represented as a position in representation of the state as an aide-in-camp following a person's proper name as "Kentucky Colonel", as "Goodwill Ambassador", or most precisely "Ambassador of Goodwill for the Commonwealth of Kentucky".

## What are the duties of a Kentucky Colonel?

As a meritory award and honorable title there are no dutiful obligations connected with being recognized as a Kentucky Colonel. Those who are recognized however are expected to be outstanding citizens and public figures, respectful of others, and law abiding.

Kentucky colonels are not paid a salary by the state, however many individuals and public figures including actors, athletes, musicians , professionals, and even diplomats who become Kentucky colonels have been known to present themselves as paid speakers promoting Kentucky history, values, traditions, and customs in public and private venues.

It is also a commission that can be rescinded or revoked based on a person's conduct in society or if it is gained by deception. There are few examples of this occurring, however is not very frequent, as most of those who are recognized truly deserve to be distinguished and carry the recognition with them throughout their lives.

## Was Colonel Saunders really a Kentucky Colonel?

Yes, Harland David Sanders received the commission of the Kentucky Colonel in 1935. He is also the most famous of all the Kentucky colonels and decided to use the title as his moniker (nickname) when he opened his restaurant chains. The style he introduced of an all white suit was his own, modeled after the ideal of the southern gentleman with a ribbon tie introduced by Opie Read.

## How many Kentucky colonels are there?

There are currently over 100,000 Kentucky colonels, living in more than 70 countries around the world.

## Other Questions

These are some of the most frequently asked questions that are posed by the public and by Kentucky colonels themselves about the Kentucky Colonel Commission. If you have other questions you are welcome to write to us and we will do our best answer them.

# Kentucky Colonels' News

kycolonels.international/news

∞

# News about Kentucky Colonels

Before we had the Internet community and regional newspapers were more predominant and Kentucky colonels were noted more frequently and better-known for their local accomplishments. Today it is has become less common for newspapers to write about the positive things in life and the accomplishments of our neighbors. To better promote positivity in society we have established a news service which disseminates and recirculates some of the articles that we can find and develop new articles about the accomplishments, deeds and recognition of Kentucky colonels from around the world.

We are working now to extend this service to provide public relations on a broader scale recognizing fellow colonels. See our blog and publicity section for more information.

∞

# News Feed

This is a RSS/Atom news feed that presents selected news articles about Kentucky colonels which have made it to the international news, the stories are extracted using Google

News Search and converted using FeedBurner. The feed displays the top articles of prominent sources that use Google News.

You can subscribe to this RSS feed using a feed reader program using your PC, laptop, tablet or smartphone. Subscribe here!


Report abuse

Kentucky Colonels in the News

- World War II veterans honored as Kentucky Colonels for 'amazing service' - WLKY Louisville

  February 12, 2020

- Kentucky Colonels are real and they have nothing to do with chicken - We Are The Mighty

  December 9, 2019

- Kentucky colonel to hosts annual grant party - WLKY Louisville

  September 15, 2019

- Wade spreads God's word to large audience | Local News - The Messenger

  February 11, 2020

- Curious Louisville: How Do You Become A Kentucky Colonel? - 89.3 WFPL News Louisville

  September 7, 2018

- Southern Gothic Sound: The Legendary Shack Shakers' JD Wilkes On The Past And Present - Louisville Eccentric Observer

  January 15, 2020

- Titus O'Neil Named Kentucky Colonel - ProWrestling.com

  June 25, 2019

- 2020 Kentucky General Assembly Session - Spectrum News 1

  January 6, 2020

- Moneycontrol Ultimate Business Quiz #79: Test your knowledge - Moneycontrol.com

  February 14, 2020

- KY drivers to pay more for some specialty license plates - WAVE 3

  December 26, 2019

- Roland White releases Kentucky Colonels tribute CD - Bluegrass Today

  October 26, 2018

- Kentucky's Pensions are Invested in the Marijuana Industry - Spectrum News 1

  January 13, 2020

- I'd Let Colonel Sanders Zinger My Box In This Very Real Dating Simulator - Pedestrian TV

  September 11, 2019

- Pro-Choice Advocates Speak Out Against Anti-Abortion Bill - Spectrum News 1

  January 9, 2020

- What Colonel Sanders Looks for in a Lover, and Other Things We Learned About KFC's New Dating Simulator - Slate

  September 12, 2019

- Kentucky Farm Bureau Unveils 2020 Legislative Priorities - Spectrum News 1

  January 10, 2020

- Living on dairy farm helped 'Walking Dead' creator get gory - Agri News

  January 16, 2020

- You Can't Be Knighted in the U.S., But You Can Be Named a Sagamore of the Wabash - Atlas Obscura

  November 8, 2017

- Gov. Bevin Ceremonially Signs KY Criminal Record Bill - Spectrum News 1

  August 9, 2019

- Dozens Come Out for Vigil Outside McConnell's Office - Spectrum News 1

  August 7, 2019

- Protests Outside Mitch McConnell's House Ignite War of Words - Spectrum News 1

  August 6, 2019

- Andy Beshear Campaigns With Adam Edelen for Unity Tour - Spectrum News 1

  June 26, 2019

- KY Lawmakers Propose Making Daylight Saving Time Permanent - Spectrum News 1

July 1, 2019

- Republican Party hosts 2019 Lincoln Dinner - WKYT

August 18, 2019

- Retiring Alsco Executive Jim Divers Honored Prior to Alsco 300 - Speedway Digest

July 12, 2019

- Kentucky Showing Progress in Child Welfare - Spectrum News 1

July 5, 2019

- Former Navy SEAL Shares Experiences, Motivational Message At GOP Rally In Murray - WEKU

August 5, 2019

- PHOTOS: Presidential turkey pardons — a look back - Yahoo News

November 27, 2019

- Wickliffe's Economy Boat Store Rededicated After Weathering Storm - The Waterways Journal - The Waterways Journal

October 25, 2019

- Luckett & Farley adds senior architect to Distilled Spirits Design Studio - The Lane Report

August 23, 2019

- KFC's Colonel Sanders and the American Dream - Eater

July 26, 2019

- When a Lexington WWII vet couldn't fly, Honor Flight Kentucky brought the trip to him - WKYT

May 27, 2019

- Photos from the 2019 IBMA Awards - Bluegrass Today

September 27, 2019

- Who Jimmy Page Called the Greatest Guitar Player of All Time - Showbiz Cheat Sheet

January 4, 2020

- Singer-songwriter and Folklorist Nathan Blake Lynn Performs on Next Live Lunch - WKMS

  November 17, 2019

- How to grow mint, the ultimate plant for the incurably incompetent - Country Life

  April 7, 2019

- Boys and Girls Haven gets $10000 donation after fire destroys foster care building - WDRB

  November 28, 2018

- 2 Capitol officers recognized for life-saving actions - Kentucky Today

  October 5, 2018

- This Week In Weird Twitter, Volume 121 - The Federalist

  February 22, 2019

- 'Rambo' Has PTSD: The Strange Case of an International DEA Murder-For-Hire Drug Sting - VICE News

  December 11, 2014

- WLKY's Debbie Roberson: A Temp Job-Turned-43-Year TV Career - StyleBlueprint

  April 28, 2019

- Adrian Belew on his new record, Pop-Sided - Louisville Eccentric Observer

  April 3, 2019

- UTC softball sweeps Sunday doubleheader to get to 10-1 - WRCB-TV

  February 24, 2019

- Kentucky musicians featured on CMH 23 TV series - kentuckycountrymusic.com

  November 29, 2019

- Flipping the Bird - Forage - SRQ Magazine

  May 7, 2019

- Amaris Ketcham: A Poetic Inventory of the Sandia Mountains at Bookworks, Albuquerque - Weekly Alibi

September 14, 2019

- Benedictine: the Burnley miners' favourite - Stuff.co.nz

January 11, 2020

- Kevin Williams: The Hilarious Guy Behind Gaither Shows - Country Thang Daily

November 7, 2019

- Changes to Kentucky's special license plates to take effect Dec. 30 - WMKY

December 19, 2019

- Ricky Skaggs, Rhonda Vincent and More Earn 2019 International Bluegrass Award Nominations - Wide Open Country

July 25, 2019

- Julie Dolan - WLKY Louisville

July 30, 2018

- Dolly Parton, Ricky Skaggs, Marty Raybon & More Earn International Bluegrass Music Awards Nominations - nashcountrydaily.com

July 24, 2019

- Sturgill Simpson visits schools in Kentucky hometown - WKYT

September 1, 2018

- You can sip a $1,000 mint julep at the Kentucky Derby — here's what makes it so pricey - CNBC

May 5, 2018

- Final last call at old Century Bar to include Jager, big New Year's bash - dayton.com

December 30, 2019

- Watch Del McCoury & Peter Rowan Pick & Grin At Roots Revival [Videos] - Live for Live Music

October 12, 2019

- Roland White And Friends Bring New Life To An Honored Legacy - Broadway World

September 10, 2018

- <u>KET to host preview of Ken Burns' documentary Country Music in Somerset -
  kentuckycountrymusic.com</u>

August 7, 2019

- <u>Billy Ray Cyrus to perform at Titans Salute to Service - kentuckycountrymusic.com</u>

November 6, 2019

- <u>The $1500 Patrón-and-Old Rip Van Winkle Mint Julep - UrbanDaddy</u>

May 4, 2018

- <u>Council of Whiskey Masters Announces Inaugural Advisory Board Members -
  wineindustryadvisor.com</u>

November 15, 2019

- <u>Adrian Belew Is Now A Colonel In Kentucky - Noise11</u>

June 13, 2017

- <u>KFC bringing Colonels to Super Bowl LI for its 1st appearance as a Super Bowl brand -
  Marketing Land</u>

February 1, 2017

- <u>That Time When Hunter S. Thompson Stopped For A Photo - Louisville Eccentric Observer</u>

July 17, 2019

- <u>Steve Wariner inducted into Musicians Hall of Fame by Garth Brooks -
  kentuckycountrymusic.com</u>

October 23, 2019

- <u>Here's What A $1000 Mint Julep Looks Like - Guestofaguest.com</u>

April 10, 2018

- <u>Australian Author Nick Adams Recently Spoke at the Republican Club of Longboat Key
  March 12th Dinner at the Longboat Key Club - Broadway World</u>

March 17, 2019

- Tyler Childers releases new single and lyric video with All Your'n - kentuckycountrymusic.com

  June 21, 2019

- 'Kentucky Colonel' award for MK Stalin - Daily News & Analysis

  February 26, 2012

- 2019 Bluegrass Awards: Del McCoury, Billy Strings Win Big at IBMAs - Rolling Stone

  September 27, 2019

- The Kentucky Derby's Most Expensive Mint Juleps Are Off To The Races - Forbes Now

  April 30, 2018

- WWE News: Stephanie McMahon Watches Women's World Cup, Titus O'Neil Receives Honor From Kentucky, Samoa Joe Tweets About His Nephew - 411mania.com

  June 25, 2019

- July 03, 2015 The American Colonel Who Changed Asia By Colonel Robert Farley Who is the - The Diplomat

  July 3, 2015

- New Louisville program transports stranded, homeless people home for free - WDRB

  January 18, 2019

- Reverend Peyton's Big Damn Band is pretty small - San Diego Reader

  November 6, 2013

- The Mint Julep: 'The Very Dream of Drinks' - The Atlantic

  April 30, 2010

- Josh Hutcherson Was Almost Named Colonel Fightmaster and What?! - PureWow

  January 9, 2019

- Sextons Creek Names Cardwell Senior VP - Inside INdiana Business

  March 23, 2017

- Kentucky Derby Festival crowns new Royalty Court for 2018 - The Lane Report

January 9, 2018

- Learn to Play the Texas Fiddle Favorite "Beaumont Rag" - Acoustic Guitar

August 3, 2019

- Plan your Mint Julep Month with creations from these 11 Charleston bars - Charleston City Paper

April 17, 2019

- Nikki Haley So Sad Dylann Roof Made Confederate Flag All Racist - Wonkette

December 6, 2019

- The Colonel's Real Secret Blend - Slate Magazine

October 16, 2013

- Colonel Knowledge: J.D. Wilkes and the Dirt Daubers Try to Put the Edge Back in Roots Music - Cleveland Scene Weekly

June 25, 2014

- Darrell Hammond Is Your New Colonel Sanders - Esquire.com

May 19, 2015

- The Manual Podcast - The Manual

August 20, 2019

- KFC Is Giving Away Colonel Sanders Pool Floaties — This is Not a Drill - The Manual

May 24, 2018

- Kentuckians Share Memories of Kennedy Visit, 1963 Assassination - WKU Public Radio

November 21, 2013

- What Goes into Making Woodford Reserve's $1,000 Mint Julep for the Kentucky Derby - TownandCountrymag.com

May 3, 2018

- A look back at 2019 with Kentucky Country Music - kentuckycountrymusic.com

December 31, 2019

- Something Old And Something New From The Prolific Jim Lauderdale - WMOT

  August 2, 2018

- Key West Round-Up - Powerboat Racing World

  November 12, 2019

- Poll: Honeymoon Over for Kentucky Governor Matt Bevin - WKMS

  May 31, 2016

- 20 Things you didn't know about Dave Adkins - Bluegrass Today

  May 24, 2018

- Chris Stapleton to be featured in special Hall of Fame exhibit - kentuckycountrymusic.com

  December 4, 2019

- Kentucky natives Loretta Lynn and Josh Osborne awarded for songwriting - kentuckycountrymusic.com

  September 18, 2019

- The World Of Maybelle Carter: A Turning The Tables Playlist - WAMU 88.5

  August 12, 2019

- Matt Bevin defends pardon of convicted child rapist in radio interview - msnNOW

  December 20, 2019

- Arts Around Ann Arbor - Pulp

  November 27, 2019

- State, local officials break ground for new Kentucky Owl Park distillery project - Nelson County Gazette

  November 9, 2017

Subscribe to this Feed

# Kentucky Colonels International Blog

kycolonels.international/news/blog

## KCI Blog

Members and news readers can access our blog using their web browser online or by subscribing to our Feed Burner Feed which renders as RSS, it is also available using you mobile device or can be sent directly by email when we publish new articles by Blogger.

## Member Provided Social Media Content

The **Kentucky Colonels International Blog** is a website used to promote and network news articles that are presented by members for development and integration into the historical record and to present our works in a concise written format for republication and sharing in the social media. The service uses Blogger one of Google's best and most active publishing services.

The blog features our own news releases, republished popular news articles, and articles that are found online which are condensed or rewritten for representation to our readers. The blog also connects and links members that have been

recognized following the distinction of being made a Kentucky colonel that are actively promoting and serving the Commonwealth of Kentucky as its Goodwill Ambassadors.



Report abuse

# Public Relations

 **kycolonels.international**/news/publicity

⊖

# Publicity for Kentucky Colonels

As a service to our members who support our organization with donations our foundation offers online public relations and promotions of their events and projects where they represent themselves as Kentucky colonels. The content we develop can be used in the social media, online in their websites, and circulated to newspapers or other media providers in their region, nationally or internationally by email and facsimile.

To create a higher profile for our organization that is more broadly recognized on an international scale and bring prominence to the commission of the Kentucky Colonel title our organization has developed an ad hoc decentralized public relations initiative which connects the media with our officers. Currently the program is experimental and not very well funded, we are confident however that with some success the program will gain notoriety.

⊖

# News Release Guidelines

We have guidelines for members to be more successful in promoting themselves as Kentucky colonels when they initially receive their commissions and when they are participating in events or activities that they organize.

The information and consulting we provide is only available to members who are officers or by making contributions. If you are a member of a local chapter contact your representative officer for additional details, or if you need our help we will be glad to do do using email.


Report abuse

# Our Officers

- - -- -- -- -- -- -- - - - - - -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -

 **kycolonels.international**/officers

⊝

# Commissioners

The commissioners are the functional organizing members, though they are subject to change, together they serve initially as co-founders for the consolidation and development of the organization. The initial commissioners were selected based on their training, knowledge, experience, and contributions to this formation. They are all transparent, of high moral character, and serve our commission honorably without remuneration.

- **Col. David J. Wright** - Cited for his achievements as a conservationist with Ecology Crossroads in 1996, when his tree program made the front page of the Louisville Courier-Journal in April, garnering the attention of Judge Ray Corns and Governor Paul Patton who commissioned him a Kentucky colonel, a title he takes in the highest-regard and understanding.

- **Col. Joshua D. Wllkes** - Lauded as a colonel in 1997 by Governor Paul Patton based on his work as a folk artist with the Legendary Shack Shakers. Col. Wilkes takes the honor seriously and uses the title as part of his name. Since becoming a Kentucky colonel he has authored a book about Kentucky's music and a novel about folklore. Today he continues to perform his stylistic themed music in Kentucky and abroad. In 2014 he was selected to represent Paducah in a cultural exchange to Ireland and Scotland with UNESCO.
- **Col David L. Younce** - Earned the award for his dedicated work with non-profits while working with teenagers to help them grow into mature young men and women. The recognition came in 1999 while Col. Younce was working with the Civil Air Patrol he also worked with police cadets and scouts in Oregon during the 70s and 80s, becoming a Kentucky colonel came as a surprise, it is an honor he holds close to his heart and lives up to everyday.
- **Col. Jon Meier** - Commissioned by Governor Steve Beshear in 2008 after being recognized for his service and leadership in the Boy Scouts of America when he obtained the rank of Eagle Scout in Berea, Kentucky. Today the colonel lives and works in Utah as a realtor and maintains the honorable title in high regard as a goodwill ambassador for the Commonwealth.

- **Col. Karen S. Cantrell** - Recognized for her work in the development of charitable efforts and upon becoming the Vice President of the UNA for the Inland Empire in California by Gov. Steve Beshear. Today she is the President of the United Nations Association of the Coachella Valley and continues her work with charities. In her local community she supports the fire department and provides guide dogs for the disabled

- **Col. Luis Cruz Diaz** - Became a Kentucky colonel in recognition for his community service and social media efforts as a consultant when he became the Secretary of Globcal International. Col. Cruz Diaz lives in Puerto Rico and was commissioned by Gov. Steve Beshear where he continues to work in his community and online with the United Nations SDGs.

- **Col. Michael L. Sher** - Indigenous artist and activist from Greater Toronto that was noticed for designing and introducing the International Indigenous Unity Flag as a symbol of unity and solidarity among indigenous people around the world. Since becoming a Kentucky colonel his flag has reached tribal communities living in 6 continents.

- **Col. Nicholas A. Wright** - Awarded the commission of the Kentucky colonel by Governor Steven Beshear based on winning a National Science Foundation (NSF) Scholarship for advancing solar energy technology while attending Western Kentucky University in Bowling Green.

- **Col. Maria Veneke Ylikomi** - From Sweden, Col. Veneke was bestowed the honor for her work in Cambodia as a volunteer and authorship of a book on the four big cats. She is a researcher, writer, peace advocate, and goodwill ambassador in every sense. She travels frequently to places around the world and talks about Kentucky to others when she does.

# Order of the Kentucky Colonel

 **kycolonels.international**/order

⌐⊃

# Understanding the Order

The prestigious **Order of the Kentucky Colonel** is the oldest, highest distinguished order of merit and recognition that can be awarded to a civilian in the United States, it has been awarded by the Commonwealth of Kentucky since 1813. Today it is awarded to noteworthy individuals that are nominated by holders of the "honorable" title. To be designated to the **order** a person must demonstrate strong moral character and be noteworthy for having accomplished a good deed or service to community that deserves the recognition of the Governor of Kentucky.

⌐⊃

# Realizing the Commission

Only the serving Governor or the Secretary of State of the Commonwealth of Kentucky can designate who will be recognized based on nominations made by other Kentucky colonels that were ordered (commissioned) already, his/her own personal recognition of an individual for their noteworthiness or based on letters written by Kentucky citizens or government officials that warrant attention and recognition.

Once a person is distinguished with an order it is for "life" as a recognition in full regard. An "Order" is not an organization, but a "title" under a "commission" as is the case for the **Order of the Kentucky Colonel**.

Wikipedia says: "An **order** is a visible honor awarded by a sovereign state, monarch, dynastic royal house or organization to a person, typically in recognition of individual merit, that often comes with distinctive insignia such as collars, medals, badges, and sashes worn by recipients.

Modern honor systems of state orders and dynastic orders emerged from the culture of orders of chivalry of the Middle Ages, which in turn emerged from the Catholic religious orders."

In another section it says: "A **state order**, or **national order**, is an order bestowed by a sovereign nation or state as part of an honors and recognition system. These orders, conferred for the merit of the recipient(s), are typically categorized as either orders of chivalry or orders of merit."

The **Order of the Kentucky Colonel** (Commission or Title) should not be confused with **The Honorable Order of Kentucky Colonels, Inc.** (est. 1932), which is a private non-profit charitable organization focused on developing their "Good Works Fund" in Kentucky; their organization operates a donorship program, raises funds for charity, and sell gifts (memorabilia) from their website to those who have been commissioned with the "Order of the Kentucky Colonel" whom are all invited to participate in the activities they promote.

⊝

# About the Order

The **Order of the Kentucky Colonel** is one of the greatest accolades of honor and distinction in the United States, it holds a rich history of evolution and tradition which stands apart from all others. It began as a special rank in the Kentucky Militia, evolving to the ideal of a Southern gentleman, finally to become the highest civilian honor resulting in the designation of "goodwill ambassador" for the Commonwealth. The **order** is often misunderstood today as a military order; whereas in reality is a state order, an order of merit, and a civil order.

Recipients who receive and accept the **Order of the Kentucky Colonel** are expected to live up to the honorary recognition reciprocally by being a model citizen that is considerate, fair, generous, kind, and understanding. Those distinguished are entitled to use "Honorable" or "Colonel" before their birth name in civil society and daily life; through the issuance of letters patent they can legally represent the state as its official goodwill ambassadors and are permitted to perpetuate the order by nominating others that they recognize for their deeds and noteworthy accomplishments.

⊝

# Entitlements of Letters Patent

Legitimately because of the wording and presentation the certificate is a form of "letters patent" that can be presented diplomatically to another head of state in representation of the Commonwealth of Kentucky. Symbolically it identifies the "Colonel" as an "Aide-in-Camp" to the Kentucky Militia that has been commissioned as an honorary lifetime representative of the Commonwealth acting as a "goodwill ambassador" from the state, designated under one of its Governors.

Letters patent is not diplomatic exequatur, but it is permission to represent Kentucky customs, traditions and values through the honor of a colonelship commission as a goodwill ambassador. Most persons sent by the Governor outside the state are eligible to become Kentucky colonels before or after they are dispatched.

Other states offer awards, honors and titles for their model citizens and for heroic acts as well, it is debatable as to whether they can all be considered to be "letters patent" unless they are employed as such in law, many are not issued as an order understanding a commission, but as a single award of merit.

Most of the awards given by other states and most nations are given similarly as orders of merit, some military orders and others are official state orders issued by the head of state.

The Order of the Kentucky Colonel represents a civil award and decoration, it is not a chivalric, dynastic, fraternal or religious order. People are **not named to become a Kentucky Colonel as a novelty**, but as an honor in recognition of a notable deed; however there is some fun that may found in the ideal of being a Kentucky colonel among friends relative to the Southern gentleman style and the world-famous Col. David Harland Sanders' (founder of KFC) in his expression of a Kentucky Colonel, who became one and used the title 120 years after it was established.



Report abuse

# Resources

## Resource Listing

There are a great number of resources available to Kentucky colonels who are interested in extending their honorable title through community involvement and benevolent societies around the world that are established by other colonels.

### Websites
- Kentucky Colonels International (KCI)
- Honorable Order of Kentucky Colonels® (HOKC)
- Kentucky Colonels Switzerland
- UK Brigade of Kentucky Colonels
- Kentucky Colonels Amateur Radio Club
- Kentucky Colonels of Central and Southeastern Kentucky
- German Brigade of the Honorable Order of Kentucky Colonels
- Philadelphia Kentucky Colonels

### Facebook Pages
- Kentucky Colonels International (KCI)
- Honorable Order of Kentucky Colonels (HOKC)
- I'm proud to be a Kentucky Colonel
- Tri-County Kentucky Colonels
- Philadelphia Kentucky Colonels
- Kentucky Colonels Spain
- Kentucky Colonels Switzerland
- Antipodean Brigade of Kentucky Colonels
- Kentucky Colonel Henderson Chapter

### Facebook Groups
- Kentucky Colonels International
- Kentucky Colonels On Facebook
- Honorable Order of Kentucky Colonels, New York City
- Pennyrile Area of Kentucky Colonels
- Georgia Masonic Kentucky Colonels
- Kentucky Colonels of Virginia
- Kentucky Colonels - Toronto Area, Canada and Abroad
- Georgia Chapter of Kentucky Colonels
- Honorable Order of Kentucky Colonels- Central PA
- KY Colonels in Action

## Other Useful Resources
- The Kentucky Encyclopedia - Kentucky Colonel
- Wikipedia article about the Kentucky Colonel
- Wikipedia article about the Goodwill ambassador
- First website dedicated to Kentucky Colonels *(colonel.org)

## Pre-Historical Resources
- The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy

## Not so Useful Resources
- English Sheepdog Named a Kentucky Colonel (UPI News, 1980)

© 2020 Kentucky Colonels International Commission and FoundationMember of the Goodwill Ambassador FoundationAdministered by Globcal International (UN-iCSO)