# EXHIBIT 4

# TO MOTION FOR RESTRAINING ORDER



2/14/2020                                                                 Donate

©1999-2020  PayPal, Inc. All rights reserved.   | Privacy (https://www.paypal.com/US/webapps/mpp/ua/privacy-full)

Legal (https://www.paypal.com/US/webapps/mpp/ua/legalhub-full)   Policy updates (https://www.paypal.com/US/webapps/mpp/ua/upcoming-policies-full)