# EXHIBIT 6

# TO MOTION FOR RESTRAINING ORDER

| Kentucky Colonels International | | Julie | Home | Create | 2 |



# Kentucky Colonels International

**@KentuckyColonels**

- Home
- About
- Community
- Groups
- Photos
- Posts
- Reviews

Create a Page



Like    Follow    Share    Send Email    Send Message

## About

Suggest Edits

### BUSINESS INFO

Started on October 21, 1998

**Mission**
To promote the careers, individual growth, public service projects, and generally champion the successes of Kentucky Colonels all over the world to enhance the growth of strong sustainable communities and friendships internationally.

### CONTACT INFO

m.me/KentuckyColonels

contact@kycolonels.international

https://kycolonels.international

### MORE INFO

**Release Date**
2009

**About**
International Commission of the Order of the Kentucky Colonel (est in 1813) responsible for promoting the traditions and customs of Commonwealth of Kentucky as the state's goodwill ambassadors and recognized patrons.

**Impressum**
Kentucky Colonels International is a non-governmental and non-state fraternal membership commission and foundation of Globcal International that has been developed to bring international attention to those who have been commissioned as Kentucky colonels following recognition by the Governor of the Commonwealth of Kentucky for performing a meritorious deed, community leadership, an act of goodwill or demonstrating selflessness that deserves the attention of the Commonwealth of Kentucky.

The organization is open to all ladies and gentlemen who have received the honorable commission of the Kentucky Colonel from the governor wherever they may live in the world.

The organization is incorporated in the Commonwealth of Kentucky and exists as a decentralized autonomous organization through its sponsors and members in other countries around the world.

**Company Overview**

### STORY

**Kentucky Colonels International**

Kentucky Colonels International is a non-governmental commission and non-profit membership organization based on a fellowship of "Kentucky Colonels" from around the world that have been recognized by the Governor of Kentucky for their contributions to society and our civilization through their deeds. Our organization was introduced in 1998 as the f...

See More

| Kentucky Colonels International | | Julie | Home | Create | 2 |



# Kentucky Colonels International

**@KentuckyColonels**

- Home
- **About**
- Community
- Groups
- Photos
- Posts
- Reviews

Create a Page

Kentucky colonels to form and develop a fraternal membership order and registry of Kentucky colonels from around the world.

KCI is based on activities involving charity, fraternity and goodwill; it is not affiliated with the Honorable Order of Kentucky Colonels (HOKC) and is developed under Globcal International as a non state commission. Membership is voluntary and open to all persons that hold the commission of Kentucky Colonel!

ⓘ Nonprofit Cooperative Commission of Kentucky Colonels around the world promoting the ideals of goodwill, charity, respect, honor, trust and integrity.

ⓘ **Founding Date**
1813

🏆 **Awards**
Commission of the Kentucky Colonel

ⓘ **Products**
Members of the Order of the Kentucky Colonel are available for speaking engagements and as participating guests at events to represent and discuss the Commonwealth of Kentucky or to promote charitable events.

🛡 Privacy Policy

Non-Governmental Organization (NGO) · Society & Culture Website · Consulate & Embassy

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices    Terms    Help

Facebook © 2020

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語