# EXHIBIT 7

# TO MOTION FOR RESTRAINING ORDER

HELP 🛈   MENU ≡

Home > **Charities and Non-Profits** > **Search for Charities** > Tax Exempt Organization Search

# Results for Tax Exempt Organization Search

**Select Database** 🛈

| Search All ▾ |

**Search By** 🛈

| Organization Name ▾ |

**Search Term** 🛈

| Kentucky Colonels International |

**City**

| Enter City |

**State**

| All States ▾ |

**Country**

| United States ▾ |

| Search |    | Reset |

Search Tips

Your search did not return any results. Please try again.

**Need Help?** See Search Tips for guidance on effective searching, search criteria and logic, and selecting search terms.

## Additional information

- Frequently asked questions - *Exempt Organizations Select Check*

- Revocations of 501(c)(3) Determinations
- Suspensions Pursuant to Code Section 501(p)
- Exempt Organizations Business Master File Extract (EO BMF): a list of organizations recognized as exempt by the IRS
- Tax Exempt Organization Search: Bulk Data Downloads

Page Last Reviewed or Updated: 6-Sept-2019      

  

| Our Agency | Know Your Rights | Resolve an Issue | Other Languages | Related Sites |
|---|---|---|---|---|
| About IRS | Taxpayer Bill of Rights | Respond to a Notice | Español | U.S. Treasury |
| Work at IRS |  | Office of Appeals | ?? | Treasury Inspector General for Tax Administration |
| Help | Taxpayer Advocate Service | Identity Theft Protection | ??? |  |
| Contact Your Local Office | Accessibility |  | P?????? | USA.gov |
|  | Civil Rights | Report Phishing |  |  |
| Tax Stats, Facts & Figures |  | Tax Fraud & Abuse | Ti?ng Vi?t |  |
|  | Freedom of Information Act |  |  |  |
|  | No Fear Act |  |  |  |
|  | Privacy Policy |  |  |  |