# EXHIBIT 8

# TO MOTION FOR RESTRAINING ORDER

Q    HELP 🛈    MENU ≡

Home > **Tax Exempt Organization Search** > Ecology Crossroads Cooperative

< **Back to Search Results**

# Ecology Crossroads Cooperative

EIN: 61-1259384 | Berea, KY, United States

## Auto-Revocation List  🛈

Organizations whose federal tax exempt status was automatically revoked for not filing a Form 990-series return or notice for three consecutive years. Important note: Just because an organization appears on this list, it does not mean the organization is currently revoked, as they may have been reinstated.

**Exemption Type:** 501(c)(3)

**Exemption Reinstatement Date:**

**Revocation Date:** 11-15-2010

**Revocation Posting Date:** 07-13-2011

*Page Last Reviewed or Updated: 6-Sept-2019*      Share     Print

                                                          

| Our Agency | Know Your Rights | Resolve an Issue | Other Languages | Related Sites |
|---|---|---|---|---|
| About IRS | Taxpayer Bill of Rights | Respond to a Notice | Español | U.S. Treasury |