# EXHIBIT 9

# TO MOTION FOR RESTRAINING ORDER

## Current Non-Profit Entities Filing IRS Tax Form 99

Updated:   2/10/2020

| ID | Name | DBA | Contributions | Revenue | Yr La Filed |
|---|---|---|---|---|---|
| 10352 | EB Research Partnership, Inc. | | $5,298,198.00 | $5,363,294.00 | 2018 |
| 242 | Echo Inc | | $3,507,996.00 | $4,099,565.00 | 2018 |
| 4521 | Ecohealth Alliance, Inc. | | $16,013,638.00 | $16,432,816.00 | 2017 |
| 4457 | Economic Development Properties, Inc | | $0.00 | $41,344.00 | 2018 |
| 10814 | EdChoice Kentucky, Inc. | | $216,685.00 | $216,685.00 | 2018 |
| 4819 | Edge Outreach, Inc. | Water Step | $742,605.00 | $885,730.00 | 2018 |
| 3890 | Edith & Henry Heuser Hearing Institute, Inc. | | $0.00 | $872,951.00 | 2017 |
| 12833 | Edmonton-Metcalfe County Chamber of Commerce, Inc. | | $33,800.00 | $42,031.00 | 2018 |
| 6525 | Edsils Place Apartments, Inc. | | $51,640.00 | $99,587.00 | 2017 |
| 12304 | Educate West Point Incorporated | | $0.00 | $0.00 | 2018 |
| 13576 | Educating With Hope, Inc. | | $0.00 | $0.00 | 2018 |
| 12746 | Education Development Center, Inc | | $153,875,475.00 | $155,645,130.00 | 2017 |
| 13408 | Education For All Children | | $1,003,338.00 | $1,092,665.00 | 2018 |
| 13836 | Educational Excellence Foundation of Gallatin County, Inc. | | $84,757.00 | $84,757.00 | 2018 |
| 10747 | Educational Foundation of Alpha Gamma Rho | | $2,434,734.00 | $3,015,432.00 | 2017 |
| 11908 | Educational Justice | | $703,346.00 | $703,346.00 | 2018 |
| 4794 | Educational Media Foundation | | $184,987,293.00 | $189,010,764.00 | 2018 |
| 13834 | Edward Jones Disaster Relief Fund | | $366,752.00 | $367,433.00 | 2018 |
| 10139 | Ehlers-Danlos National Foundation | | $1,257,357.00 | $1,606,827.00 | 2018 |
| 6321 | Eight Days of Hope, Inc. | | $6,510,908.00 | $6,507,614.00 | 2018 |
| 12461 | EKentucky Advanced Manufacturing Institute, Inc. | | $2,220,675.00 | $2,249,492.00 | 2018 |
| 13821 | EL Education, Inc. | | $7,716,967.00 | $22,600,614.00 | 2017 |
| 11870 | Elana Brophy Memorial Foundation Inc | | $0.00 | $0.00 | 2018 |
| 12386 | Elderheart, Inc. | Mission 22 | $1,646,208.00 | $1,633,179.00 | 2018 |
| 2953 | Elderhostel, Inc. dba Road Scholar | | $2,492,011.00 | $389,880,650.00 | 2018 |
| 5029 | Electronic Frontier Foundation, Inc. | | $12,915,696.00 | $15,913,065.00 | 2017 |
| 4805 | Elim Christian Services | | $4,728,480.00 | $25,451,243.00 | 2017 |
| 788 | Elizabeth Glaser Pediatric AIDS Foundation | | $199,285,861.00 | $199,909,040.00 | 2018 |
| 11051 | Elizabeth Taylor AIDS Foundation | | $2,081,762.00 | $2,485,336.00 | 2018 |
| 1032 | Elizabethtown Country Club | | $0.00 | $870,563.00 | 2017 |
| 310 | Elizabethtown Hardin County | | $0.00 | $418,516.00 | 2018 |

Current Non-Profit Entities Filing IRS Tax Form 9

Updated: 2/4/2020

| ID | Name | DBA | Contributions | Revenue | Yr Last Filed |
|---|---|---|---|---|---|
| 7370 | Home Builders Association of Western Kentucky, Inc. | | $91,577.00 | $159,709.00 | 2018 |
| 8679 | Home for Little Wanderers, Inc. | | $8,973,302.00 | $54,754,622.00 | 2017 |
| 13078 | Home Instruction for Parents of Preschool Youngsters (HIPPY) USA | | $212,378.00 | $1,135,761.00 | 2017 |
| 440 | Home of the Innocents, Inc | | $6,326,055.00 | $38,442,346.00 | 2017 |
| 13527 | Home Port Alliance for the USS New Jersey, Inc. | | $2,599,984.00 | $4,456,910.00 | 2018 |
| 441 | Homeless and Housing Coalition of Kentucky | | $1,890,644.00 | $2,325,115.00 | 2018 |
| 9617 | Homeownership Preservation Foundation | | $1,496,579.00 | $7,194,035.00 | 2018 |
| 9956 | Homes For Hope | | $3,891,229.00 | $3,901,613.00 | 2018 |
| 4690 | Homes for Our Troops, Inc | | $28,648,056.00 | $29,430,045.00 | 2017 |
| 10853 | Homes For Veterans   A NJ Non Profit Corporation | | $1,684,305.00 | $1,684,305.00 | 2018 |
| 13248 | Homes On Wheels Alliance, Inc. (HOWA) | | $0.00 | $0.00 | 2018 |
| 2576 | Honor Bound Foundation, inc. | | $8,376,875.00 | $8,548,754.00 | 2017 |
| 8751 | Honor Flight Bluegrass Chapter | | $358,972.00 | $358,972.00 | 2018 |
| 5285 | Honorable Order of Kentucky Colonels, Inc. | | $2,088,553.00 | $2,953,193.00 | 2018 |
| 14086 | HonorHealth Foundation | | $19,393,100.00 | $27,145,462.00 | 2018 |
| 1492 | Hooved Animal Humane Society | | $458,916.00 | $472,891.00 | 2018 |
| 12130 | Hooves & Paws Animal Rescue, Inc. | | $854,634.00 | $859,332.00 | 2018 |
| 10715 | Hope 4 Kids International Arizona | | $3,863,857.00 | $3,880,376.00 | 2018 |
| 5655 | Hope Center Foundation, Inc. | | $75,000.00 | $314,425.00 | 2018 |
| 13529 | Hope Floats Foundation, Inc. | | $0.00 | $0.00 | 2018 |
| 7176 | Hope For Haiti, Inc. | | $14,379,438.00 | $14,813,049.00 | 2018 |
| 8740 | Hope for the Hungry | | $950,601.00 | $951,582.00 | 2018 |
| 9385 | Hope for the Warriors | | $5,825,881.00 | $5,961,030.00 | 2018 |
| 6820 | Hope for Tomorrow, Inc. | | $20,493.00 | $20,493.00 | 2018 |
| 5650 | Hope Foundation, Inc. | | $4,776,898.00 | $8,713,150.00 | 2018 |
| 13847 | Hope Harbor, Inc. | | $1,069,748.00 | $1,101,542.00 | 2018 |
| 9875 | Hope Haven Charitable Trust | Hope Haven (R) LTD. | $1,139,890.00 | $1,087,099.00 | 2018 |
| 10223 | Hope Health Clinic, Inc. | | $380,020.00 | $422,469.00 | 2018 |
| 9290 | Hope House Ministries, Inc. | | $677,224.00 | $978,323.00 | 2018 |
| 2764 | Hope International | | $18,193,260.00 | $18,178,977.00 | 2018 |
| 10538 | Hope Kabanana | | $36,260.00 | $36,260.00 | 2018 |

## Current Non-Profit Entities Filing IRS Tax Form 99

Updated: 2/10/2020

| ID | Name | DBA | Contributions | Revenue | Yr Last Filed |
|---|---|---|---|---|---|
| 7412 | Give An Hour Nonprofit Corporation | | $2,025,440.00 | $2,027,362.00 | 2018 |
| 6079 | Give Back Foundation, LLC | | $87,223,329.00 | $100,173,020.00 | 2018 |
| 383 | Give Kids the World Inc | | $45,523,855.00 | $58,474,847.00 | 2017 |
| 11922 | Give Lively Foundation, Inc. | | $15,312.00 | $15,312.00 | 2018 |
| 10588 | Give2Asia | | $10,724,453.00 | $10,802,230.00 | 2017 |
| 13632 | GiveClear Foundation | | $0.00 | $0.00 | 2018 |
| 13967 | GivePower Foundation | | $1,878,370.00 | $1,881,226.00 | 2018 |
| 11626 | Glacier National Park Conservancy | | $2,774,876.00 | $4,822,831.00 | 2018 |
| 13827 | Glasgow Barren County Chamber of Commerce | | $104,437.00 | $275,281.00 | 2018 |
| 384 | Glasgow Christian Academy | | $72,322.00 | $542,147.00 | 2018 |
| 386 | Glasgow Kiwanis Club | | $0.00 | $57,209.00 | 2017 |
| 13398 | Glendover Community Basketball League, Inc. | | $0.00 | $0.00 | 2019 |
| 6816 | Glenmary Sisters Charitable Trust | | $0.00 | $232,169.00 | 2018 |
| 2499 | Global Action | | $596,861.00 | $594,356.00 | 2017 |
| 10699 | Global Business Institute, Inc. | | $0.00 | $0.00 | 2018 |
| 7415 | Global FoodBanking Network | | $4,323,967.00 | $4,367,691.00 | 2017 |
| 13716 | Global Forest Generation, Inc. | | $511,831.00 | $511,831.00 | 2018 |
| 11508 | Global Foundation For Peroxisomal Disorders | | $519,446.00 | $533,082.00 | 2018 |
| 5803 | Global Fund for Children | | $8,261,719.00 | $8,361,619.00 | 2017 |
| 2663 | Global Fund for Women, Inc. | | $19,801,611.00 | $21,214,065.00 | 2017 |
| 12259 | Global Game Changers Education Initiative, Inc. | | $953,328.00 | $963,670.00 | 2018 |
| 10035 | Global Genes | | $4,955,803.00 | $4,930,932.00 | 2018 |
| 4382 | Global Giving Foundation, Inc. | | $58,582,313.00 | $60,847,693.00 | 2018 |
| 8603 | Global Greengrants Fund | | $11,813,488.00 | $11,855,904.00 | 2017 |
| 3633 | Global Hunger Project | The Hunger Project | $14,786,808.00 | $0.00 | 2018 |
| 466 | Global Impact | | $62,519,692.00 | $71,810,887.00 | 2017 |
| 9749 | Global Lyme Alliance, Inc. | | $4,889,010.00 | $4,623,616.00 | 2018 |
| 7902 | Global Media Outreach | | $5,837,890.00 | $5,447,172.00 | 2018 |
| 9613 | Global Mother Divine Org | TM Program For Women Professional | $76,886.00 | $484,939.00 | 2018 |
| 5021 | Global Partners In Care | Global Partners In Care | $491,601.00 | $491,601.00 | 2018 |

Current Non-Profit Entities Filing IRS Tax Form 9!

Updated: 2/10/2020

| ID | Name | DBA | Contributions | Revenue | Yr La File |
|---|---|---|---|---|---|
| 11660 | Kentucky Clovers 10U | | $0.00 | $0.00 | 2018 |
| 504 | Kentucky Coalition of Nurse Practioners and Midwives | | $60,949.00 | $569,974.00 | 2018 |
| 10177 | Kentucky Coalition, Inc. | | $2,865,477.00 | $3,244,594.00 | 2018 |
| 12057 | Kentucky College of Art and Design, Inc. | | $1,431,409.00 | $1,443,960.00 | 2017 |
| 3369 | Kentucky Community & Technical College System Foundation, Inc. | | $217,864.00 | $234,278.00 | 2018 |
| 10689 | Kentucky Concrete Association | | $501,331.00 | $987,624.00 | 2018 |
| 7403 | Kentucky Concrete Pavement Association, Inc. | | $207,842.00 | $207,842.00 | 2018 |
| 6236 | Kentucky Conference for Community and Justice dba The Plantory | The Plantory | $95,893.00 | ($8,310.00) | 2018 |
| 11406 | Kentucky Conservation Committee | | $59,818.00 | $92,798.00 | 2018 |
| 11405 | Kentucky Conservation Foundation, Inc. | | $268,854.00 | $289,903.00 | 2018 |
| 108 | Kentucky Conservation Officers Association | | $77,198.00 | $174,116.00 | 2017 |
| 506 | Kentucky Corn Growers Association, Inc. | | $72,316.00 | $1,974,376.00 | 2018 |
| 8203 | Kentucky Council for Children with Behavioral Disorders, Inc. | | $0.00 | $7,185.00 | 2018 |
| 7821 | Kentucky Council of Area Development Districts, Inc. | | $162,774.00 | $197,138.00 | 2018 |
| 5710 | Kentucky Council of Cooperatives, Inc. | | $0.00 | $0.00 | 2018 |
| 13513 | Kentucky Council of The Blind | | $0.00 | $0.00 | 2018 |
| 1011 | Kentucky Council on Child Abuse, Inc. | Prevent Child Abuse Kentucky | $994,303.00 | $1,201,338.00 | 2017 |
| 1501 | Kentucky Council on Problem Gambling, Inc. | | $67,412.00 | $67,412.00 | 2018 |
| 3933 | Kentucky Country Day School, Inc. | | $1,349,874.00 | $20,892,961.00 | 2017 |
| 14138 | Kentucky Dance Coaches Organization Inc. | | $3,550.00 | $40,911.00 | 2018 |
| 508 | Kentucky Dance Council, Inc. | Louisville Ballet | $2,747,847.00 | $4,559,310.00 | 2017 |
| 5146 | Kentucky Dataseam Initiative, Inc. | | $0.00 | $163,634.00 | 2018 |
| 3101 | Kentucky Derby Festival Foundation | | $97,284.00 | $131,916.00 | 2017 |
| 1786 | Kentucky Derby Festival, Inc | | $0.00 | $7,112,744.00 | 2017 |
| 12101 | Kentucky Derby Museum Corporation | | $1,649,558.00 | $8,483,226.00 | 2017 |
| 13117 | Kentucky Dermatological Association | | $28,929.00 | $34,058.00 | 2018 |
| 9706 | Kentucky Diabetes Camp for Children, Inc. | Camp Hendron | $629,435.00 | $685,268.00 | 2017 |
| 7932 | Kentucky Distillers' Association | | $1,828,237.00 | $2,314,006.00 | 2018 |
| 511 | Kentucky Educational Television Foundation | | $7,222,564.00 | $7,945,627.00 | 2017 |