# EXHIBIT 10

# TO MOTION FOR RESTRAINING ORDER

Current Non-Profit Entities Filing IRS Tax Form 9(

Updated: 2/10/2020

| ID | Name | DBA | Contributions | Revenue | Yr Last Filed |
|---|---|---|---|---|---|
| 11660 | Kentucky Clovers 10U | | $0.00 | $0.00 | 2018 |
| 504 | Kentucky Coalition of Nurse Practioners and Midwives | | $60,949.00 | $569,974.00 | 2018 |
| 10177 | Kentucky Coalition, Inc. | | $2,865,477.00 | $3,244,594.00 | 2018 |
| 12057 | Kentucky College of Art and Design, Inc. | | $1,431,409.00 | $1,443,960.00 | 2017 |
| 3369 | Kentucky Community & Technical College System Foundation, Inc. | | $217,864.00 | $234,278.00 | 2018 |
| 10689 | Kentucky Concrete Association | | $501,331.00 | $987,624.00 | 2018 |
| 7403 | Kentucky Concrete Pavement Association, Inc. | | $207,842.00 | $207,842.00 | 2018 |
| 6236 | Kentucky Conference for Community and Justice dba The Plantory | The Plantory | $95,893.00 | ($8,310.00) | 2018 |
| 11406 | Kentucky Conservation Committee | | $59,818.00 | $92,798.00 | 2018 |
| 11405 | Kentucky Conservation Foundation, Inc. | | $268,854.00 | $289,903.00 | 2018 |
| 108 | Kentucky Conservation Officers Association | | $77,198.00 | $174,116.00 | 2017 |
| 506 | Kentucky Corn Growers Association, Inc. | | $72,316.00 | $1,974,376.00 | 2018 |
| 8203 | Kentucky Council for Children with Behavioral Disorders, Inc. | | $0.00 | $7,185.00 | 2018 |
| 7821 | Kentucky Council of Area Development Districts, Inc. | | $162,774.00 | $197,138.00 | 2018 |
| 5710 | Kentucky Council of Cooperatives, Inc. | | $0.00 | $0.00 | 2018 |
| 13513 | Kentucky Council of The Blind | | $0.00 | $0.00 | 2018 |
| 1011 | Kentucky Council on Child Abuse, Inc. | Prevent Child Abuse Kentucky | $994,303.00 | $1,201,338.00 | 2017 |
| 1501 | Kentucky Council on Problem Gambling, Inc. | | $67,412.00 | $67,412.00 | 2018 |
| 3933 | Kentucky Country Day School, Inc. | | $1,349,874.00 | $20,892,961.00 | 2017 |
| 14138 | Kentucky Dance Coaches Organization Inc. | | $3,550.00 | $40,911.00 | 2018 |
| 508 | Kentucky Dance Council, Inc. | Louisville Ballet | $2,747,847.00 | $4,559,310.00 | 2017 |
| 5146 | Kentucky Dataseam Initiative, Inc. | | $0.00 | $163,634.00 | 2018 |
| 3101 | Kentucky Derby Festival Foundation | | $97,284.00 | $131,916.00 | 2017 |
| 1786 | Kentucky Derby Festival, Inc | | $0.00 | $7,112,744.00 | 2017 |
| 12101 | Kentucky Derby Museum Corporation | | $1,649,558.00 | $8,483,226.00 | 2017 |
| 13117 | Kentucky Dermatological Association | | $28,929.00 | $34,058.00 | 2018 |
| 9706 | Kentucky Diabetes Camp for Children, Inc. | Camp Hendron | $629,435.00 | $685,268.00 | 2017 |
| 7932 | Kentucky Distillers' Association | | $1,828,237.00 | $2,314,006.00 | 2018 |
| 511 | Kentucky Educational Television Foundation | | $7,222,564.00 | $7,945,627.00 | 2017 |