# EXHIBIT 11

# TO MOTION FOR RESTRAINING ORDER

# ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.

## General Information

| | |
|---|---|
| **Organization Number** | 0329183 |
| **Name** | ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC. |
| **Profit or Non-Profit** | N - Non-profit |
| **Company Type** | KCO - Kentucky Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | KY |
| **File Date** | 4/12/1994 |
| **Organization Date** | 4/12/1994 |
| **Last Annual Report** | 1/21/2020 |
| **Principal Office** | 302 GENERAL SMITH DR<br>RICHMOND, KY 40475 |
| **Registered Agent** | MAYA-LIS A. WRIGHT<br>302 GENERAL SMITH DRIVE<br>RICHMOND, KY 40475 |

## Current Officers

| | |
|---|---|
| **President** | DAVID J WRIGHT |
| **Vice President** | Nicholas A Wright |
| **Secretary** | TONY B LY |
| **Treasurer** | NICHOLAS A WRIGHT |
| **Director** | DAVID J WRIGHT |
| **Director** | MIKE GALLAGHER |
| **Director** | KAREN CANTRELL |
| **Director** | JAVIER VASQUEZ |
| **Director** | TONY B LY |
| **Director** | Nicholas A WRIGHT |

## Individuals / Entities listed at time of formation

| | |
|---|---|
| **Director** | RYAN FINNERAN |
| **Director** | MAXINE E ROSE-LENETT |
| **Director** | SALVATORE PERICE |
| **Director** | CALVIN D WILLIAMS |
| **Director** | DAVID J WRIGHT |
| **Incorporator** | RYAN FINNERAN |
| **Incorporator** | MAXINE E ROSE-LENETT |
| **Incorporator** | SALVATORE PERICE |
| **Incorporator** | CALVIN D WILLIAMS |
| **Incorporator** | DAVID J WRIGHT |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Certificate of Assumed Name | 1/30/2020 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 1/30/2020 | 1 page | tiff | PDF |
| Registered Agent name/address change | 1/28/2020 2:35:00 PM | 1 page | PDF | |
| Reinstatement Certificate of | 1/21/2020 3:02:44 PM | 2 pages | PDF | |

| Existence | | | | |
|---|---|---|---|---|
| Reinstatement | 1/21/2020 3:01:57 PM | 2 pages | PDF | |
| Administrative Dissolution Return | 10/12/2015 | 1 page | tiff | PDF |
| Administrative Dissolution | 9/12/2015 | 1 page | PDF | |
| Sixty Day Notice Return | 7/28/2015 | 2 pages | tiff | PDF |
| Annual Report Return | 4/28/2015 | 2 pages | tiff | PDF |
| Reinstatement Certificate of Existence | 4/22/2014 1:23:01 PM | 2 pages | PDF | |
| Reinstatement | 4/22/2014 1:21:21 PM | 2 pages | PDF | |
| Administrative Dissolution | 11/2/1999 | 1 page | tiff | PDF |
| Administrative Dissolution Return | 11/2/1999 | 2 pages | tiff | PDF |
| Sixty Day Notice Return | 9/1/1999 | 2 pages | tiff | PDF |
| Certificate of Assumed Name | 1/12/1999 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 1/12/1999 | 1 page | tiff | PDF |
| Reinstatement | 12/15/1998 | 2 pages | tiff | PDF |
| Statement of Change | 12/15/1998 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 12/15/1998 | 1 page | tiff | PDF |
| Administrative Dissolution | 11/3/1998 | 1 page | tiff | PDF |
| Administrative Dissolution Return | 11/3/1998 | 2 pages | tiff | PDF |
| Sixty Day Notice Return | 9/1/1998 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1998 | 1 page | tiff | PDF |
| Annual Report | 7/1/1997 | 1 page | tiff | PDF |
| Sixty Day Notice Return | 9/1/1996 | 2 pages | tiff | PDF |
| Sixty Day Notice Return | 9/1/1996 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1996 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 12/20/1995 | 1 page | tiff | PDF |
| Sixty Day Notice Return | 9/1/1995 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1995 | 2 pages | tiff | PDF |
| Articles of Incorporation | 4/12/1994 | 5 pages | tiff | PDF |

## Assumed Names

| GLOBCAL INTERNATIONAL | Active |
|---|---|
| KENTUCKY COLONELS INTERNATIONAL | Active |
| ARBORDAY.COM | Inactive |
| ARBOR DAY | Inactive |
| ARBOR DAY FREE TREE PROGRAM | Inactive |
| ARBOR DAY, INC. | Inactive |
| ARBOR DAY | Inactive |

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Added assumed name | 1/30/2020 4:18:38 PM | 1/30/2020 | GLOBCAL INTERNATIONAL |
| Added assumed name | 1/30/2020 4:16:10 PM | 1/30/2020 | KENTUCKY COLONELS INTERNATIONAL |
| Registered agent address change | 1/28/2020 2:35:00 PM | 1/28/2020 2:35:00 PM | |
| Registered agent address change | 1/21/2020 3:03:15 PM | 1/21/2020 | |
| Reinstatement | 1/21/2020 3:02:38 PM | 1/21/2020 | |
| Admin Dis. A. report not in | 9/12/2015 | 9/12/2015 | |
| Reinstatement | 4/22/2014 1:22:58 PM | 4/22/2014 | |
| Admin Dis. A. report not in | 11/2/1999 | 11/2/1999 | |

| | | | |
|---|---|---|---|
| Added assumed name | 1/12/1999 | 1/12/1999 | ARBOR DAY FREE TREE PROGRAM |
| Added assumed name | 1/12/1999 | 1/12/1999 | ARBOR DAY, INC. |
| Reinstatement | 12/15/1998 | 12/15/1998 | |
| Registered agent address change | 12/15/1998 | 12/15/1998 | |
| Added assumed name | 12/15/1998 | 12/15/1998 | ARBORDAY.COM |
| Added assumed name | 12/15/1998 | 12/15/1998 | ARBOR DAY |
| Admin Dis. A. report not in | 11/3/1998 | 11/3/1998 | |
| Sixty day notification | 9/1/1998 | 9/1/1998 | |
| Principal office change | 9/3/1996 | 9/3/1996 | |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Administrative Dissolution Return | 11/2/1999 | 2 pages |
| Administrative Dissolution | 11/2/1999 | 1 page |
| Sixty Day Notice Return | 9/1/1999 | 2 pages |
| Certificate of Assumed Name | 1/12/1999 | 1 page |
| Certificate of Assumed Name | 1/12/1999 | 1 page |
| Certificate of Assumed Name | 12/15/1998 | 1 page |
| Certificate of Assumed Name | 12/15/1998 | 1 page |
| Statement of Change | 12/15/1998 | 1 page |
| Reinstatement | 12/15/1998 | 2 pages |
| Administrative Dissolution Return | 11/3/1998 | 2 pages |
| Administrative Dissolution | 11/3/1998 | 1 page |
| Sixty Day Notice Return | 9/1/1998 | 2 pages |
| Annual Report | 7/1/1998 | 1 page |
| Annual Report | 7/1/1997 | 1 page |
| Sixty Day Notice Return | 9/1/1996 | 2 pages |
| Annual Report | 7/1/1996 | 1 page |
| Certificate of Assumed Name | 12/20/1995 | 1 page |
| Sixty Day Notice Return | 9/1/1995 | 2 pages |
| Annual Report | 7/1/1995 | 2 pages |
| Articles of Incorporation | 4/12/1994 | 5 pages |



| | 0329183.09 | sburgin<br>ASN |
| --- | --- | --- |

**COMMONWEALTH OF KENTUCKY**
**MICHAEL ADAMS, SECRETARY OF STATE**

Michael G. Adams
Kentucky Secretary of State
Received and Filed:
1/30/2020 4:16 PM
Fee Receipt: $20.00

---

**Division of Business Filings**
P.O. Box 718,
Frankfort, KY 40602
(502) 564-3490
www.sos.ky.gov

**Certificate of Assumed Name**                                    **ASN**
**(Domestic or Foreign Business Entity)**

---

Pursuant to the provisions of KRS 365, the undersigned applies to assume a name and, for that purpose, submits the following statement:

1. The assumed name is: Kentucky Colonels International

2. The name of the business entity (and in the case of general partnership, the partners) that is/are adopting the assumed name:

   Ecology Crossroads Cooperative Foundation, Inc.
   Name must be identical to the name on record with the Secretary of State.)

3. The "real name" is (you must check one):

   ☐ a Domestic General Partnership                  ☐ a Foreign General Partnership
   ☐ a Domestic Limited Liability Partnership        ☐ a Foreign Limited Liability Partnership
   ☐ a Domestic Limited Partnership                  ☐ a Foreign Limited Partnership
   ☐ a Domestic Business Trust                       ☐ a Foreign Business Trust
   ☒ a Domestic Corporation                          ☐ a Foreign Corporation
   ☐ a Domestic Limited Liability Company            ☐ a Foreign Limited Liability Company
   ☐ a Domestic Statutory Trust                      ☐ a Foreign Statutory Trust
   ☐ a Domestic Limited Cooperative Association      ☐ a Foreign Limited Cooperative Association
   ☐ a Domestic Unincorporated Non-profit Association ☐ a Foreign Unincorporated Non-profit Association

4. This application will be effective upon filing, unless a delayed effective date and/or time is provided. The effective date or the delayed effective cannot be prior to the date the application is filed. The effective date is

5. The business is organized and existing in the state or country of Kentucky

6. The mailing address is:

| 302 General Smith Drive | Richmond | Kentucky | 40475 |
| --- | --- | --- | --- |
| Street Address or Post Office Box Numbers | City | State | Zip |

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

| _Nicholas Wright_ | Nicholas Wright | Vice-President/Treasurer | January 28, 2020 |
| --- | --- | --- | --- |
| Authorized Party Signature | Printed Name | Title | Date |

(1/20)

**1/28/2020**
**0329183**

# Commonwealth of Kentucky
## Michael G. Adams, Secretary of State

N601

0329183
Michael G. Adams
KY Secretary of State
Received and Filed
**1/28/2020 2:35:00 PM**
Fee receipt: $10.00

Michael G. Adams
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

### Statement of Change of Registered Office, Registered Agent, or Both

**RAC**

Pursuant to the provisions of KRS chapters 271B, 273, 275, or 362, the undersigned hereby applies to change the registered office, registered agent, or both on behalf of

# ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.

which is organized in the state of Kentucky, and for that purpose submits the following statements:

**1. Name of current registered agent**

AMERICAN BUSINESS & TECHNOLOGY INCORPORATED

**2. Registered agent is hereby changed to:**

MAYA-LIS A. WRIGHT

**3. Address of current registered office**

306 ESTILL STREET
BEREA, KY 40403

**4. Registered office is hereby changed to:**

302 GENERAL SMITH DRIVE
RICHMOND, KY 40475

**5. Signature of officer or chairman of the board**

DAVID J. WRIGHT, PRESIDENT
_____
Signature and Title

_____
Type or print name and title

1/28/2020 2:35 PM
_____
Date

**6. Consent of new agent**

I consent to serve as the new registered agent on behalf of this corporation.

MAYA-LIS A. WRIGHT
_____
Signature and Title

_____
Type or print name and title

| | |
|---|---|
| **0329183.09** | vmiller RST |
| **Michael G. Adams** | |
| **Kentucky Secretary of State** | |
| Received and Filed: | |
| 1/21/2020 3:02 PM | |
| Fee Receipt: $190.00 | |

# Commonwealth of Kentucky
# Michael G. Adams, Secretary of State

Michael G. Adams
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

## Certificate of Existence

I, Michael G. Adams, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

### ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.

has eliminated all the grounds for dissolution, paid all fees and penalties owed to the Secretary of State, and met all other requirements for reinstatement. The effective date of reinstatement is January 21, 2020.

I further certify that ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC. is a corporation duly incorporated and existing under the laws of the Commonwealth of Kentucky, whose date of incorporation is April 12, 1994, and whose period of duration is perpetual.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at Frankfort, Kentucky, this 21st day of January, 2020.



Michael G. Adams
Secretary of State
Commonwealth of Kentucky
0329183

Organization ID #   0329183
State of origin       KY
Filing fee $190.00

# Commonwealth of Kentucky
# Michael G. Adams, Secretary of State

0329183.09                          vmiller
                                    NPRF
Michael G. Adams
Kentucky Secretary of State
Received and Filed:
1/21/2020 3:01 PM
Fee Receipt: $190.00

Michael G. Adams
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

## Reinstatement Application and
## Reinstatement Annual Report
### For the years 2015 through 2020

RST

Exact organization name and principal office address
**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**
**2036 BIG HILL RD**
**BEREA KY 40403**

The principal office address and registered agent name/office address cannot be changed on this form. When reinstating, you cannot modify the addresses until the reinstatement is filed. Once the reinstatement is filed, the statement of change can be filed online at app.sos.ky.gov/ftsearch or can be downloaded from our website.

Registered Agent and Registered Office Address
AMERICAN BUSINESS & TECHNOLOGY INCORPORATED
306 ESTILL STREET
BEREA, KY 40403
If the above company is included in a parent company's Kentucky tax return as a disregarded company's information here (optional):
FEIN:_____   Name:_____

**Principal Officers** - List the name, address and title of all current officers. All organizations must list at least one (1) officer, even in the case of a sole officer. If not specified, officer addresses default to the principal office address. Corporations are required to list a Secretary or other officer serving as records custodian

| President | DAVID  J WRIGHT | DAVID J WRIGHT |
| Vice President | BRUCE  LEE BENEFIEL | NICHOLAS A WRIGHT |
| Secretary | TONY B LY | |
| Treasurer | NICHOLAS A WRIGHT | NICHOLAS A WRIGHT |

**Directors** - Non-profit corporations must have at least three (3) directors. All directors of the non-profit must be listed. If Not specified, director addresses default to the principal office address.

| DAVID J WRIGHT | DAVID J WRIGHT |
| MAYA-LIS WRIGHT | NICHOLAS A WRIGHT |
| MIKE GALLAGHER | MIKE GALLAGHER |
| KAREN  CANTRELL | KAREN CANTRELL |
| JAVIER VASQUEZ | JAVIER VASQUEZ |

The above entity was administratively dissolved on September 12, 2015 because the entity did not file its annual report for the year 2015. The undersigned states that the grounds for dissolution either did not exist or have been eliminated, and the entity's name satisfies the requirements of KRS 273.3181. Enclosed is a check in the amount of $190.00, payable to Kentucky State Treasurer.

Under penalty of perjury, the below signed hereby authorizes the Kentucky Department of Revenue to release any applicable tax information pertaining to ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC. to the Secretary of State, as required for reinstatement pursuant to KRS 271B.14-220.

If not an officer of said entity, please provide a Declaration of Power of Attorney with the Reinstatement Application.

X _Col. Nicholas Wright_            _Vice President_                    Jan. 21, 2020
Signature of officer Or chairman of the Board (Required)      Title (Required)              Date (Required)



**KENTUCKY DEPARTMENT OF REVENUE**
**DIVISION OF CORPORATION TAX**
501 HIGH STREET, STATION 52
FRANKFORT, KENTUCKY 40601-2103

Website:   www.revenue.ky.gov
Phone:     502-564-8139
Fax:       502-564-0058

**ECOLOGY CROSSROADS COOPERATIVE**
**FOUNDATION, INC.**
**2036 BIG HILL RD**
**BEREA KY 40403**

Notice Date:       January 21, 2020
KY SoS Org. ID:    0329183

---

*RE:*                     *Letter of Good Standing Request - Approved*

---

**SUMMARY**              You requested a letter of good standing, and your entity is in **good standing** with the Department of Revenue.

---

**OUR DETERMINATION**    We verified the following information.

1. You are registered with the Department of Revenue.
2. An authorized person requested this letter.
3. You filed income and LLE tax returns as required, or you are exempt from filing.
4. You have no outstanding tax assessments with the Division of Collections or have a valid pay agreement in place.

This notice will remain current for 30 days from the notice date above.

---

**WHAT YOU NEED TO DO**
1. **If you are attempting to reinstate your entity,** please provide a copy of this letter to the Kentucky Secretary of State within 30 days of the notice date above.
2. **If you are a for-profit corporation,** you will also need to provide the Secretary of State a letter of good standing from the Division of Unemployment Insurance. Their telephone number is 502-564-6835.
3. **If you are a non-profit entity,** please remember to file a copy of your tax returns with the Kentucky Attorney General. The charity filing requirements website is: http://ag.ky.gov/family/ consumerprotection/charity/Pages/registration.aspx.

---

**CONTACT INFORMATION**   If you have any questions regarding this notice, please contact me. Thank you.

Agent: Dottye REV3769, Taxpayer Specialist I
Email: Dottye.Roberts@ky.gov
Direct: 502-564-0102

---

**KENTUCKY SECRETARY OF STATE**
**P.O.BOX 718**
**FRANKFORT, KY 40602**



**0329183**

First Class Mail
US Postage Paid
Frankfort, KY
Permit No. 888

### Certificate of Dissolution

I, Alison Lundergan Grimes, Secretary of State
of the Commonwealth of Kentucky, do hereby
certify that according to the records in the
Office of the Secretary of State,

**IMPORTANT NOTICE**

**ECOLOGY CROSSROADS**
**COOPERATIVE FOUNDATION, INC.**

did not file its 2015 annual report within sixty
days after it was due. Accordingly, the
Secretary of State administratively dissolved
the company on September 12, 2015.

**ECOLOGY CROSSROADS COOPERATIVE**
**FOUNDATION, INC.**
**2036 BIG HILL RD**
**BEREA KY 40403**

NIXIE      402   FE 1009      0010/05/13

        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 40602071818    *0170-04359-22-41



# Success

Your gift payment was successfully sent.

GIFT AMOUNT

## $50.00

PAYMENT METHOD

 5278

PAYMENT DATE

## 02/10

RECIPIENT

## 502-319-5166

RETURN TO BOOST HOME



Learn about your California consumer privacy rights.  Submit a request for Boost Mobile not to sell your personal information.

C

X

Learn about your California consumer privacy rights.   Submit a request for Boost Mobile not to sell your personal information.

**KENTUCKY SECRETARY OF STATE**
P.O.BOX 718
FRANKFORT, KY 40602



0329183

First Class Mail
US Postage Paid
Frankfort, KY
Permit No. 888

**Certificate of Dissolution**

I, Alison Lundergan Grimes, Secretary of State
of the Commonwealth of Kentucky, do hereby
certify that according to the records in the
Office of the Secretary of State,

**IMPORTANT NOTICE**

**ECOLOGY CROSSROADS
COOPERATIVE FOUNDATION, INC.**

did not file its 2015 annual report within sixty
days after it was due. Accordingly, the
Secretary of State administratively dissolved
the company on September 12, 2015.

**ECOLOGY CROSSROADS COOPERATIVE
FOUNDATION, INC.
2036 BIG HILL RD
BEREA KY 40403**

NIXIE        402   FE 1009        0010/05/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



BC: 40602071818     *0170-04359-22-41

**KENTUCKY SECRETARY OF STATE**
P.O.BOX 718
FRANKFORT, KY 40602

0329183

First Class Mail
US Postage Paid
Frankfort, KY
Permit No. 888

**Certificate of Dissolution**

I, Alison Lundergan Grimes, Secretary of State
of the Commonwealth of Kentucky, do hereby
certify that according to the records in the
Office of the Secretary of State,

**ECOLOGY CROSSROADS
COOPERATIVE FOUNDATION, INC.**

did not file its 2015 annual report within sixty
days after it was due. Accordingly, the
Secretary of State administratively dissolved
the company on September 12, 2015.

Alison Lundergan Grimes
Secretary of State

**IMPORTANT NOTICE**

**ECOLOGY CROSSROADS COOPERATIVE
FOUNDATION, INC.**
2036 BIG HILL RD
BEREA KY 40403

**Commonwealth of Kentucky**
**Alison Lundergan Grimes, Secretary of**

0329183.09     amcray
                RST
Alison Lundergan Grimes
Kentucky Secretary of State
Received and Filed:
4/22/2014 1:22 PM
Fee Receipt: $340.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

**Certificate of Existence**

I, Alison Lundergan Grimes, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**

has eliminated all the grounds for dissolution, paid all fees and penalties owed to the Secretary of State, and met all other requirements for reinstatement. The effective date of reinstatement is April 22, 2014.

I further certify that ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC. is a corporation duly incorporated and existing under the laws of the Commonwealth of Kentucky, whose date of incorporation is April 12, 1994, and whose period of duration is perpetual.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at Frankfort, Kentucky, this 22nd day of April, 2014.

Alison Lundergan Grimes
Secretary of State
Commonwealth of Kentucky
0329183



Alison Lundergan Grimes
Secretary Of State
Filings Division
P.O. Box 718
Frankfort, KY 40602-0718

0329183
**IMPORTANT NOTICE**

**NOTICE**
**Keep this copy for your records**

The image on the reverse side of this card serves as your
confirmation and copy that the business filing submitted was
successfully filed with the Office of the Secretary of State in
accordance to Kentucky Revised Statutes.

**How to obtain a full page copy of your business filing**

To download full page copies of the document to take to the County
Clerk's Office, please visit our web site at
**www.sos.ky.gov**. If you would like to request copies of the
document from our office, please download the Records Request
Form at **www.sos.ky.gov** and submit to our Records department.

If you have additional questions concerning your filing, please
contact our office at 502-564-3490.

**ECOLOGY CROSSROADS COOPERATIVE**
**FOUNDATION, INC.**
**302 GENERAL SMITH DR**
**RICHMOND KY 40475**

0329183.09        amcray
                   NPRF
Alison Lundergan Grimes
Kentucky Secretary of State
Received and Filed:
4/22/2014 1:21 PM
Fee Receipt: $340.00

Organization ID #  0329183
State of origin    KY
Filing fee  $340.00

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

# Reinstatement Application and Reinstatement Annual Report
### For the years 1999 through 2014

**RST**

## Exact organization name and principal office address
**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**
302 General Smith Drive
Richmond, KY 40475

The principal office address and registered agent name/office address cannot be changed on this form. When reinstating, you cannot modify the addresses until the reinstatement is filed. Once the reinstatement is filed, the statement of change can be filed online at app.sos.ky.gov/ftsearch or can be

## Registered Agent and Registered Office Address
**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**
Maya-Lis Wright; 302 General Smith Drive, Richmond, KY 40475

## Principal Officers - List the name, address and title of all current officers. All organizations must list at least one (1) officer, even in the case of a sole officer. If not specified, officer addresses default to the principal office address. Corporations are required to list a Secretary or other officer serving as records custodian

| Title | Name | Address |
|---|---|---|
| President | Col. David J. Wright | Fundo Ekoblus, Via Gavilan Kilometer 24, Ekobius, Atures, Amazonas, Venezuela 7101— Tel. +58 212-516-0361 |
| Vice-President | Bruce Lee Benefiel | 925 S. Sailfish Dr., Gilbert, Arizona 85233 — Tel.+01 480-633-7179 |
| Secretary | Tony B. Ly | 23 County Fair Road Norwich, Connecticut 06360 — Tel.+01 408 230-9520 |
| Treasurer | Nicholas A. Wright | Bell Valley Apartments, 198 Bell Valley Drive, Nashville, Tennessee 37209 — Tel. +01 859-358-0117 |

## Directors - Non-profit corporations must have at least three (3) directors. All directors of the non-profit must be listed. If not specified, director addresses default to the principal office address.

| Name | Address |
|---|---|
| Col. David J. Wright | Fundo Ekobius, Via Gavilan Kilometer 24, Ekobius, Atures, Amazonas, Venezuela 7101— Tel. +58 2125160361 |
| Maya-Lis Wright | 302 General Smith Drive Richmond, Kentucky 40475—Tel. +01 859-358-0568 |
| Mike Gallagher | 1730 West 4th Street Wilmington, Delaware 19805 — Tel. +01 667-213-0075 |
| Karen Cantrell | The Fashion House, 73608 Hwy 111, Suite 1, Palm Desert, California 92260— Tel.+01 760-773-4949 |
| Javier Vasquez | 1730 West 4th Street Wilmington, Delaware 19805 — Tel. +01 302-377-9163 |

Tony B. Ly        23 County Fair Road Norwich, Connecticut 06360 — Tel.+01 408 230-9520

The above entity was administratively dissolved on November 2, 1999 because the entity did not file its annual report for the year 1999. The undersigned states that the grounds for dissolution either did not exist or have been eliminated, and the entity's name satisfies the requirements of KRS 273.3181. Enclosed is a check in the amount of $340.00, payable to Kentucky State Treasurer.

Under penalty of perjury, the below signed hereby authorizes the Kentucky Department of Revenue to release any applicable tax information pertaining to ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC. to the Secretary of State, as required for reinstatement pursuant to KRS 271B.14-220.

If not an officer of said entity, please provide a Declaration of Power of Attorney with the Reinstatement Application.

X _Col David J Wright_       President, Executive Director       2/22/2014

| Signature of officer or chairman of the board (Required) | Title (Required) | Date (Required) |
|---|---|---|



**THOMAS B. MILLER**
Commissioner

**FINANCE AND ADMINISTRATION CABINET
DEPARTMENT OF REVENUE
OFFICE OF INCOME TAXATION**

**ELYSE WEIGEL**
Deputy Commissioner

**BOB BROOKS**
Executive Director

April 22, 2014

**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.
302 GENERAL SMITH DR
RICHMOND KY 40475**

Re: Request for a Letter of Good Standing

Based upon the Department of Revenue records and the information submitted, **ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.** is exempt from filing a Kentucky Corporation Income Tax Return pursuant to KRS 141.040, KRS 141.0401 and KRS 136.070. This exemption does not apply to any other taxes administered by the Commonwealth of Kentucky. The Department of Revenue requests the company's charter be reinstated provided all other requirements of the Secretary of State have been met by the corporation. This letter is valid for 30 days from the date of this letter.

Any changes in the corporation's articles of incorporation, by-laws, method of reporting, name or address, or ruling by the Internal Revenue Service must be reported to this office.

Sincerely,

Theresa Collins, Taxpayer Services Specialist II
Division of Corporation Tax
501 High Street, Mail Sta. 52
Frankfort, KY 40601
502-564-7288
FAX# 502-564-0058

Kentucky Secretary of State organization number 0329183



2/13/2020
apps.sos.ky.gov/ImageWebViewer/(S(gd1p0jmokgbo5wnxl2s4a355))/OBDBDisplayImage.aspx?id=1416092

**Commonwealth of Kentucky**
**John Y. Brown III**
**Secretary of State**

**Certificate of Dissolution**

**AMERICAN BUSINESS & TECHNOLOGY INCORPORATED**          **0329183**
**306 ESTILL STREET**
**BEREA, KY 40403**

I, John Y. Brown, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the office of the Secretary of State,

**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**

did not file its 1999 annual report within sixty days after it was due. Accordingly, the Secretary of State administratively dissolved the corporation on November 2, 1999.



IN WITNESS THEREOF, I have hereunto set my hand and affixed my official seal this 2nd day of November, 1999.

John Y. Brown III
Secretary of State

apps.sos.ky.gov/ImageWebViewer/(S(oldhmd55nqikqa45wcgpex45))/OBDBDisplayImage.aspx?id=1936854

Multi-page document. Select page: 1 2

**Commonwealth of Kentucky**
**John Y. Brown III**
**Secretary of State**

**Certificate of Dissolution**

**AMERICAN BUSINESS & TECHNOLOGY INCORPORATED**          0329183
**306 ESTILL STREET**
**BEREA, KY 40403**

I, John Y. Brown, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the office of the Secretary of State,

**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**

did not file its 1999 annual report within sixty days after it was due.  Accordingly, the Secretary of State administratively dissolved the corporation on November 2, 1999.



IN WITNESS THEREOF, I have hereunto set my hand and affixed my official seal this 2nd day of November, 1999.

John Y. Brown III
Secretary of State

Multi-page document. Select page: 1 2

Multi-page document. Select page: 1 2





JOHN Y. BROWN III
SECRETARY OF STATE
P.O. BOX 1150
FRANKFORT, KY 40602-1150

REGISTER TO VOTE

2/13/2020                                    apps.sos.ky.gov/ImageWebViewer/(S(oldhmd55nqikqa45wcgpex45))/obdbdisplayimage.aspx?id=1936854&page=2

NOV 1 ? 1999

SECRETARY OF STATE
COMMONWEALTH OF K...

FORWARDING ORDER EXPIRED

RETURN TO SENDER

Multi-page document. Select page: 1 2

Multi-page document. Select page: 1 2

329183

# Commonwealth of Kentucky
## John Y. Brown III
## Secretary of State





## Application for Reinstatement
### (Nonprofit)

## ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.

was administratively dissolved under KRS 273.3151 or revoked under KRS 273.367 on **November 3, 1998** because the corporation did not:

- Files its annual report for the **year 1998:**

The undersigned hereby applies for reinstatement on behalf of the above-named corporation and further states as follows:

1. the grounds for dissolution either did not exist or have been eliminated
2. the corporation's name satisfies the requirements of KRS

The following documents and fees are enclosed with this application:

1. A certificate from the Kentucky Revenue Cabinet reciting that all taxes owed by the corporation have been paid
2. Reinstatement Annual Report
3. A check in the amount of **$12.00** which includes
   a. **$8.00** reinstatement penalty fee
   b. **$4.00** Annual report fee for 1 year
4. Form SSC-62? — Complete this form if a change has been made in the current registered office or agent, or both. Add $5.00 to the total stated in section 3, if form is being filed as part of this reinstatement
5. Articles of Amendment to the Articles of Incorporation if the corporation's name is unavailable for use at the time of reinstatement, add $5.00 to the total stated in section 3, if an amendment is being filed as part of this reinstatement
6. Articles of Amendment to the Articles of Incorporation if you are extending the corporation's period of duration due to expiration, add $5.00 to the total in section 3 if an amendment is being filed as part of this reinstatement

this 12TH day of November 19 98

Col David J. Wright
President

* Corporate Name
Before making a name change to the reinstatement you should contact the Secretary of State at (502) 564-3490 to make certain that its corporate name is still available. If the corporate name is not available, then the corporation must file a statement articles of amendment changing the name. This statement articles of amendment changing the name must accompany the application for reinstatement.

Multi-page document. Select page: 1 2

Multi-page document. Select page: 1 2

COMMONWEALTH OF KENTUCKY
**REVENUE CABINET**
FRANKFORT
40620

November 16, 1998

COLONEL DAVID WRIGHT
ECOLOGY CROSSROADS
COOPERATIVE FOUNDATION
P O BOX 231
BEREA KY 40403

Dear Colonel Wright

YOUR November 13, 1998 REQUEST FOR LETTER OF GOOD STANDING

The Revenue Cabinet acknowledges receipt of your request for a letter of good standing for Ecology Crossroads Cooperative Foundation. Revenue records indicate that the corporation has not filed Kentucky Corporation Income and License Tax returns.

Based on the information submitted, this office has determined that returns are not required as of the date of this letter. The Cabinet requests that the corporation's charter be reinstated providing all other requirements of the Secretary of State have been met by the corporation.

This letter must be submitted to the office of the Secretary of State within thirty (30) days to be accepted for reinstatement.

Sincerely,

Ms Raemel Fanning, Revenue Auditor II
Corporation Tax Section
Division of Compliance & Taxpayer Assistance
200 Fair Oaks Lane, Second Floor
P O Box 1302, Station 52
Frankfort KY 40602
(502) 564-8139 ext. *4754

**AN EQUAL OPPORTUNITY EMPLOYER M/F/D**

Multi-page document. Select page: 1 2

2/13/2020  apps.sos.ky.gov/ImageWebViewer/(S(upv35lnvug33sx45142unhyq))/OBDBDisplayImage.aspx?id=747174

# COMMONWEALTH OF KENTUCKY
## JOHN Y. BROWN III
## SECRETARY OF STATE

### CERTIFICATE OF DISSOLUTION

S. ANDREA WRIGHT
2972 MOUNT MCKINLEY WAY
LEXINGTON  KY  40515

Record No:  0329183

Name of Corporation:

**ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.**

Pursuant to the provisions of KRS 271B.14-210 and KRS 273.3181, the above-named corporation has been administratively dissolved effective November 3, 1998 for the following reason indicated:

____X____ 1. The corporation did not file its annual report with the Secretary of State within sixty days after it was due.

_____ 2. The corporation was without a registered agent or registered office in this state for sixty days or more.

_____ 3. The corporation did not notify the Secretary of State within sixty days that its registered agent or registered office had been changed, that its registered agent had resigned, or that its registered office had been discontinued.

_____ 4. The corporation's period of duration stated in its articles of incorporation expired.

A corporation administratively dissolved continues its corporate existence but may not carry on any business except that necessary to wind up and liquidate its business and affairs.

John Y. Brown III
Secretary of State

Multi-page document. Select page: 1 2

JOHN Y. BROWN III
SECRETARY OF STATE
P.O. BOX 1150
FRANKFORT, KY 40602-1150

ATTENTION! DATED MATERIALS ENCLOSED!

RETURN TO SENDER
FORWARDING ORDER EXPIRED
LIBERTY ROAD STATION

2/13/2020

apps.sos.ky.gov/ImageWebViewer/(S(j3e13uu4hbvrlwqchcbmyvn5))/obdbdisplayimage.aspx?id=4208608&page=2



Multi-page document. Select page: 1 2

2/10/2020

Case 3:20-cv-00132-RGJ   Document 7-11   Filed 02/21/20   Page 28 of 32 PageID #: 342

apps.sos.ky.gov/ImageWebViewer/(S(vtw1zq454034yg55ylbfuoaw))/OBDBDisplayImage.aspx?id=2291972

Multi-page document. Select page: 1 2 3 4 5

**329183**

## CERTIFICATE OF ORGANIZATION AND ARTICLES OF INCORPORATION
## ECOLOGY CROSSROADS COOPERATIVE FOUNDATION. INC.

**The Articles of Incorporation of** the undersigned, all being of full legal age, and all being citizens or legal residents of the United States, do, voluntarily, under and by virtue of the laws of the United States of America, hereby associate themselves with the desire and intention to form a non-profit charitable membership organization in the benefit and interest of the public.

**The Undersigned**, in order to form a non-profit corporation for the purposes hereinafter stated, do so, under and pursuant to the provisions and outline of the Model Nonprofit Corporation Act (ABA), the Non-Profit Corporation Laws and Revised Statutes (KRS Chapter 273) of the State of Kentucky; other applicable laws of the State and the laws of the United States of America, and further do hereby make and adopt the following Certificate of Organization and Articles of Incorporation. We the Incorporators do hereby certify as follows:

**ARTICLE I**

The name of the corporation is the **Ecology Crossroads Cooperative Foundation, Inc.** hereafter known as the "Corporation". The Corporation shall commence business with the filing of these articles and from thereon be perpetual in its existence.

**ARTICLE II**

**747791**

The initial registered office and the initial principal office of the Corporation in the State of Kentucky is located at 2972 Mount McKinley Way, Lexington, Fayette County, 40515. The regular mailing address of the Corporation is Post Office Box 12395, Lexington, Kentucky 40583-2395. The name of the Corporation's registered resident agent on whom process may be served at such addresses is that of the Acting Secretary of Records, at the time of this Incorporation that persons' name is S. Andrea Wright.

**ARTICLE III**

The Corporation is a non-profit cooperative and public membership association organized and created exclusively for educational, environmental, literary, agricultural, cultural, scientific and charitable purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code.

The purposes for which the Corporation is formed, and the business and the objects to be carried on and promoted by it, are as follows:

A)      To educate the general public regarding environmentally sensitive matters in need of attention, with special attention on local, national, and global ecological knowledge and understanding.

B)      To provide and disseminate factual literature, resources, and information free of charge and/or at little cost in an effort to educate and inform the public regarding natural resource conservation, to foster that which is environmentally sound for the earth, and to promote ecologically sustainable values and social responsibility among the general population.

C)      To introduce sustainable development techniques, environmentally safe products and green technologies to developing and underdeveloped areas of the world; including private property, public property, farms, communities, counties, states, federations and/or countries.

D)      To extend the specific educational programs related to our purposes of universities and colleges to areas where universities do not exist through various modern technologies such as satellite and computer communications as well as future technologies as they are developed and become available.

E)      To establish and/or assist others in the establishment of easements and land trusts that favor the preservation and natural ecology of indigenous environmental habitats for their use and continued existence as such, with special attention on stewardship land trust establishment, reforestation, wildlife management, ecological restoration, habitat enhancement and land preservation in general.

Multi-page document. Select page: 1 2 3 4 5

apps.sos.ky.gov/ImageWebViewer/(S(vtw1zq454034yg55ylbfuoaw))/OBDBDisplayImage.aspx?id=2291972

1/1

Multi-page document. Select page: 1 2 3 4 5

F)      To stimulate and extend the appreciation of native flora and fauna of the Americas with special attention on keystone, rare, endangered and threatened species and their environments.

G)      To demonstrate, identify, research, promote, cultivate, champion, advocate, provide prototype and exhibit ecologically sustainable community development both in theory and practice, and to provide homes and develop community life within these establishments for the benefit of the public.

H)      To sponsor, establish, organize, promote and operate social, cultural, scientific, charitable and educational activities which are beneficial to this organization, the public interest and the members of the organization.

I)      To provide, distribute, manufacture and/or demonstrate on a non-profit basis natural, organic and other related products, foods and services free and/or at a low-cost to the members of the organization and general public.

J)      To establish and promote environmentally and ecologically sustainable intentional communities, membership housing cooperatives, and low-cost rural housing and housing programs with emphasis on agricultural reliance, self-sufficiency, natural resource conservation and land stewardship.

K)      To construct, develop, operate, maintain, occupy, control and improve and to buy, take, purchase, exchange, own, sell, convey, assign, lease or sublease and hold unlimitedly or otherwise alienate or dispose of, within and without the State of Kentucky and elsewhere, to mortgage or otherwise encumber and otherwise to handle and to deal in real estate, real property or land either improved or unimproved, and any interest rights therein incident to the provision of such aforementioned rural community or low cost housing program developed.

L)      To borrow or raise moneys for any of the purposes of this corporation and from time to time issue warrants, bonds, debentures, notes or other evidences of indebtedness, secured or unsecured, of this corporation for moneys so borrowed, in furtherance of any or all of the objects of the Corporation's business; to secure the same by mortgage, deed of trust, pledge or other lien upon any or all of the property rights, privileges or franchises of this corporation wheresoever situated, acquired or to be acquired, and to pledge, sell, or otherwise dispose of any or all of such bonds, debentures, notes and other obligations of this corporation for its corporate purposes.

M)      To build, erect, construct, purchase, lease, or otherwise acquire, own, provide, establish, maintain, hold and operate homes, schools, child nurseries, factories, laboratories, warehouses, agencies, depots, buildings, structures, offices, works, stores, plants, commissaries, and all other things of whatsoever kind and nature, suitable, necessary, useful, convenient or advisable in connection with any or all of the objects hereinbefore or hereinafter set forth.

N)      To employ, engage, hire and to appoint corporations, firms and individuals in any and all parts of the world to act as agents for this corporation in such capacity and on such conditions as may be determined from time to time by the Board of Trustees (directors), with the approval of the Regular Members.  The procedure necessary to obtain the approval of the membership shall be provided in the by-laws.

O)      To enter into, make, perform and carry out contracts of every sort and kind which may be necessary or convenient for the purposes of this corporation with any person, firm, association, corporation private, public or municipal, any State, territory or municipality of the United States or any foreign government, colony or body politic, or with the United States of America, any political, administrative or governmental subdivision therein, or any corporation formed within or by or supervised by the laws of the United States of America, or by any foreign government, colony or body politic as allowed.

P)      To seek, apply for, obtain or cause to be obtained, assistance in the form of volunteer work, in-kind contributions, bequests, gifts, grants, other contributions, loans, donations, awards and property of any nature or kind without limitation as to its amount or value from individuals, private foundations, non-profit organizations, corporations and governments and to hold, invest, reinvest, manage, use, option, donate or otherwise dispose of such property or income, principal and proceeds of such in order to accomplish any of the purposes set forth herein.

Q)      To enter into any kind of activity, engage itself in any business enterprise(s) whatsoever which this corporation may deem proper or convenient in connection with any of the foregoing purposes or otherwise, or which may be calculated directly or indirectly to promote the interests of this corporation, or to enhance the value of its property or business, to have and to exercise all of the powers conferred by the laws of the United States of America upon corporations formed under the laws pursuant to and under which this corporation is formed, as such laws are now in effect or may at any time hereafter be amended to the accomplishment of the non-profit purposes of the corporation.

2 of 5

Multi-page document. Select page: 1 2 3 4 5

2/10/2020

apps.sos.ky.gov/ImageWebViewer/(S(vtw1zq454034yg55ylbfuoaw))/obdbdisplayimage.aspx?id=2291972&page=3

Multi-page document. Select page: 1 2 3 4 5

R)	To establish if ever necessary an ecumenical missionary church, and in connection therewith suitable and customary organizations, for the purpose of remote public worship and religious moral enlightenment, according to the rules and discipline of non-denominational churches under the supervision of those who attend to take charge of the affairs of the church.

S)	The funds of the corporation and/or benefits of membership of the corporation shall not be restricted in use to any people or be discriminate on the basis of race, faith, religion, color, life-style, ancestry, national origin, political party, sex, marital status, belief, creed, physical or mental handicap. Funds and benefits shall always be administered on an open nondiscriminatory and interdenominational basis.

T)	To operate and conduct the corporation's activities within the applicable guidelines, principles and ethics of 'The International Bill of Human Rights', 'The Rio Declaration on Environment and Development' as well as 'Agenda 21: Programme of Action for Sustainable Development', all of which are documents of the United Nations and any future revisions and/or amendments of these documents.

U)	To provide missionary relief, education, assistance, humanitarian aid and guidance to neighbors in need without reserve to the organization through cooperative means on an open free non-discriminatory, non-secular, eclectic and ecumenical basis.

V)	To solicit, receive, invest, administer and distribute funds for the above purposes, and for no other purposes.

## ARTICLE IV

No part of the earnings of this Corporation shall ever inure to the particular benefit of, or be distributable to any Member, Trustee, Officer or individual having a personal or private interest in the activities of this Corporation, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments, reinbursements and distributions in furtherance of the purposes set forth in Article III hereof.  No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in the opposition to any candidate for any public office.  Said Corporation shall not be authorized to accept gifts or contributions for other than the purposes hereinbefore stated.  As a means of accomplishing the foregoing purposes, said Corporation shall have the power to do any and all such acts as are necessary or conducive to the attainment of any of the objects and purposes set forth herein, to the same extent and as fully as any natural person might or could do; provided, however, that notwithstanding any provision of these articles or any provisions of applicable state or federal law.  Notwithstanding any other provision of these articles, the Corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501 (c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170 of the Internal Revenue Code or any future federal tax code.

The Corporation shall be subject to the following restrictions:

A)	The Corporation shall distribute it's income for each taxable year at such time and in such manner as not to become subject to the tax on undistributed income imposed by section 4942 of the Internal Revenue Code or corresponding provisions of any subsequent federal tax laws.

B)	The Corporation shall not engage in any act of self-dealing as defined in section 4941 (d) of the Internal Revenue Code or corresponding provisions of any subsequent federal tax law.

C)	The Corporation shall not retain any excess business holdings as defined in section 4943 (c) of the Internal Revenue Code or corresponding provisions of any subsequent federal tax law.

D)	The Corporation shall not make any investments in such manner as to subject it to tax under section 4944 of the Internal Revenue Code or corresponding provisions of any subsequent federal tax law.

E)	The Corporation shall not make any taxable expenditures as defined in section 4945 (d) of the Internal Revenue Code or corresponding provisions of any subsequent federal tax law.

Multi-page document. Select page: 1 2 3 4 5

Multi-page document. Select page: 1 2 3 4 5

### ARTICLE V

The Corporation shall be a membership cooperative association and individual membership organization and shall have no authority to issue any capital stock. The members shall have no right, title or interest whatsoever in the corporation, in its income, property, assets nor shall any member soley or collectively have right or claim to any legal portion or interest. The specific conditions of membership and the voting powers of the members shall be set forth in the By-Laws of the Corporation.

### ARTICLE VI

The business and affairs of the Corporation, and the control and disposition of its property and funds, shall be managed by or under the direction of the Board of Trustees of the Corporation. The qualification, tenure, number, election, selection, powers, and duties of the Board of Trustees shall be provided in the By-Laws of the Corporation. No officer, trustee, member or employee of the Corporation shall receive any pecuniary profit from the operations thereof, except reasonable compensation for services actually rendered on behalf of the Corporation.

A Trustee of the Corporation or an Officer of the Corporation shall not be personally liable to the Corporation or its members for monetary damages for breach of fiduciary duty as a Trustee or Officer, except that of liability (i) for any breach of the Trustee's or Officer's duty of loyalty to the Corporation or it's members, (ii) for acts or omissions not in good faith or which involve intentional misconduct, (iii) under any section of the laws pertaining to non-profit corporations, or (iv) for any transaction from which the Trustee or Officer derived any improper personal benefit. If the Laws of the State are amended after the filing of these Articles of Incorporation of which this article is a part to authorize corporate action further eliminating or limiting the personal liability of Trustees or Officers, then the liability of a Trustee or Officer of the Corporation shall be eliminated, enhanced or limited to the fullest accordance by such Laws as pertaining to non-profit corporations, as so amended.

Any repeal or modification of the foregoing paragraph by the members of the Corporation shall not adversely affect any right or protection of a Trustee or Officer of the Corporation at the time of such repeal or modification.

### ARTICLE VII

The Incorporators of the Corporation of whom are also the initial Board of Trustees of the Corporation, shall serve as Trustees until the first annual meeting of the members of the Corporation or until their successors are elected and qualify, whichever occurs first. Their names and addresses are as follows:

Ryan Finneran • 1236 Gainesway Drive, Lexington, Kentucky 40517
Maxine E. Rose-Lenett • 14344 Encanto Drive, Victorville, California 92392
Salvatore Perice • 132 Wagonwheel Court, Marlton, New Jersey 08053
Calvin D. Williams • 11 Cemetary Lane, Belize City, Belize, Central America
David J. Wright • 2972 Mount McKinley Way, Lexington, Kentucky 40515
S. Andrea Wright • 2972 Mount McKinley Way, Lexington, Kentucky 40515

### ARTICLE VIII

Each Initial Trustee / Incorporator named has consented to their appointment through mutual association and the filing of these Articles of Incorporation. The number of Trustees may be increased or decreased from time to time in accordance with the By-Laws, but shall never be less than three. The Regular Members shall elect the Trustees every year on a five year rotational basis. The By-Laws may provide for ex officio and honorary Trustees, and their rights and privilages.

### ARTICLE IX

This Corporation has been founded, chartered and organized initially by its Incorporators whom for as long as this Corporation remains in existence will be known as its Founders. This article shall not be changed, altered, amended, deleted or otherwise modified, unless done unanimously by said Founders. Henceforth each founder shall be known and may use within their affiliation of the organization the title of Co-Founder as long as they remain involved with the organization.

### ARTICLE X

The Officers of the Corporation shall consist of a President, Vice-President, Secretary, Treasurer and such other Officers, Assistant Officers, Committee Chairpersons, and Honorary Officers as may be provided in the By-Laws. Each Officer shall be

Multi-page document. Select page: 1 2 3 4 5

Multi-page document. Select page: 1 2 3 4 5

elected by the Board of Trustees (and may be removed by the Board of Trustees) at such time and in such manner as may be prescribed by the By-Laws.

**ARTICLE XI**

In the event of liquidations, dissolution, or winding up of this Corporation, whether voluntary, involuntary, or by operation of law, except as otherwise provided by law, the Board of Trustees and Officers of this Corporation shall have the power to dispose of the total assets of the Corporation in such manner as they, in the exercise of any absolute and uncontrolled discretion, may by a majority vote determine; provided, however, that such disposition shall; be calculated to carry out the objects and purposes for which the Corporation is formed and only such objects and purposes; provided further, that the recipients of such disposition shall be limited exclusively to the Federal Government, a State or local government, or to any organization which, at the time of disposition, is qualified exempt from tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding provision of any subsequent United States Internal Revenue Law.

**ARTICLE XII**

The By-Laws of the Corporation are to be made and adopted by the Board of Trustees, and may be altered, amended or rescinded by the Board of Trustees.

**ARTICLE XIII**

This Corporation reserves the right to amend, alter, change, or repeal any provision contained in these Articles of Incorporation or any amendment to them, and all rights and privileges conferred upon the Members, Trustees and Officers are subject to this reservation, unless otherwise noted, in the manner now or hereafter prescribed by statute. All the rights conferred herein are granted subject to this reservation; provided, however, that no amendment shall authorize the Board of Trustees or it's Officers to conduct the affairs of the Corporation in any manner for any purpose which would cause it to lose its tax-exempt status under the provisions of the applicable Internal Revenue Codes, or the corresponding provisions of any future federal tax laws, as amended.

**ARTICLE XIV**

This Corporation shall begin to and continue to conduct its activities as a non-profit charitable entity as defined by section 501(c)(3) the Internal Revenue Service Code. The Corporation will further carry on its practices to apply to be recognized as a publically supported organization and in due process become classified as either a 509(a)(1) or 509(a)(2) organization within one year of such qualification expectation. The organization will immediately apply for an Internal Revenue Service (E.I.N.) Employer's Identification Number on the same day of this incorporation, this number will be used as the organization's tax identification number and as appropriate tax exemption number during the corporation's interim preemptive non-profit status.

**ARTICLE XV**

The Corporation shall hereforth proceed with its authority to organize and conduct business under the statues cited herein, applicable laws that may apply or come to apply to the operation of the corporation, including for such puposes laws of the lands it may eventually operate within.

In the hand of authorized representative Incorporators and Founders, this Certificate of Organization and Articles of Incorporation hath been finally filed with the Secretary of State of Kentucky in person at the State's Capitol in Frankfort on the twelfth day of April, in the nineteen hundred and ninety fourth year of the common era.

_S. Andrea Wright_
_____
S. Andrea Wright

_Calvin Williams_
_____
Calvin D. Williams

**COOPERATION**

_Maxine E. Rose Lennet_
_____
Maxine E. Rose-Lennet

_David J. Wright_
_____
Rev. David J. Wright

5 of 5

Multi-page document. Select page: 1 2 3 4 5