UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-JRW |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) | |
| DEFENDANTS | ) | |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF THE PAGE LIMIT

Plaintiff, the Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court pursuant to LR 7.1(d) for leave to file its Motion for Temporary Restraining Order and Preliminary Injunction which exceeds the page limit provided by the Joint Local Rules by two (2) pages. As grounds for this motion, HOKC states that the nature and substance of the legal issues and arguments raised in the motion necessitates the filing of a thorough memorandum which slightly exceeds the page limitation. The additional pages sought by HOKC are necessary in order to apprise the Court of the issues.

In the interest of justice and fairness, HOKC respectfully requests the Court grant its motion allowing its Motion for Temporary Restraining Order and Preliminary Injunction to exceed the page limit by two (2) pages.

Respectfully submitted,

*/s/* Cornelius *E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, on the 21st day of February, 2020:

Kentucky Colonels International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100237506

2