UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF<br>KENTUCKY COLONELS, INC., | Plaintiff, |
| v. | Civil Action No. 3:20-cv-132-DJH |
| KENTUCKY COLONELS<br>INTERNATIONAL et al., | Defendants. |

\* \* \* \* \*

# ORDER

Plaintiff The Honorable Order of Kentucky Colonels, Inc. (HOKC) has filed a motion for temporary restraining order and preliminary injunction. (Docket No. 7) Although HOKC seeks entry of a temporary restraining order without notice pursuant to Federal Rule of Civil Procedure 65(b) (*see* D.N. 7-13, PageID # 356), it has not complied with Rule 65(b)(1)(B), which requires that "the movant's attorney certif[y] in writing any efforts made to give notice [to the adverse party] and the reasons why it should not be required." Irrespective of the certificate of service indicating that HOKC's motion was served on the defendants by mail (D.N. 7, PageID # 173), Rule 65(b)(1)(B) requires HOKC to explain to the Court why a temporary restraining order should be entered before the defendants have received notice. Accordingly, it is hereby

**ORDERED** that no later than the close of business **Monday, February 24, 2020**, HOKC shall supplement its motion for temporary restraining order to comply with Rule 65(b)(1)(B).