UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-DJH |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) ) | |
| DEFENDANTS | ) | |

**SUPPLEMENT TO PLAINTIFF'S MOTION FOR
<u>TEMPORARY RESTRAINING ORDER</u>**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), by counsel, pursuant to the Court's Order dated February 21, 2020 [DN 12] directing it to supplement its Motion for Temporary Restraining Order, hereby states and certifies as follows:

1. HOKC cannot contact Defendant Kentucky Colonels International ("KCI") by telephone as it does not have a phone number for KCI because, contrary to the representations made on the internet Website maintained by KCI (the "KCI Website"), KCI is not a tax exempt entity or registered as a charity with the Office of the Kentucky Attorney General. In addition, no telephone number is included in the material filed with the Kentucky Secretary of State by KCI or its alleged affiliates, Globcal International ("Globcal") and Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads"). Finally, the KCI Website does not include a phone number for KCI, Globcal, or Ecology Crossroads.

2. In addition to service of the Verified Complaint and Motion for Temporary Restraining Order by mail, HOKC has made numerous and significant efforts to contact KCI about this action. On February 22, 2020, the undersigned sent an email to the address provided on the KCI Website, contact@kycolonels.international, advising KCI of the filing of the Verified Complaint and the Motion for Temporary Restraining Order, and informing KCI that HOKC is seeking a hearing on the Motion for Temporary Restraining Order at the Court's earliest convenience [a copy of that email is attached as Exhibit 1].[1] That email also provided KCI with contact information for HOKC's counsel and attached copies of the Verified Complaint and Motion for Temporary Restraining Order.

3. Shortly after sending the email to contact@kycolonels.international, the undersigned received a delivery notification email response. [*See* delivery notification attached as Exhibit 2]. The undersigned has not received a response to the email.

4. On February 24, 2020, HOKC attempted to hand-deliver a package of material to KCI's registered agent for service of process, Maya-Lis A. Wright at 302 General Smith Drive, Richmond, Kentucky 40475. That package consisted of (1) a letter advising KCI of the filing of the Verified Complaint and the Motion for Temporary Restraining Order and informing KCI that HOKC is seeking a hearing on the Motion for Temporary Restraining Order at the Court's earliest convenience; (2) a copy of the Verified Complaint with

---

[1] Because of the volume of exhibits attached to the Verified Complaint and Motion for Temporary Restraining Order, those exhibits are not attached to the February 22, 2020 email. However, the below signed counsel certifies that the email included those documents with all exhibits.

exhibits; and (3) a copy of the Motion for Temporary Restraining Order with exhibits. [*See* Affidavit of Byron Dunn ("Dunn Affidavit"), attached as Exhibit 3, ¶¶ 3 – 4].[2]

5. The person who answered the door at the address for service of process provided by KCI – which is a residential address – stated that Maya-Lis A. Wright does not live there and refused to accept delivery of the package. [*Id*. at ¶¶ 5 – 6]. HOKC therefore, left the package on the front porch of the residence. [*Id.* at ¶¶ 7 – 8].

6. KCI and Globcal are both assumed names of Defendant Ecology Crossroads. The principal office and registered agent address for Ecology Crossroads is the same as the mailing address for KCI and Globcal. Moreover, Defendant David J. Wright is President and Incorporator of Ecology Crossroads as well as Director and Incorporator of KCI and Globcal. Due to the interconnectedness of all Defendants in this matter, the efforts to notify KCI simultaneously serve to notify all Defendants.

7. The undersigned hereby certifies to the efforts made to give notice to Defendants regarding HOKC's Motion for Temporary Restraining Order. Despite HOKC's efforts, Defendants have not acknowledged receipt of the Verified Complaint or Motion for Temporary Restraining Order. Nevertheless, a restraining order should be issued without confirmed notice to Defendants based on the reasonable assumption that Defendants have actual notice of the existence of these proceedings. HOKC has attempted to provide Defendants with notice through mail, email, and personal service, and it appears that Defendants are attempting to avoid such service. In addition, HOKC continues to suffer irreparable

---

[2] Because of the volume of exhibits attached to the Verified Complaint and Motion for Temporary Restraining Order, those exhibits are not attached to the accompanying Dunn Affidavit. Only the main documents (the letter, the Verified Complaint, and the Motion for Temporary Restraining Order) are attached and included with this filing. However, the below signed counsel certifies that the package described in the Dunn Affidavit included all of the referenced exhibits.

damage as a result of the Defendants' actions as fully detailed in HOKC's Verified Complaint and Motion for Temporary Injunction, as well as additional confusion among the general public caused by the Defendants' conduct, evidence of which will be presented to the Court at the Court's convenience.

        Respectfully submitted,

        */s/* Cornelius *E. Coryell II*
        Cornelius E. Coryell II
        Michelle Browning Coughlin
        Julie Laemmle Watts
        WYATT, TARRANT & COMBS, LLP
        400 West Market Street, Suite 2000
        Louisville, KY  40202
        (502) 589-5235
        ccoryell@wyattfirm.com
        mcoughlin@wyattfirm.com
        jwatts@wyattfirm.com

        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, on the 24th day of February, 2020:

Kentucky Colonels International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100240187