# EXHIBIT 1

**Coryell, Corky**

| | |
|---|---|
| From: | Coryell, Corky |
| Sent: | Saturday, February 22, 2020 11:24 AM |
| To: | contact@kycolonels.international |
| Cc: | Watts, Julie; Coughlin, Michelle |
| Subject: | Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |
| Attachments: | DN 1 - Verified Complaint for Injunctive Relief and Damages filed 02-20-2020.pdf; DN 7 - Motion for Temporary Restraining Order and Preliminary Injunction filed 02-21-2020.pdf |

Be advised that attached Verified Complaint for Injunctive Relief and Damages and Motion for Temporary Restraining Order and Preliminary Injunction were filed yesterday in the United States District Court for the Western District of Kentucky. Further, be advised that Plaintiff is seeking a hearing on the motion at the Court's earliest convenience.

Inquiries concerning this matter should be directed to Plaintiff's counsel below.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com