# EXHIBIT 2

**Coryell, Corky**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | contact@kycolonels.international |
| **Sent:** | Saturday, February 22, 2020 11:25 AM |
| **Subject:** | Relayed: Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

contact@kycolonels.international (contact@kycolonels.international)

Subject: Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al.