# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF | ) | |
| KENTUCKY COLONELS, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:20CV-132-DJH |
| | ) | |
| KENTUCKY COLONELS | ) | |
| INTERNATIONAL, et al. | ) | |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |

## AFFIDAVIT OF BYRON DUNN

Comes the Affiant, Byron Dunn, and being first duly sworn, states as follows:

1. My name is Byron Dunn. I am employed by Epic Courier Services and work in the service center of the Lexington, Kentucky office of the law firm Wyatt, Tarrant & Combs, LLP, which is located at 250 West Main Street, Suite 1600, Lexington, Kentucky 40507.

2. I have made this Affidavit on the basis of personal knowledge of the matters set forth herein. I am over the age of eighteen and I am competent to testify to the matters set forth herein.

3. On the morning of February 24, 2020, I was asked to print the following documents, copies of which are attached hereto as Exhibit A:

   a. Letter dated February 24, 2020 from Cornelius E. Coryell II to Maya-Lis A. Wright with the subject line "The Honorable Order of Kentucky Colonels, Inc. v. Kentucky

Colonels International, et al.; United States District Court for the Western District of Kentucky; Civil Action No. 3:20CV-132-JRW";

b. Verified Complaint for Injunctive Relief and Damages, including exhibits; and

c. Motion for Temporary Restraining Order and Preliminary Injunction, including exhibits.

4. I was then asked to hand deliver the envelope in which the above-three documents and their respective exhibits were sealed to the following address:

> Maya-Lis A. Wright
> Agent for Service of Process
> Kentucky Colonels International
> Globcal International
> Ecology Crossroads Cooperative Foundation, Inc.
> 302 General Smith Drive
> Richmond, Kentucky 40475

5. When I arrived at the house located at 302 General Smith Drive, Richmond, Kentucky 40475, I asked the woman who answered the door for Maya-Lis A. Wright.

6. The woman who answered the door stated that Maya-Lis A. Wright does not live at that address. The woman who answered the door did not identify herself and did not accept the delivery.

7. I left the sealed envelope containing the three above-listed documents in a chair on the front porch of the residence.

8. I took three photographs showing the sealed envelope in a chair on the front porch of the residence. The three photographs are attached hereto as Exhibit B.

Further, Affiant sayeth naught.

_____
Byron Dunn

COMMONWEALTH OF KENTUCKY          )
                                  )          :SS
COUNTY OF FAYETTE                 )


The foregoing instrument was subscribed, sworn to, and acknowledged before me this 24th

day of February, 2020, by Byron Dunn.

My commission expires: _2 - 20 - 2023_____.

NOTARY PUBLIC

100240254

3