# EXHIBIT B TO DUNN AFFIDAVIT





