UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:20CV-132-DJH ) |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) ) |
| DEFENDANTS | ) |

**SECOND SUPPLEMENT TO PLAINTIFF'S**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), by counsel, in further compliance with the Court's Order dated February 21, 2020 **[DN 12]**, and in order to advise the Court of developments since the filing of Plaintiff's Supplement to Plaintiff's Motion for Temporary Restraining Order **[DN 13]**, hereby states and certifies as follows:

1. At approximately 6:30 p.m. on February 24, 2020, the undersigned counsel noticed that he had received an email from Defendant David J. Wright. A copy of that email is attached as Exhibit 1.

2. At approximately 8:30 p.m. on February 24, 2020, the undersigned counsel noticed that he had received a second email from Defendant David J. Wright. A copy of that email is attached as Exhibit 2. Among other things, the second email acknowledged receipt of the Summons, Complaint, and Motion for Temporary Restraining Order and Preliminary Injunction that were left at the address for the registered Agent for Service of Process for

Kentucky Colonels International, Globcal International, and Ecology Crossroads Cooperative Foundation, Inc. (the "Entity Defendants"). The second email further indicated that, in the future, documents should be directed to Defendant Wright and the Entity Defendants at the email address from which his emails emanated.

3. At approximately 1:30 p.m. on February 25, 2020, the undersigned counsel forwarded the Temporary Restraining Order entered by the Court to Defendant Wright at the email address from which the two emails described above emanated. A copy of counsel's transmittal email is attached as Exhibit 3.

4. Plaintiff's efforts to serve Defendants with the Summons and Complaint are reflected in the Summons and Proof of Service forms collectively attached as Exhibit 4.

Respectfully submitted,

*/s/* Cornelius *E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and via email at kycolonels.international on the 25th day of February, 2020:

| | |
|---|---|
| Kentucky Colonels International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |

          */s/ Cornelius E. Coryell II*
          *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100241591