# EXHIBIT 1

**Coryell, Corky**
___

| | |
|---|---|
| From: | Col. David J. Wright, Webmaster <webmaster@kycolonels.international> |
| Sent: | Monday, February 24, 2020 5:59 PM |
| To: | Coryell, Corky |
| Cc: | Watts, Julie; Coughlin, Michelle |
| Subject: | Re: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |

Dear Hon. Corky Coryell,

Thank you for forwarding this to me by email. Please be sure that all legal documents regarding this matter are forwarded to me at this email address. Attach a return receipt or request that I acknowledge them and I will if they are part of the case and service during the next 21 days. Please also note that I live outside of the United States I have not been there for almost 15 years, nor can I be compelled to return that is unless you pay for my ticket then I will gladly oblige you. I am in a country that does not have an embassy or any postal service at this time. Further you are prohibited by the laws of the United States to make contact with the government in power here, so please use email.

Also be aware that we still have a confidentiality agreement signed by the Executive Director of the HOKC, this letter that follows therefore is covered therein and is confidential, however it may enter the lawsuit and be understood by the Judge. Let's view it and its proponents as an alternative to the pursuit of your ideal of justice.

Consider this email my olive branch as I am sure your client has better things to do than fund your law firm with money raised from us hard working Kentucky colonels, that is unless you are doing this pro bono and really believe in what you are campaigning against..

You may also please note that we have not yet retained an attorney, once we do you will be notified we hope we have one this week once we begin contacting all the Kentucky colonels about this lawsuit, I expect there are at least a few that are sympathetic to our cause.

As their attorney it is up to you to make the best decisions for them and counsel them well, so please consider the following:

You can inform your client that we have dug up adequate evidence to go to trial on this matter based solely on information published in the Courier Journal in 1903, 1905, 1907 and 1909, there are also records in the State archives we are looking for now, the information we found very clearly places your most recent trademark for associations in danger and perhaps others because Kentucky Colonels is part of the public domain. We will not stop here though.

It is also a fact from our research that <u>Governor Sampson and Governor Laffoon did not come up with the ideal of a brotherhood of Kentucky Colonels</u> as we have discovered, there were Kentucky Colonels Clubs in more than 3 US States all of which are accounted for in the Louisville newspaper, there are other newspapers which are being reviewed now, one even accounts for a Kentucky Colonels Club being established in 1901 in Texas. So unless you can erase this actual history embedded in the archives, it is clear to us that your client is engaged in manipulating the historical record and clearly involved in further deceiving the public and all the Kentucky colonels that have read their information since it has been published, and all those who believe it, of which I was one until last week. After all I am a member (or excuse me donor) also of the HOKC, I just got my membership card on the 29th of January, I almost forgot the Articles state that the **HOKC has no**

members!

We can also clearly see that **Gov. Isaac Shelby did not start the honor either in 1813 another fact to add to your file**, the first Kentucky colonel was Richard Mentor Johnson who is not even mentioned in the Wikipedia article which is based mostly on history provided by your client, he was a nemesis of Shelby and was commissioned by the legislature not Shelby. **Shelby made his first commission in 1815**, but for some strange reason your client recognizes 1813 on their logo, so perhaps that should be changed also?

The recent move made by Governor Beshear of opening nominations up to ordinary citizens to nominate Kentucky colonels has upset many of our members, probably most of your clients members as well, who are Kentucky colonels who believe it was one of the only 'good perks they had' for their honorable award. Some of them are very upset about this.

Also for your information the Registry form was only online for 3 days, <u>we are no longer and have not been selling anything nor have we ever planned to</u>. If your client wants to come to a resolution or a settlement you are certainly welcome to contact me. The merger agreement included in your lawsuit under seal is still on the table. The recent trademark on 17 February can also be challenged because it came following your rejection of the proposal relative to our association and the contents were covered under a confidentiality agreement signed by Col. Sherry Crose.

As honorary commissioned officers of the Commonwealth we all have rights and duties under the obligations that we have chosen to uphold, we certainly are not interested in making a mockery of the commission of the Kentucky colonel or diminishing its meaning in any way. It is a great honor and privilege for many of our members, one of the best for many or perhaps the greatest for some of them as it was for Col. Harlan Sanders.

We will welcome any proposal or mediation that strengthens the commission and permits our input, without interfering with the Honorable Order of Kentucky Colonels' charity or the Kentucky Colonels Online Store. As things stand right now, only they have placed at risk their own organization and millions in potential contributions that we offered through buffing up their image so that membership services could be provided to Kentucky colonels themselves with our merger proposal to assimilate our program and 4000+ members.

We are talking about a fight between the First Amendment of the US Constitution and Trademark law, David and Goliath, your stated intents and purposes of what was said when you tried to get an injunction against the basketball team of making "Kentucky Colonels" "a famous mark for retail merchandise across the United States" does not fare well with most Kentucky colonels in general, but most of them never saw that article either.

I have already received suggestions from other colonels to initiate petitions and a class action counter-demand against the charity, this is something I prefer not to do, but our organization is controlled by its members so I have to follow their majority demands, if it comes up again you will read about it online. There is certainly a fair and amicable resolution we can negotiate without the media or a public relations campaign.

There are 12 other entities (some outside of Kentucky, some in other countries, some in formation outside of your jurisdiction and reach) that legally use the term "Kentucky Colonels" in their names if we can arrive at a settlement that is fair and just all of those organizations will undoubtedly support your client, several already do, while others are completely independent. This action that you are taking will create a dividing line instead of following the state motto, United We Stand, Divided We

Fall.

Since I have published my editorial our subscriber list has grown significantly. The last thing I want is to see your client damage itself with its Mightier than Thou and controlling attitude that has been persistent over the years. There are Kentucky colonels all over the world that want to be better acknowledged instead of being directed to simply fund the charity to represent them and buy things from its store, my merger proposal was simply another way for Kentucky colonels to be involved with with the HOKC as the ultimate beneficiaries. It should have been met with a counter-proposal or offer instead of being hastily rejected.

The HOKC has already invaded my territory once when they came on the Internet in 2001 and we had colonels.org then when they came on Facebook in December 2015 when we already had groups and efforts well established there dating back to 2006, 2008, and the third in 2009. All of our efforts emerged to provide benefits for Kentucky colonels. Everytime the HOKC showed up some where they have bullied and demanded that we close our operation. So here we are again.

So meanwhile we are preparing a major campaign to defend ourselves, whether it is a quiet revolution or one that is televised will depend on your next move. We have every features editor in the United States lined up to receive our next news release (over 5000 news editors) and an appeal prepared to send to every constitutional, civil rights, trademark and intellectual property attorney in the United States that may perhaps be interested in joining our legal team.

We have already been interviewed by three newspapers inside Kentucky, today by the business paper in Louisville. Our organization has nothing to lose, whereas your client has everything to lose, as we will see, that is a major component of our case here right now.

Your client has also engaged in slanderous activity against my person in the social media, taken statements out of context and caused people to be upset with me over the editorial I wrote where every statement I made was based on factual information and linked, most of those who made derogatory and violent statements are too dumb to read or willing to read my editorial out of their own ignorance, nonetheless hazing and slandering me personally makes it convenient that you included me in your lawsuit.

Y'all should be seriously considering what my next move will be or disposing of your wreckless activity against me and the organization I founded tomorrow, find a way to make peace and an amicable resolution and so we can all rest assured that this will come out better for your client. More than 95% of your entire case is based on your client seeking a demand for damages which will not result in **any financial gain of any kind from us**, the best you can hope for is an 80% reduction in their own charitable giving receipts and a huge nightmare explaining to people all the mistakes made in accounting for their own history and the manipulation of the true history of Kentucky Colonels.

I have experience in this and there are plenty of news reporters waiting for a good story. Search "Ecology Crossroads" and "Arbor Day" together on Google you will find at least several stories about a very similar case that I pursued, which resulted in a disaster for the plaintiff, who lost 5x what the HOKC makes in a single year and it continued for 3 years before it was finally settled out of court. It was the same exact scenario resulting in the cancellation of their trademark.At least their case against my organization was not based on trumped up evidence and distortion of relevant facts.

For now I will get back to searching the deep web and the archives so I can continue to build our defense and a good offense for whatever counter-claim we think may add to your concerns. We will

3

be extracting accounts of similar organizations to that of your client, but actually more like our own organization that had real members that existed in Chicago, Dallas and Little Rock which we discovered the other day. The next news release will be based on this real history, not the miscontrived record fostered by your client, actually we won't even mention your client except for the fact that they were wrong about history.

Here's a joke I found from 1899, back when Colonels were famous for bourbon distilleries, written by an unknown author.

When the Kentucky Colonel was in the North, someone asked him if Kentuckians were very bibulous. "No suh", the colonel replied, "I don't reckon there are more than a dozen Bibles in the whole state.

I expect you will need to discuss this all with your client and check the facts that I have shared here. You can start on our website, there is lots of great information there since 15th around the time you trademarked Kentucky Colonels for associations. Check our resources page the information there will be doubled.

Have a good evening, I hope the business newspaper there in Louisville tomorrow puts a positive spin on our dispute, Kentucky Colonels in general do not like negative press.

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
**Ecology Crossroads Cooperative Foundation**

Globcal International
Kentucky Colonels International
De'Aruhua Cacao

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright

Cellular & WhatsApp: **(+58) 426-111-0529**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.