UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) | |
| KENTUCKY COLONELS, INC. ) | |
|   ) | |
| PLAINTIFF ) | |
|   ) | |
| v. ) | CIVIL ACTION NO. 3:20CV-132-DJH |
|   ) | |
| KENTUCKY COLONELS ) | |
| INTERNATIONAL, et al. ) | |
|   ) | |
|   ) | |
| DEFENDANTS ) | |

**THIRD SUPPLEMENT TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), by counsel, in order to advise the Court of developments since the filing of Plaintiff's Second Supplement to Plaintiff's Motion for Temporary Restraining Order **[DN 18]** and in further support of its Motion for Preliminary Injunction **[DN 7]**, which is set for a hearing on March 4, 2020 at 10:00 a.m., hereby states and certifies as follows:

1. At approximately 1:10 p.m. on February 25, 2020, the undersigned counsel forwarded the Temporary Restraining Order entered by the Court **[DN 14]** (the "TRO") to Defendant David J. Wright, President of Defendant Kentucky Colonels International ("KCI"). The TRO was sent to the email address that Wright had previously instructed counsel to direct correspondence. Shortly thereafter, counsel received an electronic notice confirming delivery of that email. Copies of that email and the delivery confirmation notice are attached as Exhibit 1.

2. As of 10:00 on February 26, 2020, Defendants had failed and refused to comply with the TRO. Consequently, at approximately 10:55 a.m. on February 26, 2020, the undersigned counsel forwarded a cease and desist letter to Wright as President of KCI. Copies of the cease and desist letter, the email transmitting that correspondence, and the delivery confirmation notice are attached as Exhibit 2.

3. At approximately 11:28 a.m. on February 26, 2020, the undersigned counsel received an email from Wright responding to the cease and desist letter and conveying what Wright characterized as a "settlement offer." A copy of that correspondence is attached as Exhibit 3. That "settlement offer" involved HOKC's "acceptance of a mutually agreed merger proposal" based on a demand submitted to the HOKC on January 13, 2020 – an extortionate demand which HOKC had already emphatically rejected.[1] Among other things, Wright indicated that the Defendants "will respect the Temporary Restraining Order effective immediately *if you accept this offer and we are willing to work with you instead of against.*" (emphasis added). In other words, Wright appeared to condition compliance with the TRO on HOKC's negotiation of a settlement that was based on his previously rejected "merger proposal."

4. At approximately 2:25 p.m. on February 26, 2020, the undersigned counsel responded to Wright, again requesting that the Defendants immediately comply with the TRO. Copies of that correspondence and the delivery confirmation notice are attached as Exhibit 4.

---

[1] The "merger proposal" referenced by Wright is described in HOKC's Verified Complaint, and the package reflecting that proposal is attached to the Verified Complaint as Exhibit 3, filed under seal. [*See* Verified Complaint **[DN 1]**, ¶¶ 22-23].

5. On February 26, 2020 at approximately 4:42 p.m., the undersigned counsel received an email from Wright indicating, among other things, that he, KCI and the other Defendants intended to comply with the TRO. A copy of that correspondence is attached as Exhibit 5.

6. Despite assurances from Wright that he and the other Defendants would comply with the TRO, they have failed and refused to do so. In fact, Defendants have taken additional action which ignores the TRO and infringes upon HOKC's KENTUCKY COLONELS Mark. Specifically, Defendants changed the name of the website maintained by Kentucky Colonels International (the "KCI Website") to "Kentucky Colonel Foundation," a name which suggests that the KCI Website is operated by a nonprofit corporation or charitable organization for eleemosynary purposes.[2] Thus, the "new" name of the KCI Website is even more misleading than "Kentucky Colonels International," suggesting an affiliation with HOKC's philanthropic mission. A copy of the "new" KCI Website as of 9:30 a.m. on February 27, 2020 is attached as Exhibit 6.

7. The "new" KCI Website also represents that "Kentucky Colonels International, is now known as the Kentucky Colonel Foundation as of February 26, 2020 …." [KCI Website (Exhibit 6), 1]. The "new" website continues to tout the group as "Kentucky's Goodwill Ambassadors" and describes the history and background of "the prestigious Order of the Kentucky Colonel." [*Id*. at 24]. Like the earlier version of the KCI Website, the current content of the website describes the "International Registry of Kentucky Colonels" that is being developed by the group and states that "the project will now formally get restarted in 2020." [*Id*. at 5-6]. It also describes "other program services" that the group intends to offer. [*Id*.]. Most importantly, the "new" website continues to solicit donations. While

---

[2] The web address for the KCI Website did not change; it is still www.kycolonels.international.

the "Donations" page has been removed from the "drop down" list on the website's home page, the "Sitemap" available on that drop down list includes a link to a "Donations" page that is virtually identical to the earlier version in that page.[3]  Specifically, that page states:

**Donate to the Kentucky Colonel Foundation**

. . .

**You can now donate to Kentucky Colonel Foundation online using a major credit card or your PayPal account.  PayPal is our payment processor, you are not required to have or sign up for a PayPal account to make a donation.  If you have trouble with the Donate button you can also use this link.**

**You can also use the QR-Code here on our page to make your donation if you are using a smart phone.  Please retain your donation transaction number as evidence of your contribution, it will be provided to you by email.**

**Read more about the causes we support below.**

[*Id.*].  Notably, if one clicks on the provided donation hyperlink, they are directed to a PayPal link that states "donate to Ecology Crossroads Cooperative Foundation" with the "Purpose: Kentucky Colonels International."  A copy of that PayPal page is attached as Exhibit 7.

8. Despite repeated requests that the Defendants comply with the TRO, Wright, KCI and the other Defendants continue to blatantly and brazenly use the KENTUCKY COLONELS Mark for personal enrichment.  The only thing that has changed is that the infringement is now taking place as the Kentucky Colonel Foundation rather than Kentucky Colonels International; a misappropriation of the KENTUCKY COLONELS Mark that is even more offensive, confusing and potentially harmful than the Defendants' prior misuse of the

---

[3] While the donations page includes a "public notice" stating that "this page has been suspended, we are currently unable to receive or collect donations until further notice or until we enter an appearance in the U.S. Federal Court in the Western District of Kentucky," the payment links available on that page still appear to be active.

Mark. Such gamesmanship should not be countenanced by the Court. HOKC's motion for a preliminary injunction should be granted.

Respectfully submitted,

*/s/* Cornelius *E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and via email at kycolonels.international on the 27th day of February, 2020:

| | |
|---|---|
| Kentucky Colonels International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100242538