# EXHIBIT 3
# TO THIRD SUPPLEMENT

**Coryell, Corky**

| | |
|---|---|
| **From:** | David J. Wright <david.wright@globcal.net> |
| **Sent:** | Wednesday, February 26, 2020 11:28 AM |
| **To:** | Coryell, Corky |
| **Cc:** | contact@kycolonels.international; Watts, Julie; Coughlin, Michelle; Nicholas Wright; Luis Cruz |
| **Subject:** | Re: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |

**We wish to settle this suit before it goes to a hearing before the judge, <u>today if possible</u>.**

**Our organization is willing to resolve this matter amicably and immediately** as Honorable Kentucky Colonels and as US Citizens to preserve the freedom to assemble and preserve our rights as voluntary goodwill ambassadors **that support the efforts of the HOKC** <u>at our own choice as the private charity</u> which they are, as well to support other charities inside and outside the Commonwealth that are not affiliated with the HOKC as Kentucky Colonels that can be recognized for doing so as volunteers, and the ideals behind Kentucky colonelcy as international goodwill ambassadors **for the state** as we wanted to do in the first instance, notwithstanding your client's total control over "membership associations" or the trademark "Kentucky Colonels" for this exclusive purpose.

We are speaking on the behalf of other Kentucky Colonels fraternities and social organizations in other countries as well because we realize that in at least part we are their protagonist...

We can even agree to an annual donation scheme to the HOKC per member of $10 per year for all such organizations to show solidarity with them if you like.

One of the alternatives may be a "licensing agreement" which limits our powers to sell or market any product or receive donations under their claimed US trademark or the acceptance of a mutually agreed merger proposal based on that from January 13, 2020 (or a negotiated version of it to assume control over our Facebook and social media organizational developments and website, if you feel that we need to be shut down?)

We all **hope and pray for an amicable resolution** immediately before the date of the **initial hearing on March 04, 2020** to preserve these rights and vacate the motions and lawsuits that are pending. <u>We will respect the Temporary Restraining Order effective immediately if you accept this offer and are willing to work with you instead of against.</u>

In return **we will unpublish all potentially disputable claims and including my editorial work on the blog to rectify this matter** and would like to see disparaging information provided by the HOKC on their social media page removed as well. We can agree to show them our support as long as they can continue to properly present themselves as the charity they are and seek to change the current policies of the Governor to favor Kentucky colonels exclusive privileges. We would also like to see them refer to their membership as "honorary membership" to distinguish the difference between honorary members of the HOKC and those that belong to fraternal and social organizations that show their support collectively for the HOKC.

This can be announced in a mutual news release drafted by the HOKC, or one made by both organizations indicating that the matter has been resolved.

We can make this agreement forthwith today and all the updates can be made within 24 hours online! Please inform us today what you would like to amicably resolve this matter.

1

Thank you,

## Col. David J. Wright
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
## Ecology Crossroads Cooperative Foundation

Globcal International
Kentucky Colonels International
De'Aruhua Cacao
Ekobius International

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright

Cellular & WhatsApp: (+58) 426-111-0529

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.