# EXHIBIT 4
# TO THIRD SUPPLEMENT

**Coryell, Corky**

| | |
|---|---|
| **From:** | Coryell, Corky |
| **Sent:** | Wednesday, February 26, 2020 2:25 PM |
| **To:** | David J. Wright |
| **Cc:** | Watts, Julie; Coughlin, Michelle |
| **Subject:** | RE: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |
| **Tracking:** | **Recipient**          **Delivery** |

Mr. Wright,

With all due respect, the Court entered a TRO effective at noon, February 25, 2020. I personally emailed you a copy of that TRO *yesterday* at 1:10 pm. I have a notice confirming delivery to your email address at 1:11 pm. Now, **more than 24 hours later**, the Defendants continue to ignore that TRO.

We expect KCI and the other Defendants to *immediately* comply with the Court's directive.

The letter that I sent you earlier today outlines some of the current violations of the TRO, and we expect those violations to be corrected. Defendants' compliance with TRO is *not* conditioned on HOKC taking any further action.

Let this serve as yet another, and the final, request that the Defendants take the remedial steps described in my letter.

Your settlement offer is rejected.


Cornelius E Coryell

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com

1



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David J. Wright <david.wright@globcal.net>
**Sent:** Wednesday, February 26, 2020 1:09 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>
**Subject:** Re: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al.

I just reread the TRO again and researched the citations, and understand its contents well my previous letter stands as a good faith offer to present immediately to the HOKC as a way to resolve this matter amicably for their own benefit as an organization.

We wish to see the matter amicably and completely resolved today if possible with an agreement not to pursue his case further and vacate it from the court, based on a letter from you.

I am already taking steps to update our website and social media intellectual property which has existed on Facebook prior to your client being online and the updates can take up to 48 hours to propagate. We have already removed solicitations for donations and if you can find any please let us know where they are by sending us the URL of those pages or the specific links to them.

Our intention is to comply with the TRO from the court, suspend further actions by te HOKC and remove the case. We are meeting online this afternoon and hope to have your reply by then. All of us are members and donors of the HOKC as well, this should be understood, being called members implies specific rights whether they are understood or not. This can be interpreted by the courts. Where I have also found some very interesting information in Case Law.

Pending HOKC's decision of accepting my most recent Offer to Settle from approximately 11:30 AM this morning I will maintain the website and the social media accounts for the rest of the day in anticipation of a positive reply before making updates. We want this to work out well for us, our mut members as well as your client.

It will also demonstrate goodwill and good faith to the public on the part of all the parties involved. This is something that everyone can embrace.

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
**Ecology Crossroads Cooperative Foundation**

Globcal International
Kentucky Colonels International
De'Aruhua Cacao
Ekobius International

Social Media: Facebook | LinkedIn | Twitter

2

Personal Website: <u>Ambassador Col. David J. Wright</u>

Cellular & WhatsApp: **(+58) 426-111-0529**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Wed, Feb 26, 2020 at 11:28 AM David J. Wright <david.wright@globcal.net> wrote:

**We wish to settle this suit before it goes to a hearing before the judge, <u>today if possible</u>.**

**Our organization is willing to resolve this matter amicably and immediately** as Honorable Kentucky Colonels and as US Citizens to preserve the freedom to assemble and preserve our rights as voluntary goodwill ambassadors **that support the efforts of the HOKC** <u>at our own choice as the private charity</u> which they are, as well to support other charities inside and outside the Commonwealth that are not affiliated with the HOKC as Kentucky Colonels that can be recognized for doing so as volunteers, and the ideals behind Kentucky colonelcy as international goodwill ambassadors **for the state** as we wanted to do in the first instance, notwithstanding your client's total control over "membership associations" or the trademark "Kentucky Colonels" for this exclusive purpose.

We are speaking on the behalf of other Kentucky Colonels fraternities and social organizations in other countries as well because we realize that in at least part we are their protagonist...

We can even agree to an annual donation scheme to the HOKC per member of $10 per year for all such organizations to show solidarity with them if you like.

One of the alternatives may be a "licensing agreement" which limits our powers to sell or market any product or receive donations under their claimed US trademark or the acceptance of a mutually agreed merger proposal based on that from January 13, 2020 (or a negotiated version of it to assume control over our Facebook and social media organizational developments and website, if you feel that we need to be shut down?)

We all **hope and pray for an amicable resolution** immediately before the date of the **initial hearing on March 04, 2020** to preserve these rights and vacate the motions and lawsuits that are pending. <u>We will respect the Temporary Restraining Order effective immediately if you accept this offer and are willing to work with you instead of against.</u>

In return **we will unpublish all potentially disputable claims and including my editorial work on the blog to rectify this matter** and would like to see disparaging information provided by the HOKC on their social media page removed as well. We can agree to show them our support as long as they can continue to properly present themselves as the charity they are and seek to change the current policies of the Governor to favor Kentucky colonels exclusive privileges. We would also like to see them refer to their membership as "honorary membership" to distinguish the difference between honorary members of the HOKC and those that belong to fraternal and social organizations that show their support collectively for the HOKC.

This can be announced in a mutual news release drafted by the HOKC, or one made by both organizations indicating that the matter has been resolved.

We can make this agreement forthwith today and all the updates can be made within 24 hours online! Please inform us today what you would like to amicably resolve this matter.

Thank you,

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
**Ecology Crossroads Cooperative Foundation**

Globcal International
Kentucky Colonels International
De'Aruhua Cacao
Ekobius International

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright

Cellular & WhatsApp: **(+58) 426-111-0529**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Coryell, Corky**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | David J. Wright |
| **Sent:** | Wednesday, February 26, 2020 2:26 PM |
| **Subject:** | Relayed: RE: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al. |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

David J. Wright (david.wright@globcal.net)

Subject: RE: [KYCOLONELS CONTACT] Honorable Order of Kentucky Colonels vs. Kentucky Colonels International, et al.

1