# EXHIBIT 7
# TO THIRD SUPPLEMENT

# Donate to
# Ecology Crossroads Cooperative Foundation

Purpose: Kentucky Colonels International

| $25.00 USD | $50.00 USD | $100.00 USD |

Other Amount

☐ Make this a monthly donation ❓

**Donate with PayPal**

or

**Donate with a Debit or Credit Card**

Cancel and return to Ecology Crossroads Cooperative Foundation

Help & Contact    Security                                           English ︿

©1999–2020  PayPal, Inc. All rights reserved. | Privacy  Legal  Policy updates