# EXHIBIT 1

# TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-JRW |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) | |
| DEFENDANT | ) ) | |

## AFFIDAVIT OF SHERRY CROSE

Affiant, Sherry Crose, being first duly sworn, deposes and states as follows:

1.      I am currently employed as Executive Director for the Honorable Order of Kentucky Colonels, Inc. ("HOKC"). I am authorized to make this Affidavit and I have personal knowledge of the facts described herein.

2.      I executed the Verified Complaint filed in this action on February 20, 2020 and I adopt and affirm the factual assertions made therein.

3.      I am aware that Kentucky Colonels International ("KCI") maintains a website with the domain name www.kycolonels.international (the "KCI Website"). That domain name is confusingly similar to HOKC's website domain www.kycolonels.org. A printout of the KCI website as it appeared February 20, 2020 was previously filed with the Court and attached to HOKC's Motion for Temporary Restraining and Preliminary Injunction as Exhibit 3 **[DN 7-3]**.

4.    Sometime after February 26, 2020, the name on the KCI Website was changed from "Kentucky Colonels International" to "Kentucky Colonel Foundation." However, the domain name for the KCI Website did not change; it remains www.kycolonels.international.  A copy of the "new" KCI Website as of 9:30 a.m. on February 27, 2020, was previously provided to the Court and attached as Exhibit 6 to the Third Supplement to Plaintiff's Motion for Preliminary Injunction **[DN 19-6]**.

5.    I am aware that KCI maintains both a public Facebook page and a private Facebook group.  The public Facebook page previously used the username "Kentucky Colonels International" and handle "@KentuckyColonels."  Sometime after February 26, 2020, KCI began using the username "Kentucky Colonel Foundation" and handle "@kycolonelfoundation."  KCI's public Facebook page, and specifically its handle, is confusingly similar to HOKC's public Facebook page handle "@kycolonels" and username "Honorable Order of Kentucky Colonels."

6.    The domain name, organization name, and content of the KCI Website as well as the username and content of the KCI public Facebook page is misleading and creates confusion by suggesting or fostering the impression that the individual or organization responsible for maintaining the KCI Website and KCI public Facebook page is affiliated with or approved by HOKC.  In addition, the KCI Website and KCI public Facebook page repeatedly infringe the KENTUCKY COLONELS Mark that is critical to HOKC's mission.

7.    Actual confusion has occurred on Facebook, evidence of which was previously provided to the Court and attached as Exhibit 6 to the Verified Complaint **[DN 1-6]**.

2

8.      Sometime on or after February 28, 2020, Defendants again modified the KCI Website to include several statements regarding the instant litigation.  The KCI Website was also modified to include a page on HOKC which includes a number of disparaging statements regarding HOKC.  The Home page of the KCI Website as of March 2, 2020 and the page of the KCI Website regarding HOKC are attached to this Affidavit as Exhibit 1.

9.      HOKC has suffered and will continue suffer irreparable harm by the Defendants' use of the similar domain name and the infringement on the KENTUCKY COLONELS Mark on the KCI Website.  In addition, HOKC will suffer and continue to suffer irreparable harm by the Defendants' use of the similar public Facebook page username and handle and the infringement of the KENTUCKY COLONELS Mark.

Furth Affiant sayeth naught.


_____
Sherry Crose


COMMONWEALTH OF KENTUCKY    )
                            )  :SS
COUNTY OF JEFFERSON         )

The foregoing instrument was acknowledged before me this 3rd day of March, 2020, by Sherry Crose.

My commission expires: _December 5, 2022_____.

_____
Notary Public

Notary I.D. 612095

100243431

3

# EXHIBIT 1 TO CROSE AFFIDAVIT



# Kentucky Colonel Foundation

## Kentucky's Goodwill Ambassadors

### Protagonists of Culture, Customs, and Tradition



Kentucky
Colonel
Foundation

**Home**

⌄ **About Us**

 **FAQ**

⌄ **History**

⌄ **News**

 **Order**

⌄ **Resources**

 **Sitemap**

⌄ **WebSite Policies**

# Take Notice

## Updated February 28, 2020

On February 20, 2020 "The Honorable Order of Kentucky Colonels, Inc" (HOKC) filed a lawsuit in the US Federal Western District Court of Kentucky against this organization formerly named and legally incorporated as "**Kentucky Colonels International**" (among various unknown others) for infringement of a US Trademark Registration that they filed on February 17th to reinforce their exclusive rights to the use of term and wordmark "**Kentucky Colonels**" following our legal establishment on January 30th, they were seeking a Temporary Restraining Order and Injunctive Relief against our membership organization for the use of the term "**Kentucky Colonels**" which they have claimed for their own exclusive commercial use and marketing of consumer products such as cigars, t-shirts, candy, barbeque sauce and now for donations to associations. On February 25 they were granted a Temporary Restraining Order prohibiting us (and others) from using the term "Kentucky Colonels" because it is likely to cause confusion with the public according to their allegations.

As of **11:30 AM on February 26** we were informed of a **Temporary Restraining Order (TRO)** was in effect for almost 24 hours by the plaintiff's counsel. We tried to negotiate with the counsel for the plaintiff to preserve the rights of free speech and the rights to peaceful assembly as Kentucky colonels, notwithstanding their direct oversight through the use of a "free license" with HOKC and support from our own members to their organization which was rejected by the plaintiff's counsel, in our defense as the term has been and is still used domestically and internationally by organizations developed for similar fraternal purposes since 1901 and deserves its place in the "public domain" where it has existed since. Meanwhile we are now in full compliance with the TRO by meeting the following conditions to satisfy the demand and understand the Judge's order:

1. Our organization and all other international and US organizations established for the purpose of fraternity and social benefit of Kentucky colonels shall be allowed to continue to use the term under the condition we do not to receive donations, engage in commercial transactions, or sell merchandise using the mark "Kentucky Colonels" to avoid confusion with their charity. Further we agree to recommend other organizations to "no longer use this term" in their name(s), because it may imply an association between the famous mark of the HOKC and the charitable organization using it.

2. Subject to the law and the TRO we will change our name effective immediately to "**Kentucky Colonel Foundation**" to avoid any further confusion between the trademarks "**Honorable Order of Kentucky Colonels**" and the other 4 registered trademarks their organization holds for the wordmark "**Kentucky Colonels**" for their exclusive commercial marketing and merchandising purposes through their online store or their website.

3. Also subject to our proposed agreement we have offered to remove posts and publications that may be construed as harmful to the Honorable Order of Kentucky Colonels if they mutually agree to the same by reciprocating and distribute a news release indicating that the matter has been amicably settled and withdraw their lawsuit.

4. We have agreed and in accordance with the TRO to stop receiving and/or requesting donations and engaging in any commercial activity effective immediately as "Kentucky Colonels International" on all three websites to comply with the laws of commerce and the TRO and shall further change and update all of our groups and social media property so they do not reflect their registered trademark in any way forthwith during the next 24-48 hours.

5. We have also offered the HOKC the opportunity to renegotiate, assimilate or reconsider our merger agreement to provide membership services for 4000 Kentucky colonels who are our current unpaid members and increase their charitable giving programs through our membership development program which no longer allegedly infringes on their US trademark.

6. It should also be noted in our case that the actions of the counsel representing the plaintiff were implacable and went around the norm of seeking mediation under the Kentucky Revised Statutes through the state's laws governing mediation. Let the official record reflect that this organization (now called Kentucky Colonel Foundation at the insistence of the plaintiff to not use their trademark for associations) has been and continues to be willing to negotiate a fair negotiated settlement to this dispute. We admit no wrongdoing or harm to the plaintiff and have only delivered true and factual information to the public on our blog and in news releases. There is no one that can prove otherwise, further no one has collected any money or found commercial value using their company name or trademark.

7. This notice has been placed here on the front page of our website to alleviate any potential confusion the "public" or "others" may have or are experiencing as a result of this lawsuit and the existence of Kentucky colonels in the world today. We further offer anyone who can show that they have **donated any money to us believing that we were the Honorable Order of Kentucky Colonels** at the time they made their contribution can claim a refund by <u>writing to us</u> and providing your receipt. Anyone else who is suffering from dementia or confusion is welcome to write to us for a further explanation.

8. Finally, since we are being forced to abandon our Assumed Name Corporation registration for "Kentucky Colonels International" in Kentucky as a result of this lawsuit, we have taken steps to offshore our international decentralized autonomous organization to the world theater that it has been developed for as goodwill ambassadors with our colonelships to establish ourselves as a foundation and benign non-state actors. This action may remove us legally from the jurisdiction of the US Federal Courts, perhaps not as so many of our members are not US citizens. If any natural person can show actual evidence of any significant commercial transactions using our previous corporate name to warrant our return they are welcome to pursue us in the International Maritime Court or International Criminal Court in The Hague.

9. As of 11:15 AM on February 28 "Kentucky Colonels International" ceased to exist when our Certificate of Withdrawal of Assumed Name was registered with the Kentucky Secretary of State Michael Adams in Frankfort, Kentucky.

# Kentucky Colonel



**Kentucky Colonel** is the highest title of honor bestowed by the Commonwealth of Kentucky. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions, and outstanding service to community, state, or the nation.

The Governor of Kentucky bestows the honor of a colonel's commission, through the issuance of letters patent. The commission is a legal act of the Office of the Governor and lifetime appointment.

## Our Organization

**The Kentucky Colonel Foundation** is a non-governmental, not for profit fraternal and mutual benefit membership organization. We are being incorporated in the Commonwealth of Kentucky and in "good standing" under the guise of our parent organization Ecology Crossroads Cooperative Foundation, Inc. with the Office of the Secretary of State.

Formerly developed as an unincorporated fraternal association in October of 1998; **in January of 2020** our formation advanced to become an international civil society organization (iCSO) and cooperative membership association organized and established under the First Amendment of the United States Constitution, the US Code, and the Kentucky Revised Statutes.



Historic representation of the Kentucky Coat of Arms (c. 1876). State motto, "United We Stand, Divided We Fall"

## About Us

**Kentucky Colonels International,** is now known as the Kentucky Colonel Foundation as of February 26, 2020 and was originally established in 1998 to give prominence to the Kentucky Colonel Commission as a meritory award with diplomatic credence that is respected and understood internationally. Our concept is in the independent formation of a membership development program based on fellowship. The organization is open to all those who have received the prestigious honorary title from the Governor of the Commonwealth in service as his **'aide-in-camp'** which designates them officially as a goodwill ambassador for the state with letters patent (which is a legal document) resulting in a lifetime commission.

Kentucky colonels serve both the state and the acting governor directly without remuneration and without regard to political party, race, gender, civil status, or religion.

As goodwill ambassadors, Kentucky colonels are dedicated to community service, contributing to the welfare of the state, and improving the lives of others to make the world a better and safer place for everyone. Today there are more than 100,000 Kentucky colonels living in 70 countries and more than <u>12 organizations</u> that have been formed since the turn of the 21st century. Their official (optional) responsibilities include promoting tourism, economic development, participation in community service, and fostering the general prosperity of the Commonwealth of Kentucky and its citizens.

## Our Website

Our website is currently under development, the organization is requesting that members provide photos, news, videos, and other relevant information to make improvements for our online formation. As an organization, we will present a number of stated objectives, goals, and purposes herein which can be viewed publicly and transparently.

The Kentucky Colonel Foundation is not a secret society, our development online is to promote members as public figures, community leaders, and goodwill ambassadors that are well-respected, fair, and trustworthy ladies and gentlemen from all walks of life that have been recognized with the honor and virtue of becoming a Kentucky colonel.

We are planning on providing biographical services, news distribution and social media content on the behalf of our members using the website and a social media app that is in the works.

## The Order

Being admitted to the **Order of the Kentucky Colonel** represents that the award recipient has made a noteworthy contribution to society, performed a great deed, accomplished a remarkable personal achievement, or has been recognized for outstanding service to their community. Kentucky colonels are recognized and commissioned for their lifetime to the order with letters patent which permits them to perform and take actions as a **commissioned civilian officer** of the Commonwealth of Kentucky.

## Nominations

In-deed the award is the highest form of recognition bestowed to individuals by the Commonwealth of Kentucky. It can only be granted by the Governor or the Secretary of State based upon being nominated by another individual, or being recognized individually by the state's governor for a noteworthy act that commands the governor's attention. Historically there have been cases where the governor has recognized noteworthy individuals as Kentucky colonels based on formal written suggestions by citizens and officials of the Commonwealth.

## Fellowship

Membership to our non-governmental organization is voluntary and open to all Kentucky colonels around the world that have duly earned the distinguished honor to be part of our fellowship. Members of our organization are encouraged to provide information relative to their status, engagement in charitable giving and participate in programs to further their abilities and prominence as honorable ladies and gentlemen serving as the state's goodwill ambassadors. The organization supports the ideals of transparency, hospitality, integrity, respect, honor, and tradition among its members.

## Member Services

The organization provides online digital services to its members in the form of personal identification, a vanity email address, biographical websites, an online membership roster, and an electronic smartphone app (under development in 2020). Other ideas and suggestions are being discussed and based on our organization acquiring funding for this development.

Since 2006 the organization has been active providing administrative and moderation services online in the social media with the first Facebook groups and fan page dedicated to promoting the development of fraternity, fellowship, and the sharing of news content for Kentucky colonels through our foundation.

## International Title Registry

All those who have received a commission may voluntarily become additionally recognized in the International Title Registry (formerly the Kentucky Colonel Registry), an ideal originally introduced by our organization, which recognizes all American and international meritory awards of honor and merit from around the world. The combined program is scheduled to be online the middle of 2020.

The International Title Registry will be operated by the Goodwill Ambassador Foundation a non-state, non-political and non-governmental  organization established offshore to maintain neutrality.

Social         Members  

### Disclaimer
The Kentucky Colonel Foundation (formerly Kentucky Colonels International) is not associated or affiliated with private non-partisan charity, The Honorable Order of Kentucky Colonels, Inc. (HOKC) located in Louisville, Kentucky which provides assistance in the form of gifts and grants to non-profit organizations and merchandises products to Kentucky colonels. The organization recognizes Kentucky colonels as its donors and offers all Kentucky colonels **honorary membership**, it does not allow its members to vote or have a say in the operation of the organization or influence over its board of trustees, thus our organization was developed to provide Kentucky colonels this type of formal membership.

https://www.kycolonels.international/index

# Honorable Order of Kentucky Colonels

kycolonels.international/resources/hokc



🔗
Membership

While it is assumed that all Kentucky colonels are members of the organization, legally they have no members according to their Articles of Incorporation from 1992 and do not follow the norms or standards for membership organizations in accordance with the Model Nonprofit Act or the US Code; however they do recognize their donors as **honorary members and issue membership cards** on an annual basis for those who donate each year. Despite this, members as donors have no actual or particular powers or voting rights according to their statutes. They do make a nice membership card though and remain the favorite, because of their alliances with politicians, the image they project as a corporation, and the abundance of public figures that have supported them over the years.

## Online Store

The organization makes and sells branded memorabilia such as coffee mugs, hats, t-shirts, office supplies, apparel, pins, bourbon, cigars, and other personalized gifts to promote their brand, "Kentucky Colonels" which they trademarked in 2003 for merchandising goods sold through their online store, the Emporium and their catalog the Pomperoser. Revenue from the sales do not directly support charitable efforts of the HOKC in the state and are target marketed for sale exclusively to Kentucky colonels.

Their store is operated by Upper Right Hand Marketing, Inc. and there is a privacy policy online stating their terms and conditions which include the sharing of private information with third parties.

## Trademarks

Under the law the organization is very protective of its store and branding, it prohibits Kentucky colonels from using its name or logotype on business and presentation cards according to an article from their website by their administration where they stated, "Unfortunately, due to trademark protection requirements, we are not able to provide the logo for these purposes. We have, however, located a printer who is willing to print calling cards in low quantities."

The organization has vehemently opposed all of those using the term "Kentucky Colonels" including this organization. According to a USPTO search it was registered in 1992 they registered their name and again in 2003 registered the term with the US Patent and Trademark Office (USPTO) for merchandising. They have engaged in numerous lawsuits with others that wanted to use or were already using the term including the basketball team the "Kentucky Colonels" a Louisville ABA team, which was a case the HOKC lost.

In 2014, "The Honorable Order of Kentucky Colonels, Inc." trademarked "Kentucky Colonels" to produce and market tobacco products which they sell today. Most recently they

trademarked again to sell branded food products in 2019. We have to think what Kentucky colonels may think about sharing their own honorable title with the name of a cigar? Seems like the HOKC is infringing on the rights of the Governor or at least exploiting the ideals of the trademark process by creating a little bit of confusion of their own.

The Internet search we conducted revealed that they trademarked their name and the term "Kentucky Colonels" to exclusively produce, provide, or sell:

1. Eleemosynary services, namely, founding of scholarships, equipping playgrounds and the like and to collect historical and cultural material pertaining to Commonwealth of Kentucky
2. Providing financial assistance for programs and services of others; providing educational scholarships
3. Clothing, namely, shirts, T-shirts, sweat shirts, jackets, vests, baseball caps
4. Cigars, tobacco products
5. Barbeque sauce; candy; caramel sauce; chocolate candies; chocolate confections, namely, bourbon infused candies; chocolate sauce; marinades; salsa.

**Update:** Since we published this content the HOKC has filed a new trademark "Kentucky Colonels" on February 17, 2020 to hold commercial trademark rights over "associations" using the mark; and has also filed a lawsuit on February 20th against our organization to stop us, other Kentucky colonels, and other organization from using the term. If they are not stopped Kentucky colonels will lose their rights o exercise their honors and commissions.

🔗
## History

According to the organization's history they were founded as a civil society by Governor Ruby Laffoon in 1932. In 1957 they consolidated their association by filing Articles of Incorporation to formalize the society as a corporation that was heavily influenced and affiliated directly with the office of the Governor who appointed a commander and could also appoint generals in each US state. In 1992 they broke away from tradition filing their Restated and Amended Articles of Incorporation removing the connection with the Office of the Governor and their members to become the organization (corporation) they are today.

The organization stated in February 2020, "late one Saturday afternoon in May of 1931, the first meeting of what would eventually become the Kentucky Colonels," when Governor Flem Sampson requested that colonels "formulate a society to more closely band together this group into a great non-political brotherhood for the advancement of Kentucky and Kentuckians". While they may be trying to hold onto these roots by generating an impression of being a membership organization, they have become far removed from the society (brotherhood) they were once established to become and continue under.

🔗

## Summary

While the organization is trying to preserve its historical image and maintain its traditions, the restated and amended articles they filed in 1992 make their intentions clear when they broke away from the state, removed the ability of members to directly interact, they also made the Governor's role an honorary one instead of an official one, and made the clear statement that the organization has no members. The image they strive to maintain today is one based on their own history and traditions without the responsibility of serving or providing services to its members.

Our organization has also found that they have manipulated the history of their beginning and the beginning of when Kentucky began the practice of recognizing civilians as Kentucky colonels, a page is being developed on the topic.