UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION


THE HONORABLE ORDER OF
KENTUCKY COLONELS, INC.,                                                        Plaintiff,

v.                                                                      Civil Action No. 3:20-cv-132-DJH

KENTUCKY COLONELS
INTERNATIONAL et al.,                                                          Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING

A preliminary-injunction hearing was held in this matter on March 4, 2020, with the

following counsel participating:

    For Plaintiff:                    Cornelius E. Coryell
                                      Julie L. Watts

Defendants failed to appear.  The Court heard testimony and received evidence on Plaintiff's

motion for a preliminary injunction.  (Docket No. 7)  At the conclusion of the hearing the Court

took the matter under advisement.


    March 4, 2020


**David J. Hale, Judge**
**United States District Court**



Court Time: 01/05(c)
Court Reporter: April Dowell