# United States District Court for the Western District of Kentucky

For the Defendant(s) comes now Col. David J. Wright, Defendant in Pro Se
In Civil Action 3:20-cv-00132

## Honorable Order of Kentucky Colonels
## vs.
## Kentucky Colonels International, et.al.

Judge Justin R. Walker
Presiding Judge in this Case

Judge David J. Hale
Hearing Judge Issuing TRO

To the Clerk of the Court

In response to Case 3:20-cv-00132 and for a Hearing scheduled at 10:00 AM on March 04, 2020 based on a Temporary Restraining Order brought by the Plaintiff with an Order in effect placed by Judge David J. Hale on February 25, 2020 against the defendant, comes **David J. Wright**, *Defendant, pro se in forma pauperis* under 28 U.S.C. § 1654 and 28 U.S.C. § 1915 in representation of himself and other Defendants as the President of **Ecology Crossroads Cooperative Foundation, Inc.** a Kentucky corporation founded by the defendant in 1994 and the owner of the Assumed Name Corporation **'Kentucky Colonels International'** subject Defendant named in this case. Please see the attached pleadings.

The Defendant is seeking immediate relief to dissolve the Temporary Restraining Order placed against him and the other Defendants named in this case and strike the Plaintiff's Motion for Injunctive Relief based on his Answer to the Plaintiff's Motion. The Defendant also brings forth a Motion to Dismiss, Remove or Continue this case.

See: Case 3:20-cv-00132-DJH Document 14, Filed 02/25/20

Attached: Notice of Appearance, Answer to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Dismiss or Continue

FILED ¡JS¡
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

20 MAR -4 PM 1: 39

| | | |
|---|---|---|
| THE HONORABLE ORDER OF | ) | |
| KENTUCKY COLONELS, INC. | ) | |
| PLAINTIFF | ) | Civil Action No. 3:20-cv-132-DJH |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| KENTUCKY COLONELS | ) | |
| INTERNATIONAL, et.al. | ) | |
| DEFENDANTS | ) | |

Please take notice that I, David J. Wright, Kentucky Colonel and an American Citizen, a defendant in this action, hereby appears *pro se* on the part of the defendants including myself, and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below. For the convenience of the court and the plaintiff in this case all correspondence and papers may be served via email because mail service, embassies and diplomatic relations do not currently exist where I am residing in Caracas, Venezuela.

Caracas, Venezuela
Dated: March 02, 2020

Col. David J. Wright

David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529

**FROM:**

Maya-Lis Wright
Registered Agent
Ecology Crossroads, et.al
302 General Smith Drive
Richmond, KY 40475

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 1830 0001 2293 3512





U.S. POSTAGE PAID
FCM LG ENV
BEREA, KY
40403
MAR 02, 20
AMOUNT

**$8.60**

R2304M116618-06

1000    40202

RETURN RECEIPT
REQUESTED

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR - 4 2020
U.S. DIST. COURT.
WEST'N. DIST. KENTUCKY

20 MAR -4 PM 1:39

**TO:**

United States District Court
Western District of Kentucky
Clerk's office
601 W. Broadway, Rm 106
Gene Snyder United States Court house
Louisville, KY 40202