FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR -4 PM 1:39

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. <br> PLAINTIFF | ) ) ) ) | Civil Action No. 3:20-cv-132-DJH |
| v. | ) ) ) | MOTION TO DISMISS OR CONTINUE <br> WITH TIME EXTENSION |
| KENTUCKY COLONELS INTERNATIONAL, et.al. <br> DEFENDANTS | ) ) ) | |

We move for the court to dismiss this case with or without prejudice based on my testimony attached and the Answers given in the hearing pleading. In the event the court cannot dismiss the case, to please grant us a continuance in this case in 90-120 days so that we can acquire legal counsel to properly prepare to present our defense and file a counterclaim against the plaintiff for damages we have incurred, with the additional intention to bring forward all the facts and seek a fair trial in the interest of justice that is equitable under the laws of the United States of America.

Attached here we present one (1) Exhibit which is my sworn Affidavit for the court's consideration.

Caracas, Venezuela
Dated: March 02, 2020

Col. David J. Wright

David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529

## Certificate of Service

I hereby certify that on March 02, 2020 this Motion was delivered by email with a delivery receipt to the plaintiff and was sent via US Certified Postal Mail to the Clerk of the Court on March 02, 2020 before 5:00 PM and should reach the indicated destinations in time for the Hearing scheduled on March 04, 2020.

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

David J. Wright

**FROM:**
Maya-Lis Wright
Registered Agent
Ecology Crossroads, et.al
302 General Smith Drive
Richmond, KY 40475



CERTIFIED MAIL
7018 1830 0001 2293 3512



RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
FCM LG ENV
BEREA, KY
40403
MAR 02, 20
AMOUNT
$8.60
1000   40202   R2304M116618-06

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR - 4 2020
U.S. DISTRICT COURT,
WESTN. DIST. KENTUCKY

20 MAR -4 PM 1:39

**TO:**
United States District Court
Western District of Kentucky
Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Court house
Louisville, KY 40202