UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC., ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> DAVID J. WRIGHT, et al. ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:20-cv-00132-RGJ |

**MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court pursuant to Fed.R.Civ.P. 65(b)(2) to extend the Temporary Restraining Order entered February 25, 2020 **[DN 14]** an additional fourteen (14) days pending transition of this action to the docket of Judge Rebecca Grady Jennings pursuant to the text order entered on March 9, 2020.  As grounds for this motion, HOKC states that the Temporary Restraining Order is set to expire on March 10, 2020 and, for the same reasons previously cited by the Court, HOKC will suffer irreparable harm if the Temporary Restraining Order is not extended pending the Court's consideration of HOKC's motion for a preliminary injunction **[DN 7]**.  That motion has been fully briefed and a preliminary injunction hearing was held on March 4, 2020 where testimony and evidence in support of the motion was heard by the Court at which time the Court took it the matter under advisement **[DN 22]**.

For the reasons stated herein, and in its original motion for temporary restraining order and preliminary injunction, Plaintiff respectfully requests the Court extend the Temporary Restraining Order presently in place **[DN 14]** through and including March 24, 2020.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and via email at kycolonels.international on the 9th day of March, 2020:

| | |
|---|---|
| Kentucky Colonels International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |

                                              */s/ Cornelius E. Coryell II*
                                              *Counsel for Plaintiff, the Honorable Order of*
                                              *Kentucky Colonels, Inc.*

100248028