UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) | |
| KENTUCKY COLONELS, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:20-cv-132-RGJ |
| ) | |
| KENTUCKY COLONELS ) | |
| INTERNATIONAL, et al. ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION TO DISMISS OR CONTINUE WITH EXTENSION OF TIME [DN 24]**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, for its response to the Defendants' Motion to Dismiss or Continue with Extension of Time, hereby states as follows:

1.  The motion should be denied with respect to the corporate Defendants, Kentucky Colonels International ("KCI"), Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads"), and Globcal International ("Globcal") because the motion is not properly before the Court. It appears that Defendant David J. Wright ("Wright") has attempted to move on behalf of those corporate Defendants even though he is not admitted to practice law.[1] The United States Supreme Court has prohibited any artificial entity, including corporations, from being represented

---

[1] Plaintiff requested Wright confirm that he is licensed to practice law and, therefore, able to represent the corporate Defendants, and Wright responded to that email by acknowledging that he does not hold a law license. A copy of the email reflecting that acknowledgement is attached as Exhibit 1.

by individuals who are not licensed attorneys. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-03 (1993) (citing cases dating from 1824 forward holding that a corporation may only be represented by licensed counsel). Because Defendant Wright is not an attorney duly licensed to practice law, he cannot represent those corporate Defendants.

2. With respect to the individual Defendant David J. Wright the motion to dismiss should be denied because Wright does not provide any legal or factual grounds for the motion. LR 7.1 requires a motion to state with particularity the grounds for the motion, the relief sought, and the legal arguments necessary to support it. Because Defendant Wright's motion to dismiss fails to satisfy these requirements, the motion must be denied.

3. With respect to Wright's motion for an extension of time, HOKC does not object to a reasonable extension of time for Defendant Wright to answer or otherwise respond to the Complaint *pro se*, on behalf of himself. However, the requested extension, 90-120 days is excessive. HOKC would not object to an extension of 45 days from the date Wright submitted his *pro se* appearance, March 4, 2020, making Wright's deadline for answering or otherwise responding to the Complaint April 19, 2020.

4. Any extension should not relieve Defendants of their obligations to comply with the Temporary Restraining Order entered by the Court on February 25, 2020 **[DN 14]** or subsequent orders entered by the Court including, but not limited to, the Preliminary Injunction requested by HOKC.

Respectfully submitted,

*/s/* Cornelius *E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and via email at kycolonels.international on the 9th day of March, 2020:

Kentucky Colonels International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100247336