# EXHIBIT 1

**Coryell, Corky**

| | |
|---|---|
| From: | David J. Wright <david.wright@globcal.net> |
| Sent: | Monday, March 9, 2020 10:46 AM |
| To: | Coryell, Corky |
| Cc: | Watts, Julie; Coughlin, Michelle |
| Subject: | Re: HOKC v KCI Defense |

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Currently I am the only one that may represent the defendants you are referring to because the organization(s) do not and have not engaged an attorney, nor may they be compelled to do so at this time, therefore as the chief executive officer I am the representative in charge of the lawsuit filed and am legally representing the defense of the organization(s). To answer your question, no, I am not admitted to the Kentucky Bar Association or licensed to practice law <u>except on my own behalf and on the behalf of the organization(s)</u>.

All negotiations relative to any settlement regarding this case must be discussed directly with me.

Neither of the organizations remaining in Kentucky bear any direct responsibility in this matter nor have they, they were merely facilitating the corporate legal existence of Kentucky Colonels International as its protector and host. They should not be held civilly responsible for the actions of the Assumed Name Corporation I had under development, no inference should be made of any wrongdoing on their part.

Statements made publicly by your client in the social media and in a press release prior to the lawsuit about myself and the character of the organization Ecology Crossroads were abusive and libelous that have caused a negative opinion based on the public perspective of this matter and have affected our capacity to promote our objectives with the United Nations. Once I receive the result of the hearing, the decision of the court and my pro se defense we can continue the conversation if you wish to resolve it.

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
**Ecology Crossroads Cooperative Foundation**

Globcal International
Kentucky Colonels International
De'Aruhua Cacao

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright

Cellular: (+58) 426-111-0529
**WhatsApp:** Send Message then Call

1

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Mon, Mar 9, 2020 at 8:55 AM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

In the Notice of Appearance you filed last week, you indicate that you are appearing "pro se on the part of the defendants including myself...."

Are you an attorney, licensed to practice law in the Commonwealth of Kentucky?

If not, you can appear pro se yourself, but you cannot represent the corporate defendants.

Please advise.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

> **From:** David J. Wright <david.wright@globcal.net>
> **Sent:** Tuesday, March 3, 2020 5:15 PM
> **To:** Coryell, Corky <ccoryell@wyattfirm.com>
> **Subject:** Re: HOKC v KCI Defense

2

I received your email.

Just for your information if you examine Wikipedia closer you will discover <u>I added your trademark</u> there it was someone else on Wikipedia that removed it, but it was not me, so your pleadings are erroneous. Go ahead and look it is on the disambiguation page for "Kentucky Colonels" that your are talking about. And while we can live with your Trademark its use for commerce, we are not engaged in commerce or your particular use of the trademarks.

It is very hard to have or hold a trademark over things in the public domain, actually impossible or Santa Claus would have sued Jesus, or the Church would have sued Santa maybe. We have now 13 organizations that were formed prior to yours dug out of the public record.

We will continue to stand on our Constitutional rights under the First Amendment as a civil society in formation. If let you move forward it will be like, the Grinch getting away with stealing Christmas.

### Col. David J. Wright

Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits

### Ecology Crossroads Cooperative Foundation

Globcal International

Kentucky Colonels International

De'Aruhua Cacao

Social Media: Facebook | LinkedIn | Twitter

Personal Website: Ambassador Col. David J. Wright

**Cellular:** (+58) 426-111-0529
**WhatsApp:** Send Message then Call

3

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Tue, Mar 3, 2020 at 4:35 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

The attached was filed today in the above referenced action.

Corky

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

> **From:** Col. David J. Wright, Webmaster <webmaster@kycolonels.international>
> **Sent:** Tuesday, March 3, 2020 6:07 AM
> **To:** Coryell, Corky <ccoryell@wyattfirm.com>; scrose@kycolonels.org
> **Subject:** HOKC v KCI Defense (Confidential)
>
> Dear Corky Coryell and Col Sherry Crose,
>
> This is your copy of our pleading to the court. Please also be advised that at this point only our commissioners have read it or been given access. It was sent by Certified Mail to the Court Clerk and should arrive there today, if you withdraw your case before

4

it is added to the docket chances are you can prevent it from the media gaining access or being entered as my appearance in the file.

There is still time to work out an amicable resolution to this matter.

We have made verified copies of both websites in question which are assumedly owned by your client, however we know better considering the content of our pleadings to the court, after all this is about the internet and information available to the public, so there is not much sense in making updates now or taking steps today to cover up your client's actions, tracks, interests or disinterest in their relative or unrelated commercial for-profit enterprise; the facts are relevant to this case. Our case file involves 1000s of pages, we are talking about the state of affairs at the time your client filed this suit, not today or tomorrow.

Your search for "Honorable Order of Kentucky Colonels" on site:kycolonelsstore.com - did not match any documents.

Your search for "Upper Right Marketing" site:kycolonels.org - did not match any documents.

I am preparing a news release now, for the 194 Kentucky media members to help the public better understand our position as the underdog in our own defense using verifiable factual data, tomorrow we will deal with presenting it to national features editors across the United States. The Kentucky Colonel Foundation will not be taken down through corruption or impropriety, nor can I be exhausted in your attempts.

Since the Governor is the commander-in-chief of your client's organization he is potentially involved as their figurehead as he has been implicated by your client, we may be including him in our second round of news releases. However at this time we believe he does not know what he is potentially involved in by supporting your client and the lifestyles of private citizens involved in the background through what we have discovered, we can inform him if you like in our next correspondence in the interest of all of our members.

We would not want to move further without your knowledge that we intend to file a counter suit including the governor who your client has involuntarily enjoined as their lead officer and will attempt to include James Dawahare, et.al. when we fully respond to your verified claim against us. The public will benefit in knowing the truth about where their money goes from the trademark's actual use, whether it is for donations or the shadow private enterprise that is funded and propelled using your client's charity and website..

We have also collected information relative to the origin and manufacture of all the products being sold through the Kentucky Colonels Store, which in itself will shock most Kentucky colonels.

From our perspective Kentucky colonels are responsible for the 13 billion in tourism that is brought to Kentucky makes each year based on their own goodwill as noteworthy individuals and honorary award recipients, the 2 million claimed by your client that they distribute in Kentucky is just a drop in the bucket. None of our interests are dishonorable or for profit let this be clear, they are in the interest of the award as a

5

noteworthy and distinguished one.

We would like confirmation of your withdrawal of your lawsuit or your intentions today once you can determine what you want to do with your client when you speak to them this morning. Especially considering that they do not really use the mark to sell cigars, barbeque sauce, clothing or anything else themselves as most people (Colonels) may believe they do and appear to us to clearly be secondary beneficiaries of their own trademarks for their charitable purposes. Neither do they as a corporate person use the trademark as claimed in your lawsuit, even if it appears that they do.

Our defense should be shared with our 4000 members prior to tomorrow by email and to our subscriber list in a summary format with a link to our court pleadings as well as your own so they do need an account with the court or Law 360 to review them, after all it is a public matter as much as a private one, it is also one that only you can stop.

While you understand that your client may be serving the public interest as a charity by funding other non-profits, it is obvious that the LLC that uses the mark exclusively and clearly benefits from its use is not a private charity and is not your client named in this suit.

These distinctions of who is who are of great interest to all Kentucky colonels and probably the governor who is potentially involved in promoting private enterprise with his recent decision to allow anyone to nominate a colonel, so <u>we suggest your client convince him right away to revert the policy so only Kentucky colonels can make these nominations</u> or perhaps the HOKC will need to explain how he is not involved as their most senior officer in promoting sales of commercial for-profit products through the store not owned by them, which is not in the public interest.

Further escalation of this matter will only result in further damage relative to everyone's interests. Neither you or the court will impede our rights as civil human beings from addressing our grievances to government, our freedom of speech, the freedom of the press or our right to assemble peacefully under the First Amendment of the US Constitution.

If you do not want myself or our commissioners involved in promoting Kentucky colonels let us know, we have made numerous attempts to find a good solution to our dilemma and your grievance with us, but we do not recommend pursuing this lawsuit any further at the detriment of the honorability of the award itself. It will get much more complicated if it goes any further.

If you decide to ignore this letter that is fine and we will proceed to court with a respectful, honorable and ethical court battle.

**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits

## Ecology Crossroads Cooperative Foundation

Globcal International

Kentucky Colonels International

De'Aruhua Cacao

Ekobius International

Social Media: Facebook | LinkedIn | Twitter

Personal Website: Ambassador Col. David J. Wright

**Cellular:** (+58) 426-111-0529
**WhatsApp:** Send Message then Call

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

===============================================================================

The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies,
and delete
the material from all computers.
===============================================================================

===============================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If

you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
==============================================================================