UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.     PLAINTIFF  v.  KENTUCKY COLONELS INTERNATIONAL, et al.     DEFENDANTS | ) ) ) ) ) ) ) CIVIL ACTION NO. 3:20-cv-132-RGJ ) ) ) ) ) ) |

**ORDER**

Upon motion of the Defendants to dismiss or continue with an extension of time, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the Defendants' motions be, and they are hereby, DENIED.

100248261