UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE HONORABLE ORDER OF
KENTUCKY COLONELS, INC.,                                        Plaintiff,

v.                                              Civil Action No. 3:20-cv-132-RGJ

KENTUCKY COLONELS
INTERNATIONAL et al.,                                       Defendants.

\* \* \* \* \*

# ORDER

The Court issued a temporary restraining order in this matter on February 25, 2020, set to expire fourteen days after its entry. [DE 14]. A hearing was held on Plaintiff's motion for preliminary injunction [DE 7] on March 4, 2020. [DE 22]. Defendants failed to appear. The Court heard Plaintiff's arguments, heard witness testimony, and admitted evidence. Following the hearing on March 4, 2020, the Court received submissions from Defendant David J. Wright, *pro se*, styled as a response to Plaintiff's motion for injunctive relief [DE 23] and a "Motion to Dismiss or Continue with Time Extension." [DE 24]. On March 9, 2020 the former presiding judge determined that recusal was appropriate. [DE 25]. The Court is currently considering the Plaintiff's motion for preliminary injunction. Pursuant to Federal Rule of Civil Procedure 65(b)(2), the Court may extend a temporary restraining order, for a period not to exceed fourteen days, for "good cause."

The Court finds that the temporary restraining order was appropriately entered. Further, review of the hearing transcript and consideration of Defendant Wright's newly submitted materials prior to ruling on Plaintiff's motion for preliminary injunction [DE 7] require additional time, which amounts to good cause to extend the previously-granted temporary restraining order.

1

*See Women's Med. Prof'l Corp. v. Taft*, 199 F.R.D. 597, 598 (S.D. Ohio 2000) (citing 11A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, *Federal Practice and Procedure* Section 2953). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the temporary restraining order currently in effect in this matter [DE 14] is **EXTENDED** for a period of **fourteen (14) days** and will expire on **March 23, 2020.**

Copies to:  Counsel and Defendants