UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. ) ) ) | |
| PLAINTIFF ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. ) ) ) | |
| DEFENDANTS ) | |

**ORDER**

Upon motion of the Plaintiff, the Honorable Order of Kentucky Colonels, Inc., for an Order for Leave to File Under Seal Exhibit 3 to its Verified Complaint, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiff's motion be, and it is hereby, granted.

100237204