**FILED**

Vanessa L Armstrong, Clerk

May 21, 2020

U.S. District Court
Western District of Kentucky

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) | |
| PLAINTIFF | ) ) | Civil Action No. 3:20-cv-132-RGJ |
| v. | ) ) | NOTICE OF APPEARANCE |
| DAVID J. WRIGHT, et.al. DEFENDANTS | ) ) ) | |

Please take notice that I, David J. Wright, Kentucky Colonel and an American Citizen, a defendant in this action, hereby appear as a *pro se* litigant *in forma pauperis* on the part of the defendants including myself, and that all future correspondence and papers in connection with this action are to be directed to me at the email address indicated below under Federal Rule of Civil Procedure 5(b)2(E) I am waiving my right to receive a paper copy of documents filed electronically in this case. For the convenience of the court and the Plaintiff in this case all correspondence and papers <u>may be served via email</u> because <u>mail service, embassies and diplomatic relations do not currently exist where I am currently residing in Caracas, Venezuela</u>.

Caracas, Venezuela
Dated: May 21, 2020

*Col. David J. Wright*

Colonel David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529