**FILED**
VANESSA L ARMSTRONG, CLERK
May 21, 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **THE HONORABLE ORDER OF** ) | |
| **KENTUCKY COLONELS, INC.** ) | |
|     **PLAINTIFF** ) | Civil Action No. 3:20-cv-132-RGJ |
| ) | |
| v. ) | **JUDGE REBECCA GRADY JENNINGS** |
| ) | |
| **DAVID J. WRIGHT, et.al.** ) | |
|     **DEFENDANTS** ) | |

### MOTION FOR ATTORNEY REPRESENTATION

1) I, David Jeffrey Wright, declare that I am a Defendant in this case and that I am unable to afford the services of an attorney. I further attest that I am the executive officer of the other parties (organizations) named in this case which cannot afford the services of an attorney. I hereby ask the Court to appoint an attorney to represent me and/or the other parties in this case to both defend the case and to seek damages against the Plaintiff.

2) I hereby declare that I have contacted or attempted to contact the following attorneys/organizations seeking representation:

ACLU, Louisville, Kentucky

Paul Abney

Elizabeth K Ames

Christopher J. Arnold

P. Douglas Barr

Glenn D. Bellamy

Joel Beres

Steven Blaine

David Bryant

Brian W. Chellgren

Laurenn S. Disspayne

Jacqueline Duncan

Brooke Egan

Gregory L. Finch

Richard N. Friedman

Kelley M. Goes

Elisabeth S. Gray

Julie D. Greer

Allan J. Hartman

John S. Higgins

Jonathan M. Hodge

Eddie M. Holder

Edward A. Houlehan

Clark Johnson

Hannah B. Kembel

Aaron Kemper

Kathryn B.Kendrick

B.C. Killough

Karl Stephen Kronenberger

John F. Lang

Jay R. Langenbahn

Mark L. Lorbiecki

Gerald A Marks

Lev K Martyniuk

Louis P. Mellinger

David I Mindell

Michael Paolucci

Francis G.X. Pileggi

Shawn J. Rabin

John E. Reynolds

Rod J. Rosenstein

Christopher C. Ross

Christina Ryan

Andrea Sager

John R. Saler

Jeffrey L. Sallee

Mazin A. Sbaiti

Mark I. Shublak

Katherine Smalley

David S. Stallard

Julie Tennyson

Mary Ellen Wimberly

Steve Witters

Kristen N. Worak


However, I (we) have been unable to find an attorney to represent myself or our organization because we do not have the funds or liquidatable resources to obtain counsel and because the court has granted the plaintiff an injunction preventing us from executing our programs or seeking funds based on our planned and

projected programs. Further, our ability has been hindered based on negative publicity and news media campaigns initiated by the plaintiff resulting in damaging news articles containing false allegations, which have harmed our reputation in the social media, on the Internet and in the community-at-large. Also, due to the COVID19 Pandemic crisis, we have been unable to raise funds by other means.

3) I declare that I am not, nor are we, currently represented by an attorney requested by the Court in any federal criminal or civil matter. Further, I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

4) I declare that I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

5) I declare that my highest level of education is post graduate.

6) I declare that I <u>can read and write in English</u> and that English is my primary and native language.

7) I declare that this form and/or other documents in this case <u>were not</u> prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program.

I declare under penalty of perjury that the foregoing is true and correct.

Caracas, Venezuela
Dated: May 21, 2020

*Col. David J. Wright*

Colonel David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529