**FILED**

Vanessa L Armstrong, Clerk

May 21, 2020

U.S. District Court
Western District of Kentucky

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| **THE HONORABLE ORDER OF** | ) | Civil Action No. 3:20-cv-132-RGJ |
| **KENTUCKY COLONELS, INC.** | ) | |
| **PLAINTIFF** | ) | **APPLICATION TO PROCEED** |
| | ) | **WITHOUT PREPAYING FEES OR** |
| **v.** | ) | **COSTS / FINANCIAL AFFIDAVIT** |
| | ) | **(CIVIL CASE)** |
| **DAVID J. WRIGHT, et.al.** | ) | |
| **DEFENDANTS** | ) | |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO

## 28 U.S.C. §1915

I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case in order to pursue justice. I am providing the following information under penalty of perjury in support of my request to proceed *in forma pauperis* and request an attorney or permission to proceed in *pro se*.

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C.§ 1915. In support of my request, I submit the attached financial affidavit and state that: (1) I am unable to pay such fees, costs, or give security therefor. (2) I am entitled to defend this action made by the Plaintiff and commence the filing of a counterclaim against the Plaintiff.

# FINANCIAL AFFIDAVIT AN APPLICATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

**Application for Leave to Proceed In Forma Pauperis** (US Federal Court Form)

1) I am employed as the **Executive Director of Ecology Crossroads Cooperative Foundation, Inc** where I am paid for work I perform providing Internet services and copywriting for members as an independent **subcontractor**. I also work for the organization without remuneration as a director and founding officer of the board.

**Address of employer:**

302 General Smith Drive,

 Richmond, Kentucky 40475

**Total amount of monthly take-home pay:**

Between  $300 to $800 per month

**Date(s) of last employment:**

Currently Employed

**Last monthly take-home pay:**

$400 in March, 2020

**2) If married, is your spouse employed?** _____ Not married ___ Yes  **X**  **No**

Name and address of spouse's employer:                               _____N/A_____

Total amount of spouse's monthly take-home pay:                      _____N/A_____

Date(s) of spouse's last employment: Spouse's last monthly take-home pay:

**3) Other sources of income / money:** For the *past 12 months*, list the amount of money that you and/or your spouse have received from any of the following sources: (list the 12-month total for each)

Self-employment, business, or profession: $ 6,500_____

Income from interest or dividends: $ 0_____

Income from rent payments: $ 0_____

Pensions, annuities, or life insurance: $ 0_____

Disability or worker's compensation: $ 0_____

Gifts (including deposits into any accounts in your name): $ 500_____

Unemployment, public assistance, or welfare $ 360_____

Federal COVID-19 Relief : $ 1,200_____

Settlements or judgments (include any that are expected): $ 0_____

Any other source of money: $ 0_____

**4) Cash and bank accounts:**

Do you and/or your spouse have any money in cash or in a checking or savings account? **_X_ Yes** ___ No

If yes, how much? **$1,400 (One thousand four hundred dollars) from CARES Act Relief Fund**

**5) Other assets:** Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ___ Yes **_X_ No** If yes, list each item of property and state its approximate value: _____N/A_____

**6) Dependents:** Is anyone dependent on you and/or your spouse for support? **_X_ Yes** ___ No

If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month: **Sonia, Wife (Disabled), $150; ZL; Daughter, $100**

**7) Debts and financial obligations:** List any amounts you owe to others: **$2,000 (Living Expenses for 2019)**

**8) Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:** The Plaintiff has petitioned and convinced the Court that planned activities, which they became aware of through a confidential acquisition disclosure of technology and a merger proposal, are a threat to their organization and were granted a temporary restraining order against our organization to continue with our plans. In bringing the lawsuit, the Plaintiff planted seeds of doubt that we were attempting to benefit from their intellectual property and trademark, which they have obtained through copyfraud of the public domain.

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Caracas, Venezuela
Dated: May 21, 2020

Col. David J. Wright

Colonel David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529