# EXHIBIT 1



**DOMAINS**    **WEBSITE**    **CLOUD**    **HOSTING**    SE

# colonels.net

 ## Domain Information

| | |
|---|---|
| Domain: | colonels.net |
| Registrar: | Google LLC |
| Registered On: | 2020-03-04 |
| Expires On: | 2021-03-04 |
| Updated On: | 2020-03-24 |
| Status: | clientTransferProhibited |
| Name Servers: | ns-cloud-e1.googledomains.com<br>ns-cloud-e2.googledomains.com<br>ns-cloud-e3.googledomains.com<br>ns-cloud-e4.googledomains.com |

 ## Registrant Contact

| | |
|---|---|
| Name: | Contact Privacy Inc. Customer 124( |