# EXHIBIT 2

# Kentucky Colonel Foundation

## Kentucky's Goodwill Ambassadors

**Protagonists of Culture, Customs, and Tradition**

# Kentucky Colonel

**Kentucky Colonel** is the highest title of honor bestowed by the Commonwealth of Kentucky. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions, and outstanding service to community, state, or the nation.

The Governor of Kentucky bestows the honor of a colonel's commission, through the issuance of letters patent. The commission is a legal act of the Office of the Governor and lifetime appointment. -Wikipedia

## Our Organization

**The Kentucky Colonel Foundation** is a non-governmental, not for profit fraternal and mutual benefit membership organization. We are being incorporated in the Commonwealth of Kentucky and in "good standing" under the guise of our parent organization Ecology Crossroads Cooperative Foundation, Inc. with the Office of the Secretary of State.

Formerly developed as an unincorporated fraternal association in October of 1998; **in January of 2020** our formation advanced to become an international civil society organization (iCSO) and cooperative membership association organized and established under the First Amendment of the United States Constitution and the US Code of Federal Regulations.



5/20/2020

Kentucky Colonel Foundation



Historic representation of the Kentucky Coat of Arms (c. 1876). State motto, "United We Stand, Divided We Fall"

## About Us

**Kentucky Colonels International,** is now known as the Kentucky Colonel Foundation as of February 26, 2020 and was originally established in 1998 to give prominence to the Kentucky Colonel Commission as a meritory award with diplomatic credence that is respected and understood internationally. Our concept is in the independent formation of a membership development program based on fellowship. The organization is open to all those who have received the prestigious honorary title from the Governor of the Commonwealth in service as his **'Aide-de-camp'** which designates them officially as a goodwill ambassador for the state with letters patent (which is a legal document) resulting in a lifetime commission.

Kentucky colonels serve both the state and the acting governor directly without remuneration and without regard to political party, race, gender, civil status, or religion.

As goodwill ambassadors, Kentucky colonels are dedicated to community service, contributing to the welfare of the state, and improving the lives of others to make the world a better and safer place for everyone. Today there are more than 100,000 Kentucky colonels living in 70 countries and more than 12 organizations that have been formed since the turn of the 21st century. Their official (optional) responsibilities include promoting tourism, economic development, participation in community service, and fostering the general prosperity of the Commonwealth of Kentucky and its citizens.

# Take Notice

## Updated April 10, 2020

On February 20, 2020 "**The Honorable Order of Kentucky Colonels**, Inc" (HOKC) filed a lawsuit in the US Federal Western District Court of Kentucky against this organization formerly named and legally incorporated in Kentucky as "**Kentucky Colonels International**" (among various unknown others) for infringement of a US Trademark Registration that they filed on February 17th for "associations" to reinforce their own exclusive rights to the use of term "**Kentucky Colonels**" as their trademark following our own legal establishment on January 30th, 2020 based on our unincorporated formation that has existed since 1998.

As we have come to understand "**Kentucky Colonel**" and the term "**Kentucky Colonels**" in **our use** referring to more than Kentucky Colonel cannot be exclusively trademarked because they are both terms that belong to the "**Public Domain**" based on the book "A Kentucky Colonel" by Opie Read written in 1890 and other numerous instances of the use of the terms prior to their registration. See our section entitled "Resources".

The HOKC sought an Injunction and gained a Temporary Restraining Order against our membership organization for using the term "**Kentucky Colonels,**" because they claimed it for their own exclusive commercial use and control in the marketing of consumer products such as cigars, t-shirts, candy, barbecue sauce through a for-profit third-party and now for association events and fundraising.

The bringing of the lawsuit disrupted and harmed our lawful development significantly essentially because the HOKC felt threatened that we had a successful program underway and on track that treated Kentucky colonels accordingly. The total damage assessment of their wrongful lawsuit exceeds $250,000 in damages to our work product and formation.

(See Our Response Below)

## News About the Case

On February 25 the HOKC was granted a Temporary Restraining Order valid for 14 days prohibiting us (and unknown others) from using the term "Kentucky Colonels" to raise funds based on their claims that we (and others) were intentionally causing confusion with the public according to their allegations. A Hearing was scheduled for March 04, 2020 to review their demand, we filed our Answers and Motions with the court to defend the allegations on March 2nd. Their counsel filed an addendum to their motion on March 3rd which we could not respond to. The Judge recused himself from the case.

The Temporary Restraining Order was extended to March 24th and was extended again until April 7th. Meanwhile we have taken steps to no longer request donations or pursue the development of a paid membership program using the term "Kentucky Colonels".

## Complying with the Court

On February 27th we were in full compliance online with the Judge's Order which was served by the plaintiff the previous day. While the HOKC is seeking to remove us from the Internet, there is very little they can do to stop a Kentucky colonel or a group of us from calling ourselves Kentucky colonels, considering all have been given the title of "Kentucky Colonel" by many different governors with letters patent and that the honorary title predates their organization's existence. The HOKC started its formation in 1931 with Governor Sampson who adopted the ideals that began forming dating back to 1885 starting with Governor William O'Connell Bradley, perhaps sooner if we include those representing themselves as Colonels from Kentucky during and before the Civil War.

## Defending our Honor

In our defense as the term "Kentucky Colonels" has been and is still used domestically and internationally by many organizations developed for similar benevolent fraternal purposes and by civil societies since at least 1901, we say it deserves its permanent place in the "public domain" where it has existed since it began, and technically will always remain.

In preparing our defense there has been extensive investments made in historical research discrediting the Plaintiff in this case including who the first colonel was, when the ideal was born and a great number of other details about their own organization and enterprises they support.

We are standing firmly upon our civil rights to preserve our ideals understanding the US Constitution which state:

Congress shall make **no law** respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Currently, we feel that the US Trademark laws are undermining the Constitution of the United States, which have allowed the HOKC to bring this lawsuit to the Federal Court as a verified complaint against us, or perhaps more probable the HOKC is abusing the use of these laws?

Apparently not many colonels are well informed about the case, the HOKC does not like to comment about it much, and we have taken our formation to the international theater unincorporating it from Kentucky. Either way if we cannot find legal counsel or the ACLU does not take our case, we will have to default and ignore the lawsuit, which in essence means nothing except that we will not be able to sell anything or raise funds using the term "Kentucky Colonels", if a Federal Judge makes such an order which would violate our rights.

## Statements

1. Our organization was established as an **international civil society organization** (iCSO) for those who have been recognized and commissioned with the 'honorable' title of the **Kentucky Colonel**.

2. The **"Kentucky Colonel Foundation"** is not associated, affiliated or a part of **"The Honorable Order of Kentucky Colonels, Inc."** although many of our members do support their charitable organization by supporting their "Good Works Fund" voluntarily to make the lives of Kentuckians better.

3. We changed our name on February 26th to **"Kentucky Colonel Foundation"** a name that will be registered in three countries, formerly known as *"Kentucky Colonels International"* to avoid any confusion between us and the registered trademarks **"Honorable Order of Kentucky Colonels"** and the 4 trademarks registered for commerce as, **"KENTUCKY COLONELS"** used by **The Honorable Order of Kentucky Colonels, Inc. (HOKC)**.

4. The **Honorable Order of Kentucky Colonels** is not a membership organization as most people believe, this is stated in their <u>**Articles of Incorporation in Article VI and Article XIII Third**</u>. They do recognize their donors as honorary members, but do not offer members voting privileges or direct participation in their affairs like the National Rifle Association (NRA), Sierra Club, or other organizations such as our own.

5. The **Kentucky Colonel Foundation** currently offers social media services to its free members and had planned to offer professional services to dues paying voting members that are unique, which involve fraternal membership benefits using a decentralized computer network which provides biographies, memorials, news distribution, media services, secure email, networking, and websites for its members. We will now be doing this from a new website domain [colonels.net].

6. This notice has been placed here on the front page of our website to alleviate any potential confusion the "public" or "colonels" may have or are experiencing as a result of this lawsuit and the existence of Kentucky colonels in the world today. There are other Kentucky colonels groups and organizations listed the <u>Resources page</u> of this website.

7. We offer anyone who can show that they have **donated any money to us believing that we were the Honorable Order of Kentucky Colonels** at the time they made their contribution can claim a full refund by <u>writing to us</u> and providing your receipt.

8. Finally, since we were forced to abandon our flagship for "Kentucky Colonels International" in Kentucky as a result of this lawsuit, we have taken steps to offshore our decentralized autonomous organization formation to the world theater that it has been developed for as goodwill ambassadors with our colonelcy to establish ourselves as a foundation and benign non-state actors to better exercise our rights under Admiralty, Maritime and International Customary law.

For more information about the lawsuit and we welcome visitors to see our blog and <u>most recent article published on March 10th</u>.

# Take Notice

## Updated April 10, 2020

### Our Website

Our website is currently under development, the organization is requesting that members provide photos, news, videos, and other relevant information to make improvements for our online formation. As an organization, we will present a number of stated objectives, goals, and purposes herein which can be viewed publicly and transparently. See our menu to see the information we present here.

The Kentucky Colonel Foundation is not a secret society, our development online is to promote members as public figures, community leaders, and goodwill ambassadors that are well-respected, fair, and trustworthy ladies and gentlemen from all walks of life that have been recognized with the honor and virtue of becoming a Kentucky colonel.

We are planning on providing biographical services, news distribution and social media content on the behalf of our members using the website and a social media app that is in the works.

### The Order

Being admitted to the **Order of the Kentucky Colonel** represents that the award recipient has made a noteworthy contribution to society, performed a great deed, accomplished a remarkable personal achievement, or has been recognized for outstanding service to their community. Kentucky colonels are recognized and commissioned for their lifetime to the order with letters patent which permits them to perform and take actions as a **commissioned civilian officer** of the Commonwealth of Kentucky.

### Nominations

In-deed the award is the highest form of recognition bestowed to individuals by the Commonwealth of Kentucky. It can only be granted by the Governor or the Secretary of State based upon being nominated by another individual, or being recognized individually by the state's governor for a noteworthy act that commands the governor's attention. Historically there have been cases where the governor has recognized noteworthy individuals as Kentucky colonels based on formal written suggestions by citizens and officials of the Commonwealth.

### Fellowship

Membership to our non-governmental organization is voluntary and open to all Kentucky colonels around the world that have duly earned the distinguished honor to be part of our fellowship. Members of our organization are encouraged to provide information relative to their status, engagement in charitable giving and participate in programs to further their abilities and prominence as honorable ladies and gentlemen serving as the state's goodwill ambassadors. The organization supports the ideals of transparency, hospitality, integrity, respect, honor, and tradition among its members.

## Member Services

The organization provides online digital services to its members in the form of personal identification, a vanity email address, biographical websites, an online membership roster, and an electronic smartphone app (under development in 2020). Other ideas and suggestions are being discussed and based on our organization acquiring funding for this development.

Since 2006 the organization has been active providing administrative and moderation services online in the social media with the first Facebook groups and fan page dedicated to promoting the development of fraternity, fellowship, and the sharing of news content for Kentucky colonels through our foundation.

## International Title Registry

All those who have received a commission may voluntarily become additionally recognized in the International Title Registry (formerly the Kentucky Colonel Registry), an ideal originally introduced by our organization, which recognizes all American and international meritory awards of honor and merit from around the world. The combined program is scheduled to be online the middle of 2020.

The International Title Registry will be operated by the Goodwill Ambassador Foundation a non-state, non-political and non-governmental  organization established offshore to maintain neutrality.

### Disclaimer

The Kentucky Colonel Foundation (formerly Kentucky Colonels International) is not associated or affiliated with private non-partisan charity, The Honorable Order of Kentucky Colonels, Inc. (HOKC) located in Louisville, Kentucky which provides assistance in the form of gifts and grants to nonprofit organizations and merchandises products to Kentucky colonels. The organization recognizes Kentucky colonels as its donors and does not offer legal **membership**, it does not allow its donors to vote or have a say in the operation of the organization or influence over its board of trustees, thus our organization was developed to provide Kentucky colonels this type of formal membership.

Under the current circumstances we no longer recommend that Kentucky colonels support the HOKC, but instead recommend that colonels support Kentucky non-profits directly that they independently choose which creates a much greater impact at least 15-20% greater.

## Social

# About Us

## About the Kentucky Colonel Foundation

The Kentucky Colonel Foundation, *formerly Kentucky Colonels International* is a model not-for-profit, charitable membership organization made up of Kentucky colonels promoting and supporting other Kentucky colonels as goodwill ambassadors for the Commonwealth of Kentucky at home and abroad.

## History

The Kentucky Colonel Foundation (KCF) is an objective that began in 1998 online to extend goodwill and project fellowship internationally between the Commonwealth of Kentucky to people of other nations and states around the world, in the grand effort to bestow an official high regard upon the title of <u>Kentucky Colonel</u> as an internationally recognized award and proper title. The focus of KCF is upon its colonels being **legally designated as goodwill ambassadors,** nationally and internationally while being **officially recognized** as representatives of traditional Kentucky values when travelling abroad.

The Kentucky Colonel Foundation began as an idea conceived by Col. David Wright to establish **an active international membership organization** that members could participate in socially and perpetuate their recognition as Kentucky colonels in a dignified and professional manner. Perhaps more of an equal social order rather than as military Kentucky colonel brigade, command, sociopolitical group, or a subjective membership structure. We follow the rules of the Rochdale principles and emulate a horizontal cooperative membership structure.

Between 2006 and 2009 the organization advanced its development by administering groups that were forming by Kentucky colonels for Kentucky colonels to share information and come together with other like-minded individuals. Today the organization assists and inspires other Kentucky colonels using the social media and the Internet to carry on what we have started while elevating the distinction of one another.

## Our International Commissioners

Now as an international civil society organization (iCSO) we have eight officers including **Col. Nicholas Wright, Col. Luis Cruz Diaz, Col. Maria Veneke, Col. Jon Meier, Col. Joshua D. Wilkes, and Col. David Wright;** all of them are considered executive council members to carry our formation forward; most of them have extensive experience in international affairs as goodwill ambassadors.

The title of "Kentucky Colonel" has come to be recognized by heads of state, at the United Nations, by international non-governmental organizations, and among royalty through these noteworthy individuals.

The organization's officers have extensive experience in human and civil rights or are cause advocates for social justice issues including the environment, migration, animal welfare, indigenous peoples, women and children. They are all coincidently Kentucky colonels, mostly from Globcal International. Globcal for those who do not know it is a non-state decentralized autonomous organization formed as a cooperative development association that works with the United Nations, sovereign states and other international organizations, it is operated by a team of over fifty goodwill ambassadors representing causes from around the world. Many of them have become Kentucky colonels over the years based on their deeds as members, some of them were already Kentucky colonels.

## Membership

To become a member in our international social fellowship a person must already behold a commission as a Kentucky colonel and make a declaration of their deed for which they received their title. There is currently no membership fee, all of our activities are conducted online and based on voluntary contributions by active members and volunteers. Members are admitted based solely on providing a photograph of or with their Kentucky Colonel Commission.

In 2006 our errant group of Kentucky colonels began its journey in the social media on Facebook evolving to our current presence to pull together interested members in an association internationally to promote like-minded ideals, honor and values that are common and well-understood among Kentucky colonels. In 2009 we had 500 of 700 members living outside Kentucky with nearly 30% living overseas in our social media circles, today we are up to 4,100 members world-wide.

# International Registry of Kentucky Colonels

Our formation was developing a Registry Project that we announced in 2018 exclusively for Kentucky colonels that wanted to be recognized in the international theater for their achievement or use their title internationally as goodwill ambassadors. The registry (a decentralized blockchain project) first became available in November 2019 for those who were interested in receiving an additional credential and having their title recognized in a publicly searchable database. Due to budget setbacks and technical problems the project was halted to be professionally redeveloped under a sister organization the Goodwill Ambassador Foundation which is established offshore in the international theater. The project will now formally get restarted in 2020.

The registry offers colonels a **certificate of registration, a lifetime ID card** and additional **Internet services** with Google using a credential called **IDaaS (Identity-as-a-Service)**. The electronic online directory is searchable so Kentucky colonels can have their titles verified by a third party wherever they present it.

The identity service will be compatible with Chrome, iPhone and Android it can be used with any Mac, Windows or Linux based operating system to access special Google services provided by our organization.

## Other Program Services

To better project the image of the Kentucky Colonel title and what it means to us, those who register their title (letters patent) can also demonstrate themselves through a permanent web page which we will develop and maintain on their behalf that is linked to our roster (or can connect their personal website). This is an additional service which is provided to those that live outside (or inside) the Commonwealth of Kentucky.

## More About Us

The Kentucky Colonel Foundation, *formerly Kentucky Colonels International* is currently organized as non-governmental and non-state fellowship association (commission) made up of Kentucky colonels who have been nominated and awarded the 'Honorable' title for a notable meritorious deed or participation in a newsworthy event deserving the title.  The organization "still in formation" that we are developing **involves member participation** as stakeholders, therefore there may eventually be a voluntary membership fee with accountability to our supporters for work that we do with them. Currently there are **no annual fees** for social media participants or online development provided by KCF to its members.

Membership fees or dues which may be requested (in the future) will be used to provide membership and professional public relations services for those who request them. To date we have not needed to request membership fees nor have we charged anyone for the services we provide online. Meanwhile there is a not a donation page here on our website (pending a recent legal dispute). In the future membership fees to provide better social media and Internet services for our voluntary members will be presented. We will keep up the hope that people will make donations and provide funding from time to time for the services that we do provide.

# The Kentucky Colonel Foundation is not the HOKC

The **Kentucky Colonel Foundation (KCF) is not** the **Honorable Order of Kentucky Colonels (HOKC)** nor is it a military brigade of Kentucky colonels; all of our members have been duly recognized by the Honorable Order as their supporters or donors of their independent charitable institution. The HOKC is a private non-profit organization and registered charity in Kentucky, it is **not a state operated institution or charter** of the state, its supporters have no voting powers, participation, or personal influence over the organization or its charitable activities. As is stated in their Articles of Incorporation that are on file in Frankfort, Kentucky; "The Honorable Order of Kentucky Colonels has no members." The HOKC does however, offer membership cards to its honorary members and donors as a token of appreciation and perk to encourage participation and show solidarity with their charity, they hold several annual events to raise funds for their Good Works program as well.

© 2020 Kentucky Colonel Foundation

An independent non-state membership commission of Kentucky colonels.
WebSite Policies and Creative Commons License.
Supporting Sponsor of the Colonel's Network

# Contact Information

## Contact the Kentucky Colonel Foundation

Though we were established originally in Berea, Kentucky in 1998 at the Indian Fort Outpost, today we are a decentralized autonomous organization (DAO) developed online with no physical office or street address.

### Contact Us

You can contact the Kentucky Colonel Foundation seven days a week online using email or Facebook instant messaging. We provide access to membership services to those who are active in the social media on Facebook, Google, LinkedIn, Workplace and Twitter. In 2020 we are beginning an initiative with the United Nations Sustainable Development Goals and UNESCO where members will be able to connect with one another and take actions as Kentucky colonels on the behalf of the Commonwealth of Kentucky in an official capacity as its goodwill ambassadors.

### Contact Persons

Charge d'Affaires - Col. David J. Wright

Treasurer - Col. Nicholas A. Wright

### Contact Information

To send us postal mail please contact our sponsor organization Ecology Crossroads. Visit their website here.

- **Ecology Crossroads Cooperative Foundation, Inc.**

# First Members

## Our First Members

Our organization was started originally in 1998 with the purpose of founding a true membership society. In 2001 our efforts were abruptly halted based on the threat of being sued by the Honorable Order of Kentucky Colonels which claimed that we were infringing on their trademark. Again in 2020 they have made similar claims resulting in us changing our name.

At the time we had reached nearly 100 members, however the record of all of their names cannot be located, what we have found though was our membership roster on the *Internet Archive which appeared in 2000." We also noticed that some of these members are still with us today and have once again become active in our efforts.

### First Members *(1998-2001)

- Col. Paul R. Mobley
- Col. Jack Wolfenson
- Col. E. E. Gene Sampson
- Col. Mary Louise Sampson
- Col. Prof. C. E. Lindgren, D.Ed.
- Col. Samuel L. Ferguson
- Col. Gerald Weaver
- Col. Ernest Michael Prince
- Col. Dennis A. Q. Santos, Esq.
- Col. Patrick J. Santos, Esq.
- Col. Barry K. Flores, Esq.
- Col. Joseph S. Carbullido, Esq.
- Col. Phillip P.S. Pearson
- Col. David Paasch
- Col. Douglas D. Caplan
- Col. David J. Wright
- Col. John W. Corliss
- Col. Matthew A. Magrum
- Col. James R. Greenhill
- Col. William New

5/20/2020

Kentucky Colonel Foundation - First Members

- Col. Larry S. Shields, PhD
- Col. Reva Jean Taylor
- Col. Gene A. Bess
- Col. Roy T. Twombley
- Col. James Christian Selch
- Col. Dwayne Kent Hanson
- Col. Johnny M. Rich
- Col. Derek M. Wingfield
- Col. Timothy D. Hickman
- Col. Edgar A. Brown, Esq.
- Col. Gerri Hobdy
- Col. Roy R. Chance
- Col. Joshua Devan Wilkes, Esq.
- Col. Steven E. Germann
- Col. Hal Croft
- Col. Douglas Jackson
- Col. Robert D Bass, Sr.
- Col. Huiberto J. Oakes
- Col. Marvin D. Burns
- Col. William A. Donovan
- Col. Dana S. Hartwig

# Our Officers

## Kentucky Colonel Foundation Officers

The Kentucky Colonel Foundation has several organizational level personnel that are all classified as its officers who serve the organization both locally and globally. Officers are all noteworthy in their own communities and are either members of Globcal International or considered Global Citizens.

The roles are appointed by the Secretariat and through consensus of local members may continue to serve for 3-5 year terms depending on the effectivity of their leadership which is affirmed each year by the membership.

### Officer Roles

- **Commissioners** - Serve up-to 5 years or until successors are selected.
- **Chancellors** - Serve a term of 3 years as the head of a social chapter.
- **Ambassadors** - No limit on term of service, responsible for local committees.
- **Consulates** - Those serving on committees and representing causes.

# Commissioners

The commissioners are the functional organizing members, though they are subject to change, together they serve initially as co-founders for the consolidation and development of the organization. The initial commissioners were selected based on their training, knowledge, experience, and contributions to this formation. They are all transparent, of high moral character, and serve our commission honorably without remuneration.

- **Col. David J. Wright** - Cited for his achievements as a conservationist with Ecology Crossroads in 1996, when his tree program made the front pages of several news papers, it garnered the attention of Judge Ray Corns and Governor Paul Patton who commissioned him a Kentucky colonel, a title he takes in the highest-regard and understanding.

- **Col. Joshua D. Wilkes** - Lauded as a colonel in 1997 by Governor Paul Patton based on his work as a folk artist with the Legendary Shack Shakers. Col. Wilkes takes the honor seriously and uses the title as part of his name. Since becoming a Kentucky colonel he has authored a book about Kentucky's music and a novel about folklore. Today he continues to perform his stylistic themed music in Kentucky and abroad. In 2014 he was selected to represent Paducah in a cultural exchange to Ireland and Scotland with UNESCO.

- **Col. Jon Meier** - Commissioned by Governor Steve Beshear in 2008 after being recognized for his service and leadership in the Boy Scouts of America when he obtained the rank of Eagle Scout in Berea, Kentucky. Today the colonel lives and works in Utah as a realtor and maintains the honorable title in high regard as a goodwill ambassador for the Commonwealth.

- **Col. Luis Cruz Diaz** - Became a Kentucky colonel in recognition for his community service and social media efforts as a consultant when he became the Secretary of Globcal International. Col. Cruz Diaz lives in Puerto Rico and was commissioned by Gov. Steve Beshear where he continues to work in his community and online with the United Nations SDGs.

- **Col. Nicholas A. Wright** - Awarded the commission of the Kentucky colonel by Governor Steven Beshear based on winning a National Science Foundation (NSF) Scholarship for advancing solar energy technology while attending Western Kentucky University in Bowling Green.

- **Col. Maria Veneke Ylikomi** - From Sweden, Col. Veneke was bestowed the honor for her work in Cambodia as a volunteer and authorship of a book on the four big cats. She is a researcher, writer, peace advocate, and goodwill ambassador in every sense. She travels frequently to places around the world and talks about Kentucky to others when she does.

# Frequently Asked Questions (FAQ)

## Questions and Answers about Kentucky Colonels

Both the public and Kentucky colonels alike have many questions about Kentucky colonels and about the Order of the Kentucky Colonel. Some questions are considered Frequently Asked Questions (FAQ) so we have developed this FAQ Page to help answer some of them.



State Seal of the Commonwealth of Kentucky

### How do you become a Kentucky Colonel? ⌄

### Can you apply to become a Kentucky Colonel? ⌃

No, a person cannot apply to become a Kentucky colonel. Kentucky colonelcy is based on being nominated to become recognized by the seated Governor of Kentucky or being recognized by the governor directly.

## Do you have to be from Kentucky to become a Kentucky Colonel?   ∧

No, Kentucky colonels can be from anywhere in the world. Currently there are more than 100,000 Kentucky colonels living in more than 70 countries around the world.

The Governor of the Commonwealth of Kentucky can recognize anyone living anywhere in the world based on their deeds, noteworthy actions, or their accomplishments. Generally the governor only recognizes those who either have or who demonstrate their deeds or actions in connection with the state, however as an honorary award the governor frequently has been known to recognize those who have the potential to serve the needs of the state through their recognition.

## What does a Kentucky Colonel actually do?   ∧

Kentucky colonels are officially the goodwill ambassadors of the Commonwealth of Kentucky, they are commissioned by the governor as civilian offers who are recognized as the governor's aide-in-camp. Their unnamed and unspecified task is to promote the cultural and traditional values of the Commonwealth of Kentucky in their everyday lives.

Although Kentucky colonels receive 'letters patent' it is a traditional **award of merit** and an **honorable title** that is bestowed by the head-of-state to recognize the individual to whom it is given based on their deeds, accomplishments, noteworthiness, or contributions to the community, state or nation in which they live.

## Who was the first Kentucky colonel?                                                            ⌃

There is some debate as to who the first Kentucky colonel actually was. According to Wikipedia it was Charles Stewart Todd, who was commissioned unilaterally by Governor Isaac Shelby in 1815 as an aide-de-camp on the Governor's Staff with the rank and grade of colonel. Others say it was Richard M. Johnson who was commissioned by the Kentucky Legislature in 1813, almost 2 years earlier. Prior to that when 'Kentucke' was still a territory prior to its statehood there was the great Daniel Boone who was commissioned in 1780 when the state was made up of three Virginia counties. So if someone asks who the first Kentucky colonel was Col. Daniel Boone is the best answer.

It should also be understood that the honorable title of the Kentucky Colonel did not emerge as a civilian award until 1885 under Governor William O'Connell Bradley. As we understand when he was very young when he tried to fight in the Civil War and was removed by his father (twice). Both times, his father removed him from the service because of his young age. Despite having only this few months of service to his credit, he was referred to as "Colonel Bradley" by many for the rest of his life. He used and carried as his moniker "Colonel" to become a page in the Kentucky House of Representatives and gained enough experience to get an honorary law degree from Kentucky University. By the time he became the governor, he knew many colonels (a title of respect in the South)as it was understood in the day that applying the title was a form of address to recognize distinguished and well-respected gentlemen. In his writings he uses it hundreds of times to confer respect to many of his friends and law colleagues.

We could not find any text based citations online of his commissions, they were probably done in person as a gesture of recognition. In 1890 a book was written about Kentucky colonels by Opie Read entitled, A Kentucky Colonel, a book that was very popular in its day. In 1920 a film was made based on the book.

## How many organizations are there for Kentucky colonels?                                               ∧

There are a number of benevolent, civil, charitable, fraternal and membership associations or organizations that have been established around the world which base their membership on a person being recognized as a Kentucky Colonel.

- In Kentucky there are 5 organizations that coordinate local activities.
- World-wide there are 12 or more organizations that are based on a person being recognized by the Governor of Kentucky.

The largest and most dominant of these organizations has been "The Honorable Order of Kentucky Colonels" which is a charitable 501(c)(3) organization which was started in 1932 and was consolidated as a Kentucky corporation in 1957. It is dedicated to funding good works throughout the state of Kentucky and holds several fundraising events per year. They implicitly offer free honorary membership to those who are commissioned and donate to their Good Works Fund each year. The organization is operated by a Board of Trustees which they call their Generals. The organization is community oriented and helps Kentucky colonels find volunteer opportunities locally.

The second largest organization the "Kentucky Colonel Foundation" is a fraternal membership and international civil society organization. Which is now under reformation and development which was started originally in 1998. The organization is decentralized online and developed to include all participants no matter where they live in the world. It is the same organization that dominates Facebook and uses the social media to provoke activism.

## How can a Kentucky Colonel use their "Honorable" title?                                                ∧

In the formal sense of protocol, a Kentucky colonel is always addressed or referred to with the title "Honorable" before his or her name inside the state when it is known; outside the state they may use the full title "Kentucky Colonel" before his or her name. Most often among friends and colleagues this is shortened to serve as a moniker or nickname to just "Colonel".

Since the honorable title is a customary and traditional one it is often used to defer respect and honor, however it **should not** be used when presenting oneself or another Kentucky colonel as "Colonel" or "Col." to the United States Government, in another state or in another country because it could be confused with the proper official title of a military colonel. The title may be expressed in other places outside of the realm of Kentucky as "Ambassador" or "Kentucky Colonel" as a formal title. The style can also be represented as a position in representation of the state as an aide-in-camp following a person's proper name as "Kentucky Colonel", as "Goodwill Ambassador", or most precisely "Ambassador of Goodwill for the Commonwealth of Kentucky".

## What are the duties of a Kentucky Colonel?                                        ⌃

As a meritory award and honorable title there are no dutiful obligations connected with being recognized as a Kentucky Colonel. Those who are recognized however are expected to be outstanding citizens and public figures, respectful of others, and law abiding.

Kentucky colonels are not paid a salary by the state, however many individuals and public figures including actors, athletes, musicians , professionals, and even diplomats who become Kentucky colonels have been known to present themselves as paid speakers promoting Kentucky history, values, traditions, and customs in public and private venues.

It is also a commission that can be rescinded or revoked based on a person's conduct in society or if it is gained by deception. There are few examples of this occurring, however is not very frequent, as most of those who are recognized truly deserve to be distinguished and carry the recognition with them throughout their lives.  There is a story of how a news reporter once got a commission for a dog he named Waldo Wrecker, his commission was of course revoked when it was discovered he was not a person.

## Was Colonel Saunders really a Kentucky Colonel?                                   ⌃

Yes, Harland David Sanders received the commission of the Kentucky Colonel in 1935. He is also the most famous of all the Kentucky colonels and decided to use the title as his moniker (nickname) when he opened his restaurant chains. The style he introduced of an all white suit was his own, modeled after the ideal of the southern gentleman with a ribbon tie introduced by Opie Read.

## How many Kentucky colonels are there?                                             ⌃

There are currently over 100,000 Kentucky colonels, living in more than 70 countries around the world.

## What is the difference between the Honorable Order of Kentucky Colonels and the Order of the Kentucky Colonel?                                                    ⌃

This can be best explained on our page on the topic called **Order of the Kentucky Colonel**, but essentially the "Order of the Kentucky Colonel" was established between 1885-1890 to recognize those awarded with the commission of the Kentucky Colonel, it led to civil societies and clubs being formed around the turn of the 19th century. The "Honorable Order of Kentucky Colonels" is a charitable organization that was chartered by Governor Sampson in 1931 which continues to exist today.

## Other Questions

These are some of the most frequently asked questions that are posed by the public and by Kentucky colonels themselves about the Kentucky Colonel Commission. If you have other questions you are welcome to <u>write to us</u> and we will do our best answer them.

# History

## History defines Culture, Tradition, and Customs

History, culture, traditions, customs, and storytelling are all relatively important elements of being a Kentucky colonel. The ideal of receiving the commission of a Kentucky colonel encompasses all of these ideals at both a personal and state level contributing to the sense of pride one feels upon receiving the award.

We thought it would be nice that we define our understanding for you here, because they are important terms that we use throughout our website. To read about our history please see our "About Us" section or to read about the history of Kentucky colonels other parts of this section of the website.

## Ideals Defined

- **History** is the past as it is described in written documents, and the study thereof. "History" is an umbrella term that relates to past events as well as the memory, discovery, collection, organization, presentation, and interpretation of information about these events. Scholars who write about history are called historians. Kentucky colonels are responsible for understanding the facts to the best of their knowledge regarding the rich history of the state.

- **Culture** is an umbrella term which encompasses the social behavior and norms found in human societies, as well as the knowledge, beliefs, arts, laws, customs, capabilities and habits of the individuals in these groups. People acquire culture through the learning processes of enculturation and socialization, which is shown by the diversity of cultures across societies. Culture serves as a guideline for behavior, dress, language, and demeanor.

- **Traditions** are beliefs or behaviors (**folk customs**) passed down within a group or society with symbolic meaning or special significance with origins in the past. A component of folklore, common examples include holidays or impractical but socially meaningful clothes, but the idea has also been applied to social norms such as greetings. Traditions can persist and evolve for thousands of years—the word *tradition* itself derives from the Latin *tradere* literally meaning to transmit, to hand over, to give for safekeeping. While it is commonly assumed that traditions have ancient history, many traditions have been invented on purpose, whether that be cultural, over short periods of time.

- **Customs or social norms** are regarded as collective representations of acceptable group conduct as well as individual perceptions of particular group conduct. They can be viewed as cultural products (including values, customs, and traditions) which represent individuals' basic knowledge of what others do and think that they should do. From a sociological perspective, social norms are informal understandings that govern the behavior of members of a society. A **legal custom** is the established pattern of behavior that can be objectively verified within a particular social setting. A claim can be carried out in defense of "what has always been done and accepted by law". Related is the idea of **prescription**; a right enjoyed through long custom rather than positive law.

- **Storytelling** describes the social and cultural activity of sharing history and stories sometimes with improvisation, theatrics, or embellishment. Every culture has its own stories or narratives, which are shared as a means of

Case 3:20-cv-00132-RGJ    Document 39-2    Filed 05/22/20    Page 27 of 92 PageID #: 893

entertainment, education, cultural preservation or instilling moral values. Crucial elements of stories and storytelling include plot, characters and narrative point of view.

Kentucky colonels are well-known to be reliable storytellers and use history frequently to enhance their ideals and perspectives as goodwill ambassadors to promote, emulate, and reinforce traditions and customs that foster positive social values of the state.

# First Kentucky Colonels

## The First Kentucky Colonel

This is a subject of debate and may depend on your actual perception and interpretation of the historical record.

### Col. Daniel Boone

We tend to believe "the very first colonel" was Daniel Boone who was commissioned by the Governor of Virginia. Boone perhaps the most famous Kentuckian, is known as the first settler of Kentucky. He became a Lieutenant Colonel of the Fayette County Militia in 1780, when Kentucky was a named territory made up of three Virginia counties.

Previously Daniel Boone was given the title of "Colonel" by Col. Judge Richard Henderson when he blazed the Wilderness Road and founded the first territorial settlement of Boonesborough which was part of the Transylvania Colony which lasted until the Commonwealth of Virginia exerted its rights over the area in 1778.

John Filson's "The Adventures of Colonel Daniel Boon", part of his book *The Discovery, Settlement and Present State of Kentucke*. Was first published in 1784, Filson's book was primarily intended to popularize Kentucky to immigrants. This in our opinion had much to do with the founding and establishment of the Commonwealth, following its publication immigrants went to Kentucky making it the great state that it has become today.

## Other Perspectives

The popular account of the Commonwealth and the HOKC credits Governor Isaac Shelby with making the first Kentucky Colonel commission in 1813 to Charles Stewart Todd as his **personal Aide-de-camp**, after the state's militia was dissolved. According to our research the actual date was in March of 1815, not in 1813, which contradicts the Honorable Order of Kentucky Colonels documentation and claims, as well as that of the Commonwealth which has given them their consensus for many years. Their accounts also fail to mention that Col. Charles Todd went on to marry the Governor Shelby's daughter and have 12 children with her. Whether the documentation leading to the popular interpretation was an error or a purposeful miscount will probably remain a mystery.

Despite this the state's militia was reformed during the Civil War to protect itself and the uniform that the Kentucky Colonels Command in Toronto recreated and use today for ceremonies was actually worn through the 1880's.

Many debate that the modern tradition of the Kentucky colonel did not truly emerge until in the 1880's when the state governor began naming Kentucky citizens as colonels as an honorary and meritory recognition (award) for their civilian deeds. Governor William O'Connell Bradley commissioned the first honorary Kentucky colonels as a meritory award bestowed upon citizens for their individual contributions to the state, good deeds, and noteworthy actions; those he named were also his Aide-de-camp and had the duty of standing uniformed at events.

## The First (Official) Kentucky Colonel

According to Miles Smith, PhD, in a brilliant doctoral research work in 2006, *The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy*, the **first Kentucky Colonel that was designated by the state** emerged two years prior to Col. Charles Stewart Todd's commission in 1815.

In May of 1813, the **Kentucky State Legislature** *commissioned* **Richard M. Johnson** who had a "disregard for legalism at the state and federal level, and his reliance on political will emerged in his recruiting drive — he answered their call, quickly raising 600 men. Of these, 140 made their homes in Scott County." His paper also refers to Governor Isaac Shelby as Col. Richard M. Johnson's ostensible commander-in-chief, as Governor Shelby did not condone Col. Johnson's commission. This may explain for the miscounting of the state's historical record?

Later **Col. Richard Mentor Johnson** became the ninth vice president of the United States from 1837 to 1841. He is the only vice president elected by the United States Senate under the provisions of the Twelfth Amendment. Johnson also represented Kentucky in the U.S. House of Representatives and Senate; he began and ended his political career in the Kentucky House of Representatives.

# Colonels from Kentucky's History

**Colonel John Marshall Harlan** (June 1, 1833 – October 14, 1911) was an American lawyer and politician who served as an associate justice on the U.S. Supreme Court. He is often called "The Great Dissenter" due to his many dissents in cases that restricted civil liberties, including the *Civil Rights Cases* and *Plessy v. Ferguson*. His grandson John Marshall Harlan II was also a Supreme Court justice.

**Colonel James Edward Pepper** known as a Master Distiller, was a bigger-than-life, flamboyant promoter, who was very proud of his distilling heritage – the third generation to produce *Old Pepper* whiskey. He claimed the oldest distillery – founded in 1780 – in the United States, the largest distillery in the world and the "best" whiskey in the United States.

He was the original prototype of the "Kentucky Colonel"and lived life to the fullest, traveled in a private railcar and visited all the fashionable resorts in the United States and Europe. He bred and raced thoroughbreds on both sides of the Atlantic. He dreamed of building a stone castle on his farm outside of Lexington to rival the castles of Europe. More about Colonel Pepper

**Colonel Samuel Taylor Suit** was a Maryland businessman, entrepreneur, and agriculturalist. In 1867, he purchased some 300 acres of land just outside of Washington, DC, an estate that is now the basis for Suitland, Maryland. President of the Washington and Chesapeake and Washington City and Point Lookout Railroads, Col. Suit made his fortune from marketing whiskey in little brown jugs. His honorary title, "colonel," seems to have been awarded during a stint at a Louisville, Kentucky distillery where he worked for a time as a young man. Col. Suit operated his own distillery, near the present site of the Census Bureau, and was responsible for building Suitland Road (one of the boundaries of the current Federal Center) as a shorter route to Washington. More about Colonel Suit

**Colonel Fain W. King,** a Paducah lumber magnate and relic collector, purchased the site and began excavating the mounds and developing a tourist attraction. King, later joined by his wife, Blanche Busey King, opened the site to public visitation from the beginning of his work, calling the site at first the "King Mounds" and eventually naming it the "Ancient Buried City." King directed excavations from 1932 until 1939. Some of their excavations followed proper archaeological techniques, but their field notes and other records have disappeared. In 1946, the Kings retired and donated the site to Western Baptist Hospital in Paducah. The Western Baptist Hospital owned the Ancient Buried City from 1946 to 1983. Read more about Colonel King

**Earle "The Kentucky Colonel" Combs** was born on May 14, 1899 in Pebworth, KY. He stood 6 feet tall and weighed 185 pounds. Combs batted left-handed, however, threw and wrote with his right hand. He received his teaching certificate in Tennessee while he served as player /manager for a local semi-pro team prior to a two year minor league stint in Louisville that began in 1922. By 1924, he finished the season with the New York Yankees where he would remain their starting "ball hawk" center fielder and leadoff hitter until 1935.

**Col. E. R. Bradley -** Kentucky Colonel, Kentucky Legend**,** self-proclaimed gambler, bookmaker, and owner/manager of several casinos—was informed by his doctor that a more outdoor lifestyle might be beneficial to his health. Born on Dec. 12, 1859, Colonel Bradley wasn't really a colonel. Although he partook in many different enterprises and activities during his younger days, military life was not among them. The "colonel" part of his name was actually an honorary title; he was

a classic "Kentucky Colonel." Thanks to his achievements in horse racing, he soon became a Kentucky legend.

**Charles W. Anderson Jr.** born 1907. He became an attorney and a civil rights leader, elected to the Kentucky House of Representatives, in 1935. He secured legislation improving education for all students, white and black, consideration for teachers, white and black, and is credited with the repeal of Kentucky's public hanging law. Gov. A. B. Chandler commissioned him a Kentucky Colonel, the first African American so honored.

**Charles Stewart Todd** - Commissioned and well-known as one of the first Kentucky colonels commissioned as a civilian colonel following the end of the Kentucky militia in 1815. More about Colonel Todd

# Kentucky Colonels' News

## News about Kentucky Colonels

Before we had the Internet community and regional newspapers were more predominant and Kentucky colonels were noted more frequently and better-known for their local accomplishments. Today it is has become less common for newspapers to write about the positive things in life and the accomplishments of our neighbors. To better promote positivity in society we have established a news service which disseminates and recirculates some of the articles that we can find and develop new articles about the accomplishments, deeds and recognition of Kentucky colonels from around the world.

We are working now to extend this service to provide public relations on a broader scale recognizing fellow colonels. See our blog and publicity section for more information.

## News Feed

This is a RSS/Atom news feed that presents selected news articles about Kentucky colonels which have made it to the international news, the stories are extracted using Google News Search and converted using FeedBurner. The feed displays the top articles of prominent sources that use Google News.

You can subscribe to this RSS feed using a feed reader program using your PC, laptop, tablet or smartphone. Subscribe here!

# KCF Blog

## Kentucky Colonel Foundation Blog

Members and news readers can access our blog using their web browser online or by subscribing to our Feed Burner Feed which renders as RSS, it is also available using you mobile device or can be sent directly by email when we publish new articles by Blogger.

### Member Provided Social Media Content

The **Kentucky Colonel Foundation Blog** is a website used to promote and network news articles that are presented by members for development and integration into the historical record and to present our works in a concise written format for republication and sharing in the social media. The service uses Blogger one of Google's best and most active publishing services.

The blog features our own news releases, republished popular news articles, and articles that are found online which are condensed or rewritten for representation to our readers. The blog also connects and links members that have been recognized following the distinction of being made a Kentucky colonel that are actively promoting and serving the Commonwealth of Kentucky as its Goodwill Ambassadors.

# Public Relations

## Publicity for the Kentucky Colonel

As a service to our members who support our organization with contributions or volunteerism our foundation offers online public relations and promotions of their events and projects where they represent themselves as Kentucky colonels. The content we develop can be used in the social media, online in their websites, and circulated to newspapers or other media providers in their region, nationally or internationally by email and facsimile.

### Public Relations

To create a higher profile for our organization that is more broadly recognized on an international scale and bring prominence to the commission of the Kentucky Colonel title our organization has developed an ad hoc decentralized public relations initiative which connects the media with our officers. Currently the program is experimental and not very well funded, we are confident however that with some success the program will gain notoriety.

### News Release Guidelines

We have guidelines for members to be more successful in promoting themselves as Kentucky colonels when they initially receive their commissions and when they are participating in events or activities that they organize.

The information and consulting we provide is only available to members who are officers or by making contributions. If you are a member of a local chapter contact your representative officer for additional details, or if you need our help we will be glad to do do using email.

# Order of the Kentucky Colonel

## Understanding the Order

The prestigious **Order of the Kentucky Colonel** is the oldest, highest distinguished order of merit and recognition that can be awarded to a civilian in the United States, it has been awarded by Kentucky Governors of the Commonwealth since 1815. Today it is awarded to noteworthy individuals that are nominated by holders of the "honorable" title and the public. To be designated to the **order** a person must demonstrate strong moral character and be noteworthy for having accomplished a good deed or service to community that deserves the recognition of the Governor of Kentucky.

### Realizing the Commission

Only the serving Governor or the Secretary of State of the Commonwealth of Kentucky can designate who will be recognized based on nominations made by other Kentucky colonels that were ordered (commissioned) already, his/her own personal recognition of an individual for their noteworthiness or based on letters written by Kentucky citizens or government officials that warrant attention and recognition.

Once a person is distinguished with an order it is for "life" as a recognition in full regard. An "Order" is not an organization, but a "title" under a "commission" as is the case for the **Order of the Kentucky Colonel**. -Wikipedia

Wikipedia also says: "An **order** is a visible honor awarded by a sovereign state, monarch, dynastic royal house or organization to a person, typically in recognition of individual merit, that often comes with distinctive insignia such as collars, medals, badges, and sashes worn by recipients.

Modern honor systems of state orders and dynastic orders emerged from the culture of orders of chivalry of the Middle Ages, which in turn emerged from the Catholic religious orders."

In another section it says: "A **state order**, or **national order**, is an order bestowed by a sovereign nation or state as part of an honors and recognition system. These orders, conferred for the merit of the recipient(s), are typically categorized as either orders of chivalry or orders of merit."

The **Order of the Kentucky Colonel** (Commission or Title) should not be confused with **The Honorable Order of Kentucky Colonels, Inc.** (est. 1932), which is a private non-profit charitable organization focused on developing their "Good Works Fund" in Kentucky; their organization operates a donorship program, raises funds for charity, and sell gifts (memorabilia) from their website to those who have been commissioned to the "Order of the Kentucky Colonel" whom are all invited to participate in the activities they promote.

## About the Order

The **Order of the Kentucky Colonel** is one of the greatest accolades of honor and distinction in the United States, it holds a rich history of evolution and tradition which stands apart from all others. It began as a special rank in the Kentucky Militia, evolving to the ideal of a Southern gentleman, finally to become the highest civilian honor resulting in the designation of "goodwill ambassador" for the Commonwealth. The **order** is often misunderstood today as a military order; whereas in reality is a state order, an order of merit, and a civil order.

Recipients who receive and accept the **Order of the Kentucky Colonel** are expected to live up to the honorary recognition reciprocally by being a model citizen that is considerate, fair, generous, kind, and understanding. Those distinguished are entitled to use "Honorable" or "Colonel" before their birth name in civil society and daily life; through the issuance of letters patent they can legally represent the state as its official goodwill ambassadors and are permitted to perpetuate the order by nominating others that they recognize for their deeds and noteworthy accomplishments.

Those designated as Kentucky colonels should be aware that the recognition of calling themselves Colonel preceding their name should only be done when inside Kentucky, otherwise it could be confused with a military colonel in another state or jurisdiction. It is recommended that the title be used more literally in its presentation outside of the state by using "Kentucky Colonel" following their name or preceding it, or more appropriately "Ambassador" or "Goodwill Ambassador" to be recognized under diplomatic law. We should not want to see Kentucky colonels wrongfully accused of impersonating a military officer.

## Entitlements of Letters Patent

Legitimately because of the wording and presentation the certificate is a form of "letters patent" that can be presented diplomatically to another head of state in representation of the Commonwealth of Kentucky. Symbolically it identifies the "Colonel" as an "Aide-in-Camp" to the Kentucky Militia that has been commissioned as an honorary lifetime representative of the Commonwealth acting as a "goodwill ambassador" from the state, designated under one of its Governors.

Letters patent is not diplomatic exequatur, but it is permission to represent Kentucky customs, traditions and values through the honor of a colonelship commission as a goodwill ambassador. Most persons sent by the Governor outside the state are eligible to become Kentucky colonels before or after they are dispatched, some are also recognized as "Ambassador" such as it was under Governor Martha Collins, we know of several who have received this designation.

Other states offer awards, honors and titles for their model citizens and for heroic acts as well, it is debatable as to whether they can all be considered to be "letters patent" unless they are employed as such in law, many are not issued as an order understanding a commission, but as a single award of merit.

Most of the awards given by other states and most nations are given similarly as orders of merit, some military orders and others are official state orders issued by the head of state.

The Order of the Kentucky Colonel represents a civil award and decoration, it is not a chivalric, dynastic, fraternal or religious order. People are **not named to become a Kentucky Colonel as a novelty**, but as an honor in recognition of a notable deed; however while there is some fun that may found in the ideal of being a Kentucky colonel among friends relative to the Southern gentleman style and the world-famous Col. David Harland Sanders' (founder of KFC) in his expression of a Kentucky Colonel, who became one and used the title 120 years after it was established by the state.

# Resources

## Resource Listing

There are a great number of resources available to Kentucky colonels who are interested in extending their honorable title through community involvement and benevolent societies around the world that are established by other colonels.

### Websites

- Colonel's Network (Colonelcy in 13 States)
- Kentucky Colonel Foundation (KCF)
- Honorable Order of Kentucky Colonels® (HOKC)
- Kentucky Colonels Switzerland
- UK Brigade of Kentucky Colonels
- Kentucky Colonels Amateur Radio Club
- Kentucky Colonels of Central and Southeastern Kentucky
- German Brigade of the Honorable Order of Kentucky Colonels
- Philadelphia Kentucky Colonels

### Facebook Pages

- Kentucky Colonels International (KCF)
- Honorable Order of Kentucky Colonels (HOKC)
- I'm proud to be a Kentucky Colonel
- Tri-County Kentucky Colonels
- Philadelphia Kentucky Colonels
- Kentucky Colonels Spain
- Kentucky Colonels Switzerland
- Antipodean Brigade of Kentucky Colonels
- Kentucky Colonels Henderson Chapter

## Facebook Groups

- Kentucky Colonel Foundation
- Kentucky Colonel Social Media Club
- Honorable Order of Kentucky Colonels, New York City
- Pennyrile Area of Kentucky Colonels
- Georgia Masonic Kentucky Colonels
- Kentucky Colonels of Virginia
- Kentucky Colonels - Toronto Area, Canada and Abroad
- Georgia Chapter of Kentucky Colonels
- Honorable Order of Kentucky Colonels- Central PA
- KY Colonels in Action

## Other Useful Resources

- The Kentucky Encyclopedia - Kentucky Colonel
- Wikipedia article about the Kentucky Colonel
- Wikipedia article about the Goodwill Ambassador
- First website dedicated to the Kentucky Colonel *(colonel.org)

## Academic Resources

- The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy

## Historical References

- A Kentucky Colonel, by Opie Read
- History of Kentucky and Kentuckians (373 References)
- Life and Times of Colonel Daniel Boone
- The Adventures of Daniel Boone
- The Little Colonel: Maid of Honor
- All That's Kentucky: An Anthology (1915)
- Register of the Kentucky State Historical Society
- American Notes And Queries, April 1947 Volume VII Number I
- My Old Kentucky Home by Kentucky Colonel Jeffrey Ising
- Kentucky and Kentuckians
- Country Estates of the Bluegrass
- Daniel Boone, the Pioneer of Kentucky

- Lincoln and the Bluegrass
- Daniel Boone Backwoodsman
- Who's on Stage (Reference to the 1892 play "The Kentucky Colonel")

## Semantic and Data Sources

- Freebase Semantic Browser
- Explicit Google Search
- Kentucky Colonel (Wikidata)
- Kentucky Colonel (Quora Topic)

## References to Organizations

- Louisville Courier Journal (Kentucky Colonels Club) 1909

Other references can be found to Kentucky Colonels' clubs by deep mining the Internet Archive and the Library of Congress going back to 1888.

## Kentucky Colonels Prior to 1925

References sent by our Members

- Kentucky Colonels (Music Band 1923)
- Kentucky Colonels (Kentucky Irish American 1908)
- Kentucky Colonels (Louisville June 1906) 11th, 12th
- Kentucky Colonels Male Quartette (1899)
- Prince of Kentucky Colonels (Col. William J. DuVal)
- Aspects of Jewish Power in the US (40 references)
- Evan Sidebottom McCord, Jr. President, Kentucky Colonels 1912-1913
- Captain Henry of Geauga (1900)
- Proceedings Illinois State Bar Association May 1920

References are also made about the Kentucky Colonels Drum and Bugle Corps, Post 7 in Frankfort, Kentucky

## Not so Useful Resources

- English Sheepdog Named a Kentucky Colonel (UPI News, 1980)

## Erroneous Articles

There are many articles that have been generated over the years based on a generally misunderstood history of the Kentucky Colonel, starting with Wikipedia. When it began and how it was misunderstood is unknown, but perpetuating errors and filling in the blanks with assumptions is wrong. See more in our section on <u>history</u>.

- <u>Dennis Keene: Honorable Order of the Kentucky Colonel part of Commonwealth's history and heritage</u>

# Commonwealth of Kentucky

## About Kentucky

When talking about the Commonwealth of Kentucky a person cannot help but to wonder about its history and the people who made it the prosperous and famous place it has become today. As a Kentucky Colonel it is your duty to protect its image, promote it, and show respect for its traditions and customs in every way to give it the dignity and prestige that it deserves.

Today, Kentucky is best-known for its state parks, horse racing, bourbon, moonshine, coal, automobile manufacturing, tobacco, bluegrass music, college basketball, fried chicken, and of course the Kentucky colonel. -Wikipedia





State Parks

## Role of the Kentucky Colonel

The Kentucky colonel has a modern role in today's society as a **commissioned civil officer and goodwill ambassador**. Inasmuch, he or she is both officially and unofficially responsible for a great number of obligations if they use their title in a legal sense and to their advantage. The duties of Kentucky colonels are easy to manage and involve basic knowledge which we hope to be able to provide here as your guide.

Kentucky colonels present the Commonwealth with charm, pride, and integrity. We like to view ourselves as its official goodwill ambassadors, it is a role that we have fulfilled since people began coming to Kentucky starting with the legendary Daniel Boone who was the territory's first settler and leader. Boone also became known as its "first colonel" more than a decade before the territory became a state when he was commissioned in 1780 to the Fayette County Militia by the Governor of Virginia.

As the story goes the indigenous Shawnee of Kentucky only trusted Daniel Boone and adopted him as an honorary member of their tribe, which allowed him to serve uniquely as the frontier's ambassador.

"I returned home to my family, with a determination to bring them as soon as possible to live in Kentucky, which I esteemed a second paradise, at the risk of my life and fortune." – <u>Daniel Boone</u> (1773)





BOONE'S INDIAN TOILETTE. PAGE 182.



Boone's ritual adoption by the Shawnees, from Life & Times of Col. Daniel Boone, by Cecil B. Hartley (1859)

## Promoting Kentucky

To promote Kentucky is to know Kentucky, its people, its customs, and what it has to offer to others such as tourism, attractions and economic opportunities. To better know Kentucky we recommend using the Internet to start by learning the information about Kentucky on Wikipedia, there is a very good top-rated article there about the Commonwealth.

There are also several other texts which all good Kentucky colonels should have or at least read one of them is the Kentucky Encyclopedia by John Kleber. For a more historic view of Kentucky you can also review the Encyclopedia of Kentucky by Nancy Capace.



## Promoting Tourism in Kentucky

One of the main attractions of the Bluegrass State is its tourism opportunities, it is also the **best way to directly benefit Kentuckians and the state**. Today Tourism ranks as the third largest industry in Kentucky, it is among education, health care, and manufacturing. It is also the **number one source of income from out of state** investment.

According to the Lane Report in 2019, "Using the **Tourism Economics** model, the **economic** impact of the **tourism** industry in **Kentucky** went from $10.9 billion in 2017 to $11.2 billion in 2018, generating more than 94,500 jobs and $787 million in state and local taxes." Today tourism is in excess of 13 billion dollars for 2019.

There are several really good websites you can learn about what Kentucky as to offer in the area of tourism.

- The Governor's Website on Tourism
- Kentucky Department of Tourism
- Kentucky Visitor Guide
- Roadside America - Kentucky
- TripAdvisor - Vacation in Kentucky

If you are a Kentucky colonel that is also hospitality professional or have an attraction you would like to add or update you can do that at the Kentucky Tourism Industry Portal.



## Promoting Economic Development

Another great way to function well as a Kentucky colonel is to promote doing business in the state, starting a small business, or purchasing goods that are produced in Kentucky. Becoming a Kentucky colonel gives a person ample authority with their letters patent to perform any of these functions.

You can learn more about Kentucky's economic profile and the industries that thrive in the state.

- <u>Think Kentucky</u> (Major Industries)
- <u>Statistical Atlas</u> (Kentucky Industries)

## Promoting History and Culture

Promoting history, society and cultural values are very important aspects to being a goodwill ambassador, by understanding them and knowing about the key people and ideals that make the state what it is can be very engaging and lead to very friendly conversations. Here on our website we offer quite a few links to reference materials and lists of resources and ideals. Some of them are listed here:

- <u>Famous Kentuckians</u>
- <u>First Colonels</u>
- Historic Colonels
- <u>History of the Kentucky Colonel</u>

# Famous Kentuckians

## List of Famous Kentuckians

**This list of Famous Kentuckians appeared on our website beginning in 1998, currently it is a bit out of date, some names can be added and some of the people listed here are now deceased. Nonetheless it was a great research project and well-done in an objective manner.**

**Our website author could not determine which of these people were recognized as Kentucky colonels at the time so we have begun a new list of those who were recognized based on information identified online. This list however is equally important because being a Kentucky colonel involves knowing about Kentucky as much as it does about being a colonel, moreover there are many famous people who are Kentucky colonels that are not Kentuckians.**

## Famous Kentuckians

- **Alben W. Barkley** (1877-1956) U.S. vice president under Harry Truman, 1949-53.
- **Daniel Carter Beard \*** (1850-1941) "Father of Scouting"; founded Boy Pioneers, 1905; founded Boy Scouts of America, 1910.
- **George Barry Bingham, Sr.** (1906-1988) Head of a newspaper and broadcasting empire that set the standard for ethical journalism; under his leadership the Louisville Courier-Journal won seven Pulitzer Prizes and was ranked in the top 10 papers in the country; he served on the board that awarded Pulitzer Prizes and chaired the International Press Institute.
- **James Gillespie Birney** (1792-1857) Executive secretary of the American Anti-Slavery Society, 1837; vice-president of the World Anti-Slavery Convention in London, 1840; presidential candidate of the Liberty Party, 1840 and 1844.
- **Montgomery Blair** (1813-1883) Chief defense counsel in the Dred Scott case; postmaster general under Abraham Lincoln, responsible for innovations such as money orders, postage stamps and free rural delivery.
- **Louis Brandeis** (1856-1941) U.S. Supreme Court justice, 1916-39.
- **John Cabell Breckinridge** (1821-1875) U.S. vice president under James Buchanan, 1857-61.
- **Madeline McDowell Breckinridge** (1872-1920) Reformist; national leader in women's suffrage movement.
- **Mary Breckinridge** (1881-1965) Organized the Frontier Nursing Service in eastern Kentucky, which became a model for similar programs throughout the world.
- **Sophonisba Preston Breckinridge** (1866-1948) Lawyer, pioneer in social work, first woman admitted to the Kentucky bar, first woman to receive a PhD in political science, credited with making social work a profession.
- **Belle Brezing** (1860-1940) Well-known madam; thought to be the prototype for Belle Watling in "Gone With the Wind."

5/20/2020                                    Kentucky Colonel Foundation - Famous Kentuckians

- **Benjamin Helm Bristow** (1832-1896) First U.S. solicitor general, 1870; secretary of the treasury, 1874-76; second president of the American Bar Association.

- **Edgar Cayce** (1877-1945) "The Sleeping Prophet," psychic counselor, author, founder of the Association for Research and Enlightenment.

- **Cassius Marcellus Clay** (1810-1903) Ambassador to Russia; abolitionist; a founder of the Republican Party; known as "The Lion of White Hall."

- **Henry Clay** * (1777-1852) U.S. senator; speaker of the U.S. House of Representatives; U.S. secretary of state; known as the "Great Compromiser."

- **Laura Clay** (1849-1941) Women's rights advocate; organized and led the Kentucky Equal Rights Association for 24 years.

- **Martha Layne Collins** (1936- ) First female Kentucky governor, 1983-87.

- **John Sherman Cooper** (1901-1991) U.S. senator; ambassador to India and East Germany; member of the Warren Commission.

- **Emma Guy Cromwell** (1869-1952) First woman in Kentucky to be elected to statewide office, 1886.

- **Jefferson Davis** (1808-1889) Only president of the Confederate States of America, 1861-65.

- **Mary Desha** (1850-1911) Co-founded the Daughters of the American Revolution.

- **Mary Elliott Flanery** (1867-1933) First woman to serve in a Southern state legislature, 1921.

- **Nancy Green** (1834-1923) Known to the world as "Aunt Jemima," the former slave became the advertising world's first living trademark, beginning at the World's Columbian Exposition in Chicago in 1893.

- **Larry Claxton Flynt** (1942- ) Pornographer, nightclub owner and magazine publisher who has tested the limits of free speech in America, winning in the Supreme Court, and thereby strengthening the First Amendment.

- **John Marshall Harlan** (1833-1911) U.S. Supreme Court justice, 1877-1911.

- **Margaret Ingels** (1892-1971) First woman in the U.S. to earn a mechanical engineering degree.

- **Richard M. Johnson** (1780-1850) U.S. vice president under Martin Van Buren, 1837-41.

- **Albert Sidney Johnston** (1803-1862) Confederate general; his death in the Battle of Shiloh was a severe blow to Confederate hopes of winning the war.

- **John "Casey" Jones** (1864-1900) Railroad engineer immortalized in song.

- **Arthur Krock** (1886-1974) Newspaper reporter and editor; four-time winner of the Pulitzer Prize; head of the New York Times Washington bureau from 1932-1965; credited with transforming the structure of newspaper bureaus, a reorganization copied by the radio and television industries.

- **Abraham Lincoln** (1809-1865) Sixteenth U.S. president, 1861-65.

- **Mary Todd Lincoln** (1818-1882) Wife of Abraham Lincoln.

- **McCoys** of the Hatfield-McCoy feud, resolved in 1888.

- **John Hunt Morgan** * (1825-1864) Confederate general; known as "The Thunderbolt of the Confederacy."

- **Carry A. Nation** (1846-1911) Temperance crusader; known as "the lady with a hatchet."

- **Katherine Pettit** (1868-1936) Began the first rural social settlement work ever undertaken in the U.S., founded Hindman Settlement School and Pine Mountain Settlement School.

- **Georgia Powers** (1923- ) Kentucky's first female African-American state senator, marched with Martin Luther King, addressed the dramatic 1968 Democratic National Convention in Chicago, chaired Jesse Jackson's 1984 and '88 Kentucky presidential campaigns.

- **Stanley Forman Reed** (1884-1980) U.S. Supreme Court Justice for 19 years; cast the deciding vote on *Brown vs. Board of Education*, the 1954 case that struck down the notion that separate schools for different races could still offer equal educational opportunities.

- **Colonel Harland Sanders** * (1890-1980) Kentucky Fried Chicken founder.

- **John Thomas Scopes** (1900-1970) Defendant in famous the "Monkey Trial" for violating a Tennessee law against teaching evolution.

- **Franklin R. Sousley, PFC** (1925-1945) Helped raise the U.S. flag at Iwo-Jima; immortalized in the most famous war photograph in history.

- **Elvis J. Stahr Jr.** (1916-1998) University of Kentucky College of Law Dean 1948-56, West Virginia University President 1958-61, Secretary of the Army 1961-62, Indiana University President 1962-68, National Audubon Society President 1968-79.

- **Adlai Stevenson** (1835-1914) U.S. vice president under Grover Cleveland, 1893-97.

- **Cora Wilson Stewart** (1875-1958) Educator whose school for adult education became a model throughout the world.

- **Zachary Taylor** * (1784-1850) Mexican War hero; twelfth U.S. president, 1849-50.

- **Frederick Moore Vinson** (1890-1953) U.S. Supreme Court chief justice, 1946-53.

- **Charles A. Young** (1864-1922) Third black graduate of the U.S. Military Academy, the nation's highest-ranking black soldier in World War I, and the first black to serve as a U.S. military attaché.

- **Whitney M. Young, Jr.** (1921-1971) Civil rights leader; executive director of the National Urban League, 1961-71; advisor to Presidents Johnson and Nixon; awarded Medal of Freedom, 1969.

- **Judge Roy Bean** (1825-1903) Trader; bartender; infamous "hanging judge" of Langtry, Texas.

- **Daniel Boone** * (1734-1820) Hunted and explored Kentucky, 1767-74; cleared the Wilderness Road and founded Fort Boonesborough, 1775.

- **James Bowie** (1796-1836) Texas Ranger who died at the Alamo; designed the Bowie knife.

- **Kit Carson** (1809-1868) Indian agent; trapper; scout.

- **George Rogers Clark** * (1752-1818) American Revolution frontier general and explorer; secured the Northwest Territory for the U.S.; founder of Louisville, 1778.

- **William Clark** * (1770-1838) U.S. Army lieutenant; co-leader of the Lewis and Clark Expedition, 1803-06; Indian agent for the Louisiana Territory, 1807-13; governor of the Missouri Territory, 1813-1821.

- **Floyd Collins** (1887-1925) Explorer whose entrapment and death in a cave became one of the most widely reported stories of the 1920s.

- **James Harrod** * (1742-1793) Frontiersman; founder of Harrodsburg, first permanent settlement west of the Alleghenies, 1774.

- **Simon Kenton** * (1755-1836) Frontier explorer and soldier; scout for Daniel Boone and George Rogers Clark.

- **Dr. Thomas Walker** * (1715-1794) Surveyor; led the first documented expedition through the Cumberland Gap, 1750.

- **John Colgan** (1840-1916) Developed a sweetened chewing gum in 1879, Colgan's Taffy Tolu, which became popular in the U.S., Canada and Australia after its introduction at the 1893 Chicago World's Fair.

- **Thomas D. Dillehay** (1948- ) Archaeologist; University of Kentucky professor who disproved the century-old theory of the first Americans by excavating a site near Monte Verde, Chile that shows hunter-gatherers lived there 1,000 years before the Clovis people; now the questions are again, who were the first Americans, and how and when did they get here?

- **Frank Talbert Etscorn, III** (1945- ) Behavioral psychologist, discovered the nicotine patch in 1980, helping millions of people quit smoking.

- **John Fitch** * (1743-1798) Conceived the idea of a steamboat in 1785; received first patent, 1791.

- **Frederick McKinley Jones** (1893-1961) Invented the first process that enabled movie projectors to play back recorded sound, making talking pictures possible; invented automatic refrigeration units for trucks, trains, and ships allowing the shipment of perishable goods; invented portable refrigeration units for military camps for storing blood; invented a portable X-ray machine.

- **William Kelly** * (1811-1888) Discovered the Bessamer process of steel-making, 1846.

- **William Lipscomb** * (1919- ) Nobel prize winner for research on the chemical bonding of atoms, 1976.

- **Ephraim McDowell** * (1771-1830) Surgeon; founder of modern abdominal surgery; performed first successful surgical removal of an ovarian tumor, 1809.

- **Garrett A. Morgan** (1877-1963) Patented the world's first gas mask, 1912; invented the first automatic, tri-color traffic signal, 1923.

- **Thomas Hunt Morgan** (1866-1945) Biologist; Nobel Prize winner in medicine for genetic research, 1933.

- **Florence Peebles** (1874-1956) Biologist, known for her work on how external influences affect the development of living tissue.

- **Matthew B. Sellers** * (1869-1932) Aviation pioneer; among first to experiment with gliding and power flight.

- **Phillip A. Sharp** (1944- ) Nobel Prize winner for the discovery of split genes and for advancing research on cancer and hereditary diseases, 1993.

- **Nathan B. Stubblefield** (1860-1928) Successfully demonstrated wireless voice transmission (radio), 1892.

- **John T. Thompson** (1860-1940) Invented the "tommy gun," the world's first submachine gun, 1920.

- **Cornelia B. Wilbur** (1909-92) University of Kentucky professor of psychiatry; expert on multiple personality disorders; doctor of "Sybil," the subject of the 1970s best-selling book about the bizarre case of a woman plagued with multiple personalities.

- **John James Audubon** * (1785-1851) Ornithologist; artist; began his work on "Birds of America" in Kentucky.

- **Frank Duveneck** (1848-1919) Painter; sculptor; educator.

- **Henry L. Faulkner** (1924-1981) Unconventional artist and poet.

- **Edward Franklin Fisk** * (1886-1944) Portrait and landscape artist.

- **Fontaine Fox** (1884-1964) Originated the nationally syndicated cartoon "The Toonerville Trolley."

- **Ed Hamilton** (1947- ) Sculptor; "The Spirit of Freedom" at the African American Civil War Memorial in Washington, D.C. (1998); "Amistad Memorial" (1992) in New Haven, Connecticut; "Joe Lewis" (1987) in Cobo Hall, Detroit, Michigan.

- **Joel Tanner Hart** (1810-1877) Sculptor.

- **Harlan Hubbard** (1900-1988) Writer and painter, known for his rejection of industrial development and the consumer culture.

- **Matthew Harris Jouett** (1787-1827) Portrait artist.

- **Shirley Ardell Mason** * (1923-98) Watercolorist; best known as "Sybil," the subject of the 1970s best-selling book about a woman with multiple personalities.

- **Ralph Eugene Meatyard** * (1920-1972) Photographer, creator of inventive settings and images sometimes humorous, enchanting or haunting.

- **Thomas Satterwhite Noble** (1835-1907) Artist known for powerful works depicting the horrors of slavery.

- **Samuel Woodson Price** (1828-1891) Portrait artist.

- **Paul Marvin Rudolph** (1918- ) Architect whose work was influential as an alternative to the rectilinear glass and steel International Style; designed the School of Art and Architecture at Yale University in 1964.

- **Paul Sawyier** * (1865-1917) Landscape artist; known for scenes of Frankfort and the Kentucky River.

- **Gideon Shryock** (1802-1880) Architect; introduced Greek Revival style to the "West."

- **Moneta J. Sleet, Jr.** (1926-1996) First black American to win the Pulitzer Prize in photography, 1969: the forlorn image of a veiled Coretta Scott King cradling her young daughter on a crowded church pew at the funeral of her husband, Martin Luther King, Jr.

- **Morgan** (1910-1993) **and Marvin Smith** (1910- ) Photographers of the Harlem Renaissance.

- **Edward Troye** * (1808-1874) Equine artist; foremost American sports painter of the nineteenth century.

- **Helen M. Turner** (1858-1958) Impressionistic landscape artist; portraitist.

- **John Tuska** * (1931-1998) Versatile artist known principally for his sculpture, especially the human form.

- **Ellis Wilson** (1899-1977) Described as "an interpreter of Negro life," Wilson turned the everyday lives of black people into colorful, vibrant art.

- **Enid Yandell** (1870-1934) Sculptor; first female member of the National Sculpture Society.

- **Noah Adams** Broadcast journalist, co-host of National Public Radio's "All Things Considered" since 1979.

- **James Lane Allen** (1849-1925) "The Choir Invisible," "A Kentucky Cardinal."

- **Joseph Alexander Altsheler** (1862-1919) "The Young Trailers" series of historical novels (1907-12) were the most popular stories for young people in their day.

Case 3:20-cv-00132-RGJ   Document 39-2   Filed 05/22/20   Page 54 of 92 PageID #: 920

- **Harriette Simpson Arnow** (1909-1986) "The Dollmaker," "Hunter's Horn," "Seedtime on the Cumberland, "Between the Flowers."

- **Wendell E. Berry** (1934- ) A modern-day Agrarian, environmentalist, poet, novelist, and essayist; "The Unsettling of America," "Nathan Coulter," "A Place on Earth," "The Memory of Old Jack."

- **Cleanth Brooks** (1906-1994) Literary critic, literary historian; co-founder and editor (with Robert Penn Warren) of the "Southern Review," the most highly respected literary journal in America during the 1930s; "Modern Poetry and the Tradition," "The Well-Wrought Urn: Studies in the Structure of Poetry," "A Shaping Joy: Studies in the Writer's Craft."

- **William Wells Brown** (1814-1884) Physician, historian, and author: America's first black novelist; "Clotel; or, the President's Daughter: a Narrative of Slave Life in the United States," published in 1853 in London, but not published in the United States until 1969 because the story was loosely based on Thomas Jefferson and his slave Sally Hemings.

- **Charles Neville Buck** (1879-1930) Novelist; "The Call of the Cumberlands," "Battle Cry," "The Code of the Mountains."

- **Harry Caudill** (1922-1990) Political writer, conservationist, novelist; "Night Comes to the Cumberlands: A Biography of a Depressed Area."

- **Billy C. Clark** (1928- ) Novelist, poet; "Song of the River," "A Long Row to Hoe," "Goodbye Kate," "Sourwood Tales," "To Leave My Heart at Catlettsburg."

- **Thomas D. Clark** * (1903- ) Historian laureate of Kentucky; "A History of Kentucky," "The Kentucky," "Frontier America," "The Emerging South," "Kentucky: Land of Contrast," "Pills, Petticoats and Plows: The Southern Country Store."

- **Irvin S. Cobb** (1876-1944) Journalist, humorist, short story writer; best known for his cigar and his Judge Priest stories.

- **Joseph S. Cotter** (1861-1949) Poet, short story writer, educator; "Negro Tales," "A White Song and a Black One," "Negroes and Others at Work and Play."

- **Alfred Leland Crabb** (1884-1980) Novelist, educator; "Dinner at Belmont," Home to Kentucky," "Peace at Bowling Green," "Journey to Nashville."

- **Joe Creason** (1918-1974) Journalist; "Joe Creason's Kentucky," "Crossroads and Coffee Trees."

- **Olive Tilford Dargan** (1869-1968) Poet, novelist (pen name Fielding Burke); "Highland Annals," "Call Home the Heart," "The Welsh Pony."

- **Guy Davenport** * (1927- ) Poet, critic, essayist, writer of short fiction; "The Cardiff Team," "Twelve Stories," "Tatlin! Six Stories."

- **David Dick** * (1930- ) CBS News correspondent, director of the University of Kentucky School of Journalism, author; "The Scourges of Heaven," "The View From Plum Lick," "The Quiet Kentuckians."

- **Michael Dorris** (1945-1997) Founder of the Native American Studies Program at Dartmouth College, author; "A Yellow Raft in Blue Water," "The Broken Cord," "Morning Girl," "Sees Behind Trees."

- **Leon V. Driskell** * (1932-1995) Novelist, critic, educator; "Passing Through."

- **Bob Edwards** Broadcast journalist, host of National Public Radio's "Morning Edition" since 1979.

- **John Fox, Jr.** (1863-1919) "The Little Shepherd of Kingdom Come," "The Trail of the Lonesome Pine."

- **Janice Holt Giles** * (1909-1979) Historical novelist; "The Kentuckians," "Hannah Fowler," "The Enduring Hills."

- **Caroline Gordon** (1895-1981) Novelist, short story writer, critic; "Penhally," "Aleck Maury," "None Shall Look Back."

- **Sue Grafton** (1940- ) Mystery writer, author of the best-selling alphabet mystery series such as "O is for Outlaw."

- **Jonathan Greene** * (1943- ) Poet and Gnomen Press publisher; "Small Change for the Long Haul."

- **A.B. Guthrie, Jr.** * (1901-1991) Pulitzer Prize winning novelist; "The Big Sky," "The Way West," "These Thousand Hills."

- **James Baker Hall** (1935-) Author and poet; "Music for a Broken Piano," "Getting It on Up to the Brag," "The Mother on the Other Side of the World."

- **James W. Hall** (1947- ) Suspense writer; "Body Language."

- **Elizabeth Hardwick** (1916- ) Literary critic, editor, essayist and novelist; "Sleepless Nights," "Seduction and Betrayal," "Bartleby in Manhattan," "A View of My Own," "Sight Readings: American Fictions, "Herman Melville."

- **Lynn S. Hightower** * (1955- ) Fiction writer; "No Good Dead," " Flashpoint," "Eyeshot, "Alien Blues."

- **Duncan Hines** (1880-1959) Food critic, restaurant-guide publisher; "Adventures in Good Eating," "Lodging for a Night."

- **Felix Holt** (1898-1954) "The Gabriel Horn," "Dan'l Boone Kissed Me."

- **Harlan Hubbard** (1900-1988) "Shantyboat: A River Way of Life," "Payne Hollow: Life on the Fringe of Society."

- **Bell Hooks** (1952- ) Literary activist; "Ain't I A Woman; Black Women and Feminism," "Outlaw Culture: Resisting Representation," "Killing Rage: Ending Racism."

- **Virginia Cary Hudson** (1894-1954) "O Ye Jigs and Juleps," a series of hilarious school essays written in 1904 and published posthumously.

- **Fenton Johnson** (1953- ) Novelist; "Crossing the River," "scissors, paper, rock."

- **Paul Brett Johnson** (1947- ) Children's author and illustrator; "A Perfect Pork Stew," "The Cow Who Wouldn't Come Down," "Old Dry Frye."

- **Annie Fellows Johnston** * (1863-1931) The first Kentuckian to gain fame as an author of children's stories; "The Little Colonel" series.

- **Gayl Jones** (1949- ) Novelist, poet; "Corregidora," "White Rat," "Eva's Man," "The Healing," "Mosquito."

- **Marcia Thornton Jones** * Children's books author; "The Adventures of the Bailey School Kids," "Triplett Troubles," "Bailey City Monsters."(1958- )

- **Barbara Kingsolver** * (1955- ) Novelist, poet; "The Bean Trees," "Animal Dreams," "Pigs in Heaven," "The Poisonwood Bible."

- **Arthur Krock** (1886-1974) Journalist, winner of four Pulitzer Prizes; he may have been the most influential journalist of his era for his column "In the Nation," which ran in the New York Times for 33 years.

- **George Ella Lyon** (1949- ) Novelist, poet; "A Regular Rolling Noah," "Catalpa," "Come a Tide," "With a Hammer for My Heart."

- **Bobbie Ann Mason** (1940- ) Novelist; "Clear Springs," "In Country," "Feather Crowns," "Shiloh," "Spence & Lila," "Midnight Magic."

- **Ed McClanahan** (1932- ) Novelist; "The Natural Man," "Famous People I Have Known," "A Congress of Wonders," "My Vita, If You Will."

- **Teresa Medeiros** (1963- ) romance novelist; "Once An Angel," "A Whisper of Roses," "Lady of Conquest," "Nobody's Darling."

- **Thomas Merton** * (1915-1968) Legendary Trappist monk, priest, author, poet, essayist on spiritual and social issues; "The Seven Storey Mountain."

- **Jim Wayne Miller** * (1936-1996) Novelist, Kentucky Poet Laureate 1986; "Dialogue With a Dead Man," "The Mountains Have Come Closer," "His First, Best Country," "Newfound."

- **J.T. Cotton Noe** (1869-1953) Kentucky's first poet laureate, 1926-53; "Tip Sams of Kentucky and Other Poems."

- **Gurney Norman** (1937- ) Novelist; "Divine Right's Trip," "Kinfolks."

- **Marsha Norman** (1947- ) Pulitzer Prize winning playwright; "Getting Out," "'night Mother"

- **Chris Offutt** (1958- ) "Kentucky Straight," "The Same River Twice," "Out of the Woods," "The Good Brother."

- **Theodore O'Hara** (1820-1867) "Bivouac of the Dead."

- **John Patrick** (1906- ) Pulitzer Prize winning playwright, screen writer; "Teahouse of the August Moon," "The Hasty Heart."

- **John Ed Pearce** (1919- ) Pulitzer Prize winning journalist; "Divide and Dissent," "The Ohio River."

- **Joe Ashby Porter** (1942- ) Novelist; "Eelgrass," "The Kentucky Stories."

- **Ted Poston** (1906-1974) First African-American to spend a career at a mainstream daily newspaper (New York Post); considered the dean of black journalists during the civil rights movement.

- **Alice Hegan Rice** (1870-1942) "Mrs. Wiggs of the Cabbage Patch," "Lovey Mary."

- **Elizabeth Madox Roberts** (1881-1941) "The Time of Man," "The Great Meadow."

- **Diane Sawyer** (1945- ) Broadcast journalist, commentator.

- **Effie Waller Smith** (1879- 1960) Traditional poet; "Rhymes from the Cumberland," "Rosemary and Pansies."

- **Martha Bennett Stiles** * (1933- ) Novelist and childrens' author; "Lonesome Road," "Island Magic," "Kate of Still Waters," "Sarah the Dragon Lady."

- **James Still** * (1906- ) Poet, novelist; Kentucky Poet Laureate 1995-97; "River of Earth," "Pattern of a Man and Other Stories," "The Wolfpen Notebooks," "Sporty Creek."

- **Jesse Stuart** (1907-1984) Author, educator, Kentucky Poet Laureate; "Man With a Bull-Tongue Plow," "Taps for Private Tussie," "Head o' W-Hollow," "The Beatinest Boy"; his autobiographical book, "The Thread That runs So True" in 1949 was called "the best book on education in the last 50 years" by the National Education Association.

- **Hollis Summers** (1916-1987) Novelist; "Brighten the Corner," "City Limit," "The Weather of February," "The Garden," "The Day After Sunday."

5/20/2020
Kentucky Colonel Foundation - Famous Kentuckians

Garden,     The Day After Sunday.

- **Allen Tate** (1899-1979) Critic, poet, novelist; one of the original Nashville "Fugitives" in the 1920s and one of the Agrarians; "The Fathers," "Ode to the Confederate Dead."

- **Walter Tevis** * (1928-1984) Novelist, science fiction writer; "The Hustler," "The Man Who Fell to Earth."

- **Helen Thomas** (1920- ) Journalist, UPI White House correspondent from 1961-2000, covering United States presidents from Kennedy through Clinton; "Front Row at the White House."

- **Hunter S. Thompson** (1937- ) Inventor of "Gonzo" journalism, using fiction techniques to portray people and events Thompson was personally involved in; began writing for "Rolling Stone" in 1970; "The Great Shark Hunt," "Fear and Loathing in Las Vegas: A Savage Journey to the Heart of the American Dream," "The Proud Highway," "The Rum Diary."

- **Robert Penn "Red" Warren** (1905-1989) The century's most versatile figure in American letters; poet, novelist, critic, essayist, biographer; the United States' first Poet Laureate; Pulitzer Prize winner 1947, 1958, 1979 and the only person to win the prize for both prose and poetry and the only three-time winner; "All the King's Men," "Promises," "World Enough and Time," "The Cave."

- **Henry Watterson** * (1840-1921) Pulitzer Prize for editorial writing, 1918.

- **Backstreet Boys** Two band members are Kentuckians: Brian Littrell (1975- ) and Kevin Richardson (1972- ).

- **Ned Beatty** (1937- ) Actor; "Deliverance," "White Lightning," "Nashville," "Network," "The Big Easy."

- **Foster Brooks** (1912- ) Comedian known for his "Lovable Lush" role.

- **Marty Brown** (1965- ) Country singer; "Wildest Dreams," "Every Now and Then," "High and Dry."

- **John Howard Carpenter** (1948- ) Producer/director/writer; "Halloween," "The Fog," "The Thing"; Academy Award-winner for "The Resurrection of Bronco Billy."

- **Steven Curtis Chapman** (1962- ) Gospel singer.

- **Manuel Dewey "Old Joe" Clark, Jr.** (1922-1998) Country singer and comedian.

- **George Clooney** (1961- ) Actor; "From Dusk Till Dawn," "Batman & Robin," "ER," "Roseanne," "Sisters."

- **Nick Clooney** Actor, American Movie Classics host.

- **Rosemary Clooney** (1928- ) Singing star of radio, motion pictures, and television; "Come-on-a-My House."

- **John Conlee** Country singer; "Rose Colored Glasses," "Backside of Thirty," "Before My Time."

- **William Conrad** (1925-1997) Actor; "Jake and the Fatman," "Nero Wolfe."

- **Billy Ray Cyrus** (1961- ) Country singer; "Achy Breaky Heart, "Some Gave All," "Trail of Tears," "It's All the Same to Me,""It Won't Be the Last."

- **Roger Davis** (1939- ) Television actor; "Gallant Men," "Dark Shadows," "The Young Country," Alias Smith and Jones."

- **Skeeter Davis** (1931- ) Country singer; "I Forgot More Than You'll Ever Know (About Him)," "The End of the World."

- **Johnny Depp** (1963- ) Actor; "Nightmare on Elm Street," "Platoon," "Edward Scissorhands," "21 Jump Street," "Cry Baby."

- **Todd Duncan** (1903-1998) Operatic baritone who originated the role of Porgy in George Gershwin's *Porgy and Bess*; a trailblazer in desegregating American opera; in 1945 he became the first black artist to appear with the New York City Opera.

- **Irene Dunne** (1898-1990) Actress; "Showboat," "Cimarron," "I Remember Mama," "Anna and the King of Siam."

- The Everly Brothers Don (1937- ) and Phil (1939- ) Country and rockabilly singers.

- **Tom Ewell** (1909- ) Actor; "Adam's Rib," "The Seven Year Itch," "The Girl Can't Help It."

- **Crystal Gayle** (1951- ) Country and pop singer, winner of three Grammys and four Academy of Country Music Awards.

- **Haven Gillespie** (1888-1975) Wrote more than a thousand popular songs including "Violet Blue," "God's Country," "Right or Wrong," "Santa Claus is Coming to Town."

- **Edwin Franko Goldman** (1878-1956) Founder and conductor of the Goldman Band, one of the foremost in the U.S.; composer, best known for "On the Mall."

- **D.W. Griffith** (1875-1948) Innovative movie producer best known for "The Birth of a Nation."

- **Tom T. Hall** (1936- ) Country singer, songwriter, and author, winner of a Grammy and 46 BMI awards; "Harper Valley PTA."

- **Lionel Hampton** (1908- ) Jazz musician, band leader, and composer, the "King of Swing" was best known vibraphone player in the world; "Night in Tunisia," "Flying Home."

- **W.C. Handy** (1873-1958) The "Father of the Blues" began his musical career in Henderson, Kentucky where he lived from 1893-1903.

- **Larnell Harris** Gospel singer.

- **Louis Marshall "Grandpa" Jones** (1913-1998) Country music singer, banjo player, comedian; "Old Rattler," "Eight More Miles to Louisville," "Mountain Dew," Old Rattler's Pup," "Tragic Romance."

- **Jon Jory** Producing Director of Actors Theatre of Louisville

- **Ashley Judd** * (1968- ) Actress; "Kiss the Girls," "A Time to Kill," "Simon Birch," "The Locusts, "Kuff's," "Double Jeopardy."

- **The Judds** Naomi (1946- ) & Wynonna (1964- ) Country singers, winners of more than 30 music awards including four Grammys.

- **Kentucky Headhunters** Country musicians; "Walk Softly On This Heart of Mine," "Dumas Walker."

- **John Lair** (1894-1985) Country music entrepreneur, promoter, and folklorist; created the "Renfro Valley Barn Dance" and the "Saturday Night Barn Dance" radio shows; developed the Renfro Valley Country Music Center.

- **Arthur Lake** (1905-1987) Actor, known for his portrayal of Dagwood Bumstead in the "Blondie" series of films.

- **Homer Ledford** * (1927- ) Bluegrass musician with the Cabin Creek Band; internationally-recognized instrument maker, especially known for his dulcimers, one of which is part of the permanent musical instrument collection at the Smithsonian Institution.

- **Patty Loveless** Country singer; "Blue Side of Town," "Chains," "Hurt Me Bad (In a Real Good Way)."

- **Loretta Lynn** (1935- ) Country singer and songwriter, known as "The Coal Miner's Daughter "and the "First Lady

of Country Music"; "I'm a Honky Tonk Girl," "Blue Kentucky Girl," "You Ain't Woman Enough."

- **Lee Majors** (1939- ) Actor; "Big Valley," "Will Penny," "The Six Million Dollar Man, "The Fall Guy."

- **Victor Mature** (1915-1999) Star of more than fifty films; "No, No Nanette," "My Darling Clementine," "The Robe," "Samson and Delilah," "Chief Crazy Horse."

- **Una Merkel** (1903-1986) Tony Award-winning actress; "Destry Rides Again," "Summer and Smoke."

- **Bill Monroe** (1911-1996) "The Father of Bluegrass Music" known for ballads such as "Blue Moon of Kentucky," Molly and Tenbrook," "My Rose of Old Kentucky," and "Mule Skinner Blues."

- **John Michael Montgomery** (1965- ) Country singer; "I Swear," "Be My Baby Tonight," "I Love the Way You Love Me."

- **Patricia Neal** (1926- ) Academy Award-winning actress; "Hud," "A Face in the Crowd," "The Fountainhead," "The Subject Was Roses."

- **John Jacob Niles** (1892-1980) Folk singer, collector of folk songs and folk music.

- **Warren Oates** (1928-1982) Actor; "In the Heat of the Night," "The Wild Bunch," "Two Lane Blacktop," "The Hired Hand," "Badlands," "The Border."

- **Joan Osborne** (1962- ) Singer; "Righteous Love," "Soul Show," "Blue Million Miles," "Relish" (Top Ten and triple-platinum, *Entertainment Weekly* album of the year, *Rolling Stone* cover, and seven Grammy nominations in 1996).

- **John Patrick** (1905- ) Playwright and screenwriter, the author of "The Hasty Heart" and the Pulitzer Prize-winning "The Teahouse of the August Moon."

- **Boots Randolph** (1927- ) Tenor saxophonist; "Yakety Sax," Cacklin' Sax," "Little Big Horn," "Chick in the Rough," "Simple Simon."

- **William Ray** Opera baritone and actor famous in Europe; "Hello Young Lovers," "Das Goldene Paul Abraham Album," Black and Gold," William Ray Sings Negro Spirituals."

- **Jean Ritchie** (1922- ) Folk singer and songwriter, emphasizes traditional ballads in their original form.

- **Kelly Rutherford** (1968- ) Actress; "Melrose Place."

- **Ricky Skaggs** (1954 - ) Award-winning musician known for a unique blend of bluegrass, country, jazz and "new traditional" styles.

- **Harry Dean Stanton** (1926- ) Actor; "Paris, Texas," "Cool Hand Luke," "Kelly's Heroes," "Pat Garrett and Billy the Kid," "Private Benjamin," "Pretty in Pink."

- **Robert L. Surtees** (1906-1985) Academy Award-winning cinematographer; "Oklahoma!," "Ben-Hur," "The Last Picture Show," "King Solomon's Mines," "The Bad and the Beautiful," "The Sting," "The Graduate," "Summer of '42."

- **Daniel Taradash** (1913- ) Academy Award-winning screenwriter and director; "From Here to Eternity," "Picnic," "Bell, Book and Candle."

- **Mary Travers** (1937- ) Member of folk music trio Peter, Paul, and Mary; "Leavin' On a Jet Plane," "Puff the Magic Dragon."

Case 3:20-cv-00132-RGJ   Document 39-2   Filed 05/22/20   Page 60 of 92 PageID #: 926

- **Merle Travis** (1917-1983) Grammy-winning guitarist known for originating the "Travis picking style"; designed the Fender guitar.

- **Gus Van Sant** (1952- ) Award-winning director: "Drugstore Cowboy," "Mala Noche."

- **Jim Varney** (1949-2000) Actor and comedian, best known for his Ernest P. Warrell character; "Ernest Goes to Camp," "Ernest Saves Christmas," "Dr. Otto and the Riddle of the Gloom Beam," The Beverly Hillbillies," "Treehouse Hostage."

- **Steve Wariner** (1954- ) Country singer; "I Should Be With You," "Life's Highway," "You Can Dream of Me," "Some Fools Never Learn."

- **Keith Whitley** (1955-1989) Country singer; "I'm No Stranger to the Rain," "Don't Close Your Eyes," "I Wonder Do You Think of Me."

- **Chuck Woolery** (1951- ) "Hook 'Em Up Chuck" television host of "Love Connection" and "The Dating Game."

- **Dwight Yoakam** (1956- ) Country singer; "Honky Tonk Man," "Two Doors Down," "Guitars, Cadillacs," "Streets of Bakersfield," "Little Sister."

- **Sean Young** (1959- ) Actress; "Blade Runner," No Way Out."

- **Muhammad Ali** (1942- ) World Heavyweight Champion during 1964-67, 1974-78, and 1978-79; the only boxer to win the undisputed heavyweight title three times; probably the quickest heavyweight boxer who ever fought.

- **Eddie Arcaro** * (1916-1997) Only jockey to ride two Triple Crown winners; won a record five Kentucky Derbies; 1958 National Museum of Racing Hall of Fame inductee.

- **Frank Beard** * (1939- ) Professional golfer, top money winner in 1969.

- **Bernie Bickerstaff** (1944- ) Youngest assistant coach in the NBA at age 29, named Coach of the Year in 1987, general manager of the Denver Nuggets, Washington Bullets coach.

- **Susan Bradley-Cox** (1937- ) World-class amateur athlete, five-time World Triathlon Championship gold medal winner, 1989, '93, '94, '97 and '98; All American swimmer.

- **Gay Brewer** * (1932- ) Professional golfer, winner of more than ten PGA titles.

- **Paul "Bear" Bryant** * (1913-1983) All-time winningest coach in University of Kentucky history, 1946-53.

- **Don Brumfield** (1938- ) Jockey, retired with the most wins in the history of both Churchill Downs (925 wins) and Keeneland (716 wins).

- **Jim Bunning** (1931- ) Baseball Hall of Fame pitcher, U.S. senator and representative; had a 17 year record of 2,855 strikeouts, placing him ahead of Cy Young and second only to Walter Johnson on the all-time strikeout list; first pitcher to throw no-hitters in both the American and National Leagues.

- **Archie Burchfield** (1939- ) Hall of Fame croquet player, winner of five national titles in singles and doubles.

- **Steve Cauthen** (1960- ) Hall of Fame jockey; In 1977 became the first jockey in the world to win $6 million in purses; youngest jockey to win the Triple Crown on Affirmed in 1978; two-time Eclipse Award winner; only jockey ever to win all three classics in the U.S. (Kentucky Derby, Preakness, Belmont Stakes) and in England (Two Thousand Guineas, Epsom Derby, St. Leger).

- **A.B. "Happy" Chandler** (1898-1991) National Commissioner of Baseball, 1945-51; helped integrate major-league baseball; Baseball Hall of Fame; twice Kentucky governor; U.S. senator.

- **Citation** (1945-1970) First horse to earn more than $1 million racing and the last horse to win the Triple Crown (1948) until Secretariat won it 25 years later; 1948 Horse of the Year.

- **Earle Combs** (1899-1976) Hall of Fame baseball player and coach, batted over .300 nine times and led the American League in at-bats (648) and hits (231) and in triples in 1927, '28 and '30.

- **Dave Cowens** (1948- ) Named most valuable player by the National Basketball Association in 1973.

- **Denny Crum** * (1937- ) University of Louisville head basketball coach, with two NCAA national championships in 1980 and '86; 1994 Basketball Hall of Fame inductee.

- **Louie Dampier** * (1944- ) All-time leading scorer in the history of the American Basketball Association as a player for the Kentucky Colonels.

- **Ed Diddle** (1895-1970) Western Kentucky University head basketball coach 1922-64, first man to coach 1,000 games at the same college, fourth winningest coach in NCAA Division 1.

- **Jimmy Ellis** (1940- ) Winner of the World Boxing Association heavyweight championship, 1968.

- **Joe Fulks** (1921-1976) Hall of Fame professional basketball player, credited with introducing the jump shot to the game, named outstanding athelete of the year in America in 1948, elected to the NBA's Silver Anniversary All-Time Team in 1971.

- **Larry Gilbert** (1942-1998) Professional golfer, winner of the 1994 Dallas Reunion Pro-Am, 1994 Vantage Championship, 1997 Ford Senior Players Championship, and the PGA of America Club Professional Championship in 1981, 1982 and 1991.

- **Darrell Griffith** (1958- ) Basketball player, led the University of Louisville to the NCAA national championship in 1980 and received the John Wooden Award as the nation's top player; U of L's all-time leading men's basketball scorer; NBA Rookie of the Year.

- **Cliff Hagan** (1931- ) Hall of Fame Basketball player; restauranteur; UK athletic director (1975-88); led the University of Kentucky to 86 wins and five losses during 1950-54 and the NCAA championship in 1951; NBA All-Star five times.

- **Joe B. Hall** (1928- ) University of Kentucky head basketball coach 1972-85, led the Wildcats to eight SEC championships, one NCAA championship in 1978, and was SEC Coach of the Year four times.

- **Clem Haskins** (1943- ) Basketball player and coach; Western Kentucky University two-time All-American; WKU all-time record for points in a single game; first African-American head men's basketball coach at a predominantly white Kentucky university (WKU, 1980-86).

- **Paul Hornung** (1935- ) Football player, winner of the Heisman Trophy in 1957, led the NFL in scoring from 1959-61, 1986 Pro Football Hall of Fame inductee

- **Dan Issel** * (1948- ) Hall of Fame basketball player, University of Kentucky men's basketball all-time leading scorer and rebounder, Denver Nuggets leading rebounder and scorer.

- **Louis Brown "Sweet Lou" Johnson** (1934- ) Baseball player; 1965 World Series hero with a game-winning home run in the seventh game for a Dodgers victory.

- **Roy Kidd** (1931- ) Eastern Kentucky University football coach, 1963-present; two NCAA Divison I-AA titles; third-winningest active coach in NCAA Division I; third most wins by a coach at a single school.

- **Man o' War** (1917-1947) "Big Red" won 20 times in 21 starts; set five world records, in spite of carrying up to 138 pounds, unheard of today; his funeral was broadcast nationally on the radio and nine people delivered eulogies; elected Horse of the Century by the Associated Press.

- **Tamara McKinney** (1962- ) Skiier, gold medal winner of the Women's Combined Title, World Alpine Ski Championships; the only American woman to win an overall World Cup Championship (1983) and World Cup season titles in giant slalom (1981, 1983) and slalom (1984).

- **Mary Meagher** (1965- ) Olympic swimmer, "Madame Butterfly" set seven world records in the 100-meter and 200-meter butterfly, won three gold medals in the 1984 Olmpics, 1993 inductee to the International Swimming Hall of Fame.

- **Tori Murden** (1963- ) The first American and the first woman to row across the Atlantic alone (voyage completed 12-3-1999), and the first American and the first woman to ski to the geographic South Pole.

- **Isaac Burns Murphy** (1861-1896) Record-setting jockey, first back-to-back and three time Kentucky Derby winner, won 49 of 51 races at Saratoga in 1882, won the St. Leger Stakes and the Travers Stakes, won the Latonia Derby five times, won the Clark Stakes four times, and won four of the first five runnings of the American Derby.

- **Rick Pitino** * (1952- ) University of Kentucky men's basketball coach, 1989-97, won 1996 NCAA championship.

- **Frank Ramsey** (1931- ) Hall of Fame basketball player, twice an All-American, and three time All-SEC; his Boston Celtics team won seven NBA titles.

- **Pee Wee Reese** (1918-1999) Hall of Fame baseball player; led the National League in stolen bases, double plays four times, runs scored, and in fielding average; named to the All-Star Team eight times; played on seven NL champion teams, and the only Dodgers team to win the World Series (1955).

- **Ralph Waldo Rose** (1885-1913) Olympic gold medalist three times in the shot put; first man in the world to throw a shot put more than 50 feet; at the 1908 Olympics he began the tradition of U.S. flagbearers not to dip the flag, which Congress wrote into law in 1942, stating that the U.S. flag cannot be dipped "to any person or thing."

- **Adolph Rupp** * (1901-1977) Head basketball coach at the University of Kentucky from 1930-72; led the Wildcats to 27 SEC championships, five Sugar Bowl Tournament championships, one National Invitational Tournament championship and four NCAA championships.

- **Howard Schnellenberger** * (1934- ) Football player and coach; University of Kentucky All-America tight end; coached the Miami Hurricanes to win the '83 Orange Bowl, and the University of Louisville to win the '90 Fiesta Bowl and the '93 Liberty Bowl.

- **Secretariat** * (1970-89) 1973 Triple Crown winner; Horse of the Year, 1972 and '73; Eclipse Award, 1972; all-time fastest Kentucky Derby and Belmont races.

- **Phil Simms** (1956- ) Former quarterback for the New York Giants; led the Giants to their first Super Bowl victory in 1987, receiving the Most Valuable Player award and shattering Super Bowl records for completing 22 of 25 passes for 268 yards and three touchdowns.

- **Woody Stephens** (1913-1998) Hall of Fame horse trainer; he trained more than 300 stakes winners, including two Kentucky Derby winners, five Kentucky Oaks winners, one Preakness winner, six Eclipse Award winners, and five consecutive Belmont Stakes winners.

- **Valerie Still** * (1961- ) All-time leading scorer and rebounder, male or female, in University of Kentucky basketball history; two-time MVP in the ABL.

- **Danny Sullivan** (1950- ) Auto racing, Rookie of the Year in 1980, winner of the Indianapolis 500 and CART/PPG Indy Car Championship.

- **Wes Unseld** (1946- ) Hall of Fame basketball player; named All-American twice, NBA's most valuable player, NBA All-Star team five times, most valuable player of the 1978 NBA Championship Series, named one of the 50 greatest players in NBA history in 1996.

- **David Walker** * (1965- ) Fisherman; Red Man All-American, Angler of the Year in the 1999 Walmart FLW Tour.

- **Darrell Waltrip** (1947- ) Auto racing; first three-time winner of the prestigious American Driver of the Year; three-time winner of the NASCAR Winston Cup, 1981, '82 and '85; Daytona 500 champion, 1989.

- **Colonel Matt Winn** (1861-1949) Master promoter and innovative track operator; as vice president and general manager of Churchill Downs, Winn made the Kentucky Derby the nation's most cherished race.



# Honorable Order of Kentucky Colonels

## The Honorable Order of Kentucky Colonels, Inc. (HOKC)

A non-profit charitable organization which provides grants, scholarships, and gifts to approximately 150-300 organizations located throughout Kentucky each year through its Good Works Fund which counts on its support from Kentucky colonels. In 2019 the Good Works Fund raised approximately 2.1 million dollars from Kentucky colonels and supported 265 nonprofits throughout Kentucky.

A simple Internet search also reveals that the charity operates much like a private corporation that markets tobacco, liquor, and other products through an online store which it does not own or operate. None of these sales on closer examination benefit their charitable purposes.

Based on transparent investigations performed in January and February of 2020, we also discovered that the organization is engaged in deceptive business practices using a non-existent membership status with their donors to influence their fundraising efforts and worked directly with a former governor to coerce donors to make contributions to retain the privilege to make nominations of new Kentucky colonels which is controlled by the state. In 2019 they managed to work out a deal that vanity license plates bearing their logo gain them an additional $10 per year donation from Kentucky colonels that want to identify themselves as Kentucky colonels.

5/21/2020

Kentucky Colonel Foundation



## Membership

While it is assumed that all Kentucky colonels are members of the organization, legally they have no members according to their Articles of Incorporation from 1992 and do not follow the norms or standards for membership organizations in accordance with the Model Nonprofit Act or the US Code; h ⓘ ːver they do recognize their donors as **honorary members and issue membership cards** on an annual basis for those who donate each year. Despite this, members as donors have no actual or

 Kentucky Colonel Foundation

corporation, and the abundance of public figures that have supported them over the years.

## Online Store

The organization makes and sells branded memorabilia such as coffee mugs, hats, t-shirts, office supplies, apparel, pins, bourbon, cigars, and other personalized gifts to promote their brand, "Kentucky Colonels" which they trademarked in 2003 for merchandising goods sold through their online store, the Emporium and their catalog the Pomperoser. Revenue from the sales do not directly support charitable efforts of the HOKC in the state and are target marketed for sale exclusively to Kentucky colonels.

Their store is operated by Upper Right Hand Marketing, Inc. and there is a <u>privacy policy online</u> stating their terms and conditions which include the sharing of private information with third parties.

## Trademarks

Under the law the organization is very protective of its store and branding, it prohibits Kentucky colonels from using its name or logotype on business and presentation cards according to <u>an article from their website</u> by their administration where they stated, "Unfortunately, due to trademark protection requirements, we are not able to provide the logo for these purposes. We have, however, located a printer who is willing to print calling cards in low quantities."

The organization has vehemently opposed all of those using the term "Kentucky Colonels" including this organization. According to a USPTO search it was registered in 1992 they registered their name and again in 2003 registered the term with the US Patent and Trademark Office (USPTO) for merchandising. They have engaged in numerous lawsuits with others that wanted to use or were already using the term including the basketball team the "Kentucky Colonels" a Louisville ABA team, which was a case the HOKC lost.

In 2014, "The Honorable Order of Kentucky Colonels, Inc." trademarked "<u>Kentucky Colonels</u>" to produce and market tobacco products which they sell today. Most recently they trademarked again to sell branded food products in 2019. We have to think what Kentucky colonels may think about sharing their own honorable title with the name of a cigar? Seems like the HOKC is infringing on the rights of the Governor or at least exploiting the ideals of the trademark process by creating a little bit of confusion of their own.

The <u>Internet search we conducted</u> revealed that they trademarked their name and the term "Kentucky Colonels" to exclusively produce, provide, or sell:

1. Eleemosynary services, namely, founding of scholarships, equipping playgrounds and the like and collect historical and cultural material pertaining to Commonwealth of Kentucky
2. Providing financial assistance for programs and services of others; providing educational


Kentucky Colonel Foundation

4. Cigars, tobacco products

5. Barbeque sauce; candy; caramel sauce; chocolate candies; chocolate confections, namely, bourbon infused candies; chocolate sauce; marinades; salsa.

**Update:** Since we published this content the HOKC has filed a new trademark "Kentucky Colonels" on February 17, 2020 to hold commercial trademark rights over "associations" using the mark; and has also filed a lawsuit on February 20th against our organization to stop us, other Kentucky colonels, and other organization from using the term. If they are not stopped Kentucky colonels will lose their rights o exercise their honors and commissions.

## History

According to the organization's history they were founded as a civil society by Governor Ruby Laffoon in 1932. In 1957 they consolidated their association by filing Articles of Incorporation to formalize the society as a corporation that was heavily influenced and affiliated directly with the office of the Governor who appointed a commander and could also appoint generals in each US state. In 1992 they broke away from tradition filing their Restated and Amended Articles of Incorporation removing the connection with the Office of the Governor and their members to become the organization (corporation) they are today.

The organization stated in February 2020, "late one Saturday afternoon in May of 1931, the first meeting of what would eventually become the Kentucky Colonels," when Governor Flem Sampson requested that colonels "formulate a society to more closely band together this group into a great non-political brotherhood for the advancement of Kentucky and Kentuckians". While they may be trying to hold onto these roots by generating an impression of being a membership organization, they have become far removed from the society (brotherhood) they were once established to become and continue under.

## Summary

While the organization is trying to preserve its historical image and maintain its traditions, the restated and amended articles they filed in 1992 make their intentions clear when they broke away from the state, removed the ability of members to directly interact, they also made the Governor's role an honorary one instead of an official one, and made the clear statement that the **organization has no members**. The image they strive to maintain today is one based on their own history and traditions without the responsibility of serving or providing services to its members.

Their actions of filing a Federal lawsuit has backfired on them because most of our members also consider themselves members of the HOKC and make donations to the organization annually. Our po̲ ̲tion is that they work with us to keep the award in the highest esteem and not to interfere with the Government responsible for creating the award, thusfar they have not conceded or found enough

5/21/2020



Kentucky Colonel Foundation

beginning of when Kentucky began the practice of recognizing civilians as Kentucky colonels, a page has been developed on the topic. See <u>First Colonels</u>.

© 2020 Kentucky Colonel Foundation

An independent non-state membership commission of Kentucky colonels..
WebSite Policies and Creative Commons License.
Supporting Sponsor of the Colonel's Network



# Sitemap

## Table of Contents (Sitemap)

The Sitemap is a list of pages that are either here already or being planned for addition to our WebSite. The Sitemap also reflects pages that are here on the WebSite, but not necessarily included in our menu. The Sitemap is also a function of the search feature of many websites and is here for the convenience of users.

### WebSite Contents

HomePage (Index)

About Us

- Contact Information
- First Members (1998 - 2001)
- Officers (Commissioners)

Frequently Asked Questions (FAQ)

History

- The First Kentucky Colonels
- Colonels that Used Their Titles
- Evolution of the Kentucky Colonel
- Kentucky Colonels Today

Membership

- Nominate a Colonel
- Membership Roster
- Social Media
- Special Services
- Start a Local Chapter

News

- Blog
- Media Kit
- Publicity

Order of the Kentucky Colonel

Programs

- Kentucky Colonel Foundation
- International Title Registry
- Volunteer Internationally

Resources

- Commonwealth of Kentucky
- Famous Kentuckians
- Honorable Order of Kentucky Colonels
- Kentucky Colonel Ethics and Protocol

Sitemap

WebSite Policies

- Cookies Policy
- Disclaimer Policy
- Privacy Policy
- Terms & Conditions

Kentucky Colonel Foundation - WebSite Policies

# Policies

## General & WebSite Policies

The Kentucky Colonel Foundation is a membership association that is developed as a **decentralized autonomous organization (DAO)** with Kentucky colonels in many states and nations around the world. The Kentucky Colonel Foundation provides secure decentralized online membership services to its members.

This WebSite belongs to its Members. This WebSite defines its Users and Members distinctly. As a WebSite that provides 'services' to our members it is our responsibility is to provide confidentiality to our Members in our distinct relationship with them as WebSite co-owners or stakeholders of this WebSite and our organization. Third-parties refers to Users, Viewers and Others (referring to the Public) of our Content. **None of our material is published or expressed for any commercial purposes under US Law, we do not provide services to the Public.**

Our content and presentation of it is based on the First Amendment of the United States, Freedom of Speech and the Right to Assemble peacefully. This organization and its members strive to be compliant with all laws of the United States and Kentucky including the United States Code of Federal Regulations (CFR) and the Kentucky Revised Statutes (KRS).

### Third-Parties

None of the information collected through our cloud service provider Google or Google Analytics is shared with any third-parties. Our members voluntarily provide data through Google Forms to be listed on our membership roster or to have membership services provided to them for free or for an annual fee.

Our organization contracts Google as a professional service for services which are advertising free and the data that is collected about members is used to only to improve our website and services that we provide. Neither the Kentucky Colonel Foundation nor Google will sell or market the data that we collect to any third parties. Anonymous data such as age and demographics relative to interest profiles in our content may be used to improve our content or reorganize the content provided by our organization.

### License

Our License is for all Persons and Bots which includes all Users, Viewers, Researchers, the News Media, Search Engines, and Others that can view this WebSite. Our License Policy is Creative Commons 4.0 which is based on Share-Alike, Non-Commercial Use and Attribution. To read more about Creative Commons 4.0 please visit the Licensing Scheme online at their WebSite.

- Attribution - NonCommercial - ShareAlike 4.0

### Other Policies

The Kentucky Colonel Foundation maintains four basic Policies for our WebSite for Users and Viewers.

- <u>Cookies Policy</u>
- <u>Disclaimer Policy</u>
- <u>Privacy Policy</u>
- <u>Terms & Conditions</u>

Other terms, conditions and policies may be applied here without notice and as necessary to maintain our legal status as a membership organization under development that is transparent and open to the public.

# Cookies Policy

**Last updated: February 25, 2020**

This Cookies Policy explains what Cookies are and how We use them. You should read this policy so You can understand what type of cookies We use, or the information We collect using Cookies and how that information is used. This Cookies Policy has been created with the help of Cookies Policy Generator.

Cookies do not typically contain any information that personally identifies a user, but personal information that we store about You may be linked to the information stored in and obtained from Cookies. For further information on how We use, store and keep your personal data secure, see our Privacy Policy.

We do not store sensitive personal information, such as mailing addresses, account passwords, etc. in the Cookies We use.

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions.

The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of this Cookies Policy:

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Cookies Policy) refers to the Kentucky Colonel Foundation.
- **You** means the individual accessing or using the Website, or a company, or any legal entity on behalf of which such individual is accessing or using the Website, as applicable.
- **Cookies** means small files that are placed on Your computer, mobile device or any other device by a website, containing details of your browsing history on that website among its many uses.
- **Website** refers to Kentucky Colonel Foundation, accessible from https://kentucky.colonels.net

# Use of the Cookies

## Type of Cookies We Use

5/20/2020                                    Kentucky Colonel Foundation - Cookies Policy

Cookies can be "Persistent" or "Session" Cookies. Persistent Cookies remain on your personal computer or mobile device when You go offline, while Session Cookies are deleted as soon as You close your web browser.

We use both session and persistent Cookies for the purposes set out below:

**Necessary / Essential Cookies**

- Type: Session Cookies
- Administered by: Us
- Purpose: These Cookies are essential to provide You with services available through the Website and to enable You to use some of its features. They help to authenticate users and prevent fraudulent use of user accounts. Without these Cookies, the services that You have asked for cannot be provided, and We only use these Cookies to provide You with those services.

**Functionality Cookies**

- Type: Persistent Cookies
- Administered by: Us
- Purpose: These Cookies allow us to remember choices You make when You use the Website, such as remembering your login details or language preference. The purpose of these Cookies is to provide You with a more personal experience and to avoid You having to re-enter your preferences every time You use the Website.

## Your Choices Regarding Cookies

If You prefer to avoid the use of Cookies on the Website, first You must disable the use of Cookies in your browser and then delete the Cookies saved in your browser associated with this website. You may use this option for preventing the use of Cookies at any time.

If You do not accept Our Cookies, You may experience some inconvenience in your use of the Website and some features may not function properly.

If You'd like to delete Cookies or instruct your web browser to delete or refuse Cookies, please visit the help pages of your web browser.

- For the Chrome web browser, please visit this page from Google: https://support.google.com/accounts/answer/32050
- For the Internet Explorer web browser, please visit this page from Microsoft: http://support.microsoft.com/kb/278835
- For the Firefox web browser, please visit this page from Mozilla: https://support.mozilla.org/en-US/kb/delete-cookies-remove-info-websites-stored
- For the Safari web browser, please visit this page from Apple: https://support.apple.com/guide/safari/manage-cookies-and-website-data-sfri11471/mac

For any other web browser, please visit your web browser's official web pages.

5/20/2020                                    Kentucky Colonel Foundation - Cookies Policy

## More Information about Cookies

You can learn more about Cookies at the following third-party websites:

- Network Advertising Initiative: http://www.networkadvertising.org/

## Contact Us

If you have any questions about this Cookies Policy, You can contact us:

- By email: contact@colonels.net

# Disclaimer Policy

## Disclaimers

This page is relative to legal disclaimers about this website and our organization.

**Take notice:** This organization (company) is not associated with or part of "The Honorable Order of Kentucky Colonels, Inc." they are an independent and private charity that funds non-profit organizations and programs in Kentucky and we are a membership organization that provides fraternal and mutual benefit services to our members who are Kentucky colonels.

**Last updated: February 02, 2020**

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions.

The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of this Disclaimer:

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Cookies Policy) refers to the Kentucky Colonel Foundation
- **You** means the individual accessing the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.
- **Website** refers to https://kentucky.colonels.net (Kentucky Colonel Foundation).
- **Service** refers to the Website.

# General Disclaimer

The information contained on the Service is for general information purposes only.

The Company assumes no responsibility for errors or omissions in the contents of the Service.

In no event shall the Company be liable for any special, direct, indirect, consequential, or incidental damages or any damages whatsoever, whether in an action of contract, negligence or other tort, arising out of or in connection with the

use of the Service or the contents of the Service. The Company reserves the right to make additions, deletions, or modifications to the contents on the Service at any time without prior notice. This Disclaimer has been created with the help of Disclaimer Generator

# External Links Disclaimer

The Service may contain links to external websites that are not provided or maintained by or in any way affiliated with the Company.

Please note that the Company does not guarantee the accuracy, relevance, timeliness, or completeness of any information on these external websites.

# Errors and Omissions Disclaimer

The information given by the Service is for general guidance on matters of interest only. Even if the Company takes every precaution to insure that the content of the Service is both current and accurate, errors can occur. Plus, given the changing nature of laws, rules and regulations, there may be delays, omissions or inaccuracies in the information contained on the Service.

The Company is not responsible for any errors or omissions, or for the results obtained from the use of this information.

# Fair Use Disclaimer

The Company may use copyrighted material which has not always been specifically authorized by the copyright owner. The Company is making such material available for criticism, comment, news reporting, teaching, scholarship, or research.

The Company believes this constitutes a "fair use" of any such copyrighted material as provided for in section 107 of the United States Copyright law.

If You wish to use copyrighted material from the Service for your own purposes that go beyond fair use, You must obtain permission from the copyright owner.

# Views Expressed Disclaimer

The Service may contain views and opinions which are those of the authors and do not necessarily reflect the official policy or position of any other author, agency, organization, employer or company, including the Company.

Comments published by users are their sole responsibility and the users will take full responsibility, liability and blame for any libel or litigation that results from something written in or as a direct result of something written in a comment. The Company is not liable for any comment published by users and reserve the right to delete any comment for any reason whatsoever.

# No Responsibility Disclaimer

The information on the Service is provided with the understanding that the Company is not herein engaged in rendering legal, accounting, tax, or other professional advice and services. As such, it should not be used as a substitute for consultation with professional accounting, tax, legal or other competent advisers.

In no event shall the Company or its suppliers be liable for any special, incidental, indirect, or consequential damages whatsoever arising out of or in connection with your access or use or inability to access or use the Service.

# "Use at Your Own Risk" Disclaimer

All information in the Service is provided "as is", with no guarantee of completeness, accuracy, timeliness or of the results obtained from the use of this information, and without warranty of any kind, express or implied, including, but not limited to warranties of performance, merchantability and fitness for a particular purpose.

The Company will not be liable to You or anyone else for any decision made or action taken in reliance on the information given by the Service or for any consequential, special or similar damages, even if advised of the possibility of such damages.

## Contact Us

If you have any questions about this Disclaimer, You can contact Us:

- By email: contact@colonels.net

# Privacy Policy

Last updated: February 25, 2020

This Privacy Policy describes Our policies and procedures on the collection, use and disclosure of Your information when You use the Service and tells You about Your privacy rights and how the law protects You.

We use Your Personal data to provide and improve the Service. By using the Service, You agree to the collection and use of information in accordance with this Privacy Policy. This Privacy Policy has been created with the help of Privacy Policy Generator.

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions.

The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of this Privacy Policy:

- **You** means the individual accessing or using the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.
- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Agreement) refers to the Kentucky Colonel Foundation.
- **Affiliate** means an entity that controls, is controlled by or is under common control with a party, where "control" means ownership of 50% or more of the shares, equity interest or other securities entitled to vote for election of directors or other managing authority.
- **Account** means a unique account created for You to access our Service or parts of our Service.
- **Website** refers to the Kentucky Colonel Foundation, accessible from https://kentucky.colonels.net
- **Service** refers to the Website.
- **Country** refers to: United States and other countries.
- **Service Provider** means any natural or legal person who processes the data on behalf of the Company. It refers to third-party companies or individuals employed by the Company to facilitate the Service, to provide the Service on behalf of the Company, to perform services related to the Service or to assist the Company in analyzing how the Service is used.
- **Third-party Social Media Service** refers to any website or any social network website through which a User can

5/20/2020                             Kentucky Colonel Foundation - Privacy Policy

- **Third-party Social Media Service** refers to any website or any social network website through which a User can log in or create an account to use the Service.

- **Personal Data** is any information that relates to an identified or identifiable individual.

- **Cookies** are small files that are placed on Your computer, mobile device or any other device by a website, containing the details of Your browsing history on that website among its many uses.

- **Usage Data** refers to data collected automatically, either generated by the use of the Service or from the Service infrastructure itself (for example, the duration of a page visit).

# Collecting and Using Your Personal Data

## Personal Data

While using Our Service, We may ask You to provide Us with certain personally identifiable information that can be used to contact or identify You. Personally identifiable information may include, but is not limited to:

- Email address
- First name and last name
- Usage Data

## Usage Data

Usage Data is collected automatically when using the Service.

Usage Data may include information such as Your Device's Internet Protocol address (e.g. IP address), browser type, browser version, the pages of our Service that You visit, the time and date of Your visit, the time spent on those pages, unique device identifiers and other diagnostic data.

When You access the Service by or through a mobile device, We may collect certain information automatically, including, but not limited to, the type of mobile device You use, Your mobile device unique ID, the IP address of Your mobile device, Your mobile operating system, the type of mobile Internet browser You use, unique device identifiers and other diagnostic data.

We may also collect information that Your browser sends whenever You visit our Service or when You access the Service by or through a mobile device.

## Tracking Technologies and Cookies

We use Cookies and similar tracking technologies to track the activity on Our Service and store certain information. Tracking technologies used are beacons, tags, and scripts to collect and track information and to improve and analyze Our Service.

You can instruct Your browser to refuse all Cookies or to indicate when a Cookie is being sent. However, if You do not accept Cookies, You may not be able to use some parts of our Service.

Cookies can be "Persistent" or "Session" Cookies. Persistent Cookies remain on your personal computer or mobile device when You go offline, while Session Cookies are deleted as soon as You close your web browser.

We use both session and persistent Cookies for the purposes set out below:

**Necessary / Essential Cookies**

- Type: Session Cookies

- Administered by: Us

- Purpose: These Cookies are essential to provide You with services available through the Website and to enable You to use some of its features. They help to authenticate users and prevent fraudulent use of user accounts. Without these Cookies, the services that You have asked for cannot be provided, and We only use these Cookies to provide You with those services.

**Cookies Policy / Notice Acceptance Cookies**

- Type: Persistent Cookies

- Administered by: Us

- Purpose: These Cookies identify if users have accepted the use of cookies on the Website.

**Functionality Cookies**

- Type: Persistent Cookies

- Administered by: Us

- Purpose: These Cookies allow us to remember choices You make when You use the Website, such as remembering your login details or language preference. The purpose of these Cookies is to provide You with a more personal experience and to avoid You having to re-enter your preferences every time You use the Website.

For more information about the cookies we use and your choices regarding cookies, please visit our Cookies Policy.

## Use of Your Personal Data

The Company may use Personal Data for the following purposes:

- **To provide and maintain our Service**, including to monitor the usage of our Service.

- **To manage Your Account:** to manage Your registration as a user of the Service. The Personal Data You provide can give You access to different functionalities of the Service that are available to You as a registered user.

- **For the performance of a contract:** the development, compliance and undertaking of the purchase contract for the products, items or services You have purchased or of any other contract with Us through the Service.

- **To contact You:** To contact You by email, telephone calls, SMS, or other equivalent forms of electronic communication, such as a mobile application's push notifications regarding updates or informative communications related to the functionalities, products or contracted services, including the security updates, when necessary or reasonable for their implementation.

- **To provide You** with news, special offers and general information about other goods, services and events which

5/20/2020                                    Kentucky Colonel Foundation - Privacy Policy

we offer that are similar to those that you have already purchased or enquired about unless You have opted not to receive such information.

- **To manage Your requests:** To attend and manage Your requests to Us.

We may share your personal information in the following situations:

- **With Service Providers:** We may share Your personal information with Service Providers to monitor and analyze the use of our Service, to show advertisements to You to help support and maintain Our Service, to contact You, to advertise on third party websites to You after You visited our Service or for payment processing.

- **For Business transfers:** We may share or transfer Your personal information in connection with, or during negotiations of, any merger, sale of Company assets, financing, or acquisition of all or a portion of our business to another company.

- **With Affiliates:** We may share Your information with Our affiliates, in which case we will require those affiliates to honor this Privacy Policy. Affiliates include Our parent company and any other subsidiaries, joint venture partners or other companies that We control or that are under common control with Us.

- **With Business partners:** We may share Your information with Our business partners to offer You certain products, services or promotions.

- **With other users:** when You share personal information or otherwise interact in the public areas with other users, such information may be viewed by all users and may be publicly distributed outside. If You interact with other users or register through a Third-Party Social Media Service, Your contacts on the Third-Party Social Media Service may see Your name, profile, pictures and description of Your activity. Similarly, other users will be able to view descriptions of Your activity, communicate with You and view Your profile.

## Retention of Your Personal Data

The Company will retain Your Personal Data only for as long as is necessary for the purposes set out in this Privacy Policy. We will retain and use Your Personal Data to the extent necessary to comply with our legal obligations (for example, if we are required to retain your data to comply with applicable laws), resolve disputes, and enforce our legal agreements and policies.

The Company will also retain Usage Data for internal analysis purposes. Usage Data is generally retained for a shorter period of time, except when this data is used to strengthen the security or to improve the functionality of Our Service, or We are legally obligated to retain this data for longer time periods.

## Transfer of Your Personal Data

Your information, including Personal Data, is processed at the Company's operating offices and in any other places where the parties involved in the processing are located. It means that this information may be transferred to — and maintained on — computers located outside of Your state, province, country or other governmental jurisdiction where the data protection laws may differ than those from Your jurisdiction.

Your consent to this Privacy Policy followed by Your submission of such information represents Your agreement to that transfer.

The Company will take all steps reasonably necessary to ensure that Your data is treated securely and in accordance with this Privacy Policy and no transfer of Your Personal Data will take place to an organization or a country unless there are adequate controls in place including the security of Your data and other personal information.

# Disclosure of Your Data

## Business Transactions

If the Company is involved in a merger, acquisition or asset sale, Your Personal Data may be transferred. We will provide notice before Your Personal Data is transferred and becomes subject to a different Privacy Policy.

## Law enforcement

Under certain circumstances, the Company may be required to disclose Your Personal Data if required to do so by law or in response to valid requests by public authorities (e.g. a court or a government agency).

## Other legal requirements

The Company may disclose Your Personal Data in the good faith belief that such action is necessary to:

- Comply with a legal obligation
- Protect and defend the rights or property of the Company
- Prevent or investigate possible wrongdoing in connection with the Service
- Protect the personal safety of Users of the Service or the public
- Protect against legal liability

## Security of Your Personal Data

The security of Your Personal Data is important to Us, but remember that no method of transmission over the Internet, or method of electronic storage is 100% secure. While We strive to use commercially acceptable means to protect Your Personal Data, We cannot guarantee its absolute security.

# Children's Privacy

Our Service does not address anyone under the age of 13. We do not knowingly collect personally identifiable information from anyone under the age of 13. If You are a parent or guardian and You are aware that Your child has provided Us with Personal Data, please contact Us. If We become aware that We have collected Personal Data from anyone under the age of 13 without verification of parental consent, We take steps to remove that information from Our servers.

We also may limit how We collect, use, and store some of the information of Users between 13 and 18 years old. In some cases, this means We will be unable to provide certain functionality of the Service to these users.

If We need to rely on consent as a legal basis for processing Your information and Your country requires consent from a parent, We may require Your parent's consent before We collect and use that information.

# Links to Other Websites

Our Service may contain links to other websites that are not operated by Us. If You click on a third party link, You will be directed to that third party's site. We strongly advise You to review the Privacy Policy of every site You visit.

We have no control over and assume no responsibility for the content, privacy policies or practices of any third party sites or services.

# Changes to this Privacy Policy

We may update our Privacy Policy from time to time. We will notify You of any changes by posting the new Privacy Policy on this page.

We will let You know via email and/or a prominent notice on Our Service, prior to the change becoming effective and update the "Last updated" date at the top of this Privacy Policy.

You are advised to review this Privacy Policy periodically for any changes. Changes to this Privacy Policy are effective when they are posted on this page.

## Contact Us

If you have any questions about this Privacy Policy, You can contact us:

- By email: contact@colonels.net

# Terms and Conditions

Last updated: February 25, 2020

Please read these terms and conditions carefully before using Our Service.

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions.

The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of these Terms and Conditions:

- **Affiliate** means an entity that controls, is controlled by or is under common control with a party, where "control" means ownership of 50% or more of the shares, equity interest or other securities entitled to vote for election of directors or other managing authority.

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Agreement) refers to the Kentucky Colonel Foundation.

- **Country** refers to: United States and other Countries

- **Service** refers to the Website.

- **Terms and Conditions** (also referred as "Terms") mean these Terms and Conditions that form the entire agreement between You and the Company regarding the use of the Service. This Terms and Conditions agreement as been created with the help of Terms and Conditions Generator.

- **Third-party Social Media Service** means any services or content (including data, information, products or services) provided by a third-party that may be displayed, included or made available by the Service.

- **Website** refers to the Kentucky Colonel Foundation, accessible from https://kentucky.colonels.net

- **You** means the individual accessing or using the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.

# Acknowledgement

These are the Terms and Conditions governing the use of this Service and the agreement that operates between You and the Company. These Terms and Conditions set out the rights and obligations of all users regarding the use of the

5/20/2020

Kentucky Colonel Foundation - Terms & Conditions

Service.

Your access to and use of the Service is conditioned on Your acceptance of and compliance with these Terms and Conditions. These Terms and Conditions apply to all visitors, users and others who access or use the Service.

By accessing or using the Service You agree to be bound by these Terms and Conditions. If You disagree with any part of these Terms and Conditions then You may not access the Service.

Your access to and use of the Service is also conditioned on Your acceptance of and compliance with the Privacy Policy of the Company. Our Privacy Policy describes Our policies and procedures on the collection, use and disclosure of Your personal information when You use the Application or the Website and tells You about Your privacy rights and how the law protects You. Please read Our Privacy Policy carefully before using Our Service.

# Links to Other Websites

Our Service may contain links to third-party web sites or services that are not owned or controlled by the Company.

The Company has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party web sites or services. You further acknowledge and agree that the Company shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of or reliance on any such content, goods or services available on or through any such web sites or services.

We strongly advise You to read the terms and conditions and privacy policies of any third-party web sites or services that You visit.

# Termination

We may terminate or suspend Your access immediately, without prior notice or liability, for any reason whatsoever, including without limitation if You breach these Terms and Conditions.

Upon termination, Your right to use the Service will cease immediately.

# Limitation of Liability

Notwithstanding any damages that You might incur, the entire liability of the Company and any of its suppliers under any provision of this Terms and Your exclusive remedy for all of the foregoing shall be limited to the amount actually paid by You through the Service or 100 USD if You haven't purchased anything through the Service.

To the maximum extent permitted by applicable law, in no event shall the Company or its suppliers be liable for any special, incidental, indirect, or consequential damages whatsoever (including, but not limited to, damages for loss of profits, loss of data or other information, for business interruption, for personal injury, loss of privacy arising out of or in any way related to the use of or inability to use the Service, third-party software and/or third-party hardware used with

5/20/2020                                    Kentucky Colonel Foundation - Terms & Conditions

the Service, or otherwise in connection with any provision of this Terms), even if the Company or any supplier has been advised of the possibility of such damages and even if the remedy fails of its essential purpose.

Some states do not allow the exclusion of implied warranties or limitation of liability for incidental or consequential damages, which means that some of the above limitations may not apply. In these states, each party's liability will be limited to the greatest extent permitted by law.

# "AS IS" and "AS AVAILABLE" Disclaimer

The Service is provided to You "AS IS" and "AS AVAILABLE" and with all faults and defects without warranty of any kind. To the maximum extent permitted under applicable law, the Company, on its own behalf and on behalf of its Affiliates and its and their respective licensors and service providers, expressly disclaims all warranties, whether express, implied, statutory or otherwise, with respect to the Service, including all implied warranties of merchantability, fitness for a particular purpose, title and non-infringement, and warranties that may arise out of course of dealing, course of performance, usage or trade practice. Without limitation to the foregoing, the Company provides no warranty or undertaking, and makes no representation of any kind that the Service will meet Your requirements, achieve any intended results, be compatible or work with any other software, applications, systems or services, operate without interruption, meet any performance or reliability standards or be error free or that any errors or defects can or will be corrected.

Without limiting the foregoing, neither the Company nor any of the company's provider makes any representation or warranty of any kind, express or implied: (i) as to the operation or availability of the Service, or the information, content, and materials or products included thereon; (ii) that the Service will be uninterrupted or error-free; (iii) as to the accuracy, reliability, or currency of any information or content provided through the Service; or (iv) that the Service, its servers, the content, or e-mails sent from or on behalf of the Company are free of viruses, scripts, trojan horses, worms, malware, timebombs or other harmful components.

Some jurisdictions do not allow the exclusion of certain types of warranties or limitations on applicable statutory rights of a consumer, so some or all of the above exclusions and limitations may not apply to You. But in such a case the exclusions and limitations set forth in this section shall be applied to the greatest extent enforceable under applicable law.

# Governing Law

The laws of the Country, excluding its conflicts of law rules, shall govern this Terms and Your use of the Service. Your use of the Application may also be subject to other local, state, national, or international laws.

# Disputes Resolution

If You have any concern or dispute about the Service, You agree to first try to resolve the dispute informally by contacting the Company.

5/20/2020                        Kentucky Colonel Foundation - Terms & Conditions

# For European Union (EU) Users

If You are a European Union consumer, you will benefit from any mandatory provisions of the law of the country in which you are resident in.

# United States Legal Compliance

You represent and warrant that (i) You are not located in a country that is subject to the United States government embargo, or that has been designated by the United States government as a "terrorist supporting" country, and (ii) You are not listed on any United States government list of prohibited or restricted parties.

# Severability and Waiver

## Severability

If any provision of these Terms is held to be unenforceable or invalid, such provision will be changed and interpreted to accomplish the objectives of such provision to the greatest extent possible under applicable law and the remaining provisions will continue in full force and effect.

## Waiver

Except as provided herein, the failure to exercise a right or to require performance of an obligation under this Terms shall not effect a party's ability to exercise such right or require such performance at any time thereafter nor shall be the waiver of a breach constitute a waiver of any subsequent breach.

# Translation Interpretation

These Terms and Conditions may have been translated if We have made them available to You on our Service.

You agree that the original English text shall prevail in the case of a dispute.

# Changes to These Terms and Conditions

We reserve the right, at Our sole discretion, to modify or replace these Terms at any time. If a revision is material We will make reasonable efforts to provide at least 30 days' notice prior to any new terms taking effect. What constitutes a material change will be determined at Our sole discretion.

By continuing to access or use Our Service after those revisions become effective, You agree to be bound by the revised terms. If You do not agree to the new terms, in whole or in part, please stop using the website and the Service.

## Contact Us

If you have any questions about these Terms and Conditions, You can contact us:

- By email: contact@colonels.net