# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

## *Pro Se* (Non Prisoner) Registration to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), Fed. R. Civ. P. 77(d), Joint Local Rules of Civil Practice 5.5 and the Court's Electronic Case Filing Administrative Policies and Procedures, unsealed documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I, **David J. Wright** hereby request and consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waive the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(C) and Fed.R.Civ.P. 77(d) in the following case to which I am a party: **Honorable Order of Kentucky Colonels v. Kentucky Colonels International, et.al, Civil Action 3:20-cv-00132 RGJ**

I will provide written notice of any change in my personal data, such as name, address, and/or e-mail address in each case to which I am a party. I understand that if I wish to discontinue receiving documents electronically, I will promptly notify the office of the Clerk of the Court in writing to request cancellation of electronic service.

I understand that litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. After this documents can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.)

PACER username is **ColDavidWright**, which is registered to my email address **david.wright@globcal.net**

DATE: May 22, 2020
Signature of Litigant

Home Mailing Address        302 General Smith Drive
City, State, Zip Code        Richmond, Kentucky 40475

Current Address        Edificio Torre 997, Local B
        San Juan, Caracas
        Distrito Capital, Venezuela 1021

Telephone Number        +58 (426) 111-0529