**FILED**
Vanessa L Armstrong, Clerk
May 26 2020
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.** ) ) | |
| PLAINTIFF ) | Civil Action No. 3:20-cv-132-RGJ |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| **DAVID J. WRIGHT, et.al.** ) | |
| DEFENDANTS ) | |

Please take notice that I, **David J. Wright**, Kentucky Colonel and an American Citizen, a defendant in this action, hereby appear as a *pro se* litigant *in forma pauperis* on the part of the defendants, an unincorporated group of Kentucky colonels, future Kentucky colonels, unknown defendants and myself to petition the Court to dissolve a Temporary Restraining Order, **seek a dismissal and/or summary judgement** of Civil Action 3:20-cv-132-RGJ so that the Defendants can challenge the Plaintiff's trademark in law with the US Patent and Trademark Office.

I have waived my right to receive paper copies of documents filed electronically in this case and have established an account using the PACER system..

Caracas, Venezuela
Dated: May 25, 2020

*Col. David J. Wright*

Colonel David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529