FILED
VANESSA L ARMSTRONG, CLERK
May 26 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br>     PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> DAVID J. WRIGHT, et.al. ) <br>     DEFENDANTS ) | Civil Action No. 3:20-cv-132-RGJ <br><br> MOTION TO AMEND PREVIOUS <br> MOTION TO DISMISS |

## MOTION TO AMEND PREVIOUS MOTION TO DISMISS

COMES NOW the Defendant, *pro se in forma pauperis,* pursuant to Federal Rule of Civil Procedure 15(a), and moves this Honorable Court to Amend its Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed on May 22, 2020 based on Plaintiff's filing of a <u>Renewed Motion for a Preliminary Injunction</u> filed following the Defendant's previous motion later the same day. In support, Defendant states:

Based on additional information provided to the Court by the Plaintiff and **to prevent Plaintiff's new motion from mooting the Defendant's Motion to Dismiss**, the Defendant brings cause to introduce an <u>Amended Combined Motion to Dismiss and Motion For Summary Judgement</u> including additional information for the Court's consideration. As a *pro se* defendant, Defendant does not understand how the Plaintiff's lawsuit can survive its Motion to Dismiss based on the grounds being presented under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

---

1 "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. . . . In the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. - the leave should, as the rules require, be 'freely given.'" Foman v. Davis, 371 U.S. 178, 182 (1962).

Caracas, Venezuela
Dated: May 25, 2020

Colonel David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529