UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAY 26 PM 3:37

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS

David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, 1021
Venezuela

NIXIE  339  DE 1      0005/19/20
        RETURN TO SENDER
          REFUSED
      UNABLE TO FORWARD
BC: 40202224999     *1706-00082-19-32



Hasler
03/23/2020
US POSTAGE
$01.20⁰
FIRST-CLASS MAIL
ZIP 40202
011D11644694

Plaintiff,

No. 3:20-cv-132-RGJ

Defendants.

HOKC"), alleges that
and goodwill intended
DE 1). HOKC sought
r enjoining Defendants
a hearing on HOKC's
22). Defendant David
eedings.[1] (DE 23; DE
he Court extended the
ials and completion of
cond extension of the

lf of himself; Kentucky
d Globcal International
n Kentucky. (DE 27-1,
ro se, he may not appear
, 506 U.S. 194, 201–03