Exhibit 1

Example(s) of Public Domain

**"BACK HOME" (Back Home in Old Kentucky)**

*Written for the **Kentucky Colonels Club**, Dallas, Texas, October, 1915, from the Dallas News*

Will I meet you at the banquet board, when those who are so lucky
Will greet old friends and meet new friends, and talk about Kentucky?

Of course I will, for each heart, no matter where we roam.
Among this crowd, hand clasped in hand, we feel once more "Back Home."

No other State so clannish as this dear one of ours.
With its bluegrass and fine horses, and its women sweet as flowers;

And when we get together and Kentucky whisky flows,
There is a kindred spirit no other State e'er knows.

Now, when the roll you're calling, and we answer to your name,
I think we all should answer with the county whence we came.

I came from old Scott County, the rarest gem that shines
In the golden ring, Kentucky, that Miss Columbia finds.

Scott is the pearl, so lustrous, in the cluster richly set,
With the ruby red of Bourbon and the diamond of Fayette;

The sapphire of sweet Owen, near Franklin's emerald green.
While the amethyst of Harrison is near Woodford's topaz seen.

Now I call these bluegrass counties the "setting of the ring,"
Though the "pennyrile" and the mountains their golden treasures bring.

In brain and brawn and muscle, that the limestone waters give.
In that grand old State, Kentucky, where we all began to live.

Now "united" here in Texas, "we stand" together all;

> No chance around the festal board of "divided, we fall."
>
> But before I close these verses, I would vote our thanks to Fate,
> For the noble men and women who made our grand State great.
>
> Dan Boone, who first discovered the rolling bluegrass land ;
> Shelby, Clark and Harrison, who followed in his band;
>
> Menefee, Clay and Crittenden are names we love to praise —
> To George Prentice and "Marse Henry" loudest paeans raise.
>
> And later on, when bloody strife divided all, so hearty
> Kentucky gave to North and South a leader to each party.
>
> Lincoln, the martyr of the North, with love for South so tender.
> Our great and glorious Davis was the Southern Rights defender.
>
> Irvin Cobb, John Fox, Lane Allen, we rank among the great;
> Charles Buck and Ingram Crockett are crowding at the gate,
>
> John Townsend in his various books has sung their praises all,
> For there's "Aunt Jane of Kentucky" and  **Eliza Calvert Hall."
>
> And there's Annie Fellows Johnson and her "Little Colonel," too;
> But if I name the roll of fame I never would get through ;
>
> So we gladly gather with you round the festal board so lucky —
> In thought and heart we'll be once more "Back Home" in Old Kentucky.
>
> — George M, Spears, *of the Dallas News*

There are literally over 1,000 citations the Defendant has discovered online that clearly demonstrate the existence of the term "Kentucky Colonel" and "Kentucky Colonels" in use prior to the existence of the Plaintiff in 1931. In a deep search involving books, newspapers, magazines and pamphlets we discovered that many organizations and associations were created with fraternal, political, social and recreational aims. While many were located in Kentucky, informally organized or part of other institutions the one above was selected because it is outside the jurisdiction of the state. Additionally there are currently more than 13 organizations that use the term today as a component in their name.

**Exhibit 2**

**Example(s) of Public Domain**

An account of a Kentucky colonel prior to 1890:

Colonel Cassius Clay was a Kentucky politician, US Ambassador to Russia, and abolitionist, he helped found Berea and Berea College in 1855 by granting land to Rev. John Fee in 1854.

"Cassius M. Clay was a real typical Kentucky colonel, <u>such as you have heard pictured in your literature.</u> He was dressed in a blue coat with brass buttons and a white choker and a white vest, and he was elegantly attired, and he had all those elegant mannerisms of the Kentucky colonel, and he came forward and he sat at our table and he said, folding his arms for a moment : "Gentlemen, we are on the brink of a great civil war." He stopped; he glanced at our faces and he seemed to have read a look on our faces of a sort of incredulity."

**Exhibit 3**

**Other Example(s) of Public Domain**

The Defendant has assembled a sample collection of resource links with a focus on references prior to 1925 including 10 organizations that were established prior to the Plaintiff to provide evidence relevant to determining "Kentucky Colonels" is part of the public domain.

# https://kentucky.colonels.net/resources

The Defendant is in the process of collecting more references and performing additional research relevant to other states and the ideal of the evolution of the Southern Colonel and gentleman throughout history including the Commonwealth. Apparently <u>civilian colonelcy is not a concept that was born or created in Kentucky</u>, but one that was adopted by the Commonwealth from the 13 colonies that dates back to 1607 with the Jamestown Company issuing the first commissions. The first Kentucky Colonel in our opinion was Colonel Judge Richard Henderson who together with Colonel Daniel Boone (commissioned by Col. Henderson) founded the Colony of Transylvania in 1775 in what today is known as Boonesborough, Kentucky.

Our website which is licensed itself as part of the public domain under Creative Commons, is a part of this "creative work." The section on Kentucky is a naturally derived subdomain development of [colonels.net]

where other sections and subdomains are currently under development. It is not an infringement on the trademark rights if any actually exist belonging to the Plaintiff.

Here from 1915, republished in *All That's Kentucky: An Anthology*,

"Then let the future minstrel rise to sing the glories of Old Kentucky. Let him tell of the days when the Kentucky Colonels — those "intellectual cavaliers of the South" — read Greek and Latin for recreation."

This one phrase from a section of the Lexington Herald Leader called Our Subject, clearly demonstrates that "Kentucky Colonels" was well defined in the public domain as early as 1915. This phrase refers to Kentucky Colonels, calls them intellectual cavaliers of the South; it is about people, culture, tradition and customs; it does not make reference to the Plaintiff, their objectives, politics, or products called Kentucky Colonels. It is certainly clear that the Plaintiff is trying to take a bigger piece of the pie than they should have.