**FILED**
VANESSA L ARMSTRONG, CLERK
Jun 17 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **THE HONORABLE ORDER OF** | ) | |
| **KENTUCKY COLONELS, INC.** | ) | |
|     **PLAINTIFF** | ) | Civil Action No. 3:20-cv-132-RGJ |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **DAVID J. WRIGHT, et.al.** | ) | |
|     **DEFENDANTS** | ) | |

The undersigned, hereby respectfully notifies the clerk of this court and all parties of his appearance. Please take notice that I, David J. Wright, a defendant in The Honorable Order of Kentucky Colonels, Inc v Kentucky Colonels International, et. al,, Civil Action No. 3:20-cv-132-RGJ hereby appears as a *pro se* litigant on my own part, to move the Court to grant relief to the other Defendants by dropping them from this action under Fed. R. Civ. P. 21 and/or Fed. R. Civ. P. 60(b)(6).

Caracas, Venezuela
Dated: June 16, 2020

*Col. David J. Wright* (signature)

Col. David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529
