| 0329183.04 | balimonos WTH |
|---|---|

**Michael G. Adams**
**Kentucky Secretary of State**
Received and Filed:
2/28/2020 11:15 AM
Fee Receipt: $20.00

**COMMONWEALTH OF KENTUCKY**
**ALISON LUNDERGAN GRIMES, SECRETARY OF STATE**

| Division of Business Filings | **Certificate of Withdrawal of Assumed Name** | **CWA** |
|---|---|---|
| Business Filings | (Domestic or Foreign Business Entity) | |

Division of Business Filings
Business Filings
PO Box 718, Frankfort, KY 40602
(502) 564-3490
www.sos.ky.gov

Pursuant to the provisions of KRS 365, the undersigned applicant applies to withdraw an assumed name and, for that purpose, submits the following statements:

1. The assumed name to be withdrawn is  Kentucky Colonels International                              .
   (The name must be identical to the name on record with the Secretary of State.)

2. The assumed name has been discontinued by Ecology Crossroads Cooperative Foundation, Inc.               .
   (Must be the exact name of the entity or partners)

3. This application will be effective upon filing, unless a delayed effective date and/or time is provided   The effective date or the delayed effective date cannot be prior to the date the application is filed.  The date and/or time is _____.

4. The date the original certificate was filed:  January 30, 2020                                        .

5. The "real name" is (you must check one):

   [ ] a Domestic General Partnership              [ ] a Foreign General Partnership
   [ ] a Domestic Limited Liability Partnership    [ ] a Foreign Limited Liability Partnership
   [ ] a Domestic Limited Partnership              [ ] a Foreign Limited Partnership
   [ ] a Domestic Business Trust                   [ ] a Foreign Business Trust
   [X] a Domestic Corporation                      [ ] a Foreign Corporation
   [ ] a Domestic Limited Liability Company        [ ] a Foreign Limited Liability Company

6. The mailing address is:

| 302 General Smith Drive | Richmond | Kentucky | 40475 |
|---|---|---|---|
| **Street Address or Post Office Box Numbers** | **City** | **State** | **Zip** |

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

| | Maya-Lis Wright | Register Agent / Officer | 02/27/2020 |
|---|---|---|---|
| **Signature of Authorized Party** | **Printed Name** | **Title** | **Date** |

(05/17)