**FILED**

VANESSA L ARMSTRONG, CLERK

June 21, 2020

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **THE HONORABLE ORDER OF** | ) | |
| **KENTUCKY COLONELS, INC.** | ) | Civil Action No. 3:20-cv-132-RGJ |
| **PLAINTIFF** | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **v.** | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **SUPPLEMENT TO AMENDED MOTION TO** |
| **DAVID J. WRIGHT, et.al.** | ) | **DISMISS AND/OR SUMMARY** |
| **DEFENDANT(S)** | ) | **JUDGEMENT** |

Please take notice that I, **David J. Wright**, Kentucky Colonel and an American Citizen, a defendant in this action, hereby appear in good faith as a *pro se* litigant on my own part, to move this Court to adjudicate Civil Action 3:20-cv-132-RGJ by considering the jurisdictional challenges previously raised, the **Defendant requests leave under Fed. R. Civ. P. 15(b) and 15(d)** to *file supplemental pleadings, and present new informational exhibits* to his **Amended Motion to Dismiss and/or for Summary Judgement [DE47]** prior to the Court adjudicating and hearing the motion as it indicated it would sometime soon in the Court's order on June 03, 2020 **[DE46]**.

"Leave to file a supplemental pleading should be freely permitted when the supplemental facts *connect* it to the original pleading." *Quaratino v. Tiffany & Co.,* 71 F.3d 58, 66 (2d Cir. 1995).

Caracas, Venezuela
Dated: June 21, 2020

*Col. David J. Wright*

Col. David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net
+58 (426) 111-0529