Table of Exhibits Attached

| Exhibit 1 | Supplement Public Domain | (18 pages) |
| Exhibit 2 | HOKC Membership | (1 page) |
| Exhibit 3 | HOKC Articles 1992 | (10 pages) |
| Exhibit 4 | HOKC Press Release | (1 page) |
| Exhibit 5 | HOKC Copyright Notice | (1 page) |
| Exhibit 6 | US Congressional Record 1936 | (3 pages) |
| Exhibit 7 | HOKC v Bdlg Champions | (7 pages) |
| Exhibit 8 | American Notes & Queries | (8 pages) |
| Exhibit 9 | News Articles 1931 & 1933 | (2 pages) |
| Exhibit 10 | Facebook Transparency Report | (1 page) |
| Exhibit 11 | USPTO 88800020 | (3 pages) |
| Exhibit 12 | USPTO 88800035 | (3 pages) |
| Exhibit 13 | USPTO 88800038 | (4 pages) |
| Exhibit 14 | KCF Website Resources | (3 pages) |
| Exhibit 15 | Kentucky to Lose Colonels (1920) | (4 pages) |

**Certificate of Service**

I hereby certify that on June 22, 2020, I filed the foregoing with the Clerk of Court using the special Intake email for Pro Se defendants and plaintiffs  Plaintiff and co-counsel are registered CM/ECF users, this certificate is included in accordance with Fed. R. Civ. P. 5 and a copy of the foregoing was delivered by email with a delivery receipt request as a courtesy to the Plaintiff on June 22, 2020 before 5:00 PM

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

*David J. Wright* (signature)