# Exhibit 1

## Public Domain

**Description:** This exhibit demonstrates in a time before fax machines, computers and the Internet how widespread, well-known and prolific the Kentucky Colonel had become in the United States. There are several distinct selected articles that allude to the emergence of Kentucky Colonels becoming popular in America.

This represents a very small sample less than 1%  (20/10,000) of the newspaper articles contained in the Chronicling America Project at the Library of Congress which, in turn represents approximately 10% of America's Newspapers; a much deeper search performed at Newspapers.com which is a paid subscription library service reveals over 100,000 resources. It does not include books, sound recordings, pamphlets, or government records which can be found on Google Scholar, OCLC, on the Library of Congress website, in the Internet Archive and other research sites. There is also a greater or equal number of resources located in libraries that have not yet been digitized or indexed.

**Sample Public Domain Articles** — **2**
  The Hartford Herald, November 14, 1900 — 2
  Big Sandy News, November 24, 1887 — 3
  Watchman and Southron, February 12, 1913 — 3
  Daily Arizona Silver Belt, March 23, 1909 — 3
  The Morning News, Savannah, September 26, 1889 — 3
  Seattle Post-Intelligencer, November 9, 1889 — 4
  The Sun, New York, August 18, 1895 — 6
  Santa Fe New Mexican, February 9, 1898 — 7
  The Red Cloud Chief, Nebraska, May 05, 1910 — 7
  The Conservative, Nebraska, January 25, 1900 — 8
  The Daily Interior Journal, August 21, 1912 — 8
  Iowa County Democrat, July 28, 1893 — 8
  Kentucky Irish American, Louisville, July 04, 1908 — 9
  New Britain Daily Herald, New Britain February 21, 1916 — 10
  Wheeling Daily Intelligencer, March 02, 1900 — 11
  The Commoner, November 29, 1901 — 11
  Evening Star, December 9, 1939 — 12
  Sunday Star News, Wilmington, N.C. August 8, 1947 — 13
  Frankfort Weekly News, August 29, 1908 — 14
  The Key West Citizen, May 01, 1953 — 14

Important Selections from 10,000 Articles found at the Library of Congress — **15**

Bibliographic Resources — **16**

Selected Citations — **17**

# Sample Public Domain Articles

## The Hartford Herald, November 14, 1900

**KENTUCKY COLONELS**
How They Came to be Given This Common but Coveted Title

Washington Telegram to New York Sun

At Spokane one day last week at a party of Washington State politicians were gathered to plan Republican campaign pyrotechnics. In the crowd of some 39 prominent men in the political affairs of the State were representatives by birth 23 States: 20 of them came originally from east of the Mississippi river. One of them was William H. Gudgel an attorney of Pacific county, Wash. and among other things he explained the making of Colonels in Kentucky during the Civil War Gudgel's former home was in Posey county, Ind. where he is a veteran of the One Hundred and Forty Third Indiana Volunteer Infantry

To Justice Harlan of the United States Supreme Court he gives credit not only for having saved Kentucky to the Union, but also for having created some hundreds of Colonels and minor officers in the Bluegrass State.

In 1861, President Lincoln was worried by the secession tendencies in Kentucky. An election was approaching which would probably decide the course of Kentucky. The President sent for Mr. Harlan to consult with him as to the course to be adopted by the Administration with reference to Kentucky. At that interview Mr. Harlan suggested that by which, Kentucky could be saved to the Union. Mr. Harlan asked the President to give him authority to take to Kentucky a quantity of blank commissions none of which should be above the rank of Lieutenant Colonel to10 open an office at Louisville and to invite the leading young Democratic attorneys, physicians, and clergymen of the State to call on him for consultation.

That plan was adopted, in a short line his headquarters were thronged with these young men. One by one they were taken into Mr. Harlan's private office and sized-up. Each was told of the grave condition of affairs in Kentucky and how the President of the United States fully appreciated their worth and influence. Then Mr. Harlan explained that he had been authorized by the President to tender him a commission in the Federal army. Those commissioned were expected at once to put on their uniforms and wear those uniforms at their homes at their businesses and indeed wherever they might be. When suitable commands were recruited they would In due time be assigned to duty. Nearly every man whom Mr. Harlan sent for, accepted his commission, wore his uniform and as a result the Union sentiment in Kentucky won.

Kentucky swarmed with men with shoulder straps. The election boards all over the State were largely made up of Colonels and men of other military rank; there were Colonels in the pulpit, Colonels on the bench and Colonels at the bedside of the sick. There were indeed so many Colonels that the supply has lasted until the present time.

## Big Sandy News, November 24, 1887

General Sheridan wants 5,000 more soldiers in the army. If the Kentucky Colonels were added in a body what a daisy division of troops they would make. Think of an imposing presence of an army of 5,000, not a man in it under the rank of Colonel. -Louisville Times

## Watchman and Southron, February 12, 1913

The Kentucky colonels will be one of the big features of the inaugural parade. Nearly every other resident of Kentucky is a colonel, so a great big delegation is promised. They will join with the Mose Green Club of Louisville, Ky., to make the group one of the most picturesques in the pageant. The names of others to serve with Mr. Bryan will be announced in a day or two.

## Daily Arizona Silver Belt, March 23, 1909

**Numerous as Kentucky Colonels**

Says the Douglas International: Should statehood come to Arizona during the next twelve months, it is pretty safe to say that fully a third of the, late territorial council will be candidates for governor or congress, or for the senate. Among these may be mentioned Hon. George W. P. Hunt, Hon. John B. Ilatopton, Hon. Eugeno Brady O'Neill and Hon. Ben. Goodrich. All are good men and would acquit themselves well in any public position.

## The Morning News, Savannah, September 26, 1889

**KENTUCKY COLONELS**

How it Happens That They Are so Numerous in the Blue Grass State.

From the Louisville Post.It is somewhat hard for an outside barbarian to understand why "colonels" are so plentiful in Kentucky. In the first place, Kentucky furnished a good many soldiers, both to the northern and to the southern armies, during the war and naturally some of these soldiers are sure
enough colonels by rank and service. Others who were minor officers, or perhaps high privates, are now dubbed colonels by way of courtesy. Then we have a very few colonels who hold over from the Mexican war, and there are other colonels of militia, like the Louisville

Legion, who come by their titles honestly. The governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel. These colonels aro expected to look pretty and martial at the governor's ball and to ride horseback when the governor heads the procession. The last duty frequently gives them great prill and anxiety. There are scores and scores of these governor-staff colonels in the proud old commonwealth.

Some executives have been more lavish than others in the distribution of these gilded honors. That kindly old gentleman, Gov. Luke Blackburn, M. D., was toid of creating colonels. During his term he made some sixty colotels in the city of Louisville alone. if I remember the figures correctly. There are various reasons which entitle a man to this gubernatorial compliment. Col. Will Hays is a colonel because he is such a gifted poet, while Col. Albert Doitzmaa was given his title by Gov. Knott because he was the greatest business manager on earth.

I trust these facts will make it somewhat clearer to the wondering northerner why colonels are so plentiful in Kentucky. But there are other reasons. Many prominent citizens are honored with this complimentary title simply as a recognition of their merit by the community. Thus every man who conducts a large distillery is de facto a colonel; for instance, Col. John at Atherton, or Col. Tom Sherlay. Every prominent railroad official is also a colonel; for instance. Col. Milton H. Smith. Every congressman is a colonel, as Col. Asher G. Corntn. Every man with a government office is a colonel; as Col. George Du Kolle. Every great editor is a colonel, like Col. Henry Wattorsun. The chief of the police department is a de facto colonel, as is Col. Wood. Then there are other gentlemen who are colonels because no other title fits them. But the law on the subject is a little vague and has never been formulated by the legislature.

If a man has been a captain in the war, never call him captain; call him colonel. He is entitled to this promotion twenty four years after the war closed. The only men proud to be called captain are the commanders of steamboats, the captains of fire companies, the conductors of railroad trails and the officers in a Salvation Army. The title of major is comparatively rare, and, therefore, is really more of a distinction than colonel. Only prominent people who have been actual service near the title; for instance, Maj. Ed Hughes and Maj. J. Washington Wuno. But still if you call a major a colonel he is not likely to get mad at you. By the observance of these few rules I have jotted down, the stranger can get along in Kentucky without committing any serious breach of etiquette.

## Seattle Post-Intelligencer, November 9, 1889

**Like Very Demons. Kentucky Colonels Fight With Pistol and Dagger**

MORTAL WOUNDS FOR BOTH.

Col. Wm. Goodloe, Republican leader And Friend of Harrison, Stab Col. Swope Thirteen Times.

Louisville. Nov. 8.— Colonel William Cassius Goodloe. member of the national Republican committee and collector of the Seventh internal revenue district, stabbed and killed Colonel A. M. Swope, a prominent Republican, at Lexington this afternoon. Goodloe was shot and fatally wounded. The men met in the post office corridor, and when each saw who the other was they flared at each other fiercely. Then some angry words followed, when both suddenly drew weapons, Swope a pistol and Goodioe a clasp-knife. As soon as the weapons were drawn Swope fired. Goodloe knocked him down as it went off, the ball entering his abdomen on the right side. Goodloe then began stabbing his opponent in the breast with a knife. After several Blows had been struck by Goodloe, Swope fired again, missing Goodloe. After firing the second shot Colonel Swope fell on his face, and weltering in his blood, died almost instantly. On his person were found thirteen wounds, they were on the back, arm and breast.

Immediately after the killing Colonel Goodloe went to a physician, where his wounds were examined. He was perfectly cool and made a disposition of his property in case of death. At 11 o'clock Goodloe was resting easy. Physicians say his condition is more hopeful. He is not under arrest. Public sympathy is about equally divided, but universal sorrow is expressed.

The cause of the difficulty was a statement made in the Republican convention of May 1, 1880, by Goodloe. that fully two thirds of the Fayette county delegation in the convention did not speak to Swope.

Colonel Goodloe has been for years a prominent man in Kentucky politics. He was minister to Belgium under Hayes, and is a member of the national Republican committee, being chairman of the committee on speakers. He is 48 years of age, married, and has eight children.

Colonel Swope was 45 years of age and unmarried. He was collector of internal revenue under Grant and Hayes.

WASHINGTON, NOV. 8.— Colonel Dudley this afternoon, in response to a telegram asking for particulars in regard to the tragedy at Lexington, received a message stating that Goodloe s wound was very serious, but not necessarily fatal. Intelligence of the tragedy and its probable fatal termination to both persons was a profound shock to a number of persons in this city.

Colonel Goodloe had many friends here. As a member of the Republican national committee he naturally enjoyed the confluence of the chief public men of the Republican party, and his courtesy and genial nature gave him a warm place in the affection of not only those with whom he was in political accord, but of those with whom he differed in national affairs. By marriage

he is related to Senator Beck, of Kentucky. When in the city he was a frequent visitor at Senator Beck's residence, and he met many Democratic members of congress.

The president knew Colonel Goodloe well and esteemed him highly. The news of his probably fatal shooting affected Harrison to most marked extent. The intelligence seemed to stun the president, as though it had been a near relative. A book which he was holding in his hand at the time fell to the floor, and for a few minutes he paced nervously and abstractedly up and down.

The subject is the one topic of conversation tonight among public men and in public places. First Assistant Postmaster-General Clarkson said tonight: "In the Republican party of the nation there are few men better known or more widely admired than Colonel Goodioe. The announcement this afternoon will be like a personal grief to thousands of Republicans throughout the North. Colonel Goodloe could have had recognition under the administration, but he preferred to stay in Kentucky because of his business interests."

## The Sun, New York, August 18, 1895

**KENTUCKY COLONELS**

What is poetry? What is wit? What makes a man a Colonel in Kentucky? These are old questions, and no conclusive answer ever has been made to any one of them. The mystery of the Kentucky Colonelcy instead of being elucidated has been thrown Into a deeper shadow by every additional ray of light cast In its direction. For many years it was supposed that there was some vague military consideration Involved in the title. When this hypothesis was explored somebody set up the theory that any man with a moustache and goatee was a Colonel In Kentucky. This theory was manifestly Insufficient and It gave place to the belief that the title belongs to every Kentuckian who loves Bourbon whiskey. Lately It has been held that all persons from whatever region of the world who ever attend a barbecue in Kentucky came away Colonels This amounts merely to making the Bourbon test so comprehensive as to include the masculine part of the human race, but like all the other answers to the question It Is without the seal of recognized authority.

It has recently developed that In Kentucky a man may be a Colonel without knowing it, even if his appearance and his manner of life are the furthest from suggesting a suspicion of Colonelcy. A few days ago an order from the headquarters of the Commander-in-Chief of the Army of Kentucky came to Brother REGINALD, a trappist monk in Gethsemane College commanding him to appear In the appropriate uniform of a Colonel at the encampment of the Third Brigade In Henderson. The good man looked at his gray cowl and at his sandals and It Is no reflection upon his faithfulness to his vow of austerity to suppose that the timorous ghost of

a smile flitted across his features as he thought of himself booted and spurred, resplendent In brass buttons gold lace and epaulets mounted on a Kentucky thoroughbred with a clanking big sword at his side dashing across the encampment field in a cloud of dust after the manner of all Colonels. But Brother REGINALD Is a patriotic citizen as well as a devout monk. He set about inquiring about the command he had received and then he first learned that he was a Colonel on the staff of Governor BROWN. He had been a Colonel for nearly 1 year without knowing it. So ho laid aside his cowl and sandals, donned a uniform and promptly reported to his superior officer. Col. Brother REGINALD served with credit during the encampment and at Its close he returned to the monastery, to his gray robe and to a discipline more severe than ever regulated a soldier's life.

So It seems that no man In Kentucky Is exempt from Colonelcy. Surely if the distinction of not being a Colonel were within the reach of anybody it would belong to the shaven, the gowned, the abstemious, the silent, the peaceful devotees of the most rigorous order of monasticism. Perhaps after this it would be well to agree that Colonelcy is the birthright of every native male Kentucklan, the boon of every citizen by adoption, and the souvenir of every visitor to that State. This arrangement would dispose of the question until some New Woman should arise to Inquire what was the matter with her being a Colonel too.

## Santa Fe New Mexican, February 9, 1898

**BELLIGERENT KENTUCKY COLONELS.**

A Duel Threatened Between Colonel Moore and a Son of Colonel W. C. P. Breckenridge, Both of Bourbon County.

Lexington, Ky., Feb. 9. A great sensation was caused by the publication of a letter from Colonel Thomas B. Moore,of Bourbon county, a leading silver Democrat, denouncing Desha Breckenridge, son of Colonel W. C. P. Breckenrldge, and editor of the Herald, and suggesting a duel to settle their differences.Colonel Moore is an ex-confederate officer and is paralyzed in his right arm. He suggests that both parties use their left arms. The feeling between the men was engendered in the Breckenridge-Owens congressional contests of four years ago. Colonel Moore was recently suggested as penitentiary commissioner and the Herald ridiculed him. This led to the challenge. Breckenridge is at present in Frankfort and will probably answer Colonel Moore tomorrow. Colonel Breckenrldge declines to discuss the challenge.

## The Red Cloud Chief, Nebraska, May 05, 1910

**Didn't Drink the Stuff.**

Two Kentucky colonels were showing an Englishman what a wonderful country the south is. When the Briton had traveled from Baltimore to New Orleans and from the Atlantic to the Mississippi, he said: "Yes, the south is a fine country, but you have no industries here."

"No Industries," retorted Colonel Smith, with indignation. "Why, suh, Robinson, in Kentucky, has a dairy where he produces a million pounds of butter and a million pounds of cheese a month."

"Impossible!" said the Englishman. Colonel Smith turned to his fellow for corroboration.

"I don't know how much butter and cheese Colonel Robinson produces a month," said the second Kentucklan, "but I do know that he has 12 sawmills and he runs them all with buttermilk." Circle Magazine

## The Conservative, Nebraska, January 25, 1900

**CIRCULATION**

Circulation of lead currency in Kentucky was at the ratio of precisely sixteen bullets to one corpse in the recent interchanges of regard between Colonels Colson , Scott , Golden , and a few other titled officers of the Kentucky militia , at Frankfort. Kentucky colonels as a rule are very economical in the use of solid cereals. Very little corn in that chivalrous commonwealth is over wasted in making bread. On the other hand it is paved and stored away in pure, sweet whiskey for the inspiration of those self-denying and frugal patriots who, every now and then, have a promiscuous shooting bee to show the Filipinos and other savages, the beatitudes of self-government. Kentucky is a splendid exemplar of intelligent , uncorrupted and just government by the people who shoot , for the people who shoot and of the people who shoot. The shooters and the shootees, in the Frankfort fusillade , were all "favorite sons' ', distinguished and extinguished citizens.

## The Daily Interior Journal, August 21, 1912

**"KENTUCKY COLONELS"**
Back From Delightful Fishing Trip To High Bridge

The Kentucky Colonels delightfully entertained their friends with a week's camping trip on the Kentucky river at High Bridge last week. The fishing was bad on account of muddy water but rowing, bathing and hill climbing were fine and all joined heartily in the sport.

## Iowa County Democrat, July 28, 1893

The Kentucky colonel is here, too. He has fine opportunities for visiting the fair, as Kentucky is only a day's ride away. A Kentucky colonel, James A. McKenzie, new minister to Peru, was one of the early members of the world's fair commission, he is a typical Kentucky colonel. His vocabulary is unlimited, and so is his supply of good nature and good stories. When world's fair officials grew weary of planning and working, they would go up to Col. McKenzie's room and find solace there. Col. McKenzie has gone now to teach the South Americans the art of good living, but there are plenty of Kentucky colonels to take his place. On a warm day at the world's fair, when you are weary of walking, and the glare of the sun, reflected from the white buildings, makes you keep your eyes half shut, the sight of the Kentucky colonel is a refreshment and delight. He knows how to keep cool. He is dressed in white linen. A white palmetto hat covers his head, and he does not exhaust his strength and his temper rushing about in the sun. He seeks shady places. He lolls in wide and deep-bottomed arm-chairs. Long ago he became a past master in the art of preparing cooling drinks. The name of the Kentucky colonel is associated always with that of whisky, but in that respect he has been libeled. He takes his drinks, but with more moderation than is practiced in some other parts of the country. There is a legend In Kentucky that when the funny men of the eastern press run out of jokes, when the managing editor is sending in peremptory demands something to make people laugh, they turn as a last resort to the Kentucky colonel and his jug of whisky. But the Kentucky colonel is not angry, but nice, who half likes the joke and he wholly likes the New Yorker who takes a broad view of life like himself, and is sure there is more amusement and good in it than the moralists would have us to believe. Moreover, he is always a gentleman, and the most delightful of companions.

## Kentucky Irish American, Louisville, July 04, 1908

**Kentucky Colonels Ready For Active Work In Campaign**

The Kentucky Colonels, a Democrttic organization of Louisville gentlemen met at the Armory on Tuesday night and elected officers for the coming year.

The officers chosen are:

President, William J. O'Hearn
First Vice President, Charles F. Grainger
Second Vice President, Col. William H. Haldeman
Third Vice President, John D. Wakefield
Chief Marshal, Fred J. Hoerter

Drill Masters, John H. Cowles and Fred W. Hardwick
Recording Secretary, D. C. Watson
Financial Secretary, George H. Coder

About forty of the Colonels were present and the greatest enthusiasm prevailed After the election It was unanimously decided that the Kentucky Colonels would take an active part in the coming campaign. This club is made up of representative Democratic citizens and vote getters

Its President William J O'Hearn was for many years In the lower and upper boards of the General Council. First Vice President Grainger II has served the city as Alderman Chairman of the Board of Public Works and Mayor Col William D. Haldeman Is the editor of the Louisville Times. Every man in the organization is more or less prominent.

# New Britain Daily Herald, New Britain February 21, 1916

**KENTUCKY COLONELS AND OTHERS.**

Everywhere in the United States the Colonel has become a fixture: but perhaps more so in the South than any other section has he come into his own. In Kentucky the Colonel stands in a class by himself. To take the Colonels out of American life would be to cut the heart strings of the nation. We love our Colonels.They are ours, first, last and all the time. They are American institutions. No other nation has Colonels as we have. They may have military men, j those who wear the sword and l j doublet; but they have no such Colonels as Colonel Watterson, Colonel House and oh so many others, not forgetting old Colonel Sandusky Doolittle in the famous melodrama of other days, "In Old Kentucky." And because we have so many Colonels, because almost every town in t)he nation has its Colonel, Americans are asked every now and then why this is so, where they all come from, in short, "Why is a Colonel?" And the Providence Journal sets out to explain all the mysteries attendant upon this great question, as follows:

"Of course, when 'The Colonel' is mentioned, everyone knows who is meant, and it is not necessary to give initials or say anything about Oyster Bay. By a similar condition of super-eminence among the members of his tribe, the late Jumbo might have been spoken of as 'The Elephant.' But there is another Colonel of almost equal distinction, he of Louisville and the Courier-Journal, and when he speaks on the subject it is surely with ample authority. Colonel "Waiterson thus explains why Colonels are:

"In the South, especially, and in Kentucky, more especially, a man becomes a colonel at about forty-seven unless he is of a wilful, rebellious, obstreperous disposition and inclined to stand up for an admitted, but rarely exercised, right not to become known as Colonel..

There are, of course, many colonels under forty. "When a Governor is inaugurated he has the power to appoint staff colonels. A Governor who does not appoint as colonels such of his constituents as he knows by name is lacking in the punctiliousness which distinguishes the practical politician. Thus many young men who would have been 'leftenants' if they had . adopted a military career and are made colonels in civil life. Another predisposing cause of premature colonelcy is the tendency of some men who become fat early in life. A man who measures as much as forty inches at the waistline, and has not been convicted of felony, is entitled, even obliged, to be called 'Colonel' before he is forty.

"Wherever there is due regard for the fitness of things and a fine sense of discrimination in human differences, it might be said, certain men become Colonels along toward middle age merely by natural right. It is as the old negro in slavery days said: All his men white folks were 'Colonel' because 'it jest nach'ly runs in the blood an they can't help it.'

'Colonel' in the real sense implies a state of mind arising from an acquired dignity of manner coupled with moderate fullness of years. As the designation of a definite status in military affairs it is an arbitrary and narrow term, and it has been officially bestowed as an honorary title upon so many thousands without even the form of a military connection that it has become largely of a hollow significance. The real Colonels are not necessarily those who hold dominion over regiments, or those who have been made ornamental appendages of gubernatorial dignity, but they are the men with whom colonelcy just naturally runs in the blood. The 'official' Colonel would often pass unnoticed in a crowd, but everyone instinctively recognizes the natural-born Colonel, although he may never have carried even a secret society sword."

## Wheeling Daily Intelligencer, March 02, 1900

The Kentucky "Colonel." Some reminiscent time.long before Opie Reid apostrophized that peculiar product of a sister state, the "Kentucky Colonel" was revered and honored, not for a knight of arms, but the milder tribute of manhood, genuine courtesy. That it Is true that he drank, but he never made a distillery of himself, like a gentleman. He was imbibed not quarrelsome; he was gallant. To have been a Kentucky colonel In those old fashioned times of chivalry was like being a Roman unto Ceasar's day. He was as fragrant then as the bluegrass that now nods over the graves of the victims of his vulgar prototype today. The original Kentucky colonel has passed away, but he has imitators. The Kentucky colonel of today !s in a class by himself. Who has lost the courtesy of his forebears. and the contamination of the assimilated times. Hereafter he must be designated as a belted cruiser, carrying so many

guns. In certain situations he may be likened to a torpedo boat In others who assumes the terrifying and destructive qualities of the battleship of so many distillery gallons displacement.

# The Commoner, November 29, 1901

**Are the Colonels Scared?**

Louisville, Sept. 27 - The distillers of Kentucky met at the Louisville hotel today and agreed to limit the whisky output of the next fiscal year to 27,000,000 gallons.

Press Dispatch.

Twenty-seven million gallons! It's an Insult to the corn;
It's an insult to the fragrance of the flower-scented morn,

When the zephyr takes the dreams that made us happy through the night,
And instills them in the kernel in the rosy morning light;

While the kernel holds the gladness till it passes through the still,
Then the proud Kentucky colonel of the essence gets his fill,

Twenty-seven million gallons! What a paltry drop it is,
It's enough to make the seltzer in despair refuse to fizz.

Twenty-seve-n million gallons? Only that, and nothing more?
Now prepare to hear an awful and impressive sort of roar,

For the morning nips and bracers and the nightcaps they will make
Will be drunk in old Kentucky and no other thirst will slake.

Twenty-seven million gallons! This is Carrie Nation's work.
She has bluffed good old Kentucky with her "hatchetizing" jerk;

She has scared the doughty colonels on their own, their native heath.
Twenty-seven million gallons? Why, it wouldn't wet your teeth!

Oh, they're longing in Kentucky for the day so bright and blest
When the nations cease from troubling and the thirsty are at rest. -Baltimore Sun.

## Evening Star, December 9, 1939

**Official Outlines 'Progress' Of Kentucky Colonels**
Associated Press.

FRANKFORT, Kentucky. — A newly appointed Kentucky colonel, who supposed there was a uniform for bearers of the honorary title, wrote State officials that he was worried lest he "get into difficulties" by wearing non-regulation garb. So Assistant Attorney General William F. Neill, obliging with an unofficial legal "opinion," described the evolution of apparel and tastes of a Kentucky colonel like this:

In the beginning, ... "a brace of duelling pistols, a plug of chewing tobacco, an overwhelming desire to hunt, fight, place a bet or make love to some woman, and a quart of bourbon whisky."

When prosperity came, ... "a broad-brimmed hat, a frock coat, a pair of baggy trousers, a shoestring necktie, a white goatee, a pair of sideburns, a veneer of culture and a quart of bourbon whisky."

After "the war" ... "a pair of patched pants, a floppy-brimmed straw hat. a tobacco goatee, and a quart of bourbon whisky."

Around the turn of this century, . . . "mutton-chop whiskers, a broad-brimmed hat, a broadcloth Prince Albert suit, love for the Democratic party, and a quart of bourbon whisky."

"In these sad days of decline for Kentucky colonels, due to the encroachment of Yankee ideas and customs, ... a quart of bourbon whisky."

## Sunday Star News, Wilmington, N.C. August 8, 1947

**State Honoraries Attract Attention Of 'Big Shots'**

By CYNTHIA LOWRY NEW YORK, Aug. 2.— UP) —It's mostly for laughs; but land-lubbers can be admirals; pacifists can be top brass; horse - haters, mounted police; stay-at-homes, junketeers; and Now Englanders, native North Carolinians. A handful of state organizations, constructed of local pride, hospitality and sentiment, make such things possible: the Nebraska navy, Kentucky colonels, Texas rangers, Arkansas travelers and North Carolina Tar Heels.

In the navy of land-locked Nebraska, every member is an admiral. There are about 3,000 Nebraska admirals, from. President Truman to the army's Eisenhower and MacArthur, Britain's

Ambassador Lord Inverchapel, Bing Crosby and Bob Hope. The dry land navy's founder was Theodore W. Metcalfe, lieutenant-governor of the state in 1931. The organization was born of a ribbing the Republican Metcalfe received from friends because the governor, a Democrat, gave him so few duties to perform when Metcalfe was acting governor. He dreamed up the "Nebraska Navy," and appointed himself "chief admiral." Having a quasi official status, Nebraska navy commissions usually are awarded to celebrities who make public appearances in the state.

Attorney General Walter R. Johnson says there are no set qualifications for membership and there are, apparently, no particular duties involved. The commission itself declares: "I have nominated and do appoint him an admiral in the great navy of the state of Nebraska. He is therefore called to diligently discharge the duties of admiral by doing and performing all manner of things thereto belonging. And I do strictly charge and require all officers, seamen, tadpoles and goldfish under his command to be obedient to his orders as admiral."

Then there are, of course, the Kentucky colonels, a mighty band which has seen some ups and downs, depending upon the fancy of the state's governors. Conservatively estimated, there are about 7.000 colonels—plus an assortment of Kentucky admirals, generals, commodores and captains. Before 1932, only about 1,000 received the state commission—uniforms disappeared at the turn of the century. Gov. Ruby Laffoon in three years put "coloneling" on a mass production basis, commissioning about 5,000. He used it to tell the world about Kentucky and doesn't seem to have refused a single application; almost anybody who registered at Louisville's largest hotels picked up a commission. Included in the list of colonels are Shirley Temple and about every other film star who ever attended a Kentucky derby, Gen. Jonathan Wainwright—and a railroad passenger agent who once obtained a railroad reservation for Gov. Simeon Willis when he was ill. Native sons and daughters like to be coloneled, but most of the pressure comes from out-of-staters.

While Nebraska's navy and Kentucky's colonel commissions have some sort of official standing, commissions as "honorary Texas rangers" are a little more nebulous. Apparently the first appointment was made in 1935 by Gov. James V. Allred. The only hell-for leather riding necessary for appointment as honorary ranger may be done in train, plane or automobile. Designation as an "Arkansas Traveler" is a little more formal, having been authorized by the state's 1941 legislature for "distinguished visitors, citizens and former citizens who have distinguished themselves in various fields of endeavor." North Carolina's "honorary Tar Heel organization" is just plair wish fulfillment. It was started by a state press agent, Bill Sharpe, a year or so ago when a photographer for a national magazine, on assignment in the state, made a chance remark that he wished he were a "Tar Heel."

## Frankfort Weekly News, August 29, 1908

Everybody who attended the Kera notification meeting the other day knew that Kentucky was there The Kentucky Colonels a marching club which bids fair to be as famous as any club in the country headed by Col. W B Haldeman made a splendid Impression They were complimented by W J Bryan who says he wants them to take part in the inaugural parade provided of course that the inaugural parade is in honor of Mr Bryan. The Kentucky Colonels are composed of the leading Democrats of Louisville and they are leaders in the business affairs of Louisville as well as in
the Democratic party It is a Democratlc club in every sense of the word too and not one of these kid glove affairs Col Haldeman was the father of the club and has made it successful by hard work and by his personal efforts Kentucky is proud of the club and proud to have Col. Haldeman at the head of it.

## The Key West Citizen, May 01, 1953

**Kentucky Colonel is a Thing of the Past**

The sun shines bright on the old Kentucky home at Kentucky Derby time and everyone is gay.

But that doesn't make the picture complete. There should be an elderly but erect gent surveying springtime's transformation of the bluegrass countryside. He should be stroking a drooping handlebar mustache with one hand while sipping a chipped-ice mint julep. His string bow tie should be hanging limp behind a pointed goatee. This is the Kentucky colonel. Or rather it was the Kentucky colonel. The cun'l of bygone days is no more. He has lost tho droop in his mustache, if indeed he has not lost his mustache. His garb is nothing like caricaturists picture it. About all remaining is the julep—mostly straight bourbon on chipped ice, with or without the mint.

Once each year, however, tribute is paid to the memory of the real article. A genuine Kentucky plantation flavor can be found in a shady grove at Anchorage, Ky., just outside Louisville on May 3, the day after Derby Day.

This is the annual party of Mrs. Anna Friedman, long-time keeper of the great stal of the Honorable Order of Kentucky Colonels, the colonel is there in numbers. He has come to Louisville from afar. But you wouldn't recognize him by his pictures. He looks like anything but a Kentucky colonel. Mingling with the crowd at Mrs. Friedman's estate, he will be sipping a julep—maybe for the first time. He will smack his line at the taste of Kentucky burgoo invented

by the original colonel. Burgoo is a mixture of many varieties of meats and vegetables, cooked and stirred for boon over an outdoor fire.

Mrs. Friedman's five-hour party is no promotion of the honorable order. She, with friends and neighbors, uses the occasion to honor the Kentucky remor. the lieutenant governor and their wives. The colonels, however, naturally are among the invited guests. Despite the streamlined appearance of the modern-day colonel— there are more than 10,000 of them in practically every state, all commissioned by the governor of Kentucky—the commonwealth has decided to stick by the trademark version for publicity purposes.

# Important Selections from 10,000 Articles found at the Library of Congress

Morrow's Administration Prolific of Colonels - 1922 Bourbon Kentucky
https://chroniclingamerica.loc.gov/lccn/sn86069873/1922-10-06/ed-1/seq-2.pdf

Kentucky Governor Names Baby, Two,Colonel on Staff - 1928 Evening Star
https://chroniclingamerica.loc.gov/lccn/sn83045462/1928-08-27/ed-1/seq-1.pdf

1000 New Kunnels Suh, in 25 Years, Mighty Near Too Much for Kentucky, Suh - 1931 Las Vegas https://chroniclingamerica.loc.gov/lccn/sn86076141/1931-05-26/ed-1/seq-2.pdf

Kentucky Colonels Galore - 1932 Evening Star
https://chroniclingamerica.loc.gov/lccn/sn83045462/1932-06-02/ed-1/seq-8.pdf

Kentucky Colonels Find Recruits Are Decreasing - 1941 Evening Star
https://chroniclingamerica.loc.gov/lccn/sn83045462/1941-02-19/ed-1/seq-25.pdf

Arkansas Travelers - 1942
https://chroniclingamerica.loc.gov/lccn/sn83045462/1942-06-14/ed-1/seq-30.pdf

McLemore - Ol' Colonel Mixes Favorite Philibuster - 1946
https://chroniclingamerica.loc.gov/lccn/sn83045462/1946-03-08/ed-1/seq-9.pdf

Passing of the Kentucky Colonel - 1907 Catholic Internmountain
https://chroniclingamerica.loc.gov/lccn/sn93062856/1907-04-20/ed-1/seq-4.pdf

The Kentucky Colonels - 1900 West Virginia
https://chroniclingamerica.loc.gov/lccn/sn84026844/1900-01-18/ed-1/seq-4.pdf

On Honorary Colonelcy: - 1902
https://chroniclingamerica.loc.gov/lccn/sn87062245/1902-10-01/ed-1/seq-6.pdf

# Bibliographic Resources

In Old Kentucky, 1910, gutenberg.org/files/13933/13933-h/13933-h.htm

The Little Colonel (Book Series)
gutenberg.org/ebooks/search/?query=%22kentucky+colonel%22

Kentucky in American Letters Volume 2   gutenberg.org/files/39407/39407-h/39407-h.htm

My Adventures with Your Money (The Kentucky Colonel Falls in Line)
gutenberg.org/files/44274/44274-h/44274-h.htm

# Selected Citations

Thompson, Lawrence S. "Bluegrass and Bourbon: The Colonel of Kentucky Fiction." *The Georgia Review*  7,  no. 1 (1953): 107-15. Accessed June 10, 2020. www.jstor.org/stable/41395163.

"NEWS AND NOTES." *The Register of the Kentucky Historical Society* 67, no. 1 (1969): 86-92. Accessed June 10, 2020. www.jstor.org/stable/23376815

Anthony Harkins, "Colonels, Hillbillies and Fightin': Twentieth-century Kentucky in the National Imagination," *Register of the Kentucky Historical Society*, v. 113 (Spring/Summer 2015), 421-52.

The Kentucky Colonel: A Study in Semantics (See Exhibit 8)

Note on The Kentucky Colonel: A Study in Semantics (7:3). The Louisville Courier-Journal, on Sunday, July 13, 1947, reprinted AN&Q* s Note on the Kentucky colonel. On the editorial page of the July 16th issue of the Courier-Journal appeared a reply from Wallace T. Hughes, who held an executive post with the paper at the time of Governor Morrow's lavish colonelcy appointments. Mr. Hughes, with good humor, rightly corrects AN&Q*s assumption that the

Courier*Journal* "sportive treatment of Kentucky colonels in 1920 resulted from Henry Watterson's irritation at receiving a commission from Edwin P. Morrow." Mr. Hughes explains that he himself—discerning, as he puts it, "a sort of comic opera being staged under our eyes—" began the series of editorials quoted in AN&Q* s piece, and was careful "to keep their tone playful and. good-natured, although unsparing in their burlesque of Morrow's standing army." He is convinced, he says, that Governor Morrow himself, "one of the most charming of men, with a rich vein of humor, enjoyed the fun." He continues: In one editorial The Courier-Journal reminded the Governor that he was commander-in-chief of the Kentucky navy, as well as the army that he was neglecting the navy. Morrow had his answer to that one. I was at my desk one afternoon when the door opened and Judge Robert W. Bingham, Arthur Krock, then editor of The Times [Louisville], and others entered with an air of solemnity which puzzled me. Krock carried an official-looking document. The group surrounded my desk ceremoniously. Krock spoke: "In recognition of your great service on behalf of the Kentucky navy. Governor Morrow has asked me to present you, in his name, this commission appointing you Rear Admiral of the Green River Fleet," Mr. Hughes was hesitant about bringing himself "so prominently into this story," but believed that the "best time to end an inaccuracy is at its birth."

Kentucky colonelcy though well established in a sense since Daniel Boone, John Bowman and Richard Henderson took off and **grew tenfold as a result of the actions of Colonel John Harlan** under President Abraham Lincoln when he took up the idea of Civilians in Uniform, giving rise to doctors, lawyers, businessmen, merchants and other distinguished gentlemen using a Union Uniform throughout the Civil War in much of Kentucky. Col. Harlan went on to become Chief Justice of the United States Supreme Court..

Research about [John Marshall Harlan, Kentucky Colonel and Unionist](#)