# Exhibit 2



NATIONAL HEADQUARTERS
943 South First Street
Louisville, KY 40203
KYColonels.org

502 266-6114 HQ
502 266-6848 Membership
855 214-8290 Colonels Store
502 266-6643 Fax

January 16, 2020

Colonel David Wright
302 General Smith Dr
Richmond, KY 40475-8886

Dear Colonel Wright!

Thank you for your gift of $25 and your support of the Good Works Program. Through this program, the Kentucky Colonels support worthy nonprofits throughout the Commonwealth. In 2019, the Colonels awarded $2.1 million in grants that touched over 3.9 million Kentuckians.

The IRS recognizes the Kentucky Colonels as a 501(c)(3), nonprofit organization; thus, your gift may be tax-deductible. Please retain this letter as a tax receipt.

Thank you for continuing to support the Good Works Program through your charitable giving!

Sincerely,

*Sherry Crose*

Colonel Sherry Crose
Executive Director

Tax ID# 61-0485432

Gift: $25 / Credit Card / 1/13/2020
Note: The Kentucky Colonels affirms that no goods or services are provided in exchange for donation

