Contact: Sherry Crose
502-266-6114

scrose@kycolonels.org

## KENTUCKY COLONELS ORGANIZATION MOVES TO PROTECT HISTORIC TRADEMARK

The Honorable Order of Kentucky Colonels, first established in 1931 by Kentucky Governor Flem D. Sampson, filed suit in United States District Court for the Western District of Kentucky on Thursday, February 20th to quash an attempt by an unaffiliated group to hijack its trade name and intentionally create confusion through deceptive use of "Kentucky Colonels."

The shadow group, calling itself Kentucky Colonels International (KCI), first popped up on social media and recently launched a website (kycolonels.international) which seeks donations for support and touts a paid registry for its "members." Contrary to the claims made on its website, KCI is not recognized by the IRS as a tax-exempt organization.

The Honorable Order of Kentucky Colonels (HOKC) is a nonprofit, tax-exempt corporation which has made more than 3,500 grants—totaling more than $29 million—to nonprofit organizations across Kentucky in the last 20 years. Since 1951, HOKC has made more than 7,300 grants, totaling nearly $51 million and currently has more than 30,000 active members across the US and in 46 countries.

"This action is important because people are being confused by the deliberate efforts of this entity and we must defend the goodwill built over many decades by individual Colonels and The Honorable Order," said Executive Director Sherry Crose. "The 'Kentucky Colonels' mark is our federally registered trademark and it represents individuals who honor their commission and charitable efforts."

HOKC is also seeking a temporary restraining order and preliminary injunction against KCI.

**About The Honorable Order of Kentucky Colonels, Inc.**

HOKC is a 501(c)(3) dedicated to supporting charitable activities throughout the Commonwealth of Kentucky. For decades, HOKC has pursued its mission through annual grants to charities across the state. This grant-making function is funded by generous donations of its active members. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, Kentucky Colonels.

#####