# Exhibit 5

Demonstration of the use of Kentucky Colonels as the name of the HOKC website and the use of the © symbol in relation to their website content present at [kycolonels.org]

© 2020 Kentucky Colonels. All Rights Reserved.

