# Exhibit 9

Las Vegas Age, May 26, 1931

FRANKFORT, Kentucky May 25 -- Mass production of Kentucky colonels in the last four years has created an oversupply. It is estimated there are enough of them now to officer an army of 3,000,000.

So there's a move afoot to have the governor hand out his Commissions more sparingly. An organization to be known as the Kentucky Colonels' Association plans to take out incorporation papers, adopt insignia and formulate a code of ethics for the colonels.

Recent administrations have been generous with their commissions, but Gov. Flem D. Sampson has broken all records in his three and a half years in office by commissioning 589 men. women and children as colonels on his staff.

Lieut.-Gov. James Breathitt. Jr., has thirty-six colonels on his staff appointed when the governor. Of opposite politics, was out of the state.

Then E C. Walker, president pro tem of the senate, appointed nineteen colonels one day when both the governor and lieutenant-governor were out of Kentucky. It is estimated that one thousand colonels have been appointed in the past twenty-five years.

Governor Sampson also has appointed enough admirals to direct fifteen fleets. His "navy." like his "army." is all officers. In addition to fifteen admirals he had one rear admiral, three commodores and a colonel of marines. Practically every stream in the stale has an admiral and some of them were left high and dry by last year's drought

The Kentucky Colonels' Association hopes to revive an old custom of giving colonels' commissions only in recognition of outstanding public service, either for the commonwealth or for the nation.

# Exhibit 9

The Evening Star, June 09, 1933

# KENTUCKY HAS MORE COLONELS THAN IT HAS STATE MILITIAMEN

## Official Begins Compilation of 3,000 Honorary Officers Commissioned by Governors.

By the Associated Press.

FRANKFORT, Ky., June 9.—A friendly rivalry has developed between Gov. Ruby Laffoon and Lieut. Gov. A. B. (Happy) Chandler over the appointment of Kentucky colonels.

Between them they have commissioned 1,240 honorary colonels, admirals, rear admirals, captains and officers of lesser rank to date.

When friends of the chief executive josh him about the large number of colonels he has commissioned, he remarks: "I'm still several behind Happy." And when the lieutenant governor's friends remind him of his many colonels and admirals, he counters, "Gov. Laffoon can appoint colonels every day. I have had only a few days at it."

The official count, however, shows the Governor is 10 up on Mr. Chandler as acting governor. Gov. Laffoon has commissioned 625 honorary aides and Mr. Chandler, on the four occasions he has served as acting governor, has named 615.

A study of the whole colonel question is now being made by Nat B. Sewell, State inspector and examiner. It will include a compilation of all the Kentucky colonels made within the last 25 years. It is expected to show Kentucky has more honorary colonels than members of its State Militia.

It is estimated that about 3,000 colonels, admirals and other honorary officers have been appointed in the last quarter of a century—there is an admiral for nearly every stream and lake in the State.

Twenty-five years ago a Kentucky colonel was known by his characteristic goatee, broad-brimmed felt hat and, perhaps, his mint julep. A Governor appointed 12 colonels at the most and they were supposed to don uniforms and gold braid for occasions of State. But the army of colonels today takes in men, women and children.