# Exhibit 10

**Facebook Transparency Report for:**

## Honorable Order of Kentucky Colonels

