# Exhibit 14   https://kentucky.colonels.net/resources

## Kentucky Colonel Foundation

# Resources

## Resource Listing

There are a great number of resources available to Kentucky colonels who are interested in extending their honorable title through community involvement and benevolent societies around the world that are established by other colonels.

### Websites

- Colonels Network (Colonelcy in 13 States)
- Kentucky Colonel Foundation (KCF)
- Honorable Order of Kentucky Colonels® (HOKC)
- Kentucky Colonels Switzerland
- UK Brigade of Kentucky Colonels
- Kentucky Colonels Amateur Radio Club
- Kentucky Colonels of Central and Southeastern Kentucky
- German Brigade of the Honorable Order of Kentucky Colonels
- Philadelphia Kentucky Colonels

### Facebook Pages

- Kentucky Colonels International (KCI)
- Honorable Order of Kentucky Colonels (HOKC)
- I'm proud to be a Kentucky Colonel
- Tri-County Kentucky Colonels
- Philadelphia Kentucky Colonels
- Kentucky Colonels Spain
- Kentucky Colonels Switzerland
- Antipodean Brigade of Kentucky Colonels
- Kentucky Colonels Henderson Chapter

## Facebook Groups

- Kentucky Colonel Foundation
- Kentucky Colonel Social Media Club
- Honorable Order of Kentucky Colonels, New York City
- Pennyrile Area of Kentucky Colonels
- Georgia Masonic Kentucky Colonels
- Kentucky Colonels of Virginia
- Kentucky Colonels - Toronto Area, Canada and Abroad
- Georgia Chapter of Kentucky Colonels
- Honorable Order of Kentucky Colonels- Central PA
- KY Colonels in Action

## Other Useful Resources

- The Kentucky Encyclopedia - Kentucky Colonel
- Wikipedia article about the Kentucky Colonel
- Wikipedia article about the Goodwill Ambassador
- First website dedicated to the Kentucky Colonel "(colonel.org)

## Academic Resources

- The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy

## Historical References

- A Kentucky Colonel, by Opie Read
- History of Kentucky and Kentuckians (3/3 References)
- Life and Times of Colonel Daniel Boone
- The Adventures of Daniel Boone
- The Little Colonel Maid of Honor
- All That's Kentucky: An Anthology (1915)
- Register of the Kentucky State Historical Society
- American Notes And Queries, April 1947 Volume VII Number 1
- My Old Kentucky Home by Kentucky Colonel Jeffrey Ising
- Kentucky and Kentuckians
- Country Estates of the Bluegrass
- Daniel Boone, the Pioneer of Kentucky
- Lincoln and the Bluegrass
- Daniel Boone Backwoodsman
- Who's on Stage (Reference to the 1892 play "The Kentucky Colonel")

## Semantic and Data Sources

- Freebase Semantic Browser
- Explicit Google Search
- Kentucky Colonel (Wikidata)
- Kentucky Colonel (Quora Topic)

## References to Organizations

- Louisville Courier Journal (Kentucky Colonels Club) 1909

Other references can be found to Kentucky Colonels' clubs by deep mining the Internet Archive and the Library of Congress going back to 1898.

## Kentucky Colonels Prior to 1925

References sent by our Members

- Kentucky Colonels (Music Band 1923)
- Kentucky Colonels (Kentucky Irish American 1909)
- Kentucky Colonels (Louisville June 1906) 11th, 12th
- Kentucky Colonels Male Quartette (1899)
- Prince of Kentucky Colonels (Col. William J. DuVal)
- Aspects of Jewish Power in the US (40 references)
- Evan Sidebottom McCord, Jr. President, Kentucky Colonels 1912-1913
- Captain Henry of Geauga (1900)
- Proceedings Illinois State Bar Association May 1920

References are also made about the Kentucky Colonels Drum and Bugle Corps, Post 7 in Frankfort, Kentucky.

## Not so Useful Resources

- English Sheepdog Named a Kentucky Colonel (UPI News, 1980)