# Exhibit 15

New York Tribune, Sunday News, February 1, 1920

Kentucky Is to Lose Both It's Juleps and It's Colonels

Marse Henry's Old Paper Begins Campaign Against Empty Military Titles



BACK in "the good old days," before the war and the h. c. of l. and the "Reds," back in that peaceful era when we didn't realize how nearly utopian our existence was, there used to run through our heads, whenever we thought of old Kentucky, the descriptive lines:

"Where the corn is full of kernels And the colonels are full of corn."

But that also was in "the good old days." The story of how the colonel lost his "cawn juice" at the hands of a benevolent and paternal Congress is already old.

And now, piling Pelion upon Ossa, heaping insult upon indignity, the Kentucky colonel, sah, is to be deprived of his glory, of his chief claim to fame, -of his very dignity and title. He is to lose, in fact, his very existence, if the designs of one of his heretofore best friends be carried to a consummation. For, argues "The Louisville Courier-Journal"."Marse Henry" Watterson's own child.the rank is an absurdity and the honor bunk.

The creation, a few days after his assumption of the reins of state government, of fifty-one colonels at one fell swoop by the newly inaugurated Governor, Edwin P. Morrow, aroused "The Courier-Journal" to words of scorn.

The Governor's Humor

And was it merely a coincidence or his desire to honor the dean of the country. journalists and the foremost son of Kentucky, his friends ask, that led the Governor shortly thereafter to invest Mr. Watterson with the proud title of colonel on the governor's staff?

Whether intentional or not, it was;.. fine piece of irony, for "Marse Henry," although he has been called "Colonel" Watterson for lo, these many years, by the press of the country, is decidedly not a believer in such empty titles.

Several times the veteran editor has been tendered commissions by Governors of Kentucky, but "Marse Henry" has consistently turned them back with thanks, refusing the doubtful honor firmly, but always politely.that is, politely as far as his letters of declination were concerned. There is no reason to believe that Mr. Watterson will do otherwise than as he always has done with regard to his latest commission.

One of the primary rules of his paper, one of the first things each "cub" on "The Courier-Journal" had to learn, was that the editor was just "Mr." Watterson, or plain Henry Watterson (and not Henri, either), in the columns of his journal. "Colonel," being a purely honorary and unearned title, was taboo.

"The new executive should think twice before palming upon a real friend one of these absurd titles," was the comment of "The CourierJournal" upon the recent occasion of Governor Morrow's shower of commissions. "They should be reserved for persons whom the Governor dislikes. It's a dollar to a tin sword that the Governor could never think of a sweeter revenge than to sneak up on an enemy.one who has never smelled powder and never will smell powder.and while the latter isn't looking pin a 'colonelcy' on his swallow-tail .coat."

The ranks of the goated and moustached colonels, already wavering under one cruel constitutional blow, are reported to have crumbled before this unkindest thrust.

"The Governor shall appoint the Adjutant General and other officers of his staff."

This is the language of the Constitution, lega] authority for that adjunct of the state's military system, "aide-de-camp on the Governor's staff with the rank of colonel.

Immemorial usage gives sanction to the bestowal of the title upon those the Governor is pleased to honor, and folks about Frankfort remember, in the days of Proctor Knott and Simon Bolivar Buckner, seeing the aides, resplendent in irold braid and shoulder knots, with swords a dangle, conspicuous at the Governor's receptions.

Acting Governor Charles A. Wickliffe had three of them on his staff in 1836. There was a notation in his minutes of the appointment of aides without any designation of rank

It was in those early days that the state militia system was undergoing a fundamental change, initiating the volunteer organization of the National Guard, such as exists to-day, and the staff officers gradually altered from the character of a useful adjunct of the military establishment to a purely ornamental position in the executive suite.

Back in the early thirties of the last century Kentucky had as many as 123 regiments of militia, three or four major generals, a corporal's guard of brigadiers, nnd almost as many active colonels as Governors Stanley and Black, the immediate predecessors of the incumbent,

designated on their respective staffs; a goodly platoon of majors, and so many captains and lieutenants that the Assistant Secretary of State fell into the habit of entering on the journal the appointment of "sundry" company and platoon officers.

In those days every able-bodied man between the ages of eighteen and forty-five was a member of the state militia. They even had annual musters. The state was divided into regimental territories and every man liable to military duty in the territory was enrolled as a member of that regiment. Governor Isaac Shelby's journal consists almost exclusively of the appointment of militia officers and calls on the state militia to put down Indian uprisings during the term of office of the state's first chief executive.

It is conjectured that a staff position in those days excused a man from active service in the militia, although the Governor's staff, in view of the large military establishment, may have had some real duties to perform. At all events, as the old system gradually sank into non-observance, the staff multiplied, and as the list of real generals, colonels and majors shrank, the list of aides with the rank of colonel increased.

As late as Governor McCreary's time his seventy aides wore dress uniforms, swords and gold braid, and added a gorgeous touch to popular gatherings at the executive mansion, almost outshining the ladies in the splendor of their attire. With the outbreak of the war, uniforms, except for service, were taboo, and no part of the military dress of the United States army could be worn by civilians. Consequently, few of the hundred-odd colonels on Governor Stanley's staff ever purchased uniforms.

Governor Black during his brief tenure added fifty-eight to the total number of Kentucky colonels, and Governor Morrow in the month he was back in office has created fifty-five aides with the honorary rank. The first commission he issued was a compliment to the mentor and guiding genius of the Republican party in Kentucky, A. T. Hert, Republican national committeeman.

Pointing out the fact that the Constitution makes the Governor commander in chief of both the army and navy of Kentucky and that the navy's rights to a few others have been lamentably ignored, "The Courier-Journal" "arises to champion its rights to some admirals, or even commodores."

Kentucky's Navy Slighted

"Let the voices of a million Kentuckiana sound and resound through the sweeps of the soft valleys and up the slopes of the everlasting hills until they echo glorioualy and terrifyingly against this foul and unjust discrimination against the the state's approximately gallant and almost invincible navy!

Having raised its voice in defense of the Kentucky navy, "The Courier-Journal" next turned its attention to the urgent need of an up to-date model of the uniform of the Kentucky colonels.'. which as at present constituted is said to be entirely too simple for the distinguished military part they will be called upon to play at receptions, banquets and parades. It is too much,

3

possibly, like a mixture of the uniform of Admiral Sir Joseph Porter in "H M S. Pinafore" and a costume of;a Knight of Pythias.

Says the editor: "The task of designing a modern uniform is one. requiring a high quality of the aesthetic. aspersion of the Governor's. talent in that line is intended when we say firmly that we doubt the Governor's artistic training or preparing this important bit of sartorial architecture himself He might make the mistake of resorting to the Doric or the Renaissance pattern, when more deftly trained designers would show that the model should be Corinthian superimposed upon twentieth century Mansard. It might he that a touch of the twenty first century should be introduced in anticipation of the future and in justification of the colonels' rights to be in the lead in matters of time as well as in matters of pageantry.

"Therefore, 'The Courier-Journal' urges the Governor immediately to appoint a commission for a reformation of the uniform of the colonels of his staff, early action being desirable in the interest of the tailors since fifty-eight uniforms might now* cause little trouble, although thousands later on might produce a congestion of huge consequence to everybody who wears clothes in Kentucky."

Commission on Uniforms

Pursuing the topic, it is suggested by the writer that the commission be limited to five and that it consist of one milliner, one architect, one scene painter, one wholesale hardware dealer and one photographer.

The editorial continues: "The commission should, in turn, give consideration to the suggestion that a colonel should not be limited to carrying just one sword. He should be permitted to carry two - one in each hand. There should be some form of distinguished service medal for bestowal upon such colonels as look the handsomest in costume, or for such other triumphs as their military careers might disclose. Occasionally one of the colonels without a shadow of doubt will suffer from wounded feelings, and a form of wound stripe should be prepared for use in such an emergency.

Plainly the present system is antiquated. It should be instantly modified. The Kentucky colonels should be the most dazzling monuments in Kentucky, even if we must electric light 'em.