UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

## AFFIDAVIT

Affiant, Cornelius E. Coryell II, being first duly sworn, states as follows:

1. I am employed as an attorney with Wyatt, Tarrant & Combs, LLP and serve as counsel to Plaintiff in this matter.

2. I have made this Affidavit on the basis of personal knowledge of the matters set forth herein. I am over the age of eighteen and I am competent to testify to the matters set forth herein.

3. Plaintiff filed its Verified Complaint on February 20, 2020 against Kentucky Colonels International ("KCI"), Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads"), and Globcal International ("Globcal") (the "Corporate Defendants") and David J. Wright ("Wright") **[DE 1]**.

4. On February 21, 2020, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction **[DE 7]**.

5. The Court entered a temporary restraining order enjoining Defendants from infringing on Plaintiff's intellectual property on February 25, 2020 **[DE 14]**.

6. The Court held a hearing on Plaintiff's Motion for a Preliminary Injunction on March 4, 2020 and Defendants failed to appear **[DE 22]**.

7. On March 4, 2020, Wright, *pro se*, filed an Answer to Motion for Temporary Restraining Order and Preliminary Injunction on behalf of himself and the Corporate Defendants **[DE 23]**.

8. On March 4, 2020, Wright, *pro se*, filed a Motion to Dismiss or Continue with Time Extension on behalf of himself and the Corporate Defendants seeking 90-120 days to retain counsel and file a responsive pleading **[DE 24]**.

9. This Court's March 23, 2020 Order acknowledged that Wright may not appear on behalf of the Corporate Defendants **[DE 32]**. The Court granted the Corporate Defendants a sixty (60) day extension of time to retain counsel and file an answer, counterclaim, or any brief in opposition to Plaintiff's motion for preliminary injunction [*Id.*]. The Court also extended the temporary restraining order [*Id.*].

10. The Corporate Defendants failed to file a responsive pleading within the sixty (60) day extension granted by the Court's Order **[DE 32]**. On May 22, 2020, Plaintiff requested an entry of default against the Corporate Defendants by the Clerk of the Court and moved for default judgment **[DE 38]**.

11. On June 3, 2020, the Court denied Plaintiff's motion for entry of default and motion for default judgment **[DE 38]** and gave the Corporate Defendants an additional twenty (20) days from the date of the order to retain counsel and respond to the Verified Complaint and motion for preliminary injunction **[DE 46]**. Specifically, the Court stated that "**Failure by**

**the Corporate Defendants to timely retain counsel and file an appropriate response to the Verified Complaint and Motion for Preliminary Injunction may result in the entry of a default and the awarding of a default judgment."** [*Id.* at PageID# 1020].

12. The generous eighty (80) day extension of time to retain counsel and file responses to the Verified Complaint and Motion for Temporary Restraining Order and Preliminary Injunction has now passed and the Corporate Defendants have not filed an Answer or responsive pleading in this matter.

Further, Affiant sayeth naught.

## VERIFICATION

I, Cornelius E. Coryell II, hereby certify that I have reviewed the foregoing statements, and they are true and accurate to the best of my knowledge and belief.

_____
Cornelius E. Coryell II

STATE OF KENTUCKY        )
                         )  :SS
COUNTY OF JEFFERSON__    )

The foregoing instrument was subscribed, sworn to, and acknowledged before me this 1st day of July, 2020, by Cornelius E. Coryell II.

My commission expires: __December 5, 2022__.

_____
NOTARY PUBLIC
NOTARY I.D. __612095__

100318095

3