# EXHIBIT 1

**Coryell, Corky**

| | |
|---|---|
| From: | David J. Wright <david.wright@globcal.net> |
| Sent: | Thursday, June 25, 2020 5:20 PM |
| To: | Coryell, Corky |
| Subject: | Re: [DAVID J. WRIGHT] RE: Notice of Motion for Leave to File Supplement... |

CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Dear Mr. Coryell,

Thank you for sending a copy of your reply to my motion. It raises some valid points, but nonetheless everything is in my hands and the organizations hold no responsibility nor can they be held responsible for any damages.

As indicated previously and in my motion earlier this week, we are looking for a settlement or to dismiss this case so that we can proceed with our business of promoting Kentucky Colonels as a subject of the public domain.

It is very clear that under USC 1111 that your client will not be able to get a financial award from this action from me or the organizations; and after looking at the case relative to Dial a Mattress and the other trademark case upheld by the Supreme Court. You know as well as I do that "Kentucky Colonels" is a term that is merely descriptive and generic, whereas their full name is quite the opposite.

I have not contacted the other organizations that use the term or that currently receive donations and offer membership to their own independent clubs that are based on Kentucky Colonels.

I am working on a book about Kentucky Colonels now and as you can see from my previous filing we have accumulated a considerable amount of research.

I am only willing to let this go if your client either gets involved and endorses the book to be viewed positively (instead of as an adversary), we can perhaps even dedicate a chapter to them and still work out an agreeable settlement to assume control over our social media assets. The alternative is that I will find private sponsors for the book and treat the situation as I see it as one of the co-authors. A cooperative arrangement will let your client have its cake and eat it too, and win me over as an ally instead of your opponent.

A settlement will also result in a very positive change in Wikipedia, that page on Wikipedia got over 22,000 unique visitors last month and your client does not receive even a quarter as many each month. An article rated as a "Good Article" there would result in greatly increased traffic for your client as well, at least by 3x.

While continuing the controversy may benefit you and your law firm for some time to come, it will not come out well for your client or for the status quo. We will be seeking that only colonels make nominations and there are many other colonels that want it this way as well. These and other

1

changes are ones that we will continue to seek notwithstanding the court.

So what do you say? Let's find a way to make an amicable resolution work, I am certain my ideals can boost your client significantly and will show goodwill towards the Commonwealth and the Kentucky Colonel Commission. There are lots of colonels watching this case to see how it comes out.

Thank you and best regards,

## Col. David J. Wright
Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits
## Ecology Crossroads Cooperative Foundation

Globcal International
Kentucky Colonel Foundation
De'Aruhua Cacao

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright

**Cellular:** (+58) 426-111-0529
**WhatsApp:** Send Message then Call

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Thu, Jun 25, 2020 at 4:10 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

See attached that was just filed with the Court.

Corky

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com



Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David J. Wright <david.wright@globcal.net>
**Sent:** Monday, June 22, 2020 1:35 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>
**Subject:** Notice of Motion for Leave to File Supplement...

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Please see the attached Motion and exhibits.

Please also consider the implications that if I need to file a counterclaim that I will request as our relief, cancellation of the HOKC trademarks so they are prohibited or barred from being used as marks in any descriptive or generic manner by your client that do not follow strict guidelines as purely arbitrary marks, which they clearly are not because they involve Kentucky colonels.

Also please take note that by challenging or attempting to discredit my claim to officiality in the motion because **you** may also reduce the viability of the commission of the Kentucky Colonel and endanger its continuance as a great, desirable and prestigious honor. This would not be very productive to your client or to anyone so please be careful.

We are in the process of submitting a formal "letter of protest" to the USPTO under TMEP §706 & §1715 sometime this week because we strongly believe in everything that we have claimed in the supplement and that the "term" needs to remain in the public domain. If the letter is accepted your client's chances of registering the term notwithstanding the US District Court will be reduced to less than 1%.

My previous offer to negotiate a settlement remains in force.

Thank you and best regards,

## Col. David J. Wright

Goodwill Ambassador, Kentucky Colonel, Conservationist

Principle Works and Pursuits

## Ecology Crossroads Cooperative Foundation

Globcal International

Kentucky Colonel Foundation

De'Aruhua Cacao

Social Media: Facebook | LinkedIn | Twitter

Personal Website: Ambassador Col. David J. Wright

**Cellular:** (+58) 426-111-0529
**WhatsApp:** Send Message then Call

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

========================================================================================

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.

========================================================================================

4