# EXHIBIT 2

Kentucky River Foothills Development Council, Inc.



Tammy    Home    Create



## MOST NEEDED ITEMS:
- Non-perishable food items
- Bottled water
- Personal care items
- Feminine hygiene products
- Incontinence products
- New socks and underwear
- Cleaning supplies
- Laundry detergent
- OTC Medication
  - Ibuprofen, Tylenol, cough drops/syrup (alcohol free)

See KRFDC's COVID-19 Response: https://foothillscap.org/
To make a financial gift online: https://foothillscap.org/get-involved/donate/

Kentucky River Foothills
Development Council, Inc.

**Kentucky River Foothills Development Council, Inc.**
@KRFDCInc

Home
About
Events
Photos
Videos
Community
**Posts**
Home
Reviews

Create a Page

Follow    Create Fundraiser    Share    Contact Us    Send Message

 **Kentucky River Foothills Development Council, Inc.**
July 6 at 11:18 AM ·

Thank you Honorable Order of Kentucky Colonels



**Liberty Place Recovery Center for Women**    Follow
July 6 at 11:16 AM ·

The dormitories and studio apartments at Liberty Place are heated and cooled with a small unit called a PTAC (similar to the heating/cooling units found in hotels). These were installed in 2008 when the center opened. Many of these were on the verge of becoming inoperable. Thanks to a $10,000 grant from the Honorable Order of Kentucky Colonels the house will get six new PTAC units soon. This is just in time for summer! This is life changing. Thank you so much.

8

Like    Comment    Share

 Write a comment...

 **Kentucky River Foothills Development Council, Inc.**
July 8 at 8:59 AM ·

We're hiring a Transportation Director. Read full details here:
https://foothillscap.org/jobs/transportation-director/

5.0  **5 out of 5** · Based on the opinion of 6 people

**Community**    See All

Invite your friends to like this Page

1,507 people like this

1,651 people follow this

17 check-ins

**About**    See All

📞 (859) 624-2046

Typically replies within an hour
Send Message

🌐 foothillscap.org

✉ Social Service · Nonprofit Organization · Public Service

💲 Price Range $

🕐 Hours 8:00 AM - 4:30 PM
Open Now

✏ Suggest Edits

**Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - February 15, 2011

Page manager location: United States

**Team Members**

 **Karen Atkins**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020