# Exhibit 1

Settlement Offer from the Plaintiff sent by Email

June 5, 2020

Mr. Wright,

Thank you for your email below. I appreciate your comment regarding your willingness to settle this matter. The Honorable Order of Kentucky Colonels ("HOKC"), likewise, would very much like to avoid the distraction of protracted litigation.

As we have indicated throughout, HOKC is only attempting to protect the goodwill behind its KENTUCKY COLONELS Mark and prevent further confusion on the part of its patrons, donors, members and the general public. To that end, HOKC would be willing to consider settlement of this matter if you and your affiliated organizations (including Kentucky Colonels International; Kentucky Colonel Foundation; Ecology Crossroads Cooperative Foundation, Inc.; and Globcal International) would agree to the following:

1. Immediately cease and desist all use of the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION, on or in connection with the sale of any goods or services including, but not limited to, the solicitation of charitable donations, the promotion of philanthropic causes, or the career or professional advancement of any individuals or entities. This would NOT preclude you or others from identifying yourselves as Kentucky Colonels.

2. Immediately cease and desist all use of the KENTUCKY COLONELS Mark, or any mark confusingly similar to the KENTUCKY COLONELS Mark, including but not limited to KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION on any website, social media page, or blog.

3. Immediately cease and desist all use of the domain names **kentucky.colonels.international**, **kycolonels.international**, **kentucky.colonels.net**., or **blog.colonels.net**, or any domain name that is confusingly similar to "kycolonels.org" or any domain name that incorporates the KENTUCKY COLONELS Mark or that is confusingly similar to the KENTUCKY COLONELS Mark, including but not limited to KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION.

4. Immediately cease and desist all use of Facebook or any other social media platform user names "Kentucky Colonels International" or "Kentucky Colonel Foundation" or any other user name or handle that is confusingly similar to KENTUCKY COLONELS Mark.

5. Immediately cease and desist all activities aimed at disparaging HOKC and/or the KENTUCKY COLONELS Mark.

These conditions would be reflected in a formal settlement agreement and release which would also provide for dismissal of the instant action, without prejudice. The settlement agreement would require no payment of damages and would include an acknowledgement that no party admits fault.

If you agree to these conditions no later than June 23, 2020 (the Court established deadline for the Corporate Defendants to retain counsel), HOKC will forego its rights to recover damages and the additional relief requested in the Verified Complaint.

Please let me know if you have any questions concerning this proposal.

**Cornelius E Coryell**
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com