UNITED STATES DISTRICT COURT
Western District of Kentucky

**EXHIBIT INVENTORY**

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 17 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case Number: 3:20-CV-132          Style of Case: HOKC v. KCI, et al
Received from: A.D.               Received by: [signature]        Date: 7/17/20

Proceedings: Preliminary Injunction Hearing 3/4/20

Plaintiff

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | January 13, 2020 letter | | |
| 2 | Spreadsheet – 2 pages | | |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
DATE: _____ RETURNED BY: _____, Deputy Clerk