UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

## ORDER

This matter having coming before the Clerk of the Court on Plaintiff's Request for Entry of Default against Kentucky Colonels International, Ecology Crossroads Cooperative Foundation, Inc., and Globcal International (the "Corporate Defendants"); the Clerk having found that Plaintiff has sufficiently shown that Corporate Defendants have failed to plead or otherwise defend against the affirmative relief sought by Plaintiff; the Clerk, pursuant to Fed. R. Civ. P. 55(a), hereby enters the default of Kentucky Colonels International, Ecology Crossroads Cooperative Foundation, Inc., and Globcal International.

August 13, 2020

ENTERED BY ORDER OF COURT
REBECCA GRADY JENNINGS, JUDGE
UNITED STATES DISTRICT COURT
  VANESSA L. ARMSTRONG, CLERK

By: /a/: Andrea Morgan
   Deputy Clerk

Copies to : Counsel & Pro-Se Dft.