# Exhibit 1

Screenshot of [colonel.org] a website registered and introduced in 1998, first website and e-commerce platform for Kentucky Colonels (Internet Archive).







