UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.<br><br>PLAINTIFF<br><br>v.<br><br>DAVID J. WRIGHT, ET AL.<br><br>DEFENDANTS | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**   CIVIL ACTION NO. 3:20-CV-132-RGJ<br>**)**<br>**)**<br>**)**<br>**)** |

**JOINT RULE 26(f) REPORT OF PLANNING MEETING
AND PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order dated August 13, 2020 **[DN 59]**, a telephonic conference was held on August 25, 2020 between Cornelius E. Coryell, counsel for Plaintiff, and David J. Wright, pro se Defendant.

During that conference, the parties agreed as follows with regard to the proposed schedule and other matters described in the Court's Orders.

A.     Initial disclosures in conformity with Rule 26(a)(1) shall be filed by the parties no later than **October 30, 2020**.

B.     Joinder of additional parties, amendment to pleadings, and adding additional claims should occur no later than **November 15, 2020**.

C.     Plaintiff's expert disclosures should be made by **January 29, 2021**, and Defendants' expert disclosures should be made by **March 29, 2021** in compliance with Rule

26(a)(2).  Counsel shall cooperate regarding the schedule of the discovery depositions of experts promptly upon service of their reports.

        D.      Discovery will be needed on all claims set forth in the Complaint and regarding Defendant's defenses.  Discovery should be completed no later than **May 31, 2021**.

        E.      Dispositive motions shall be submitted by **July 15, 2021**.

        F.      A pretrial conference should be scheduled in **August 2021**.

        G.      A trial date be set in **October 2021** and the exchange of exhibits and final witness lists should be required forty-five (45) days prior to trial.

The parties and counsel also discussed the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case.  At this time, the parties do not believe that non-judicial resolution of the matter is possible.

The parties do not consent to referral of this action to the United States Magistrate Judge as permitted by 28 USC §636(c) and Rule 73 of the Federal Rules of Civil Procedure.

*/s/ Cornelius E. Coryell, II*
Cornelius E. Coryell, II
ccoryell@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
502.562.7376

*Counsel for Plaintiff, The Honorable Order of
Kentucky Colonels, Inc.*

100351844

*/s/ David Wright* (w/permission)
David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
859.379.8277