UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) ) ) CIVIL ACTION NO. 3:20-CV-132-RGJ |
| DAVID J. WRIGHT, ET AL. | ) ) ) |
| DEFENDANTS | ) |

**NOTICE REGARDING JOINT RULE 26(f) REPORT OF PLANNING MEETING
AND PROPOSED SCHEDULING ORDER [DN 63]**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby notifies the Court as follows:

1.  On August 26, 2020, counsel for HOKC and pro se Defendant, David J. Wright, participated in a telephone conversation discussing, among other things, the proposed schedule and other matters described in the Court's August 13, 2020 Order **[DN 59]**.

2.  By email dated August 27, 2020, the undersigned counsel provided Defendant Wright with a proposed draft of a joint Rule 26(f) report, including a proposed discovery schedule. Counsel requested Defendant Wright review the document and advise as to any suggested revisions or modifications.

3.  After the telephone conversation on August 26, 2020, counsel and Defendant Wright exchanged several email communications discussing, among other things, the possibility for a negotiated resolution of this case. In the opinion of the undersigned counsel,

those discussions did not result in meaningful progress toward a negotiated, mutually acceptable settlement.

4.  By correspondence dated September 8, 2020, Defendant Wright requested two changes to the proposed discovery schedule reflected in the draft report previously forwarded by counsel. After making those changes, counsel filed the Joint Rule 26(f) Report of Planning Meeting and Proposed Scheduling Order **[DN 63]** at approximately 9:44 a.m. on September 9, 2020.

5.  At approximately 10:58 a.m. on September 9, 2020, counsel received an email from Defendant Wright stating, among other things, "I hereby withdraw from your proposed Joint Rule 26(f) Report …." (a copy of the referenced email is attached hereto as Exhibit 1).

6.  Notwithstanding Defendant Wright's withdrawal of his consent to the report, the undersigned counsel believes that the information reflected therein is accurate and the proposed discovery schedule is reasonable.

Respectfully submitted,

*/s/ Cornelius E. Coryell, II*
Cornelius E. Coryell, II
ccoryell@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
502.562.7376

*Counsel for Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following via electronic mail, on this the 9th day of September, 2020:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

                                            */s/ Cornelius E. Coryell, II*
                                            *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100360860