**EXHIBIT 3** - Email Between HOKC Counsel and Defendant on September 17, 2020

Mr. Wright,

We have reviewed and evaluated your proposed "settlement agreement."  On behalf of my client, your proposal is rejected.

While HOKC would be willing to negotiate the matters discussed in paragraphs 1-7 and 17-18, the terms reflected in paragraphs 8-16 are ludicrous.  To the extent that we can understand those terms, they are not appropriate for inclusion in any resolution of this matter.  They certainly will not be included in any order entered by the Court.

You seem to be under the belief that you have some right to control HOKC's use of its protected KENTUCKY COLONELS Mark.  You are wrong.  Apparently, you also believe that you know more about intellectual property law than Judge Jennings.  Again, you are wrong.

There is no point to me editing your document because it is so patently absurd.

HOKC will not consider any settlement terms which purport to restrict, control, or govern its ability to use its protected Mark.  If you would like to discuss a negotiated resolution that does not include the concepts reflected in paragraphs 8-16 of your proposed agreement,  feel free to give me a call.

**Cornelius E Coryell**
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Fax: (502) 589-0309
Email: ccoryell@wyattfirm.com

Mr. Coryell,

I can agree with striking paragraphs 8-16. On this basis you have my good faith and you have your agreement. So let's get it done.

I am not interested in harming your client or their ability to raise funds to help nonprofits in Kentucky or taking my defense to any higher level unless I am compelled to do so.

Thank you and best regards,

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Social Media: Facebook | LinkedIn | Twitter
Personal Website: Ambassador Col. David J. Wright