UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| COL. DAVID J. WRIGHT | ) ) | **PROPOSED** |
| DEFENDANT | ) ) ) | **ORDER 1** |

**ORDER**

This action is before the Court on the Defendant's Motion for Judgment on the Pleadings [DN ___] and supporting Memorandum in Support [DN ___] filed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Upon consideration, the Court finds that the Defendant's motion should be GRANTED and that this action shall be DISMISSED.

The Court considered and read the above-numbered cause of Defendant's Motion for Judgement on the Pleadings and the accompanying Memorandum of Support to Defendant's Motion for Judgement on the Pleadings seeking dismissal with prejudice or a judicially fashioned equitable judgement. Considering the Defendant has effectively closed his business "Kentucky Colonels International", abandoned the associated descriptive website domains, is not currently using the Plaintiff's trademarks, that there is not enough evidence to prove

infringement of the Plaintiff's trademarks at this time and Defendant has expressed in good-faith to the Court that he has no intentions of commercializing products or services using the Plaintiff's trademarks now or in the future this action shall be DISMISSED <u>without prejudice</u>. Regarding Defendants in default per Order [DE 60] Kentucky Colonels International (defunct); Globcal International; Ecology Crossroads Cooperative Foundation, Inc; and the remaining Defendant, Col. David Wright *pro se* (collectively "Defendants") are all relieved from the Plaintiff's request for injunctive and monetary relief pursuant to 15 U.S. Code § 1111. Each party will bear their own costs with no award of damages withstanding this Order.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendants, as well as any claims that Defendants may assert or affirm against Plaintiff alleged in this case, are DISMISSED <u>without prejudice</u> and that all costs shall be borne by the party incurring same.

As the Court intends for this Order of Dismissal Without Prejudice to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SO ORDERED:

SIGNED this _____ day of October, 2020.

_____
JUDGE REBECCA GRADY JENNINGS
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY