# United States District Court for the Western District of Kentucky

For the Defendant(s) comes now Col. David J. Wright, Defendant
in Pro Se in Civil Action 3:20-cv-00132 RGJ

## Honorable Order of Kentucky Colonels
## vs.
## Col. David J. Wright

Judge Rebecca Grady Jennings
Presiding Judge in this Case

To the Clerk of the Court

Relative to Case 3:20-cv-00132 RGJ-RSE brought by the Plaintiff, **The Honorable Order of Kentucky Colonels** with an Order made by **Judge Rebecca Grady Jennings** on August 13, 2020, referring this case under FRCP 16 to Magistrate Judge Regina S. Edwards for a Rule 26 Scheduling Conference on October 16, 2020 comes **Col. David J. Wright**, *Defendant, pro se* under 28 U.S.C. § 1654.

The Defendant herein submits a "Motion to Stay Discovery" in Case 3:20-cv-00132-RGJ-RSE.

Since this is not a dispositive motion it is for the docket of **Magistrate Judge Regina Edwards** pursuant to Order [DE 59] resulting in Order [DE 61]. A complete Proposed Order based on a similar case has been provided in good-faith to save time and expense of the Court.

Attached:

**Motion to Stay Discovery**
**Proposed Order Staying Discovery**