UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20CV-00132-RGJ

HONORABLE ORDER OF
KENTUCKY COLONELS, INC.                                                    PLAINTIFF

VS.

DAVID J. WRIGHT, et al.                                                   DEFENDANTS

## ORDER

Presently before the Court is *pro se* Defendant David J. Wright's ("Wright") Motion to Stay Discovery. (DN 66). Plaintiff The Honorable Order of Kentucky Colonels, Inc. ("HOKC") responded in opposition. (DN 67). The Court acknowledges that there is a pending dispositive motion, Wright's Motion for Judgment on the Pleadings (DN 65), before the District Judge in this case. It has also been brought to the Court's attention that settlement of the matter may be viable. (*See, e.g.*, DN 65-6; DN 65-7). For these reasons, the Court will vacate the Rule 16 Case Management Conference scheduled for October 16, 2020. The parties are ordered to participate in meaningful settlement discussions and shall report their efforts, along with any other updates in the case, to the Court in a joint status report by November 1, 2020.[1] Upon receipt of such report, the Court will determine the appropriate next steps in this case.

**IT IS THEREFORE ORDERED** that the Rule 16 Case Management Conference scheduled for October 16, 2020 is **VACATED.**

---

[1] HOKC points out in its response that Wright's Motion for Judgment on the Pleadings (DN 65) is his sixth attempt at dismissal of the case. (DN 67). HKOC claims that Wright's latest effort is based on the exact same arguments that have previously proved unsuccessful. (*Id.*). The Court agrees that discovery should not be postponed indefinitely while Wright continues to pursue repetitive, unsuccessful motions to dismiss.

**IT IS FURTHER ORDERED** that the parties shall **participate in meaningful settlement discussions** and report such efforts, along with any other updates in the case, to the Court in **a joint status report by November 1, 2020.**

**IT IS FURTHER ORDERED** that based on the above, Wright's Motion to Stay Discovery is **moot** and will be **DENIED WITHOUT PREJUDICE.**

October 6, 2020

Regina S. Edwards, Magistrate Judge
United States District Court

Copies:	David J. Wright, *pro se*, Edificio Torre 997, Local B, San Juan, Caracas, Distrito Capital 1021, Venezuela
Counsel of Record