UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br>    ) <br>    PLAINTIFF ) <br>    ) <br>    ) <br> v. ) <br>    ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br>    ) <br>    ) <br>    DEFENDANTS ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DE 65]**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court for an extension of time to respond to the latest, and sixth, motion to dismiss filed by the Defendant David J. Wright. As grounds for this motion, HOKC states that the parties were recently directed to submit a report of their settlement efforts to the Court and that the order stated "upon receipt of such report, the Court will determine the appropriate next steps in this case." [10/6/20 Order **[DE 69]**]. HOKC respectfully submits that its time to respond to the Defendant's Motion for Judgment on the Pleadings **[DE 65]** should be stayed and extended pending the Court's guidance on how this case will proceed.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 7th day of October, 2020:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100378412