UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. ) ) ) | |
| PLAINTIFF ) ) | |
| v. ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. ) ) ) ) | |
| DEFENDANTS ) | |

## ORDER

Upon motion of the Plaintiff The Honorable Order of Kentucky Colonels, Inc. for an extension of time to respond to Defendant's Motion for Judgment on the Pleadings **[DE 65]**, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the motion be, and it is hereby, granted and that Plaintiff's deadline for responding shall be stayed pending further orders of the Court.