## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:20-CV-00132-RGJ

**HONORABLE ORDER OF KENTUCKY**
**COLONELS, INC.**                                                                                                      **PLAINTIFF**

**VS.**

**DAVID J. WRIGHT**                                                                                                         **DEFENDANT**

### ORDER

A telephonic conference was conducted in this action on November 13, 2020, at 11:00 AM, at the Court's request. Cornelius Coryell and Julie Watts appeared for Plaintiff. *Pro se* Defendant David Wright was unable to connect to the call. The Court determined based on the parties Joint Status Report (DN 73) that the best course is to set the matter for a formal settlement conference before the undersigned. The Court will issue a separate order setting forth the time, date, and other details of the settlement conference. The parties are advised to read the forthcoming order in its entirety. **IT IS SO ORDERED.**

Copies:       David J. Wright, *pro se*, Edificio Torre 997, Local B, San Juan, Caracas, Distrito Capital 1021, Venezuela
Counsel of Record

0|10