# EXHIBIT 1
# TO MOTION TO SHOW CAUSE

 

☰    **Commonwealth Colonels**        **Home**    About Us    FAQ    🔍

# Commonwealth Colonels

## Goodwill Ambassadors of the World

*Protagonists of Culture, Customs, and Tradition*

             Like    Share

ⓘ

  Commonwealth Colonels                    **Home**   About Us   FAQ   🔍

Our organization introduced the first website for colonels in 1998 to give prominence to the Kentucky Colonel Commission as a meritory award with diplomatic credence that is respected and understood internationally. All those who have received the honorable title from the Governor of the Commonwealth are recognized as his traditional '**Aide-de-Camp**' also designates them officially as a goodwill ambassador for the state with letters patent (a legal document) resulting in a lifetime officer's commission as a Colonel.

"We never surrender. We never hide from history. We make history." -Senator John McCain, Kentucky Colonel

## Our New Name

Our new name **Commonwealth Colonels,** formerly *Kentucky Colonels International,* **was selected** due to a lawsuit filed by *The Honorable Order of Kentucky Colonels, Inc.* (HOKC) with the Federal District Court in February 2020 for trademark infringement following their filing of applications for trademark protection making claim to the descriptive term "Kentucky Colonels" three days previously. Their motive is to engage them in commerce to offer membership services, charitable services, promote social events and sell products using the term as their brand name. The case resulted in a Preliminary Injunction on August 13, 2020 prohibiting our use of the wordmark "KENTUCKY COLONELS" as a component term of our generic trade name or to use as a descriptive Internet domain name. The case is still pending and may affect the rights of other organizations that use the term "Kentucky Colonels" to describe their organizations. (See Resources for a list of organizations that may be harmed, see Lawsuit for information regarding the case.)

To defend the lawsuit we performed an in-depth historical investigation and review of *Colonelcy in America*, we concluded that the factual origins of Kentucky Colonelcy are with the Transylvania Colonels, writers of the Kentucke Magna Charta, the Commonwealth of Pennsylvania, the Commonwealth of Virginia and the State of North Carolina. We believe that under the new name "Commonwealth Colonels" there should be no dispute under the court order by removing the word Kentucky from our name and replacing it with Commonwealth which also refers to the Great Dominion and Colony of Virginia and the Supreme Executive Council of the Commonwealth of Pennsylvania in our history, justifies itself by holding a different comprehensive factual historical account and philosophy to understand; than the proposed fictitious history of Kentucky colonelcy which has emerged based on incomplete research offered by the Honorable Order of Kentucky Colonels in 1941. The tradition of colonelcy today in Kentucky is based in the ideals of a commonwealth in the origins of Pennsylvania, Transylvania (Kentucke), Virginia and the American Revolution starting in 1775. See more about the history below. (Discover much more on our special History page.)

Kentucky colonels that volunteer in our goodwill ambassador development program **"Commonwealth Colonels"** as part of the American Colonel's Network serve both the state and the sitting governor directly without remuneration and without regard to political party, race, gender, civil status, or religion. Those who join us as volunteers *become eligible to be nominated for additional awards, commissions and proclamations* based on demonstrating their dedication to continue making the world a better place through their individual efforts.

## C ⓘ Website

Our website, currently under redevelopment is strictly based on providing educational, historical and literary

11/17/2020                                Commonwealth Colonels

  Commonwealth Colonels          **Home**   About Us   FAQ   🔍

improvements for our online formation. The **Commonwealth Colonels** is not a secret society, our development online is to promote commissioned volunteers as public figures, community leaders, and goodwill ambassadors that are well-respected, fair, and trustworthy ladies and gentlemen from all walks of life who have been recognized with the honor and virtue of earning the title of Kentucky Colonel. This website is presented as a literary affair and is subject to this basis for further development into published works and printed materials.

We are planning on providing biographical services, news distribution and social media content on the behalf of our fellowship using the website its participation in the **American Colonel's Network**.

## The Kentucky Colonel

**Kentucky Colonel** is the highest <u>title of honor</u> bestowed by the <u>Commonwealth of Kentucky</u>. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions, and outstanding service to community, state, or the nation.

The Governor of Kentucky bestows the honorable title with a colonel's commission through the issuance of letters patent. The commission is a legal act of the Office of the Governor and lifetime appointment as an honorary officer of the Commonwealth.

## Kentucky's Goodwill Ambassadors

Today there are more than 150,000 Kentucky colonels living in over 70 countries, <u>many organizations</u> have been formed since the turn of the 20th century to promote their activities, fraternity and social prosperity. While colonels today have no official responsibilities mandated, they are legally recognized as goodwill ambassadors due to their dedication to community service, contributions to the welfare of the state, and improving the lives of others to make the world a better place for everyone.

The honorary title is warranted through _letters patent_ which grants them the title "Colonel" recognizing them as "Honorable" through a commission as an officer on the governor's staff. Colonels optional duties are _de facto_ and _extra-officio_ responsibilities of promoting tourism, economic development, participation in community service, fostering the general prosperity of the Commonwealth and projecting Kentucky's image abroad on behalf of the State and the Governor.

Colonels are in a great part responsible for more than 10 billion dollars per year to the Commonwealth's economy by boosting tourism and economic development.



 **Commonwealth Colonels**          **Home**   About Us   FAQ   🔍



**"United We Stand, Divided We Fall"**
Historic representation of the Kentucky Coat of Arms (c. 1876).

☰  Commonwealth Colonels          **Home**    About Us    FAQ    🔍

Those who have received a commission may apply to be recognized in the **International Title Registry**, an idea originated by our network group in 1998, the registry will recognize *all* American and international academic, appointed, commissioned, elected, hereditary, identified, post-nominal, and purchased titles of achievement, distinction, honor, and merit from around the world. Nearly any honorific title of distinction issued by a head of state, secretary of state, secretariat, or an institutional official that can be recognized diplomatically will be registered. The combined program is scheduled to be online by the middle of 2021.

The *International Title Registry* will be operated by the **International Ambassador Foundation** a non-state, non-political and non-governmental organization established offshore to maintain neutrality. The registry will maintain a database of notarized titles, original certificate photos, apostilled certifications, personal data, genealogical links, provide a username, and a membership card to registrants.

# History of the Colonel in Kentucky

## *Most Significant in Kentucky is its Colonels*

ⓘ

11/17/2020                                    Commonwealth Colonels

☰  ⬤  Commonwealth Colonels                          **Home**   About Us   FAQ   🔍



ⓘ

   Commonwealth Colonels          **Home**   About Us   FAQ   🔍



Personnel of the Kentucky Colonel Initiation Team, Honorable Order of Blue Goose International in Cincinnati, Ohio c.1939. The HOBGI was established in Green Lake, Wisconsin in 1906 and today has chapters called Ponds and Puddles. The **Kentucky Colonel Model Initiation Team** was started in Chicago in 1914 by Col. Frank G. Snyder the initial members of that team were: James E. Crittenden, Roy Hunt, Milton C. Miller, Claude F. Snyder, Sr., George R. Snyder, Robert W. Snyder, H. H. Crittenden, and M. B. Russell.

## Kentucky Colonel Nominations

In deed the award is the highest form of recognition bestowed to individuals by the **Commonwealth of Kentucky**. It can only be granted by the **Governor or the Secretary of State** based upon being nominated by another colonel, being recommended by a third party, or being recognized individually by the state's governor for a noteworthy act that commands the governor's attention. Historically there have been cases where the governor has recognized noteworthy individuals as Kentucky colonels based on formal written suggestions by citizens and other officials of the Commonwealth. Nominations for the title of Kentucky Colonel must be nominated by an independent third party, it is not recommended that family members living at the same address make nominations because they may be rejected.

**Nominations/recommendations can be made on the <u>Governor's Website</u>.**

ⓘ

11/17/2020                                                                                                 Commonwealth Colonels

 **Commonwealth Colonels**                                   **Home**     About Us     FAQ     🔍



**Great Seal of the Commonwealth**

Many believe the seal depicts Col. Daniel Boone and a Kentucky statesman.

 **Commonwealth Colonels**          **Home**   About Us   FAQ   🔍

Membership to our non-governmental network formation is voluntary and open to all colonels around the world that have duly earned the distinguished honor to be part of our fellowship. A communications network [**colonels.net**] is under development that empowers colonels using a virtual private network (VPN), IDaaS, and smartphone application. Members of our network are encouraged to provide information relative to their status, engagement in local associations and participate in programs to further their abilities and prominence as honorable ladies and gentlemen serving as the state's goodwill ambassadors. The network supports the ideals of transparency, hospitality, integrity, respect, honor, and tradition among its members. The generic network is very diverse and is constantly growing.

### Disclaimer

The Commonwealth Colonels (formerly Kentucky Colonels International) is not associated or affiliated with private nonprofit corporation, The Honorable Order of Kentucky Colonels, Inc. (HOKC) located in Louisville, Kentucky which provides assistance in the form of gifts and grants to other nonprofit organizations and merchandises products using the trademark "Kentucky Colonels."

## *Social*



 **Commonwealth Colonels**          Home   **About Us**   FAQ   🔍

# About Us

## About the Commonwealth Colonels

The Commonwealth Colonels, *formerly Kentucky Colonels International* is a model not-for-profit, volunteer, fraternal membership association made up of Kentucky colonels promoting and supporting colonels as goodwill ambassadors for the Commonwealth at home and abroad. Membership is free and open-source to all persons interested in the customs, folklore, history and traditions of Kentucky since the first colonels pioneered and settled 'Kentucke' in 1774.

## Our History

The Commonwealth Colonels is an objective that began in 1998 online to extend goodwill and project fellowship internationally between the Commonwealth of Kentucky to people of other nations and states around the world, in the grand effort to bestow an official high regard upon the title of Kentucky Colonel as an internationally recognized award and proper title. The focus of Commonwealth Colonels is upon its colonels being **legally designated as goodwill ambassadors,** nationally and internationally while being **officially recognized** as representatives of traditional Kentucky values when travelling abroad.

The Commonwealth Colonels began as an idea conceived and developed by Col. David Wright in 1998 to establish **an active international membership organization** where members could participate in socially and perpetuate their recognition as Kentucky colonels in a dignified and professional manner. Perhaps more of an equal social order rather than as military Kentucky colonel brigade, command, sociopolitical group, or a subjective membership structure. We follow the rules of the Rochdale principles and emulate a horizontal cooperative membership program under the basis of a commonwealth.

Between 2006 and 2009 the organization advanced its development by administering groups that were forming by Kentucky colonels for colonels to share information and come together with other like-minded individuals. Today the organization assists and inspires other Kentucky colonels using the social media and the Internet to carry on what we have started while elevating the distinction of one another.



  Commonwealth Colonels         Home   **About Us**   FAQ   🔍

Now as an international civil society organization (ICSO) we have seven officers including **Col. Nicholas Wright, Col. Luis Cruz Diaz, Col. Maria Veneke, Col. Jon Meier, Col. Joshua D. Wilkes, Col. Godfrey Brock-Gadd and Col. David Wright;** all of them are considered executive council members to carry our formation forward; most of them have extensive experience in international affairs or other special skills that qualify them as professional goodwill ambassadors.

The title of "Kentucky Colonel" has come to be recognized by heads of state, at the United Nations, by international non-governmental organizations, and among royalty through these noteworthy individuals.

The organization's officers have extensive experience in human and civil rights or are cause advocates for social justice issues including the environment, migration, animal welfare, indigenous peoples, women and children. They are all coincidently Kentucky colonels, mostly from <u>Globcal International</u>. Globcal for those who do not know it is a non-state decentralized autonomous organization formed as a cooperative development association that works with the United Nations, sovereign states and other international organizations, it is operated by a team of over fifty goodwill ambassadors representing causes from around the world. Many of them have become Kentucky colonels over the years based on their deeds as members, some of them were already Kentucky colonels.

## Membership

To become a member in our international social fellowship a person must already behold a commission as a Kentucky colonel and make a declaration of their deed for which they received their title. There is currently no membership fee, all of our activities are conducted online and based on volunteerism. Members are admitted based solely on providing a photograph of or with their Kentucky Colonel Commission.

In 2006 our errant group of white hat colonels began its journey in the social media on Facebook evolving to our current presence to pull together interested members in an association internationally to promote like-minded ideals, honor and values that are common and well-understood among Kentucky colonels. In 2009 we had 500 of 700 members living outside Kentucky with nearly 30% living overseas in our social media circles.

ⓘ

  **Commonwealth Colonels**          Home   **About Us**   FAQ   🔍

Our formation was developing a Registry Project that we announced in 2018 exclusively for Kentucky colonels that wanted to be recognized in the international theater for their achievement and officialize their title internationally as goodwill ambassadors. The registry (a decentralized blockchain project) first became available in November 2019 for those who were interested in receiving an additional credential and having their title recognized in a publicly searchable database, however due to budget setbacks and technical problems the project was halted to be professionally redeveloped under a sister organization, the International Ambassador Foundation which is established offshore as a non-state entity for the international theater. The project will now formally get restarted in 2021.

The registry will offer colonels a **certificate of registration, a lifetime ID card** and additional **Internet services** with Google using a credential called **IDaaS (Identity-as-a-Service)**. The electronic online directory is searchable so Kentucky colonels can have their titles verified by a third party wherever they present it. The identity service will be compatible with Chrome, iPhone and Android it can be used with any Mac, Windows or Linux based operating system to access special Google services provided by the organization.

## Other Program Services

To better project the image of the Kentucky Colonel title and what it means to us, those who register their title (letters patent) may also demonstrate themselves through a permanent web page which we will develop and maintain on their behalf that is linked to our roster (or can connect their personal website). This is an additional service which is provided to those that live outside (or inside) the Commonwealth of Kentucky.

## More About Us

The Commonwealth Colonels is currently organized as non-governmental and non-state fellowship association (commission) made up of Kentucky colonels who have been nominated and awarded the 'Honorable' title for a notable meritorious deed or participation in a newsworthy event deserving the title.  The organization "still in formation" that we are developing **involves member participation** as stakeholders, therefore there may eventually be a voluntary membership fee with accountability to our supporters for work that we do with them. Currently there are **no annual dues** for social media participants or online development provided to members.

Membership fees or dues which may be requested (in the future) will be used to improve our website, provide membership and professional public relations services for those who request them. To date we have not needed to request membership fees, nor have we charged anyone for the services we provide online. Meanwhile there is a not a donation page here on our website (pending a recent legal dispute). In the future membership fees and donations will be accepted to provide better social media and Internet services for our voluntary members. We will keep up the hope that colonels will make donations and provide funding from time to time for the services that we do provide through the American Colonel's Network.



  Commonwealth Colonels                    Home   **About Us**   FAQ   🔍

Commonwealth Colonels *is not* The Honorable Order of Kentucky Colonels, Inc. (HOKC) nor is it a military brigade or militia of Kentucky colonels; many of our members in the social media have been recognized by the HOKC as their supporters or donors at some point and are always welcome to support their independent charitable institution. Our formation is not endorsed, affiliated, associated or sponsored by the HOKC.

## The Differences

The **'Honorable Order of Kentucky Colonels'** is a private non-profit organization and registered charity in Kentucky, it is *not a state operated charter or order*, its supporters have no voting powers, participation, or personal influence over the organization or its charitable activities. As is stated in their Articles of Incorporation that are on file in Frankfort, Kentucky: "The Honorable Order of Kentucky Colonels has no members." The HOKC does however, offer symbolic membership cards to its donors as a token of appreciation or a perk to encourage participation to show solidarity with their charity, they hold several annual events fundraising for their Good Works Fund which provides funds to other Kentucky nonprofits and they sell memorabilia and other products using the trademark "Kentucky Colonels®" as well. In summary the HOKC operates a collective giving program that is funded by colonels.

Whereas, the **'Commonwealth Colonels'** association is focused on providing educational information, literary works, pursuing history, promoting civil rights, international project development, and enhancing the abilities of colonels as diplomats. Much like the first colonels who founded Kentucky, Tennessee, Ohio, Texas, Illinois, Indiana, Michigan and West Virginia our objectives remain rooted in the history of these predecessors taking actions that are lawful, honorable and noteworthy to better the society through the creation of new efforts and establishing new horizons much like the pioneers of the past. Colonels today likewise possess specific abilities and rights under the Commonwealth to form companies and develop organizations under the same ideals that drove these pioneers.

## New Understanding

According to our research and new understanding today the first Kentucky Colonel was actually commissioned by Commonwealth <u>Governor Patrick Henry</u>, Jr.  In December 1776, John Bowman from Transylvania was commissioned colonel in-charge, to form a company of 100 men and set up a government in <u>Kentucky County, Colony of Virginia</u>. The term Commonwealth of Kentucky has its roots in the Commonwealth of Virginia and Pennsylvania, their colonists and the ideas of Transylvania Colonels from Boonesborough and Harrodsburg who wrote the "Kentucke Magna Charta."  Colonel was highest responsible delegated authority in the Commonwealth Colony of Virginia under the Governor Henry and the Territorial Major, Brigadier General <u>George Rogers Clark</u> in 1776. The colonels under the new governor and major, divided Kentucky County into three counties by 1780, then four, then five, seven, then nine counties by 1788.

General Clark and Gov. Henry had the authority to issue colonelcies across the entire modern states of <u>West Virginia</u>, <u>Kentucky</u>, <u>Indiana</u> and <u>Illinois</u>, and portions of <u>Ohio</u> and <u>Western Pennsylvania</u> were all created from the territory encompassed, or claimed by, the Colony of Virginia (Commonwealth of Virginia) at the time of further American independence in July 1776. Why Commonwealth Colonels?

ⓘ **Commonwealth** is a traditional English term for a political community founded for the <u>common good</u>. Historically it has sometimes been synonymous with "republic". The noun "commonwealth", meaning "public welfare general good or

 ☰   Commonwealth Colonels      Home   **About Us**   FAQ   🔍

By 1792 when Colonel Isaac Shelby became the First Governor there were as many as 100, perhaps more Kentucky District Colonels in the newly formed Commonwealth of Kentucky. Isaac Shelby himself was a North Carolina Colonel from Sullivan County, which later became part of the State of Franklin and then Tennessee. Col. Shelby moved to Kentucky in 1783, to land that he received as a bounty surveying for the Transylvania Colony in 1775. By this time most large landholders that immigrated to the Kentucky District which received a warrant deed as an American Revolutionary War Veteran were also called colonels honorarily based on land holdings and age. Many of these colonels and their colonists (settlers) became the legislators, sheriffs, and justices of the peace after Kentucky became a state. Colonels were also responsible for polling votes from the colonists in these early years.

Colonels continued under common law to issue commissions over landholdings, issue deeds now under the new government and all things that could be managed as the highest county officials until the Second Constitution in 1799 which did not provide powers to designate colonels or acknowledge their powers, nor did it prohibit the continuing emergence of new colonels as a customary title, but it did for justice of the peace, judges and other positions. By this time 9 counties became 30, subdivided by mostly colonels, there were hundreds of colonels. Daniel Boone, Isaac Shelby, John Bowman and of course, often called "General" or "Colonel George Rogers Clark" were all also land surveyors and governmental authorities; well-respected in their time. Col. Leonard Helm, Col. Benjamin Logan and Col. Daniel Boone were the among the highest authorities in Kentucke. *The history does not end here*, this is just a brief overview.

Colonels continued greatly in their prominence, until 1802 under an Act of Congress the Military Peace Establishment Act authorized the duties of the rank of "colonel" in the U.S. Army using the language "one **colonel**, one lieutenant-**colonel**, four majors, one adjutant, and twenty companies..." In Kentucky and Tennessee the traditions adopted of conferring colonelcy as a rite of passage, customarily, among one another under common law was dying out. As we understand, more than ever now, there are many more high and low points for Kentucky's Honorary Colonelcy since 1813, 1815, 1861, 1865, 1890, 1892, 1895, 1898, 1906, 1920, 1930, 1931, 1932, 1934, 1936, 1939, 1941, 1947, 1957, 1992, 2007. 2016, 2020 and other dates. Together have resulted in the ideals of the Kentucky Colonel becoming more and more commonplace as an honorary commission. Since 2007 more than 150,000 commissions have been issued in less that 15 years, a number that can sharply rise in 2020, considering basically anyone can nominate a colonel which started on February 19, 2020.

*Social*



ⓘ

 **Commonwealth Colonels**                    Home    About Us    **FAQ**    🔍

# Frequently Asked Questions (FAQ)

## Frequently Asked Questions about Kentucky Colonels

Both the public and Kentucky colonels alike have many questions about Kentucky colonels. Some of the more frequently asked questions and answers were considered so we have developed this FAQ Page to help answer some of those we have had over the past few years.



  Commonwealth Colonels        Home    About Us    **FAQ**    🔍



Seal of the Commonwealth of Kentucky

## How do you become a Kentucky Colonel?      ∧

Anyone over the age of 18 can become a Kentucky colonel. Traditionally only another Kentucky colonel can nominate someone to become a Kentucky colonel or they can be recognized and selected by the Governor of the Commonwealth of Kentucky. Today under the current governor anyone can make a recommendation, however you cannot recommend yourself. The best way to become a Kentucky Colonel is to know one who is willing to nominate o ⓘ ommend you.

  Commonwealth Colonels          Home    About Us    **FAQ**    🔍

No, a person cannot apply to become a Kentucky colonel. Kentucky colonelcy is based on being nominated to become recognized by the seated Governor of Kentucky or being recognized by the governor directly.

# Do you have to be from Kentucky to become a Kentucky Colonel?   

No, Kentucky colonels can be from anywhere in the world. Currently there are more than 150,000 Kentucky colonels living in more than 70 countries around the world.

The Governor of the Commonwealth of Kentucky can recognize anyone living anywhere in the world based on their deeds, noteworthy actions, or their accomplishments. Generally the governor only recognizes those who demonstrate their deeds or actions in connection with the state, however as an honorary award the governor frequently has been known to recognize those who have the potential to serve the needs of the state through their recognition.

# What does a Kentucky Colonel actually do?   

The original duties of the **"Kentucky Colonel"** were to create order, establish government, enact laws, issue deeds, subdivide land, survey property, organize companies, maintain civil harmony and command militias. During the 15 years before Kentucky became a state in 1792, the colonel was the highest delegated authority in pioneer America under the common law of the colonies and provinces. It is an award that is reminiscent of its history.

Today, Kentucky colonels are officially the goodwill ambassadors of the Commonwealth of Kentucky, they are commissioned by the governor as civilian officers who are recognized as the governor's Aide-de-camp. Their unnamed and unspecified task is to promote the cultural and traditional values of the Commonwealth of Kentucky in their everyday lives.

Kentucky colonels receive 'letters patent' it is a traditional **award of merit** and an **honorable title** that is bestowed by the head-of-state under common law to recognize the individual to whom it is given based on their deeds, accomplishments, noteworthiness, or contributions to the community, state or nation in which they live.



 **Commonwealth Colonels**                    Home   About Us   **FAQ**   🔍

There is some debate as to who the first Kentucky colonel actually was. According to Wikipedia it was Charles Stewart Todd, who was commissioned unilaterally by Governor Isaac Shelby in 1815 as an aide-de-camp on the Governor's Staff with the rank and grade of colonel. Others say it was Richard M. Johnson who was commissioned by the Kentucky Legislature in 1813, almost 2 years earlier.

Prior to that when 'Kentucke' was still a territory prior to its statehood there was the great Daniel Boone who was commissioned in 1780 when the state was made up of three Virginia counties. There is also Col. John Boman who was commissioned officially days after the Kentucky County was designated by Governor Patrick Henry Jr. of the Colony of Virginia. So if someone asks who the first Kentucky colonel was, Col. Daniel Boone or Col. John Bowman are the best answers.

It should also be understood that the honorable title of the Kentucky Colonel did not emerge as a civilian award until 1895 under Governor William O'Connell Bradley. As we understand when he was very young when he tried to fight in the Civil War and was removed by his father (twice). Both times, his father removed him from the service because of his young age. Despite having only this few months of service to his credit, he was referred to as "Colonel Bradley" by many for the rest of his life. He used and carried as his moniker "Colonel" to become a page in the Kentucky House of Representatives and gained enough experience to get an honorary law degree from Kentucky University. By the time he became the governor, he knew many colonels (a title of respect in the South) as it understood in the day that applying the title was a form of address to recognize distinguished and well-respected gentlemen. In his writings he uses it hundreds of times to confer respect to many of his friends and law colleagues.

We could not find any text based citations online of his commissions, they were probably done in person as a gesture of recognition. In 1890 a book was written about Kentucky colonels by Opie Read entitled, A Kentucky Colonel, a book that was very popular in its day. In 1920 a film was made based on the book.

ⓘ

  Commonwealth Colonels        Home   About Us   **FAQ**   🔍

There are a number of benevolent, civil, charitable, fraternal and membership associations or organizations that have been established around the world which base their membership on a person being recognized as a Kentucky Colonel.

- In Kentucky there are 4 organizations that coordinate local activities.
- World-wide there are 12 or more organizations that are based on a person being recognized by the Governor of Kentucky.

The largest and most dominant of these organizations has been "<u>The Honorable Order of Kentucky Colonels</u>" which is a charitable 501(c)(3) organization which was started in 1932 and was consolidated and privatized as a Kentucky corporation in 1957. It is dedicated to funding good works throughout the state of Kentucky and holds several fundraising events per year. They implicitly offer free symbolic membership to those who are commissioned and donate to their Good Works Fund each year. The organization is operated by a Board of Trustees which they call their Generals. The organization is community oriented and helps Kentucky colonels find volunteer opportunities locally.

The second largest organization the "Commonwealth Colonels", a fraternal membership and international civil society organization. Which is now under reformation and development which was started originally in 1998. The organization is decentralized online and developed to include all participants no matter where they live in the world. It is the same organization that dominated Facebook social groups and uses the social media to provoke activism internationally.

## How can a Kentucky Colonel use their "Honorable" title? 

In the formal sense of protocol, a Kentucky colonel is always addressed or referred to with the title "Honorable" before his or her name inside the state when it is known; outside the state they may use the full title "Kentucky Colonel" before his or her name. Most often among friends and colleagues this is shortened to serve as a moniker or nickname to just "Colonel".

Since the honorable title is a customary and traditional one it is often used to defer respect and honor, however it **should not** be used when presenting oneself or another Kentucky colonel as "Colonel" or "Col." to the United States Government, in another state or in another country because it could be confused with the proper official title of a military colonel. The title may be expressed in other places outside of the realm of Kentucky as "Goodwill Ambassador" or "Kentucky Colonel" as a formal title. The style can also be represented as a position in representation of the state as an aide-in-camp following a person's proper name as "Kentucky Colonel", as "Goodwill Ambassador", or most precisely "Ambassador of Goodwill for the Commonwealth of Kentucky".



 Commonwealth Colonels          Home    About Us    **FAQ**    🔍

## Colonel?

Anna Poage, a newspaper editor from Ashland, Kentucky was commissioned in 1918.

## What are the duties of a Kentucky Colonel?                                   ⌃

As a meritory award and honorable title there are no dutiful obligations connected with being recognized as a Kentucky Colonel. Those who are recognized however are expected to be outstanding citizens and public figures, respectful of others, and law abiding.

Kentucky colonels are not paid a salary by the state, however many individuals and public figures including actors, athletes, musicians , professionals, and even diplomats who become Kentucky colonels have been known to present themselves as paid speakers promoting Kentucky history, values, traditions, and customs in public and private venues.

It is also a commission that can be rescinded or revoked based on a person's conduct in society or if it is gained by deception. There are few examples of this occurring, however is not very frequent, as most of those who are recognized truly deserve to be distinguished and carry the recognition with them throughout their lives.  There is a story of how a news reporter once got a commission for a dog he named Waldo Wrecker, his commission was of course revoked when it was discovered he was not a person.

## Was Colonel Sanders really a Colonel?                                         ⌃

Yes, **Harland David Sanders** received the commission of the Kentucky Colonel in 1935. He is the most famous of all the Kentucky colonels, Sanders decided to use the title as his moniker (nickname) when he opened his first restaurant. The style he introduced of an all white suit was his own adaptation for the restaurant industry, fashioned after the ideal of the Southern gentleman with a ribbon tie introduced by Opie Read; the image of Col. Sanders has literally become famous because of his success.

Colonel Harland Sanders, was an entrepreneur who began selling fried chicken from his roadside restaurant in Corbin, Kentucky in 1937. Sanders identified the potential of the restaurant franchising concept, and the **first** "Kentucky Fried Chicken" franchise opened in Utah in 1952. His idea grew and his chicken was also available in other food establishments like Gino's which bought the franchise for over 300 locations in the early 60's. Col. Sanders invented a new way of cooking chicken using a pressurized cooking vessel which shortens cooking time and seals in natural meat juices. Since 1957, the Henny Penny Corporation began producing the pressure cookers and are now used by many restaurants.



  **Commonwealth Colonels**          Home   About Us   **FAQ**   🔍

---

There are currently over 150,000 Kentucky colonels, living in more than 70 countries around the world.

## What is the difference between the Honorable Order of Kentucky Colonels and the Order of the Kentucky Colonel? ∧

---

Essentially the "Order of the Kentucky Colonel" was created spontaneously between 1890-1900 to recognize those awarded with the commission of the Kentucky Colonel, it led to the formation of several civil societies and clubs being formed in the first decade of the 20th century. By 1930 there were approximately ten associations (clubs) established throughout the United States.

The **Honorable Order of Kentucky Colonels** began in 1933 under Governor Ruby Laffoon as a state order of merit dedicated to fraternity in the state. Initially the award was abused for political gain of Gov. Laffoon, recognizing celebrities, other heads of state, corporate executives, prominent social figures and even babies were commissioned as honorary officers.  The state order was privatized as an organization starting in 1941 under J. Fred Miles and was incorporated in 1957 as an independent charitable organization. The Honorable Order of Kentucky Colonels, Inc. was established under the ideal of title holders collectively providing charitable support for philanthropic activities in Kentucky as the organization's symbolic members (donors).

## Other Questions

These are some of the most frequently asked questions that are posed by the public and by Kentucky colonels themselves about the Kentucky Colonel Commission. If you have other questions you are welcome to underline write to us and we will do our best answer them.

*Social*



Commonwealth Colonels - Sitemap

 **Commonwealth Colonels**  Home   About Us   FAQ

# Sitemap

## Table of Contents (Sitemap)

The Sitemap is a list of pages that are either here already or being planned for addition to our WebSite. The Sitemap also reflects pages that are here on the WebSite, but not necessarily included in our menu. The Sitemap is also a function of the search feature of many websites and is here for the convenience of users.

## WebSite Contents

HomePage (Index)

About Us

- Contact Information
- First Members (1998 - 2001)
- Officers (Commissioners)

Frequently Asked Questions (FAQ)

History

- The First Kentucky Colonels
- Colonels that Used Their Titles
- Evolution of the Kentucky Colonel
- Kentucky Colonels Today

Membership

- Nominate a Colonel
- Membership Roster
- Social Media
- Special Services
- Start a Local Chapter

News

- Blog
- Media Kit
- blicity

 Commonwealth Colonels

Home     About Us     FAQ

- Kentucky Colonel Foundation
- International Title Registry
- Volunteer Internationally

Resources
- Commonwealth of Kentucky
- Famous Kentuckians
- Honorable Order of Kentucky Colonels
- Kentucky Colonel Ethics and Protocol

Sitemap

WebSite Policies
- Cookies Policy
- Disclaimer Policy
- Privacy Policy
- Terms & Conditions

*Social*



🔍  all                                                                              ✕

Results from this site

### American News
... Many of these articles are very important historically and they are **all** include
printed work © Kentucky Colonels: Forefathers ...
Last modified on Nov 16, 2020

### Opie Read
... But after **all**, popular taste does not make a literature ... The well-told story ha
the world **all** the stories have not been told ...
Last modified on Nov 16, 2020

### FAQ
... The organization is decentralized online and developed to include **all** particip
live in the world ...
Last modified on Nov 2, 2020

### Honorable Order of Kentucky Colonels
... Membership While it is assumed that **all** Kentucky colonels are members of
have no members according to their ...
Last modified on Oct 5, 2020

### Warrant Deeds
... Revolution before Indiana, Kentucky, and Ohio became states the Commonw
program to compensate **all** those who ...
Last modified on Nov 16, 2020

### Kentucky
... There are also several other texts which **all** good Kentucky colonels should h
them is the Kentucky Encyclopedia by John ...
Last modified on Oct 15, 2020

### Nominate
... **All** nominations are subject to discretion of the Office of the Governor and wi
who have performed a noteworthy deed, a ...
Last modified on Oct 5, 2020

### Resources
... Daniel Boone History of the Daniel Boone National Forest The Adventures of
Colonel: Maid of Honor **All** That's Kentucky ...
Last modified on Nov 1, 2020

   <span>search</span>   all   ✕

railcar and visited **all** the fashionable resorts ...

Last modified on Nov 16, 2020

### Honorary Colonels

... Governor Isaac Shelby or that Col. Charles S. Todd was the first, or a Kentucky Honorable Title One of ...

Last modified on Nov 16, 2020

«   ‹   Page 3   ›

  Commonwealth Colonels          Home   About Us   FAQ   🔍

# Honorable Order of Kentucky Colonels

## The Honorable Order of Kentucky Colonels, Inc. (HOKC)

A non-profit charitable organization which provides grants, scholarships, and gifts to approximately 150-300 organizations located throughout Kentucky each year through its Good Works Fund which counts on its support from Kentucky colonels. In 2019 the Good Works Fund raised approximately 2.1 million dollars from Kentucky colonels and supported 265 nonprofits throughout Kentucky.

A simple Internet search also reveals that the charity operates much like a private corporation that markets tobacco, liquor, and other products through an online store which it does not own or operate. None of these sales on closer examination benefit their charitable purposes. (Feb. 2020)

Based on transparent investigations performed in January and February of 2020, we also discovered that the organization is engaged in deceptive business practices using a non-existent membership status with their donors to influence their fundraising efforts and worked directly with a former governor to coerce donors to make contributions to retain the privilege to make nominations of new Kentucky colonels which is controlled by the state. In 2019 they managed to work out a deal that vanity license plates bearing their logo gain them an additional $10 per year donation from Kentucky colonels that want to identify themselves as Kentucky colonels.



≡  ⬤   Commonwealth Colonels                    Home    About Us    FAQ    🔍



## Membership

While it is assumed that all Kentucky colonels are members of the organization, legally they have no members according to their Articles of Incorporation from 1992 and do not follow the norms or standards for membership organizations in accordance with the Model Nonprofit Act or the US Code; however they do recognize their donors as **honorary members** and ⓘ **:sue membership cards** on an annual basis for those who donate each year. Despite this, members as donors have no actual or particular powers or voting rights according to their statutes. They do make a nice membership card though

 ☰  Commonwealth Colonels                Home    About Us    FAQ    🔍

## Online Store

The organization makes and sells branded memorabilia such as coffee mugs, hats, t-shirts, office supplies, apparel, pins, bourbon, cigars, and other personalized gifts to promote their brand, "Kentucky Colonels" which they trademarked in 2003 for merchandising goods sold through their online store, the Emporium and their catalog the Pomperoser. Revenue from the sales do not directly support charitable efforts of the HOKC in the state and are target marketed for sale exclusively to Kentucky colonels.

Their store is operated by Upper Right Hand Marketing, Inc. and there is a privacy policy online stating their terms and conditions which include the sharing of private information with third parties.

## Trademarks

Under the law the organization is very protective of its store and branding, it prohibits Kentucky colonels from using its name or logotype on business and presentation cards according to an article from their website by their administration where they stated, "Unfortunately, due to trademark protection requirements, we are not able to provide the logo for these purposes. We have, however, located a printer who is willing to print calling cards in low quantities."

The organization has vehemently opposed all of those using the term "Kentucky Colonels" including this organization. According to a USPTO search it was registered in 1992 they registered their name and again in 2003 registered the term with the US Patent and Trademark Office (USPTO) for merchandising. They have engaged in numerous lawsuits with others that wanted to use or were already using the term including the basketball team the "Kentucky Colonels" a Louisville ABA team, which was a case the HOKC lost.

In 2014, "The Honorable Order of Kentucky Colonels, Inc." trademarked "Kentucky Colonels" to produce and market tobacco products which they sell today. Most recently they trademarked again to sell branded food products in 2019. We have to think what Kentucky colonels may think about sharing their own honorable title with the name of a cigar? Seems like the HOKC is infringing on the rights of the Governor or at least exploiting the ideals of the trademark process by creating a little bit of confusion of their own.

The Internet search we conducted revealed that they trademarked their name and the term "Kentucky Colonels" to exclusively produce, provide, or sell:

1. Eleemosynary services, namely, founding of scholarships, equipping playgrounds and the like and to collect historical and cultural material pertaining to Commonwealth of Kentucky

2. Providing financial assistance for programs and services of others; providing educational scholarships

3. Clothing, namely, shirts, T-shirts, sweat shirts, jackets, vests, baseball caps

4. Cigars, tobacco products

5. Barbeque sauce; candy; caramel sauce; chocolate candies; chocolate confections, namely, bourbon infused candies; chocolate sauce; marinades; salsa.

U ⓘ :e: Since we published this content the HOKC has filed three new trademarks for "Kentucky Colonels" on February 17, 2020 to hold commercial trademark rights over "associations", "charitable organizations", and "social events" using

  **Commonwealth Colonels**      Home    About Us    FAQ    🔍

honors and commissions.

## History

According to the organization's history they were founded as a civil society by Governor Ruby Laffoon in 1932. In 1957 they consolidated their association by filing Articles of Incorporation to formalize the society as a corporation that was heavily influenced and affiliated directly with the office of the Governor who appointed a commander and could also appoint generals in each US state. In 1992 they broke away from tradition filing their Restated and Amended Articles of Incorporation removing the connection with the Office of the Governor and their members to become the organization (corporation) they are today.

The organization stated in February 2020, "late one Saturday afternoon in May of 1931, the first meeting of what would eventually become the Kentucky Colonels," when Governor Flem Sampson requested that colonels "formulate a society to more closely band together this group into a great non-political brotherhood for the advancement of Kentucky and Kentuckians". While they may be trying to hold onto these roots by generating an impression of being a membership organization, they have become far removed from the society (brotherhood) they were once established to become and continue under.

## Summary

While the organization is trying to preserve its historical image and maintain its traditions, the restated and amended articles they filed in 1992 make their intentions clear when they broke away from the state, removed the ability of members to directly interact, they also made the Governor's role an honorary one instead of an official one, and made the clear statement that the **organization has no members.**  The image they strive to maintain today is one based on their own history and traditions without the responsibility of serving or providing services to its members.

Their actions of filing a Federal lawsuit has backfired on them because most of our members also consider themselves members of the HOKC and make donations to the organization annually. Our position is that they work with us to keep the award in the highest esteem and not to interfere with the Government responsible for creating the award, thusfar they have not conceded or found enough goodwill to work together with us understanding the state motto. **United We Stand, Divided We Fall.**

Our organization has also found that they have manipulated the history of their beginning and the beginning of when Kentucky began the practice of recognizing civilians as Kentucky colonels, a page has been developed on the topic. See First Colonels.

## Social



11/17/2020                                           Commonwealth Colonels

 ←

🔍  all                                                                                      ✕
_____

Results from this site

### First Colonels

... Commission "You are therefore, carefully and diligently to discharge the duty
doing and performing **all** Manner of Things ...

Last modified on Nov 16, 2020

### Home

... **All** those who have received the honorable title from the Governor of the Con
as his traditional 'Aide-de-Camp' also ...

Last modified on Nov 14, 2020

### WebSite Policies

... This organization and its members strive to be compliant with **all** laws of the
including the United States Code of ...

Last modified on Oct 29, 2020

### Officers

Commonwealth Colonels Officers The Commonwealth Colonels has several or
that are **all** classified as its officers who ...

Last modified on Oct 30, 2020

### Well-Known

... "As he stood posed there, ready, he was the ideal Kentucky Colonel with **all** th
element so well pictured in our literature ...

Last modified on Nov 16, 2020

### Miscellaneous

... They played thirteen games for a dollar a game, and Martin won them **all**. "Yc
started with Col. John ...

Last modified on Nov 16, 2020

### Order

... and sell gifts (memorabilia) from their website to those who have been comr
the Kentucky Colonel" whom are **all** invited to ...

Last modified on Oct 29, 2020

### Privacy Policy

... Our Service. You can instruct Your browser to refuse **all** Cookies or to indicat
sent. However, if ...

Last modified on Oct 29, 2020

11/17/2020                                          Commonwealth Colonels

🔍   all                                                                                    ✕

planters in Kentucky, **all** three of these things ...

Last modified on Nov 4, 2020

Registry

... Other Reasons Access to the list of **all** those who have been made a Kentuck
as the proprietary confidential researched ...

Last modified on Oct 29, 2020

‹   Page 2   ›

Commonwealth Colonels - First Colonels

  Commonwealth Colonels

Home   About Us   FAQ   🔍

# First Kentucky Colonels

## The First Kentucky Colonel

This is a subject of debate and may depend on your actual perception and interpretation of the historical record.

### *Colonel Daniel Boone*

We tend to believe "the very first colonel" was Daniel Boone who was commissioned by the Governor of Virginia in 1780. Boone perhaps the most famous Kentuckian, is known as the first settler of Kentucky. He became a Lieutenant Colonel of the Fayette County Militia, when Kentucky was a named territory made up of three Virginia counties.

Previously Daniel Boone was given the title of "Colonel" by Col. Judge Richard Henderson in 1775 when he blazed the Wilderness Road and founded the first territorial settlement of Boonesborough which was part of the Transylvania Colony which lasted until the Commonwealth of Virginia exerted its rights over the area starting at the end of the following year.

John Filson's "The Adventures of Colonel Daniel Boon", part of his book *The Discovery, Settlement and Present State of Kentucke*. Was first published in 1784, Filson's book was primarily intended to popularize Kentucky to immigrants. This in our opinion had much to do with the founding and establishment of the Commonwealth, following its publication immigrants went to Kentucky making it the great state that it has become today.

History shows that during these early years before Kentucky achieved statehood "colonel" became a claimed title by most Revolutionary War veterans relocating as settlers to the Kentucky territory. Nearly anyone holding a Warrant Deed for property issued by a colonel under the Governor of Virginia considered themselves colonels.



  ☰   Commonwealth Colonels    Home   About Us   FAQ   🔍

The first Kentucky Colonel commission was granted to John Bowman (American pioneer) by Governor Patrick Henry, Jr. of the Colony of Virginia to oversee the formation of a government in Kentucky County on December 21, 1776. After declaring that the Transylvania Colony was illegal because it was based upon a treaty with the Cherokee who had no rights as its native inhabitants, the Colony of Virginia declared that the entire area was Kentucky County belonging to the colony.

So technically speaking the first person appointed as a "Kentucky Colonel" was actually **Colonel John Bowman in 1776.** Patrick Henry designated the territory from the Ohio River south to the 36° 30′ parallel starting at the Cumberland Gap as a county of Virginia. Col. Bowman was also present at Boonesborough in 1775 for the Transylvania Convention. He was warranted with land and the duty to establish a government in Kentucky.

### Colonel Bowman's Commission

"You are therefore, carefully and diligently to discharge the duty of Colonel of the Militia, by doing and performing all Manner of Things thereunto belonging; and you are to pay a ready Obedience to all Orders and Instructions which from Time to Time you may receive from the Convention, Privy Council, or any of your Superior Officers, agreeable to the Rules & Regulations of the Convention, or General Assembly, and to require all Officers and Soldiers under your command to be obedient and to aid you in the Execution of this Commission according to the Intent & Purpose thereof. Given under my Hand & Seal,

"Williamsburg this 21st day of December 1776. P. Henry, Jr."

According to, "A History of the Mississippi Valley" written in 1903 by Alzamore H. Clark and John R. Spears;

Meantime the Kentuckians were organizing their country as a county of Virginia. At a gathering in Harrodsburg, in the middle of June, 1776, they elected George Rogers Clark (the youth who had been under Cresap in the murderous attack on Indians below Wheeling, in 1774), and one other man to carry a petition to the Virginia legislature. This petition was dated June 20, 1776, and the most interesting paragraph in it was that which pointed out "how impolitic it would be to suffer such a Respectable Body of Prime Riflemen to remain in a state of neutrality" while the United Colonies were in a desperate struggle for liberty.

Clark succeeded in his mission. Kentucky was admitted as a county, with Harrodsburg as the county town. The militia were organized, and John Bowman was placed in command with the rank of colonel — the name of the first Kentucky colonel is, doubtless, a matter of National, if not of world-wide, interest.

ⓘ

  Commonwealth Colonels                    Home    About Us    FAQ    🔍

The popular account of the Commonwealth and the Honorable Order of Kentucky Colonels (HOKC) credits Governor Isaac Shelby with making the first Kentucky Colonel commission in 1813 to Charles Stewart Todd as his **personal Aide-de-Camp**, after the state's militia was dissolved. According to our research the actual date was in March of 1815, not in 1813, which contradicts the HOKCs previous documentation and claims, as well as that of the Commonwealth which has given them their consensus for many years. The error led to misprints in hundreds of publications including several by the Kentucky Historical Society. Whether the documentation leading to the popular interpretation was an error or a purposeful miscount will probably remain a mystery.

In 1861, Col. John Marshall Harlan under the orders of President Abraham Lincoln commissioned over 1,000 civilians (mostly physicians, attorneys, businessmen and merchants) as honorary officers to wear the Union Uniform at home and to work to create the illusion of a Union presence in the divided state throughout the Civil War. The Kentucky Colonels Command in Toronto recreated and use today for ceremonies which was actually worn through the 1880's.

Many claim that the modern tradition of the Kentucky colonel, did not truly emerge until in the 1890's when the state governor began naming Kentucky citizens as colonels as an honorary recognition (award) for their civilian deeds. Governor William O'Connell Bradley commissioned the first honorary Kentucky colonels as an award of merit bestowed upon citizens for their individual contributions to the state, good deeds, and noteworthy actions; those he named were also his Aide-de-Camp and had the duty of standing uniformed at events.

## The First (Official) Kentucky Colonel

According to Miles Smith, PhD, in a brilliant doctoral research work in 2006, _The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy_, the **first Kentucky Colonel that was designated by the state** emerged two years prior to Col. Charles Stewart Todd's commission in 1815 (_if Charles S. Todd was ever commissioned at all_).

In May of 1813, the **Kentucky State Legislature** commissioned **Richard M. Johnson** who had a "disregard for legalism at the state and federal level, and his reliance on political will emerged in his recruiting drive — he answered their call, quickly raising 600 men. Of these, 140 made their homes in Scott County." Smith's paper also refers to Governor Isaac Shelby as Col. Richard M. Johnson's ostensible commander-in-chief, as Governor Shelby did not condone Col. Johnson's commission. This may explain for the miscounting of the state's historical record? Some say it was for other reasons such as racism.

Later **Col. Richard Mentor Johnson** became the ninth vice president of the United States from 1837 to 1841. He is the only vice president elected by the United States Senate under the provisions of the Twelfth Amendment. Johnson also represented Kentucky in the U.S. House of Representatives and Senate; he began and ended his political career in the Kentucky House of Representatives.

ⓘ

 **Commonwealth Colonels**          Home     About Us     FAQ     🔍

In 1813, Charles Stewart Todd was made a captain of U.S. Army infantry, and was a personal aide to the U.S. Army General William Henry Harrison in the Battle of the Thames near Ontario, Canada. Following the War of 1812, (as the story goes) in 1815, while at peace, Governor Isaac Shelby created the appointed civilian office of "Aide-de-Camp" with the rank of "Colonel" to specially recognize and work in office with his future son-in-law, Charles Stewart Todd. As an Aide-de-Camp to Governor Shelby, Colonel Todd established a legal practice in the Kentucky state capital of Frankfort where his diplomatic and political career began. On June 16, 1816 he married the youngest of Isaac Shelby's daughters, Letitia, with whom he had 12 children. In 1817, he was appointed Secretary of State of Kentucky under Governor Gabriel Slaughter.

Some of the information about this account was sourced from Wikipedia and the Honorable Order of Kentucky Colonels; however when the references were checked we could not confirm that the commission ever took place, apparently Charles S. Todd was in the US Army from 1813-1816 and not present in Kentucky. See Honorary Colonels

*Social*



 **Commonwealth Colonels**                    Home    About Us    FAQ    🔍

# Policies

## General & WebSite Policies

The Commonwealth Colonels is a membership association that is developed as a **decentralized autonomous organization (DAO)** with Kentucky colonels in many states and nations around the world. The Commonwealth Colonels provides secure decentralized online membership services to its members.

This WebSite belongs to its Members. This WebSite defines its Users and Members distinctly. As a WebSite that provides 'services' to our members it is our responsibility is to provide confidentiality to our Members in our distinct relationship with them as WebSite co-owners or stakeholders of this WebSite and our organization. Third-parties refers to Users, Viewers and Others (referring to the Public) of our Content. **None of our material is published or expressed for any commercial purposes under US Law, we do not provide services to the Public.**

Our content and presentation of it is based on the First Amendment of the United States, Freedom of Speech and the Right to Assemble peacefully. This organization and its members strive to be compliant with all laws of the United States and Kentucky including the United States Code of Federal Regulations (CFR) and the Kentucky Revised Statutes (KRS).

## Third-Parties

None of the information collected through our cloud service provider Google or Google Analytics is shared with any third-parties. Our members voluntarily provide data through Google Forms to be listed on our membership roster or to have membership services provided to them for free or for an annual fee.

Our organization contracts Google as a professional service for services which are advertising free and the data that is collected about members is used to only to improve our website and services that we provide. Neither the Commonwealth Colonels nor Google will sell or market the data that we collect to any third parties. Anonymous data such as age and demographics relative to interest profiles in our content may be used to improve our content or reorganize the content provided by our organization.

## License

Our License is for all Persons and Bots which includes all Users, Viewers, Researchers, the News Media, Search Engines, and Others that can view this WebSite. Our License Policy is Creative Commons 4.0 which is based on Share-Alike, Non-Commercial Use and Attribution. To read more about Creative Commons 4.0 please visit the Licensing Scheme online at their WebSite.

- Attribution - NonCommercial - ShareAlike 4.0

 *Other Policies*

  **Commonwealth Colonels**          Home    About Us    FAQ    🔍

- <u>Disclaimer Policy</u>
- <u>Privacy Policy</u>
- <u>Terms & Conditions</u>

Other terms, conditions and policies may be applied here without notice and as necessary to maintain our legal status as a membership organization under development that is transparent and open to the public.

*Social*



 **Commonwealth Colonels**                    Home    About Us    FAQ

# Our Officers

## Commonwealth Colonels Officers

The Commonwealth Colonels has several organizational level personnel that are all classified as its officers who serve the organization both locally and globally. Officers are all noteworthy in their own communities and are either members of Globcal International or considered Global Citizens.

The roles are appointed by the Secretariat and through consensus of local members may continue to serve for 3-5 year terms depending on the effectivity of their leadership which is affirmed each year by the membership.

### Officer Roles

- **Commissioners** - Serve up-to 5 years or until successors are selected.
- **Chancellors** - Serve a term of 3 years as the head of a social chapter.
- **Ambassadors** - No limit on term of service, responsible for local committees.
- **Consulates** - Those serving on committees and representing causes.

 ☰ **Commonwealth Colonels**          Home   About Us   FAQ   🔍

The commissioners are the functional organizing members, though they are subject to change, together they serve initially as co-founders for the consolidation and development of the organization. The initial commissioners were selected based on their training, knowledge, experience, and contributions to this formation. They are all transparent, of high moral character, and serve our commission honorably without remuneration.

- **Col. David J. Wright** - Cited for his achievements as a conservationist with Ecology Crossroads in 1996, when his tree program made the front pages of several newspapers touting Kentucky, it garnered the attention of Judge Ray Corns and Governor Paul Patton who commissioned him a Kentucky Colonel, a title he takes in the highest-regard and understanding.

- **Col. Joshua D. WIlkes** - Lauded as a colonel in 1997 by Governor Paul Patton based on his work as a folk artist with the Legendary Shack Shakers. Col. Wilkes takes the honor seriously and uses the title as part of his name. Since becoming a Kentucky colonel he has authored a book about Kentucky's music and a novel about folklore. Today he continues to perform his stylistic themed music in Kentucky and abroad. In 2014 he was selected to represent Paducah in a cultural exchange to Ireland and Scotland with UNESCO.

- **Col. Godfrey Brock Gadd** - Recognized by Governor Andy Beshear for his volunteer work with aging in Belfast and was vetted as a goodwill ambassador for Kentucky to become a member of this historical pursuit. The Honorable Godfrey Brock-Gadd was commissioned a Kentucky Colonel in May of 2020, he is kin to Col. Daniel Boone.

- **Col. Jon Meier** - Commissioned by Governor Steve Beshear in 2008 after being recognized for his service and leadership in the Boy Scouts of America when he obtained the rank of Eagle Scout in Berea, Kentucky. Today the colonel lives and works in Utah as a realtor and maintains the honorable title in high regard as a goodwill ambassador for the Commonwealth.

- **Col. Luis Cruz Diaz** - Became a Kentucky colonel in recognition for his community service and social media efforts as a consultant when he became the Secretary of Globcal International. Col. Cruz Diaz lives in Puerto Rico and was commissioned by Gov. Steve Beshear where he continues to work in his community and online with the United Nations SDGs.

- **Col. Nicholas A. Wright** - Awarded the commission of the Kentucky colonel by Governor Steven Beshear based on winning a National Science Foundation (NSF) Scholarship for advancing solar energy technology while attending Western Kentucky University in Bowling Green.

- **Col. Maria Veneke Ylikomi** - From Sweden, Col. Veneke was bestowed the honor for her work in Cambodia as a volunteer and authorship of a book on the four big cats. She is a researcher, writer, peace advocate, and goodwill ambassador in every sense. She travels frequently to places around the world and talks about Kentucky to others when she does.

## Social

ⓘ

  **Commonwealth Colonels**            Home    About Us    FAQ    🔍

# Kentucky Colonel Registry

## Kentucky Colonels International Registry

The **Kentucky Colonels International Registry** is a project that was reinforced and suggested by Facebook group members, also it is one that has been of great interest to many Kentucky colonels for a long time. One would think that a public registry would be maintained by the Commonwealth; actually there are public records available, but for reasons involving confidentiality and personal privacy it would be inappropriate to compile, extract or publish these lists online. Our solution is to establish a publicly searchable registry of those who want their title presented as members of the <u>Order of the Kentucky Colonel</u>.

The importance of having a registry and roster for Kentucky colonels is significant because it extends the designation of the title and affirms the rights that pertain to the commission from Kentucky to the rest of the world. It is also important at a community level so other colonels can identify or recognize one another and can know more about their fellow colonels, their current activities and deeds without necessarily meeting or personally knowing each other.

ⓘ

  **Commonwealth Colonels**          Home    About Us    FAQ    🔍

A registry is a system that creates credibility, integrity and trust between fellow colonels and the rest of the world. Aside from this it also develops a permanent record which reflects the honor of the lifetime commission whether or not a person is active or inactive in Kentucky with their title.

A voluntary registry system allows Kentucky colonels that wish to be recognized further is based on the following factors:

- Self-identification,
- Person's connection to the historic Kentucky order,
- Contemporary community acceptance and
- Legal recognition outside of Kentucky.

Some colonels want to have their commission legally verified by an authority notwithstanding the state and to demonstrate to others that they hold the title of "Kentucky Colonel" without the condition of paying an annual membership fee or making an annual donation to an organization because it is a lifetime award.

The state does not maintain the names or addresses of persons after the Kentucky Colonel title (commission) is awarded, it is a title that is awarded for life and stays with that person wherever he or she is in the world. Normally the commission is delivered by postal mail to the person receiving it or to the person making the nomination for presentation in a ceremony, sometimes it is an award that the Governor or Secretary of State will present themself in person. From there the Commonwealth registers the name of the colonel and files away the nomination card, letter or electronic request.

## Registry Provisions

The Kentucky Colonel Registry provides the following to those who register:

- Lifetime Compliant Personal Identification Card
- International Registration Certificate
- Listing in the Membership Roster of KCI

SVG Identity cards are QR-Code compliant making reference to the registry and comply with Personal Information & Privacy Act (PIPA). Users control their data.



   Commonwealth Colonels                      Home    About Us    FAQ    🔍

Access to the list of all those who have been made a Kentucky colonel is compiled later as the proprietary confidential researched information the Honorable Order of Kentucky Colonels, Inc. an independent non-profit 501(c)(3) charity located in Louisville, Kentucky who research when the Governor makes a person a colonel or by other means. Based on the type of organization that it is the cannot legally share this information without the express permission of the honorary donor. The HOKC then provides an annual membership card and recognition as a potential donor of their honorable order, which then selectively recognizes its donors as its active members and provides a conditional membership program, they also sell memorabilia to their contributors. It is not a voluntary membership organization like some of the Kentucky Colonel organizations which have active fraternal or social benefits, but it is a dignified public charity organization that funds good causes in Kentucky and is well-respected by its donors and supporters.

Neither the organization nor the state is able to provide the names and addresses of those who have been recognized as Kentucky Colonels for legal verification, or **as to whether a person is or has been recognized as a Kentucky Colonel at all,** probably because legally no one can do this except the Kentucky colonel that has received the award themself. The only practical transparent method is to register the person's title with an independent non-state authority in another country under conditions similar to diplomatic apostilles.

## Our International Registry

To have a registry for those Colonels that are interested in having their name inscribed, we needed to develop a qualifying system that officializes and validates each registry entry making it a permanent record. To do this we have decided to use a system developed in Sweden for international citizenship, because it provides a key, serial number and a virtual identity credential called **IDaaS** (Identity-as-a-Service), it is a service that is compatible with Google Chrome and Android operating systems.

We also provide an international registration certificate online that can be printed by those who inscribe. We did not want to be too complex or technical so each permanent electronic registry entry will also be listed in a serialized book of titles (paper registry) maintained by Globcal International's Registrar in Sweden, who happens to also be a Kentucky colonel.

The cost of being inscribed in the registry is a one-time fee of 33 Euros ($35 USD), for the registry to be international it must to be located outside of the jurisdiction of the United States. Registration permission is generated based on a transaction number that is created when you pay the registration fee.

ⓘ

Commonwealth Colonels - Registry

 Commonwealth Colonels

Home    About Us    FAQ    🔍

## *How to Get Inscribed in the International Registry?*

You can be inscribed in the International Registry by paying the international registration fee of 33 Euros to the Ecology Crossroads Cooperative Foundation located in Kentucky, they will legally take charge of your inscription and issue you a non state registry authorization and an IDaaS account.

Use PayPal to pay your registration fee using a credit card or your PayPal account, a PayPal account is not required, if either of the Payment buttons do not work with your browser you can **right-click** on this Payment link and select to open it in an incognito or private browser window.

**PayPal**

*Powered by* **PayPal**

# What to do Next?

Once you have a PayPal transaction number you can complete our online International Registration Form. All those who are completing the form for the first-time must use their personal email, you may not register a colonelship in the name of a business or fictitious name entity. You can return to the Google form anytime if you are signed into a Gmail account or using a Chrome browser using the same email address to update or change your information. You cannot submit the registration form without providing a valid PayPal Transaction ID code which we refer to as a PPT-II ⓘ

 **Commonwealth Colonels**          Home    About Us    FAQ    🔍

# Join the Kentucky Colonel Foundation

## Make it Official with Membership

Officialize your Kentucky Colonel Commission by joining our international organization. We are the only multi-national program that offers membership in the true sense of its meaning with voting privileges and membership services.

Join our distinguished organization as we defend our First Amendment Rights under the US Constitution from the international theater and to exercise the rights provided to us as Kentucky colonels through letters patent by Kentucky Governors as Heads of State.

Our membership program is the only official organization under formation dedicated to Kentucky colonels and serving their needs as goodwill ambassadors which they are officially as representative officers of the state.

## Membership Requirements

1. All of our members must be able to prove that they are Kentucky colonels by presenting a photograph of their Kentucky Colonel Certificate or a membership card issued issued by HOKC between 1992-2020.

2. All of our members must submit a written statement stating how they became or what they did to become or be nominated as a Kentucky colonel with a 25-250 word statement using our online form.

3. All members must complete the online membership form and select the optional services which they would like to receive.

4. Nominees that wish to join, must join under the category of 'Premium' or they can wait until they receive their commissions to join as basic members. They must also fulfill requirements #2 and #3 above.

## Membership Categories and Options

To join us select the corresponding link to pay your initiation fee from the selections below or you can join as a free member. It is important to note that 'Online' and 'Basic/General' membership categories do not include voting privileges or benefits other than those noted.

Nominees may not join under the 'Online' or 'Basic' membership categories. Nominees may not vote on matters until they have been commissioned, however as a member their voice and opinion is relevant and will be heard.

The membership application is based on a Google Form which requires that your email be registered with Gmail or a Google Account.

## Non Voting Membership

- **Online Membership** - Members will be *listed on our online membership roster* and receive emails about events and

  Commonwealth Colonels        Home    About Us    FAQ    🔍

Free Subscription)

- **Basic/General Membership** - Members are issued a special email relay address [fullname@kycolonels.international] and receive a membership card which they can print and laminate, so they can prove they are members to friends, family, employers, and that they support and belong to our organization. Initiation is $35 and dues are $12 per year ($1 per month).

## Voting Membership (Premium)

- **Preferred Membership** - Members receive the Online and Basic/General status plus **full membership voting privileges** which includes access to limited Google Suite services, the email relay address is upgraded to an online IDaaS credential which provides online access to Workplace and other special Google Services. Initiation and set-up is $100 and dues are $60 per year ($5 per month)

- **International Membership** - Members receive all of the **Online, Basic/General and Preferred Membership Privileges** and a page on our website that is professionally developed and edited based on information they provide. The static page is perpetual and will remain on our website linked from the membership roster, the personal biographical page will highlight their achievement(s) as to how they earned the title of Kentucky Colonel and can include 3-5 photographs including a photo of their commission and discuss other activities that they are involved with in their community. Associate members may also serve as Consular Officers and be recognized as our Ambassadors after one year. Members in this category are also entitled to free registration in the International Title Registry. Initiation is $250 and dues are $180 per year ($15 per month).

- **Official Membership** - Is for our most active and illustrative members who are protagonists of Kentucky colonelcy as our own **Commissioners, Chancellors, Ambassadors and Consular Officers**. Officials can participate in news releases and are expected to nominate at least three colonels per year under formal circumstances and may be involved with the news media on our behalf. These members receive their own website (subdomain) which is started for them with 3 basic pages and they can add additional pages with decentralized support. These members receive professional business cards, are authorized and assisted to develop chapters and small clubs. Officials receive a medal for three-five of successful years of service with the organization as a civil service officer. Initiation is $1,000 and the dues are $360 per year ($30 per month)

- **Foundership** - Includes all of the above privileges and services plus the peace of mind that they will always be included in all decisions and recommendations made relative to changes and formal developments as a well-respected key figure and 'patron' in the organization. Founders may or may not serve as officers 'Founders' hold the same status as 'Officials' and they will also be recognized in the charter documentation when the organization becomes independent. These members also receive administrative access to Google and Workplace; Founders and commissioners will be recognized as our initial board members and will be responsible to the membership, they may also hold positions as executive officers. Initiation is $2,500 and the dues are $600 per year ($50 per month).



   Commonwealth Colonels                    Home   About Us   FAQ   🔍

Our membership program is being formed and developed as a **model example of what a membership organization should be.** The following is a model development that we are using as our guideline.

### Structural elements of formal membership

- **Bylaws**

It is necessary to describe the role of members in the articles of incorporation and bylaws. List categories of membership and their specific rights.

- **Board membership**

Formal members have significant input in the governance of the organization by electing at least a portion of the board. The board functions as the governing entity for the organization. For any board to be effective, it is important to have a cohesive group of people who work well together. It is important to seek competent candidates and inform members objectively on the qualifications of candidates and the need to elect qualified board members. It also is in the best interest of the organization to provide orientation and training to all new board members. Board members need to see the association as an entity, not as an agent for their particular constituents. Elected board members leave their personal and professional agendas behind and make decisions only for the best of the entire organization.

- **Annual meetings**

During annual meetings, members cast their votes and elect new board members. It is often impossible to get the entire membership together at the same time so proxy voting is common. Preparing the slates and administering the meeting is a major task in a membership organization. The cost and time involved is one additional demanding feature of this kind of governance.

- **Other challenges**

Building and cultivating membership also requires the organization to pay attention to successful member recruitment strategies, fine-tuning general member benefits, and determining a sustainable member fee structure.

*Social*

ⓘ

11/17/2020                                  Kentucky Colonel Foundation Membership

# Kentucky Colonel Foundation Membership

The Kentucky Colonel Foundation Membership Project, is to recognize Kentucky colonels internationally for their achievements and promote them legally as goodwill ambassadors for the Commonwealth of Kentucky in the world theater. Kentucky Colonels International (Our Foundation) is the only organization expressly developed as a common interest and voluntary membership organization that provides genuine membership benefits, social interaction, voting rights and other privileges to its members under US Law.

Our organization is not associated or affiliated with the Honorable Order of Kentucky Colonels which does not offer membership, voting rights. benefits or other privileges.

Membership (Subscription) is free in the social media to those who use Facebook; electronic credentials, membership cards and five additional membership categories are offered and can be obtained using this form and paying the appropriate fee based on your level of participation and desired recognition within the organization. We offer two types of membership voting and non-voting, there are six (6) membership categories that a person can join under. All members must complete this form.

Membership is open to all those who have been awarded a commission with the honorable title of Kentucky Colonel or anyone who is or has previously been recognized as a member (donor) of the Honorable Order of Kentucky Colonels (HOKC) in Louisville, Kentucky and have an active account on Facebook and/or email address.To become a member of our organization you must be a Kentucky Colonel or have been nominated by a member of this group.

This membership and registration system is most-compatible with Gmail or Google (Chrome) browser associated account is recommended (but not required) that users have Google Drive (Google Photos) to complete the form. In the event you need to return to this form in the future you should be logged in using your 'current email account' or the 'account' that you normally use with Google Services such as YouTube, Gmail, Drive, Docs or Google Search. Once you begin this form you can pause and continue it at anytime.

There is no cost to complete this form, information you provide is voluntary, your information will not be shared with any Third-Party or sold, all information is used expressly for the purposes of this organization to provide membership benefits. Completing this



for the purposes of this organization to provide membership benefits. Completing this agreement is recognized legally as an application form and is a legal document. Anonymous data may be collected and used to improve the membership registration process.

The name and photo associated with your Google account will be recorded when you upload files and submit this form. Not **heatheracampbell1@gmail.com**? <u>Switch account</u>

\* Required

## Email address \*

Your email

## Permanent Email \*

Please enter the email address where you wish to have email sent to, a certificates sent and to be used for invitations to groups or correspondence by email. This email address is not necessarily the same one being used for this record source but it should be, it may also be an alternative email address, it can be a private email, your permanent email, a company email or you can also enter the same email address being collected through our sign-in using Google..

Your answer

## Full Legal Name \*

Please provide your full name as you would like it to appear or as it is shown on your birth record and on Facebook. Please DO NOT USE all CAPITAL letters, names must be expressed as they are 'naturally written' without any presented titles or suffixes unless they are included on your commission. (Good Examples: John G. Smith, S. Janet Doe or Jane Maria Figueroa Martinez) Erroneous entries will be edited or deleted if they are not understood.

Your answer

## Current Place of Residence \*

Please provide the name of the principal city, town, village or community that you live, reside, frequently commute to, currently receive mail at and/or consider your permanent home at this moment. It may be a hometown or your current town.

Your answer



11/17/2020                                   Kentucky Colonel Foundation Membership

## Citizenship *

Select the name of the country where you were physically born or currently hold legal citizenship.

Choose                              ▼

## Facebook Identity *

Please provide your Facebook Profile Identification Number. To find your Facebook ID use the URL from your own profile here https://findmyfbid.com/ and it will return your Facebook ID Number. Only a number will work in this field some profiles that never made a user name already display this number. If you do not have a Facebook ID number or profile, enter #000001

Your answer

Page 1 of 2

**Next**

Never submit passwords through Google Forms.

This form was created inside of Globcal International. Report Abuse

Google Forms

11/17/2020                                    Commonwealth Colonels - Membership

   Commonwealth Colonels        Home     About Us     FAQ     🔍

# Membership

## Become a Member

This organization is being developed based on a **recognized and genuine need** for a true membership association for Kentucky colonels by Kentucky colonels. It is being developed to be able to unite in such a way that its members can extend benefits and privileges to one another legally, formally, and transparently as an independent decentralized society (association) notwithstanding the state or other jurisdictional authorities.

- Join Us as a Colonel or Nominee
- Nominate a Kentucky Colonel

Our official classification based on Wikipedia's definition of an membership organization is a common-interest association, society or voluntary association.

ⓘ

   Commonwealth Colonels          Home    About Us    FAQ    🔍

The organization is open to all those who have been awarded the title of Kentucky Colonel and all those who have been nominated, recommended, or recruited to become colonels by Kentucky colonels who are awaiting their commissions. Those who have not yet been commissioned or are seeking a commission are not permitted to receive membership benefits.

The Kentucky Colonel Foundation is a legally developed membership association as defined under the **US Code of Federal Regulations and the Model Nonprofit Act**. Members are expected to understand the bylaws and our constitution in order to receive membership benefits. These benefits include **voting privileges, subscriptions, identification, recognition, services, professional development, training, and direct contact** with other members to take actions on the behalf of the organization.

The purposes for which we are established is to create *a strong and unified group based on professionalism, courtesy, good manners, dignity, respect, and integrity* as goodwill ambassadors and advocates of a fair civil society. All members are considered officers of the Commonwealth of Kentucky and are expected to contribute to its prestige and prosperity as the state's official ambassadors.

Diplomatically speaking, all of our members that have received commissions are entitled to use the title of **Ambassador before their name or the position of Goodwill Ambassador preceded by a comma following their name** when they are outside the State of Kentucky. Inside the Commonwealth they are referred to using "Honorable" or "Colonel" as a title before their name when it is known that they have been commissioned as Kentucky colonels. Generally the government recognizes Kentucky colonels with the 'Honorable' title.

Even though our organization is based outside the United States, the **Kentucky Colonel Foundation does not discriminate based on religion, race, ethnicity, cultural background, gender, national identity, or socioeconomic status.** We are a nonpolitical, nonreligious, nongovernmental, nonmilitary and now non-state group of civilians. **We do discriminate based on actions not becoming our morals and code of ethics** as a civilian ambassador corps; belonging to our organization is a privilege and not a right.

## Our Board

Formal members have significant input in the governance of the organization by electing at least a portion of the board. The board functions as the governing entity for the organization.

Our presentation is designed to conform legally with the <u>Internal Revenue Service</u> and distinguishes membership services from donations to the Kentucky Colonel Foundation.

ⓘ

 **Commonwealth Colonels**          Home    About Us    FAQ    🔍

As aforementioned there are a wide-range of benefits and privileges that we offer and will be offering based on the needs of our members. There are different membership classifications as well depending on your active involvement as a member and consideration for the use of your title as a Kentucky colonel.

To join our organization please see the qualifications and membership classifications offered by the Kentucky Colonel Foundation. We will offer both free and paid membership as well as subscriptions.

*Social*



 Commonwealth Colonels          Home    About Us    FAQ    🔍

# Evidence File

## Justification of Legal Action?

This page is placed for convenience to members, legal counsel and the news media. It involves the presentation of links that have been collected online. Our presentation here is that the ideal, honorability, respectability, and prestige of the Kentucky Colonel is endangered if it is allowed to continue in the hands of the Honorable Order of Kentucky Colonels (HOKC), who have trademarked chocolate, liquor, wearing apparel, and tobacco products under the mark "Kentucky Colonels" and most recently have trademarked the term for associations on February 17, 2020.

The ideal of monopolizing and capitalizing on the titular names of people who have been prestigiously awarded the "honorable" title of Kentucky Colonel is demeaning and confusing the public to believe less in the award as a high and noteworthy honor, it does is not promote goodwill towards the State of Kentucky, rather it is capitalizing on the property of the state and their deference based on their charitable operation which are funded by Kentucky colonels, but controversially operated by a very small group of figures that do not allow their donating members to participate directly in their operations. If they are permitted to continue on this path the award will become a novelty that is a tongue-in-cheek honor like the Admiral of the Nebraska Navy, which never appears on resumés or curriculums.

As Kentucky colonels all of us have been granted a commission as a civilian officer, a Colonel, an honorable title, by which letters patent, respected in diplomacy as a tool providing authority to act on the behalf of the state. It is our allegation that the HOKC is intentionally diminishing this to build themselves as a **corporate brand** which they have expressed in court to protect their trademarks.

They have isolated themselves by not allowing their so-called honorary members to directly participate in the functionality or operations of their charitable organization. In 1992 they removed the "de facto" powers of the Governor and all hope for members to directly participate by amending and restating their Articles of Incorporation to say, "The Honorable Order of Kentucky Colonels has no members". Yet they continue to offer "membership" which is simply a "donorship" recognized with a thank you and a membership card which offers no benefits or entitlements over the board. In 2016 they convinced Governor Bevin to make the nomination process of future Kentucky colonels a "quid pro quo" insisting that only active donors should be allowed to make nominations, essentially forcing colonels to make donations to the private charity, an extortion.

Calling a person a member of an organization that has no members is contrary to both the Model Nonprofit Act and the US CFR where members are supposed to have influence over the operations of the organization. Many organizations operate similarly to the HOKC however none of them attempt to gain influence over the ideals they present in this way.



☰  ◉  **Commonwealth Colonels**                Home    About Us    FAQ    🔍

In the event any of these materials are suppressed they can be relocated on the internet Archive which is always gathering online information to preserve and protect the state of society.

- Trademark Legal Action by <u>HOKC vs Bdlg Champions</u> (Note that Judge Heyburn was led to misunderstand the legal status and reality of the Honorable Order of Kentucky Colonels contrary to their Articles of Incorporation relative to their membership.)

## Links to Potential Attorneys

It appears that the following attorneys may be potential sources for presenting this lawsuit and KCI is in the process of making contact with them to perhaps engage them as counsel or enjoin them as class action plaintiffs as it appears that they too have become victims of the Honorable Order of Kentucky Colonels deceptive practices as they all believe they are members of the organization despite, the organization not having any legal members according to their Articles of Incorporation.

### Attorneys with Expertise in Trademark and IP Law

- <u>Col. Glenn D. Bellamy</u>
- <u>Col. Shawn J. Rabin</u>
- <u>Col. John R. Saler</u>
- <u>Col. Brian W. Chellgren, PhD</u>
- <u>Col. Karl Stephen Kronenberger</u>
- <u>Col. Eric M. Robbins</u>
- <u>Col. Christopher C. Ross</u>
- <u>Col. Elliot Stapleton</u>
- <u>Col. Christopher M. Davis</u>
- <u>Col. Kathryn B. Kendrick</u>
- <u>Col. Gerald A. Marks</u>
- <u>Col. BC Killough</u>
- <u>Col. Mark Lorbiecki</u>
- <u>Col. Jeffrey L. Sallee</u>
- <u>Col. Julie D. Greer</u>
- <u>Col. Amy Collignon Gunn</u>
- <u>Col. David Kinsella</u>
- <u>Col. Andrea Sager</u>
-  <u>l. Mazin A. Sbaiti, Esq.</u>
- <u>Col. John S. Higgins</u>

 **Commonwealth Colonels**                    Home    About Us    FAQ    🔍

- Col. Bernard Mazaheri
- Col. Mark I. Shublak
- Col. John P. Carroll
- Col. Laurenn S. Disspayne
- Col. David Bryant
- Col. Ken Nunn
- Col. John F. Lang
- Col. Francis G.X. Pileggi
- Col. Richard N. Friedman
- Col. Michael A. Noll

**Other Notable Attorneys that are Kentucky Colonels**

These attorneys have not yet been contacted but will be on February 27th as they are all Kentucky Colonels as noted on their information online.

- Col. Robert D. Mattingly
- Col. Chad S. Lovejoy
- Col. Michael Schafer
- Col. Adam Stetson
- Col. W. Steven Middleton
- Col. D. Todd Rush
- Col. John J. Balenvich
- Col. Dustin C. Beard
- Col. Rusty Shepard
- Col. Joshua Bedtelyon
- Col. Daniel Martin Ebert
- Col. Nick Birkenhauer
- Col. James B. Martin Jr.
- Col. Tyler Haslam
- Col. Benjamin Early
- Col. Maxwell D. Smith
- ⓘ l. Michael F. Lawrence

   Commonwealth Colonels                    Home    About Us    FAQ    🔍

- Col. Robert W. Schrimpf
- Col. Kenneth R. Haggard
- Col. Bert L. Combs
- Col. Allison B. Levine
- Col. Shawn Rader
- Col. John C. Caraker
- Col. Paul M. Lavelle
- Col. Aaron J. Silletto
- Col. Bradley S. Salyer
- Col. Tandy C. Patrick
- Col. Ben E. Embry
- Col. Barry Herrin
- Col. Rawle Andrews
- Col. William R. Garmer
- Col. Gregory J. Kish
- Col. Susan E. Coco
- Col. T.J. Corcoran
- Col. Edward M. O'Brien
- Col. Clark H. Rucker
- Col. Rob Cohen
- Col. James Martin Brown
- Col. Brad Starkey
- Col. Taylor C. Stone
- Col. Michael J. Colona
- Col. C. Tyler Shillito
- Col. Evelyn Lundberg Stratton
- Col. Brian P. Teaff
- Col Robert H. Compton
- Col. Robert L. Hash
- Col. Brooke Talley
- Col. Tom Edge

☰  ⬤  **Commonwealth Colonels**              Home    About Us    FAQ    🔍

- Col. L. Joe Dunman
- Col. Marc Tawfik
- Col. Kenneth R. Haggard
- Col. Rinky S. Parwani
- Col. Michael T. Davis
- Col. Jeff Fichner
- Col. John. K. Carter
- Col. Jerry McCullum
- Col. Robin D. Merriman
- Col. Kristen N. Worak
- Col. Bradley Charles Freeman
- Col. Thomas Shreve
- Col. Matthew M. Robinson
- Col Patrick A. Shoulders
- Col. Amy Collignon Gunn
- Col. J.J. Partlow
- Col. Eric Allan Koch
- Col. James A. Goldstein
- Col. John P. Carroll
- Col. David C. Serna, Esq.
- Col. Jennifer Bird-Pollan
- Col. Greg Finch
- Col. James Earl Goad
- Col. Tricia A. Shackelford
- Col. Edward T. McCarthy
- Col. Dan L. Nolan
- Col. Hannah Jamison
- Col. David W. Barrow
- Col. Gregg Y. Neal
- ⓘ l. Marco M. Rajkovich Jr.
- Col. Thomas Abell

  **Commonwealth Colonels**      Home    About Us    FAQ

- Col. Stephen Poindexter
- Col. Steve Oberman
- Col. Lindsey Burke
- Col. Michael P. Miller
- Col. Dee Wampler
- Col. Angela Kortz Funke
- Col. Julie D. Greer
- Col. T. Scott Jones
- Col. James A. Goldstein
- Col. Stephen W. Powell
- Col. Ralph Foley
- Col. Jonathan W. McConnell
- Col. Eric Allan Koch
- Col. Judge Reggie B. Walton
- Col. James Goldstein
- Col. Kimberlee A. Farr
- Col. Mark Lorbiecki
- Col. Jay Daugherty
- Col. Frank E. Yozwiak, J.D.
- Col. Linda Havel
- Col. Carrie C. Turner
- Col. James J. Partlow
- Col. Jacob Rennick
- Col. Gregory M. Funfsinn
- Col. Heather Pack Howell
- Col. Ryan McLane
- Col. LeeAnna Dowan
- Col. Jeremy A. Winton
- Col. Zachary D. McMillan
- Col. George R. O'Bryan
- l. Kelley M. Goes

11/17/2020 — Commonwealth Colonels - Lawsuit

 Commonwealth Colonels

Home    About Us    FAQ    🔍

# HOKC vs KCI (et. al.)

## Kentucky Colonels in Court?

The **Honorable Order of Kentucky Colonels** has filed a civil suit against our organization for trademark infringement, cybersquatting, and defamation in a Federal Court in the Western District Court of Kentucky. Thus far their offensive action has resulted in a Temporary Restraining Order on February 25, 2020 which essentially amounted to a "gag order" restricting our rights as a legally constituted body and as US citizens.

Thyen on August 13, 2020, the HOKC was granted a Preliminary Injunction against our organization from using the descriptive and generic term "Kentucky Colonels" as a component of our descriptive trade name or as a descriptive domain name until the case can be concluded to protect their organization and the public from potentially being confused. The HOKC has agreed to a settlement of the case if we would agree to make the Preliminary Injunction permanent. We have decided against this based on the discovery of new information.

They claim their organization was in peril and that it is was a matter of the public interest. We claim that their action is based on fraudulently contrived and manipulated historical facts that they are bringing to the court in their offensive position. Thus far the Court has defaulted against the associated defendants and has focused upon Col. David J. Wright, who is the sole remaining defendant, the editor of the articles on the blog and the webmaster of this site.

Col. Wright acting as a *pro se* defendant filed his <u>Answer and Affirmative Defenses</u> on August 25, 2020 and filed a <u>Motion for Judgement on the Pleadings</u> and <u>Memorandum of Support</u> on September 30, 2020. The court has not reviewed either of these filings yet and the case is scheduled for a Status Conference on November 12 before the Federal Magistrate Judge. Most likely based on the outcome of the conference the case will be voluntarily settled, be scheduled for a for a formal settlement conference or the defendant will move forward and file a counterclaim and an opposition proceeding in Washington, DC to attack the invalid and mistaken trademarks.

## News Update

In September and October 2020 we found new evidence of impropriety on the part of the HOKC that dates back to 1933, 1941 and 1957 which has continued ever since. They are using the lawsuit as a smokescreen to cover up their manipulation of history and the creation of a fraud. Most relevant is that they filed for their trademarks under oath and omitted essential information that would have prevented their consideration. We have also found that they may have the Governor unwittingly engaged in their impropriety by supporting a third-party which is a for-profit enterprise.

We are standing firm on our First Amendment rights to freedom of speech, freedom of the press, the right to address grievances to government and the right to assemble peacefully. They have no rights to take our titles and force us to u ⓘ stand or submit to them as a public charity without members. Their legal counsel has overwhelmed the court now with over 1200 pages of documents and exhibits often repetitive and crying foul. The actions that have been

 ≡  Commonwealth Colonels          Home   About Us   FAQ   🔍

the freedom to assemble and preserve our rights as voluntary goodwill ambassadors that support the efforts of the HOKC at our own choice as the private charity which it is, to support other charities inside and outside the Commonwealth and the ideals behind Kentucky colonelcy as international goodwill ambassadors for the state, notwithstanding their total control over "membership associations" or the trademark "KENTUCKY COLONELS". One of the alternatives may be a "licensing agreement" which limits our powers under their trademark or the acceptance of our merger proposal from January 13, 2020 (or a negotiated version of it.)

# An Unjustified Legal Pursuit Against Kentucky's Colonels

On February 20, 2020 **"The Honorable Order of Kentucky Colonels, Inc."** (HOKC) filed a lawsuit in the US Federal Western District Court of Kentucky against this organization formerly named and legally incorporated in Kentucky as **"Kentucky Colonels International"** (among various unknown others) for infringement of three US Trademark Registration Applications that they filed on February 17, 2020 for associations, charity programs and social events to reinforce their own exclusive rights to the use of term **"KENTUCKY COLONELS"** as their exclusive trademarks immediately following our own legal establishment on January 30th, 2020 based on our unincorporated formation that has existed since 1998.

If the HOKC is successful this case and with their trademark applications their actions will bar us, individuals and other organizations from appropriately describing activities, events, organizations, fundraising, selling products, or providing membership services.

As we have come to understand **"Kentucky Colonel"** and the term **"Kentucky Colonels"** in **our use** referring to more than Kentucky Colonel cannot be exclusively trademarked because they are both terms belong to the **"Public Domain"**, they are generic and merely descriptive terms that were defined in the 1880s. Further enhanced based on the best-seller book "A Kentucky Colonel" by Opie Read written in 1890 and other numerous instances of the use of the terms prior to the HOKC's conceptualization. See our section entitled "Resources".

The HOKC sought an Injunction and gained a Temporary Restraining Order against our membership organization for using the term **"Kentucky Colonels,"** because they claimed it for their own exclusive commercial use and control in the marketing of consumer products such as cigars, t-shirts, candy, barbecue sauce through a for-profit third-party and now for associations, events and charitable fundraising. Their goal is to continue to subjectively control Kentucky colonels as their donors, establish a national brand for the marketing of their products, and establish a proprietary monopoly on the term.

The bringing of the lawsuit disrupted and harmed our lawful development significantly; essentially because the HOKC felt threatened that we had a successful program underway and on track that treats Kentucky colonels with equality and transparency in the formation of a fraternal membership development program. The total damage assessment of their wrongful lawsuit exceeds $500,000 in damages to our work product and formation which began in 1998.

# Complying with the Court

On February 27th we were in full compliance online with the Judge's Temporary Restraining Order. While the HOKC is

11/17/2020                         Commonwealth Colonels - Lawsuit

 **Commonwealth Colonels**          Home   About Us   FAQ   🔍

different governors with letters patent and that the honorary title predates their organization's existence.

On August 13th under a decision by Judge Rebecca Grady Jennings our organization suffered another blow when she imposed a Preliminary Injunction prohibiting the use of any trade name containing the generic or descriptive terms **"Kentucky Colonel"** or **"Kentucky Colonels"** to protect the public and the HOKC while the question of trademark infringement is pending before the Court.

The HOKC started its formation in 1933 with Governor Ruby Laffoon who adopted the ideals that began forming dating back to 1895 starting with Governor William O'Connell Bradley, perhaps sooner if we include those representing themselves as Colonels from Kentucky during and before the Civil War.

## Defending our Honor

In our defense as the term "Kentucky Colonels" has been and is still used domestically and internationally by many organizations developed for similar benevolent fraternal purposes and by civil societies since at least 1901, we say it deserves its permanent place in the "public domain" where it has existed since it began, and technically will always remain as a part of American literature. According to our research the term "Kentucky Colonels" was merged into the public domain in the 1880s by newspaper editors.

In preparing our defense there has been extensive investments made in historical research discrediting the Plaintiff in this case including who the first colonel was, when the ideal was born and a great number of other details about their own organization and enterprises they support. As of October, we discovered that their entire history has been based on a false narrative that was fabricated for convenience and to show deference to the Shelby-Todd family. The mythical history is perhaps one of the biggest frauds ever perpetrated against some of the most influential people in the world.

We are standing firmly upon our civil rights to preserve our ideals understanding the US Constitution which state:

> Congress shall make **no law** respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Currently, we feel that the US Trademark laws are undermining the Constitution of the United States, which have allowed the HOKC to bring this lawsuit to the Federal Court as a verified complaint against us, or perhaps it is more probable the HOKC is abusing the use of these laws through an astute and well-equipped legal counsel.

Apparently not many colonels are well informed about the case, the HOKC does not like to comment about it much, and we have taken our formation to the international theater unincorporating it from Kentucky. Either way if we cannot find legal counsel or the ACLU does not take our case, we may have to eventually default and ignore the lawsuit, which in essence means nothing except that we and others in the near future will not be able to sell anything or raise funds using the term "Kentucky Colonels", if a Federal Judge makes such an order it would violate our rights.

## Legal Statements

1. Our organization was established as an **international civil society organization** (iCSO) for those who have been

   Commonwealth Colonels          Home    About Us    FAQ    🔍

the history of the title of the Kentucky Colonel.

2. The **"Commonwealth Colonels"** is not associated, affiliated or a part of **"The Honorable Order of Kentucky Colonels, Inc."** although many of our followers do support their charitable organization by supporting their "Good Works Fund" voluntarily to make the lives of Kentuckians better.

3. We changed our name on August 29th to **"Commonwealth Colonels"** a name that will not be registered until this case is concluded, formerly known as *"Kentucky Colonels International"* to avoid any confusion between us and the registered trademarks **"HONORABLE ORDER OF KENTUCKY COLONELS"** or **"KENTUCKY COLONELS"** used by **The Honorable Order of Kentucky Colonels, Inc. (HOKC)**.

4. The **Honorable Order of Kentucky Colonels** is not a membership organization as most people believe, this is stated in their <u>Articles of Incorporation in Article VI and Article XIII Third</u>. They do recognize their donors as symbolic members, but do not offer members voting privileges or direct participation in their affairs like the National Rifle Association (NRA), Sierra Club, or other organizations such as our own.

5. The **Commonwealth Colonels** currently offers social media services to social media users and shall plan to offer professional services to legally engaged members that are unique, which involve fraternal membership benefits using a decentralized computer network which provides biographies, memorials, news distribution, media services, secure email, networking, and websites for its members. We will now be doing this from a new website domain [<u>colonels.net</u>].

6. This notice has been placed here on our website to alleviate any potential confusion the "public" or "colonels" may have or are experiencing as a result of this lawsuit and the existence of Kentucky colonels in the world today. There are other Kentucky colonels groups and organizations listed the <u>Resources page</u> of this website.

7. We offer anyone who can show that they have **donated any money to us believing that we were the "Honorable Order of Kentucky Colonels"** at the time they made their contribution can claim a full refund by <u>writing to us</u> and providing your receipt.

8. Finally, since we were forced to abandon our registered trade name "Kentucky Colonels International" in Kentucky as a result of this lawsuit, we have taken steps to decentralize and autotomize our organization formation to the world theater for goodwill ambassadors with our colonelcies to establish ourselves as a network of benign non-state actors to better exercise our rights under Admiralty, Maritime and Private International Law.

For more information about the lawsuit and we welcome visitors to see our blog and <u>most recent article</u>.

## Counsel Needed

Counsel interested or that can help in this case can contact <u>Col. David J. Wright</u> using <u>WhatsApp on your smartphone.</u> Or you can call him directly in Venezuela where he works as an Ambassador with the United Nations Sustainable Development Goals Program for Globcal International at (+58)(426) 111-0529 or by email at <u>david.wright@globcal.net</u>. He can also be reached using VOIP at +1(859) 379-8277

## C⊕er References

11/17/2020

Commonwealth Colonels - Lawsuit

 ☰ Commonwealth Colonels      Home   About Us   FAQ   🔍

lawsuit which will allow the HOKC to dominate the term "Kentucky Colonels" through their trademarks and motivated capitalization.

## Social



ⓘ

11/17/2020                          Commonwealth Colonels - Donate

 **Commonwealth Colonels**          Home    About Us    FAQ    🔍

# Donations

## Donate to the Kentucky Colonel Foundation

Contribute to the development of environmental, humanitarian, and social well-being projects organized and operated by Kentucky Colonels.

### Public Notice

Currently under court order this page has been suspended, we are currently unable to receive or collect donations until further notice, have the restraining order lifted, it expires, or until we enter an appearance in the US Federal Court in the Western District of Kentucky.

### Donate to the Kentucky Colonel Foundation

You can now donate to Kentucky Colonel Foundation online using a major credit card or your PayPal account. PayPal is our payment processor, you are not required to have or sign-up for a PayPal account to make a donation. If you have trouble with the Donate button you can also use **this link.**

You can also use the QR-Code here on our page to make your donation if you are using a smartphone. Please retain your donation transaction number as evidence of your contribution, it will be provided to you by email.

Read more about the causes we support below.

## Mission                                                    ⌃

### Mission Statement since 1998

To promote the careers, individual growth, public service projects, and champion the successes of Kentucky colonels all over the world to enhance the growth of strong sustainable communities and friendships internationally.

ⓘ

11/17/2020                                              Commonwealth Colonels - Donate

  Commonwealth Colonels                    Home     About Us     FAQ     🔍

## International Projects with Colonels

The Kentucky Colonel Foundation is a commission of distinguished Kentucky colonels that is organized based on brotherhood, fellowship, and friendship through the social media. We are incorporated as an international civil society organization (ICSO) under Ecology Crossroads Cooperative Foundation which provides us with recognition and legal standing as a decentralized autonomous organization (DAO).

The organization supports the development of international cooperation and sustainable development programs involving Kentucky colonels taking on roles to make the world a better place through their individual contributions and dedication towards civic, environmental, humanitarian, and social causes. We support the work of the Goodwill Ambassador Foundation and other programs developed by Kentucky colonels involving service to others.

Kentucky colonels strongly believe in the proverb that says, "one good turn deserves another!"

# Membership                                                                      ︿

## Membership Requirements

Membership in Kentucky Colonel Foundation is **free** and based online using groups on Facebook. To become a member of either our social or fraternal groups applicants must show their Kentucky Colonel commission certificate, state the name of the governor that they were recognized by, give the date that they were commissioned and make a declaration of their deed. If you are already a Kentucky colonel you can join the groups from our Facebook page.

Donations to KCF are not tax-deductible in 2020, those who make donations of $25 or more will receive a personal thank you note from a commissioner.

*Social*





UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) CIVIL ACTION NO. 3:20CV-132-RGJ ) |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) |
| DEFENDANT | ) |

### AFFIDAVIT OF SHERRY CROSE

Affiant, Sherry Crose, being first duly sworn, deposes and states as follows:

1.      I am currently employed as Executive Director for the Honorable Order of Kentucky Colonels, Inc. ("HOKC").  I am authorized to make this Affidavit and I have personal knowledge of the facts described herein.

2.      I executed the Verified Complaint filed in this action on February 20, 2020 and I adopt and affirm the factual assertions made therein.

3.      I am aware that a website currently exists under the name Commonwealth Colonels with a domain name **commonwealth.colonels.net**.  A printout of some of the pages and images available on that website as it appeared November 18, 2020 is attached to this motion as Exhibit 1.

Furth Affiant sayeth naught.

_Sherry Crose_
Sherry Crose

COMMONWEALTH OF KENTUCKY   )
                           )  :SS
COUNTY OF JEFFERSON        )

The foregoing instrument was acknowledged before me this _18th_ day of November, 2020, by Sherry Crose.

My commission expires: _December 5, 2022_ .

_Garry Klapheke_
Notary Public

Notary ID. 612095

100243431

2