**Exhibit 1** - Screenshot of Search Results of all Pages Indexed or Submitted on Google Publicly

