**Exhibit 2** - Screenshot of Honorable Order's Trademark Statement




## Our Trademark

The Kentucky Colonels' trademark reflects the military role from which our organization grew. Designated as *Aide-de-Camp*, early Colonels were official representatives of the Kentucky Governor. Today we celebrate that 200-year-old heritage with the venerable Aide-de-Camp crest as a foundation of the Kentucky Colonels' logo. Kentuckians first, Kentucky Colonels are also proud Americans, echoed in the traditional red-white-and-blue color scheme of our mark.

KENTUCKY COLONELS
943 SOUTH FIRST STREET
LOUISVILLE, KY 40203

HEADQUARTERS: 502-266-6114
MEMBERSHIP: 502-266-6848
COLONELS STORE: 855-214-8290






© 2020 Kentucky Colonels. All Rights Reserved.          Privacy Statement