



All · Images · News · Maps · More                    Settings · Tools

86 results (0.35 seconds)

www.kycolonels.org › homecoming ▾
**Homecoming - Kentucky Colonels**
The 2020 Colonels Homecoming Weekend has been postponed November 2021. Please take a look below of the events offered in 2019. We can't wait to see ...

www.kycolonels.org › members ▾
**Members - Kentucky Colonels**
Great question! Your Kentucky Colonel commission is a lifetime appointment. Your membership in the Honorable Order of Kentucky Colonels is voluntary and ...

www.kycolonels.org › history ▾
**History - Kentucky Colonels**
The title Kentucky Colonel dates back to around 1813. The Kentucky Militia had just returned from a highly successful campaign during the War of 1812.

www.kycolonels.org › romp ▾
**The Romp! - Kentucky Colonels**
November 8-10, 2018. [/vc_column_text][/vc_column][/vc_row] [vc_row css=''. vc_custom_1479484886099{margin-top: 20px !important;}''] [vc_column]

www.kycolonels.org › recognition ▾
**Recognition - Kentucky Colonels**
Colonels of Distinction Every year the Kentucky Colonels recognize Colonels for their dedicated giving toward the Good Works Program: · Golden and Silver Eagle ...

www.kycolonels.org › colonels_certificate ▾
**colonels_certificate - Kentucky Colonels**
Leave a Comment / By colonels. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › contact ▾
**Contact - Kentucky Colonels**
Kentucky Colonels 943 South First Street Louisville, KY 40203. Headquarters: 502-266-6114. Membership: 502-266-6848. Colonels Store: 855-214-8290

www.kycolonels.org › ... ▾
**38square - Kentucky Colonels**
Leave a Comment / By colonels. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...
You visited this page on 11/18/20.

www.kycolonels.org › nophoto ▾
**nophoto - Kentucky Colonels**
Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › grant-guidelines ▾
**Grant Applications - Kentucky Colonels**
Applications for the 2021 Good Works Program Grant Cycle will be available in January 2021. To login or create a new account, please visit our online ...

www.kycolonels.org › awarded-grants

**Awarded Grants - Kentucky Colonels**

Organization Name, Organization City, Number Served. Action Ministries, Inc. Covington, 6,486. AdventureServe Ministries, Wilmore, 1,487. Amen House ...

www.kycolonels.org › colonels-toast ▼

**Colonels Toast - Kentucky Colonels**

In all the clash of a plangent world they hold firm to their ideal — a gracious existence in that country of content "where slower clocks strike happier hours.".

www.kycolonels.org › colonel-connection ▼

**Famous Colonels - Kentucky Colonels**

Ann Margret Ashley Judd Barry Manilow Betty White Bill Clinton Billy Ray Cyrus Bing Crosby Bob Barker Bob Hope Carol Channing Crystal Gayle Dale Evans

www.kycolonels.org › famous-colonels ▼

**Famous Colonels - Kentucky Colonels**

Carl Brashear. Master Diver U.S. Navy. David Breckman. Writer/Producer. Lloyd Bridges. Actor. Foster Brooks. Actor. Bruce Campbell. Actor. Richard E. Byrd.

www.kycolonels.org › tag › tag3 ▼  Translate this page

**tag3 Archives - Kentucky Colonels**

Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Sed eleifend urna eu sapien. Quisque posuere nunc eu massa. Praesent bibendum lorem non leo.

www.kycolonels.org › kate-middleton ▼

**Kate-Middleton - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › Current News

**Thank You! - Kentucky Colonels**

We at Kentucky Colonel Headquarters are grateful for the optimism and faith you placed in our charitable and educational programs during 2011. The 32,000 ...

www.kycolonels.org › tag › tag7 ▼  Translate this page

**tag7 Archives - Kentucky Colonels**

Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Curabitur quam augue, vehicula quis, tincidunt vel, varius vitae, nulla. Sed convallis orci. Duis libero ...

www.kycolonels.org › shop › zipperpull ▼

**ZipperPull - Kentucky Colonels**

2020 Kentucky Colonels. All Rights Reserved. ZipperPull. Home| | ZipperPull. Comments 0. Leave A Reply Cancel reply. You must be logged in to post a ...

www.kycolonels.org › miltonkenney-mr19_13 ▼

**MiltonKenney.mr19_13 - Kentucky Colonels**

Leave a Comment / By colonels. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › nomination-confirmation ▼

**Nomination Confirmation - Kentucky Colonels**

Your nomination will be forwarded to the Governor's office within the next 5-7 days. It typically requires several days for the Governor's office to vet each ...

www.kycolonels.org › category › current-news

**Current News Archives - Kentucky Colonels**

The 600 plus Kentucky Colonels members who live in Maryland may now decorate their vehicles with a special Kentucky Colonel license plate. The plate ...

www.kycolonels.org › blog › page

**Blog - Page 3 of 4 - Kentucky Colonels**

Oct 2, 2012 — Thanks to your generosity, the Kentucky Colonels awarded 162 charitable and educational grants last month. Several of the grants are for ...

www.kycolonels.org › Current News

**THANK YOU! - Kentucky Colonels**

Your generosity during 2011 was overwhelming. Contributions to the Good Works Program (GWP) totaled $1,791,777. As usual, even with a record contribution ...

www.kycolonels.org › trustees-and-staff  ▾

**Trustees and Staff - Kentucky Colonels**

General Hal N. Sullivan. Commanding General. Paducah. General Gary Boschert. Adjutant General. Fort Mitchell. Kentucky Colonels - Lynn Ashton. General ...

www.kycolonels.org › single-blog-post  ▾

**We Love It When You Love It - Kentucky Colonels**

How did the hand pies look? Did you love the brownies? How many choux did you eat in one sitting? Yes, these are the things I think about. So today, after ...

www.kycolonels.org › timeline-category › journalism  ▾

**Journalism Archives - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › blog › page

**Blog - Page 4 of 4 - Kentucky Colonels**

If you reside in Kentucky, you probably have spotted some automobiles (and pick up trucks) bearing the official Kentucky Colonels license plate. Colonels may ...

www.kycolonels.org › raphael-saadiq-2  ▾

**RAPHAEL SAADIQ - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › carol-channing  ▾

**Carol Channing - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › fred-astaire-2  ▾

**FRED ASTAIRE - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › jimmy-durante-2  ▾

**JIMMY DURANTE - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › wayne-newton-2  ▾

**WAYNE NEWTON - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › betty-white ▾

**Betty White - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › harry-carson-2 ▾

**HARRY CARSON - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › christian-dandrea-2 ▾

**CHRISTIAN D'ANDREA - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › dwight-yoakam ▾

**Dwight Yoakam - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › gene-hackman ▾

**Gene Hackman - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › brad-meltzer-2 ▾

**BRAD MELTZER - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › reba-mcentire ▾

**Reba McEntire - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › walt-disney-2 ▾

**WALT DISNEY - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › about-us ▾

**38square - Kentucky Colonels**

2020 Kentucky Colonels. All Rights Reserved. 38square. Home| | 38square. Comments 0. Leave A Reply Cancel reply. You must be logged in to post a ...

www.kycolonels.org › member › george-reeves ▾

**George Reeves - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › joan-crawford-2 ▾

**JOAN CRAWFORD - Kentucky Colonels**

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › colonels-license-plate ▾

**COLONELS' LICENSE PLATE - Kentucky Colonels**

If you reside in Kentucky, you probably have spotted some automobiles (and pick up trucks) bearing the official Kentucky Colonels license plate. Colonels may ...

www.kycolonels.org › Team
**Red Skelton - Kentucky Colonels**
Search. Can't find what you need? Take a moment and do a search below! Kentucky Colonels 943 South First Street Louisville, KY 40203. Headquarters: ...

www.kycolonels.org › philanthropy › honor-flight ▾
**Honor Flight - Kentucky Colonels**
[vc_row][vc_column][vc_empty_space][vc_column_text]. That page no longer exists, please select Philanthropy from the main menu to see what Good Works the ...

www.kycolonels.org › tony-moore-2 ▾
**TONY MOORE - Kentucky Colonels**
Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › duncan-hines-2 ▾
**DUNCAN HINES - Kentucky Colonels**
Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › george-clooney ▾
**George Clooney - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › shirley-temple ▾
**Shirley Temple - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › billy-thunderkloud-2 ▾
**BILLY THUNDERKLOUD - Kentucky Colonels**
Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › peter-graves ▾
**Peter Graves - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › billy-adams ▾
**Billy Adams - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › wayne-newton ▾
**Wayne Newton - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › dave-mustaine ▾
**Dave Mustaine - Kentucky Colonels**
Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › george-harrison ▾

**George Harrison - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › fred-minnick ▾

**Fred Minnick - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › fred-astaire ▾

**Fred Astaire - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › Team

**Clark Gable - Kentucky Colonels**

Clark Gable. Home| Team| Clark Gable. Clark Gable. Position: Actor. https://en. wikipedia.org/wiki/Clark_Gable. Kentucky Colonels 1717 Alliant Avenue Suite 14

www.kycolonels.org › Current News

**$50,000 FOR KATRINA RELIEF - Kentucky Colonels**

The Kentucky Colonels will partner with the Kentucky Baptist Convention to provide $50,000 to assist the relief effort in the hurricane devastated areas of the ...

www.kycolonels.org › Current News

**2012 Millionaire's Row Event - Kentucky Colonels**

Jun 27, 2012 — Once again Kentucky Colonels Day on Millionaire's Row at historic Churchill Downs is proving to be a very popular event. The 2012 outing will ...

www.kycolonels.org › member › j-d-shelburne ▾

**J.D. Shelburne - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › Team

**Edward G. Robinson - Kentucky Colonels**

Search. Can't find what you need? Take a moment and do a search below! Kentucky Colonels 943 South First Street Louisville, KY 40203. Headquarters: ...

www.kycolonels.org › member › hunter-s-thompson ▾

**Hunter S. Thompson - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › ky-colonels-host-hotel ▾

**KY Colonels - Host Hotel - Kentucky Colonels**

Leave a Comment / By c360admin · KY Colonels - Host Hotel. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a ...

www.kycolonels.org › becky-dad-and-lifeline ▾

**Becky Dad and Lifeline - Kentucky Colonels**

Leave a Comment / By colonels. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › member › anne-princess-royal ▾

**Princess Anne - Kentucky Colonels**

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › lyndon-b-johnson ▾

### Lyndon B. Johnson - Kentucky Colonels

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › member › j-edgar-hoover ▾

### J. Edgar Hoover - Kentucky Colonels

Skip to content. Donate · Kentucky Colonels. Main Menu. About Us Menu Toggle. History · Aide de Camp · Recognition · Famous Colonels · How to Become a ...

www.kycolonels.org › how-to-become-a-colonel ▾

### How to Become a Colonel - Kentucky Colonels

The Honorable Order of Kentucky Colonels does not appoint or commission Kentucky Colonels. That can only be done by the sitting Governor of the ...

www.kycolonels.org › about-us › famous-colonels › anne

### anne - Kentucky Colonels

2019 Kentucky Colonels. All Rights Reserved. anne. Home| | anne. Comments 0. Leave A Reply Cancel reply. You must be logged in to post a comment.

www.kycolonels.org › homecoming › ky-colonels-host-h...

### KY Colonels - Host Hotel - Kentucky Colonels

KY Colonels – Host Hotel. Home| | KY Colonels - Host Hotel. KY Colonels - Host Hotel. Comments 0. Leave A Reply Cancel reply. You must be logged in to post ...

www.kycolonels.org › george-h-w-bush-2 ▾

### GEORGE H.W. BUSH - Kentucky Colonels

Leave a Comment / By c360admin. Post navigation. ← Previous Media. Leave a Reply Cancel reply. You must be logged in to post a comment. KENTUCKY ...

www.kycolonels.org › home ▾

### Great-Seal-300x253 - Kentucky Colonels

Great-Seal-300x253. KENTUCKY COLONELS 943 SOUTH FIRST STREET LOUISVILLE, KY 40203. HEADQUARTERS: 502-266-6114. MEMBERSHIP: ...

www.kycolonels.org › kentucky-colonels-day-of-service ▾

### Day of Service - Kentucky Colonels - Kentucky Colonels

Kentucky Colonels – Day of Service. Leave a Comment / By c360admin · Kentucky Colonels - Day of Service. Post navigation. ← Previous Media. Leave a Reply ...

kycolonels.org › portfolio-categories › print

### Print Archives - Kentucky Colonels

Web development can range from developing the simplest static single page. 0. Donate. Contribute Now to our. Good Works Program. Contribute. Search.

www.kycolonels.org › member › anthony-zuiker › mike-...

### MIKE PENCE - Kentucky Colonels

MIKE PENCE. Home| | MIKE PENCE. MIKE PENCE. December 12, 2019, in , by Garry Denníson, No comments. Garry Dennison. Comments 0. Leave A Reply ...

www.kycolonels.org › a-post-with-a... ▾   ▾ Translate this page

### Vestibulum in mauris semper tortor - Kentucky Colonels

Nulla sagittis convallis arcu. Sed sed nunc. Curabitur consequat. Quisque metus enim, venenatis fermentum, mollis in, porta et, nibh. Duis vulputate elit in elit.

www.kycolonels.org › member › anthony-zuiker › billy-t...

### BILLY THUNDERKLOUD - Kentucky Colonels

BILLY THUNDERKLOUD. Home| | BILLY THUNDERKLOUD. BILLY THUNDERKLOUD.
December 12, 2019, in , by Garry Dennison, No comments.

www.kycolonels.org › catherine-elizabeth-middleton › ka...

### Kate-Middleton - Kentucky Colonels

Kate-Middleton. Home| | Kate-Middleton. Kate-Middleton. December 12, 2019, in , by Garry
Dennison, No comments. Garry Dennison. Comments 0. Leave A ...

www.kycolonels.org › volunteer › kentucky-colonels-day...

### Day of Service Landscaping - Kentucky ... - Kentucky Colonels

Kentucky Colonels – Day of Service Landscaping. Home| | Kentucky Colonels – Day of Service
Landscaping. Kentucky Colonels – Day of Service Landscaping ...

www.kycolonels.org › catherine-elizabeth-middleton › ka...

### Kate Middleton - Kentucky Colonels

Kate Middleton. Home| | Kate Middleton. Kate Middleton. December 12, 2019, in , by Garry
Dennison, No comments. Garry Dennison. Comments 0. Leave A ...

www.kycolonels.org › we-love-it-when-you-love-it ▼

### We Love It When You Love It - Kentucky Colonels

How did the hand pies look? Did you love the brownies? How many choux did you eat in one
sitting? Yes, these are the things I think about. So today, after ...

www.kycolonels.org › member › anthony-zuiker › georg...

### GEORGE H.W. BUSH - Kentucky Colonels

GEORGE H.W. BUSH. Home| | GEORGE H.W. BUSH. GEORGE H.W. BUSH. December 12,
2019, in , by Garry Dennison, No comments. Garry Dennison ...

www.kycolonels.org › who-we-are › miltonkenney-mr19...

### MiltonKenney.mr19_13 - Kentucky Colonels

Hit Enter To Begin Your Search. Kentucky Colonels · Home · Who We Are · Mission · History ·
Aide-De-Camp · Recognition · Famous Colonels · How to Become ...

---

Help      Send feedback      Privacy      Terms