**FILED**

Vanessa L Armstrong, Clerk

Nov 23 2020

U.S. District Court
Western District of Kentucky

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| **THE HONORABLE ORDER OF** | ) | Civil Action No. 3:20-cv-132-RGJ-RSE |
| **KENTUCKY COLONELS, INC.** | ) | |
| **Plaintiff** | ) | |
|  | ) | |
| **vs.** | ) | **DECLARATION** |
|  | ) | |
| **COL. DAVID J. WRIGHT** | ) | |
| **Defendant** | ) | |
|  | ) | |

## STATEMENT UNDER OATH IN OPPOSITION TO
## PLAINTIFF'S MOTION TO SHOW CAUSE [DN 78]

Declarant, **Colonel David J. Wright**, an Honorary Commissioned Officer of the Commonwealth of Kentucky, duly sworn and admitted to this Court as Defendant in *Pro Se*, under oath hereby declares and states as follows:

1. I am currently engaged in our international civil society working in Venezuela with the indigenous Piaroa tribe of the Amazon on sustainable development projects as a Kentucky Colonel and Goodwill Ambassador for Globcal International and the Commonwealth. Colonel is an honorary civilian title and official commission granted under 'common law' by the Commonwealth of Kentucky warranted by the Governor, Lieutenant Governor or Secretary of State. I was appointed, commissioned and designated the title of Colonel and issued a commission with 'letters patent' by Honorable Paul E. Patton, Governor of the Commonwealth in 1996.

2. As a civilian colonel, I am an independent self described, employed and styled author, blogger, copyright owner, developer, editor, project coordinator, public advocate, researcher, social media protagonist and webmaster. I am the legal registrant, administrator and technical contact for **[colonels.net]**, a generic top-level domain (gTLD) established in March of 2020 as a descriptive

domain name to host creative works, historical documents, images, photographs and an anthology of the works of others from the public domain about American Colonelcy dating back to colonial times before the founding of the United States for educational and historical purposes.

3. The **[colonels.net]** gTLD is part of an open-source non-commercial educational, historical, and public information research project published on the Internet under a **Creative Commons Attribution Noncommercial Share-Alike 4.0 International License** (CC BY-NC-SA 4.0). The American Colonels Network has a number of subdomain names that are generic and descriptive in their nature. Among these domains is **[kentucky.colonels.net]**, there are also other subdomains.

4. On August 13, 2020 the subdomain **[kentucky.colonels.net]** was made inaccessible and taken offline based on a Preliminary Injunction by Judge Rebecca Grady Jennings of the U.S. District Court per Order **[DE 58]** because the subdomain contains the generic and descriptive term "Kentucky colonels" which is being claimed as a non-descriptive, non-generic, exclusive, arbitrary, fanciful, suggestive and/or distinctive trademark by the Honorable Order of Kentucky Colonels as a commercial source of Kentucky Colonels ® and ™ products and services until this case is resolved.

5. Upon the Court Order the directional forwarding address **[kentucky]** was removed and the title of the subdomain website became American Colonels Network. The website content was relocated to an offline folder. **[sites.google.com/colonels.net/kentucky/offline]**

6. None of the content located in the offline folder has been generally available or accessible via public search engines since August 13, 2020 at 5:00PM and some of the content was unpublished or blocked from access since February 26, 2020 at 12:00PM.

7. Neither myself or any of the other Defendants in default have engaged in any commercial activity using the Internet or the social media since prior to February 25, 2020.

8. In September of 2020 I began redevelopment and adaptation of educational content to comply with the Preliminary Injunction and preserved the original content in the "offline" web folder including

all outdated, unpublished and unused content potentially subject to the Court Order as Electronically Stored Information for use during trial.

9. In October of 2020 in compliance with the Court Order a new subdomain address **[commonwealth]** was introduced when we confirmed historically that the first "Kentucky Colonel" was commissioned by the Governor of the Colony of Virginia (Commonwealth of Virginia) on December 21, 1776.

10. The new website, **Commonwealth Colonels [commonwealth.colonels.net]** is an educational and historical research endeavor that is part of the American Colonels Network which is a compliment to my book entitled *Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values* registered in the U.S. Copyright Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2020.

Caracas, Venezuela
Dated: November 23, 2020

Col. David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas, Venezuela 1021
david.wright@globcal.net
+1 (859) 379-8277

**<u>Certificate of Service</u>**

I hereby certify that on November 23, 2020, I emailed for filing the foregoing Affidavit to the Clerk of the Court for the United States District Court of the Western District of Kentucky using the special Pro Se Intake Email per General Orders 20-04 and 20-11 for entry to the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

# United States District Court for the Western District of Kentucky

For the Defendant(s) comes now Col. David J. Wright, Defendant
in Pro Se in Civil Action 3:20-cv-00132 RGJ-RSE

## Honorable Order of Kentucky Colonels
## vs.
## Col. David J. Wright

### Judge Rebecca Grady Jennings
Presiding Judge in this Case

To the Clerk of the Court

Relative to Case 3:20-cv-00132 RGJ-RSE brought by the Plaintiff, **The Honorable Order of Kentucky Colonels** with an Order made by Magistrate Judge Regina S. Edwards scheduling a Settlement Conference on December 29, 2020 "comes **Col. David J. Wright**, *Defendant, pro se* under 28 U.S.C. § 1654.

The Defendant herein submits a "**Declaration in Opposition**" supporting his "**Response and Objection to Plaintiff's Motion To Show Cause Why Defendant David A. Wright Should Not Be Held In Contempt**" filed on Friday, November 20, 2020 via email using Pro Se Intake address. This Declaration should be attached or annexed to Defendant's filing on Friday or treated as a separate filing.

Attached:

1) **Statement Under Oath in Opposition of Plaintiff's Motion To Show Cause**