# Exhibit 1

Defendant's Website

8 Pages

Index (Homepage)

History

Modern Myth

News Articles

Resources

Resources > Bibliography

Lawsuit

Sitemap

# Commonwealth Colonels

## Goodwill Ambassadors of the World

Protagonists of Culture, Customs, History and Tradition

## Introducing the Commonwealth Colonels

Our organization introduced the first website for colonels in 1998 to give prominence to Kentucky Colonelcy as an honorary status (civilian award of merit) with diplomatic credence that is respected and understood internationally. All those who have received the honorable title from the Governor of the Commonwealth are recognized as his traditional 'aide-de-camp' also designates them officially as a goodwill ambassador for the state with letters patent (a legal document) resulting in a lifetime officer's commission as a Colonel.

"We never surrender. We never hide from history. We make history." –Senator John McCain, Kentucky Colonel

Few people know, but Kentucky Colonelcy actually has its roots in the Commonwealth of Virginia, not in Kentucky, as most assume. Gov. Patrick Henry Jr. commissioned the first "colonel" to Kentucky County on December 21, 1776. It could also be said that the "first" Kentucky colonels were the pioneer statesmen who wrote the Kentucke Magna Charta which included Colonel Daniel Boone, Colonel Richard Henderson, Colonel James Harrod and ten or more other colonels on May 23, 1775 at the end of the Wilderness Road in Boonesborough.

## Our New Name

Our new name **Commonwealth Colonels,** formerly *Kentucky Colonels International,* **was selected** due to a lawsuit filed by *The Honorable Order of Kentucky Colonels, Inc.* (HOKC) with the Federal District Court in February 2020 for trademark infringement following their filing of applications for trademark protection making claim to the generic and descriptive term "Kentucky Colonels" three days previously. Their motive is to engage them in commerce to offer membership services, charitable services, promote social events and sell products using the term as their brand name. The case resulted in a Preliminary Injunction on August 13, 2020 prohibiting our use of the wordmark "KENTUCKY COLONELS" as a component term of our generic trade name or to use as a descriptive Internet domain name. The case is still pending and may affect the rights of other o ⓘ nizations that use the term "Kentucky Colonels" to describe their organizations. (See Resources for a list of organizations that may be harmed, see Lawsuit for information

regarding the case.)

To defend the lawsuit we performed an in-depth historical investigation and review of *Colonelcy in America*, we concluded that the factual origins of Kentucky Colonelcy are with the Transylvania Colonels, writers of the Kentucke Magna Charta, the Commonwealth of Pennsylvania, the Commonwealth of Virginia and the State of North Carolina.  We believe that under the new name "Commonwealth Colonels" there should be no dispute under the court order by removing the word Kentucky from our name and replacing it with Commonwealth which also refers to the Great Dominion and Colony of Virginia and the Supreme Executive Council of the Commonwealth of Pennsylvania in our history, justifies itself by holding a different comprehensive factual historical account and philosophy to understand; than the proposed fictitious history of Kentucky colonelcy which has emerged based on incomplete research offered by the Honorable Order of Kentucky Colonels in 1941. The tradition of colonelcy today in Kentucky is based in the ideals of a commonwealth in the (common law) origins of Pennsylvania, Transylvania (Kentucke), Virginia and the American Revolution starting as early as 1775. See more about the history below. (Discover much more on our special History page.)

Kentucky colonels that volunteer in our goodwill ambassador development program **"Commonwealth Colonels"** as part of the American Colonels Network serve both the state and the sitting governor directly without remuneration and without regard to political party, race, gender, civil status, or religion. Those who join us as volunteers *become eligible to be nominated for additional awards, commissions and proclamations* based on demonstrating their dedication to continue making the world a better place through their individual efforts.

## Our Website

Our website, currently under redevelopment is strictly based on providing educational, historical and literary information about the **title of Kentucky Colonel** and **Kentucky Colonelcy** dating back to 1775. We request that followers provide photos, news, videos, and other relevant information to make improvements for our online formation. **Commonwealth Colonels** is not a secret society, our development online is to promote commissioned officers as public figures, community leaders, and goodwill ambassadors that are well-respected, fair, and trustworthy ladies and gentlemen from all walks of life who have been recognized with the honor and virtue of earning the title of Kentucky Colonel. This website is presented as a literary affair and is subject to this basis for further development into copyrighted published works and printed materials.

We are planning on providing biographical services, news distribution and social media content on the behalf of our fellowship using the website in its participation in the **American Colonels Network**.

# The Kentucky Colonel

**Kentucky Colonel** is the highest title of honor bestowed by the Commonwealth of Kentucky. Commissions for Kentucky colonels are given by the governor and the secretary of state to individuals in recognition of noteworthy accomplishments, contributions, and outstanding service to community, state, or the nation.

The Governor of Kentucky bestows the honorable title with a colonel's commission through the issuance of letters patent. The commission is a legal act of the Office of the Governor and lifetime appointment as an honorary officer of the Commonwealth.

## Kentucky's Goodwill Ambassadors

Today there are more than 150,000 Kentucky colonels living in over 70 countries, many organizations have been formed since the turn of the 20th century to promote their activities, fraternity and social prosperity. While colonels today have no official responsibilities mandated, they are legally recognized as goodwill ambassadors due to their dedication to community service, contributions to the welfare of the state, and improving the lives of others to make the world a better place for everyone.

The honorary title is warranted through *letters patent* which grants them the title "Colonel" recognizing them as "Honorable" through a commission as an officer on the governor's staff. Colonels optional duties are *de facto* and *extra-officio* responsibilities of promoting tourism, economic development, participation in community service, fostering the general prosperity of the Commonwealth and projecting Kentucky's image abroad on behalf of the State and the Governor.

Colonels are in a great part responsible for more than 10 billion dollars per year to the Commonwealth's economy by boosting tourism and economic development.

ⓘ

## International Title Registry

Those who have received a colonel's commission may apply to be recognized in the **International Title Registry**, an idea originated by our network group in 1998, the registry will recognize *all* American and international academic, appointed, commissioned, elected, hereditary, identified, post-nominal, and purchased titles of achievement, distinction, honor, and merit from around the world. Nearly any honorific title of distinction issued by a head of state, secretary of state, secretariat, or an institutional official that can be recognized diplomatically will be registered. The combined program is scheduled to be online by the middle of 2021.

The *Title Registry* will be operated by the **International Ambassador Foundation** a non-state, non-political and non-governmental organization established offshore to maintain neutrality. The registry will maintain a database of notarized titles, original certificate photos, apostilled certifications, personal data, genealogical links, provide a username, and a membership card to registrants.

# History of the Colonel in Kentucky

## Most Significant in Kentucky is its Colonels

Colonels hold a very significant role in the [history of the Commonwealth of Kentucky](). From 1776 when the governor of the Colony of Virginia issued the first county commission to [John Bowman]() for [Kentucky County]() on December 21, within 4 years the county was subdivided into 4 surveyed counties. Col. Bowman served under Governor Patrick Henry Jr. and  General [George Rogers Clark]() who was charged with the entire Western Territory during the American Revolution. Until Kentucky county became a state in 1792 there was no official higher than a colonel, by this date Kentucky County had been subdivided into nine Virginia counties and the region was referred to as Kentucky. Colonels were busy men responsible for the establishment of government, subdividing counties, designating authority to establish towns, issuing land deeds, setting up companies, founding schools, organizing militias, and assigning colonelcy to others to do the same under a strict code of honor under the Colony of Virginia common law.

In early years prior to becoming a state people began learning about "Kentucke" in the 13 original colonies based on stories they heard starting in 1769 from Daniel Boone who travelled back and forth to the territory from his home in North Carolina. Upon hearing the stories of Daniel Boone in 1774, Judge Richard Henderson sought a colonelship in North Carolina to form the Louisa Company which led to the establishment of the [Great C ⓘ t Deed]() with the purchase of land rights from the Cherokee, America's 14th colony, and commissioning Daniel Boone a colonel to blaze the [Wilderness Road]() to open what was

then called [Transylvania](#) to settlement. On May 23, 1775, Col. Henderson held the Transylvania Convention with colonels and delegates from 4 settlements to meet in Boonesborough creating America's 14th Colony and established the Kentucky Magna Charta. First that,  Election of delegates should be annual. Second, Perfect freedom of opinion in matters of religion. Third, That judges should be appointed by the proprietors, but answerable for malconduct to the people; and that the convention have the sole power of raising and appropriating all moneys and electing their treasurer. This epitome of substantial freedom and manly, rational government, was solemnly executed under the hands and seals of the three proprietors acting for the company, and Col. Thomas Slaughter acting for the colonists.

The purchase of Col. Henderson from the Cherokees was afterward annulled by act of the Virginia legislature in 1777, as being contrary to the chartered rights of the Transylvania Company. But, as some compensation for the services rendered in opening the wilderness, and preparing the way for civilization, the legislature granted to the proprietors a tract of land twelve miles square, on the Ohio, below the mouth of Green River." (Today's Henderson County)

## A New Land of Wonder

John Filson, Colonial American author wrote a book and was in correspondence frequently with George Washington to whom he submitted his work, The Discovery, Settlement, and the present State of Kentucke; and An Essay towards the Topography and Natural History of that important Country in 1784, which was published by James Adams in Philadelphia and Wilmington. The book was very popular and accounts from the book were make into news and folklore featuring the Adventures of Colonel Daniel Boon. The book was endorsed by Col. Daniel Boone, Col. Levi Todd, and Col. James Harrod on whose collective accounts the work is based.

The first Governor of the Commonwealth was Col. Isaac Shelby formerly of North Carolina that returned to Kentucky after the American Revolution in 1783 to settle down near Boonesborough on land he acquired as a surveyor working with the Transylvania Company years earlier. In 1784 he became active in local community service, talked about separation of the Kentucky District from Virginia and in 1792 was selected by the other colonels and [secessionists](#) as the first Governor of the Commonwealth of Kentucky. Colonel Shelby was elected unanimously to that post by the electors on May 17, 1791. He took office on June 4, 1792, the day the state was admitted to the Union. Though not actively partisan, he identified with the Democratic-Republicans. Much of his term was devoted to establishing basic laws, military divisions and a tax structure. Under the new constitution, the voters chose electors who then elected the governor and members of the K ⓘ ucky Senate.

In 1799 colonels began to lose their power under common law when the Second Constitution was adopted giving new powers to the governor. In addition to appointing judges, the governor was given the power to appoint a number of local offices including [sheriffs](), [coroners](), and [justices of the peace]().

For the many years that followed, colonels continued in their roles as county authorities they were involved in organizing voting places, establishing courts, serving in public office and remained the most prominent major landowners in the state. Now that Kentucky had a Legislature, Capitol, and a Governor (nearly all of whom were originally colonels) upon a new codified laws developing in the third Kentucky Constitution in 1850 the elected position of County Judge was created to replace the position of Justice of the Peace. The county judge presided over certain county courts, most notably the court of claims, the forerunner of the fiscal court.

Many like to connect the title to an event which occurred in 1813 where the Kentucky Legislature designating the U.S. Army Colonel Richard Mentor Johnson, a state legislator with the title of "Kentucky Colonel" to form the "Kentucky Mounted Militia" in support the War of 1812 to defend the area against Tecumseh. Others claim the first honorarily appointed position by the Governor of Kentucky in 1813 to Charles S. Todd as his civilian "Aide-de-Camp" with the rank of "Colonel" is when the tradition started, however there is no evidence that Charles Todd was ever commissioned by Gov. Shelby, as it appears Charles Todd became a colonel when he was made an inspector general for the US Army in the Michigan Territory. Nonetheless, we believe the current history is exaggerated because Kentucky was founded and established by colonels much like the United States, colonels during these years were most essentially the highest designated colonial officers and key figures during the times of the colonists. Texas and other Western States were founded by colonels like Kentucky, but it was in Kentucky where the Colony of Virginia tradition became so prominent.

Most of Kentucky's counties were named after famous colonels from the American Revolution and its first residents, a great many of its original settlers and pioneers shared the title during the course of their lives.

It could be said that since Kentucky was founded, chartered and organized by its colonels who dutifully served the people directly. Colonels eventually eliminated themselves from their official capacities once their jobs were accomplished. History tells us since they started the official role of those honorarily recognized as colonels became less and less significant until 1920 when there were no longer any official duties for these honorary officers.





Personnel of the Kentucky Colonel Initiation Team, Honorable Order of Blue Goose International in Cincinnati, Ohio c.1939. The HOBGI was established in Green Lake, Wisconsin in 1906 and today has chapters called Ponds and Puddles. The **Kentucky Colonel Model Initiation Team** was started in Chicago in 1914 by Col. Frank G. Snyder the initial members of that team were: James E. Crittenden, Roy Hunt, Milton C. Miller, Claude F. Snyder, Sr., George R. Snyder, Robert W. Snyder, H. H. Crittenden, and M. B. Russell.

## Kentucky Colonel Nominations

In deed the award is the highest form of recognition bestowed to individuals by the **Commonwealth of Kentucky**. It can only be granted by the **Governor or the Secretary of State** based upon being nominated by another colonel, being recommended by a third party, or being recognized individually by the state's governor for a noteworthy act that commands the governor's attention. Historically there have been cases where the governor has recognized noteworthy individuals as Kentucky colonels based on formal written suggestions by citizens and other officials of the Commonwealth. Nominations for the title of Kentucky Colonel must be nominated by an independent third party, it is not recommended that family members living at the same address make nominations because they may be rejected.

**Nominations/recommendations can be made on the <u>Governor's Website</u>.**

## Fellowship

Membership to our non-governmental network formation is voluntary and open to all colonels around the world that have duly earned the distinguished honor to be part of our fellowship. A communications network [colonels.net] is under development that empowers colonels using a virtual private network (VPN), IDaaS, and smartphone application. Members of our network are encouraged to provide information relative to their status, engagement in local associations and participate in programs to further their abilities and prominence as honorable ladies and gentlemen serving as the state's goodwill ambassadors. The network supports the ideals of transparency, hospitality, integrity, respect, honor, and tradition among its members. The generic network is very diverse and is constantly growing.

### Disclaimer

The Commonwealth Colonels (formerly Kentucky Colonels International) is not associated or affiliated with private nonprofit corporation, The Honorable Order of Kentucky Colonels, Inc. (HOKC) located in Louisville, Kentucky which provides assistance in the form of gifts and grants to other nonprofit organizations and merchandises products using the trademark "Kentucky Colonels."

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network

# History

## *History defines Culture, Customs, Law, Society and Tradition*

History, culture, traditions, customs, and storytelling are all relatively important elements of being a Kentucky colonel. The ideal of receiving the commission of a Kentucky Colonel encompasses all of these ideals at both a personal and state level contributing to the sense of pride one feels upon receiving the award. Honor and morality also play an important role for Kentucky colonels.

We thought it would be nice that we define our understanding for you here, because they are important terms that we use throughout our website. To read about *our history* please see our "About Us" section or to read about the history of Kentucky colonels see the other parts of this section of the website.

All of our historical conclusions are authenticated, confirmed and verified by academic papers, news articles, and published books linked to this website. Our website is one of a kind and is the most complete in the presentation of resources on Kentucky Colonelcy ever developed with more than 600+ unique citations from the public domain. See American News, Bibliography and Resources.

### Adopted Officially by the Commonwealth in 1895

Kentucky Colonels are known as the founding fathers, first settlers, pioneers, great explorers of the West, Revolutionary War veterans, Kentucky's militiamen, plantation owners, governor's aides-de-camp, and later Civil War veterans from both the Union and the Confederacy. An article published in 1889 by the Louisville Post entitled, **"Kentucky Colonels: How it Happens That They Are so Numerous in the Blue-Grass State"** was published in more than 250 independent American newspapers. This inspired author Opie Read to visit Kentucky leading him to write the book, "A Kentucky Colonel" which became a best-seller in 1890. His book led to a play in 1892 and a silent film in 1920.

While the Kentucky Colonel was at the height of their popularity, those holding the title became very important to the state's progress. In 1895, Col. William O'Connell Bradley was elected as the Commonwealth's first Republican Governor when he formalized the ideal of commissioning "colonels" without regard of political party as members of his honor guard and decided that an unlimited number of civilians could also be recognized as "honorable" with the title of "colonel" based on their noteworthy deeds and personal dedication to the Commonwealth. Since February of 1900 Governors have continued this t⬚ tion eventually eliminating the uniformed State Honor Guard by the 1920's.



### Governor William O'Connell Bradley and Staff

**Top Row Left to Right:** Lieutenant H.S. Whipple, Colonel J.W. Wright, Colonel F. Ahlring, Colonel Ed. Conway, Colonel Will Coles, Colonel R. Wilbur Smitt, Colonel C.C. Mengel, Colonel Tom Landrum **Bottom Row Left to Right:** Colonel Henry S. Cohn, General D. R. Collier, Governor W.O. Bradley, Colonel W.S. Forrester, Colonel Dr. A. Kimbley – Photo: Public Domain

"The Kentucky colonel is no myth. Governor Bradley had sixty-three, having complimented friends in the ranks of all political parties with appointments. By law the governor is permitted to appoint a personal staff, all of whom bear the title of colonel. Besides these, he may appoint an unlimited number of honorary colonels. All of the straight colonels wore dazzling uniforms and swords that had been scathed by the powder of many a ball. The multitude cheered when the party walked into view on the platform. Gov. Bradley wore his famous white hat, such a familiar figure in the campaigns of many years. He also wore a great brown overcoat, which completed his make-up. Gov. Taylor wore a black Prince Albert and black tie, a modest make-up of another characteristic style. The band played "My Old Kentucky Home," which it always does at inaugurations." – ⌐ ⓘ mber 12, 1899

## Colonels to Pay their Own Expenses

**Daily Public Ledger (Maysville, Kentucky): 1899-03-31**

The numerous Kentucky Colonels who have been commissioned by Governor Bradley to accompany him to Chickamauga to attend the dedication of the State Monument on May 3d next, will not go entirely free of cost as was at first supposed. Colonel W. J. Murphy, of Lexington, one of the staff, has sent out a circular letter to the other Colonels notifying them that he has secured transportation for them from Louisville to Chattanooga, but that each will have to pay his own Pullman transportation, and the fare from Chattanooga to the National Park over the Chattanooga, Rome and Southern Railway.

## The Mythical Kentucky Colonel

In Kentucky between 1932-1934, upon the suggestion of the former governor and anticipation of other Kentucky colonels, Governor Ruby Laffoon created the "Honorable Order of Kentucky Colonels" based on an organization he has been a member of called the "Honorable Order of the Blue Goose International" which had its own Kentucky Colonel Model Initiation Team. It is believed that Governor Laffoon started and changed the ideal of the Kentucky Colonel as a way to raise funds for the state during the Great Depression (1929-1939) and used it mostly for political gain. Numerous bills were introduced to the state legislature to tax the Kentucky Colonel title which was mostly awarded to prestigious socialites, celebrities and business people.

Governor Laffoon viewed the ideal as a political lever that he could use to bring a great deal of attention to the state and to himself as a politician that was reforming the Kentucky Colonels. Without much regard for history or the other organizations that already existed at the time, the governor started naming celebrities, government officials, movie stars, social figures, children, even Santa Claus and Mickey Mouse were commissioned with the help of [Anna Bell Ward Olsen](#) working with him in Frankfort. Col. Olsen became good friends with the Governor who trusted her implicitly, she served as the Secretary (Keeper of the Great Seal) for the Honorable Order.

Initially it was a rocky time for colonels, there was talk about taxing Kentucky colonels, and all the commissions were cancelled by the attorney general at one point in 1936 less than two months before the Kentucky Derby for not being codified in Kentucky law. The decision was reversed a month later by the acting governor, James Eugene Wise. During Governor Laffoon's term in office, he reportedly made 5,000 new Kentucky colonels (according to the Honorable Order of Kentucky Colonels he commissioned over 10,000). All the scandal surrounding the commission and the value of the honorability were c cally questioned all across the United States.

The subsequent governor was very discreet with the issuance of commissions. The

The subsequent governor was very discreet with the issuance of commissions. The Honorable Order of Kentucky Colonels had a distinctive and interesting name, but it was never fully formed as a state order of merit. By 1940 the order was under new administration in Frankfort with J. Fred Miles as its Commanding General and Anna Friedman as the Secretary and Keeper of the Great Seal.  Many questions had been posed to the new administrators so in 1941 with the assistance of the new governor a plausible history was introduced a explaining the [mythical origins of Kentucky's colonels](#).

Understanding that the new colonels by this time were mostly public figures, socialites, business people and celebrities that had only recently been commissioned (within a few years), everyone came to believe that the honor of being a Kentucky colonel was a novo privilege bestowed upon them based on their fame and favor in society. The history and purpose of the organization they were ushered into was a lighthearted one, but we could expect nothing less from a crowd going to the Kentucky Derby the next day and drinking mint juleps when the program was presented. The irony is that the history that was introduced was very erroneous and based on postulating figures they were inclined to recognize at the moment.

Only 10 years previously there were already a number of other fraternal organizations dedicated to Kentucky colonelcy like the Chicago Kentucky Colonels Club, Louisville Kentucky Colonels Club, Kentucky Colonels Club of Texas and the Honorable Order of the Blue Goose's, Model Kentucky Colonel Initiation Team. Most of the organizations, however, were put off to the sideline and overshadowed greatly by the prominence of the Kentucky government and the news media focused on celebrities and officials attending the Kentucky Derby.

As a result of the Honorable Order of Kentucky Colonels' quick rise to prominence with the help of the government and reckless disregard for others who were already Kentucky colonels much of the history was lost and mistaken by historians who depended on the real information being emulated by the State. As a result of the Honorable Order of Kentucky Colonels' activities since 1934 much of the history has been distorted and mistruen resulting in even the Commonwealth of Kentucky and the Kentucky Historical Society printing the false history.

ⓘ

# Ideals Defined

- **History** is the past as it is described in written documents, and the study thereof. "History" is an umbrella term that relates to past events as well as the memory, discovery, collection, organization, presentation, and interpretation of information about these events. Scholars who write about history are called historians. Kentucky colonels are responsible for understanding the facts to the best of their knowledge regarding the rich history of the state.

- **Culture** is an umbrella term which encompasses the social behavior and norms found in human societies, as well as the knowledge, beliefs, arts, laws, customs, capabilities and habits of the individuals in these groups. People acquire culture through the learning processes of enculturation and socialization, which is shown by the diversity of cultures across societies. Culture serves as a guideline for behavior, dress, language, and demeanor.

- **Traditions** are beliefs or behaviors (**folk customs**) passed down within a group or society with symbolic meaning or special significance with origins in the past. A component of folklore, common examples include holidays or impractical but socially meaningful clothes, but the idea has also been applied to social norms such as greetings. Traditions can persist and evolve for thousands of years—the word *tradition* itself derives from the Latin *tradere* literally meaning to transmit, to hand over, to give for safekeeping. While it is commonly assumed that traditions have ancient history, many traditions have been invented on purpose, whether that be cultural, over short periods of time.

- **Customs or social norms** are regarded as collective representations of acceptable group conduct as well as individual perceptions of particular group conduct. They can be viewed as cultural products (including values, customs, and traditions) which represent individuals' basic knowledge of what others do and think that they should do. From a sociological perspective, social norms are informal understandings that govern the behavior of members of a society. A **legal custom** is the established pattern of behavior that can be objectively verified within a particular social setting. A claim can be carried out in defense of "what has always been done and accepted by law". Related is the idea of **prescription**; a right enjoyed through long custom rather than positive law.

- **Storytelling** describes the social and cultural activity of sharing history and stories sometimes with improvisation, theatrics, or embellishment. Every culture has its own stories or narratives, which are shared as a means of entertainment, education, cultural preservation or instilling moral values. Crucial elements of stories and storytelling include plot, characters and narrative point of view.

ⓘ

Kentucky colonels are well-known to be reliable storytellers and use history frequently to enhance their ideals and perspectives as goodwill ambassadors to promote, emulate, and reinforce traditions and customs that foster positive social values of the state.

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network

# Myth of the Kentucky Colonel

## *Kentucky Colonel, History, Myth or Propaganda?*

We found the first official account offered by the Honorable Order of Kentucky Colonels. As academic researchers and historians that hold great pride, honor and dignity for history we felt it was important for Kentucky Colonels to understand where the erroneous account of history came from. Someone recently posted the original program of the Derby eve dinner presentation from 1941. As we know today this historical account is false and misleading.

### Honorable Order of Kentucky Colonels Derby Eve 1941

**Derby Eve Dinner Party, May 02, 1941**

"Almost 150 years have elapsed since Isaac Shelby, the first elected Governor of the Commonwealth of Kentucky, issued the first Colonel's commission in Kentucky. This was granted to Hon. Charles S. Todd, who married Letitia Shelby, the beautiful and gifted daughter of the Governor. Later Shelby issued commissions to all the men who enlisted in his regiment and fought with him during the War of 1812. This began the Honorable Order of Kentucky Colonels.

The first Kentucky Colonels were commissioned by Gov. Isaac Shelby in 1792, when Kentucky became a sovereign state. Then and onward until the third constitution became operative a colonel was commissioned by the Governor for each regiment of the State Militia. The county was then the regimental district, so each county has always had one active colonel and several who retained the title after the commission establishing it had expired. After a few decades it was a pretty safe bet that the head of any household occupying a dwelling with at least two chimneys was a colonel.

Kentucky's State Guard was organized by Gen. Simon B. Buckner in the late 1850's. This reorganization reduced the number of new colonels commissioned for actual regimental duty. The old titles survived by courtesy, and with the new commissions to State Guard commanders the title of colonel remained about stationary until 1915. In that year, A.O. Stanley, then Governor, commissioned 110 honorary colonels; Gov. E.P. Morrow added 243; Gov. W. Fields, 183; Gov. Flem Sampson, 677; Gov. Ruby Laffoon, 10,450; and Gov. A.B. Chandler, 85. In 1934, at a meeting of Kentucky Colonels a social organization of colonels was effected. Then on March 28, 1936, the Attorney General of Kentucky voided all of these commissions, but a month later they were revived by the Acting Governor, Ja⊙ es. E. Wise.

Kentucky's colonels have always been devotees of her racing. The public mind seems to have associated the Kentucky Derby with the Kentucky Colonel and the mint julep. In recent years the association has become actual, taking the form of a banquet in Louisville on the eve of Derby Day. The program of the evening and the menu reflect the atmosphere of the occasion.

Although history gives us this information as to the origin of this organization, the question is always brought up for discussion at the annual dinners and many are the reasons given for: "Why is a Kentucky Colonel?" Perhaps the best answer to this question, in all seriousness, is that definition given by Hon. Keen Johnson, the present Governor of Kentucky. Governor Johnson, in an address given at My Old Kentucky Home, Bardstown, Kentucky in 1940, said: "the title, "Kentucky Colonel" is a unique distinction. Those upon whom it has been conferred have received this coveted commission because of noteworthy service in Kentucky or friendship for our State."

The late Ruby Laffoon, who issued more Kentucky Colonel commissions than any other Governor, had this to say: "The folks that are Colonels are the ones who make presidents and governors." Doubtless Governor Laffoon meant this in all sincerity and certainly the more than 10,000 Kentucky Colonels throughout the country include many who have played an important part in state and national politics, there are also names on this long list who would be surprised to find themselves placed in this category. For instance, Col. Mae West of Hollywood, Col. Charles C. Pettijohn of New York, and a former commanding general of the Kentucky Colonels, was quite frankly in his definition of the why of a Kentucky Colonel. He said: "The only purpose of this organization is to have a party on Derby Eve." Admiral Cary Grayson offered an explanation given him by an ex-slave. This aged Negro said: "Some as in de war. SOme was born Cuhnels. But most of them get to be Cuhnels by givin' dollahs to culled fellows like me."

The annual dinner of the Honorable Order of Kentucky Colonels is a gala occasion and the attendance roster might well be likened to a few pages from Who's Who. Stage, screen, and radio are presented in large numbers. Governors, congressmen, cabinet members, and other lesser political lights are found exchanging views with horse owners and industrial leaders, and the most of these views have to do with the probable winner of the Derby classic of the morrow, or perhaps with the grave problem of whether the mint should be crushed for a julep. Guests at this dinner are not permitted to forget that it is Derby eve and but a matter of hours before the greatest race in America will be settled at historic Churchill Downs. Even the items on the menu bear names of past Derby winners, and far into the night the Kentucky Colonels fortified with the traditional mint juleps discuss a traditional race the Kentucky Derby."


© 2020 American Colonels Network


Independent commission of honorary colonels.
WebSite Policies under Creative Commons License

# American News Articles

## Defining Historical Newspaper Articles

There are a number of historical newspaper articles that helped to define the ideal of the Kentucky Colonel during the 18th, 19th and early 20th century. It is our understanding that the first Kentucky Colonels are based in the founding of Boonesborough in the Transylvania Colony when many commissions and land warrants were issued.

The term "Kentucky Colonels" was officially merged in the public imagination and American literature in 1889 through a newspaper article and a short story, then book by Opie Read that were published and read in most major newspapers across the country.

For more information previously collected. Please see our **Resources** page.

### "Kentucky Colonels"
How It Happens They are so Numerous In the Blue Grass State

**From the** <u>Louisville Post, September 1889</u> **(Published in over 80 Newspapers Coast to Coast and in Canada)**

It is somewhat hard for an outside barbarian to understand why "colonels" are so plentiful in Kentucky. In the first place Kentucky furnished a great many soldiers, both to the northern and to the southern armies, during the war and naturally some of these soldiers are sure enough colonels by rank and service. Others, who were minor officers or perhaps high privates, are now dubbed colonels by way of courtesy. Then we have a very few colonels who hold over from the Mexican war, and there are other colonels of militia, like the Louisville Legion, who come by their titles honestly. The governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel. These colonels are expected to look pretty and martial at the governor's ball and to ride horseback when the governor heads a procession. The last duty frequently gives them great pain and anxiety.

There are scores and scores of these governor-staff colonels in this proud old commonwealth. Some executives have been more lavish than others in the distribution of these gilded honors. That kindly old gentleman, Gov. Luke Blackburn. M.D., was fond of creating colonels. During his term he made some sixty colonels in the city of Louisville alone, if I remember the figures correctly. There are various reasons which entitles a man to this gubernatorial compliment. Col. Will Hays is a colonel because he is such a gifted poet, while Col. Albert Dietzman was given his title by Lt. Gov. Knott because he was the greatest business manager on earth.

I trust these facts will make it somewhat clearer to the wondering northerner why colonels are so plentiful in Kentucky. But there are other reasons. Many prominent citizens are honored with this complimentary title simply as a recognition of their merit by the

honored with this complimentary title simply as a recognition of their merit by the community. Thus every man who conducts a large distillery is *ipso facto* a colonel; for instance, Col. John M. Atherton, or Col. Tom Sherley. Every prominent railroad official is also a colonel; for instance, Col. Milton H Smith. Every Congressman is a colonel, as Col. Asher G. Caruth. Every man with a government office is a colonel; as Col. George Du Belle. Every great editor is a colonel, like Col. Henry Watterson. The chief of the police department is a *de facto* colonel, as Col. Wood. Then there are other gentlemen who are colonels because no other title fits them. But the law on the subject is a little vague and has never been formulated by the legislature.

If a man has been a captain in the war never call him captain; call him colonel. He is entitled to this promotion twenty-four years after the war closed. The only men proud to be called captain are the commanders of steamboats. The captains of fire companies, the conductors of railroad trains, and the officers in a Salvation Army. The title of major is comparatively rare, and. therefore, is really more of a distinction than colonel. Only prominent people who have seen actual service wear the for instance. Major Ed. Hughes and Major J. Washington Wann. But still if you call a major a colonel he is not likely to get mad at you. By the observance of these few rules I have jotted down the stranger can get along in Kentucky without committing any serious breach of etiquette.

# Colonels in History (Newspaper Articles)

Justice is the habit of the mind which attributes its proper dignity to everything, preserving a due regard to the general welfare. —Cicero

## American News Articles About Colonels

This is an extensive search that was performed at the <u>Library of Congress</u>, <u>InternetArchive</u>, <u>NewspaperArchive</u> and other websites, most of the articles displayed herein are from newspapers before the development of the teletype machine in 1935. Many of these articles are very important historically and they are all included in the context of *our printed work* © **Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values**, "title" registered under a US Copyright, much of which, is based on works that are sourced under a Creative Commons License 1.0 scheduled for release in 2021-2022. Content from this list and other portions of our WebSite are all sourced from the **Public Domain**, but its compilation is our legal ℗ Patent.

℗ **Patent and** © **Copyright (CC BY-NC-SA 4.0)**

Authors and writers making reference for other works are welcome to cite our ℗ Patent and © Copyright "<u>this webpage</u>" as their "<u>static permalink source</u>" for their information under <u>Creative Commons License 4.0 (CC BY-NC-SA 4.0)</u> with reciprocal Attribution:

<u>**Wright, Colonel David J.,**</u> **et. al.,** *Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values*; Appendix: <u>**American News Articles**</u> <u>Commonwealth Colonels WebSite</u> Registered © 2020-2022, Madison County, Kentucky,

Apparently most Commonwealth and State governors other than Kentucky had a personal military style staff dating back to their earliest initial histories. Articles not including Kentucky appear below in the second part of the list.

The "true emulation" of the "colonel" begins with the founders of the "Colony of Transylvania" and the relationships between Colonel Judge Richard Henderson, Colonel Daniel Boone, Colonel John Bowman, Colonel Captain James Harrod, and 29 other civilian Kentucky County, Virginia colonels and lieutenant-colonels who wrote and composed the Kentucky Magna Charta on May 23, 1775 in Boonesborough, Transylvania (Madison County, Kentucky). Their belief was that God played an important part in declaring their freedom under the new Kentucky Magna Charta, which continued.

This history starting in 1775 is illuminated serving as the basis of the Most Honorable Order of the Transylvania Colonel™ (MHOTC)™. By 1799, the title of Colonel began to change for some, but for the most part Kentucky was still controlled by its new settlers a great many of whom were Revolutionary War veterans that received these land warrants as bounties, by 1ⓘ all of these generals, colonels, other officers and privates were all called "colonels" as well, especially older gentlemen.

Isaac Shelby conducted the first surveys as a commissioned surveyor for the <u>Transylvania Company</u> in August 1775. Later, he became Col. Shelby for Sullivan County, North Carolina, became one of the Over the Mountain Boys to defend much of what would have become the <u>State of Franklin</u> in the Revolution with other Transylvania Colony citizens <u>Col. Joseph Hardin</u>, <u>Col. Arthur Campbell</u> of <u>Washington County, Virginia</u> and <u>Col. John Sevier</u> in 1784. Instead, Shelby returned instead in 1783 to claim his original Transylvania Company warrant deed and start a home and garden. Col. Shelby goes on to become involved in seeking statehood from 1784-1791 to become the first governor of the 15th state in 1792.

In 1802, "colonel" took on a *new official military meaning for many states* when it was adopted as an official military title for the U.S. Army in its international interpretation of first under general. From this point on we see that each state and territory has had extra-official staff members often commissioned as "colonels" in California, Colorado, Connecticut and the Carolinas, and distinguished them apart of the U.S. Military usage.

Colonels were commonly found in Virginia, Kentucky, North Carolina, Pennsylvania, Indiana, Ohio, Michigan, Illinois, Georgia, Alabama, Louisiana, Tennessee, Wisconsin, and Texas. In Kentucky though the colonel, was already part of its charm and attraction, socially and in a familiar sense. Colonels nonetheless held a highly instrumental role in the establishment of government, establishing laws, and creating social order in all of these places since their inception.

## Best References:

- 1775–1861 See the <u>Bibliography</u>
- 1870–1899 See the <u>Bibliography</u>, News Articles
- 1900-1934 See the News Articles
- 1931-1998 See the News Articles
- 1998-2019 Coming soon!

1. **<u>Kentucky Home Coming Week</u>**; Mount Vernon Signal: June 08, 1906
2. **<u>New Orleans Society of (Kentucky) Colonels Gives Banquet</u>**; Louisville Courier-Journal: January 09, 1908
3. **<u>Kentucky Colonels Club</u>**; Notre Dame Scholastic: Volume 50 Issue 33, 1916
4. **<u>Youngest Kentucky Colonel</u>**; Freeland Tribune: June 17, 1901
5. **<u>Colonel Heidrick</u>**; Mountain Advocate: May 26, 1922
6. **<u>Top of 3rd Column "A Number…"</u>**; Semi-Weekly Interior Journal: February 22, 1887
7. **<u>An Open Letter</u>**; Mountain Advocate: January 13, 1905
8. **<u>Col. S. T. Harris</u>**; The Interior Journal: May 21, 1912
9. **<u>A Few Things Said by a Kentucky Colonel</u>**; The Central Record: October 06, 1905

10. **Monkey Crouch**; The Sunday Star: Washington, DC, July 10, 1921

11. **An Enviable Record**; Bismarck Weekly Tribune: November 01, 1895

12. **The Last of the Real Colonels of the Blue Grass**; The Herald and News: August 08, 1922

13. **State Guard Poet Laureate**; The Hazel Green Herald: April 07, 1910

14. **Joe Engel is now Colonel**; The Washington Times. December 19, 1918

15. **Water from Jordan**; The North Platte Tribune: June 01, 1909

16. **Passing of Child-Wife Recalls Career of Cassius Clay**; The Spanish American: April 18, 1914

17. **Colonel David G. Colson Dies**; Daily Public Ledger: September 29, 1904

18. **Col. J.R. Johnson**; The Big Sandy News: May 12, 1922

19. **Col. Durrett's Historical Collections Goes to Chicago**; The Citizen: May 29, 1913

20. **Put'em in the Bug House**; The Fool-Killer: March 01, 1910

21. **Boss of the Ranch**; The Evening Bulletin: April 27, 1899

22. **Bright Outlook for the Ohio River**; The Paducah Sun: June 30, 1904

23. **Colonel Chats about Shooting**; New Ulm Review: October 23, 1912

24. **Was the Colonel Libeled?**; Los Angeles Herald: March 08, 1895

25. **Col. E. G. Buckner, Delaware Men of Affairs**: Evening Journal: April 10, 1918

26. **His Powerful Plea**; The Chickasha Daily Express: August 22, 1906

27. **Poker Story**; The Hartford Republican: January 06, 1905

28. **Bradley Nearly Beaten**; The Ocala Evening Star: March 07, 1908

29. **Kentucky Colonel in Germany to Run for Governor**; The Bourbon News: January 07, 1919

30. **True Southern Chivalry**; Free Press: May 19, 1906

31. **An Old-Time Duel**; The Salt Lake Herald: September 09, 1886

32. **Youngest Colonel**; The Richmond Palladium and Sun-Telegram: May 05, 1922

33. **Oakland Possesses a Kentucky Colonel**; The San Francisco Call: December 26, 1900

34. **As Seen in Kentucky**; The Corvallis Times: July 02, 1904

35. **Marse Henry Comes Home**; Valentine Democrat: December 12, 1907

36. **The Documentary Evidence**; Los Angeles Herald: March 10, 1895

37. **Col. Jouett Henry Get Good Place**; The Bee: December 17, 1915

38. **No Bosses Need Apply**; The Evening Bulletin: May 07, 1891

39. **Country Editing – Col. Bob White of Mexico**; Mexico Weekly Ledger: April 10, 1913

40. **A Kentucky Colonel the First Victim**; The Commercial: September 06, 1907

41. **Colonel Duncan at it Again**; The Los Angeles Herald: March 22, 1895

42. **Col. Chinn's Undoing**; The Indianapolis Journal: April 24, 1903

43. **In the Public Eye**; The Tacoma Times: October 31, 1910

44. **The Kentucky Colonels**; The Wheeling Daily Intelligencer: January 18, 1900

45. **Kentucky is to Lose Both its Juleps and its Colonels**; New-York Tribune: February 01, 1920

46. **Annual Colonel Crop**; The Bourbon news. [volume], November 24, 1922

47. **Kentucky Homecoming Week Brevities**; The Central Record: June 08, 1906

48. **Kentucky Colonels - Back from a Fishing Trip**; The Interior Journal: August 21, 1912

49. **Kentucky Colonels Club**; The Butler Weekly Times: October 13, 1904

50. **Circulation**; The Conservative: January 25, 1900

51. **A Harbinger of Spring**; Daily Independent: June 01, 1908

52. **Kentucky Colonels and Others**; New Britain Herald: February 21, 1916

53. **White Suit**; Frankfort Weekly News and Roundabout: July 04, 1908

54. **A Hint to Hunters**; St. Tammany Farmer: December 23, 1905

55. **Servia and Kentucky**; The Minneapolis Journal: June 17, 1903

56. **Thousand New Kunnels, Suh, In 25 Years**; Las Vegas Age: May 26, 1931

57. **Kentucky Colonels - Governor's Staff Contracts for Uniforms**; Hopkinsville Kentuckian: July 04, 1908

58. **Chose Officers - Kentucky Colonels Ready for Active Work**; Kentucky Irish American: July 04, 1908

59. **Kentucky Colonels Strike Birmingham in Large Bunches**; The Birmingham Age-Herald: January 17, 1912

60. **Senator Blackburn's Vow & The Kentucky Colonels**; The Wheeling Daily Intelligencer: January 18, 1900

61. **Fraud Failed**; Arizona Republican: December 13, 1899

62. **To Nineteen-Fifteen**; Crittenden Record-Press: January 06, 1916

63. **Kentucky Colonels Win Great Praise**; Frankfort Weekly News and Roundabout: August 29, 1908

64. **How He Got His Title**; The Bismarck Tribune: July 12, 1919

65. **Kentucky's Humiliation - Colonels Take to Water**; The Age-Herald: January 29, 1898

66. **Salute these Colonels**; The Indianapolis Times: July 31, 1930

67. **Kentucky "Colonels" in Annual Joyfest**; South Bend News-Times: March 02, 1916

68. **The Kentucky Colonels**; The Breckenridge News: October 17, 1906

69. **A Pair of Kentucky Colonels**; Daily Public Ledger: December 17, 1895

70. **Want Impressive Uniforms**; The Bismarck Tribune: May 25, 1931

71. **The Military Spirit of Tucson**; Arizona Daily Citizen: May 20, 1901

72 ⓘ **.ying Away All Titles**; Newark Post: July 30, 1919

73. **Kentucky Colonels Club at Fair**; Brownsville Herald: October 20, 1915

73. **Kentucky Colonels Club at Fair**; Brownsville Herald: October 29, 1915

74. **Kentucky Colonels – In the Nature of Things...**; The Lynden Tribune: June 01, 1916

75. **Army Titles**; Akron Daily Democrat: May 13, 1901

76. **Kentucky Colonels – Mr. Gugel's Story of a War Measure**; Marietta Daily Leader: November 14, 1900

77. **Editor to Command Kentucky Colonels**; Albuquerque Morning Journal: January 05, 1912

78. **Kentucky Colonels Bring Bradley Here**; The Washington Times: March 04, 1909

79. **Good Kentucky Story**; The Chattanooga News: January 09, 1920

80. **Kentucky Receives Visiting Editors**; The St. Louis Republic: May 19, 1904

81. **Irvin Cobb Deserves Better**; The Rock Island Argus and Daily Union: December 08, 1922

82. **Governor Moorehead of Nebraska**; The Idaho Springs Siftings-News: February 15, 1913

83. **Editorial Afterthoughts**; Marietta Daily Leader: February 10, 1900

84. **An Oleomargarine Colonel**; Iron County Register: February 11, 1892

85. **The Southern Colonel**; Sequachee Valley News: November 25, 1897

86. **Brevet Governors of Hawaii**; The Hawaiian Star: June 27, 1905

87. **More Kentucky Colonels**; The Morning News: September 08, 1891

88. **Kentucky Governor Names Baby, Two, Colonel on Staff**; Evening Star: August 27, 1928

89. **Morrow's Administration Prolific of Colonels**; The Bourbon News: October 06, 1922

90. **Elks Ruler is Colonel**; Evening Star: June 10, 1930

91. **Chandler Stops Flood of Kentucky Colonels**; Evening Star: December 20, 1935

92. **Plan to Tax Kentucky Colonels**; Evening Star: November 15, 1935

93. **No More Colonels**; Memphis Daily Appeal: December 22, 1878

94. **Colonel Gascom**; The Climax: November 19, 1890

95. **Kentucky Colonels Galore**; Evening Star: June 02, 1932

96. **Too Many Borrowed Honors**; The Bellefontaine Republican: October 08, 1901

97. **Colonel**; The Hickman Courier: August 03, 1872

98. **Glimpses of Kentucky**; Savannah Morning News: September 12, 1882

99. **The Abuse of Titles**; The Anderson Intelligencer: October 05, 1876

100. **Judge Mattingly a Colonel**; Evening Star: December 16, 1933

101. *****Kentucky's Colonels to the Front**; Evening Star: November 06, 1933

102. **Mr. Watterson's Resignation**; The Ocala Banner: April 18, 1919

103. **Kentucky has More Colonels than it does Militiamen**; Evening Star: June 09, 1933

104. **Governor Announces the names of Ten Honorary Colonels**; Daily Public Ledger: January ⓘ , 1908

105. **Maybe We'll Have Pomp**; The Indianapolis Times: December 21, 1922

105. **Maybe we'll Have Pomp**; The Indianapolis Times: December 31, 1932

106. **Must Win Titles in War**; The Butler Weekly Times: October 17, 1901

107. **Confederates Reward Representative Drewry**;   Evening star: May 18, 1933

108. **Ban on Colonels Disturbs Laffoon**; Evening Star: March 29, 1936

109. **Official Outlines Progress of Kentucky Colonels**; Evening Star: December 09, 1939

110. **Ruling Breaks the Colonels**; Nogales International: April 04, 1936

111. **Kentucky Colonel Learns the Truth**; The Key West Citizen: December 30, 1939

112. **In the News of the Day**; The Times-News: April 01, 1936

113. **Capital Sidelights - Passing of the Kentucky Colonels**; Evening Star: April 05, 1936

114. **The Kentucky Colonel is Known to Everyone**; Bridgeton Pioneer: November 02, 1916

115. **The Kentucky Colonel's Sister's Cat**; Sterling Evening Gazette: December 11, 1883

116. **A Kentuckian Not a Colonel**; Owosso Times: June 4, 1886

117. **Kentucky Colonels - Visit the Soldiers at Chickamauga Park**; Quincy Daily Herald: June 9, 1898

118. **The Growth of the Churches**; Wichita Daily Eagle: February 2, 1899

119. **Dedication of Monument**; Atlanta Constitution: March 3, 1899

120. **A Kentucky Colonel's Poker Game**; Daily Iowa State Press: January 8, 1900

121. **The Famous Kentuckians**; Massillon Evening Independent: January 15, 1901

122. **Exit the Kentucky Colonels**; Philadelphia Inquirer: March 15, 1907

123. **The Campaign of the Kentucky Colonel**; Connellsville Weekly Courier: July 27, 1911

124. **New York and Kentucky Colonels**; Shelbina Democrat: June 5, 1912

125. **How to Make Old Kentucky Mint Julep**; Macon Daily Chronicle Herald: September 19, 1913

126. **Major General Sir Sam Hughes**; Agassiz Record: September 23, 1915

127. **Kentucky Colonels**; Ardmore Daily Ardmoreite: February 7, 1916

128. **Kentucky Colonels - In the Nature of Things**; Warren Evening Times: April 13, 1916

129. **Fiery Colonel Stakes Fortune on KY Derby**; Wakefield Advocate: February 16, 1924

130. **Loser's Music Store Ad**; Lebanon Daily News: 07 Mar 1924

131. **Frank Keenan Again Becomes Kentucky Colonel**; Indianapolis Times: March 9, 1925

132. **The Kentucky Colonel Speaks**; Syracuse Post Standard: May 17, 1926

133. **Derby Day is Again Calling Race Fans**; Benton Harbor News Palladium: April 9, 1927

134. **Too Many Southern Colonels? Perish the Thought!**; Davenport Democrat And Leader: August 14, 1927

135. **As He Retires Fields Hands Out Pardons**; Gastonia Daily Gazette: December 13, 1927

136. ⓘ **Kentucky Colonel at Age of Thirteen**; Albert Lea Evening Tribune: February 27, 1928

137. **Youngest Colonel Doesn't Wear Goatee**; Bluefield Daily Telegraph:  March 2, 1928

137. [Kentucky Colonels Don't Wear Sashes]; Bradford Daily Telegraph: March 2, 1928

138. **Ed's High Up – Jackson Elevated to Kentucky Colonelcy**; Indianapolis Times: August 3, 1928

139. **Kentucky Colonels and Admirals Could Operate a Good Sized War**; Amarillo Daily News: May 10, 1929

140. **Proverbial Kentucky Colonels Increase Southern Nobility**; Chicago Daily Illini: June 21, 1929

141. **Colonels**; Muscatine Journal And News Tribune: August 10, 1929

142. **Kentucky Has 500 Colonels, Admirals, Vice-Admirals, Etc.**;  Portsmouth Daily Times: October 3, 1929

143. **Colonels, Sampson is trying to Organize Kentucky Colonels**; Middlesboro Daily News: 19 May 1931

144. **Colonels go for Gorgeous Dress**; Hamilton Evening Journal: May 25, 1931

145. **Flashes of Life**; Jefferson City Post Tribune: May 25, 1931

146. **A Thousand Kentucky Colonels**; Sedalia Capital: May 31, 1931

147. **Too Many Colonels for Kentucky – May Organize Exclusively**; Greeley Daily Tribune: June 3, 1931

148. **An Army of Colonels**; Brownsville Herald: June 12, 1931

149. **Kentucky Colonels Honor Dr. Michael**; Hayward Daily Review: June 16, 1931

150. **Kentucky Miss Gains Title**; Corsicana Daily Sun: June 16, 1931

151. **Appointed to Colonel Rank**; Evening Independent: December 8, 1931

152. **Propose $100 Tax on Kentucky Colonels**; Joplin Globe: February 10, 1932

153. **Kentucky Colonels**; Elyria Chronicle Telegram: February 15, 1932

154. **Kentucky Sees Tax Harvest in its "Colonel Crop"**; Montana Butte Standard: February 21, 1932

155. **Byrd, Gardner Named Kentucky Colonels**; Hanover Evening Sun: February 22, 1932

156. **"Kentucky Colonels" May Pay for Title**; Cumberland Evening Times: February 26, 1932

157. **New Recruit for "Kunnels"**; Xenia Evening Gazette: March 2, 1932

158. **How Democratic Keynoter Won Fame**; Dixon Evening Telegraph: May 3, 1932

159. **Insult the Kunnel**; Xenia Evening Gazette: January 31, 1933

160. **Kunnel Herbert Mengert Insulted, Suh**; The Semi-Weekly Madison County Democrat: February 03, 1933

161. **Lt. Gov. Chandler Shovels Out 246 Kentucky Colonels**; Middlesboro Daily News: March 9, 1933

162. **Kentucky Colonels Will Be Much More Numerous, Suh**; Lowell Sun: June 9, 1933

163. **Colonels Named by Governors of the South**; Reno Evening Gazette: June 9, 1933

164. **Kentucky, Home of the Colonels, Will Have More Colonels**; Rushville Republican: June 9, 1933

165. **1,240 Persons Commissioned in Kentucky**; East Liverpool Review: June 10, 1933

166. **Two-Bit Commissions**; Bluefield Daily Telegraph: June 16, 1933

167. **Current Viewpoints - Kentucky Colonels**; Syracuse Herald: June 23, 1933

168. **A Kentucky Colonel, Suh**; Beckley Post Herald: July 3, 1933

169. **Kentucky Colonels Number 2,500**; Hammond Times: August 9, 1933

170. **World-Wide Society of Kentucky Colonels Formed, With Woman Aide**; Salt Lake Tribune: September 27, 1933

171. **Colonels**; Ames Daily Tribune Times: September 30, 1933

172. **Kentucky Colonel, 1933 Style, Puts Goatee into Discard**; Racine Journal Times: October 28, 1933

173. **Kentucky Colonel Loses Identity**; North Adams Transcript: November 2, 1933

174. **Kentucky Makes Santa a Colonel**; Hammond Times: December 23, 1933

175. **Bill Bans Colonel Title Unless Earned**; Ogden Standard Examiner: February 25, 1934

176. **Kentucky Politics**; Bluefield Daily Telegraph: March 20, 1934

177. **Editorial Brings Rank of Colonel**; Billings Gazette: April 16, 1934

178. **How to be Colonel, Kentucky Brand, Is Bared by Recipient**; The Indianapolis Times: April 17, 1934

179. **Derby Eligibles to Seek Purse Today**; Reno Evening Gazette: April 25, 1934

180. **Kentucky Colonels Placed Under Code**; Moberly Monitor Index: May 5, 1934

181. **Governor Laffoon's Colonels to the Rescue**; Iowa City Daily Iowan: May 6, 1934

182. **Bumper Crop of Kentucky Colonels**;  Bradford Era: December 29, 1934

183. **All Kentucky Colonels Invited to Derby Festival;**  Middlesboro Daily News: January 25, 1935

184. **\*Kentucky Colonels**; Dubuque Telegraph Herald: January 30, 1935

185. **Hero Wins His Colonelcy, And a Letter, Too, Darn It**; Ogdensburg Advance News: February 3, 1935

186. **Today in New Mexico**; Albuquerque Journal: February 12, 1935

187. **Kentucky Colonel Crop Tapers As Laffoon's Power Increases**; Amarillo Daily News: February 15, 1935

188. **Fair Enough**; El Paso Herald Post: February 18, 1935

189. **Too Many Colonels - Kentucky Planning to Clean House**; Xenia Evening Gazette: February 21, 1935

190. **Governor of Kentucky Creates a New Title (Colonel-Admiral)**; Racine Journal Times: May 1935

191. **The W. Va. Navy Forever!**; Charleston Daily Mail: May 12, 1935

192. **Kentucky Colonels**; Fitchburg Sentinel: May 15, 1935

193. **Carded Colonels**; Charleston Daily Mail: May 30, 1935

194. **Labor Men Named Kentucky Colonels**; The Butler County Press: August 09, 1935

195. **Colonels - Commissions Fill Wastepaper Baskets**; Santa Ana Daily Evening Register: November 15, 1935

196. **Ruling Puts Kentucky Colonels Back to Rubbing Elbows with 'Plain Folk'**; Mansfield News Journal: March 28, 1936

197. **You Can't Do That to Me!**; Portsmouth Times: March 31, 1936

198. **Kentucky Colonel Bonus Bill Born on April 1**; Evening Star: April 02, 1936

199. **Ruling "Breaks" The Colonels**; Nogales International: April 04, 1936

200. **Kentucky Colonels Are Restored by Acting Governor**; Evening Star: April 28, 1936

201. **Kentucky Colonels Back on Job - Illegal or Not, Rank is Restored**; Racine Journal Times: April 28, 1936

202. **Governor Chandler Relents in Ban on Colonels in Order**; Corsicana Daily Sun: May 8, 1937

203. **The "Colonel Factory"**;  Shepparton Advertiser (Australia);  October 8, 1936

204. **The News Reel - Odds and Ends**; Van Nuys News: February 11, 1937

205. **Julep Party for Colonels**; High Point Enterprise: April 25, 1937

206. **The Brighter Side**; Chester Times: April 30, 1937

207. **Many Have Titles But Few Use Them in Movie Colony**; Lowell Sun: January 14, 1938

208. **More Kentucky Colonels**; Winnipeg Free Press: April 26, 1938

209. **Chandler Agrees to Name Ten New Kentucky Colonels**; Hammond Times: May 24, 1938

210. **Col. Pyle Suggests Capture of Richmond**; El Paso Herald Post: June 30, 1938

211. **A Question of Numbers**; Montana Standard: March 2, 1939

212. **New Colonel Lacks Uniform**; Biddeford Daily Journal: December 16, 1939

213. **Kentucky Society to Fete Colonels**; Evening Star: February 10, 1941

214. **Kentucky Colonels Find Recruits Decreasing**; Evening Star: February 19, 1941

215. **Kentucky Governor Appoints Young to Colonelcy**; Evening Star: September 12, 1941

216. **Kentucky Colonels (Australia)**; Melbourne Age: September 13, 1941

217. **Kentucky's 17,000 Colonels**; Cedar Rapids Gazette: November 10, 1941

218. **Sage and Spice**; Cedar Rapids Gazette: March 8, 1946

219. **McLemore - Ol' Colonel Mixes Favorite Filibuster**; Evening Star: March 08, 1946

220. **Kentucky Has Started Rush for Titles**; Zanesville Signal: August 3, 1947

221. **cLemore – Wants to Become a Kentucky General**; Evening Star: May 01, 1947

222. **State Honoraries Attract Attention of Bigshots**; The Wilmington Morning Star: August 03,

1947

223. **Mythical Organizations Started by Colonels**; Beckley Raleigh Register: August 4, 1947

224. **Kentucky Colonels Inspire Rush for Honorary Titles**; Corpus Christi Caller Times: August 3, 1947

225. **Kentucky Colonels' Promotion System Caused Rank Outrage**; Amarillo Daily News: May 3, 1947

226. **Clements Names 14 State Colonels in Appreciation of Work**; Whitesburg Mountain Eagle: April 8, 1948

227. **Daniel Boone Pageant**; Middlesboro Daily News: October 17, 1952

228. **He Outwits Mexican Government**; Uniontown Evening Standard: November 26, 1952

229. **Efforts for Motor Carriers to Win Kentucky Colonels Titles**; Evening Star: September 10, 1955

230. **Kentucky Colonel Vetoes Billion Dollar Red Order**; Independent Long Beach: May 25, 1952

231. **Kentucky Colonels Order, Includes Leaders, Plain Folk**; Colorado Springs Gazette: September 14, 1977

232. **Kentucky Colonel Commission marks its 163rd Year**; Journal News: January 17, 1976

233. **Some Observations On Kentucky**; The Hartford Herald: September 20, 1893

234. **Kentucky Colonel Visiting Moscow — Runs Into Trouble...**; The Courier-Journal: June 1, 1952

## News Articles that do not Mention Kentucky

It is clear that from 1861 there was a big shift in where and who could be named colonels, but this was not true in Kentucky because the origins of "colonelcy" were viewed differently and anyone who owned a considerable sized piece of land was already called a "colonel" notwithstanding the Civil War, that is once they matured to a certain age, *or* if they demonstrated a certain style that became atypical to colonels of a white goatee, a broad brimmed hat, and a flocked long-tail coat around 1889.

1. **Honorary Colonels;** The Fairmont West Virginian: February 02, 1911

2. **Too Many Generals Among Confederates**; The Washington Times: August 12, 1904

3. **He's Col. Ross Valentine**; The Evening World: November 27, 1893

4. **Rank by Brevet**; Peninsula Enterprise: March 11, 1899

5. **The Army's Youngest Colonel**; New-York Tribune: November 06, 1921

6. **Czar's Daughters Honorary Colonels**; Arizona Republican: March 04, 1917

7. **Sad News for Staff Members**; The Daily Gate City and Constitution-Democrat: December ʼ, 1916

8. **Good But Not New**; The Daily Morning Journal and Courier: November 11, 1902

9. **Gold Braid Barred (Iowa)**; Evening Times–Republican: December 13, 1916

10. **Young Woman Chosen**; The Pacific Commercial Advertiser: October 04, 1901

11. **A Survival of Nonsense**; The Progress: November 14, 1896

12. **Jimmie Gets Elected**; The Mirror: December 15, 1910

13. **The Vanishing Title**; The Bismarck Tribune: May 13, 1925

14. **Col. Jake Horn Disserts on Colonels Made and Born**; The Caldwell Tribune: June 16, 1916

15. **Colonels and Pseudo Colonels**; The Washington Herald: June 03, 1916

16. **The Colonel**; The Pascagoula Democrat–Star: May 07, 1880

17. **Colonels Wanted**; Yorkville Enquirer: November 29, 1877

18. **Civil and Military Colonels in North Carolina**; The Semi–Weekly Messenger: December 18, 1906

19. **American Love of Titles**; Washington Sentinel: August 13, 1854

20. **Two Famous Colonels**; The Bridgeport Evening Farmer: February 16, 1916

21. **The Good Fight Part 1 | Part 2**; Abilene Weekly Reflector: May 13, 1915

22. **Col. Howard Orator of Day**; The Pensacola Journal., April 23, 1910

23. **Now its Colonel Mary**; New Britain Herald: June 21, 1918

24. **New Frisco Agent Here**; Tulsa Daily World: March 22, 1918

25. **William O. Skeels**; The Bismarck Tribune: September 05, 1935

26. **Honorary Titles**; The Roswell Daily Record: July 12, 1906

27. **Abolish the Governor's Staff**; The Bennington Evening Banner: October 15, 1907

28. **Fair Enough by Westbrook Pegler**; The Indianapolis Times: February 19, 1935

29. **Colonels and Others**;  Herald and News: August 29, 1901

30. **Our Honored Soldiers**; The Rutland Daily Globe: August 12, 1873

31. **Maybe We'll Have Pomp**; The Indianapolis Times: December 31, 1932

32. **Young Society Woman's Engagement Announced**; Omaha Daily Bee: June 13, 1918

33. **Gilding the Gold Brick**; Gilpin Observer: June 24, 1909

34. **Mining Camp Sketches**; The Bossier Banner: November 26, 1896

35. **Representing His Nation Abroad**; Newark Evening Star: April 25, 1910

36. **Want More Colonels**; The Durham Daily Globe: March 05, 1892

37. **John Flake's Old Virginia, I.**; The Sun: January 16, 1898

38. **How They Become Colonels**; The Pacific Commercial Advertiser: December 13, 1897

39. **Women Wear Uniforms and Lead Regiments**; Omaha Daily Bee: August 17, 1902

40. **About Colonels**; Puget Sound Weekly Argus: August 01, 1878

41. **Georgia Colonels**; Public Ledger: June 07, 1877

42. **American Snobocracy**; The Placer Herald: February 18, 1860

43. **Women Colonels Not Rare in Europe**; The Savannah Morning News: August 17, 1902

44. **Georgia's Colonels**; New-York Tribune: August 24, 1902

45. **Columbia Mayor Now Colonel on Governor's Staff**; The Columbia Herald: May 28, 1915

46. **New Mexico Organizing the First Regiment of Colonels**; El Paso Herald., November 12, 1919

47. **The South's Many Colonels**; Perrysburg Journal: March 12, 1898

48. **Honorary Titles**; The Tacoma Times: May 26, 1915

49. **Career of Colonel Knocker**; The Stark County Democrat: March 09, 1906

50. **End of Colonels (New Jersey)**; The Jersey City News: March 03, 1902

51. **Tale of an Old Tome** | **Title of an Old Tome**; Richmond Dispatch: December 21, 1902

52. **Ages of Generals**; The Alaska Daily Empire: August 17, 1917

53. **Gen. Merritt is Proud of the Montana Boys**;  The Anaconda Standard: June 13, 1898

54. **Shameless Shams**; Omaha Daily Bee: November 11, 1880

55. **Can't Be Too Many**; The Daily Morning Journal and Courier: June 18, 1902

56. **Why a Governor's Staff?**; The Lake County Times: December 01, 1916

57. **Colonels**; Marshall County Republican: November 22, 1877

58. **The Colonels Take a Say**; The Pulaski Citizen: December 16, 1886

59. **A Confederate Reunion**; The Prince George's Enquirer and Southern Maryland Advertiser: June 04, 1897

60. **When the Colonels Came In**; Kansas City Journal: September 25, 1897

61. **The Governor's Staff**; The Portland Daily Press: November 05, 1900

62. **Once a Colonel Always One**; The Washburn Times: May 31, 1906

63. **Honorables and Colonels**; The Ohio Democrat: February 20, 1895

64. **Running to Titles**; Tensas Gazette: July 06, 1894

65. **Where the Colonel Came In**; The Indianapolis Journal: October 10, 1897

66. **Titles**; The Daily Ardmoreite: October 03, 1904

67. **How Titles are Placed**; Republican News Item: May 03, 1900

68. **Made Him a Colonel**; The Salt Lake Herald: March 18, 1898

69. **Explaining His Title**; Sacramento Daily Record-Union: August 16, 1888

70. **Just So!**; The Mt. Sterling Advocate: August 20, 1901

71. **Roosevelt to Decline this Empty Honor**; The San Francisco Call: January 05, 1899

72. **Colonel Bob the Beloved**; The Age-Herald: February 19, 1901

73. **The Proud Southern Colonel**; The Seattle Post-Intelligencer: March 27, 1890

74. **Lord Granard on Titles**; The Evening Statesman: March 09, 1909

75. **Running to Titles**; Tensas Gazette: April 13, 1894

76. **Had Smelt Powder**; Sierra County Advocate: September 03, 1897

77. **Protest Against Titles**; The Age-Herald: October 03, 1901

78. **Reducing the Colonels**; Norwich Bulletin: March 30, 1911

79. **Snover, Giant Pitcher, a Born Colonel**; The Sun: September 23, 1919

80. **Howdy Colonel, Morning Major**; The Fairmont West Virginian: December 03, 1910

81. **Captain, Colonel, General, Judge**; The morning News: March 30, 1900

82. **Colonel or General Thomas Clark**; The News and Observer: April 05, 1893

83. **Desert Rat Visits Place He Met TR**; The Washington Times: August 30, 1919

84. **The Governor's Staff (Virginia)**; Alexandria Gazette: February 17, 1912

85. **Senseless Titles**; Daily Globe: June 15, 1879

86. **American Love of Titles**; Washington Sentinel: August 13, 1854

87. **Nonsensical Titles**; The Columbian: June 25, 1875

88. **Current Opinion**; The Helena Independent: February 06, 1891

89. **Aristocracy Open to Offers**; The True Democrat: March 27, 1897

90. **Our Fever for Titles**; Saint Mary's Beacon: November 29, 1888

91. **Peru**; Phenix Gazette: June 30, 1825

92. **A New Tax Levy**; Yorkville Enquirer: September 09, 1880

93. **Tanner Starts from Chicago**; Omaha Daily Bee: June 20, 1898

94. **Royal Women Colonels**; The Portland Daily Press: January 25, 1899

95. **The Use of Military Titles (Alabama)**; The Morning News: June 27, 1887

96. **Why Many Bonifaces are Colonels**;  The Baltimore County Union: November 19, 1887

97. **Personal Titles**; St. Landry Democrat: August 27, 1887

98. **Colonel Nellie Irene Eldridge**; The Star: January 24, 1900

99. **The Military Squabble**; Connecticut Western News: March 19, 1884

100. **Titles Played Out**; Daily Los Angeles Herald: October 17, 1883

101. **The Proud Southern Colonel**; Omaha Daily Bee: March 15, 1890

102. **Not Dr. Cleveland**; The Comet: July 18, 1895

103. **Free-Trade Competition**; The Indianapolis Journal: March 29, 1883

104. **Four More Colonels**; The Savannah Morning News: November 03, 1902

105. **Out of a Job - English Aristocrats are Looking for Work**; The Wichita Daily Eagle: July 06, 92

106. **Proclamation by the King of France (US Sponsor)**;  The Enquirer: July 30, 1814

107. **Folly of Military Staffs**; The Winslow Mail: September 04, 1897

108. **They Are Colonels Now**; Yorkville Enquirer: September 27, 1899

109. **"Mister" for Military Men**; The Barre Daily Times: November 24, 1919

110. **La Marquise de Fontenoy**; The Times Dispatch: November 16, 1911

111. **A Political Anecdote**; Arkansas True Democrat: October 19, 1859

112. **Famous British Regiments**: Deseret Evening News: April 21, 1900

113. **Tribunetes**; The National Tribune: January 14, 1892

114. **Popular in Illinois**; The Pacific Commercial Advertiser: May 19, 1894

115. **Prostitution of Titles**; Seattle Daily Post-Intelligencer: July 18, 1883

116. **The Boys Who Carried the Guns**; Connecticut Western News: September 05, 1878

117. **Titles (New Jersey)**; Alexandria Gazette: August 29, 1840

118. **Cuban League Formed**; The Scranton Tribune: December 15, 1896

119. **Good Moring, Professor**;  Barbour County Index: July 28, 1882

120. **Titles Are Too Numerous**; Akron Daily Democrat: June 27, 1900

121. **End of Promiscuous Titles**;  The Caucasian: August 15, 1901

122. **From Washington - Taxation on Titles**; The Morristown Gazette: October 02, 1878

123. **Titles and Republicanism**; Memphis Daily Appeal: November 30, 1882

124. **We'll All Be Dukes and Earles**; The Abbeville Press and Banner: October 27, 1897

125. **Colonel Monroe**; The Coeur d'Alene Press: May 21, 1904

126. **Colonel Jesus Christ**; The Minneapolis journal. [volume], February 06, 1904

127. **She Wears an Army Suit (Petticoat?)**; The Anaconda Standard: October 01, 1899

128. **A Model Landlord**; New-York Tribune: April 24, 1887

129. **Col. George B. Squires**; The Salt Lake Tribune: October 01, 1910

130. **With High Honors**; Morris Tribune: April 22, 1910

131. **Honor**; Port-Gibson Herald., November 24, 1842

132. **ESQ. or MR.?**;  The Indianapolis journal: December 02, 1894

133. **A Select Tale, The Death Warrant**; Sunbury American: June 11, 1853

134. **The Governor's Staff (South Carolina)**; The Abbeville Press and Banner: February 04, 1903

135. **That Colonelcy**; The New North-West: August 05, 1887

136. **Military Troubles at Rome Vatican**; The Daily Star-Mirror: September 18, 1913

137. **Hired to Insult Me**; Evening Star: January 10, 1873

138. **(Dis)Honored by the Pope**; The American: June 28, 1895

139. **"Texas" Colonels**; The Dallas Daily Herald: March 27, 1877

140. **A Colonel of the Arkansas Militia**; The San Francisco Call: March 08, 1898

140. **A Colonel of the Arkansas Militia**; The San Francisco Call: March 08, 1898

141. **Do Not Like It**; Daily Inter Mountain: October 07, 1899

142. **Pioneer Citizen of Las Vegas is Dead**; Las Vegas Optic: February 14, 1914

143. **What is an Esquire?**; Evening Star: July 20, 1895

144. **How Titles are Placed**; Republican News Item: May 03, 1900

145. **Highly Honored by the 397th Regiment**; The Kansas City Sun: June 29, 1918

146. **Georgia "Colonels"**; Richland Beacon: August 11, 1877

147. **The Colonels Take a Say**; The Pulaski Citizen: December 16, 1886

148. **Titles for Lawyers**; Evening Star: January 22, 1901

149. **It's General Cody Now**; The Bridgeport Evening Farmer: April 09, 1915

150. **One of the Landmarks**; The True Northerner: February 05, 1890

151. **No Honorary Colonels Permitted by War Department**; New Britain Herald: April 12, 1924

152. **Two Washington Men Are German Officers**; Evening Star: January 24, 1915

153. **Sad News For Staff Members**; The Daily Gate City and Constitution-Democrat: December 14, 1916

154. **Col. Edith Madison Ames**; The Philipsburg Mail: October 25, 1901

155. **American Crests**; Evening Capital: April 21, 1893

156. **Texas Today**; Brownsville Herald: October 20, 1941

157. **Texas List of High Officials Growing Due New Governors**; Corsicana Daily Sun: October 24, 1941

158. **Distinctions for Women**; Savannah Morning News: September 15, 1898

159. **Screwball Clubs Flourish in New York**; The Chronicle-Star: April 25, 1947

160. **Colonels' Club Plan**; Devils Lake Inter-Ocean: February 03, 1911

## The Kentucky "Colonel"

<u>Wheeling Daily Intelligencer</u>, March 02, 1900

Some reminiscent time — long before Opie Read apostrophized that peculiar product of a sister state, the "Kentucky Colonel" was revered and honored, not for a knight of arms, but the milder attribute of manhood, genuine courtesy. It is true that he drank, but he never made a distillery of himself. He imbibed like a gentleman. He was not quarrelsome; he was gallant. To have been a Kentucky colonel In those old-fashioned times of chivalry was like as to be a Roman in Caesar's day. He was as fragrant then as the blue grass that now nods over the graves of the victims of his vulgar prototype today. The original Kentucky colonel has passed away, but he has imitators.

The Kentucky colonel of today is in a class by himself. He has lost the courtesy of his forebears. and assimilated the contamination of the times. Hereafter he must be designated as a belted cruiser, carrying so many guns. In certain situations he may be likened, to a torpedo boat. In others he assumes the terrifying and destructive qualities of the battleship of so many distillery gallons displacement.

## Col. Jack Chinn of Kentucky

<u>The Age-Herald</u>, February 05, 1900

Colonel Jack Chinn, who so valiantly stood by Governor Goebel when the latter fell a victim to an assassin's bullet last Tuesday, is perhaps the most widely known person on the American turf. He is also well known in Kentucky politics.

Colonel Chinn is a typical Kentucky colonel of the old School, which of course means 'that he has an eye for the beautiful, a lover of fine horseflesh, is a judge of good "spirits" and also carries a gun.

Colonel Chinn's home is at Harrodsburg, Kentucky, where 'he for a long time conducted a stock farm. It was a splendid blue grass farm, and his home was for years a rendezvous for prominent turfmen and Kentucky politicians, and the host had few equals ad no superiors as an entertainer in the whole broad land of Kentucky. He has left his mark in the turf world, and has developed some of the greatest race horses of this day.

His "strings" from time to time have contained such noted performers as Leonatus, I.ouise, Ingomar and Lissak. The first-named was a winner of the Kentucky Derby and also gained fame as a sire. Lissak s career on the race course was of suoh a creditable nature that he was purchased by W. C. Whitney for a big round sum, and is now In the stud of this New York capitalist and thoroughbred breeder.

T ⓘ colonel, in addition to being a stable owner, has often acted in an official capacity at various tracks in this country. His prominence on the turf was not attained solely, though, as

an owner of fine horse flesh and as a starter of races. Being a "scrapper" and a disturber of national repute has won for him as much notice as his career in the more legitimate roles.

Colonel Chinn may not be wholly to blame for his record In this line, for it is said that his fighting nature, like that of the notorious Jones boys, was progagated by forces which he did not control. His first trouble of any note was with John Dowling at Chicago. Chinn and his brother-in law went to Chicago and opened a swell gambling house. The firm flourished and Dowling grew jealous and used his "hammer" to such good effect, that the Kentuckian was closed up.

The firm changed their base of operation to Minneapolis, where they again made a successful start. It Is related that Dowling pursued them and caused Chinn and Mason to be barred out of the Minnesota city.

It is claimed that this alleged persecution brought Dowling and Chinn together in the betting ring at Latonia during a race meeting late in the 1880s. Of the several thousand betters who were in the ring at the time only the principals and one peacemaker stayed in the game. Plungers, pikers, bookmakers and all sports and sportsmen left the betting quarters in pell mell fashion. Bob Tucker stayed with the colonel, and 'the latter's cool-headedness put a check on the Kentuckian's onslaught. Chinn and Dowling met again on Michigan avenue, in Chicago, to balance accounts, but the second meeting also resulted in a fluke.

Chinn next got into a difficulty at the East St. Louis track. He attacked Captain St. Clair, but was again checked by the Chlef of police. The Kentucky colonel was shot by the police officer before he got in his work on the St. Louis man.

The colonel's career in politics has also been quite checkered. He gained celebrity in the political world by barring the legislative hall at Frankfort during the red-hot political fight four years ego. He was aided in this move by Colonel Jim Williams, also a Kentucky colonel. The noted turfman and politician next sprang Into prominence in polities on account of the part he played in aiding- in the election of his friend, Senator Clark, out In Montana.

A more recent political fight in which Colonel Chinn figured was his encounter with State Senator Bronson, at Phoenix hotel, at Lexington. Bronson left the battleground to get his artillery, but was prevented from appearing by the interference of friends. The disturbance was also settled without bloodshed.

In appearance Colonel Chinn is a remarkably fine-looking man. He "sizes up" well. He has dark, flowing hair and very dark eyes, which flash like electric sparks when he is warmed up. The colonel was never known to fail a friend in danger or misfortune, and with all of his reputation as a man ever ready with his gun, he is one of the most companionable of men. He is a good yarn-spinner and has a fund of good Jokes, which, if strung out, would reach from H 's Gate reef to the Golden Gate.

Colonel Chinn has three sons, all of whom are well known here in Memphis. Christopher

Colonel Chinn has three sons, all of whom are well known here in Memphis. Christopher Chinn, familiarly known as "Kit," has acted as starter at Montgomery Park during several meetings. His other two sons, Phil and Morgan, are also well known turfmen. The former is publisher of the Thoroughbred Record, at Lexington, one of the 'best turf journals in the country.

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network

# Resources

## Resource Listing

There are a great number of resources available to Kentucky colonels who are interested in extending their honorable title through community involvement and benevolent societies around the world that are established by other colonels. There is also a wealth of information that should be understood by Kentucky colonels that are looking to treat the title seriously.

### Websites

- Colonel's Network (Colonelcy in 13 States)
- Honorable Order of Kentucky Colonels® (HOKC)
- Kentucky Colonels Switzerland
- UK Brigade of Kentucky Colonels
- Kentucky Colonels Amateur Radio Club
- Kentucky Colonels of Central and Southeastern Kentucky
- German Brigade of the Honorable Order of Kentucky Colonels
- Philadelphia Kentucky Colonels

### Facebook Pages

- Honorable Order of Kentucky Colonels (HOKC)
- I'm proud to be a Kentucky Colonel
- Tri-County Kentucky Colonels
- Philadelphia Kentucky Colonels
- Kentucky Colonels Spain
- Kentucky Colonels Switzerland
- Antipodean Brigade of Kentucky Colonels
- Kentucky Colonels Henderson Chapter

## Facebook Groups

- Kentucky Colonel Community
- Kentucky Colonel Social Media Club
- Honorable Order of Kentucky Colonels, New York City
- Pennyrile Area of Kentucky Colonels
- Georgia Masonic Kentucky Colonels
- Kentucky Colonels of Virginia
- Kentucky Colonels - Toronto Area, Canada and Abroad
- Georgia Chapter of Kentucky Colonels
- Honorable Order of Kentucky Colonels- Central PA
- KY Colonels in Action

## Bibliography

There are a great deal of (newly discovered) resources about American and Kentucky Colonelcy if you know where to look! See our **Bibliography** and the official **American Colonel's Network** website.

## Basic Primary Resources

- The Kentucky Encyclopedia - Kentucky Colonel
- Wikipedia article about the Kentucky Colonel
- Wikipedia article about the Goodwill Ambassador
- Wikipedia article about the Colonel (US honorary title)
- Wikipedia article about Letters Patent

## Scholarly and Historical Resources

We have discovered a great number of resources that make reference to Kentucky colonels, so many in fact we are writing a book about Kentucky's history and the instrumental role of the colonel throughout the past 250+/- years since colonels first entered the Kentucky territory. Many of these resources also appear unordered in our Bibliography, the selection below are some of the most significant.

- The Kentucky Colonel: Richard M. Johnson and the Rise of Western Democracy
- Authentic Biography Col. Richard Mentor Johnson
- Life and Times of Col. Richard M. Johnson
- Colony of Transylvania
- A Kentucky Colonel, by Opie Read
- History of Kentucky and Kentuckians
- Life and Times of Colonel Daniel Boone
- History of the Daniel Boone National Forest
- The Adventures of Daniel Boone
- The Little Colonel: Maid of Honor
- All That's Kentucky: An Anthology
- Register of the Kentucky State Historical Society 1909
- Kentucky Colonels: A Study of Semantics, American Notes and Queries
- Kentucky in American Letters
- Military History of Kentucky
- Oral Traditions of Kentucky
- Southern States
- Kentucky's Last Cavalier
- The Kentucky (The River)
- My Old Kentucky Home by Jeffrey Ising
- Kentucky and Kentuckians
- Country Estates of the Bluegrass
- Daniel Boone, the Pioneer of Kentucky
- Lincoln and the Bluegrass
- Daniel Boone Backwoodsman
- ⓘ ho's on Stage (Reference to the 1892 play "The Kentucky Colonel")

## Kentucky Colonels Prior to 1925

References submitted by our members and social media followers.

- Kentucky Colonels (Music Band 1923)
- Kentucky Colonels (Kentucky Irish American 1908)
- Kentucky Colonels (Louisville June 1906) 11th, 12th
- Kentucky Colonels Male Quartette (1899)
- Prince of Kentucky Colonels (Col. William J. DuVal)
- Aspects of Jewish Power in the US (40 references)
- Evan Sidebottom McCord, Jr. President, Kentucky Colonels 1912-1913
- Captain Henry of Geauga (1900)
- Proceedings Illinois State Bar Association May 1920
- Kentucky Colonels Club (Louisville Courier Journal 1909)

References are also made about the Kentucky Colonels Drum and Bugle Corps, Post 7 in Frankfort, Kentucky

## Unclassified Resources

1. A Brittle Sword: The Kentucky Militia, 1776-1912 (Military Studies)
2. Augusta County, Virginia in the History of the United States (History)
3. Colonels, Hillbillies and Fightin': Twentieth-century Kentucky in the National Imagination (History Article)
4. Creation of a Confederate Kentucky (Academic Paper)
5. Kentucky to Lose its Colonels (Newspaper Article 1920)
6. HOKC v Bldg Champions (Lawsuit)
7. Kentucky Acts 36-110 (Law)
8. Divide and Dissent: Kentucky Politics, 1930-1963 (Politics)
9. Kentucky Constitutions (Early Years) (Document)
10. Historical significance of a Kentucky colonel named Harlan (Legal Article)
11. US Congressional Record 1936 (Congressional Digest)
12. The Kentucky Spirit or Why the Kentucky Colonel? (Newspaper Article)
13. HOKC v KCI, Public Domain (Court Exhibit)
14. Kentucky Colonels Exercise Honor in a Meaningful Way (Humanities Article)
15 ⓘ rst website dedicated to Kentucky Colonels (WebSIte Archive)

## Not so Useful Resources

- <u>English Sheepdog Named a Kentucky Colonel</u> (UPI News, 1980)

## Erroneous Articles

There are a great **many articles** that have been generated over the years based on a "generally mistaken history" of the Kentucky Colonel, starting with Wikipedia and according to our research. Even the Commonwealth of Kentucky and the Kentucky Historical Society has gotten it wrong. Some historians however have seen through the errors and not cited the erroneous accounts.

How and why the manipulation of history began and when it became misunderstood is mostly a mystery. Based on our best understanding the historical account was first presented <u>erroneously in 1941</u> by the Honorable Order of Kentucky Colonels at a Derby eve party while they were all drinking bourbon and telling jokes. Perpetuating errors and filling in the blanks with assumptions is wrong, it is not honorable to give credit to those who have manipulated a historical record to purport a false truth or make a historical account fictitious, moreover it cheats the real actors such as Col. Daniel Boone, Col. John Bowman and Col. Richard Henderson that bring great prestige to the ideal. See more in our section on **History**.

- <u>Dennis Keene: Honorable Order of the Kentucky Colonel part of Commonwealth's History and Heritage</u> (Erroneous)

## Semantic and Data Sources

- <u>Freebase Semantic Browser</u>
- <u>Explicit Google Search</u>
- <u>Kentucky Colonel (Wikidata)</u>
- <u>Kentucky Colonel (Quora Topic)</u>

Other references can be found to Kentucky Colonels' clubs by deep mining the Internet Archive and the Library of Congress going back to 1888. See our **American Newspapers** page which provides over 350 individual news articles that reference Kentucky colonels.

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network

ⓘ

# Bibliography

## *Bibliography Resources*

**Commonwealth Colonels** is an educational, informational, and non-commercial [Creative Work](#) a "[WebSite](#)". You may use its contents for non-commercial purposes that classify as "fair-use," such as personal, educational, and research purposes, provided you cite **American Colonels Network (Commonwealth Colonels)** in subsequent presentations, publications, etc. To cite **our WebSite, Commonwealth Colonels/Kentucky Colonelcy**:

> Wright, Col. David J. et al. *Commonwealth Colonels.* [commonwealth.colonels.net](#). Accessed *Date*
>
> *or*
>
> *American Colonel's Network.* "Commonwealth Colonels". [commonwealth.colonels.net](#). Accessed *Date*

Although some of the essays in **the Commonwealth Colonels WebSite** have been published in academic journals, our website is not a peer-reviewed website. In the case of essays based on academic papers, please cite them by quoting the journal, book, newspaper article where they were originally published rather than citing **Commonwealth Colonels** or the **American Colonel's Network**. For a general citations on the history of colonelcy based on our work here you may cite our book ©2020|2022 *Kentucky Colonels* which is largely based on, but more succinct than, **this website**.

> [Wright, Colonel David J.](#) et al. *Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values.* **Appendix:** [Bibliography](#) [Commonwealth Colonels WebSite](#) Pre-Registered © 2020-2022, Madison County, Kentucky. Accessed *Date*

The information on our website was derived from the following sources:

## Bibliography

This WebSite and our Creative Works are in part based upon the following resources.

1. Ranck, George Washington. *Boonesborough; its founding, pioneer struggles, Indian experiences, Transylvania days, and revolutionary annals.* Louisville, Ky., J. P. Morton & Company, 1901. <u>Internet Archive</u>

2. Henderson, Archibald. *The Transylvania company and the founding of Henderson, Kentucky.* 1929. <u>Internet Archive</u>

3. Dorris, Jonathan Truman. *Glimpses of historic Madison County, Kentucky.* Nashville, Tennessee, Williams Printing Company, 1955. <u>Internet Archive</u>

4. Battle, J. H., Perrin, William Henry, and Kniffin, G. C. *Kentucky. A history of the state, embracing a concise account of the origin and development of the Virginia colony; its ⓘ pansion westward, and the settlement of the frontier beyond the Alleghenies; the erection of Kentucky as an independent state, and its subsequent development.* Louisville, Chicago,

F.A. Battey Publishing Company, 1885. <u>Internet Archive</u>

5. Bruce, H. Addington (Henry Addington). *Daniel Boone and the Wilderness Road*, New York, Macmillan Co., 1910. <u>Internet Archive</u>

6. Henderson, Archibald. "Richard Henderson and the Occupation of Kentucky." *The Mississippi Valley Historical Review*, 1914. <u>Internet Archive</u>

7. Abbott, John S. C. (John Stevens Cabot). *Daniel Boone, Pioneer of Kentucky*, New York, Dodd, Mead, 1914. <u>Internet Archive</u>

8. Thwaites, Reuben Gold. *Daniel Boone*, New York, D. Appleton, 1913. <u>Internet Archive</u>

9. Lincoln Financial Foundation Collection. *Todd Family*. 1913. <u>Internet Archive</u>

10. Keith, Charles Alexander. *Kentucky History.* Boston, New York, D. C. Heath & Co., 1915. <u>Internet Archive</u>

11. Henderson, Archibald. *Richard Henderson: the authorship of the Cumberland compact and the founding of Nashville*, 1916. <u>Internet Archive</u>

12. Virginia General Assembly. *Petitions of the early inhabitants of Kentucky to the General Assembly of Virginia*. John P. Morton & Company printers to the Filson Club, 1910. <u>Google Books</u>, <u>Internet Archive</u>

13. O'Brien, Michael Joseph. *Irish pioneers in Kentucky : a series of articles published in the Gaelic American*. 1916 <u>Internet Archive</u>

14. Cotterill, Robert Spencer. *History of pioneer Kentucky*, Cincinnati, Johnson & Hardin, 1917. <u>Internet Archive</u>

15. John Wessley Monette. *History of the Discovery and Settlement of the Valley of the Mississippi*. Harper & Brothers, 1848. <u>Internet Archive</u>

16. Morison, Samuel Eliot. *The Oxford History Of The American People*. New York, Oxford University Press, 1965. <u>Internet Archive</u>

17. Triplett, Frank. *Conquering the wilderness: New pictorial history of the life and times of pioneer heroes and heroines of America.* New York, St. Louis, N.D. Thompson & Company, 1883. <u>Internet Archive</u>

18. Shaler, Nathaniel Southgate. *Kentucky: a pioneer commonwealth*. Boston, New York, Houghton, Mifflin, and Company, 1885. <u>Internet Archive</u>

19. Stout, Herald Franklin. *The Clan Finley*. Dover, Ohio, The Eagle Press, 1957. <u>Internet Archive</u>

20. Lancour, Harold, and Wolfe, Richard J. *A bibliography of ship passenger lists, 1538–1825; being a guide to published lists of early immigrants to North America*. New York, New York Public Library, 1963. <u>Internet Archive</u>

21. Butler, Mann and Croghan, George. *A history of the Commonwealth of Kentucky*. Wilcox, Dickerman & Co., 1834. <u>Internet Archive</u>

22. Roosevelt, Theodore. *The Winning of the West*. New York, 1910. Internet Archive

23. Kelsey, D. M. *Pioneer heroes and daring deeds*. Philadelphia, Scammell & Company; San Francisco, J. Dewing & Co., 1882. Internet Archive

24. Chandler, Alfred N. *Land Title Origins: A Tale of Force and Fraud.* New York, Robert Schalkenbach Foundation, 1945. OpenSource, Internet Archive

25. Bond, Beverley W. (Beverley Waugh). *The quit-rent system in the American colonies*, New Haven, Yale University Press, 1919. Internet Archive

26. Mabie, Hamilton Wright. *A new history for American homes. Our own country; its history and achievements and the story of our great men and women*, Philadelphia, Chicago, Stockton, Cal., Monarch Book Co., 1895. Internet Archive

27. Beard, Charles Austin. *Rise of American Civilization*, New York, Macmillan, 1930. Internet Archive

28. Harper, Lillie Du Puy Van Culin, (editor) and Trabue, Daniel. *Colonial men and times*, Philadelphia, Innes & Sons, 1916. Internet Archive

29. Mackenzie, George Norbury, (editor). *Colonial families of the United States of America from the time of the settlement of Jamestown, 13th May, 1607, to the battle of Lexington, 19th April, 1775.* New York, Boston, The Grafton Press, 1917 Internet Archive

30. Smith, Z. F. (Zachariah Frederick). *The history of Kentucky, from its earliest discovery and settlement.* Louisville, The Prentice Press, 1895. Internet Archive

31. Durrett, Reuben T. (Reuben Thomas). *John Filson, the first historian of Kentucky*, Louisville, The Filson Club; Cincinnati, R. Clarke & Co., 1884. Internet Archive

32. Gresham, John M. *Biographical cyclopedia of the commonwealth of Kentucky.* Chicago, Philadelphia, J.M. Gresham Co., 1896. Internet Archive

33. Green, Thomas Marshall. *Historic families of Kentucky*. Cincinnati, R. Clarke, 1889. Internet Archive

34. Kentucky Historical Society. *Register of Kentucky State Historical Society*, v. 11, Frankfort, The Society, 1903. Internet Archive

35. Faris, John Thomson. *On the trail of the pioneers, romance, tragedy and triumph of the path of empire.* New York, George H. Doran Company, 1920 Internet Archive

36. Green, Harry Clinton and Green, Mary Wolcott. *The pioneer mothers of America*, New York, London, G.P. Putnam's Sons, 1912. Internet Archive

37. Kilpatrick, Lewis H. "The Journal of William Calk, Kentucky Pioneer." *The Mississippi Valley Historical Review*, vol. 7, no. 4, 1921, pp. 363–377. JSTOR

38. Smith, John David. "To Hue the Line and Let the Chips Fall Where They May: J. Winston Coleman's 'Slavery Times in Kentucky Reconsidered." *The Register of the Kentucky Historical Society*, vol. 103, no. 4, 2005, pp. 691–726. JSTOR

39. Robinson, George C. "News and Notes." *The Register of the Kentucky Historical Society*,

vol. 67, no. 1, 1969, pp. 86–92. JSTOR

40. Thompson, Lawrence S. "Bluegrass and Bourbon: The Colonel of Kentucky Fiction." *The Georgia Review*, vol. 7, no. 1, 1953, pp. 107–115. JSTOR

41. Brown, William Dodd. "Dangerous Situation, Delayed Response: Col. John Bowman and the Kentucky Expedition of 1777." *The Register of the Kentucky Historical Society*, vol. 97, no. 2, 1999, pp. 137–157. JSTOR

42. Jelsma, Sherry K. "The Making of Imperishable Honor: Charles S. Todd in the War of 1812." *The Register of the Kentucky Historical Society*, vol. 105, no. 2, 2007, pp. 195–227. JSTOR

43. Hollingsworth, Kent. *The Kentucky Thoroughbred.* University Press of Kentucky, 2009. JSTOR

44. Maguire, Roberta S. "Kate Chopin and Anna Julia Cooper: Critiquing Kentucky and the South." *The Southern Literary Journal*, vol. 35, no. 1, 2002, pp. 123–137. JSTOR

45. Pearce, John Ed. *Divide and Dissent: Kentucky Politics, 1930-1963.* 1st ed., University Press of Kentucky, 1987. JSTOR

46. Mooney, Katherine. *The Register of the Kentucky Historical Society*, vol. 111, no. 1, 2013, pp. 123–125. JSTOR

47. Thompson, Lawrence S. "Folklore in the Kentucky Novel." *Midwest Folklore*, vol. 3, no. 3, 1953, pp. 137–145. JSTOR

48. Carlock, Mabel Riddle. "John Constant - A Kentucky Pioneer: Paper Read before the Annual Meeting of Capt. John Constant's Descendants, Washington Park, Springfield, Illinois September 11, 1932." *Register of Kentucky State Historical Society*, vol. 32, no. 98, 1934, pp. 23–32. JSTOR

49. John Goodwin Herndon. "Colonel Alexander Dunlap (1743-1828): The Correction of an Identification." *The Virginia Magazine of History and Biography*, vol. 54, no. 4, 1946, pp. 321–326. JSTOR

50. Anderson, Linda. *The Journal of American Folklore*, vol. 109, no. 433, 1996, pp. 345–347. JSTOR

51. "Regional Meeting: Louisville, Kentucky, April 9-12." *American Bar Association Journal*, vol. 38, no. 6, 1952, pp. 486–493. JSTOR

52. Carlock, Mabel R. "The Advertiser - An Early Kentucky Newspaper." *Register of Kentucky State Historical Society*, vol. 33, no. 104, 1935, pp. 252–265. JSTOR

53. Freyer, Tony. *The Business History Review*, vol. 50, no. 1, 1976, pp. 124–126. JSTOR

54. Nunis, Doyce B. "The Sublettes of Kentucky: Their Early Contribution to the Opening of the West" *The Register of the Kentucky Historical Society*, vol. 57, no. 1, 1959, pp. 20–34. ⓘ TOR

55. Carson, Gerald. "The Dark Age of American Drinking." *The Virginia Quarterly Review*, vol.

55. Carson, Gerald. "The Dark Age of American Drinking." *The Virginia Quarterly Review*, vol. 39, no. 1, 1963, pp. 94–103.  JSTOR

56. Buchheit, Lee C. "The Sovereign Client." *Journal of International Affairs*, vol. 48, no. 2, 1995, pp. 527–540. JSTOR

57. Kleber, John E. "Myth and Reality in Kentucky History." *The Register of the Kentucky Historical Society*, vol. 90, no. 1, 1992, pp. 45–63. JSTOR

58. Mason, Melvin Rosser. "The Lion of the West': Satire on Davy Crockett and Frances Trollope." *The South Central Bulletin*, vol. 29, no. 4, 1969, pp. 143–145. JSTOR

59. Eaton, Clement. "Kentucky Colonel-New Vintage," *The Southern Literary Messenger*, Richmond, Va. (reprint), March 1942. FindingAids

60. Ferrell, Ann K. "Now You Can Drink That Alcohol ... but Smoking's a Sin: Stigma and the Production of Kentucky Heritage." *Journal of Folklore Research*, vol. 56, no. 1, 2019, pp. 1–36. JSTOR

61. MacLachlan, John M. "Southern Humor As A Vehicle of Social Evaluation." *The Mississippi Quarterly*, vol. 13, no. 4, 1960, pp. 157–162. JSTOR

62. Justus, James H. "Southern Modernism and the Battle of Literary Succession." *The Southern Literary Journal*, vol. 27, no. 1, 1994, pp. 6–17. JSTOR

63. Straw, Richard, et al. "Mike Seeger and Hazel Dickens." *Appalachian Journal*, vol. 13, no. 4, 1986, pp. 410–424. JSTOR

64. "Signs of the Times." *Appalachian Journal*, vol. 13, no. 1, 1985, pp. 8–27. JSTOR

65. "Section Meetings." *South Atlantic Bulletin*, vol. 17, no. 3, 1952, pp. 5–18. JSTOR

66. Johnson, Gerald W. "Southern Image Breakers." *The Virginia Quarterly Review*, vol. 4, no. 4, 1928, pp. 508–519. JSTOR

67. Linneman, William R. "Satires of American Realism, 1880-1900." *American Literature*, vol. 34, no. 1, 1962, pp. 80–93. JSTOR

68. Wilson, Charles Reagan. *The New Encyclopedia of Southern Culture: Volume 7: Foodways*. Edited by John T. Edge, University of North Carolina Press, 2007. JSTOR

69. Feilitzen, Olof. "A Kentucky Colonel at the Court of Charles XV." *American Swedish Historical Museum Yearbook*, 1952, pp 3-9, Google Books

70. Holden, W. C. "Frontier Journalism in West Texas." *The Southwestern Historical Quarterly*, vol. 32, no. 3, 1929, pp. 206–221. JSTOR

71. Préclin, E. "HISTOIRE DES ÉTATS-UNIS." *Revue Historique*, vol. 174, no. 3, 1934, pp. 519–574. JSTOR

72. Mosgrove, George Dallas. *Kentucky cavaliers in Dixie, or, The reminiscences of a Confederate cavalryman*. Courier-Journal Job Printing Co., 1895, Internet Archive

73. ⓘ ayland, John W. *The Bowmans, a pioneering family in Virginia, Kentucky and the Northwest Territory*. Staunton, Va., McClure Co., 1943. Internet Archive

74. Combs, Josiah Henry. *All that's Kentucky; an anthology*, Louisville,  J.P. Morton, 1915. Internet Archive

75. Speed, Thomas. *The Political Club, Danville, Kentucky, 1786–1790: Being an Account of an Early Kentucky Society.* Louisville, J.P. Morton & Co., 1894. Internet Archive

76. Speed, Thomas. *The Union Cause in Kentucky, 1860–1865.* New York, London, G.P. Putnam's Sons, 1907. Internet Archive

77. Johnson, E. Polk. *A history of Kentucky and Kentuckians; the leaders and representative men in commerce, industry and modern activities.* Chicago, Lewis Pub. Co., 1912. Volume 1, Volume 2, Volume 3 (Internet Archive)

78. McAfee, John J. *Kentucky politicians. Sketches of representative Corncrackers and other miscellany.* Louisville, Press of the Courier-Journal, 1886. Internet Archive

79. Butler, Mann, and Croghan, George. *A history of the commonwealth of Kentucky.* Louisville, Wilcox, Dickerman and Co., 1834. Internet Archive

80. Townsend, John Wilson. *Kentucky in American letters, 1784–1912.* with an introduction by James Lane Allen, Cedar Rapids, Ia., Torch Press, 1913. Internet Archive

81. Harvey, T. Edgar. *Commercial history of the state of Kentucky.* Travelers' Protective Association of America, 1899. Internet Archive

82. Townsend, William H. *Lincoln and the Bluegrass: slavery and civil war in Kentucky.* pp. 248 Lexington, University of Kentucky Press, 1955. Internet Archive

83. Conover, Charlotte Reeve. *Concerning the Forefathers.* New York, Winthrop Press, 1902. Internet Archive

84. Burr, Samuel Jones. *The life and times of William Henry Harrison.* New York, L. W. Ransom; Philadelphia, R. W. Pomeroy, 1840. Internet Archive

85. Pershing, M. W. *Life of General John Tipton and early Indiana history.* Tipton, Ind., Tipton Literary and Suffrage Club, 1900. Internet Archive

86. Famous, William N. *Colonel Crook Stories.* Excelsior Publishing House, 1909. Internet Archive

87. Banta, Richard Elwell. *The Ohio.* New York, Rinehart, 1949. Internet Archive

88. McAleer, Andrew. *Colonel McAleer's Wee Bit of Homespun Wisdom*: *A Kentucky Colonel's Brickbats & Bouquets.* Createspace Independent Publishing Platform, 2011. GoodReads

89. Enoch, Harry G. *Colonel John Holder: Boonesborough Defender & Kentucky Entrepreneur.* GoodReads

90. Hunt, Roger D. *Colonels in Blue––Indiana, Kentucky and Tennessee*: *A Civil War Biographical Dictionary.* McFarland & Company, 2013. GoodReads

91. Smith, James. *An Account of the Remarkable Occurrences In the Life And Travels of Colonel James Smith: During His Captivity With the Indians In the Years 1755, '56, '57, '58 & '59*, 1799.

Google Books

92. Johnston, J. Stoddard (Josiah Stoddard). *First explorations of Kentucky*, Louisville,  J. P. Morton and Company, 1898. Internet Archive

93. Tarrant, Sergeant E. *The wild riders of the first Kentucky cavalry.* Committee of the Regiment, 1894. Internet Archive

94. Lipscomb, A. B. (Alexander Bagby) and Johnston, J. Stoddard (Josiah Stoddard). *The Commercial history of the Southern States covering the post-bellum period Kentucky.* Press of John P. Morton, 1903. Internet Archive

95. Porter, Marion R. *Howdy Colonel.* Published by Colonel Anna Friedman, Honorable Order of Kentucky Colonels, Albert Love Enterprises, 1947.

96. Saunders, Ripley D. *Colonel Todd Hunter of Missouri* (serial). Bobbs Merrill Company, 1911

97. Lincoln, Abraham, 1809-1865; United States. Dept. of State; United States. Congress. Senate. *Message of the President of the United States*: Communicating, in Compliance With a Resolution of the Senate of December 20, 1864, Information in Relation to the Arrest of Colonel Richard T. Jacobs, Lieutenant Governor of the State of Kentucky, and Colonel Frank Wolford, 1865. Internet Archive

98. Heitman, Francis Bernard. *Historical register of officers of the Continental Army during the War of the Revolution, April, 1775, to December, 1783*, Washington, DC, 1898. Internet Archive

99. Frölich, Henriette. *Virginia oder Die Kolonie von Kentucky.* Mehr Wahrheit als Dichtung, 1963 (Fiction) Google Books

100. Carlock, Mabel R. "THE ADVERTISER—AN EARLY KENTUCKY NEWSPAPER." *Register of Kentucky State Historical Society*, vol. 33, no. 104, 1935, pp. 252–265. JSTOR

101. Gray, John Thompson. *A Kentucky Chronicle.* New York, Washington, Neale Publishing Company, 1906, Internet Archive

102. Carson, Gerald. *The Social History of Bourbon*, University Press of Kentucky, 2010. Google Books

103. Barnard, Ella Kent.  *Dorothy Payne, Quakeress: A Side-Light upon the Career of 'Dolly' Madison.* Philadelphia, 1909, Gutenberg

104. Hammon, Neal O. "Land Acquisition on the Kentucky Frontier." *The Register of the Kentucky Historical Society*, vol. 78, no. 4, 1980, pp. 297–321. JSTOR

105. Otis, James. *On the Kentucky Frontier: a Story of the Fighting Pioneers of the West.* New York, A.L. Burt, 1900. Library of Congress

106. Boutwell, Dunlap. "Augusta County, Virginia in the History of the United States." *Register of Kentucky State Historical Society*, Vol. 16, No. 48, 1918, pp. 77, 79-145. JSTOR

107. Warfield, Ethelbert Dudley. *The Kentucky Resolutions of 1798; An Historical Study*; New York, Putnam, 1894. Internet Archive

108. Kinkead, Elizabeth Shelby. *A History of Kentucky.* New York, Cincinnati, American Book Company, 1896. Internet Archive

109. Connelly, Emma M and Bridgman, L. J. (Lewis Jesse). *The Story of Kentucky.* Boston, Lothrop Co., 1890. Internet Archive

110. Eubank, Rice S. *The Story of Kentucky.* Dansville, N.Y., F. A. Owen Publishing Co., Chicago, Hall & McCreary, 1913. Internet Archive

111. Clark, Charles Eugene. *The Early Settlement of Kentucky.* West Covington, Ky., Knights of Pythias, 1913. Internet Archive

112. Sneed, Achilles. *To the People of Kentucky.* Frankfort, Kentucky Reporter, 1825. Internet Archive

113. Watts, William Courtney. *Chronicles of a Kentucky Settlement.* New York, G. P. Putnam's Sons, 1897. Internet Archive

114. Collins, Lewis. *Historical Sketches of Kentucky.* Maysville, Ky., L. Collins; Cincinnati, J.A. & U.P. James, 1847. Internet Archive

115. McClung, John A. (John Alexander). *Sketches of Western Adventure: From 1755 to 1794.* Philadelphia, Grigg & Elliot, 1832. Internet Archive

116. Townsend, John Wilson. *Kentuckians in History and Literature.* New York, The Neale Publishing Company, 1907. Internet Archive

117. Castleman, John Breckinridge. *Active Service.* Louisville, Courier-Journal Job Print. Co., 1917. Internet Archive

118. Robertson, William. *The History of America.* London, Cadell, 1817. (Nine Volumes) Internet Archive One, Two, Three, Four, Five, Six, Seven, Eight, Nine

119. Robertson, William. *The History of America.* A. Strahan, 1800. (Three Volumes) Internet Archive One, Two, Three

120. Siebert, Wilbur Henry. *Kentucky's Struggle with its Loyalist Proprietors.* Cedar Rapids, Iowa, 1920. Internet Archive

121. Gibbs, Commodore Perry. *My Old Kentucky Home.* Louisville, Pentecostal Pub. Co., 1920. Internet Archive

122. Cook, Joshua Flood. *Old Kentucky.* New York, The Neale Publishing Company, 1908. Internet Archive

123. Kerr, Charles; Connelley, William Elsey, and Coulter, E. Merton (Ellis Merton). *History of Kentucky* (Five Volumes) Internet Archive One, Two, Three, Four, Five

124. Collins, Lewis and Collins, Richard H. *Collins' Historical Sketches of Kentucky: History of Kentucky*, Covington, Ky., Collins & Co., 1874. (Two Volumes) Internet Archive One, Two

125. Collins, Lewis. *Historical Sketches of Kentucky*, Maysville, Ky., Lewis Collins & Co., 1847. Internet Archive

126. Crockett, David. *A Narrative of the Life of David Crockett, of the State of Tennessee.* Philadelphia, E.L. Carey & A. Hart, 1834. <u>Internet Archive</u>

127. Johnston, J. Stoddard (Josiah Stoddard). *First Explorations of Kentucky—Colonel Christopher Gist's journal of a tour through Ohio and Kentucky in 1751*; Louisville,  J. P. Morton and Company, 1898. <u>Internet Archive</u>

128. Griffin, Clarence W. *North Carolina Historical and Genealogical Record.* Forest City, N.C., Clarence Griffin, 1932. <u>Internet Archive</u>

129. Summers, Lewis Preston. *History of Southwest Virginia, 1746-1786, Washington County, 1777-1870*; Richmond, Va., J. L. Hill Printing Company, 1903. <u>Internet Archive</u>

130. Floyd, N. J. (Nicholas Jackson). *Biographical Genealogies of the Virginia-Kentucky Floyd Families.* Baltimore, Williams and Wilkins, 1912. <u>Internet Archive</u>

131. Speed, Thos. (Thomas). *The Wilderness Road.* Louisville, J.P. Morton & Co.. 1886. <u>Internet Archive</u>

132. Gilkey, M. A. (Malina Anvers). *American and English Genealogies in the Library of Congress.* Government Printing Office, 1919. <u>Internet Archive</u>

133. Udall, Stewart L. *Quiet Crisis.* New York, Holt, Rinehart and Winston, 1963. <u>Internet Archive</u>

134. Jillson, Willard Rouse. *A Bibliography of George Rogers Clark.* Frankfort, Ky., Perry, 1958. <u>Internet Archive</u>

135. Henderson, Archibald. *The Conquest of the Old Southwest: The Romantic Story of the Early Pioneers Into Virginia.* New York, Century, 1920. <u>Internet Archive</u>

136. Wallis, Frederick A. and Tapp, Hambleton. *A Sesqui-Centennial History of Kentucky.* Hopkinsville, Ky., Historical Record Association, 1945. <u>Internet Archive</u>

137. McWhorter, Lucullus Virgil; Connelley, William Elsey, and MacLean, J. P. (John Patterson). *The Border Settlers of Northwestern Virginia from 1768 to 1795.* Hamilton, Ohio, Republican Pub. Co.. 1915. <u>Internet Archive</u>

138. Ranck, George Washington. *History of Lexington, Kentucky.* Cincinnati, Robert Clarke & Co., 1872. <u>Internet Archive</u>

139. Boone, Daniel. "Adventures of Colonel Daniel Boone." *European Magazine and London Review,* London, 1791. (One of several chapters) <u>Internet Archive</u>

140. McElroy, Robert McNutt. *Kentucky in the Nation's History.* New York, Moffat, Yard and Company, 1909. <u>Internet Archive</u>

141. Hulbert, Archer Butler. *Boone's Wilderness Road.* Cleveland, The A. H. Clark Company, 1903. <u>Internet Archive</u>

142. Conover, Charlotte Reeve. *Builders In New Fields.* G.P. Putnam's Sons, 1939. <u>Internet Archive</u>

143. Armstrong, J. M. *The Biographical Encyclopaedia of Kentucky of the Dead and Living Men of*

*the Nineteenth Century.* Cincinnati, J. M. Armstrong, 1878. Internet Archive

144. McAllister, J. T. (Joseph Thompson). *Virginia Militia in the Revolutionary War: McAllister's Data.* Hot Springs, Va., McAllister Pub. Co., 1913. Internet Archive

145. Norris, Zoe Anderson. *Twelve Kentucky Colonel Stories*; New York, J.S. Ogilvie Publishing, 1905. Google Drive

146. Johnston, Annie F. (Annie Fellows). *The Little Colonel Stories.* (Three books in One) Boston, L. C. Page & Company Publishers, 1909.  Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's Good Times Book.* Boston, L.C. Page, 1909. Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's House Party.* Boston, L. C. Page, 1901. Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's Holidays.* Boston, L. C. Page, 1901. Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's Knight Comes Riding.* Boston, L. C. Page, 1907. Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's Christmas Vacation.* Boston, L. C. Page, 1906. Internet Archive

   - Johnston, Annie F. (Annie Fellows). *The Little Colonel's Hero.* Boston, L. C. Page, 1908. Internet Archive

147. Johnston, Annie F. (Annie Fellows). *The Little Colonel, Maid of Honor.* Joseph Knight Company, 1895. Read in English by Lars Rolander (1942-2016) Vox Audio Book

148. Read, Opie Percival. *A Kentucky Colonel.* Chicago, Laird & Lee, 1890. Internet Archive

149. Bell, Ulrich. "Kentucky." *American Legion Monthly,* Volume 6, No. 6; June 1929. Google Docs

150. Sehlinger, Peter J. *Kentucky's Last Cavalier: General William Preston, 1816-1887.* University of Kentucky, 2004. Google Docs

151. State of Kentucky. *Kentucky Constitutions 1790-1892.* Google Docs

152. Alsterlund, B. and Pilkington, Walter. "The Kentucky Colonel: A Study in Semantics". *American Notes & Queries*, April 1947. Google Docs

153. Holt, Matthew Joseph. "Why the Kentucky Colonel." *Voices; Birth-Marks; The Man and the Elephant,* Louisville, The Standard Printing Company, 1922. Google Docs

154. Clark, Thomas D. *The Kentucky.* University of Kentucky Press, 1992. Google Docs

155. Hughes, R. E.;  Schaefer, F. W.  and Williams, E. L. *That Kentucky Campaign: The Law, the Ballot and the People.* Cincinnati, Robert Clarke Company, 1900. Google Docs

156 ⓘ nith, Blair M. *The Rise of the New Elite the Evolution of Leadership in Kentucky*; University of Dundee, 2013. Google Docs

157. Lobingier, Charles Sumner. *The People's Law.* New York, The Macmillan Company, 1909. Google Docs (Entire Book IA)

158. Clarke, Kenneth and Clarke, Mary. *The Harvest and the Reapers: Oral Traditions of Kentucky.* University of Kentucky, 1974. Google Docs

159. Marshall, Anne Elizabeth. *A Strange Conclusion to a Triumphant War — Creation of a Confederate Kentucky*; University of Georgia, 2004. Google Docs

160. Clark, Chief Justice Walter. *The Colony of Transylvania.* North Carolina Booklet, Vol. III, Number 9, Raleigh, NC, 1904, Google Docs

161. Anthony Harkins. "Colonels, Hillbillies and Fightin': Twentieth-Century Kentucky in the National Imagination". *Register of the Kentucky Historical Society*, v. 113 (Spring/Summer 2015), 421-52. Google Docs

162. White, Judge Darrell. "Historical significance of a Kentucky colonel named Harlan." *Around the Bar*, February 2007 Google Docs

163. Jackson, Carlton. *Kentucky Maverick: The Life and Adventures of Colonel George M. Chinn.* University Press of Kentucky, 2015. JSTOR

164. Thompson, Edwin Porter. *History of the First Kentucky Brigade.* Caxton Publishing House, 1868. Google Books

165. Young, Col. Bennett Henderson. *The Prehistoric Men of Kentucky.* Louisville, J. P. Morton & Co., 1910. Forgotten Books

166. Thompson, Lawrence S. (Lawrence Sidney). *Kentucky Tradition.* Hamden, Conn., Shoe String Press, 1956. Hathi Trust

167. Miller, C. *Hero of Tippecanoe, or, The story of the life of William Henry Harrison.* New York, J.P. Giffing, 1840. Hathi Trust

168. Eaton, D. Wolfe. *How Missouri counties, towns and streams were named ...* Columbia, Mo.: The State historical society, 1916. Hathi Trust

169. Kentucky. Adjutant-general's office. *Report of the adjutant general of the state of Kentucky: Soldiers of the war of 1812.* Frankfort, Ky.: E. P. Johnson, 1891. Hathi Trust

170. Armstrong, Zella. *Notable Southern families.* Chattanooga, Lookout Pub. Co., 1918. Internet Archive

171. Arthur, T. S. (Timothy Shay) and Carpenter, W. H. (William Henry). *The History of Kentucky: From its Earliest Settlement to the Present Time.* Philadelphia, Lippincott, Grambo & Co., 1854. Internet Archive

172. Carson, Gerald. *The Social History of Bourbon.* University Press of Kentucky, 2010. Google Books

173. Barnard, Ella Kent. *Dorothy Payne, Quakeress: A Side-Light upon the Career of 'Dolly' Madison.* Philadelphia, 1909. Gutenberg

174. Watkins, Andrea S. and Ramage, James A. *Kentucky Rising: Democracy, Slavery, and Culture from the Early Republic to …* University Press of Kentucky, 2011. Google Books

175. Coleman, Robert F. "The Pioneers of Kentucky". *Harper's New Monthly Magazine*. Vol. 25, No. 149, October. New York, Harper & Brothers, 1862. Internet Archive

176. O'Brien, Michael Joseph. *Irish pioneers in Kentucky: a series of articles published in the Gaelic American*. Louisville, Published by Author, 1916. Internet Archive

177. Cherry, Thomas Crittenden. *Kentucky, the Pioneer State of the West.* Boston, New York, D. C. Heath and Company, 1923. Internet Archive

178. Bryan, William Smith and Rose, Robert. *A History of the Pioneer Families of Missouri.* Baltimore, Genealogical Pub. Co., 1977. Internet Archive

179. Jennings, Kathleen. *Louisville's First Families: A Series of Genealogical Sketches*. Louisville, The Standard Printing Co., 1920. Internet Archive

180. Hale, John P. (John Peter). *Trans–Allegheny Pioneers.* Cincinnati, The Graphic Press, 1886. Internet Archive

181. Allen, William B. *A History of Kentucky: Embracing Gleanings, Reminiscences, Antiquities, Natural Curiosities, Statistics.* Louisville, Bradley & Gilbert, 1872. Internet Archive

182. Johnston, Charles Haven Ladd. *Famous Scouts, Including Trappers, Pioneers, and Soldiers of the Frontier.* Boston, L. C. Page & Company, 1910. Internet Archive

183. Harden, Samuel. *The Pioneer.* Greenfield, Ind., W. Mitchell Printing Co., 1895. Internet Archive

184. Rothert, Otto Arthur. *The Filson Club and its Activities, 1884–1922.* Louisville, J.P. Morton & Co., 1922. Internet Archive

185. Haney, William H. *The Mountain People of Kentucky*. Cincinnati, The Robert Clarke Company, 1906. Internet Archive

186. Hartley, Cecil B. *Life and Times of Colonel Daniel Boone, Comprising History of the Early Settlement of Kentucky.* Philadelphia, G. G. Evans, 1860. Internet Archive

187. National Park Service. *Patriotic Commanders at Kings Mountain.* NPS Historical Handbooks, 2001. Wayback Machine

188. Bakeless, John. *Daniel Boone Master of the Wilderness*. New York, William Morrow and Company, 1939. Internet Archive

189. Forbes-Lindsay, Charles Harcourt Ainslie. *Daniel Boone, Backwoodsman.* Philadelphia & London, J.B. Lippincott Company, 1908. Internet Archive

190. Thwaites, Reuben Gold. *Daniel Boone.* New York, D. Appleton and Company, 1913. Internet Archive

191. Bogart, W. H. (William Henry). *Daniel Boone and the Hunters of Kentucky.* Auburn, N.Y., ⓘ iller, Orton & Mulligan, 1854. Internet Archive

192. White, Stewart Edward. *Daniel Boone, Wilderness Scout.* Garden City, N.Y., Doubleday

192. White, Stewart Edward. *Daniel Boone, Wilderness Scout.* Garden City, N.Y., Doubleday, Page & Co., 1922. Internet Archive

193. Peck, John Mason and Bowen, Francis. *Lives of Daniel Boone and Benjamin Lincoln.* Boston, C.C. Little and J. Brown, 1847. Internet Archive

194. Gulliver, Lucile. *Daniel Boone.* New York, Macmillan Co. 1916. Internet Archive

195. Arthur, John Preston. *A History of Watauga County, North Carolina: with Sketches of Prominent Families.* Richmond: Everett Waddey Co., 1915. Internet Archive

196. Griffin, Gilderoy Wells. *Memoir of Col. Chas. S. Todd.* Philadelphia, Claxton, Remsen & Haffelfinger, 1873. Internet Archive

197. Henderson, Archibald. "Isaac Shelby: Revolutionary Patriot and Border Hero". *The North Carolina Booklet*, January 1913, Vol. 16, No. 3. Raleigh, Commercial Printing Company, 1913. Internet Archive

198. Moon, Anna Mary. *Sketches of the Shelby, McDowell, Deaderick, Anderson Families.* Chattanooga, 1933. Internet Archive

199. Trabue, Alice Elizabeth. *A Corner in Celebrities.* Louisville, Geo. G. Fetter Co., 1922. Internet Archive

200. Young, Bennett Henderson. *The Battle of the Thames, in which Kentuckians defeated the British, French, and Indians.* Louisville, J. P. Morton and Company, 1903. Internet Archive

201. State Historical Society of Wisconsin and Thwaites, Reuben Gold, (Editor). *Descriptive List of Manuscript Collections of the State Historical Society of Wisconsin.* Madison, Wisc., The Society, 1906. Internet Archive

202. Dandridge, Danske. *George Michael Bedinger: A Kentucky Pioneer.* Charlottesville, Va., Michie Co., 1909. Internet Archive

203. Clark, George Rogers and James, James Alton (Editor). *George Rogers Clark Papers, 1771–1784.* Illinois State Historical Library, 1926. Internet Archive

204. Winsor, Justin. *The Westward Movement : the Colonies and the Republic West of the Alleghenies.* Boston, New York, Houghton, Mifflin and Co., 1897. Internet Archive

205. Smith, Frances M. *Colonial Families of America.* New York, F. Allaben Genealogical Company, 1909. Internet Archive

206. Pusey, William Allen. *The Wilderness Road to Kentucky.* New York, George H. Doran Company, 1921. Internet Archive

207. Green, Thomas Marshall. *Historic Families of Kentucky.* Cincinnati, R. Clarke, 1889. Internet Archive

208. Shinn, Josiah Hazen. *Pioneers and Makers of Arkansas.* Baltimore, Genealogical Pub. Co., 1967. Internet Archive

209. Cockrum, William Monroe. *Pioneer History of Indiana: including Stories, Incidents, and Customs of the Early Settlers.* Oakland City, Ind., Press of Oakland City Journal, 1907.

Internet Archive

210. Cridlin, William Broaddus. *A History of Colonial Virginia*. Richmond, Va., Williams Printing Co., 1923. Internet Archive

211. Arthur, John Preston. *Western North Carolina; A History (1730-1913)*. Raleigh, N.C., Edwards & Broughton Printing Company, 1914. Internet Archive

212. Dillon, John B. (John Brown) and Douglass, Ben. *Oddities of Colonial Legislation in America*. Indianapolis, R. Douglass, 1879. Internet Archive

213. *American Pioneer: A Monthly Periodical.* Cincinnati, Ohio,  John S. Williams Publisher. Internet Archive Volume 1, Volume 2

214. Pritts, Joseph and Withers, Alexander Scott. *Mirror of Olden Time Border Life*. Abingdon, Va., S. S. Miles, 1849. Internet Archive

215. Bowman, Isaiah. *The Pioneer Fringe*. New York, American Geographical Society, 1931. Internet Archive

216. Caruso, John Anthony. *The Appalachian Frontier; America's First Surge Westward*. Indianapolis, Bobbs-Merrill, 1959. Internet Archive

217. Bolton, Herbert Eugene and Thomas Maitland Marshall. *The Colonization of North America, 1492-1783*. New York, The Macmillan Company, 1920. Internet Archive

218. Brown, John Henry. *Indian Wars and Pioneers of Texas*. Austin, L.E. Daniel, 1890. Internet Archive

219. Triplett, Frank. *Conquering the wilderness: or, New pictorial history of the life and times of pioneer heroes and heroines of America*. New York, St. Louis, N.D. Thompson & Company, 1883. Internet Archive

220. Powell, Lyman P. (Lyman Pierson). Historic towns of the Southern States. New York, G.P. Putnam's Sons, 1904. Internet Archive

221. Reynolds, John. *The pioneer history of Illinois*. Belleville, Ill., N. A. Randall, 1852. Internet Archive

222. Brownell, Henry H. *The Pioneer Heroes of the New World.* Cincinnati, Mack R. Barnitz, 1859. Internet Archive

223. Spraker, Ella Hazel (Atterbury). *The Boone Family*. Rutland, Vermont, The Tuttle Company, 1922. Internet Archive

224. Bittinger, Lucy Forney. *The Germans in Colonial Times*. Philadelphia,  J.B. Lippincott Co., 1901. Internet Archive

225. Grant, Madison. *Conquest of a Continent*. New York, London, C. Scribner's Sons, 1933. Internet Archive

226. Rozier, Firmin A. *Rozier's history of the early settlement of the Mississippi valley*. St. Louis, A. Pierrot & Son, Printers, 1890. Internet Archive

227. Willard, Emma. *Abridged History of the United States: or, Republic of America*. New York, A

227. Willard, Emma. *Abridged History of the United States: or, Republic of America.* New York, A. S. Barnes, 1850. Internet Archive

228. Milburn, William Henry. *The pioneers, preachers, and people of the Mississippi Valley.* New York, Derby & Jackson, 1860. Internet Archive

229. James, C. E. *A short history of Franklin County, Kentucky.* Frankfort, Ky., Printed at the Roundabout office, G. A. Lewis, 1881. Internet Archive

230. Lossing, Benson John, et al. *Harper's Encyclopædia of United States History.* New York, Harper & Bros., 1905. (Ten Volumes) Internet Archive; One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten

231. Mencken, M. L. *The American Language, Supplement I.* Knopf Doubleday Publishing Group, 1948. Google Books | Kentucky Colonelcy

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network

ⓘ

# HOKC vs KCI (et. al.)

## Kentucky Colonels in Court?

The **Honorable Order of Kentucky Colonels** has filed a civil suit against our organization for trademark infringement, cybersquatting, and defamation in a Federal Court in the Western District Court of Kentucky. Thus far their offensive action has resulted in a Temporary Restraining Order on February 25, 2020 which essentially amounted to a "gag order" restricting our rights as a legally constituted body and as US citizens.

Then on August 13, 2020, the HOKC was granted a Preliminary Injunction against our organization from using the generic term "Kentucky Colonels" as a component of our descriptive trade name or as a descriptive domain name until the case can be concluded to protect their organization and the public from potentially being confused. The HOKC has agreed to a settlement of the case if we would agree to make the Preliminary Injunction permanent. We have decided against this based on the discovery of new information.

They claim their organization was in peril and that it is was a matter of the public interest. We claim that their action is based on fraudulently contrived and manipulated historical facts that they are bringing to the court in their offensive position. Thus far the Court has defaulted against the associated defendants and has focused upon Col. David J. Wright, who is the sole remaining defendant, the editor of the articles on the blog and the webmaster of this site.

Col. Wright acting as a *pro se* defendant filed his <u>Answer and Affirmative Defenses</u> on August 25, 2020 and filed a <u>Motion for Judgement on the Pleadings</u> and <u>Memorandum of Support</u> on September 30, 2020. The court has not reviewed either of these filings yet and the case is scheduled for a Status Conference on November 12 before the Federal Magistrate Judge. Most likely based on the outcome of the conference the case will be voluntarily settled, be scheduled for a for a formal settlement conference or the defendant will move forward and file a counterclaim and an opposition proceeding in Washington, DC to attack the invalid and mistaken trademarks.

## News Update

In September and October 2020 we found new evidence of impropriety on the part of the HOKC that dates back to 1933, 1941 and 1957 which has continued ever since. They are using the lawsuit as a smokescreen to cover up their manipulation of history and the creation of a fraud. Most relevant is that they filed for their trademarks under oath and o ⓘ ted essential information that would have prevented their consideration. We have also found that they may have the Governor unwittingly engaged in their impropriety by

supporting a third-party which is a for-profit enterprise.

We are standing firm on our First Amendment rights to freedom of speech, freedom of the press, the right to address grievances to government and the right to assemble peacefully. They have no rights to take our titles and force us to understand or submit to them as a public charity without members. Their legal counsel has overwhelmed the court now with over 1200 pages of documents and exhibits often repetitive and crying foul. The actions that have been taken against us by the Court have been directly caused by the HOKC under the color of law.

**Our organization is willing to resolve this matter amicably** as Kentucky colonels and as US Citizens to be allowed the freedom to assemble and preserve our rights as voluntary goodwill ambassadors that support the efforts of the HOKC at our own choice as the private charity which it is, to support other charities inside and outside the Commonwealth and the ideals behind Kentucky colonelcy as international goodwill ambassadors for the state, notwithstanding their total control over "membership associations" or the trademark "KENTUCKY COLONELS". One of the alternatives may be a "licensing agreement" which limits our powers under their trademark or the acceptance of our merger proposal from January 13, 2020 (or a negotiated version of it.)

# An Unjustified Legal Pursuit Against Kentucky's Colonels

On February 20, 2020 "**The Honorable Order of Kentucky Colonels, Inc.**" (HOKC) filed a lawsuit in the US Federal Western District Court of Kentucky against this organization formerly named and legally incorporated in Kentucky as "**Kentucky Colonels International**" (among various unknown others) for infringement of three US Trademark Registration Applications that they filed on February 17, 2020 for associations, charity programs and social events to reinforce their own exclusive rights to the use of term "**KENTUCKY COLONELS**" as their exclusive trademarks immediately following our own legal establishment on January 30th, 2020 based on our unincorporated formation that has existed since 1998.

If the HOKC is successful this case and with their trademark applications their actions will bar us, individuals and other organizations from appropriately describing activities, events, organizations, fundraising, selling products, or providing membership services.

As we have come to understand "**Kentucky Colonel**" and the term "**Kentucky Colonels**" in **our use** referring to more than Kentucky Colonel cannot be exclusively trademarked because they are both terms belong to the "**Public Domain**", they are generic and merely descriptive terms that were defined in the 1880s. Further enhanced based in the best-s/ r book "A Kentucky Colonel" by Opie Read written in 1890 and other numerous instances of the use of the terms prior to the HOKC's conceptualization. See our section

entitled "Resources".

The HOKC sought an Injunction and gained a Temporary Restraining Order against our membership organization for using the term "**Kentucky Colonels,**" because they claimed it for their own exclusive commercial use and control in the marketing of consumer products such as cigars, t-shirts, candy, barbecue sauce through a for-profit third-party and now for associations, events and charitable fundraising. Their goal is to continue to subjectively control Kentucky colonels as their donors, establish a national brand for the marketing of their products, and establish a proprietary monopoly on the term.

The bringing of the lawsuit disrupted and harmed our lawful development significantly; essentially because the HOKC felt threatened that we had a successful program underway and on track that treats Kentucky colonels with equality and transparency in the formation of a fraternal membership development program. The total damage assessment of their wrongful lawsuit exceeds $500,000 in damages to our work product and formation which began in 1998.

## Complying with the Court

On February 27th we were in full compliance online with the Judge's Temporary Restraining Order. While the HOKC is seeking to remove us from the Internet, there is very little they can do to stop a Kentucky colonel or a group of us from calling ourselves Kentucky colonels, considering all have been given the title of "Kentucky Colonel" by many different governors with letters patent and that the honorary title predates their organization's existence.

On August 13th under a decision by Judge Rebecca Grady Jennings our organization suffered another blow when she imposed a Preliminary Injunction prohibiting the use of any trade name containing the generic or descriptive terms "**Kentucky Colonel**" or "**Kentucky Colonels**" to protect the public and the HOKC while the question of trademark infringement is pending before the Court.

The HOKC started its formation in 1933 with Governor Ruby Laffoon who adopted the ideals that began forming dating back to 1895 starting with Governor William O'Connell Bradley, perhaps sooner if we include those representing themselves as Colonels from Kentucky during and before the Civil War.

## Defending our Honor

In our defense as the term "Kentucky Colonels" has been and is still used domestically and internationally by many organizations developed for similar benevolent fraternal p ⓘ oses and by civil societies since at least 1901, we say it deserves its permanent place in the "public domain" where it has existed since it began, and technically will always

remain as a part of American literature. According to our research the term "Kentucky Colonels" was merged into the public domain in the 1880s by newspaper editors.

In preparing our defense there has been extensive investments made in historical research discrediting the Plaintiff in this case including who the first colonel was, when the ideal was born and a great number of other details about their own organization and enterprises they support. As of October, we discovered that their entire history has been based on a false narrative that was fabricated for convenience and to show deference to the Shelby-Todd family. The mythical history is perhaps one of the biggest frauds ever perpetrated against some of the most influential people in the world.

We are standing firmly upon our civil rights to preserve our ideals understanding the US Constitution which state:

> Congress shall make **no law** respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Currently, we feel that the US Trademark laws are undermining the Constitution of the United States, which have allowed the HOKC to bring this lawsuit to the Federal Court as a verified complaint against us, or perhaps it is more probable the HOKC is abusing the use of these laws through an astute and well-equipped legal counsel.

Apparently not many colonels are well informed about the case, the HOKC does not like to comment about it much, and we have taken our formation to the international theater unincorporating it from Kentucky. Either way if we cannot find legal counsel or the ACLU does not take our case, we may have to eventually default and ignore the lawsuit, which in essence means nothing except that we and others in the near future will not be able to sell anything or raise funds using the term "Kentucky Colonels", if a Federal Judge makes such an order it would violate our rights.

## Legal Statements

1. Our organization was established as an **international civil society organization** (iCSO) for those who have been recognized and commissioned with the 'honorable' title of **Kentucky Colonel**. Our purposes are distinct and unique from other organizations in that our focus is on the dissemination of educational information relative to the history of the title of the Kentucky Colonel.

2. The **"Commonwealth Colonels"** is not associated, affiliated or a part of **"The Honorable Order of Kentucky Colonels, Inc."** although many of our followers do support their charitable organization by supporting their "Good Works Fund" voluntarily to make the lives of Kentuckians better.

3. We changed our name on August 29th to **"Commonwealth Colonels"** a name that will not be registered until this case is concluded, formerly known as "*Kentucky Colonels International*" to avoid any confusion between us and the registered trademarks

*International"* to avoid any confusion between us and the registered trademarks **"HONORABLE ORDER OF KENTUCKY COLONELS"** or **"KENTUCKY COLONELS"** used by **The Honorable Order of Kentucky Colonels, Inc. (HOKC)**.

4. The **Honorable Order of Kentucky Colonels** is not a membership organization as most people believe, this is stated in their **Articles of Incorporation in Article VI and Article XIII Third**. They do recognize their donors as symbolic members, but do not offer members voting privileges or direct participation in their affairs like the National Rifle Association (NRA), Sierra Club, or other organizations such as our own.

5. The **Commonwealth Colonels** currently offers social media services to social media users and shall plan to offer professional services to legally engaged members that are unique, which involve fraternal membership benefits using a decentralized computer network which provides biographies, memorials, news distribution, media services, secure email, networking, and websites for its members. We will now be doing this from a new website domain [colonels.net].

6. This notice has been placed here on our website to alleviate any potential confusion the "public" or "colonels" may have or are experiencing as a result of this lawsuit and the existence of Kentucky colonels in the world today. There are other Kentucky colonels groups and organizations listed the Resources page of this website.

7. We offer anyone who can show that they have **donated any money to us believing that we were the "Honorable Order of Kentucky Colonels"** at the time they made their contribution can claim a full refund by writing to us and providing your receipt.

8. Finally, since we were forced to abandon our registered trade name "Kentucky Colonels International" in Kentucky as a result of this lawsuit, we have taken steps to decentralize and autotomize our organization formation to the world theater for goodwill ambassadors with our colonelcies to establish ourselves as a network of benign non-state actors to better exercise our rights under Admiralty, Maritime and Private International Law.

For more information about the lawsuit and we welcome visitors to see our blog and most recent article.

## Counsel Needed

Counsel interested or that can help in this case can contact Col. David J. Wright using WhatsApp on your smartphone. Or you can call him directly in Venezuela where he works as an Ambassador with the United Nations Sustainable Development Goals Program for Globcal International at (+58)(426) 111-0529 or by email at david.wright@globcal.net. He can also be reached using VOIP at +1(859) 379-8277

## C ⓘ er References

Please take note of the <u>HomePage</u> of this website and the information being developed now for additional resources see our "<u>Resources page</u>" which lists the other organizations who are potentially subject to action following this lawsuit which will allow the HOKC to dominate the term "Kentucky Colonels" through their trademarks and motivated capitalization.

© 2020 American Colonels Network

Independent commission of honorary colonels.
<u>WebSite Policies</u> under <u>Creative Commons License</u>
Participant subdomain of the <u>American Colonels Network</u>

# Sitemap

## Site Map *(Table of Contents)*

This SiteMap is provided as a navigational aid and listing of pages that are planned or under development as well as pages or websites linked here. Since our website is an Open-Source Project the SiteMap also contains links to pages not listed in the menu, but are within the website. This SiteMap is designed with consideration of Google's Best Practices and Schema.org.

All the resources we offer to WebSite users will eventually be displayed in the SiteMap.

## WebSite Contents and Links Index

HomePage

About Us

- Contact
- 1st Members
- Officers

FAQ (Frequently Asked Questions)

History

- Americana (Literature)
- American News Articles
- Famous Kentuckians
- First Kentucky Colonels
- Historic Kentucky Colonels
- Honorary Colonels
- Modern Mythology
- Opie Read (Author)
- Warrant Deeds for Colonels
- Well-Known Facts

Lawsuit

P ⓘ :ies (Legal Information)

- Cookies Policy

- Cookies Policy
- Disclaimer Policy
- Privacy Policy
- Terms & Conditions

Resources

- Bibliography
- Bourbon
- Commonwealth
- Food Culture (Recipes)
- Kentucky
- Pennsylvania
- North Carolina
- Virginia

SiteMap (Created 25 November 2020)

© 2020 American Colonels Network

Independent commission of honorary colonels.
WebSite Policies under Creative Commons License
Participant subdomain of the American Colonels Network