# Exhibit 2

## Defendant's Statement of Facts

Legal Document Under Oath

Factual conclusions of historical research.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.**<br>**Plaintiff**<br><br>vs.<br><br>**COL. DAVID J. WRIGHT**<br>**Defendant** | Civil Action No. 3:20-cv-132-RGJ-RSE<br><br><br>STATEMENT OF FACTS |

## STATEMENT OF FACTS UNDER OATH IN SUPPORT OF DECLARATORY JUDGEMENT

Declarant, **Colonel David J. Wright**, an Honorary Commissioned Officer of the Commonwealth of Kentucky appointed by Governor Paul E. Patton with letters patent as a Kentucky Colonel, duly sworn and admitted to this Court as Defendant in *Pro Se*, under oath, hereby truthfully declares and states the following as adjudicative and indisputable facts:

1. I am an author, researcher and webmaster that is and has been engaged in writing, publishing articles and developing content, as well as developing and organizing civil society organizations for people who are KENTUCKY COLONELS. I am and have been in the process of organizing fraternal and social incentive programs online for people who are KENTUCKY COLONELS since 1998; I have been involved in online activism with people who are KENTUCKY COLONELS since 2006; I have been involved in writing a book about KENTUCKY COLONELS since January 2018 entitled "**Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values**," a creative work that was pre-registered with the U.S. Copyright Office by myself and on the behalf of other authors who are KENTUCKY COLONELS in June 2020 with a scheduled publication date in 2021. I

consider myself the world's foremost authority on Kentucky colonelcy and American colonelcy dating back to 1651 based on 3 years of research, I believe only a "Colonial Era" American history expert will be qualified enough to remotely challenge or criticize my research and factual findings which I am referencing in my website, that limitedly invites objective public participation and criticism being used to outline an unpublished final draft.

2. I am the author and webmaster of COMMONWEALTH COLONELS, a Creative Commons publication about Kentucky Colonelcy, which is part of the *American Colonels Network*, formerly **Kentucky Colonel Foundation** from February 26, 2020 until August 13, 2020, and formerly **Kentucky Colonels International** from March 06, 2009 until February 25, 2020; the website contains hundreds of unique links to public domain resources and user accessible cataloged governmental resources created by independent persons and sources (newspapers) utilized in the compilation of the foregoing facts which are represented as my own historical account, based on logical interpretation and research so far, the website(s) is/are not established with any commercial purpose nor have any associated entities engaged in any commercial activities since prior to 1998.

3. KENTUCKY COLONELS is a generic, highly descriptive and merely descriptive term for individuals that have been recognized by the Governor of Kentucky with the "honorable" title with a commission as a KENTUCKY COLONEL since between 1895 and 1899.

4. KENTUCKY COLONELS are well-known personages of Kentucky's history and were widely recognized in newspapers, encyclopedias, history books and American literature since prior to 1889.

5. KENTUCKY COLONELS is a generic term that can be applied to individuals dating back to 1775 to describe any number of persons who were discoverers, founders, pioneers, settlers or commissioned officers of Kentucky County in the Colony of Virginia who were designated by the governors of Virginia or by Brigadier General George Rogers Clark to maintain civil order, survey lands, divide counties, and establish governments in the Kentucky District of the Commonwealth of Virginia.

6. The first official KENTUCKY COLONEL was Col. John Bowman who was commissioned by Virginia Governor Patrick Henry Jr. on December 21, 1776 to establish a militia and form a government in Kentucky County beginning January 01, 1777.

7. KENTUCKY COLONELS refers to the pioneer founders and settlers (our forefathers) of Boonesborough from the Transylvania Company (Colony) (private company founded in North Carolina) who together wrote the Kentucke Magna Charta on May 23, 1775 headed by Colonel Richard Henderson, Colonel Daniel Boone, Colonel Captain James Harrod and at least ten other colonels from four historic Kentucke settlements. The Transylvania Colony was one of the first democratic governments founded in North America, independent of England.

8. KENTUCKY COLONELS refers to many of those persons who fought in the American Revolution between 1775 and 1783 with the rank of private to general who were granted land bounties through 1825 by the Governors of Virginia to settle in Kentucky.

9. KENTUCKY COLONELS refers to most of those persons that founded Kentucky, seceded from Virginia to make the Commonwealth of Kentucky the 15th state including Col. Isaac Shelby who was a commissioned colonel from Sullivan County, North Carolina and was unanimously selected by other colonels to become Kentucky's first governor in 1792.

10. KENTUCKY COLONEL refers to the first colonel commissioned by the Commonwealth's State Legislature in 1813, Col. Richard Mentor Johnson to raise a mounted militia, who went on to become the 7th Vice-President of the United States.

11. KENTUCKY COLONELS refers to many of the officers and veterans of the War of 1812, the Mexican American War and the Indian Wars who adopted the title or were commissioned as officers including Colonel James C. Neill, Colonel Hayden Edwards and Colonel Jim Bowie.

12. KENTUCKY COLONELS refers to the first plantation owners, horse breeders, newspaper editors, and whiskey distillers that were conferred the title as a courtesy (officially and unofficially) between 1792-1895.

13. KENTUCKY COLONELS may refer to all colonels from Kentucky or moved to Kentucky who no one knows how they became a colonel before the year 1900.

14. KENTUCKY COLONELS refers to many of the many governors' staff that were granted the title of Colonel or rank of colonel to distinguish them as an aide-de-camp or as members of the State Guard between 1817-1921.

15. KENTUCKY COLONELS refers to Louisville physicians, businessmen, lawyers and professors who were commissioned as officers without duties to wear the Union uniform during the Civil War to create a Union presence in Kentucky by Col. John Marshall Harlan in 1861 under the authority of President Abraham Lincoln.

16. KENTUCKY COLONELS refers to members of the Kentucky Colonels Club(s) of Louisville, Dallas, Chicago, California, New York and other places established and operated beginning in 1903.

17. KENTUCKY COLONELS refers to members of the Kentucky Colonels Marching Club, a political organization and marching group made up of Irish Americans who were granted the honorable title by Kentucky's democratic governors that began in 1904.

18. KENTUCKY COLONELS refers to members of the Kentucky Colonels Drum and Bugle Corps, Post 7 in Frankfort, Kentucky in the early part of the 20th Century.

19. KENTUCKY COLONELS refers to members of the Kentucky Colonels Association of Louisville that met at the Brown Hotel up to at least 1929 and published the Kentucky Colonels Handbook in 1930, located in the Eastern Kentucky University Archives.

20. KENTUCKY COLONELS refers to members of the Honorable Order of the Blue Goose International, Kentucky Colonel Model Initiation Team established in Chicago in 1914 by Col. Frank G. Snyder.

21. KENTUCKY COLONELS refers to over 250,000 individuals that were commissioned with the "honorable" title by the governors of the Commonwealth of Kentucky for their individual achievements, noteworthy accomplishments, deeds, and service to community, state or nation.

22. KENTUCKY COLONELS refers to members of any one of ten or more fraternal organizations dedicated to Kentucky colonelcy located in various countries such as Spain, Germany, France, Italy, the United Kingdom, Canada, and Australia.

23. KENTUCKY COLONELS refers to twenty (20) expired, abandoned, cancelled or live trademarks related or unrelated to Kentucky colonelcy registered by the USPTO since 1960 or earlier.

24. KENTUCKY COLONELS refers to members of several online social media groups on Facebook established for those who have received the Kentucky Colonel Commission from the Governor of Kentucky that are independent of the Plaintiff.

25. KENTUCKY COLONELS refers to the proprietors, administrators, editors and social media page followers of any one of six or more Facebook pages established by organizations dedicated to Kentucky colonelcy.

26. KENTUCKY COLONELS may refer to one of more than eight different websites dedicated to Kentucky colonels and the ideas of both the Plaintiff and the Defendant.

27. KENTUCKY COLONELS refers to the volunteer donors of the Honorable Order of Kentucky Colonels (Plaintiff) that make regular donations to the organization.

28. KENTUCKY COLONELS refers to the 19th Century gentlemen who made the corn whisky into Bourbon.

29. KENTUCKY COLONELS is that chicken place down the road.

30. KENTUCKY COLONELS are the owners of the prestigious Bluegrass Thoroughbred Farms in Kentucky in the late 19th and early to mid-20th centuries.

31. KENTUCKY COLONELS refers to all Kentucky colonels including all those individuals who are not members and do not contribute, donate, endorse, support, pay fees, volunteer or predicate the beliefs and values of the Honorable Order of Kentucky Colonels (Plaintiff).

32. KENTUCKY COLONELS refers to protagonists, antagonists and subjects of American literature, Kentucky folklore and history found in over 100 works of fiction and non-fiction.

33. KENTUCKY COLONEL or KENTUCKY COLONELS may refer to over 50 common law businesses or organizations including several sports teams, restaurants, school mascots, music groups, hotels and other establishments that were named arbitrarily, descriptively, generically, suggestively or fancifully by persons who were known to have received a Kentucky Colonel commission since at least since 1890 and others that have never received a commission.

34. KENTUCKY COLONELS refers to members of many large fraternal organizations subdivided within a Kentucky Colonel subgroup such as a "Kentucky Colonels Club" or "Subcommittee" and other generic or descriptive terms. There are at least 30 organizations like this in the United States and some in other countries. Most frequently associated with Rotary Clubs, Masonic Lodges, Foriegn Legion Halls, universities, and other organizations.

35. CHARLES S. TODD (1791-1871); [I]n 1813, he was made a captain of infantry of the regular army, and became an aide to General William Henry Harrison in the Battle of the Thames. Todd remained under the command of General Harrison until the general's retirement in 1814. Todd came under the command of General Duncan McArthur who promoted then Major Charles Todd to the position of Inspector General in the Michigan Territory with the rank of "colonel". Later in 1815, Colonel Charles Todd returned to Kentucky with interests in freemasonry and government in Frankfort, where he met Letitia Shelby (1799-1868). Colonel Todd wrote "a letter" to Governor Isaac Shelby (which he withheld asking for his daughter Letitia's hand in marriage), afterwards Letitia discovered the letter so Gov. Isaac Shelby and Col. Charles S. Todd met personally. Isaac Shelby's daughter became Mrs. Letitia Todd (Shelby) and they had 12 children. In 1816, Col. Todd, opened a law office in Frankfort, was appointed Secretary of State, and by 1817 became an elected legislator. He was appointed a special ambassador to Colombia under President James Monroe and Secretary of State Quincy Adams around 1820.

36. ISAAC SHELBY (1750-1826); Isaac Shelby worked as a surveyor for the Transylvania Company in August of 1775 where Shelby met Colonel Daniel Boone and other colonels in the colony. Shelby was granted lands in exchange for his work which he also surveyed. On 10/30/1779, the

North Carolina General Assembly established Sullivan County (Tennessee) out of Washington County, and soon thereafter they commissioned Isaac Shelby as the "colonel" over the newly-created Sullivan County Regiment of Militia. In 1780 he was engaged as one of the "Over the Mountain Men" in the Battle of Kings Mountain. Once he had completed this service, Shelby returned to Kentucky in April 1783 and established himself on his new plantation near Boonesborough, where for the next six years he devoted himself to his favorite occupation, the cultivation of the soil and the raising of livestock. Shelby held both Revolutionary War Land Bounties and original Transylvania Company Land Warrants totalling in the many thousands of acres. Isaac Shelby was active in politics and travelled regularly to Danville, he was unanimously selected by his peers (mostly colonels) to be the first governor in 1791. A great number of these delegates (mostly colonels) became the first legislators and county justices, they remained in their authority until 1799 when they introduced a new Kentucky Constitution.

37. In 1890, Opie Read wrote a book "A KENTUCKY COLONEL" which helped to define the idea of a civilian gentleman plantation owner living in post-antebellum Kentucky with a white goatee. The book was a bestseller and was widely reviewed and advertised with imagery and the "idea". In 1892 the book was made into a play that was widely travelled, in 1920 a silent film "The Kentucky Colonel" based on the book was widely shown in theaters from coast-to-coast.

38. Each Governor of the Commonwealth of Kentucky is at his/her own discretion and prerogative as the elected head-of-state to set the conditions for the dispensary of the "honorable" title/rank to become recognized as a KENTUCKY COLONEL since the state officially adopted it as an honorary civilian commission between 1895 and 1899 during Governor William O'Connell Bradley's administration. Prior to the Bradley Administration the rank of COLONEL was granted only to members of the governor's honorable staff.

39. From the Bradley Administration until around 1921 under Gov. Edwin P. Morrow the title of KENTUCKY COLONEL was used for both recognizing civilians and the governor's actual working uniformed ceremonial staff.

40. KENTUCKY COLONELS is a term that was definitively merged into the public domain and cemented into the public imagination on or before September 1889 when a Louisville Post newspaper editor wrote a short article entitled "KENTUCKY COLONELS" with the byline "How It Happens They are so Numerous In the Blue Grass State" which was circulated and republished by at least 80 American newspapers from coast-to-coast.

I certify under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge. Executed on December 15, 2020.

Caracas, Venezuela
Dated: December 15, 2020

*Col. David J. Wright* (signature)

Col. David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas, Venezuela 1021
david.wright@globcal.net
+1 (859) 379-8277