# Exhibit 4

## Plaintiff's False Claim

1 Page

## Social Media Post

