# Exhibit 5

## State of Kentucky

Webpage of Secretary of State

Detail as to how the state has adopted an erroneous history of Kentucky colonelcy.

**The following statement from the first paragraph is baseless and false.**

"The tradition began in 1813 during the second term of Governor Isaac Shelby after he returned from leading the Kentucky Militia on a highly successful "War of 1812" campaign. He named one of his officers, Charles Todd, as an "aid-de-camp" on the Governor's staff with the rank and grade of Colonel."

# Kentucky Colonels

🏠 > Administration > Executive > Kentucky Colonels



The highest honor awarded by the Commonwealth of Kentucky is that of Kentucky Colonel. The tradition began in 1813 during the second term of Governor Isaac Shelby after he returned from leading the Kentucky Militia on a highly successful "War of 1812" campaign. He named one of his officers, Charles Todd, as an "aid-de-camp" on the Governor's staff with the rank and grade of Colonel. Later governors commissioned Colonels to act as their protective guards; they wore uniforms and were present at most official functions. (Today's Colonels are not required to perform such service.) Other governors continued this practice, and by the 1920s the Colonels' ranks had grown considerable.

Today, commissions for Kentucky Colonels are given by the Governor and the Secretary of State to individuals in recognition of noteworthy accomplishments and outstanding service to a community, state or the nation. Among the ranks of the Kentucky Colonels are distinguished leaders such as Presidents Lyndon B. Johnson and Ronald Reagan and English Prime Minister Winston Churchill, volunteer firemen and teachers - people from all walks of life who have performed in an extraordinary manner.