# EXHIBIT 1





**Kentucky Colonel**
@colonels.net · Community

Home    About    Community    Groups    More ▾

✔ Like    ✉ Message    ⌕    ⋯

🖉 Contact Us
⌂ colonel.net

GENERAL

👍 2,644 people like this
🏳 2,700 people follow this
📰 Community · News & Media Website

ADDITIONAL CONTACT INFO

🌐 https://commonwealth.colonels.net/
✉ contact@colonel6.net
✉ Away
   Send Message

MORE INFO

ⓘ About

Dedicated to the origins of the Kentucky Colonel as an icon of the
Commonwealth's history, customs and traditions. Our aims include
educational and literary research as well as the publication of biographical
and historical accounts of Kentucky colonels.

ⓘ Additional Information

Kentucky colonels around the world promote the ideals of goodwill, charity,
respect, honor, trust and integrity.

ⓘ Impressum

The Kentucky Colonel community on Facebook is dedicated to bring
international attention to those who have been commissioned as Kentucky
colonels following their individual recognition by the Governor of the
Commonwealth of Kentucky for performing a meritorious deed, community
service, an act of goodwill or demonstrating selflessness that deserves the
attention of the Commonwealth of Kentucky. The community is open to all
ladies and gentlemen who have received the honorable commission of the
Kentucky Colonel from the governor wherever they may live in the world. Our
community exists on Facebook as a virtual decentralized autonomous group
through individuals to provide services, news distribution and post biographic
information. *Disclaimer: This community is not directly affiliated, associated
or endorsed by The Honorable Order of Kentucky Colonels, Inc., which is an
independent charitable organization.

⌂ colonels

Q Search Facebook

Kentucky Colonel

ili 2,644 Total Likes

2,700 Total Follows

## Groups

**Kentucky Colonel Community**
Private group
1.5K members

Join Group

**Goodwill Ambassadors of the World**
Private group
1.1K members

Join Group

**Kentucky Colonel Social Media Club**
Private group
2k members · 2 posts a week

Join Group

## Visitor Photos

See All



Deco Architects, Inc.
September 29

Congratulations to David Zawko on his commissioning as a Kentucky Colonel! This is our lovely State's highest title of honor. It is a great and well-deserved accomplishment. David has worked tirelessly since returning home to the Bluegrass to contribute and build the community and those around him.

Like   Message

Contact Us

Julie