UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S MOTION FOR DECLARATORY JUDGMENT**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court to strike Defendant David J. Wright's ("Wright") Motion for Declaratory Judgment **[DE 82]**. In support of this Motion, HOKC states:

1. Wright's Motion for Declaratory Judgment **[DE 82]** is not procedurally correct. While HOKC realizes that, given Wright's *pro se* status, the Court may be inclined to grant him significant leeway on procedural matters, the Motion for Declaratory Judgment is so procedurally flawed that HOKC should not be forced to address the substantive and evidentiary inaccuracies and defects in his "motion." Neither the Federal Rules of Civil Procedure nor the Joint Local Rules of Civil Practice authorize or even recognize the filing of a "Motion for Declaratory Judgment." If Wright wishes to file an action seeking declaratory relief in accordance with 28 U.SC. Section 2201, then that is his prerogative;

however, he must utilize the appropriate procedural mechanism for doing so such that HOKC can appropriately respond, conduct discovery and proceed with defending the claim in the manner contemplated by the Federal Rules of Civil Procedure. Therefore, Wright's misguided attempt to derail this litigation should be stricken.

2. Wright's motion is well over the allotted page limit provided for in the Joint Local Rules of Civil Practice. Wright's Motion for Declaratory Judgment **[DE 82]** is twenty-five (25) pages and his Memorandum in Support of Defendant's Motion for Declaratory Judgment **[DE 82-1]** is forty (40) pages; significantly out of compliance with LR 7.1(d) limiting motions (including memorandum in support) to twenty-five (25) pages without leave of the court. Wright did not seek leave from the Court to file sixty-five (65) pages for his Motion for Declaratory Judgment and, therefore, it should be stricken.

3. Wright relies on, and asks the Court to take judicial notice of, "facts" that are not supported by authority and are simply inaccurate. The same holds true for Wright's Statement of Facts Under Oath in Support of Declaratory Judgment **[DE 82-3]**. HOKC objects generally to Wright's Statement of Facts Under Oath in Support of Declaratory Judgment on the grounds that it contains statements made without personal knowledge, contains legal and factual arguments, and is replete with summaries and characterizations of evidence. Therefore, Wright's Motion for Declaratory Judgment **[DE 82]**, and specifically his Statement of Facts Under Oath in Support of Declaratory Judgement **[DE 82-3]**, should be stricken.

For the reasons set forth herein HOKC requests that Wright's Motion for Declaratory Judgment **[DE 82]** and the accompanying material be stricken from the record.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 28th day of December, 2020:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100416069