# Exhibit 1

## Trademark Misuse and False Advertising

The following image from 2019 shows a banner indicating Kentucky Colonels ® which at the time was a registered trademark for "products" being used with a shield symbolizing the American flag to represent the "organization" (Honorable Order of Kentucky Colonels) without being authorized to use the ® symbol by the Trademark Office prior to making application on February 17, 2020.

The photo and banner are being used to project the image that the "organization" was established in 1813 indicated on the American flag shield and that the "organization" is called Kentucky Colonels officialized with a ® symbol. The Kentucky colonels holding and behind the banner are not selling products in the public event.

The subjects of the photo, many American Veterans are clueless to the fact that they are not "members" of the organization, but donors. These donors have "no idea" that the organization invented a fictitious origin of Kentucky colonelcy which led them to support the organization.





This ball cap was being marketed in 2019 and 2020 by Upper Right Marketing LLC owned by Jimmy Dawahare, who is a licensee of the trademark "KENTUCKY COLONELS" owned by the Honorable Order of Kentucky Colonels. The cap violates the Lanham Act in that Upper Right Marketing LLC nor the Honorable Order of Kentucky Colonels owns a trademark for "KENTUCKY COLONEL", thousands of hats were produced and sold in blue and red.

The trademark licensor (owner) in the United States must, by statute, exercise sufficient control and supervision over the nature and quality of the goods or services to which the mark is applied by its licensee. This example of an item being produced marked as trademarked is not eligible for protection such as "KENTUCKY COLONEL ®" (without the S) on a sports cap, the fact that a third-party licensee produces and sells goods using the arbitrary trademarks creates spillover that potentially affects the state and creates an illusion of endorsement inter-alia, to which Plaintiff holds responsibility.

In this example the organization Honorable Order of Kentucky Colonels does not use their registered trademark KENTUCKY COLONELS for the cigar product as registered. On the Taste of Kentucky website the cigars are marketed as the "Kentucky Colonel Cigar" and the description leads a person to assume that the cigars are connected to the Commonwealth of Kentucky government through the use of the title KENTUCKY COLONEL and stating the state's name in the logo displayed on the inside of the box.



HOME / KENTUCKY COOKING & ENTERTAINING / CIGARS

## Kentucky Colonel Cigar – Box of 10

### $59.99

Out of stock

SKU: 10794

Categories: Cigars, Kentucky Cooking & Entertaining, Latest Arrivals

   

 

---

**DESCRIPTION**

The commission of Kentucky Colonel is the highest title of honor bestowed by the Governor of Kentucky. It is recognition of an individual's noteworthy accomplishments and outstanding service to our community, state, and nation.

The Honorable Order of Kentucky Colonels is a voluntary philanthropic organization. Kentucky Colonels are unwavering in devotion to faith, family, commonwealth, and country.