# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**THE HONORABLE ORDER OF KENTUCKY**
**COLONELS, INC.**                                                                                   **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO.  3:20-CV-132-RGJ**

**KENTUCKY COLONELS INTERNATIONAL**
**et al**                                                                                         **DEFENDANT**

## REPORT ON SETTLEMENT CONFERENCE

       A settlement conference was conducted before the Magistrate Judge on December 29, 2020 via video conference. Settlement negotiations are continuing. Counsel for Plaintiff is directed to provide a written proposal to Defendant by close of business on **December 30, 2020**.  Defendant, pro se,  shall advise the Magistrate Judge of his response by email no later than Monday, **January 4, 2021**.

Copies to Counsel of Record

TIC:  6/00