UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR DECLARATORY JUDGMENT [DE 82]**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), hereby moves the Court for an extension of time to respond to the Defendant's Motion for Declaratory Judgment **[DE 82]** filed December 16, 2020. As grounds for this motion, HOKC states that a motion to strike the subject motion as improper was filed by HOKC on December 28, 2020 **[DE 84]**. HOKC should not be required to respond to the subject motion while the motion to strike is pending.

For the reasons stated herein, HOKC respectfully requests the Court extend its time for responding to the Defendant's Motion for Declaratory Judgment **[DE 82]** through and including twenty (20) days after the Court rules on HOKC's motion to strike **[DE 84]**.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 8th day of January, 2021:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

100423389

2