UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br>     PLAINTIFF ) <br> ) <br> ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> ) <br>     DEFENDANTS ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

**REPLY IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION
TO SHOW CAUSE WHY DEFENDANT DAVID J. WRIGHT
SHOULD NOT BE HELD IN CONTEMPT**

Defendant David J. Wright falsely asserts that "Defendant is in full compliance with the Judge's Order imposing the Preliminary Injunction." [Defendant's Response and Objection to Plaintiff's Supplemental Motion to Show Cause Why Defendant David J. Wright Should Not be Held in Contempt **[DE 86]** ("Wright's Response"), PageID # 2009]. Yet, as HOKC has illustrated in its initial motion to show cause [**DE 78**] and supplemental show cause motion [**DE 83**], that is certainly not the case as he continues to flout this Court's ruling.

Wright's online activities are continuous and prolific, effectively creating a "moving target" for HOKC to identify specific activities that violate the Preliminary Injunction issued by the Court on August 13, 2020 (the "Injunction Order") [**DE 58**]. Wright seems to add new materials and edit existing materials on a daily basis. Additionally, he posts materials online, then removes them, and then reposts them again. As such, some of the items identified in HOKC's initial motion

[**DE 78**], supplemental motion [**DE 83**], and even presented herein are subject to change. Nevertheless, HOKC has identified the following current and ongoing violations of the Injunction Order.

## ARGUMENT

**I.  Wright's Domain Names and Associated Websites Continue to Violate the Injunction Order**

HOKC is presently aware of the following domain names associated with Wright:

- [www.colonels.net](www.colonels.net)  (Website title shown across all pages is *American Colonels*.)

- [www.commonwealth.colonels.net](www.commonwealth.colonels.net) (Website title is *Kentucky Colonelcy*.)

- [www.transylvania.colonels.net](www.transylvania.colonels.net)  (Website is currently taken down, but was previously called *Honorable Order of Transylvania Colonels*)

HOKC is the only organization performing charitable, philanthropic, and membership services with a registered trademark that includes the term COLONELS. Additionally, the KENTUCKY COLONELS and HONORABLE ORDER OF KENTUCKY COLONELS registrations have demonstrated secondary meaning, and certain registrations have incontestability. Wright's use of the term COLONELS in a mark for related services, especially when interlinked with the HOKC website, is an infringement and a violation of the "Safe Distance Rule" as articulated in HOKC's Supplemental Motion to Show Cause [**DE 83** at PageID # 1984]. The rule requires courts to apply injunctive relief broadly enough to insure that a past infringer (as the Court has recognized Wright is) will not have the opportunity to infringe on an owner's right in the future.  *Innovation Ventures, LLC v. N2G Distrib., Inc.*, 763 F.3d 524, 544 (6th Cir. 2014) (the rule "prevents known infringers from using trademarks whose use by non-infringers would not necessarily be actionable.").

Use of *Commonwealth Colonels* and *Honorable Order of Transylvania Colonels* on these websites is also infringing and in violation of the Injunction Order as they are both similarly confusing to HOKC's KENTUCKY COLONELS mark. The confusion intentionally created by Wright in the past is not "magically remedied by *de minimis* fixes." *Id*. Wright cannot cure the confusion that he has deliberately created and intends to leverage for his own personal benefit by merely changing the term that proceeds the word "Colonel." Rather, Wright must "secure a new non-infringing name … so far removed from any characteristic of [KENTUCKY COLONELS] so as to put the public on notice that the two are not related." *Id*. (citations omitted).

In addition to the infringing domain names and content on the websites, the websites also contain numerous links to each other, to various social media platforms, and, most notably, to HOKC's website. All of this conduct creates confusion amongst consumers. Furthermore, the Honorable Order of Transylvania Colonels website solicits donations, which again violates the Injunction Order. Finally, the revised disclaimer posted by Wright on the commonwealth.colonels.net website only creates more confusion, provides incorrect information to consumers, and contains a link to HOKC's website. Screenshots demonstrating these examples are attached hereto as **Exhibit 1**.

## II. Wright's Social Media Accounts Continue to Violate the Injunction Order

HOKC is presently aware of the following social media accounts associated with Wright:

- https://www.facebook.com/KyColonelcy (page using KENTUCKY COLONEL as its title)
- https://www.facebook.com/groups/colonelsclub
- https://www.facebook.com/groups/kycolonelcy

- https://www.linkedin.com/groups/49008/ (Screenshot from LinkedIn group page shows that this group is considered "related" to HOKC, see **Exhibit 3** below.)
- https://twitter.com/ColonelColony (links to colonels.net website)
- https://twitter.com/Colonels (links to colonels.net website)
- https://twitter.com/ekobius (while not directly infringing, Wright has linked this Twitter account to the @Colonels Twitter account)

The identified Facebook Groups and Page have a significant number of followers and were built using the goodwill of HOKC by creating an appearance of affiliation or sponsorship with the official organization. Therefore, it is not sufficient for Wright to simply edit the name of the Facebook Groups or Page, or to use them to link to a new group or page while he is building it. The identified Facebook Groups and Page must be removed and Wright must start a new group or page from scratch that is not built using HOKC's goodwill by including HOKC's marks in the title or by linking to HOKC's social media platforms or other HOKC content. HOKC also notes that the identified Facebook Groups and Page also link to the above-identified websites.

Moreover, consumers continue to be confused by Wright's social media accounts. In fact, even the former chairman of HOKC's Board was confused and "liked" a recent post from the "KyColonelcy" Facebook Page—*which uses "KENTUCKY COLONEL" as its trademark*—thinking the account belonged to HOKC. As HOKC has explained before, such activity demonstrates confusion by that specific consumer and potentially causes the viewing public to be confused about the organization as well. A screenshot of the specific post is attached hereto as **Exhibit 2**. Additional screenshots regarding the identified social media accounts are attached hereto as **Exhibit 3**.

Further demonstrating Wright's non-compliance with the Injunction Order and disregard for this Court is his formation of at least one of the above-listed Twitter accounts *after* the December 29, 2020 Settlement Conference. The identified Twitter accounts include marks confusingly similar to HOKC's KENTUCKY COLONELS mark as their "handle," and perhaps more importantly, Wright uses the identified Twitter accounts to comment and tag on others' posts, including, for example, posting on a prominent Tennessee elected official's tweet. Such actions by Wright could harm HOKC's reputation if a reader believes the tweets or comments from the identified Twitter accounts are actually coming from an official HOKC Twitter account.

### III.    **Wright Continues to Violate the Injunction Order by His Activities on Wikipedia**

HOKC is presently aware of the following Wikipedia Pages:

- https://en.wikipedia.org/wiki/Kentucky_Colonel

- https://en.wikipedia.org/wiki/Colonel_(U.S._honorary_title)

Wright has continuously edited Wikipedia pages that discuss the Kentucky Colonel history in order to include information about his own websites. Wright's goal seems to be to legitimize information about his own entities, share his own narrative about this lawsuit, and link readers to the above-identified websites, all of which creates consumer confusion.

Further, by linking himself, his entities, and his websites to various Wikipedia pages and groups, he also increases his search engine optimization so as to cause his websites to be displayed on the first page of search engine results when people search for legitimate information about HOKC and the Kentucky Colonels nomination process. For example, as a result of Wright's many online activities, and the numerous ways he has linked his websites and Wikipedia pages to that of HOKC, Google's search algorithm has now tied the term "Kentucky Colonelcy" with HOKC's website. A search for "Kentucky Colonelcy" now shows HOKC's website immediately followed

5

by Wright's commonwealth.colonels.net website, as well as the Wikipedia pages edited by Wright. Screenshots demonstrating this are attached hereto as **Exhibit 4**. **Simply stated, if Google is confused then consumers will be too.**

For the reasons stated herein, as well as in HOKC's Supplemental Motion to Show Cause and original Motion to Show Cause, Defendant David J. Wright should be held in contempt of Court for his failure to follow the Injunction Order.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Michelle Browning Coughlin
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
mcoughlin@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable
Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 13th day of January, 2021:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable
Order of Kentucky Colonels, Inc.*

100425947