UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) |
| PLAINTIFF | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 3:20CV-132-RGJ ) |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) ) |
| DEFENDANTS | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, The Honorable Order of Kentucky Colonels, Inc., and Defendants, David J. Wright; Kentucky Colonels International (defunct); Globcal International; and Ecology Crossroads Cooperative Foundation, Inc., by counsel, having advised the Court that this matter has been resolved, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY AGREED AND ORDERED that the claims asserted in the Complaint be, and they are hereby, dismissed with prejudice.