UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

THE HONORABLE ORDER OF )
KENTUCKY COLONELS, INC. )
 )
    PLAINTIFF )
 )
 )
v. ) CIVIL ACTION 3:20CV-132-RGJ-RSE
 )
KENTUCKY COLONELS )
INTERNATIONAL, et al. )
 )
 )
    DEFENDANTS )

## AGREED PERMANENT INJUNCTION

Plaintiff The Honorable Order of Kentucky Colonels, Inc. ("HOKC") and Defendants David J. Wright; Kentucky Colonels International (defunct); Globcal International; and Ecology Crossroads Cooperative Foundation, Inc. (collectively "Defendants") being in agreement and having moved the Court for entry of this Agreed Permanent Injunction, adopting and incorporating the analysis, findings, and conclusions reached in the Court's Order dated August 13, 2020, further negotiated in a Settlement Conference on December 29, 2020 thereby converting the Preliminary Injunction reflected therein to a similar Agreed Permanent Injunction, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY AGREED, ORDERED AND ADJUDGED as follows:

1. Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION, on or in connection with the sale of any goods or services including, but not limited to, the solicitation of charitable donations and the promotion of charitable and philanthropic causes.

2. Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION, on any website, social media page, or blog in such a way as is likely to cause consumers to be confused, mistaken, or deceived into believing that HOKC has sponsored, sanctioned, approved, licensed, or is any way affiliated with Defendants or any organization or cause sponsored or supported by Defendants.

3. Defendants and anyone acting on their behalf, including their owners, members, officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the domain names [kycolonels.international], [kentucky.colonels.net], or any other domain name that is

confusingly similar to [kycolonels.org] or *any domain name* that incorporates the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION.

4. Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using Facebook or any other social media platform usernames "Kentucky Colonels International" or "Kentucky Colonel Foundation" or any other username or handle that is confusingly similar to the trademark KENTUCKY COLONELS for the purposes of forming a membership organization, a civil society association or other non-commercial activity such as an event or charitable fundraising endeavor.

5. Notwithstanding the aforestated prohibitive terms and conditions, this Agreed Permanent Injunction does not prohibit the Defendant, Col. David J. Wright or other Kentucky colonels (as individuals) from using "Kentucky Colonel," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe Kentucky colonels, as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses registered, or pending, by the HOKC with the U.S. Patent and Trademark Office.

6. The Court shall retain jurisdiction to enforce this Agreed Permanent Injunction and the terms of the Settlement Agreement entered by the parties for no less than ten (10) years.

This is a final judgment and there is no just cause for delay.

AGREED TO:

_____
Cornelius E. Coryell II

WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com

*Counsel for Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

_____
Col. David J. Wright

Defendant, Pro Se
302 General Smith Drive
Richmond, Kentucky 40475
(859) 379-8277
david.wright@colonels.net

*Executive Director and Authorized Agent for Kentucky Colonels International; Globcal International; and Ecology Crossroads Cooperative Foundation, Inc.*

February 23, 2021

_____
Rebecca Grady Jennings, District Judge
United States District Court

4