AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____for the Western District of Kentucky at Louisville_____ on the following

☒ Trademarks or ☐ Patents . ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:20-cv-132-JRW | DATE FILED<br>2/21/2020 | U.S. DISTRICT COURT<br>for the Western District of Kentucky at Louisville |
|---|---|---|
| PLAINTIFF<br><br>The Honorable Order of Kentucky Colonels, Inc. | | DEFENDANT<br><br>Kentucky Colonels International, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attached | | The Honorable Order of Kentucky Colonels, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>Agreed Order of Dismissal, with prejudice |
|---|

| CLERK<br><br>*[signature]* | (BY) DEPUTY CLERK<br>SMJ | DATE<br>2/23/2021 |
|---|---|---|

Copy 1—**Upon initiation of action, mail this copy to Director**    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—**Upon filing document adding patent(s), mail this copy to Director**    Copy 4—Case file copy

| TRADEMARK | Status/ Key Dates | Goods/Services |
|---|---|---|
| **KENTUCKY COLONELS**<br><br>RN: 2812681<br>SN: 76499062 | Renewed February 10, 2014<br><br>First Use: October 21, 2002<br><br>Filed: March 10, 2003<br><br>Registered: February 10, 2004 | (Int'l Class: 06)<br><br>metal key chains; metal money clips; commemorative metal license plates<br><br>(Int'l Class: 14)<br><br>necklaces; rings being jewelry; ornamental lapel pins; cuff-links; tie-clips<br><br>(Int'l Class: 21)<br><br>coffee cups; drinking glasses; shot glasses; drinking flasks<br><br>(Int'l Class: 22)<br><br>multi-purpose cloth bags<br><br>(Int'l Class: 25)<br><br>clothing, namely, shirts, t-shirts, sweat shirts, jackets, vests, baseball caps [, sun visors ]<br><br>(Int'l Class: 26)<br><br>embroidered patches for clothing |
| **KENTUCKY COLONELS**<br><br>RN: 4596450<br>SN: 86168292 | Registered September 2, 2014<br><br>First Use: November 20, 2002<br><br>Filed: January 17, 2014 | (Int'l Class: 34)<br><br>cigars |
| **KENTUCKY COLONELS**<br><br>RN: 5981310<br>SN: 88423336 | Registered February 11, 2020<br><br>First Use: December 12, 2017<br><br>Filed: May 9, 2019 | (Int'l Class: 30)<br><br>Barbeque sauce; Candy; Caramel sauce; Chocolate candies; Chocolate confections, namely, bourbon infused candies; Chocolate sauce; Marinades; Salsa |

| TRADEMARK | Status/<br>Key Dates | Goods/Services |
|---|---|---|
| **KENTUCKY COLONELS**<br><br>SN: 88800020 | First Use Commerce: 1951<br><br>Filed: February 17, 2020 | (Int'l Class: 36)<br><br>Charitable fundraising services; Charitable fundraising services by means of organizing and conducting special events; Providing grants to non-profit organizations |
| **KENTUCKY COLONELS**<br><br>SN: 88800035 | First Use: 1995<br><br>Filed: February 17, 2020 | (Int'l Class: 41)<br><br>Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members |
| **KENTUCKY COLONELS**<br><br>SN: 88800038 | First Use Commerce: 1951<br><br>Filed: February 17, 2020 | (Int'l Class: 35)<br><br>Association services, namely, promoting the interests of individuals selected by the Governor of the Commonwealth of Kentucky to receive an honorary commission; Promoting the interests of members of the organization by means of club services |
| **HONORABLE ORDER OF KENTUCKY COLONELS**<br><br>RN: 1227024<br>SN: 73299122 | Renewed Principal Register - Sec. 2(F) February 8, 2013<br><br>First Use: May 10, 1957<br><br>Filed: March 2, 1981<br><br>Registered: February 8, 1983 | (Int'l Class: 42)<br><br>eleemosynary services-namely, founding of scholarship, equipping playgrounds and the like and to collect historical and cultural material pertaining to Commonwealth of Kentucky |
| **HONORABLE ORDER OF KENTUCKY COLONELS**<br><br>RN: 4939909<br>SN: 86690496 | Registered Principal Register - Sec. 2(F) April 19, 2016<br><br>First Use: May 10, 1957<br><br>Filed: July 12, 2015 | (Int'l Class: 36)<br><br>charitable services, namely, providing financial assistance for programs and services of others; providing educational scholarships |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, February 6, 2014 11:01 PM |
| **To:** | mwilliams@wyattfirm.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2812681: KENTUCKY COLONELS: Docket/Reference No. 031100.70239 |

**Serial Number:** 76499062
**Registration Number:** 2812681
**Registration Date:** Feb 10, 2004
**Mark:** KENTUCKY COLONELS
**Owner:** Honorable Order of Kentucky Colonels, In, etc

Feb 6, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
006, 014, 021, 022, 025, 026

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76499062. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 6, 14, 21, 22, 25 and 26

Prior U.S. Cls.: 1, 2, 7, 12, 13, 14, 19, 22, 23, 25, 27, 28, 29, 30, 33, 37, 39, 40, 42 and 50

Reg. No. 2,812,681

## United States Patent and Trademark Office

Registered Feb. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## KENTUCKY COLONELS

HONORABLE ORDER OF KENTUCKY COLO-NELS, INC., THE (KENTUCKY CORPORA-TION)
1717 ALLIANT AVENUE, SUITE 14
LOUISVILLE, KY 40299

FOR: METAL KEY CHAINS; METAL MONEY CLIPS; COMMEMORATIVE METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

FOR: NECKLACES; RINGS BEING JEWELRY; ORNAMENTAL LAPEL PINS; CUFF-LINKS; TIE-CLIPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

FOR: COFFEE CUPS; DRINKING GLASSES; SHOT GLASSES; DRINKING FLASKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

FOR: MULTI-PURPOSE CLOTH BAGS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

FOR: CLOTHING, NAMELY SHIRTS, T-SHIRTS, SWEAT SHIRTS, JACKETS, VESTS, BASEBALL CAPS, SUN VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

FOR: EMBROIDERED PATCHES FOR CLOTH-ING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-21-2002; IN COMMERCE 10-21-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KENTUCKY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-499,062, FILED 3-10-2003.

MELVIN AXILBUND, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# KENTUCKY COLONELS

**Reg. No. 4,596,450**

**Registered Sep. 2, 2014**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. (KENTUCKY CORPORATION)
1717 ALLIANT AVENUE
SUITE 14
LOUISVILLE, KY 40299

FOR: CIGARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 11-20-2002; IN COMMERCE 11-20-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,227,024 AND 2,812,681.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KENTUCKY", APART FROM
THE MARK AS SHOWN.

SER. NO. 86-168,292, FILED 1-17-2014.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

```
┌─────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                │
│                    TRADEMARK REGISTRATION                         │
│                                                                   │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT      │
│   FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.     │
└─────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌─────────────────────────────────────────────────────────────────┐
│  The United States Patent and Trademark Office (USPTO) will NOT  │
│        send you any future notice or reminder of these           │
│                      filing requirements.                        │
└─────────────────────────────────────────────────────────────────┘
```

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# KENTUCKY COLONELS

**Reg. No. 5,981,310**

**Registered Feb. 11, 2020**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

The Honorable Order of Kentucky Colonels, Inc.  (KENTUCKY CORPORATION)
1717 Alliant Avenue, Suite 14
Louisville, KENTUCKY 40299

CLASS 30: Barbeque sauce; Candy; Caramel sauce; Chocolate candies; Chocolate confections, namely, bourbon infused candies; Chocolate sauce; Marinades; Salsa

FIRST USE 12-12-2017; IN COMMERCE 12-12-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4596450, 2812681, 1227024

No claim is made to the exclusive right to use the following apart from the mark as shown: "KENTUCKY"

SER. NO. 88-423,336, FILED 05-09-2019

Director of the United States
Patent and Trademark Office



# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TEAS@uspto.gov |
| **Sent:** | Monday, February 17, 2020 2:51 PM |
| **To:** | Coughlin, Michelle; Laney, Deb; Trademarks |
| **Subject:** | Serial number 88800020: Received Your Trademark/Service Mark Application, Principal Register |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** KENTUCKY COLONELS (Standard Characters, mark.jpg)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '88800020'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. <u>Warning about private companies offering trademark-related services.</u>** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. <u>Questions?</u>** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. <u>Application data.</u>** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**The information submitted in the application appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
*NOTE: Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | mark.jpg |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | KENTUCKY COLONELS |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | The Honorable Order of Kentucky Colonels, Inc. |
| **DBA/AKA/TA/FORMERLY** | AKA Kentucky Colonels |
| ***MAILING ADDRESS** | 943 South 1st Street |
| ***CITY** | Louisville |
| ***STATE**<br>**(Required for U.S. applicants)** | Kentucky |

| | |
|---|---|
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 40203 |
| **\*EMAIL ADDRESS** | scrose@kycolonels.org |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | non-profit corporation |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 036 |
| **\*IDENTIFICATION** | Charitable fundraising services; Charitable fundraising services by means of organizing and conducting special events; Providing grants to **non-profit organizations** |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1931 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1951 |
| **SPECIMEN FILE NAME(S)** | SPE0-20887237201-20200217 062101419506_._11_-_Day_o f_Service_-_Kentucky_Colo |
| | SPE0-20887237201-20200217 062101419506_._2019-Good- Works-Program-Guidelines. |
| | SPE0-20887237201-20200217 062101419506_._14_-_Award ed_Grants_-_Kentucky_Colo |
| **SPECIMEN DESCRIPTION** | Screenshots from Applicant's website showing mark prominently displayed in connection with the services |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION**<br>**(if applicable)** | |
| **\*TRANSLITERATION**<br>**(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION**<br>**(if applicable)** | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |
| **\*CONSENT (NAME/LIKENESS)**<br>**(if applicable)** | |

| | |
|---|---|
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Michelle Browning Coughlin |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 93081 |
| **YEAR OF ADMISSION** | 2009 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Kentucky |
| **FIRM NAME** | Wyatt Tarrant & Combs LLP |
| **STREET** | 400 West Market St, Suite 2000 |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 40202 |
| **PHONE** | 502-562-7561 |
| **FAX** | 502-589-0309 |
| **EMAIL ADDRESS** | mcoughlin@wyattfirm.com |
| **OTHER APPOINTED ATTORNEY** | Matthew A. Williams, Max Bridges, Julie A. Laemmle |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Michelle Browning Coughlin |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mcoughlin@wyattfirm.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | dlaney@wyattfirm.com;<br>TRADEMARKS@WYATTFIRM.COM |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /MBC/ |

| * SIGNATORY'S NAME | Michelle Browning Coughlin |
|---|---|
| * SIGNATORY'S POSITION | Attorney of record, Kentucky bar member |
| SIGNATORY'S PHONE NUMBER | 502-562-7561 |
| * DATE SIGNED | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88800020**
**Filing Date: 02/17/020**

## To the Commissioner for Trademarks:

The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of United States, having an address of

> 943 South 1st Street
> Louisville, Kentucky 40203
> United States
> scrose@kycolonels.org

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036: Charitable fundraising services; Charitable fundraising services by means of organizing and conducting special events; Providing grants to non-profit organizations

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1951, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s)

showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from Applicant's website showing mark prominently displayed in connection with the services.
Specimen-1 [SPE0-20887237201-20200217062101419506_._11_-_Day_of_Service_-_Kentucky_Colonels_-_www.kycolonels.org.pdf ]
Specimen-2 [SPE0-20887237201-20200217062101419506_._2019-Good-Works-Program-Guidelines.pdf ]
Specimen-3 [SPE0-20887237201-20200217062101419506_._14_-_Awarded_Grants_-_Kentucky_Colonels_-_www.kycolonels.org.pdf ]


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.


The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the Kentucky bar, admitted to the bar in 2009, bar membership no. 93081, and the attorney(s) is located at
    400 West Market St, Suite 2000
    Louisville, Kentucky 40202
    United States
    502-562-7561(phone)
    502-589-0309(fax)
    mcoughlin@wyattfirm.com

Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
    Michelle Browning Coughlin
    PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com;
TRADEMARKS@WYATTFIRM.COM


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

 [X] **Basis:**
      **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[X] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[X] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[X] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin
Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561

---

Thank you,

The TEAS support team
Mon Feb 17 14:51:00 ET 2020
STAMP: USPTO/FTK-4.17.80.94-20200217145059958790-88800020-
710ba2db2408c27d76afc43e67a6942897c5afb72f6862c3530d5ede665ee8ea-DA-50594876-
20200217144333207931

| | |
|---|---|
| **From:** | TEAS@uspto.gov |
| **Sent:** | Monday, February 17, 2020 3:01 PM |
| **To:** | Coughlin, Michelle; Laney, Deb; Trademarks |
| **Subject:** | Serial number 88800035: Received Your Trademark/Service Mark Application, Principal Register |

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** KENTUCKY COLONELS (Standard Characters, mark.jpg)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '88800035'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and

Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8.  Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.


**The information submitted in the application appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
*NOTE: Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | mark.jpg |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | KENTUCKY COLONELS |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | The Honorable Order of Kentucky Colonels, Inc. |
| **DBA/AKA/TA/FORMERLY** | AKA Kentucky Colonels |
| **\*MAILING ADDRESS** | 943 South 1st Street |
| **\*CITY** | Louisville |
| **\*STATE** (Required for U.S. applicants) | Kentucky |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| | |
|---|---|
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international**<br>**addresses)** | 40203 |
| **\*EMAIL ADDRESS** | scrose@kycolonels.org |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | non-profit corporation |
| **\***<br>**STATE/COUNTRY/REGION/JURISDICTION/U.S.**<br>**TERRITORY WHERE LEGALLY ORGANIZED** | Kentucky |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1931 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1995 |
| **SPECIMEN FILE NAME(S)** | SPE0-1-4178094-2020021713 5556237299_._PRIVATE_BOUR BON_TASTING_FOR_KENTUCKY_ |
| | SPE0-1-4178094-2020021713 5556237299_._KY_Col_Newsp aper_1995.jpg |
| | SPE0-4178094-202002171355 56237299_._11_-_Day_of_Se rvice_-_Kentucky_Colonels |
| | SPE0-1-4178094-2020021713 5556237299_._ireShot_Capt ure_012_-_Kentucky_Colone |
| **SPECIMEN DESCRIPTION** | Screenshots from Applicant's website, newspaper clippings, and photographs showing Applicant's mark prominently displayed in connection with the services |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION**<br>**(if applicable)** | |
| **\*TRANSLITERATION**<br>**(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION**<br>**(if applicable)** | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |
| **\*CONSENT (NAME/LIKENESS)**<br>**(if applicable)** | |

| | |
|---|---|
| **\*CONCURRENT USE CLAIM** (if applicable) | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Michelle Browning Coughlin |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 93081 |
| **YEAR OF ADMISSION** | 2009 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Kentucky |
| **FIRM NAME** | Wyatt Tarrant & Combs LLP |
| **STREET** | 400 West Market St, Suite 2000 |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 40202 |
| **PHONE** | 502-562-7561 |
| **FAX** | 502-589-0309 |
| **EMAIL ADDRESS** | mcoughlin@wyattfirm.com |
| **OTHER APPOINTED ATTORNEY** | Matthew A. Williams, Max Bridges, Julie A. Laemmle |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Michelle Browning Coughlin |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mcoughlin@wyattfirm.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| **\*TOTAL FEES DUE** | 225 |
| **\*TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /MBC/ |

| | |
|---|---|
| * SIGNATORY'S NAME | Michelle Browning Coughlin |
| * SIGNATORY'S POSITION | Attorney of record, Kentucky bar member |
| SIGNATORY'S PHONE NUMBER | 502-562-7561 |
| * DATE SIGNED | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88800035**
**Filing Date: 02/17/020**

# To the Commissioner for Trademarks:

The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of Kentucky, having an address of

    943 South 1st Street
    Louisville, Kentucky 40203
    United States
    scrose@kycolonels.org

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041:  Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1995, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s)

showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from Applicant's website, newspaper clippings, and photographs showing Applicant's mark prominently displayed in connection with the services.
Specimen-1 [SPE0-1-4178094-20200217135556237299_._PRIVATE_BOURBON_TASTING_FOR_KENTUCKY_COLONELS.jpg ]
Specimen-2 [SPE0-1-4178094-20200217135556237299_._KY_Col_Newspaper_1995.jpg ]
Specimen-3 [SPE0-4178094-20200217135556237299_._11_-_Day_of_Service_-_Kentucky_Colonels_-_www.kycolonels.org.pdf ]
Specimen-4 [SPE0-1-4178094-20200217135556237299_._ireShot_Capture_012_-_Kentucky_Colonels_-_www.kycolonels.org.pdf ]


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.


The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the Kentucky bar, admitted to the bar in 2009, bar membership no. 93081, and the attorney(s) is located at
    400 West Market St, Suite 2000
    Louisville, Kentucky 40202
    United States
    502-562-7561(phone)
    502-589-0309(fax)
    mcoughlin@wyattfirm.com


Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
   Michelle Browning Coughlin
   PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

[X] **Basis:**
      **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[X] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[X] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[X] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin
Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561

---

Thank you,

The TEAS support team
Mon Feb 17 15:00:58 ET 2020
STAMP: USPTO/FTK-4.17.80.94-20200217150058043233-88800035-710d55210a9f87b948240c2a14c4125a44450525514ffe6e933b291284b9581e5f-DA-00574960-20200217145136602336

| | |
|---|---|
| **From:** | TEAS@uspto.gov |
| **Sent:** | Monday, February 17, 2020 3:04 PM |
| **To:** | Coughlin, Michelle; Laney, Deb; Trademarks |
| **Subject:** | Serial number 88800038: Received Your Trademark/Service Mark Application, Principal Register |

### Filing Receipt for Trademark/Service Mark Application for Registration
### on the Principal Register
### and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** KENTUCKY COLONELS (Standard Characters, mark.jpg)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '88800038'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and

Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**The information submitted in the application appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
*NOTE: Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | mark.jpg |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | KENTUCKY COLONELS |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | The Honorable Order of Kentucky Colonels, Inc. |
| **DBA/AKA/TA/FORMERLY** | AKA Kentucky Colonels |
| ***MAILING ADDRESS** | 943 South 1st Street |
| ***CITY** | Louisville |
| ***STATE** (Required for U.S. applicants) | Kentucky |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| | |
|---|---|
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 40203 |
| **\*EMAIL ADDRESS** | scrose@kycolonels.org |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | non-profit corporation |
| **\***<br>**STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Association services, namely, promoting the interests of **individuals selected by the Governor of the Commonwealth of Kentucky to receive an honorary commission**; Promoting the interests of **members of the organization** by means of **club services** |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1931 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1951 |
| **SPECIMEN FILE NAME(S)** | SPE0-4178094-202002171355 56237299_._ireShot_Captur e_012_-_Kentucky_Colonels |
| | SPE0-4178094-202002171355 56237299_._Newspaper_arti cle_KY_Col_1991.jpg |
| | SPE0-4178094-202002171355 56237299_._KY_Col_Newspap er_1995.jpg |
| | SPE0-4178094-202002171355 56237299_._PRIVATE_BOURBO N_TASTING_FOR_KENTUCKY_CO |
| **SPECIMEN DESCRIPTION** | Photos of events and screenshots of Applicant's website showing mark prominently displayed in connection with various services offered to members |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION**<br>**(if applicable)** | |
| **\*TRANSLITERATION**<br>**(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION**<br>**(if applicable)** | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |

| | |
|---|---|
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Michelle Browning Coughlin |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 93081 |
| **YEAR OF ADMISSION** | 2009 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Kentucky |
| **FIRM NAME** | Wyatt Tarrant & Combs LLP |
| **STREET** | 400 West Market St, Suite 2000 |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 40202 |
| **PHONE** | 502-562-7561 |
| **FAX** | 502-589-0309 |
| **EMAIL ADDRESS** | mcoughlin@wyattfirm.com |
| **OTHER APPOINTED ATTORNEY** | Matthew A. Williams, Max Bridges, Julie A. Laemmle |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Michelle Browning Coughlin |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mcoughlin@wyattfirm.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| **\*TOTAL FEES DUE** | 225 |
| **\*TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |

| | |
|---|---|
| * SIGNATURE | /MBC/ |
| * SIGNATORY'S NAME | Michelle Browning Coughlin |
| * SIGNATORY'S POSITION | Attorney of record, Kentucky bar member |
| SIGNATORY'S PHONE NUMBER | 502-562-7561 |
| * DATE SIGNED | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 88800038
### Filing Date: 02/17/020

## To the Commissioner for Trademarks:

The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of United States, having an address of

    943 South 1st Street
    Louisville, Kentucky 40203
    United States
    scrose@kycolonels.org

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Association services, namely, promoting the interests of individuals selected by the Governor of the Commonwealth of Kentucky to receive an honorary commission; Promoting the interests of members of the organization by means of club services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1951, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photos of events and screenshots of Applicant's website showing mark prominently displayed in connection with various services offered to members.

Specimen-1 [SPE0-4178094-20200217135556237299_._ireShot_Capture_012_-_Kentucky_Colonels_-_www.kycolonels.org.pdf ]

Specimen-2 [SPE0-4178094-20200217135556237299_._Newspaper_article_KY_Col_1991.jpg ]

Specimen-3 [SPE0-4178094-20200217135556237299_._KY_Col_Newspaper_1995.jpg ]

Specimen-4 [SPE0-4178094-20200217135556237299_._PRIVATE_BOURBON_TASTING_FOR_KENTUCKY_COLONELS.jpg ]

**Claim of Active Prior Registration(s)**

The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.

The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the Kentucky bar, admitted to the bar in 2009, bar membership no. 93081, and the attorney(s) is located at

400 West Market St, Suite 2000

Louisville, Kentucky 40202

United States

502-562-7561(phone)

502-589-0309(fax)

mcoughlin@wyattfirm.com

Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Michelle Browning Coughlin

PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

[X] **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[X] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[X] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[X] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin
Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561

---

Thank you,

The TEAS support team
Mon Feb 17 15:04:16 ET 2020
STAMP: USPTO/FTK-4.17.80.94-20200217150415959066-88800038-
710b0f5a5a9acc4856c50fad7a13a5a31d43cd95674791ef67749825b8f3b4d5e-DA-04154985-
20200217150139845524

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Wednesday, December 19, 2012 11:01 PM
**To:** whollander@wyattfirm.com
**Subject:** Trademark RN 1227024: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act

**Serial Number:** 73299122
**Registration Number:** 1227024
**Registration Date:** Feb 8, 1983
**Mark:** HONORABLE ORDER OF KENTUCKY COLONELS
**Owner:** Honorable Order of Kentucky Colonels, In, etc

Dec 19, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
042

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73299122. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 42

Prior U.S. Cl.: 100

United States Patent and Trademark Office

Reg. No. 1,227,024
Registered Feb. 8, 1983

## SERVICE MARK
Principal Register

# HONORABLE ORDER OF KENTUCKY COLONELS

The Honorable Order of Kentucky Colonels, Inc.
  (Kentucky corporation)
5737 Watterson Trail
Louisville, Ky. 40291

For: ELEEMOSYNARY SERVICES—NAME-LY, FOUNDING OF SCHOLARSHIP, EQUIP-PING PLAYGROUNDS AND THE LIKE AND TO COLLECT HISTORICAL AND CULTURAL MATERIAL PERTAINING TO COMMON-WEALTH OF KENTUCKY, in CLASS 42 (U.S. Cl. 100).

First use May 10, 1957; in commerce May 10, 1957.

Sec. 2(f).

Ser. No. 299,122, filed Mar. 2, 1981.

JAMES H. JOHNSON, Examining Attorney

# United States of America
## United States Patent and Trademark Office

# HONORABLE ORDER OF
# KENTUCKY COLONELS

**Reg. No. 4,939,909**

**Registered Apr. 19, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. (KENTUCKY CORPORATION)
SUITE 14
1717 ALLIANT AVENUE
LOUISVILLE, KY 40299

FOR: CHARITABLE SERVICES, NAMELY, PROVIDING FINANCIAL ASSISTANCE FOR PROGRAMS AND SERVICES OF OTHERS; PROVIDING EDUCATIONAL SCHOLARSHIPS , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-10-1957; IN COMMERCE 5-10-1957.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,227,024, 2,812,681, AND 4,596,450.

SEC. 2(F).

SER. NO. 86-690,496, FILED 7-12-2015.

CHRISTINA RIEPEL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                    │
│                     TRADEMARK REGISTRATION                            │
│                                                                       │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│          DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.           │
└─────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.