EXHIBIT 6

# EXHIBIT 6

**MEDIATOR'S PROPOSAL**

3:20-CV-00132- RGJ-RSE

The Honorable Order of Kentucky Colonels, Inc.

v.

Kentucky Colonels International, et al

This Mediator's Proposal is to resolve the action *The Honorable Order of Kentucky Colonels, Inc. v. Kentucky Colonels International, et al.,* Civil Action No. 3:20-CV-00132-RGJ-RSE ("Civil Action"), which is currently pending before this Court. The Mediator proposes the following:

- The Parties acknowledge that they entered into this proposal willingly and that no transfer of assets occurred in connection with the proposal.

- The Parties agree that they will make no representations or take any action that indicates that a party has acquired control over an asset of the other party.

- The Parties will jointly move the Court to enter the **Agreed Permanent Injunction** attached as <u>Exhibit A</u>. The Agreed Permanent Injunction governs the appropriate use of the KENTUCKY COLONELS Mark. Court entry of the injunction will make the terms of the Preliminary Injunction granted by the Court on August 13, 2020 permanent. The Parties agree that the Court shall maintain jurisdiction over this matter with regards to enforcing the Agreed Permanent Injunction.

- Defendants agree to not oppose any pending or future trademark application by Plaintiff related to the KENTUCKY COLONELS Mark in the spirit of the Agreed Permanent Injunction.

- Defendants agree to not attempt to cancel any current trademark registrations or future trademark registrations obtained by Plaintiff related to the KENTUCKY COLONELS Mark in the spirit of the Agreed Permanent Injunction.

- Plaintiff agrees to not interfere with Defendants' use of the honorable title "Kentucky Colonel" as a personal description.

- Plaintiff agrees to release Defendants from any and all claims, actions, causes of action, demands, obligations, rights, damages, expenses, and/or compensation in relation to the pending Civil Action.

- Plaintiff agrees to execute an Agreed Order of Dismissal dismissing all claims made against the Defendants in the Civil Action with prejudice. Both the Agreed Order of Dismissal and the Agreed Permanent Injunction will state that the Court will maintain jurisdiction over this matter with regards to enforcing the Agreed Permanent Injunction.

- The parties agree that all future disputes regarding this matter shall be interpreted, enforced, and governed under the laws of the Commonwealth of Kentucky and the United States of America.

- The Parties agree that they will be responsible for their own costs, expenses, and attorney's fees incurred in litigating the Civil Action.

- The Parties acknowledge that agreement to the Mediator's Proposal is not an admission by Defendants of any liability nor is it an admission by Defendants that Plaintiff has any rights against it.

- Upon execution of the Mediator's Proposal and entry of the Agreed Permanent Injunction and Agreed Order of Dismissal, Plaintiff agrees to post an announcement on its website and public social media pages stating that the claims made in the Civil Action have been

resolved through a mutually agreed settlement and that the Civil Action has been dismissed.

- Plaintiffs agree that there will be no interference with any book Defendants wish to publish regarding the history of the Kentucky Colonel, Kentucky colonels or Kentucky colonelcy so long as the terms of the Agreed Permanent Injunction are abided by.

This Mediator's Proposal shall become effective upon signature of the Parties as indicated below and upon Court entry of the Proposed Agreed Permanent Injunction. By signing the Mediator's Proposal, the Parties represent that they have fully read and understood the provisions of this Proposal. Nothing contained in this Proposal shall be construed as an admission of liability or fault by either party.

Agree:

_[signature]_
Cornelius E. Coryell II

WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com

*Counsel for Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

Agree:

_[signature]_ Col. David J. Wright

Col. David J. Wright
Defendant, Pro Se
302 General Smith Drive
Richmond, Kentucky 40475
(859) 379-8277
david.wright@colonels.net

*Executive Director and Authorized Agent for Kentucky Colonels International; Globcal International; and Ecology Crossroads Cooperative Foundation, Inc.*

3