EXHIBIT 7

# EXHIBIT 7





in Home My Network 1 Jobs Messaging Notifications 15 Me Work Try Premium free

# Kentucky Colonel™

Protecting the Honorable Title Mark and Office of the Kentucky Colonelcy in Old Kentucky, when the Colonels were Kings.

Public Relations and Communications Services · Richmond, Kentucky · 139 followers

See 1 employee on LinkedIn

Follow Learn more More

Home About **Posts** Jobs People

All Images Videos Articles Documents Ads

Sort by: **Top**

Kentucky Colonel™
139 followers
6h •

+ Follow •••

Welcome new members some of the most important Kentucky colonels in the world today!
https://lnkd.in/e3g3bvGA

3 1 repost

Like Comment Repost Send

Be the first to comment on this

LinkedIn Premium
Job search smarter and access exclusive company insights

Try for free

Kentucky Colonel™
139 followers
2d •

+ Follow •••

We never thought we would be trending! #kycolonel

https://lnkd.in/erU2YSsg

Kentucky Colonel™
139 followers
1w •

We have talked long enough and planned around the laws we established for the Kentucky Colonel in 2021. It is time to take action, our attorneys have given us a green light to start a collective licensing program for the Common-Law Title Mark through our sponsors which are all colonels. If you are a colonel 21 year of age or older, join us!
#law https://lnkd.in/etiPgUSE



**Kentucky Colonel: Honorable Title and Official**
kycolonelcy.us • 2 min read

5                                                                   2 reposts

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Be the first to comment on this

Kentucky Colonel™                                              + Follow
139 followers
2mo •

Now you can have a professional career as a Kentucky Colonel and make you old career secondary! Details coming soon!

8                                                     1 comment • 2 reposts

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Kentucky Colonel™                                              + Follow
139 followers
1w •

People often ask: "Which came first Kentucky or the Colonel?" but we know in your heart you should know the answer. #people #kentucky #colonels
https://lnkd.in/engJAYMJ



**Kentucky Colonel™**  + Follow  ···
139 followers
2w •

We've just updated our Page for the new year. Visit our Page to see the latest updates.

**Kentucky Colonel ™ | LinkedIn**
linkedin.com • 1 min read

7                                                                    4 reposts

👍 Like      💬 Comment      ↻ Repost      ➤ Send

Be the first to comment on this

---

**Kentucky Colonel™**  + Follow  ···
139 followers
1yr •

#leader #leadershipbyexample #leadershipfromwithin #beliveinyourself #choiceisyours #instincts #knowyourself #knowledgeispower #experience #skillsets

**Col. Luis Angel Cruz-Diaz** • 2nd                              + Follow
PRP™ CPM-RSKMGT CIPM CISCM CICCM MBA | Kentucky Colonel™ Go…
1yr • Edited •

I am a firm and truly believe that you take on the Leadership roles or positions by Choice because It crosses your path, you are asked, selected or just simply you know that you have to step forward and do it.                    …see more

👍 Like      💬 Comment      ↻ Repost      ➤ Send

Be the first to react



Promoted

**Betty Blocks Legal tech**
Rapid, governable & scalable app development for automation and innovation

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now!

**Scale teams affordably**
Find more talent with less overhead on Upwork. Post a job for free.

### Pages people also viewed

**The Honorable Order of Kentucky Colonels**
Philanthropic Fundraising Services
854 followers
+ Follow

**Sons of the American Revolution**
Civic and Social Organizations
1,268 followers
+ Follow

**GUILD OF FREEMEN OF THE CITY OF LONDON**
Non-profit Organizations
994 followers
+ Follow

See all similar pages

### People also follow

**Dayton Business Journal**
Book and Periodical Publishing
10,789 followers
2 connections follow this page
+ Follow

**WMBF**
Broadcast Media Production and Distribution
1,038 followers
+ Follow

**Kentucky Restaurant Association**
Restaurants
1,310 followers
1 connection follows this page
+ Follow

See all recommended pages