EXHIBIT 8

EXHIBIT 8

   



Group by Goodwill Ambassadors

# Kentucky Colonel Community ⭐
🟦 Private group · 2.0K members                      ⬛ Join group

**About**       **Discussion**

## About this group

The Kentucky Colonel Community is the "First" and "Official" Commonwealth of Kentucky Facebook Group organized independently by Kentucky colonels living around the world connected via Facebook. Our virtual online headquarters is "this group," to be a member of "this group" you must already be a Kentucky Colonel commissioned by one of the Governors of the Commonwealth of Kentucky. This group is administered by the Transylvania Company, which is known as the origin and source of the First Kentucky Colonel in 1775 with Col. Daniel Boone and 12 others.

To become a member here you must already know a Kentucky Colonel in the Community, if a Kentucky Colonel nominates you as a colonel, they must invite you and tag to join the group.

Colonels here must take an active and constructive desire to exercise their "rights, privileges and responsibilities thereto appertaining" as independently recognized Kentucky Colonel based on their own abilities using their title as a common-law trademark association with their name or business name. Such as "Col. John Smith" or "Kentucky Colonel™" as a title mark. As well as a desire to preserve the integrity of the Honorable Title.

This is a non-political, non-religious and non-discriminatory equitable community. We request that all members follow basic rules for Facebook Groups are civil and courteous in their actions towards one another. Anyone who violates these rules is removed from the group, sometimes with prejudice.

Kentucky Colonel Badges, ID Cards and Nameplates are only issued to official cooperative employees and sponsors with access to our Internet publishing platform, on January 01, 2023 the cards will become available to all cooperative capital investors and network platform users that support the cooperative as partial owners.

⭐⭐⭐⭐⭐

NOTIFICATION: Our online group here on Facebook is a grassroots manifestation within the social media of independent Kentucky colonels to establish a cooperative company and social enterprise. Members here together have developed a number of other social network media sources that we aggregate may be of interest to other Kentucky colonels who have received this prestigious honor to share with their friends, families, and social media followers.

DISCLAIMER: This Facebook Group is not affiliated, associated, endorsed or sponsored by the "Honorable Order of Kentucky Colonels, Inc." and does not use the HOKC trademark "Kentucky Colonels®", the trade dress "1813", or any fictitious background or cover story. There is no exception for confusing the Kentucky Colonel with a fictitious militia, except for fun of course. The HOKC is 4 star on Charity Navigator and has performed good works in Kentucky since 1957, but it is often mistaken as the official source of Kentucky colonelcy which it is not, "Old-Kentucky History" is. **See less**

🟦 **Private**
Only members can see who's in the group and what they post.



https://www.facebook.com/groups/kycolonelcy/                                                                    1/3

  

**Tags**
Entrepreneurship & Startups • Travel & Hospitality

**Transparency**

**History**
Group created on November 12, 2006. Name last changed on December 20, 2022.

See all

**Members · 2.0K**



Luis and David are admins. Nicholas and Maria are moderators.

There are Pages in this group. Pages may be managed by multiple people who can see all group members and content. Learn More

**Activity**

No new posts today
30 in the last month

1,970 total members
No new members in the last week

Created 16 years ago

**Group rules from the admins**

1  Stay on the Topics of the Group
   This group is developed for Kentucky Colonels by Kentucky Colonels to meet and know other Kentucky Colonels around the world. It is not a group about party politics, nationalism or religion.

2  Post your Certificate
   Members should upon entering the group post their Commission Certificate, they may also state why the Governor recognized them as a Kentucky Colonel if they know.

3  Participate in the Group
   As a member it is our duty and obligation to participate and acknowledge posts that are relevant to others in the group by commenting, liking and welcoming their interactions when appropriate.

4  Report and Post Relevant News
   Many local newspapers are not searchable so we request that Kentucky Colonels share articles that they find about newly commissioned colonels and post news about themselves for publication.

5  Be Kind and Courteous
   We're all in this group together to create a welcoming environment. It is important for members to treat one another with courtesy and respect.

6  Respect Everyone's Privacy
   Being part of this group requires mutual trust. Authentic, expressive discussions



1/24/23, 3:19 PM  (1) Kentucky Colonel Community ⭐ | Facebook

   

| 7 | No Promotions or Spam |
|---|---|
|   | Promotions, unrelated causes, fundraising, spam and irrelevant links are not allowed. Anyone attempting to post prohibited material can be removed with prejudice. |
| 8 | No Hate Speech or Bullying |
|   | Make sure everyone feels safe. Bullying of any kind is not allowed, degrading comments about things like race, religion, culture, sexual orientation, gender or identity will not be tolerated. |

