E
X
H
I
B
I
T

10

# EXHIBIT 10



WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
502.589.5235
wyattfirm.com

Julie Laemmle Watts
502.562.7130
jwatts@wyattfirm.com

May 16, 2022

**VIA EMAIL**

David J. Wright
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
david.wright@globcal.net

Re:     **Violation of Permanent Injunction and Continued Trademark Infringement**

Dear Mr. Wright,

It has come to our attention that you, or someone acting on your behalf, is in violation of the Agreed Permanent Injunction entered by the Court on February 23, 2021 for the lawsuit filed by The Honorable Order of Kentucky Colonels ("HOKC") against you, Kentucky Colonels International, Globcal International, Ecology Crossroads Cooperative Foundation, Inc., and Unknown Defendants (collectively, "Defendants") for the enforcement of HOKC's intellectual property rights.

According to the Agreed Permanent Injunction, you, along with the other Defendants and anyone acting on your or their behalf, including any other owners, members, officers, agents, servants, employees, attorneys, and any other person in active concert or participation with Defendants, were permanently enjoined and prohibited from:

1.   using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, on or in connection with sale of any goods or services including, but not limited to, the solicitation of charitable donations and the promotion of charitable and philanthropic causes;

2.   using the KENTUCKY COLONELS Mark, or any mark confusingly similar to the KENTUCKY COLONELS Mark, on any website, social media page, or blog in such a way as is likely to cause consumers to be confused, mistaken, or deceived into believing that HOKC has sponsored, sanctioned, approved, licensed, or is any way affiliated with Defendants or any organization or cause sponsored or supported by Defendants;

3.   using the domain names [kycolonels.international], [kentucky.colonels.net], or any other domain name that is confusingly similar to [kycolonels.org] or *any domain name* that incorporates the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark; and

4.   using Facebook or any other social media platform username or handle that is confusingly similar to the trademark KENTUCKY COLONELS for the purposes

ATTORNEYS AT LAW





WYATT, TARRANT & COMBS, LLP

David J. Wright
May 16, 2022
Page 2

> of forming a membership organization, a civil society association or other non-commercial activity such as an event or charitable fundraising endeavor

A copy of the Agreed Permanent Injunction (the "Injunction") is attached for your reference.

Despite our attempts to reach an amicable and reasonable resolution of this matter, you, either alone or with the assistance of others, including those involved with Defendants, continue to blatantly disregard the Injunction and the intellectual property rights of HOKC. Specifically, HOKC is aware of the KYCOLONELCY.US domain name; the KENTUCKY COLONEL COMMUNITY Facebook group, with Luis Cruz Diaz and you as administrators and Maria Veneke Ylikomi and Nicholas Wright as moderators; and the KENTUCKY COLONEL Facebook page that you, either alone or in concert with the Defendants and others, continue to run. The use of such confusingly similar marks in this manner is in direct violation of the Injunction.

Moreover, the KENTUCKY COLONEL Facebook page post pictured below, which offers to sell the "trademark KENTUCKY COLONEL website (w/ 4 domains)," is not only in violation of the Injunction, but also in violation of the Lanham Act. You have no rights in or to HOKC's trademarks and therefore no rights to attempt to sell HOKC's intellectual property or to pass off your websites as originating from HOKC. Your willful and repeated violations of HOKC's intellectual property rights must cease immediately.



David J. Wright
May 16, 2022
Page 3



HOKC hereby demands that you immediately cease and desist from your unlawful activities in violation of the Court's Injunction and HOKC's intellectual property rights. HOKC further demands that you provide written assurances of your compliance with this demand by no later than seven (7) days after your receipt of same. HOKC will continue to monitor your activities. Should you fail to terminate your improper conduct, HOKC will take action to enforce its rights, including but not limited to brining this matter in front of the Court, which retained jurisdiction to enforce the Injunction.

The above is not an exhaustive statement of all of the relevant facts and law. HOKC expressly reserves all of its legal and equitable rights and remedies, including the right to seek further injunctive relief and recover monetary damages.



David J. Wright
May 16, 2022
Page 4

You or your attorney may contact me should you have any questions. I look forward to receiving your response within seven (7) days.

Sincerely

WYATT, TARRANT & COMBS, LLP

Julie Laemmle Watts

JLW/
cc:     The Honorable Order of Kentucky Colonels

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

THE HONORABLE ORDER OF )
KENTUCKY COLONELS, INC. )
                          )
     PLAINTIFF )
                          )
                          )
v. )    CIVIL ACTION 3:20CV-132-RGJ-RSE
                          )
KENTUCKY COLONELS )
INTERNATIONAL, et al. )
                          )
                          )
     DEFENDANTS )

## **AGREED PERMANENT INJUNCTION**

Plaintiff The Honorable Order of Kentucky Colonels, Inc. ("HOKC") and Defendants David J. Wright; Kentucky Colonels International (defunct); Globcal International; and Ecology Crossroads Cooperative Foundation, Inc. (collectively "Defendants") being in agreement and having moved the Court for entry of this Agreed Permanent Injunction, adopting and incorporating the analysis, findings, and conclusions reached in the Court's Order dated August 13, 2020, further negotiated in a Settlement Conference on December 29, 2020 thereby converting the Preliminary Injunction reflected therein to a similar Agreed Permanent Injunction, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY AGREED, ORDERED AND ADJUDGED as follows:

1.    Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION, on or in connection with the sale of any goods or services including, but not limited to, the solicitation of charitable donations and the promotion of charitable and philanthropic causes.

2.    Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION, on any website, social media page, or blog in such a way as is likely to cause consumers to be confused, mistaken, or deceived into believing that HOKC has sponsored, sanctioned, approved, licensed, or is any way affiliated with Defendants or any organization or cause sponsored or supported by Defendants.

3.    Defendants and anyone acting on their behalf, including their owners, members, officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using the domain names [kycolonels.international], [kentucky.colonels.net], or any other domain name that is

2

confusingly similar to [kycolonels.org] or *any domain name* that incorporates the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, including, but not limited to, KENTUCKY COLONELS INTERNATIONAL and KENTUCKY COLONEL FOUNDATION.

4.     Defendants and anyone acting on their behalf, including their owners, members, officers, agents, contractors, employees, attorneys, and any other persons in active concert or participation with Defendants, are permanently enjoined and prohibited from using Facebook or any other social media platform usernames "Kentucky Colonels International" or "Kentucky Colonel Foundation" or any other username or handle that is confusingly similar to the trademark KENTUCKY COLONELS for the purposes of forming a membership organization, a civil society association or other non-commercial activity such as an event or charitable fundraising endeavor.

5.     Notwithstanding the aforestated prohibitive terms and conditions, this Agreed Permanent Injunction does not prohibit the Defendant, Col. David J. Wright or other Kentucky colonels (as individuals) from using "Kentucky Colonel," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe Kentucky colonels, as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses registered, or pending, by the HOKC with the U.S. Patent and Trademark Office.

6.     The Court shall retain jurisdiction to enforce this Agreed Permanent Injunction and the terms of the Settlement Agreement entered by the parties for no less than ten (10) years.

This is a final judgment and there is no just cause for delay.

AGREED TO:

Cornelius E. Coryell II

WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com

*Counsel for Plaintiff, The Honorable Order of Kentucky Colonels, Inc.*

Col. David J. Wright

Defendant, Pro Se
302 General Smith Drive
Richmond, Kentucky 40475
(859) 379-8277
david.wright@colonels.net

*Executive Director and Authorized Agent for Kentucky Colonels International; Globcal International; and Ecology Crossroads Cooperative Foundation, Inc.*

February 23, 2021

Rebecca Grady Jennings, District Judge

United States District Court

4