# EXHIBIT 12

# crunchbase

🔍 Search Crunchbase

 **Kentucky Colonel™**                                                                    SAVE

Summary | Financials | People | Technology | Signals & News | Similar Companies

## About

Colonels of Culture and Society since 1775, 1st American Title of Authority, Origin/Source of the Kentucky Colonel Trademark and License.

**Richmond**, **Kentucky**, **United States**

51-100

**Equity Crowdfunding**

Private

**www.kycolonelcy.us** ↗

34,485

## Highlights

**Total Funding Amount**
**$7.5K**                                                                                 ›

**Similar Companies**
**9**                                                                                     ›

## Recent News & Activity

News • Dec 26, 2022
Courier & Press — **Former Gleaner, Courier & Press photojournalist honored as Kentucky Colonel**

News • Dec 25, 2022
Mail Online — **Why is KFC so popular for Christmas dinner in Japan?**

News • Dec 22, 2022
The Telegram News - — **Longtime local entertainer, Mark Wood, commissioned as Kentucky Colonel**

**VIEW ALL** ❯

 **Kentucky Colonel™**

Summary | Financials | People | Technology | Signals & News | Similar Companies

Business Development    Creative Agency    Environmental Consulting

Information Technology    Intellectual Property    Publishing

**Diversity Spotlight (US Headquarters Only)**

American Indian / Alaska Native Led    Black / African American Led    Hispanic / Latine Led

Women Led

**Headquarters Regions**
Southern US

**Sub-Organization of**
 Globcal International

**Founded Date**
May 23, 1775

**Founders**
David Wright, Godfrey Brock-Gadd

**Operating Status**
Active

**Last Funding Type**
Equity Crowdfunding

**Also Known As**
Transylvania Company, Kentucky Colonel Trademark Company, Kentucky Colonel 1775, Honorable, Official Title Company

**Legal Name**
Transylvania Company (Non-Profit Cooperative Startup of Ecology Crossroads & Globcal International)

**Contact Email**
contact@kycolonelcy.us

Private company in reformation dedicated to the reinvigoration and rejuvenation of the Honorable Title(s): "Colonel", "Kentucky Colonel", "Tennessee Colonel" and "Goodwill Ambassador" as American Honorific Civil Titles and restore the legal precedential standing of colonels as the great leaders and guiding protagonists

responsible for the development and reformation of civil governments and societies since 1775. Good government cannot be created from within, it should and must be developed by colonels much like most civil governments began. Our company (a cooperative of commissioned colonels) is a Creative Commons Workgroup all of our work is based on publishing books, news articles and website publications. Since

 **Kentucky Colonel™**

| Summary | Financials | People | Technology | Signals & News | Similar Companies |

Our workgroup is responsible for the structural development of a viable historical record and to distinguish the colonels from books, movies and tv from the Real Kentucky Colonel dating back to the very first colonel that builds the Wilderness Road in March of 1775 with 100 men and their families. The very real and untold story (that very few people know) is powerful and worthwhile for the big screen as well as a book leading up to present day Kentucky featuring an entire series of scenes with more highlights than downfalls. The entire story has never been told about the origins of Kentucky or the colonel's role in creating it.

As a creative group we understand that the content is potentially viable intellectual property based on the popularity of the Kentucky Colonel Title and the Kentucky Colonel Name which we are authorized as a collective group to license under our common-law trademark rights, and trade name rights in letters patent, in various forms such as "Kentucky Colonel + _____" or by Col. _____ _____ , Kentucky Colonel. We are at the disposal of multiple brands and marketing companies to develop the common-law trademark rights into their themed products.

Currently we are working with other colonels to develop new licensed brands, ideas and nicknames for classical relative products originated in the Commonwealth prior to its establishment as a state. Soon the Transylvania Company will introduce Kentucky Colonel Beer, the Kentucky Colonel Quarter Horses, Kentucky Colonel Cannabis, Kentucky Colonel Carbon Credits, Kentucky Colonel Cash Cryptocurrency and an official Kentucky Colonel ID Card which is an international work credential. As a cooperative workgroup we require an investment of $10,000 with a 10% good-faith deposit waiver ($1,000) to get into the cooperative and sign the NDA. Other work assimilation programs are under development for 2023; now that we have a good working platform and a low liability high potential investment structure. Any investor that is not a Kentucky Colonel now will become one by investing in this Kentucky business! These investors are the potential protagonists. A Kentucky Colonel can however; become a single share or partial share investor by joining the cooperative and working as a Kentucky Colonel.

There are obviously a lot of terms and ideas that are based on intellectual property laws that the Kentucky Colonel may own or the Commonwealth of Virginia, however senseless there is practically nothing invented in Kentucky that the colonel does not have jurisdiction. The addition of the Honorable Title to a newspaper article does not make it as popular as it does rare for all the right reasons.

∧ **READ LESS**

## Lists Featuring This Company 

 Creative Agency Companies With More Than 10 Employees    ⚡ TRACK



Environmental Consulting Companies With Fewer Than 1000 Employees  ⚡ TRACK

 Kentucky Colonel™

| Summary | Financials | People | Technology | Signals & News | Similar Companies |



Information Technology Companies With Fewer Than 1000 Employees (Top 10K)  ⚡ TRACK

⚡ SHOW MORE

## Frequently Asked Questions ✏️

Where is **Kentucky Colonel**™'s headquarters? **Kentucky Colonel**™ is located in **Richmond**, **Kentucky**, **United States**.

How much funding has **Kentucky Colonel**™ raised to date? **Kentucky Colonel**™ has raised **$7.5K**.

When was the last funding round for **Kentucky Colonel**™? **Kentucky Colonel**™ closed its last funding round on **Nov 27, 2022** from a **Equity Crowdfunding** round.

Who are **Kentucky Colonel**™'s competitors? Alternatives and possible competitors to **Kentucky Colonel**™ may include **Schibsted**, **Dartmouth College**, and **Penn State University**.

Want to explore more?

- Uncover in-depth company data and buy signals
- Monitor companies with custom lists and alerts
- Export company data to CSV
- Sync with your CRM

Choose the right Crunchbase solution for you

 Kentucky Colonel™

| Summary | Financials | People | Technology | Signals & News | Similar Companies |

© 2023 Crunchbase Inc. All Rights Reserved.