EXHIBIT 14

# EXHIBIT 14

Case 3:20-cv-00132-RGJ   Document 97-13   Filed 01/25/23   Page 2 of 5 PageID #: 2651

1/25/23, 12:05 AM                FireShot Capture 440 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Coope_ - www.kycolonelcy.us

| Kentucky Colonel: Honorable & Official… | Home | Articles | Guide | History | News | Resources | Topics | Sitemap |



# Kentucky Colonel Cooperative

The Authority and Empowerment of the Kentucky Colonel is based in American Common Law; is made a reality through taking cooperative non-political peer-reviewed actions that are recognized by government and society. Too many leaders in the room is never an obstacle for the Kentucky Colonel Cooperative, here forevermore through the remanifestation of the Transylvania Company.

## Transylvania Company (Kentucky Colonel 1775)

The Transylvania Company is a cooperative nonprofit pursuit to discover "Old Kentucky" colonial history, practice common-law social values and protect the intellectual property of Old Kentucky Heritage as it might exist today. As a cooperative our work will involve investments in producing new economic opportunities in the area of the preservation of our natural heritage, promotion of tourism, outdoor recreation and other socioeconomic development. The activities of the cooperative will also focus on souvenir parcels and suppletory deeds using small parcels of land or monuments at tourism destinations. The



Case 3:20-cv-00132-RGJ   Document 97-13   Filed 01/25/23   Page 3 of 5 PageID #: 2652

1/25/23, 12:05 AM                     FireShot Capture 441 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Coope_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official... | Home ▾ | Articles ▾ | Guide ▾ | History ▾ | News ▾ | Resources ▾ | Topics ▾ | Sitemap | 🔍

suppletory deeds using small parcels of land or monuments at tourism destinations. The **cooperative system is being implemented** because it provides colonels with a very equal playing field that is democratic in nature.

## Identification Cards, Badges and Nameplates

**December 2022** - The Transylvania Company (the cooperative) will provide ID cards, badges and nameplates to its employees during 2023. Kentucky Colonel Badges and Kentucky Colonel Nameplates will not be available until June of 2023.

- To obtain an ID card a member needs to be enrolled and paying dues in the cooperative for a minimum of 30 days with a a $100 or greater investment after signing the cooperative agreement and elaborating a work profile.
- The entire communications network is based on a Virtual Workplace and the use of Google Workspace (this step of the enrollment is the most challenging involving the use of their electronic IDaaS (Identity as a Service) credential.
- Employees are required to complete several information and knowledge quizzes that will define and demonstrate their competency and character.
- Kentucky Colonel Cooperative is not our name, but it is a term that describes ethically **what we are officially forming in 2023!** The cooperative service organization in formation will be empowered with the same legal "rights, privileges and responsibilities" of the Kentucky Colonel under the same unwritten honorable code of ethics and moral obligations as the **First Pioneer Colonels of Old Kentucky** (descriptive origin) from 1775-1792 also known as "Old Kentucky".





The Office of the Kentucky Colonel is not a physical office that you can visit, it refers to the duties and responsibilities of a Kentucky Colonel that has taken an oath to serve the Commonwealth of Kentucky as a colonel professionally among other

Kentucky Colonel: Honorable & Official...    Home ▾   Articles ▾   Guide ▾   History ▾   News ▾   Resources ▾   Topics ▾   Sitemap   🔍

## Office of the Kentucky Colonelcy

### News for Immediate Release

**RICHMOND, 28 DEC 2022** - The world's greatest state officials and most popular goodwill ambassadors are getting their jobs back with the professional occupational title: **Kentucky Colonel** by making the Honorable Title more appealing, legal, official, recognized and better understood than it has ever been as a fictitious military order, a social club, for making good chicken or to use on Facebook as a byline when attending the Kentucky Derby to drink a Mint Julep. The cooperative social enterprise based in Richmond, Kentucky is a decentralized remotely collaborated Internet publishing company focused on the progressive development of Creative Commons content from the public domain since Colonel Daniel Boone was commissioned to build the Wilderness Road almost 250 years ago. As a cooperative it means that colonels will be invested as stakeholders entitled to dividends and as owners with equity to a professional role as an Official Kentucky Colonel.

As a cooperative social enterprise they will issue official ID cards, badges and nameplates; the cooperative colonels will be connected to a virtual workplace, have company email and be required to collaborate online or in the community for 50 hours per year. They will receive the same rate of annual pay as does a United Nations goodwill ambassador and through their investments of time and money can be paid a dividend for their work efforts and collaborative submissions. The group is currently working with a planned objective to develop a documentary project spanning the entire 250 year history of the colonel.

The organizer, Col. David Wright, commissioned in 1996 by Governor Paul Patton said, "Since we won the lawsuit filed by the Honorable Order of Kentucky Colonels in 2020, we have completely debunked their fictional militia myth of 1813 with the Secretary of State, we also discovered dozens of actual sources of Kentucky colonels, starting with Col. Daniel Boone in 1775. There is no reason to cheat descendants of their history or discredit their legacies; there were over 300 colonels in Kentucky when it was founded, all of them should be recognized. We also found the most accomplished colonels with counties named after them; it is outrageous to think today that a Kentucky Colonel can be anything legally if the first colonel is fictitious or from a pseudo-historical origin."

The organization's website says the founders of Kentucky, Lexington and Louisville were all colonels, the organization also says Kentucky is the first state that was founded exclusively by colonels who all selected Col. Isaac Shelby as its first governor in 1791.

The cooperative will focus on and reinforce the fact that **real Kentucky colonels** were the architects of government, creators of customs and traditional intellectual property, accredited discoverers of

colonel professionally among other colonels. The Governor provides the opportunity through the commission.

As an Civil Officer or Civilian State Official depending whether you are inside the state or outside of it our general role is the same, that is to promote the state's prosperity.

