# EXHIBIT 15



## Office of the Kentucky Colonelcy

---

News for Immediate Release

**RICHMOND, 28 DEC 2022** - The world's greatest state officials and most popular goodwill ambassadors are getting their jobs back with the professional occupational title: **Kentucky Colonel** by making the Honorable Title more appealing, legal, official, recognized and better understood than it has ever been as a fictitious military order, a social club, for making good chicken or to use on Facebook as a byline when attending the Kentucky Derby to drink a Mint Julep. The cooperative social enterprise based in Richmond. Kentucky is a decentralized remotely collaborated Internet publishing company focused on the progressive development of Creative Commons content from the public domain since Colonel Daniel Boone was commissioned to build the Wilderness Road almost 250 years ago. As a cooperative it means that colonels will be invested as stakeholders entitled to dividends and as owners with equity to a professional role as an Official Kentucky Colonel.

As a cooperative social enterprise they will issue official ID cards, badges and nameplates; the cooperative colonels will be connected to a virtual workplace, have company email and be required to collaborate online or in the community for 50 hours per year. They will receive the same rate of annual pay as does a United Nations goodwill ambassador and through their investments of time and money can be paid a dividend for their work efforts and collaborative submissions. The group is currently working with a planned objective to develop a documentary project spanning the entire 250 year history of the colonel.

The organizer, Col. David Wright, commissioned in 1996 by Governor Paul Patton said, "Since we won the lawsuit filed by the Honorable Order of Kentucky Colonels in 2020, we have completely debunked their fictional militia myth of 1813 with the Secretary of State, we also discovered dozens of actual sources of Kentucky colonels, starting with Col. Daniel Boone in 1775. There is no reason to cheat descendants of their history or discredit their legacies; there were over 300 colonels in Kentucky when it was founded, all of them should be recognized. We also found the most accomplished colonels with counties named after them; it is outrageous to think today that a Kentucky Colonel can be anything legally if the first colonel is fictitious or from a pseudo-historical origin."

The organization's website says the founders of Kentucky, Lexington and Louisville were all colonels, the organization also says Kentucky is the first state that was founded exclusively by colonels who all selected Col. Isaac Shelby as its first governor in 1791.

The cooperative will focus on and reinforce the fact that **real Kentucky colonels** were the architects of government, creators of customs and traditional intellectual property, accredited discoverers of

Kentucky places, legal advisors to the first settlers, officials of the counties, entrepreneurs of companies, investors in commerce, inventors of industrial patents and social innovations of Old Kentucky (1775-1792), colonels did it all. As civilian officers recognized by the governor, some colonels went on to other jurisdictions to exercise their "rights, privileges and responsibilities" colonelling the colonists establishing towns, counties and states across America into the 20th century.

"As a new cooperative service organization being developed by 100 or more colonels, our first objective will be to restore the honor, integrity and trust in the iconic trademark figure and symbol of our historical customs, heritage and traditions associated with Kentucky and its first settlers almost 250 years ago," according to the program developers.The cooperative is being named after the **"Transylvania Company"** which was the original charter company of colonels, Daniel Boone and Richard Henderson, before being incorporated as a business name for a publisher in Kentucky for much of the 20th century.

Hon. Godfrey Brock-Gadd, a diplomatically distinguished Goodwill Ambassador and Kentucky Colonel in Belfast, Northern Ireland, advisor and mentor to the organizer of the new cooperative says, "This cooperative venture must be based on the mutual consent of its member selected board being made up of those who have received a Kentucky Colonel Commission certificate from one of the Commonwealth's governors, all decisions should be made through a majority consensus".

According to the group's ancestral, genealogical, historical former and now, its new colonels, receiving a colonelcy commission bestows <u>a great deal of authority, confidence, honor and prestige</u>; in Common Law. a Kentucky Colonelcy legally confers and designates the recipient with **unregulated "rights, privileges and responsibilities"** as the benefits of the civil office (it is not an empty military order without duties). Some state governors have confused the commission as an award of merit (1921) or mythical military order (1933). Justice Bertram Combs when serving on the Kentucky Court of Appeals, 1951-1955 said on the bench that a Kentucky colonel is an legal officer of the Commonwealth with greater or equal powers than those of a notary public (without an expiration date).

Col. David Wright, added, "They must understand the genuine history of the Kentucky Colonelcy well enough to bar and set aside the allegorical folklore, parody, satire and mythical colonels that arose from the idea of the Kentucky Colonel placed in purely fictional situations which began as early as 1813, 1824 and 1833. It is clear these stories have covered the trail and most obvious facts with a mystery narrative shrouding the real honorability of the title, office and person with a parallel collective illusion of a militia myth being passed off as truth and fact. If we had not discovered this reality the Kentucky Colonel Commission would have no legal basis or authority in Common Law, making it meaningless in today's society".

The sponsor of the decentralized cooperative development, responsible for technological developments using ICT and the Internet is **Ecology Crossroads Cooperative Foundation**, established in 1994 with its registered office in Richmond, Kentucky. The nonprofit was merged in 2020 with Globcal International which previously sponsored the society for its Kentucky colonels (2008-2020) and others that have gathered as followers online.

-30-