EXHIBIT 16

# EXHIBIT 16



| Kentucky Colonel: Honorable & Official... | Home ⌄  Articles ⌄  Guide ⌄  History ⌄  News ⌄  Resources ⌄  Topics ⌄  Sitemap  🔍 |

# Kentucky Colonel Directory

This electronic directory of Kentucky colonels is a special free service provided by this WebSite in cooperation with our sister company "**Honorificus**" which is part of Glocal International which is decentralized at the Birthplace of the Kentucky Colonel in Madison County near Boonesborough; only persons that are legally registered to work with the **Office of the Civilian Colonelcy** using the **Title: Kentucky Colonel** internationally, or are Kentucky residents that use the **Honorable Title: Kentucky Colonel, Col. or Colonel** in association with Kentucky (the state, its people, not government or politics) as individual public figures, community leaders, attorneys, journalists, bloggers, celebrities and business owners or anyone who may have been issued a **Kentucky Colonel License™** or requested a **Kentucky Colonel™ ID Card** or **Goodwill Ambassador™ ID Card** (Official Identification Cards). This is a planned objective to enhance the perspective and scope of Kentucky Colonelcy, the Honorable Title, the modern duties of the office and its importance as the origin and source of democratic civilian government, idealism and society throughout America.

Offsite Search Engine Goes Here

## Kentucky Colonel Directory Participants

Data and information provided to the **Kentucky Colonel Directory** will be used here within our WebSite in the future for mapping programs

1/24/23, 11:37 PM

FireShot Capture 392 - Kentucky Colonel_ Honorable & Official Title - Directory - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

## Kentucky Colonel Directory Participants

Data and information provided to the **Kentucky Colonel Directory** will be used here within our WebSite in the future for mapping programs, demographics and the development of a historical archetype for museums internationally. Currently our database contains 200 historical figures from the 18th, 19th, 20th and 21st centuries.

- **Creative Commons Directory** - Listed are all those Kentucky colonels that have been known in association with their reciprocal acknowledgment of the award with a news release, in a news article, in a historical account or that was described by an independent third party in writing.

- **Genealogical Directory** - Persons that find or encounter information in the public records, genealogical records, old photographs, church records, land records, military records or other archives may supplement existing records where the information prefix "Colonel" or "Col." was clearly used.

- **Memorial Directory** - Family members with animate and intimate knowledge of a deceased Kentucky Colonel may submit an obituary, personal data profile, worded biographical summary, genealogical information, and a photograph by submitting a donation to support our educational website.

- **Verification Directory** - Persons that apply for and receive a working **Kentucky Colonel™ ID Card** or **Kentucky Colonel License** may request to have their name added to our directory beginning in 2023. Living persons must complete a short application and waiver form based on the information they submit.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20": Type: Poster: Price: $ 35: Category: American Frontier - Posters

      

Kentucky Colonel: Honorable & Official…    Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- **Verification Directory** - Persons that apply for and receive a working **Kentucky Colonel™ ID Card** or **Kentucky Colonel License** may request to have their name added to our directory beginning in 2023. Living persons must complete a short application and waiver form based on the information they submit.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

      

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article


**Kentucky Goodwill Ambassadors**



© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel

