EXHIBIT 17

# EXHIBIT 17

Kentucky Colonel: Honorable & Official...

Home   Articles   Guide   History   News   Resources   Topics   Sitemap



# Kentucky Colonel Branches

A Kentucky Colonel Branch can be one of several things; it can refer to our bank which we hope to open in the future, it can refer to the branch of the Kentucky River, the branch of the Divine Elm, it could refer to several colonels meeting together at a restaurant (decentralized branch) or anyplace where colonels designate to together to conduct business while exercising their "rights, privileges and responsibilities" as a Kentucky Colonel. Any cooperative colonel can create a **new branch** simply by organizing a location or a meeting with two additional colonels. The Divine Elm Tree (a symbolic reference) has over 1,000 branches and many new ones can grow as the Governor continues to make new colonels.

## Page Coming Soon in 2023!

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

Kentucky Colonel: Honorable & Official...          Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

### Page Coming Soon in 2023!

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West ~ Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center".  - Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

          

## Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

## Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky coloneley" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

## Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article



**Kentucky Goodwill Ambassadors**



© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Coloneley, Archive #kycolonel

