# EXHIBIT 19





Case 3:20-cv-00132-RGJ   Document 97-18   Filed 01/25/23   Page 3 of 4 PageID #: 2674

1/24/23, 11:46 PM                    FireShot Capture 405 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel ID Ca_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...    Home ⌄    Articles ⌄    Guide ⌄    History ⌄    News ⌄    Resources ⌄    Topics ⌄    Sitemap



An identity document (also called ID) is any document that may be used to prove a person's identity. If issued in a small, standard credit card size form, it is usually called an identity card. When the identity document incorporates a person's photograph, it may be called photo ID; when it involves a person's occupation or a professional title it may be called or used as an ID badge or credential.

A title of honor or honorary title is a title bestowed upon individuals as an award in recognition of their merits. Often the title bears the same or nearly the same name as a title of authority, but the person bestowed does not have to carry out any duties, except for ceremonial or voluntary ones. Evidence of beholding an honorary title is usually demonstrated with a badge, business card, certificate, credential, medal, an insignia, by word of mouth or any combination thereof. Those who receive titles of honor frequently use them on their resumé or curriculum vitae. Impressive official identity credentials are essential for anyone who uses the title of "Colonel" or abbreviation "Col." as a prefix to your honorable name, especially those living outside of Kentucky.

Some states and some nations recognize the Honorable Title: Kentucky Colonel and the Office of the Colonelcy from Colonial history, while others falsely assume it is a militia rank so our special cards will clearly state particular details that distinguish the Honorable Title and the Person that has been commissioned as a civilian officer of the Commonwealth of Kentucky. Only a commissioned Kentucky Colonel can obtain a card by joining our groups on Facebook or LinkedIn and invest in our platform as a cooperative owner.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

Case 3:20-cv-00132-RGJ   Document 97-18   Filed 01/25/23   Page 4 of 4 PageID #: 2675

1/24/23, 11:47 PM                FireShot Capture 407 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel ID Ca_ - www.kycolonelcy.us

while others falsely assume it is a militia rank so our special cards will clearly state particular details that distinguish the Honorable Title and the Person that has been commissioned as a civilian officer of the Commonwealth of Kentucky. Only a commissioned Kentucky Colonel can obtain a card by joining our groups on Facebook or LinkedIn and invest in our platform as a cooperative owner.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster); Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

      Cloud Identity

**Social Media**
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

**Kentucky Colonel Title and Law**
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

**Popular Links**
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

 Kentucky Goodwill Ambassadors

 creative commons

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775
Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel