EXHIBIT 20

# EXHIBIT 20

Case 3:20-cv-00132-RGJ   Document 97-19   Filed 01/25/23   Page 2 of 3 PageID #: 2677

1/24/23, 11:48 PM                FireShot Capture 408 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Busin_ - www.kycolonelcy.us



Case 3:20-cv-00132-RGJ   Document 97-19   Filed 01/25/23   Page 3 of 3 PageID #: 2678

1/24/23, 11:48 PM   FireShot Capture 409 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Busin_ - www.kycolonelcy.us

professionalism. In the late 20th century, technological advances drove changes in style, and today a professional business card will often include one or more aspects of striking visual design.

Download our Business Card recommendation sheet.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster); Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

Kentucky Goodwill Ambassadors

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel