E
X
H
I
B
I
T

2
1

# EXHIBIT 21

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 2 of 16 PageID #: 2680

1/24/23, 11:49 PM                     FireShot Capture 410 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



## List of Kentucky Colonels 1775-2025

The complete list of persons that have received the Kentucky Colonel Commission is lengthly to say the least there are over 300,000 people that have received a Kentucky Colonel Commission from one of 55 of its 59 governors that have served the state. Two of the governors never had an opportunity to name any colonels on their staff because they died in office shortly after their elections.

### Non Exhaustive List of Recognized Persons that Behold the Honorable Title "Colonel" (Project 2023-2025)

Due to personal privacy laws we cannot publish the entire list of persons that have been named a

Add your Name to our List

A

B

C

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 3 of 16 PageID #: 2681

1/24/23, 11:50 PM                         FireShot Capture 411 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel, despite it being awarded under the auspices of a public act. This section does reflect Kentucky colonels that we discover in the news media, in the social media that have shown their commissions or have requested to be included on this list of Kentucky colonels.

The state records can be visited and accessed in the State Capitol in Frankfort in person. The Governor's Office will not confirm who is or is not a Kentucky Colonel, they do not maintain a database of all that have been granted the award. According to the Commonwealth, at the beginning of the 20th century the State Capitol burned, all the important records were lost in the fire, so it is not likely a complete list can be assembled. The most accomplished colonels did their work prior to the commission becoming a civil award in 1896 under the governor.

### Add your Name to our List

To add your name to this list take a 800 to 1600 pixel wide PNG or JPG photo holding your commission by placing it in Google Photos and making the photo public, make sure you add your personal metadata and contextual description of the photo. The photo can also contain the geolocation, the camera data, date, time, etc; some of these settings can only be edited using the camera or a photo editing app. You can edit the photo in Google Photos or you can use the Online Image Editor that we use.

Once your photo is ready:

Email us a link - Subj. (The List) along with your full name on the commission 'Honorable _____ _____', the date you were commissioned, and the name of the governor that commissioned you. A form will be developed for this in the future, but for now it is just old-fashioned email. Other links can be included in your email our webmaster will connect them to your profile record which is automatically created when your email is received. Send your email to kycolonelcy@gmail.com a volunteer will stylize your name preceded with the abbreviation "Col." and link your name to your photo or webpage. Photos using a Facebook/Meta URL or a LinkedIn URL are not acceptable because they have already been published, all photos must be on Google Photos or a personal website. Pinterest and Flickr links are also acceptable. Photos under 800 pixels or over 1600 pixels wide will not be accepted.

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 4 of 16 PageID #: 2682

1/24/23, 11:50 PM                    FireShot Capture 412 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Col. Eddie "Rochester" Anderson

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 5 of 16 PageID #: 2683

1/24/23, 11:50 PM                              FireShot Capture 413 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...        Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- Agyenim Boateng
- Edward R. Bradley
- Sanders D. Bruce
- Keith Bulen
- Steve Butler
- Bob Barker
- Jim Beam
- Omar Bradley
- Lloyd Bridges
- Foster Brooks
- George H.W. Bush
- Richard E. Byrd

### C

- Athena Cage
- James B. Conant
- Eoghan Corry
- Bantz J. Craddock
- Oleta Crain
- Ron Cyrus
- Eddie Cantor
- LeRoy T. Carleson
- Harry Carson
- Carol Channing
- Winston Churchill

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 6 of 16 PageID #: 2684

1/24/23, 11:51 PM                    FireShot Capture 414 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home ⌄    Articles ⌄    Guide ⌄    History ⌄    News ⌄    Resources ⌄    Topics ⌄    Sitemap    🔍

- Bill Clements
- Bill Clinton
- Rosemary Clooney
- Alistair Cooke
- John S. Cooper
- Joan Crawford
- Bing Crosby
- Norm Crosby
- Henry Cuellar
- Billy Ray Cyrus

**D**

- John Dale (minister)
- George Daugherty
- Harry A. DeMaso
- Charles K. Duncan
- John C. Dvorak
- Bebe Daniels
- Jack Dempsey
- Johnny Depp
- Phyllis Diller
- Jimmy Durante

**E**

- Bob Edwards

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 7 of 16 PageID #: 2685

1/24/23, 11:51 PM                    FireShot Capture 415 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- Bob Edwards
- Rusty Edwards
- Emanuele Filiberto of Savoy, Prince of Venice
- Tommy Emmanuel
- Graves B. Erskine
- Jade Esteban Estrada
- Dale Evans

**F**

- Joseph Fennimore
- Peter S. Fosi
- Randall Franks
- Jose Ferrer
- Jeff Foxworthy
- Glenn Frey

**G**

- Clarence Gaines
- Evelyn Gandy
- Whoopi Goldberg
- Richard Greene (musician)
- Clark Gable
- Ralph F. Gates
- Crystal Gayle
- Phyllis George

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 8 of 16 PageID #: 2686

1/24/23, 11:51 PM                    FireShot Capture 416 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



- Newt Gingrich
- John Glenn
- Whoopi Goldberg
- Jeff Gordon
- Peter Graves
- Wayne Gretzky

**H**

- Des Hanafin
- George Helon
- Clifford A. Henricksen
- Clay Higgins
- Tom T. Hall
- Duncan Hines
- J. Edgar Hoover
- Bob Hope
- Louis McHenry Howe

**I**

- Christian Ingebrigtsen

**J**

- Yahya Jammeh
- Jan Johansson (bluegrass musician)

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 9 of 16 PageID #: 2687

1/24/23, 11:52 PM                    FireShot Capture 417 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home    Articles    Guide    History    News    Resources    Topics    Sitemap    🔍

- Dan Johnson (Kentucky politician)
- Richard Mentor Johnson
- Shelton Johnson
- Ashley Judd
- Pope John Paul II
- Lyndon B. Johnson
- Naomi Judd
- Wynonna Judd

## K

- Edwin Kagin
- Khuda Buksh
- Jimmy Kimmel
- Barry Klarberg
- Geoffrey Kleinman
- Peter Kinder
- Bobby Knight
- Charles Kuralt

## L

- Juan LaFonta
- Buddy Landel
- Kevin Lembo
- Jerry Lewis

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 10 of 16 PageID #: 2688

1/24/23, 11:52 PM                        FireShot Capture 418 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 11 of 16 PageID #: 2689

1/24/23, 11:53 PM                      FireShot Capture 419 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...        Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

**N**

- Nanjundi Kalyana
- Christopher S. Nickell
- Bill Nimmo
- Steve Nimmons
- Wayne Newton
- Joe Nickell
- Ted Nugent

**O**

- Richard Osterlind
- Marie Osmond
- O'Dell M. Owens

**P**

- James E. Pepper
- James Ashbrook Perkins
- Garnet Porter
- Hal Prewitt
- Colonel Tom Parker
- Mary Peters
- Richard Petty
- Elvis Presley

Case 3:20-cv-00132-RGJ    Document 97-20    Filed 01/25/23    Page 12 of 16 PageID #: 2690

1/24/23, 11:53 PM                        FireShot Capture 420 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 13 of 16 PageID #: 2691

1/24/23, 11:53 PM                    FireShot Capture 421 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



- Jordan Smith (musician)
- Pat Spearman
- Michael "Miles" Standish
- Susan Stanton
- Ivan Stedeford
- Samuel Taylor Suit
- Ruth C. Sullivan
- Ibrahim B. Syed
- Raphael Saadiq
- Norman Schwarzkopf
- Paul Shaffer
- Red Skelton
- Dick Smothers
- Tommy Smothers
- Igor Stravinsky

**T**

- Jim Teachenor
- Shirley Temple
- Wilson Edgar Terry
- Ashley Tesoro
- Dave Thomas (businessman)
- Hunter S. Thompson
- Harry Turtledove
- Robert A. Taft

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 14 of 16 PageID #: 2692

1/24/23, 11:54 PM                          FireShot Capture 422 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- Shirley Temple
- Richard Thomas
- Hunter S. Thompson
- Mel Tillis
- Lily Tomlin

**U**

**V**

- Marlana VanHoose
- Raymond Charles Vietzen

**W**

- Charles D. Walker
- John Henry Whallen
- Betty White
- Gordon Whitener
- Frank C. Whitmore Jr.
- Brad Wilkerson
- J. D. Wilkes
- Eric Lloyd Williams
- Matt Winn
- Dennis Wolton

Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 15 of 16 PageID #: 2693

1/24/23, 11:54 PM                    FireShot Capture 423 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:20-cv-00132-RGJ   Document 97-20   Filed 01/25/23   Page 16 of 16 PageID #: 2694

1/24/23, 11:54 PM                    FireShot Capture 424 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



- Irene M. Zoppi

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20"; Type: Poster; Price: $.35; Category: American Frontier | Posters

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonel®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

Kentucky Goodwill Ambassadors

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel