EXHIBIT 22

# EXHIBIT 22

Case 3:20-cv-00132-RGJ   Document 97-21   Filed 01/25/23   Page 2 of 3 PageID #: 2696

1/24/23, 11:55 PM                FireShot Capture 425 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Regis_ - www.kycolonelcy.us



Case 3:20-cv-00132-RGJ Document 97-21 Filed 01/25/23 Page 3 of 3 PageID #: 2697

1/24/23, 11:56 PM  FireShot Capture 426 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Regis_ - www.kycolonelcy.us

