# EXHIBIT 23

Case 3:20-cv-00132-RGJ   Document 97-22   Filed 01/25/23   Page 2 of 3 PageID #: 2699

1/24/23, 4:57 PM    FireShot Capture 389 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Club_ - www.kycolonelcy.us



