EXHIBIT 24

# EXHIBIT 24



Case 3:20-cv-00132-RGJ  Document 97-23  Filed 01/25/23  Page 3 of 5 PageID #: 2703

1/24/23, 11:57 PM                        FireShot Capture 428 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...                        Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Cookies Policy) refers to the Commonwealth Colonels.
- **You** means the individual accessing the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.
- **Website** refers to https://kycolonelcy.us, [.com], [.net] and [.org]. (Kentucky Colonelcy).
- **Service** refers to the Website.

## General Disclaimer

The information contained on the Service is for general information purposes only.

The Company assumes no responsibility for errors or omissions in the contents of the Service.

In no event shall the Company be liable for any special, direct, indirect, consequential, or incidental damages or any damages whatsoever, whether in an action of contract, negligence or other tort, arising out of or in connection with the use of the Service or the contents of the Service. The Company reserves the right to make additions, deletions, or modifications to the contents on the Service at any time without prior notice. This Disclaimer has been created with the help of Disclaimer Generator.

## External Links Disclaimer

The Service may contain links to external websites that are not provided or maintained by or in any way affiliated with the Company. Please note that the Company does not guarantee the accuracy, relevance, timeliness, or completeness of any information on these external websites.

## Errors and Omissions Disclaimer

The information given by the Service is for general guidance on matters of interest only. Even if the Company takes every precaution to insure that the content of the Service is both current and accurate, errors can occur. Plus, given the changing nature of laws, rules and regulations, there may be delays, omissions or inaccuracies in the information contained on the Service.

The Company is not responsible for any errors or omissions, or for the results obtained from the use of this information.

## Fair Use Disclaimer

The Company may use copyrighted material which has not always been specifically authorized by the copyright owner. The Company is making such material available for criticism, comment, news reporting, teaching, scholarship, or research.

1/24/23, 11:57 PM                                  FireShot Capture 429 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us



