EXHIBIT 25

# EXHIBIT 25

# Whois — Identity for everyone

Enter Domain or IP    WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

## kycolonels.org

Updated 8 minutes ago

**Interested in similar domains?**

| kscolonels.com | Buy Now |
| kycolonelsphotography.com | Buy Now |
| kycolonelslaw.com | Buy Now |
| hotelkycolonels.com | Buy Now |
| kscolonels.net | Buy Now |
| kycolonelsphotography.net | Buy Now |

### Domain Information

| Domain: | kycolonels.org |
| Registrar: | Network Solutions, LLC |
| Registered On: | 2000-09-29 |
| Expires On: | 2026-09-29 |
| Updated On: | 2022-10-05 |
| Status: | clientTransferProhibited |
| Name Servers: | ns.bluegrass.net<br>ns1.bluegrass.net |

### Registrant Contact

| State: | FL |
| Country: | US |

### Raw Whois Data

```
Domain Name: kycolonels.org
Registry Domain ID: 9a9d5a2b66b94ec982cc3d2fc74dd422-LROR
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://www.networksolutions.com
Updated Date: 2022-10-05T12:29:12Z
Creation Date: 2000-09-29T19:45:59Z
Registry Expiry Date: 2026-09-29T19:45:59Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: domain.operations@web.com
Registrar Abuse Contact Phone: +1.8777228662
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FL
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identifi
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

**.space** $24.88 $1.88

BUY NOW

*Offer ends 31st January 2023

**On Sale!**



**.FUN @ $1.88** $23.88

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
Name Server: ns.bluegrass.net
Name Server: ns1.bluegrass.net
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-01-24T21:12:36Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Access to Public Interest Registry WHOIS information is provided to a
```



### related domain names

networksolutions.com    web.com    icann.org    bluegrass.net

**Leading provider of web presence solutions that empower you to establish and grow your online presence.**

Learn more About Us

Login  or  Create an Account

Follow Us

**Domains**
- Register Domain Name
- Transfer Domain Name
- View Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain
- Domain Offers

**Hosting & Products**
- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Linux Reseller Hosting
- Windows Reseller Hosting
- Dedicated Servers
- Cloud Hosting
- Website Builder
- Business Email
- Enterprise Email
- Google Workspace
- SSL Certificates
- Sitelock
- CodeGuard

**Infrastructure**
- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

**Support**
- View Knowledge Base
- Contact Support
- Report Abuse
- About Whois

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy