E
X
H
I
B
I
T

2
6

# EXHIBIT 26

1/24/23, 4:22 PM
Whois kycolonelcy.us



DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

Enter Domain or IP    WHOIS

# kycolonelcy.us

Updated 8 minutes ago ↻

**Interested in similar domains?**

| | |
|---|---|
| **kscolonelcy.com** | Buy Now |
| **kycolonelcyphotography.com** | Buy Now |
| **hotelkycolonelcy.com** | Buy Now |
| **kydicolonelcy.com** | Buy Now |
| **kycolonelcy.net** | Buy Now |
| **kscolonelcy.net** | Buy Now |

## Domain Information

| | |
|---|---|
| Domain: | kycolonelcy.us |
| Registrar: | Google LLC |
| Registered On: | 2021-01-30 |
| Expires On: | 2023-01-30 |
| Updated On: | 2022-02-04 |
| Status: | clientTransferProhibited |
| Name Servers: | ns-cloud-b1.googledomains.com |
| | ns-cloud-b4.googledomains.com |
| | ns-cloud-b2.googledomains.com |
| | ns-cloud-b3.googledomains.com |

## Registrant Contact

| | |
|---|---|
| Name: | Col. David J. Wright |
| Organization: | American Colonels Network |
| Street: | 302 General Smith Drive |
| City: | Richmond |
| State: | KY |
| Postal Code: | 40475 |
| Country: | US |
| Phone: | +1.8593798277 |
| Email: | **david.wright**@globcal.net |

## Administrative Contact

| | |
|---|---|
| Name: | Col. David J. Wright |
| Organization: | American Colonels Network |
| Street: | 302 General Smith Drive |
| City: | Richmond |
| State: | KY |
| Postal Code: | 40475 |
| Country: | US |

.space

$~~24.88~~ **$1.88**

BUY NOW

*Offer ends 31st January 2023

**On Sale!**



.BIZ @ $7.88 ~~$19.88~~

| Phone: | +1.8593798277 |
| Email: | **david.wright**@globcal.net |

## Technical Contact

| Name: | Col. David J. Wright |
| Organization: | American Colonels Network |
| Street: | 302 General Smith Drive |
| City: | Richmond |
| State: | KY |
| Postal Code: | 40475 |
| Country: | US |
| Phone: | +1.8593798277 |
| Email: | **david.wright**@globcal.net |

## Raw Whois Data

```
Domain Name: kycolonelcy.us
Registry Domain ID: D27FD7112C0EB434AA31FDB1222FAD2E1-NSR
Registrar WHOIS Server: whois.google.com
Registrar URL: https://domains.google
Updated Date: 2022-02-04T22:34:50Z
Creation Date: 2021-01-30T18:12:26Z
Registry Expiry Date: 2023-01-30T18:12:26Z
Registrar: Google LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse@google.com
Registrar Abuse Contact Phone: +1.6502530000
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: C9DD57CBAE57C4C199BAC8C879C9F72BF-NSR
Registrant Name: Col. David J. Wright
Registrant Organization: American Colonels Network
Registrant Street: 302 General Smith Drive
Registrant Street:
Registrant Street:
Registrant City: Richmond
Registrant State/Province: KY
Registrant Postal Code: 40475
Registrant Country: US
Registrant Phone: +1.8593798277
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: david.wright@globcal.net
Registrant Application Purpose: P4
Registrant Nexus Category: C11
Registry Admin ID: C9DD57CBAE57C4C199BAC8C879C9F72BF-NSR
Admin Name: Col. David J. Wright
Admin Organization: American Colonels Network
Admin Street: 302 General Smith Drive
Admin Street:
Admin Street:
Admin City: Richmond
Admin State/Province: KY
Admin Postal Code: 40475
Admin Country: US
Admin Phone: +1.8593798277
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: david.wright@globcal.net
Admin Application Purpose: P4
Admin Nexus Category: C11
```



Introducing
**WORDPRESS HOSTING**
$**3.58**/mo
VIEW MORE

```
        Registry Tech ID: C9DD57CBAE57C4C199BAC8C879C9F72BF-NSR
        Tech Name: Col. David J. Wright
        Tech Organization: American Colonels Network
        Tech Street: 302 General Smith Drive
        Tech Street:
        Tech Street:
        Tech City: Richmond
        Tech State/Province: KY
        Tech Postal Code: 40475
        Tech Country: US
        Tech Phone: +1.8593798277
        Tech Phone Ext:
        Tech Fax:
        Tech Fax Ext:
        Tech Email: david.wright@globcal.net
        Tech Application Purpose: P4
        Tech Nexus Category: C11
        Name Server: ns-cloud-b1.googledomains.com
        Name Server: ns-cloud-b4.googledomains.com
        Name Server: ns-cloud-b2.googledomains.com
        Name Server: ns-cloud-b3.googledomains.com
        DNSSEC: signedDelegation
        URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
        >>> Last update of WHOIS database: 2023-01-24T21:14:16Z <<<

        For more information on Whois status codes, please visit https://icann.org/epp

        .US WHOIS Complaint Tool - http://www.whoiscomplaints.us
        Advanced WHOIS Instructions - http://whois.us/help.html

        Registry Services, LLC, the Registry Administrator for .US, has collected this info

        Registry Services, LLC makes this information available to you "as is" and does not

        (1) to allow, enable, or otherwise support the transmission of mass unsolicited, co
        (2) in contravention of any applicable data and privacy protection laws; or
        (3) to enable high volume, automated, electronic processes that apply to the regist

        Compilation, repackaging, dissemination, or other use of the WHOIS database in its

        We reserve the right to modify or change these conditions at any time without prior
```

### related domain names

google.com    domains.google    icann.org    globcal.net    googledomains.com    whoiscomplaints.us    whois.us



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Hosting & Products**

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

1/24/23, 4:22 PM                                      Whois kycolonelcy.us

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy