UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:23-CV-00043-RGJ |
| ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC., ET AL. | ) ) ) ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 55(a), hereby requests the Clerk of this Court enter default against Ecology Crossroads Cooperative Foundation, Inc. and Globcal International (the "Corporate Defendants").

Fed. R. Civ. P. 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

In support of this Request, Plaintiff submits, and incorporates herein, the attached Affidavit demonstrating the Corporate Defendants' failure to plead or otherwise defend after being properly served with the complaint and summons. *RQSI Global Asset Allocation Master Fund, Ltd. v. APERCU International PR LLC*, 3:15-cv-778, 2019 WL 1922052 (W.D. Ky. Feb. 22, 2019) (citing *Ramada Franchise Systems, Inc. v. Baroda Enterprises, LLC*, 220 F.R.D. 303, 305 (N.D. Ohio 2004)).

Therefore, Plaintiff respectfully requests that the Clerk of this Court enter default against the Corporate Defendants, Ecology Crossroads Cooperative Foundation, Inc. and Globcal International. A proposed order for entry of default is attached hereto.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and via email at kycolonels.international and david.wright@globcal.net on the 6th day of March, 2023:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101086403.1