UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. ) ) ) PLAINTIFF ) ) ) v. ) ECOLOGY CROSSROADS ) COOPERATIVE FOUNDATION, INC., ) ET AL. ) ) DEFENDANTS ) | CIVIL ACTION NO. 3:23-CV-00043-RGJ |

## AFFIDAVIT

Affiant, Cornelius E. Coryell II, being first duly sworn, states as follows:

1. I am employed as an attorney with Wyatt, Tarrant & Combs, LLP and serve as counsel to Plaintiff in this matter.

2. I have made this Affidavit on the basis of personal knowledge of the matters set forth herein. I am over the age of eighteen and I am competent to testify to the matters set forth herein.

3. Plaintiff filed its Verified Complaint on January 25, 2023 against Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads") and Globcal International ("Globcal") (the "Corporate Defendants") and David J. Wright ("Wright") **[DN 1]**. Copies of the Summons, Complaints, and exhibits thereto were mailed, certified mail-return receipt requested, and First Class United States mail to the agent for service of process for

the Corporate Defendants, Maya-Lis A. Wright, at 302 General Smith Drive, Richmond, Kentucky 40475.

4. The certified mail packages were claimed and signed for on January 27, 2023 [**DN 8-1**, PageID #647] and January 31, 2023 [**DN 8-2**, PageID #649], respectively.

5. By Order dated February 16, 2023 [**DN 9**], the Court denied the request for an extension of time for the Corporate Defendants to answer or otherwise respond to the Verified Complaint made by the *pro se* Defendant David J. Wright ("Wright").

6. The Corporate Defendants' deadlines for answering or otherwise responding to the Verified Complaint were February 18, 2023 (for Ecology Crossroads) and February 21, 2023 (for Globcal International).

7. The Corporate Defendants have failed to answer or otherwise respond to the Verified Complaint. No counsel of record has entered an appearance of representation for the Corporate Defendants or made an appropriate request for an extension of time to answer or otherwise respond to the Verified Complaint.

8. Because the Corporate Defendants have failed to answer or otherwise respond to the Verified Complaint, they are in default.

## VERIFICATION

I, Cornelius E. Coryell II, hereby certify that I have reviewed the foregoing statements, and they are true and accurate to the best of my knowledge and belief.

_____
Cornelius E. Coryell II

STATE OF KENTUCKY              )
                               )  :SS
COUNTY OF JEFFERSON___  )

The foregoing instrument was subscribed, sworn to, and acknowledged before me this 6th day of March, 2023, by Cornelius E. Coryell II.

My commission expires: August 23, 2023.

Michele P Davis
Notary Public, ID No. 628551
State at Large, Kentucky
My Commission Expires on Aug. 23, 2023

_____
NOTARY PUBLIC
NOTARY I.D. 628551

101086409.1

3