# EXHIBIT 1

Motion for Temporary Restraining Order and Preliminary Injunction

EXHIBIT 1

| TM/AN/RN/Disclaimer | Status/Key Dates | Brief Goods/Services |
|---|---|---|
| KENTUCKY COLONELS<br>RN: 6236898<br>SN: 88800035 | Registered, January 5, 2021<br>Office Status: Registered<br>Int'l Class: 41<br>First Use: 1931<br>Filed: February 17, 2020<br>Registered: January 5, 2021<br>Register Type: Principal Register - Sec. 2(F) | Int'l Class: 41<br>(Int'l Class: 41)<br>Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members |
| KENTUCKY COLONELS<br>RN: 6292185<br>SN: 88800038 | Registered, March 16, 2021<br>Office Status: Registered<br>Int'l Class: 35<br>First Use: 1931<br>Filed: February 17, 2020<br>Registered: March 16, 2021<br>Register Type: Principal Register - Sec. 2(F) | Int'l Class: 35<br>(Int'l Class: 35)<br>Association services, namely, promoting the interests of individuals selected by the Governor of the Commonwealth of Kentucky to receive an honorary commission; Promoting the interests of members of the Honorable Order of Kentucky Colonels organization by means of club services |
| KENTUCKY COLONELS<br>RN: 5981310<br>SN: 88423336<br>Disclaimer: "KENTUCKY" | Registered, February 11, 2020<br>Office Status: Registered<br>Int'l Class: 30<br>First Use: December 12, 2017<br>Filed: May 9, 2019<br>Registered: February 11, 2020<br>Register Type: Principal Register | Int'l Class: 30<br>(Int'l Class: 30)<br>Barbeque sauce; Candy; Caramel sauce; Chocolate candies; Chocolate confections, namely, bourbon infused candies; Chocolate sauce; Marinades; Salsa |
| KENTUCKY COLONELS<br>RN: 6939801<br>SN: 97126292<br>Disclaimer: "KENTUCKY" | Registered, January 3, 2023<br>Office Status: Registered<br>Int'l Class: 33<br>First Use: July, 2019<br>Filed: November 15, 2021<br>Registered: January 3, 2023<br>Register Type: Principal Register | Int'l Class: 33<br>(Int'l Class: 33)<br>Bourbon; Whisky; Distilled spirits |
| KENTUCKY COLONELS<br>RN: 4596450<br>SN: 86168292<br>Disclaimer: "KENTUCKY" | Registered, November 18, 2020<br>Office Status: Section 8-Accepted<br>Int'l Class: 34<br>First Use: November 20, 2002<br>Filed: January 17, 2014<br>Registered: September 2, 2014<br>Register Type: Principal Register | Int'l Class: 34<br>(Int'l Class: 34)<br>Cigars |
| KENTUCKY COLONELS<br>RN: 6286056<br>SN: 88800020 | Registered, March 9, 2021<br>Office Status: Registered<br>Int'l Class: 36 | Int'l Class: 36<br>(Int'l Class: 36)<br>Charitable fundraising services; |

| TM/AN/RN/Disclaimer | Status/Key Dates | Brief Goods/Services |
|---|---|---|
| | First Use: 1931<br>Filed: February 17, 2020<br>Registered: March 9, 2021<br>Register Type: Principal Register - Sec. 2(F) | Charitable fundraising services by means of organizing and conducting special events; Providing grants to non-profit organizations |
| KENTUCKY COLONELS<br>RN: 2812681<br>SN: 76499062<br>Disclaimer: "KENTUCKY" | Renewed, February 6, 2014<br>Office Status: Registered and Renewed<br>Int'l Class: 06,14,21,22,25,26<br>First Use: October 21, 2002<br>Filed: March 10, 2003<br>Registered: February 10, 2004<br>Last Renewal: February 10, 2014<br>Register Type: Principal Register | Int'l Class: 06, 14, 21, 22, 25, 26<br>(Int'l Class: 06)<br>Metal key chains; metal money clips; commemorative metal license plates<br>(Int'l Class: 14)<br>Necklaces; rings being jewelry; ornamental lapel pins; cuff-links; tie-clips<br>(Int'l Class: 21)<br>Coffee cups; drinking glasses; shot glasses; drinking flasks<br>(Int'l Class: 22)<br>Multi-purpose cloth bags<br>(Int'l Class: 25)<br>Clothing, namely, shirts, T-shirts, sweat shirts, jackets, vests, baseball caps<br>(Int'l Class: 26)<br>Embroidered patches for clothing |
| HONORABLE ORDER OF KENTUCKY COLONELS<br>RN: 1227024<br>SN: 73299122 | Renewed, October 16, 2022<br>Office Status: Registered and Renewed<br>Int'l Class: 42<br>First Use: May 10, 1957<br>Filed: March 2, 1981<br>Registered: February 8, 1983<br>Last Renewal: February 8, 2023<br>Register Type: Principal Register - Sec. 2(F) | Int'l Class: 42<br>(Int'l Class: 42)<br>Eleemosynary Services-Namely, Founding of Scholarship, Equipping Playgrounds and the Like and to Collect Historical and Cultural Material Pertaining to Commonwealth of Kentucky |
| HONORABLE ORDER OF KENTUCKY COLONELS<br>RN: 4939909<br>SN: 86690496 | Registered, October 13, 2022<br>Office Status: Section 8 & 15- Accepted and Acknowledged<br>Int'l Class: 36<br>First Use: May 10, 1957<br>Filed: July 12, 2015<br>Registered: April 19, 2016<br>Register Type: Principal Register - Sec. 2(F) | Int'l Class: 36<br>(Int'l Class: 36)<br>charitable services, namely, providing financial assistance for programs and services of others; providing educational scholarships |

101031702.1