# EXHIBIT 7

## Motion for Temporary Restraining Order and Preliminary Injunction

# EXHIBIT 13

Case 3:23-cv-00043-RGJ-RSE Document 99-12 Filed 09/25/23 Page 3 of 65 PageID #: 5427

1/25/23, 12:00 AM                    FireShot Capture 433 - Kentucky Colonel_ Honorable & Official Title - About Kentucky Colonel_ - www.kycolonelcy.us



## About Kentucky Colonelcy

The **Kentucky Colonelcy (website)** is a publication of a cooperative civil rights interest group made up of Kentucky colonels promoting and supporting colonels as goodwill ambassadors for the Commonwealth at home and abroad. Cooperatively we are publishers. Association as a user of our website(s) is Open-Source, that is free to all persons interested in learning about the customs, folklore, history and traditions of Kentucky since the first American colonels pioneered and settled 'Kentucky' as the first organized democratic establishment in North America starting in 1775.

Case 3:23-cv-00043-RGJ Document 99-12 Filed 09/25/23 Page 4 of 68 PageID #: 5438

1/25/23, 12:01 AM                        FireShot Capture 434 - Kentucky Colonel_ Honorable & Official Title - About Kentucky Colonel_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...                    Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

### Our Focus and Mission

Our focus on recognizing the first Kentucky Colonels, their history, deeds and why 'colonels' were so important to Kentucky's history as a Commonwealth. The website is being developed to collaborate with other colonels a definitive resource that is publicly accessible for Kentucky colonels and the academic community including anthropology, geography, history and social science students.

Our mission is to build a website and write a book that explores and factualizes the roots and purposes of Kentucky colonels and colonelcy from 1775-2025.

Any Kentucky Colonel that has a commission can potentially contribute as an author or make a contribution to the anthology.

Louisville, The Kentucky Colonels c. 1925 (Insurance) Public Domain

### Our History

Our Kentucky Colonel website is an objective that began in 1998 online to extend goodwill and project fellowship internationally between the Commonwealth of Kentucky to people of other nations and states around the world. The grand effort is to bestow an official high regard upon the title of Kentucky Colonel as an internationally recognized award and proper title. The focus is upon its colonels being **legally designated as goodwill ambassadors,** nationally and internationally while being **officially recognized** as representatives of traditional Kentucky values when travelling abroad.

The Kentucky Coloneley (website) began as an idea was adapted, conceived, developed and originated by Col. David Wright starting in 1998 to establish **an active international membership association and public registry** where members could participate socially and perpetuate their recognition as Kentucky colonels in a dignified and professional manner. What we have become is more of an equal social order rather than as military Kentucky colonel brigade, command, sociopolitical group, or a subjective membership structure.

Kentucky Colonel: Honorable & Official...                     Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

**Our International Commissioners**

Our Colonelship has eight officers including **Col. Nicholas Wright, Col. Luis Cruz Diaz, Col. Maria Veneke Ylikomi, Col. Djordje Marinkovic, Col. James D. Garcia, Col. Fiyinfoluwa Elegbede, Col. Godfrey Brock-Gadd** and **Col. David Wright**; all of them are considered volunteers to carry authorship; most of them have extensive experience in international affairs or other special skills that qualify them as professional goodwill ambassadors.

The title of "Kentucky Colonel" has come to be recognized by heads of state, the United States Congress, at the United Nations, by international non-governmental organizations, and among royalty through these noteworthy individuals. The Kentucky Colonelcy authors have extensive experience in human and civil rights or are cause advocates for social justice issues including the environment, migration, animal welfare, indigenous peoples, women and children as well as other global issue areas.

**International Registry of Kentucky Colonels**

Our formation was developing a Registry Project that we announced in 2018 exclusively for Kentucky colonels who wanted to be recognized in the international theater for their achievement and officialize their title internationally to practice as goodwill ambassadors. The registry (a decentralized blockchain project) first became available in November 2019 for those who were interested in receiving an additional credential and having their title recognized in a publicly searchable database, however due to budget setbacks and technical problems the project was halted to be professionally redeveloped under a sister organization, the Goodwill Ambassador Commission which is established offshore as a non-state entity for the international theater. The project will now formally be restarted independently for many different tiles in 2022 using our original registry idea.

The registry will offer colonels a **certificate of registration, a lifetime ID card** and additional **Internet services** with Google using a credential called **IDaaS (Identity-as-a-Service)**. The electronic online directory is searchable so Kentucky colonels can have their titles verified by a third party whenever they present it. The identity service will be compatible with Chrome, iPhone and Android it can be used with any Mac, Windows or Linux based operating system to access special Google services provided by the organization.

**Kentucky Colonel™ is not Kentucky Colonels®**

**Kentucky Colonel™**, **Commonwealth Colonels** and the **Kentucky Colonelcy WebSite** are not **The Honorable Order of Kentucky Colonels, Inc. (HOKC)** nor are we a military brigade or fictitious militia of Kentucky colonels; many of our followers in the social media have also

Case 3:23-cv-00043-RGJ-RSE Document 9-12 Filed 01/25/23 Page 6 of 65 PageID #: 5480

1/25/23, 12:01 AM                    FireShot Capture 436 - Kentucky Colonel_ Honorable & Official Title - About Kentucky Colonel_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...

Home ⌄    Articles ⌄    Guide ⌄    History ⌄    News ⌄    Resources ⌄    Topics ⌄    Sitemap    🔍

### Kentucky Colonel™ is not Kentucky Colonels®

Kentucky Colonel™, Commonwealth Colonels and the Kentucky Colonelcy WebSite are not The Honorable Order of Kentucky Colonels, Inc. (HOKC) nor are we a military brigade or fictitious militia of Kentucky colonels; many of our followers in the social media have also been recognized by the Honorable Order as their supporters or donors at some point and are always welcome to support their independent charitable institution; however our formation is **not endorsed, affiliated, associated or sponsored by the Honorable Order of Kentucky Colonels**. The fact of the matter is the HOKC has never deliberately used the term 'colonelcy' to describe the idea of the Kentucky Colonel during their almost 90 year history.

### The Differences

The '**Honorable Order of Kentucky Colonels**' is a private non-profit organization and registered charity in Kentucky, it is *not a state operated charter or order*, its supporters have no voting powers, participation, or personal influence over the organization or its charitable activities. As is stated in their Articles of Incorporation that are on file in Frankfort, Kentucky: "The Honorable Order of Kentucky Colonels has no members." The HOKC does however, offer symbolic membership cards to its donors as a token of appreciation or a perk to encourage participation to show solidarity with their charity, they hold several annual events fundraising for their Good Works Fund which provides funds to other Kentucky nonprofits and they sell memorabilia and other products using the trademark 'Kentucky Colonels ®' as well. In summary the HOKC operates a trademarked collective giving program that is funded by colonels, organizes events in association with the Kentucky Derby, and commercially markets products labeled under their trademark such as clothing, keychains, cigars, bourbon and other items.

Whereas, the '**Commonwealth Colonels**' is focused on providing educational information, literary works, pursuing history, promoting civil rights, international project development, and enhancing the abilities of colonels as diplomats through education. Much like the first colonels who founded Kentucky, Tennessee, Ohio, Texas, Illinois, Indiana, Michigan and West Virginia our objectives remain rooted in the history of these predecessors taking actions that are lawful, honorable and noteworthy to better the society through the creation of new efforts and establishing new horizons much like the pioneers of the past. Colonels today likewise possess specific abilities and rights under the Commonwealth to form companies and develop organizations under the same ideals that drove these pioneers.

### New Understanding (Facts are not Just History)

According to our research and new understanding today, the first Kentucky Colonel was actually commissioned by Commonwealth

ⓘ

Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

### New Understanding (Facts are not Just History)

According to our research and new understanding today, the first Kentucky Colonel was actually commissioned by Commonwealth Governor Patrick Henry, Jr. In December 1776, John Bowman from Transylvania was commissioned colonel in-charge of Kentucky, to form a company of 100 men and set up a government in Kentucky County, Colony of Virginia. The term Commonwealth of Kentucky has its roots in the Commonwealth of Virginia and Pennsylvania, their colonists and the ideas of Transylvania Colonels from Boonesborough and Harrodsburg who wrote the "Kentucke Magna Charta." Colonel was highest responsible delegated authority in the Commonwealth Colony of Virginia under Governor Henry and the Territorial Major, Brigadier General (Colonel) George Rogers Clark in 1776. The colonels under the new governor and major, divided Kentucky County into three counties by 1780, then four, then five, seven, then nine counties by 1788.

General Clark and Gov. Patrick Henry had the authority to issue colonelcies across the entire modern states of West Virginia, Kentucky, Indiana, Illinois, Ohio, Michigan and portions of and Western Pennsylvania were all created from the territory encompassed, or claimed by, the Colony of Virginia (Commonwealth of Virginia) at the time of further American independence in July 1776. Why Commonwealth Colonels?

> **Commonwealth** is a traditional English term for a political community founded for the common good. Historically it has sometimes been synonymous with "republic". The noun "commonwealth", meaning "public welfare general good or advantage", dates from the 15th century. The term literally meant "common well-being". In the 17th century, the definition of "commonwealth" expanded from its original sense of "common good" or "commonweal" to mean "a state in which the supreme power is vested in the people, a republic or democratic state". The term commonwealth also has affinity to the ideal of "common law".

By 1792 when Colonel Isaac Shelby became the First Governor there were as many as 100-250, perhaps more Kentucky District Colonels in the newly formed Commonwealth of Kentucky. Isaac Shelby himself was a North Carolina Colonel from Sullivan County, which later became part of the State of Franklin and then Tennessee. Col. Shelby moved to Kentucky in 1783, to land that he received as a bounty-surveying for the Transylvania Colony in 1775. By this time most large landholders that immigrated to the Kentucky District which received a warrant deed as an American Revolutionary War Veteran were also called colonels honorarily based on land holdings and age. Many of these colonels and their colonists (settlers) became the legislators, sheriffs, and justices of the peace after Kentucky became a state. Colonels were also responsible for polling votes from the colonists in these early years. Prior to the establishment of the State Legislature and the formation of the State the "colonels" were the highest acting officials.

Colonels continued under common law to issue commissions over landholdings, issue deeds now under the new government and all things that could be managed as the highest county officials until the Second Constitution in 1799 which did not provide powers to designate colonels or acknowledge their powers, nor did it prohibit the continuing emergence of new colonels as a customary title; but it did for justice of the peace, judges and other positions. By this time 9 counties became 30, subdivided by mostly colonels, there were hundreds of colonels. Daniel Boone, Isaac Shelby, John Bowman and of course, often called "General" or "Colonel George Rogers Clark"

Case 3:23-cv-00043-RGJ-RSE Document 9-12 Filed 01/25/23 Page 8 of 65 PageID #: 482

1/25/23, 12:02 AM                    FireShot Capture 438 - Kentucky Colonel_ Honorable & Official Title - About Kentucky Colonel_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...                    Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

were all also land surveyors and governmental authorities, well-respected in their time. Col. Leonard Helm, Col. Benjamin Logan and Col. Daniel Boone were among the highest authorities in Kentucky. *The history does not end here*, this is just a brief overview.

Colonels continued greatly in their prominence, until 1802 under an Act of Congress the Military Peace Establishment Act authorized the duties of the rank of "colonel" in the U.S. Army using the language "one **colonel**, one lieutenant-**colonel**, four majors; one adjutant, and twenty companies..." In Kentucky and Tennessee the traditions adopted of conferring coloneley as a rite of passage, customarily, among one another under common law was dying out. As we understand, more than ever now, there are many more high and low points for Kentucky's Honorary Coloneley in 1775, 1776, 1780, 1784, 1790, 1791, 1792, 1793, 1799, 1804, 1813, 1815, 1861, 1865, 1890, 1892, 1895, 1898, 1906, 1920, 1930, 1931, 1932, 1934, 1936, 1939, 1941, 1947, 1957, 1992, 2007, 2016, 2020 and other dates. Together have resulted in the ideals of the Kentucky Colonel becoming more and more commonplace as an honorary commission. Since 2007 more than 150,000 commissions have been issued in less that 15 years, a number that can sharply rise in 2020, considering basically anyone can now nominate a colonel which started on February 19, 2020.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20" Type: Poster; Price: $35 Category: American Frontier | Posters

**8 Cloud Identity**

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky coloneley" as words or terms to describe [themselves], as an honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery

Kentucky Goodwill Ambassadors

creative commons



in the ideals of the Kentucky Colonel becoming more and more commonplace as an honorary commission. Since 2007 more than 150,000 commissions have been issued in less that 15 years, a number that can sharply rise in 2020, considering basically anyone can now nominate a colonel which started on February 19, 2020.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

**Cumberland Gap (Poster):** Image Size: 24' x 20'; Type: Poster; Price: $ 35; Category: American Frontier | Posters

**Social Media**

Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

**Kentucky Colonel Title and Law**

It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky ColonelsⓇ, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer

**Popular Links**

Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

**Kentucky Goodwill Ambassadors**

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel

# EXHIBIT 14

Case 3:23-cv-00084-GJHD Document 91-13 Filed 03/18/23 Page 11 of 65 PageID #: 5105

1/25/23, 12:05 AM
FireShot Capture 440 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Coope_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official…

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

# Kentucky Colonel Cooperative

The Authority and Empowerment of the Kentucky Colonel is based in American Common Law; is made a reality through taking cooperative non-political peer-reviewed actions that are recognized by government and society. Too many leaders in the room is never an obstacle for the Kentucky Colonel Cooperative, here forevermore through the remanifestation of the Transylvania Company.

## Transylvania Company (Kentucky Colonel 1775)

The Transylvania Company is a cooperative nonprofit pursuit to discover "Old Kentucky" colonial history, practice common-law social values and protect the intellectual property of Old Kentucky Heritage as it might exist today. As a cooperative our work will involve investments in producing new economic opportunities in the area of the preservation of our natural heritage, promotion of tourism, outdoor recreation and other socioeconomic development. The activities of the cooperative will also focus on souvenir parcels and suppletory deeds using small parcels of land or monuments at tourism destinations. The



suppletory deeds using small parcels of land or monuments at tourism destinations. The **cooperative system is being implemented** because it provides colonels with a very equal playing field that is democratic in nature.

### Identification Cards, Badges and Nameplates

**December 2022** - The Transylvania Company (the cooperative) will provide ID cards, badges and nameplates to its employees during 2023. Kentucky Colonel Badges and Kentucky Colonel Nameplates will be available until June of 2023.

- To obtain an ID card a member needs to be enrolled and paying dues in the cooperative for a minimum of 30 days with a a $100 or greater investment after signing the cooperative agreement and elaborating a work profile.

- The entire communications network is based on a Virtual Workplace and the use of Google Workspace (this step of the enrollment is the most challenging involving the use of their electronic IDaaS (Identity as a Service) credential.

- Employees are required to complete several information and knowledge quizzes that will define and demonstrate their competency and character.

- Kentucky Colonel Cooperative is not our name, but it is a term that describes ethically **what we are officially forming in 2023!** The cooperative service organization in formation will be empowered with the same legal "rights, privileges and responsibilities" of the Kentucky Colonel under the same unwritten honorable code of ethics and moral obligations as the **First Pioneer Colonels of Old Kentucky** (descriptive origin) from 1775-1792 also known as "Old Kentucky".



The Office of the Kentucky Colonel is not a physical office that you can visit, it refers to the duties and responsibilities of a Kentucky Colonel that has taken an oath to serve the Commonwealth of Kentucky as a colonel professionally among other

Case 3:23-cv-00024-RGJ-HD Document 91-13 Filed 03/18/23 Page 14 of 65 PageID #: 5527

1/25/23, 12:06 AM                    FireShot Capture 442 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Coope_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...          Home ▾   Articles ▾   Guide ▾   History ▾   News ▾   Resources ▾   Topics ▾   Sitemap   🔍

colonel professionally among other colonels. The Governor provides the opportunity through the commission.

As an Civil Officer or Civilian State Official depending whether you are inside the state or outside of it our general role is the same, that is to promote the state's prosperity.

## Office of the Kentucky Colonelcy

### News for Immediate Release

**RICHMOND, 28 DEC 2022** - The world's greatest state officials and most popular goodwill ambassadors are getting their jobs back with the professional occupational title. **Kentucky Colonel** by making the Honorable Title more appealing, legal, official, recognized and better understood than it has ever been as a fictitious military order, a social club, for making good chicken or to use on Facebook as a byline when attending the Kentucky Derby to drink a Mint Julep. The cooperative social enterprise based in Richmond, Kentucky is a decentralized remotely collaborated Internet publishing company focused on the progressive development of Creative Commons content from the public domain since Colonel Daniel Boone was commissioned to build the Wilderness Road almost 250 years ago. As a cooperative it means that colonels will be invested as stakeholders entitled to dividends and as owners with equity to a professional role as an Official Kentucky Colonel.

As a cooperative social enterprise they will issue official ID cards, badges and nameplates; the cooperative colonels will be connected to a virtual workplace, have company email and be required to collaborate online or in the community for 50 hours per year. They will receive the same rate of annual pay as does a United Nations goodwill ambassador and through their investments of time and money can be paid a dividend for their work efforts and collaborative submissions. The group is currently working with a planned objective to develop a documentary project spanning the entire 250 year history of the colonel.

The organizer, Col. David Wright, commissioned in 1996 by Governor Paul Patton said, "Since we won the lawsuit filed by the Honorable Order of Kentucky Colonels in 2020, we have completely debunked their fictional militia myth of 1813 with the Secretary of State, we also discovered dozens of actual sources of Kentucky colonels, starting with Col. Daniel Boone in 1775. There is no reason to cheat descendants of their history or discredit their legacies; there were over 300 colonels in Kentucky when it was founded, all of them should be recognized. We also found the most accomplished colonels with counties named after them; it is outrageous to think today that a Kentucky Colonel can be anything legally if the first colonel is fictitious or from a pseudo-historical origin."

The organization's website says the founders of Kentucky, Lexington and Louisville were all colonels, the organization also says Kentucky is the first state that was founded exclusively by colonels who all selected Col. Isaac Shelby as its first governor in 1791.

The cooperative will focus on and reinforce the fact that **real Kentucky colonels** were the architects of government, creators of customs and traditional intellectual property, accredited discoverers of

1/25/23, 12:06 AM
FireShot Capture 443 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Coope_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...    Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍



Page    1    /   2    —   🔍   +

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West ~ Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" -Boone Society

<u>Cumberland Gap (Poster):</u> Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

Kentucky Goodwill Ambassadors

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel

EXHIBIT 15

E
X
H
I
B
I
T

1
5



# **Office of the Kentucky Colonelcy**

---

<u>News for Immediate Release</u>

**RICHMOND, 28 DEC 2022** - The world's greatest state officials and most popular goodwill ambassadors are getting their jobs back with the professional occupational title: **Kentucky Colonel** by making the Honorable Title more appealing, legal, official, recognized and better understood than it has ever been as a fictitious military order, a social club, for making good chicken or to use on Facebook as a byline when attending the Kentucky Derby to drink a Mint Julep. The cooperative social enterprise based in Richmond. Kentucky is a decentralized remotely collaborated Internet publishing company focused on the progressive development of Creative Commons content from the public domain since Colonel Daniel Boone was commissioned to build the Wilderness Road almost 250 years ago. As a cooperative it means that colonels will be invested as stakeholders entitled to dividends and as owners with equity to a professional role as an Official Kentucky Colonel.

As a cooperative social enterprise they will issue official ID cards, badges and nameplates; the cooperative colonels will be connected to a virtual workplace, have company email and be required to collaborate online or in the community for 50 hours per year. They will receive the same rate of annual pay as does a United Nations goodwill ambassador and through their investments of time and money can be paid a dividend for their work efforts and collaborative submissions. The group is currently working with a planned objective to develop a documentary project spanning the entire 250 year history of the colonel.

The organizer, Col. David Wright, commissioned in 1996 by Governor Paul Patton said, "Since we won the lawsuit filed by the Honorable Order of Kentucky Colonels in 2020, we have completely debunked their fictional militia myth of 1813 with the Secretary of State, we also discovered dozens of actual sources of Kentucky colonels, starting with Col. Daniel Boone in 1775. There is no reason to cheat descendants of their history or discredit their legacies; there were over 300 colonels in Kentucky when it was founded, all of them should be recognized. We also found the most accomplished colonels with counties named after them; it is outrageous to think today that a Kentucky Colonel can be anything legally if the first colonel is fictitious or from a pseudo-historical origin."

The organization's website says the founders of Kentucky, Lexington and Louisville were all colonels, the organization also says Kentucky is the first state that was founded exclusively by colonels who all selected Col. Isaac Shelby as its first governor in 1791.

The cooperative will focus on and reinforce the fact that **real Kentucky colonels** were the architects of government, creators of customs and traditional intellectual property, accredited discoverers of

Kentucky places, legal advisors to the first settlers, officials of the counties, entrepreneurs of companies, investors in commerce, inventors of industrial patents and social innovations of Old Kentucky (1775-1792), colonels did it all. As civilian officers recognized by the governor, some colonels went on to other jurisdictions to exercise their "rights, privileges and responsibilities" colonelling the colonists establishing towns, counties and states across America into the 20th century.

"As a new cooperative service organization being developed by 100 or more colonels, our first objective will be to restore the honor, integrity and trust in the iconic trademark figure and symbol of our historical customs, heritage and traditions associated with Kentucky and its first settlers almost 250 years ago," according to the program developers.The cooperative is being named after the **"Transylvania Company"** which was the original charter company of colonels, Daniel Boone and Richard Henderson, before being incorporated as a business name for a publisher in Kentucky for much of the 20th century.

Hon. Godfrey Brock-Gadd, a diplomatically distinguished Goodwill Ambassador and Kentucky Colonel in Belfast, Northern Ireland, advisor and mentor to the organizer of the new cooperative says, "This cooperative venture must be based on the mutual consent of its member selected board being made up of those who have received a Kentucky Colonel Commission certificate from one of the Commonwealth's governors, all decisions should be made through a majority consensus".

According to the group's ancestral, genealogical, historical former and now, its new colonels, receiving a colonelcy commission bestows a great deal of authority, confidence, honor and prestige; in Common Law. a Kentucky Colonelcy legally confers and designates the recipient with **unregulated "rights, privileges and responsibilities"** as the benefits of the civil office (it is not an empty military order without duties). Some state governors have confused the commission as an award of merit (1921) or mythical military order (1933). Justice Bertram Combs when serving on the Kentucky Court of Appeals, 1951-1955 said on the bench that a Kentucky colonel is an legal officer of the Commonwealth with greater or equal powers than those of a notary public (without an expiration date).

Col. David Wright, added, "They must understand the genuine history of the Kentucky Colonelcy well enough to bar and set aside the allegorical folklore, parody, satire and mythical colonels that arose from the idea of the Kentucky Colonel placed in purely fictional situations which began as early as 1813, 1824 and 1833. It is clear these stories have covered the trail and most obvious facts with a mystery narrative shrouding the real honorability of the title, office and person with a parallel collective illusion of a militia myth being passed off as truth and fact. If we had not discovered this reality the Kentucky Colonel Commission would have no legal basis or authority in Common Law, making it meaningless in today's society".

The sponsor of the decentralized cooperative development, responsible for technological developments using ICT and the Internet is **Ecology Crossroads Cooperative Foundation**, established in 1994 with its registered office in Richmond, Kentucky. The nonprofit was merged in 2020 with Globcal International which previously sponsored the society for its Kentucky colonels (2008-2020) and others that have gathered as followers online.

E
X
H
I
B
I
T

1
6

# EXHIBIT 16

FireShot Capture 391 - Kentucky Colonel_ Honorable & Official Title - Directory - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...

Home ⌄    Articles ⌄    Guide ⌄    History ⌄    News ⌄    Resources ⌄    Topics ⌄    Sitemap    🔍



# Kentucky Colonel Directory

This electronic directory of Kentucky colonels is a special free service provided by this WebSite in cooperation with our sister company "**Honorificus**" which is part of Globcal International which is decentralized at the Birthplace of the Kentucky Colonel in Madison County near Boonesborough; only persons that are legally registered to work with the **Office of the Civilian Colonelcy** using the **Title: Kentucky Colonel** internationally, or are Kentucky residents that use the **Honorable Title: Kentucky Colonel, Col. or Colonel** in association with Kentucky (the state, its people, not government or politics) as individual public figures, community leaders, attorneys, journalists, bloggers, celebrities and business owners or anyone who may have been issued a **Kentucky Colonel License™** or requested a **Kentucky Colonel™ ID Card** or **Goodwill Ambassador™ ID Card** (Official Identification Cards). This is a planned objective to enhance the perspective and scope of Kentucky Colonelcy, the Honorable Title, the modern duties of the office and its importance as the origin and source of democratic civilian government, idealism and society throughout America.

Offsite Search Engine Goes Here

ⓘ

## Kentucky Colonel Directory Participants

Data and information provided to the **Kentucky Colonel Directory** will be used here within our WebSite in the future for mapping programs

Kentucky Colonel: Honorable & Official...     Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

## Kentucky Colonel Directory Participants

Data and information provided to the **Kentucky Colonel Directory** will be used here within our WebSite in the future for mapping programs, demographics and the development of a historical archetype for museums internationally. Currently our database contains 200 historical figures from the 18th, 19th, 20th and 21st centuries.

- **Creative Commons Directory** - Listed are all those Kentucky colonels that have been known in association with their reciprocal acknowledgement of the award with a news release, in a news article, in a historical account or that was described by an independent third party in writing.

- **Genealogical Directory** - Persons that find or encounter information in the public records, genealogical records, old photographs, church records, land records, military records or other archives may supplement existing records where the pronominal prefix "Colonel" or "Col." was clearly used.

- **Memorial Directory** - Family members with animate and intimate knowledge of a deceased Kentucky Colonel may submit an obituary, personal data profile, worded biographical summary, genealogical information, and a photograph by submitting a donation to support our educational website.

- **Verification Directory** - Persons that apply for and receive a working **Kentucky Colonel™ ID Card** or **Kentucky Colonel License** may request to have their name added to our directory beginning in 2023. Living persons must complete a short application and waiver form based on the information they submit.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

        

Kentucky Colonel: Honorable & Official...

Home ⌄ | Articles ⌄ | Guide ⌄ | History ⌄ | News ⌄ | Resources ⌄ | Topics ⌄ | Sitemap | 🔍

- **Verification Directory** - Persons that apply for and receive a working **Kentucky Colonel™ ID Card** or **Kentucky Colonel License** may request to have their name added to our directory beginning in 2023. Living persons must complete a short application and waiver form based on the information they submit.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" -Boone Society.

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

      

### Social Media

Facebook Page

Facebook Groups

YouTube Channel

Twitter Account

LinkedIn Profile

Colonel Quora Com

Pinterest Board

Crunchbase SU

### Kentucky Colonel Title and Law

It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes as long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links

Bibliography

Title Mark (TM)

Resources

Myth of the Colonel

US Newspapers

Image Gallery

List of Colonels

Wikipedia Article



Kentucky Goodwill Ambassadors



© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel



# EXHIBIT 17



# Kentucky Colonel Branches

A Kentucky Colonel Branch can be one of several things; it can refer to our bank which we hope to open in the future, it can refer to the branch of the Kentucky River, the branch of the Divine Elm, it could refer to several colonels meeting together at a restaurant (decentralized branch) or anyplace where colonels designate to together to conduct business while exercising their "rights, privileges and responsibilities" as a Kentucky Colonel. Any cooperative colonel can create a **new branch** simply by organizing a location or a meeting with two additional colonels. The Divine Elm Tree (a symbolic reference) has over 1,000 branches and many new ones can grow as the Governor continues to make new colonels.

## Page Coming Soon in 2023!

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

Kentucky Colonel: Honorable & Official…    Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

## Page Coming Soon in 2023!

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap,** 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" -Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

        

### Social Media

Facebook Page

Facebook Groups

YouTube Channel

Twitter Account

LinkedIn Profile

Colonel Quora Com

Pinterest Board

Crunchbase SU

### Kentucky Colonel Title and Law

It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links

Bibliography

Title Mark (TM)

Resources

Myth of the Colonel

US Newspapers

Image Gallery

List of Colonels

Wikipedia Article



**Kentucky Goodwill Ambassadors**



© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel



E
X
H
I
B
I
T

1
8

# EXHIBIT 18



Kentucky Colonel: Honorable & Official…

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

## Kentucky Colonel Guide (Professional)

Some believe that the Kentucky Colonel has a stereotype, which they do if you study the history of this iconic figure. The Kentucky Colonel evolved from Daniel Boone to the plantation owner and has continued to evolve to the goodwill ambassador. The highlight of course was during the 20th century when Col. Harland Sanders put on a white tail coat and adorned his character with a goatee and moustache.

### Kentucky Colonel Guide to Pomp and Style

Today there are as many concepts and misconceptions about what a Kentucky colonel is exactly because there are so many in so many countries all around the world; however there are some general stereotypes that remain in our classic American imagination which gave prominence to the idea ranging from a frontiersman like Colonel Daniel Boone to master distillers like the famous Colonel James Edward Pepper and statesmen like Colonel Abraham Lincoln, who was actually an Illinois colonel from the Black Hawk War, that later in 1861 made 1,000 Kentucky Colonels (Honorary Officers) as part of a war strategy through Col. John Marshall Harlan. Or the type and style as seen on our homepage the Kentucky Colonel Model Initiation Team of the Honorable Order of the Blue Goose in 1914-Current.



Case 3:23-cv-00024-GJHD Document 91-17 Filed 03/13/23 Page 27 of 65 PageID #: 5601
1/24/23, 11:42 PM
FireShot Capture 399 - Kentucky Colonel_ Honorable & Official Title - Guide - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...    Home ⌄    Articles ⌄    Guide ⌄    History ⌄    News ⌄    Resources ⌄    Topics ⌄    Sitemap    🔍

The following is some of the content we are researching now for our website that will be linked from here. All of the foregoing topics are covered here or potentially discussed in our blog by Kentucky colonels.

Kentucky Colonel Model Initiation Team of the Honorable Order of the Blue Goose, International. Date 1939

## Common Law, Customs, Duties, Etiquette, Hat, Jacket, Staff, and Traditions

**In Common Law:**

The recipient of the Kentucky Colonel Certificate (Commission) is received for being recognized by the Governor or the Secretary of State of the Commonwealth of Kentucky with the **[HONORABLE]** title that is conferred letters patent from the Commonwealth as a honorary commissioned officer for the state, a **[Kentucky Colonel]**. In common law a '**colon**el' is the '**colon**izer' or 'head of **colony**' inasmuch as the person implicity charged with creating or maintaining civil order and supporting a democratic made from ourselves as pioneers and settlers. The **colonel** *was the highest civil authority* in Kentucky from 1774-1799. Colonels are authorized to appoint lieutenant-colonels and raise a civilian militia or company to promote the formation and maintenance of civil government. The power of the colonel remained in common law, while his role changed as colonels came and went, there were thousands of colonels known in Kentucky by 1921, today there are over 100,000-250,000 Kentucky colonels.

The term "Kentucky Colonel(s)" has been in nine precedential US court decisions, seven of them demonstrate the generic and descriptive use of the "idea" in United States Courts. Court Listener

**In Customs:**

Kentucky Colonels have been closely associated with many different customs in-law through the years, people have been received based on being a Kentucky colonel to Congress and U.S. Courts of Law on many occasions since the 1870s. Kentucky colonels in history are: known for being bibulous; known for making whiskey; often associated; known to be well-dressed; known to pronounce "sir" as "suh"; known for breeding horses, are known to receive their awards gracefully. Of course the list goes on... In Kentucky the corn is full of kernels and the colonels full of corn.

Colonels became known as honorable people because of their title and the conferrance of the term in being named as honorable with the title (commission) of "Kentucky Colonel" while honor may mean different things to some people, the basic rule is to protect, defend and promote the ideas of the state (its people, culture, history, morals and in general customs) with dignity and honor in particular to call yourself a Kentucky Colonel and carry the honor well.

Kentucky Colonel: Honorable & Official...     Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

Customarily it is said that Kentucky colonels are good storytellers, so it is a good idea to read some of the stories about Kentucky Colonels and the Kentucky Colonel on our Newspaper Archive and Chronicling America project. "American News" page.

**In Diplomacy:**

To use your title professionally nationally or internationally you need to have your title document notarized for national use by a notary public or apostilled by the Secretary of State for the country that you are using it in. If you do not plan to travel but want an apostilles certificate for your title get one for the Hague, Netherlands; the UN Headquarters in Geneva; or the City of London Corporation. When you have your apostilles send a postal letter to someone talking about your colonelcy and enclosing a copy of your apostille certificate. Apostille certificates can be acquired for just a few dollars if you do-it-yourself *in-person* or as much as $100-$300 by service companies and law firms.

**In Duty:**

Officially there are few duties required of a person who is commissioned as a Kentucky Colonel, even though it is an honorary title it is a real title that can be used by placing Col. before your name in writing instead of Mr., Ms. or Mrs. and identifying yourself as a "Kentucky Colonel". Legally as an "honorary officer" you are responsible to act and function to your best ability of the honor to perform similar to a high officer of the state, while understanding the history of the *Kentucky Colonels and Colonelcy.* World-wide Kentucky colonels are known, received and touted by the state as Kentucky's Goodwill Ambassadors.

In promoting the state and performing the duties of a colonel it is recommended that you understand the history, origins and stories about colonels.

**In Etiquette:**

In general Kentucky Colonels are supposed to be courteous, friendly, honorable, humble and strong-willed ladies and gentlemen with a steady ego and respectful nature.

**In Letter Writing:**

In common law a person who is acting as a colonel should inform the party that they are addressing that they are commissioned as a Kentucky Colonel in their signature line of a well-formatted email or electronic PDF letter.

**Kentucky Colonel Apparel:**

Find out where to buy official and unofficial merchandise from third-parties recommended to impress your friends with your Kentucky

| Kentucky Colonel: Honorable & Official... | Home ⌄ | Articles ⌄ | Guide ⌄ | History ⌄ | News ⌄ | Resources ⌄ | Topics ⌄ | Sitemap | 🔍 |

Find out where to buy official and unofficial merchandise from third-parties recommended to impress your friends with your Kentucky colonelcy, including uniforms and period style clothing guidelines with photos, what today's Kentucky colonels should be wearing. Manufacturers and suppliers of hats, string ties, jackets, sunglasses, uniforms, insignia, badges, and other items will be discussed, send your links to us at: webmaster@colonels.net; our ideal is to connect you with suppliers that support our open-source platform and creative work.

Also see product reviews for merchandise from the Kentucky Colonels Shop produced by the Honorable Order of Kentucky Colonels in our blog.

**Get Involved:**

Emulate the image of the **Kentucky Colonel** *as you see fit* that projects a positive image of Kentucky culture, food, heritage, history, and ideas which brings prosperity to the commonwealth. You might even to browse the areas of interest in promoting the state informally through increasing tourism directly or indirectly which generates in-state out-of-state revenue. Often this may even use you projecting your own image as a Kentucky Colonel, within your business or with your friends as Kentucky Colonels locally or yourself as Col. Firstname Lastname.

You can do this through your business or as an individual freelancer; it should be known from the date of your commission that you began working honorarily as a commissioned officer, a Kentucky Colonel. We have already seen the term **[Kentucky Colonel]** applied to everything from bars, to barber shops, to corner stores, to organizations; but uniquely it is different when applied to a human **[Person] or [Persons]**.

**More To Do:**

Start a new community project, a business, a club or apply for your new bank loan as **[Col. Firstname Initial Lastname, Kentucky Colonel]**, many people view colonelcy with Kentucky in some states and places in higher esteem than a diploma, it is better in fact because it is "letters patent", as a colonel it allows you to do all things necessary to accomplish your mission, appoint lieutenant-colonels and other company officers. You might even want to start a local Kentucky Colonel travel agency, or a local club and send people to Kentucky? Or send things from Kentucky as a colonel like hundreds of people often do with postal correspondence. If you present yourself as a colonel you will be reciprocally recognized accordingly from the most important people.

**Join an Organization:**

Immediately when you become a Kentucky Colonel it is good to have a background news story behind it, what your award was for and

Kentucky Colonel: Honorable & Official...          Home ▾   Articles ▾   Guide ▾   History ▾   News ▾   Resources ▾   Topics ▾   Sitemap   🔍

**Join an Organization:**

Immediately when you become a Kentucky Colonel it is good to have a background news story behind it, what your award was for and provide some history behind the award for the news media. Use that news article to make a statement of what you plan to do now that you are a Kentucky colonel. They should be ready to say and call themselves a "Kentucky Colonel".

### Emblems, Flags, Insignias, Logos, Mottos and Seals

There are many terms used to describe and generically identify individuals with acts, causes, history, ideas, organizations, places and purpose. As a Kentucky colonel with *letters patent,* an individual *commissioned honorary officer* has the legitimate authority to use the state's official colors, flag, motto, seal and its symbols. A colonel is also empowered to use the ideas created and conceived by the state's governors and elected officials to represent the state when they are using their name and the honorable title of "Kentucky Colonel."

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters



**Social Media**
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account

**Kentucky Colonel Title and Law**
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky

**Popular Links**
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel

**Kentucky Goodwill Ambassadors**

purpose. As a Kentucky colonel with *letters patent*, an individual *commissioned honorary officer* has the legitimate authority to use the state's official colors, flag, motto, seal and its symbols. A colonel is also empowered to use the ideas created and conceived by the state's governors and elected officials to represent the state when they are using their name and the honorable title of "Kentucky Colonel."

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville.  The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap,** 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" -Boone Society

**Cumberland Gap (Poster):** Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier | Posters

      

### Social Media

Facebook Page

Facebook Groups

YouTube Channel

Twitter Account

LinkedIn Profile

Colonel Quora Com

Pinterest Board

Crunchbase SU

### Kentucky Colonel Title and Law

It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

### Popular Links

Bibliography

Title Mark (TM)

Resources

Myth of the Colonel

US Newspapers

Image Gallery

List of Colonels

Wikipedia Article



**Kentucky Goodwill Ambassadors**



© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel



# EXHIBIT 19

Case 3:23-cv-00824-GJH Document 91-18 Filed 03/18/23 Page 33 of 65 PageID #: 5207

1/24/23, 11:46 PM                    FireShot Capture 404 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel ID Ca_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home ▾   Articles ▾   Guide ▾   History ▾   News ▾   Resources ▾   Topics ▾   Sitemap   🔍

## Kentucky Colonel Identification (Photo ID Cards)

Under the laws of the United States a person commissioned a Kentucky Colonel must possess evidence of their legal status in order to assert claims to exercise particular rights, privileges and responsibilities of their honorable title. This is not a Kentucky colonel membership card, an organization membership card does not denote lawful authority of title or status as a civilian official.

### Identity Credential (ID Card)

We searched and reviewed a wide variety of resources to help guide Kentucky colonels to increase their posterity with a professional credential, separately we have developed a guideline for colonels to create business and presentation cards.

A compatible work credential based on the model for the Kentucky (United States) Real ID was collaborated and it was decided that this would be the model based on a verified Kentucky Colonel presenting their commission and true name with the additional attribution data required on the card, scannable URL and in the chip. The first batch of cards however for economics purposes need to be made in batches of at least 100 at a time



### Credentials, ID Cards and Passports

A credential is any document that details a qualification, competence, or authority issued to an individual by a third party with a relevant or *de facto* authority or assumed competence to do so. Titles are credentials that identify a person as belonging to a specific designated class of individuals in largely symbolic ways.

Case 3:23-cv-00024-RGJ-HD Document 91-18 Filed 03/18/23 Page 34 of 65 PageID #: 5308

FireShot Capture 405 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel ID Ca_ - www.kycolonelcy.us

Home ∨   Articles ∨   Guide ∨   History ∨   News ∨   Resources ∨   Topics ∨   Sitemap   🔍



An identity document (also called ID) is any document that may be used to prove a person's identity. If issued in a small, standard credit card size form, it is usually called an identity card. When the identity document incorporates a person's photograph, it may be called photo ID; when it involves a person's occupation or a professional title it may be called or used as an ID badge or credential.

A title of honor or honorary title is a title bestowed upon individuals as an award in recognition of their merits. Often the title bears the same or nearly the same name as a title of authority, but the person bestowed does not have to carry out any duties, except for ceremonial or voluntary ones. Evidence of beholding an honorary title is usually demonstrated with a badge, business card, certificate, credential, medal, an insignia, by word of mouth or any combination thereof. Those who receive titles of honor frequently use them on their resume or curriculum vitae. Impressive official identity credentials are essential for anyone who uses the title of "Colonel" or abbreviation "Col." as a prefix to your honorable name, especially those living outside of Kentucky.

Some states and some nations recognize the Honorable Title: Kentucky Colonel and the Office of the Colonelcy from Colonial history, while others falsely assume it is a militia rank so our special cards will clearly state particular details that distinguish the Honorable Title and the Person that has been commissioned as a civilian officer of the Commonwealth of Kentucky. Only a commissioned Kentucky Colonel can obtain a card by joining our groups on Facebook or LinkedIn and invest in our platform as a cooperative owner.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work "**Gateway to the West**" hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

**Cumberland Gap (Poster)** Image Size: 24" x 30"; Type: Poster; Price: $ 35; Category: American Frontier | Poster

Case 3:23-cv-00082-GJHD Document 91-18 Filed 03/18/23 Page 35 of 65 PageID #: 5209

1/24/23, 11:47 PM    FireShot Capture 407 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel ID Ca_ - www.kycolonelcy.us



while others falsely assume it is a militia rank so our special cards will clearly state particular details that distinguish the Honorable Title and the Person that has been commissioned as a civilian officer of the Commonwealth of Kentucky. Only a commissioned Kentucky Colonel can obtain a card by joining our groups on Facebook or LinkedIn and invest in our platform as a cooperative owner.

**Homepage Header Image**: Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville . The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap**, 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center" –Boone Society

**Cumberland Gap (Poster)**: Image Size: 24' x 20', Type: Poster; Price: $.35; Category: American Frontier | Posters

## Cloud Identity

### Social Media
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

### Kentucky Colonel Title and Law
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonel®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer

### Popular Links
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

**Kentucky Goodwill Ambassadors**

**creative commons**

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel

EXHIBIT 20

E
X
H
I
B
I
T

2
0

Case 3:23-cv-00084-GJH Document 91-19 Filed 03/18/23 Page 37 of 65 PageID #: 5761

1/24/23, 11:48 PM                    FireShot Capture 408 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Busin_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...                Home ⌄  Articles ⌄  Guide ⌄  History ⌄  News ⌄  Resources ⌄  Topics ⌄  Sitemap  🔍

# Kentucky Colonel Business Cards

The Office of the Colonelcy recommends that Kentucky colonels make their own business, Internet and personal presentation cards based on our official guidelines. The Office of the Colonelcy does not recommend combining Kentucky Colonel with other trades, business concepts, organizations or ideas outside of their personal branding and title use.

## Presentation, Signature and Certification

When a Kentucky Colonel is introduced it is because it was for an honor that is awarded to less than one hundredth of one percent of the population, so it is important that they act like a colonel to impress their audience or company. Having an impressive business card is one of the best ways to make an impression, especially if they like you!

Today there are different types of business cards and methods of presentation that extend to the computer. Check back in 2023 when we add some standard models that can be produced by a number of printers.



## Kentucky Colonel Business Cards

Business cards are cards bearing business information about a company or individual. They are shared during formal introductions as a convenience and a memory aid. A business card typically includes the giver's name, company or business affiliation (usually with a logo or other image) and contact information such as street addresses, telephone number(s), fax number, email addresses and website.

Today business cards may include social media addresses such as Facebook, Instagram, LinkedIn and Twitter. Traditionally, many cards were simple black text on white stock, and the distinctive look and feel of cards printed from an engraved plate was a desirable sign of professionalism. In the late 20th century, technological advances drove changes in style, and today a professional business card will often include one or more aspects of striking visual design.



professionalism. In the late 20th century, technological advances drove changes in style, and today a professional business card will often include one or more aspects of striking visual design.

Download our Business Card recommendation sheet.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections, as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap.** 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24' x 20' Type: Poster; Price: $ 35; Category: American Frontier | Posters

**Social Media**
Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

**Kentucky Colonel Title and Law**
It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes as long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

**Popular Links**
Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

**Kentucky Goodwill Ambassadors**

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy, Archive #kycolonel

E
X
H
I
B
I
T

2
1

# EXHIBIT 21

Case 3:23-cv-00043-RGJ Document 9-20 Filed 01/25/23 Page 40 of 65 PageID #: 5294

1/24/23, 11:49 PM                    FireShot Capture 410 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



# List of Kentucky Colonels 1775-2025

The complete list of persons that have received the Kentucky Colonel Commission is lengthly to say the least there are over 300,000 people that have received a Kentucky Colonel Commission from one of 55 of its 59 governors that have served the state. Two of the governors never had an opportunity to name any colonels on their staff because they died in office shortly after their elections.

## Non Exhaustive List of Recognized Persons that Behold the Honorable Title "Colonel" (Project 2023-2025)

Due to personal privacy laws we cannot publish the entire list of persons that have been named a

Add your Name to our List

A

B

C

Case 3:23-cv-00043-RGJ Document 9-20 Filed 03/12/23 Page 41 of 65 PageID #: 3805

1/24/23, 11:50 PM                    FireShot Capture 411 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel, despite it being awarded under the auspices of a public act. This section does reflect Kentucky colonels that we discover in the news media, in the social media that have shown their commissions or have requested to be included on this list of Kentucky colonels.

The state records can be visited and accessed in the State Capitol in Frankfort in person. The Governor's Office will not confirm who is or is not a Kentucky Colonel, they do not maintain a database of all that have been granted the award. According to the Commonwealth, at the beginning of the 20th century the State Capitol burned, all the important records were lost in the fire, so it is not likely a complete list can be assembled. The most accomplished colonels did their work prior to the commission becoming a civil award in 1896 under the governor.

### Add your Name to our List

To add your name to this list take a 800 to 1600 pixel wide PNG or JPG photo holding your commission by placing it in Google Photos and making the photo public, make sure you add your personal metadata and contextual description of the photo. The photo can also contain the geolocation, the camera data, date, time, etc; some of these settings can only be edited using the camera or a photo editing app. You can edit the photo in Google Photos or you can use the Online Image Editor that we use.

Once your photo is ready:

Email us a link - Subj. (The List) along with your full name on the commission 'Honorable _____ _____', the date you were commissioned, and the name of the governor that commissioned you. A form will be developed for this in the future, but for now it is just old-fashioned email. Other links can be included in your email our webmaster will connect them to your profile record which is automatically created when your email is received. Send your email to kycolonelcy@gmail.com a volunteer will stylize your name preceded with the abbreviation "Col." and link your name to your photo or webpage. Photos using a Facebook/Meta URL or a LinkedIn URL are not acceptable because they have already been published, all photos must be on Google Photos or a personal website. Pinterest and Flickr links are also acceptable. Photos under 800 pixels or over 1600 pixels wide will not be accepted.

Case 3:23-cv-00094-RGJ Document 91-20 Filed 04/25/23 Page 42 of 65 PageID #: 5816

1/24/23, 11:50 PM                           FireShot Capture 412 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Col. Eddie "Rochester" Anderson

Case 3:23-cv-00043-RGJ-RSE Document 91-20 Filed 09/11/23 Page 43 of 65 PageID #: 3827

1/24/23, 11:50 PM                          FireShot Capture 413 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00094-RGJ Document 91-20 Filed 04/25/23 Page 44 of 65 PageID #: 5818

1/24/23, 11:51 PM                    FireShot Capture 414 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00043-RGJ-RSE Document 91-20 Filed 09/15/23 Page 45 of 65 PageID #: 3849

1/24/23, 11:51 PM
FireShot Capture 415 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00043-RGJ Document 91-20 Filed 04/25/23 Page 46 of 65 PageID #: 3820

1/24/23, 11:51 PM                    FireShot Capture 416 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



H

- Des Hanafin
- George Helon
- Clifford A. Henricksen
- Clay Higgins
- Tom T. Hall
- Duncan Hines
- J. Edgar Hoover
- Bob Hope
- Louis McHenry Howe

I

- Christian Ingebrigtsen

J

- Yahya Jammeh
- Jan Johansson (bluegrass musician)



1/24/23, 11:52 PM                    FireShot Capture 418 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00018-RGJ   Document 19-20   Filed 03/25/23   Page 49 of 65 PageID #: 3928

1/24/23, 11:53 PM                    FireShot Capture 419 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00043-RGJ   Document 19-20   Filed 03/15/23   Page 50 of 65 PageID #: 3294

1/24/23, 11:53 PM                    FireShot Capture 420 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us





Kentucky Colonel: Honorable & Official...        Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- Jordan Smith (musician)
- Pat Spearman
- Michael "Miles" Standish
- Susan Stanton
- Ivan Stedeford
- Samuel Taylor Suit
- Ruth C. Sullivan
- Ibrahim B. Syed
- Raphael Saadiq
- Norman Schwarzkopf
- Paul Shaffer
- Red Skelton
- Dick Smothers
- Tommy Smothers
- Igor Stravinsky

T

- Jim Teachenor
- Shirley Temple
- Wilson Edgar Terry
- Ashley Tesoro
- Dave Thomas (businessman)
- Hunter S. Thompson
- Harry Turtledove
- Robert A. Taft

Case 3:23-cv-00043-RGJ   Document 19-20   Filed 03/15/23   Page 52 of 65 PageID #: 3526

1/24/23, 11:54 PM                    FireShot Capture 422 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- Shirley Temple
- Richard Thomas
- Hunter S. Thompson
- Mel Tillis
- Lily Tomlin

## U

## V

- Marlana VanHoose
- Raymond Charles Vietzen

## W

- Charles D. Walker
- John Henry Whallen
- Betty White
- Gordon Whitener
- Frank C. Whitmore Jr.
- Brad Wilkerson
- J. D. Wilkes
- Eric Lloyd Williams
- Matt Winn
- Dennis Walten

Case 3:23-cv-00101-RGJ   Document 19-20   Filed 03/15/23   Page 53 of 65 PageID #: 3927

1/24/23, 11:54 PM                    FireShot Capture 423 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



Case 3:23-cv-00018-RGJ   Document 19-20   Filed 02/15/23   Page 54 of 65 PageID #: 3928

1/24/23, 11:54 PM                              FireShot Capture 424 - Kentucky Colonel_ Honorable & Official Title - List of Kentucky Colon_ - www.kycolonelcy.us



E
X
H
I
B
I
T

2
2

# EXHIBIT 22



Kentucky Colonel: Honorable & Official...

Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

# Kentucky Colonel Registry

The Kentucky Colonel Registry was envisioned in 1998 by our group as a way to posterize the ideal of the Kentucky Colonel as the state's most important titled protagonist and recognized figure. The Kentucky Colonel is more than the official mascot for Kentucky, the colonel has proven to be its very source dating back to 1775 at the inception of the concepts that are inextricably confined to this origin.

## Kentucky Colonel Honorable Title Registry

Those who have received a colonel's commission may apply to be recognized in an **international title registry**, an idea originated by our network group in 1998, the registry will recognize all American and international academic, appointed, commissioned, elected, hereditary, identified, post-nominal, and purchased titles of achievement, distinction, honor, and merit from around the world. Nearly any honorific title of distinction issued by a head of state, secretary of state, secretariat, or an institutional official that can be recognized diplomatically will be registered. The combined program is scheduled to be online by early 2023 coincident with our reformation as the Transylvania Company (the source of Kentucky Colonelcy).

The **Title Registry** will be operated by the **Honorificus Foundation**, a non-state, non-political and non-governmental organization established offshore to maintain international neutrality. The registry will maintain a database of notarized titles, original certificate photos, apostilled certifications, personal data, genealogical links, provide a username, and a membership card to registrants, the registry will be based on the blockchain to ensure participants a permanent record is on file.

Case 3:23-cv-00018-GJHD Document 91-21 Filed 03/18/23 Page 57 of 65 PageID #: 3961

1/24/23, 11:56 PM                    FireShot Capture 426 - Kentucky Colonel_ Honorable & Official Title - Kentucky Colonel Regis_ - www.kycolonelcy.us



Registration is perhaps more difficult than becoming a Kentucky Colonel in the first place, but we believe it is a valuable tool and will provide colonels with a point of reference based on their claim to hold the Honorable Title. All titles require registration before they can be verified.

**Homepage Header Image:** Colonel David Wright of Tennessee internationally recognized work **"Gateway to the West"** hangs in numerous collections; as well as in the Booth Western Art Museum in Cartersville, GA and the Tennessee State Museum in Nashville. The Colonel's commissioned painting for Cumberland Gap National Historical Park, titled **Gateway to the West – Daniel Boone Leading The Settlers Through The Cumberland Gap,** 1775 has been made into a breathtaking wall-size mural that is on display at the Cumberland Gap Visitor's Center." -Boone Society

Cumberland Gap (Poster): Image Size: 24" x 20"; Type: Poster; Price: $ 35; Category: American Frontier I Posters

## Social Media

Facebook Page
Facebook Groups
YouTube Channel
Twitter Account
LinkedIn Profile
Colonel Quora Com
Pinterest Board
Crunchbase SU

## Kentucky Colonel Title and Law

It is unlawful to impersonate a Kentucky Colonel™, punishable by a fine, imprisonment, or both. Kentucky colonels receive letters patent in their own name, to recognize them honorably. Kentucky colonels (as individuals) may use "Kentucky Colonel," "Kentucky Colonel Commission," "Kentucky colonels" and/or "Kentucky colonelcy" as words or terms to describe [themselves], as an a honorary title, or for editorial, educational, informative, journalistic, literary or other non-commercial purposes so long as the use is not related to the trademark or service mark uses such as Kentucky Colonels®, which are registered trademarks belonging to the HOKC in Louisville, Kentucky. See Disclaimer.

## Popular Links

Bibliography
Title Mark (TM)
Resources
Myth of the Colonel
US Newspapers
Image Gallery
List of Colonels
Wikipedia Article

Kentucky Goodwill Ambassadors

© 1998-2023 KENTUCKY COLONEL™ TITLE MARK, PEOPLE AND CIVIL OFFICE IN LAW ESTABLISHED IN 1775

Copyright, Terms and Conditions, Creative Commons (BY-NC-SA 4.0) Freebase website is the Office of the Colonelcy. Archive #kycolonel

E
X
H
I
B
I
T

2
3

# EXHIBIT 23





E
X
H
I
B
I
T

2
4

# EXHIBIT 24

Case 3:23-cv-00042-GJHD Document 91-23 Filed 03/18/23 Page 62 of 65 PageID #: 6236

1/24/23, 11:56 PM                                FireShot Capture 427 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us



### Disclaimers Interpretation and Definitions

This page is relative to legal disclaimers about this website and our organization.

**Take notice:** This organization (private company) is not associated with or part of "The Honorable Order of Kentucky Colonels, Inc." they are an independent foundation and private charity that funds non-profit organizations and programs in Kentucky using generals and a mythical militia of volunteer colonels that have been commissioned. They own the multiple trademark class rights for the term "Kentucky Colonels ®" to sell products and services called Kentucky Colonels, that are not Kentucky colonels such as membership, philanthropic programs, barbecue sauce, cigars, a bourbon brand, apparel, keychains, candy and promote Kentucky Derby and Louisville related events.

We are a authorship and publishing group that provides educational information to the public, historical documentation, information compiled from the public domain and mutual benefit services to our users who are Kentucky colonels that choose to join us as authors or website developers.

**Last updated: December 01, 2022**

#### Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions.

The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

#### Definitions

For the purposes of this Disclaimer:

Case 3:23-cv-00024-RGJ-HD Document 91-23 Filed 03/18/23 Page 63 of 65 PageID #: 60237
1/24/23, 11:57 PM
FireShot Capture 428 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us

Kentucky Colonel: Honorable & Official...
Home ⌄   Articles ⌄   Guide ⌄   History ⌄   News ⌄   Resources ⌄   Topics ⌄   Sitemap   🔍

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Cookies Policy) refers to the Commonwealth Colonels.
- **You** means the individual accessing the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.
- **Website** refers to https://kycolonelcy.us, [.com], [.net] and [.org]. (Kentucky Colonelcy).
- **Service** refers to the Website.

### General Disclaimer

The information contained on the Service is for general information purposes only.

The Company assumes no responsibility for errors or omissions in the contents of the Service.

In no event shall the Company be liable for any special, direct, indirect, consequential, or incidental damages or any damages whatsoever, whether in an action of contract, negligence or other tort, arising out of or in connection with the use of the Service or the contents of the Service. The Company reserves the right to make additions, deletions, or modifications to the contents on the Service at any time without prior notice. This Disclaimer has been created with the help of Disclaimer Generator.

### External Links Disclaimer

The Service may contain links to external websites that are not provided or maintained by or in any way affiliated with the Company. Please note that the Company does not guarantee the accuracy, relevance, timeliness, or completeness of any information on these external websites.

### Errors and Omissions Disclaimer

The information given by the Service is for general guidance on matters of interest only. Even if the Company takes every precaution to insure that the content of the Service is both current and accurate, errors can occur. Plus, given the changing nature of laws, rules and regulations, there may be delays, omissions or inaccuracies in the information contained on the Service.

The Company is not responsible for any errors or omissions, or for the results obtained from the use of this information.

### Fair Use Disclaimer

The Company may use copyrighted material which has not always been specifically authorized by the copyright owner. The Company is making such material available for criticism, comment, news reporting, teaching, scholarship, or research.

Case 3:23-cv-00024-RGJ-HD Document 91-23 Filed 03/18/23 Page 64 of 65 PageID #: 60238

1/24/23, 11:57 PM                    FireShot Capture 429 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us



Case 3:23-cv-00018-GJHD Document 91-23 Filed 03/13/23 Page 65 of 65 PageID #: 6039

1/24/23, 11:58 PM                    FireShot Capture 430 - Kentucky Colonel_ Honorable & Official Title - Disclaimer Policy_ - www.kycolonelcy.us

