EXHIBIT 8

# EXHIBIT 8

Motion for Temporary Restraining Order and Preliminary Injunction

