# EXHIBIT 9

Motion for Temporary Restraining Order and Preliminary Injunction

EXHIBIT 9

# Kentucky Colonel™ User Application

**Payment is <u>not required</u> to complete this form,** this form is now a **prerequisite to engagement** with the company of colonels. This is an endeavor that is owned, operated and organized by individual Kentucky colonels to develop an equitable protective society and professional cooperative investment group that offers products and services collectively to one another. Our positions are not political, religious, or discriminatory.

Application for employment as a self-employed **Professional Kentucky Colonel** in our Commonwealth Cooperative ("Company" now in formation throughout 2023), we are planning to call it the Transylvania Company to celebrate the date of the origin of the First Kentucky Colonel.

**Please read carefully**, this material is <u>important legal information</u> relevant to your **Letters Patent, Trademark (Title Mark), Qualified Immunity, Legal Rights, Privileges, and Responsibilities as a Kentucky Colonel** understanding <u>common-law doctrines and protocols</u> locally, domestically, and internationally. This is being done to protect and uphold the **"rights, privileges and responsibilities" of the Kentucky Colonel.** This effort constitutes an independent objective to identify, license, protect and regulate ourselves as colonels in a collectively private held company under the unregulated common-law trademark (TM) symbol for our exclusive rights used to define the (person and title) Kentucky Colonel in actuality, collectively, descriptively, generically, perceptively and realistically for commercial and non-commercial purposes in the public and private sectors in accordance with **law summarized with emphasis states**:

- **Kentucky colonels** (as individuals) shall not be prohibited (or restricted) from using "**Kentucky Colonel**," "**Kentucky colonels**" and/or "**Kentucky colonelcy**" as words or terms to **describe themselves**, ... **as an an honorary title, for editorial, educational, informative, journalistic, literary or other non-commercial (or lawful) purposes** so long as the use is not related to any trademark or service mark uses registered with the United States Patent and Trademark Office.

Our effort focuses on **disambiguating the literal historical record based on published works from 1775 - 1925, land records, newspaper clippings, military journals, civilian marriage records and family genealogies** telling the real story of the Kentucky Colonel starting with Daniel Boone, observing [**Title 15 U.S. Code § 1125 - False designations of origin, false descriptions, and dilution forbidden**](). Where irony, myth, folklore, fiction, parody and non-fiction meet a crossroads where they are most often understood and

sometimes misunderstood or piqued to someone's collective illusion and imagination of activities and events that never occurred.

This law is good for the Kentucky Colonel because it creates the right to speak the truth for the sake of the historical record, it makes the state implicitly adopt the facts that they have already admitted, and it also prevents the colonel from using a fake origin story unless it be clearly known their voice is fictitious, satirical or a made-up recreational activity. The Honorable Title it should always be kept in high regard.

**Notice:** This Google Form is to **consolidate a multifunctional cooperative business entity and cooperative service organization under 501(f)** that can authorize and facilitate the creation of international employment credentials beginning in 2023. This form is **to purchase a one or more cooperative share(s) or a portion of a cooperative share to secure a work credential, ID card and/or cooperators license**. This offer is made in the good-faith of the spirit of cooperatives that is a social enterprise in formation for the desirable nondiscriminatory union of "**Facebook and LinkedIn Users**" that are colonels from privately administered and managed interest groups found online beginning in 2006; this effort is dedicated to the publishing and production of educational, informative and literary creative works focused on the professional developmental presentation and protection of **Honorable Titles in America (and the World)** within the Open-Source, Public Domain, and Creative Commons (historical records) as the source and origin of extraordinary, factual, fantastic, fictitious and non-fictional legal documentary since 1775; to further exercise the rights, privileges and responsibilities of **The Honorable Office of the Colonelcy**. The phenomena of the colonel was examined and understood best in 1947 in **The Kentucky Colonel: A Study in Semantics**, however the study falls short of what we know today about Kentucky Colonelcy, what can be said about it and its evolution since the beginning.

**Cost of Cooperative Ownership:** 2023 (our charter period) you can join based on making a non-refundable donation to our sponsor **Ecology Crossroads Cooperative Foundation** and a full share will be 100% tax deductible and equitable inasmuch as a colonel, after two full years, a colonel will be able to sell, transfer or retire their space in the cooperative based on the actual value of their share, or whenever there is another colonel to take their place. (Our cooperative is **being sustainably developed and limited to exclusively accommodate and operate with 1,000 to 10,000 colonels**, of the estimated 300,000+ in the world.)

Doing the math a person can join the cooperative now during the charter stage under one of four options to get the ID Card, Company Login, Workplace and Cloud Identity (**Join Us Now** using **PayPal**) PayPal users can adjust their **donation payment** to match the amounts displayed below:

1. **$1,000 now, then $25 per month in 2023; (Founder)**
2. **$1,000 now, then $250 per year in 2024; (Charter)**
3. **$389.50 now then $300 per year in 2024; (Professional)**
4. **$164.50 now then $25 per month; (Ten Percenter)**
5. **$139.50 now then $25 per month; (Five Percenter)** (Ends February 28, 2023)

All those that join the cooperative will receive legal forms that need to be printed, signed and photographed during the month of January and then in February as the necessary services become available ID Cards will begin arriving in the mail. All members must maintain their monthly payments to maintain services and the shares or proportional

shares they have accrued, **at the end of 2023 all 5 & 10 percent members are upgraded to Professionals.**

julie.laemmle@gmail.com   Switch account

The name and photo associated with your Google account will be recorded when you upload files and submit this form. Your email is not part of your response.

* Required

## Promotion Code

If you have one, please enter the promotion code or (#) hashtag (8-12 characters) from the email or Facebook invitation that you are replying to. this is a cooperative development to receive mutual benefits, it is only open to invited Kentucky colonels with Facebook profiles and their friends.

Your answer

## Permanent Email *

Please enter the email address where you wish to have email sent to, certificates sent and to be used for invitations to groups or correspondence by email. This email address is not necessarily the same one being used for this record source, but it should be, it may also be an alternative email address or a secondary, it can be a private email, your permanent email, a company email or you can also enter the same email address being collected through our sign-in using Google above, additional data make your identity more secure not less.

Your answer



**Smartphone Number** *

Enter your Smartphone number to be added to number based platforms like WhatsApp, Signal, Telegram and VOIP or for direct international dialing in the event of an emergency. Telephone numbers combined with the email address form the basis of identity verification, there are no other limitations except the bio/features on a users smartphone or device which are programmed by users.

Your answer

---

**Terms and Conditions** *

It is the conditions and terms (rules) that define the legality and privileges that members receive, it is essential that members understand the terms of all agreements in order to exercise their rights and responsibilities.

☐ Yes, I agree with and have read the terms and conditions.

☐ No, I do not agree or understand, email me a better plan later.

Full Legal Name *

Please provide your **full legal name** as you would like it to appear or as it is shown **on your birth record and on Facebook**.This record cannot be changed, updated or altered, it will be used in blockchain encryption, the letters are case sensitive. The name exactly as it is presented will be matched to any signature, images or photos that may be provided to our company in the future.

If we create a vanity email and identity as-a-service account for you in the future such as:

- col.john.g.smith@kycolonelcy.us,
- col.john.g.smith@colonelcy.org,
- col.john.g.smith@honorific.us,
- col.john.g.smith@goodwill-ambassador.org,
- col.john.g.smith@honorific.uk

Then it will be created using the **{same string}** letters from your name here.

Please DO NOT USE all CAPITAL letters, names should be expressed as they are 'naturally written' as a human person, without any presented titles or suffixes unless they are included on your commission.

Good Examples for Col. Smith are:

- John G. Smith,
- J. G. Smith,
- John Smith
- Johnny Smith, Jr.
- Jonathan G. Smith II

Erroneous entries will be deleted if they are not understood.

To properly represent your Kentucky Colonel Commission in professional occupation you need to use your title as a "pronominal prefix" with your name on your signature and salutation. If you are a doctor, lawyer, professor or other professionally titled name, replace your title with "Colonel" or "Col." and write out after your name on the next line typed out "Kentucky Colonel" and "Another Professional Occupational Title". On more professional correspondence in the third person, people may also refer to you using "Honorable" or "Hon." in place of your title of letters patent.

Your answer

Current Place of Residence *

Please provide the name of the principal city, town, village or community that you live, reside, frequently commute to, currently receive mail at and/or consider your permanent home at this moment. It may be a hometown, your current town, your county or state if you feel you represent the customs.

Your answer

Street Address *

Please provide a **single-line street address or mailing address** using semicolons to separate your text as a 2, 3, or 4 line address. The address should begin with the location, street number, street name, apartment number, then city, state and zip code. The following formats are acceptable:

- **123 Anywhere Street, Apartment 10; Big City, New York 10002**
- **c/o Big City Lumber; 123 Anywhere Street, Building 6; Big City, New York 10002**
- **P.O. Box 100090; Big City, New York 10002**

Do not write out parentheses indication from the examples.

Your answer

Citizenship *

Select the name of the country where you were physically born or currently hold legal citizenship.

Choose ▾

Facebook Identity *

Please provide your **Facebook Profile Identification Number**. To find your Facebook ID use the URL from your own profile here https://lookup-id.com/ and it will return your Facebook ID Number. Only a number will work in this field—some profiles that never made a user name already display this number. If you do not have a Facebook ID number or profile, enter number 0, which is interpreted as no Facebook account.

Your answer

Participation *

Cooperatives are created to give democratic and equitable treatment to the owners and consumers of a company that provides goods and services for its members exclusively, sometimes they are referred to as social enterprises, there are many benefits to cooperatives and limitations based on each individual's contributions of time and money which are frugally managed and securely conserved. Most cooperatives by nature are tax-exempt business entities, are privately held by its member/owners that are only liable to one and the other under the regulations outlined in the bylaws which are adopted and constituted democratically.

Our cooperative **depends on having 1,000** (with a maximum of 10,000) **minimally invested** cooperators that pay the equivalent of $250 per year in dues, invest $50 per year in the cooperative trust, work 50 hours per year as colonels, and participate in the virtual workplace using their smartphone. In exchange, the cooperative will pay you a $1 per year symbolic salary, an annual cooperative dividend based on annual gains from your accrued investment, the ability to purchase official apparel, badges, equipment, identification cards, licenses, and services; as well as get group rates, discounts and bargains from businesses owned by all our colonels.

☐ I understand we are required to check-in monthly and file an annual report.

☐ I understand that my vote and voice is based on ownership of one full share.

☐ I understand that as a partial owner, I will receive the same benefits as full owners.

☐ I understand that my participation and work effort is required in order to receive benefits.

☐ I understand that I must adhere to a code of ethics and the mutual consent of the group.

☐ I am not joining the cooperative, but I understand all of the above if I join later.

**Website** *

If you have a website about yourself or a sub-domain website or blog, then please enter the most dominant or primary website where you are most likely to be seen from the perspective you wish to project yourself or interest areas that concern you most where some or all of your activities can be observed or researched. The website should use https security protocol. Pattern (https://www.example.com/)

Your answer

Page 1 of 2

Next                                                                                    Clear form

Never submit passwords through Google Forms.

This form was created inside of Globcal International | Ecology Crossroads. Report Abuse

Google Forms