EXHIBIT 10

# EXHIBIT 10

Motion for Temporary Restraining Order and Preliminary Injunction



Donate to
# Ecology Crossroads Cooperative Foundation ✓

Help start a cooperative public service collective unifying the Kentucky Colonel and Goodwill Ambassador authority in law.

| $125 USD | $250 USD | $500 USD | Other |

**Use this donation for**
Kentucky Colonel 1775 Title Mark

☐ Make this a monthly donation

**Donate with PayPal**

**Donate with Debit or Credit Card**

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? **Learn more and manage your cookies**

**Yes, Accept Cookies**

[**Cancel and return to Ecology Crossroads Cooperative Foundation**](#)

**English** ˆ

| Help & Contact | Security | Report Inappropriate Content | Feedback |

©1999-2023 PayPal, Inc. All rights reserved.

| Privacy | Legal | Policy updates |

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? **Learn more and manage your cookies**