EXHIBIT 11

# EXHIBIT 11

Motion for Temporary Restraining Order and Preliminary Injunction

## Current Non-Profit Entities Filing IRS Tax Form 990 with the Attorney General

Updated: 3/6/2023

| ID | Name | DBA | Contributions | Revenue | Yr Last Filed | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 8047 | Eastern High School Lacrosse Booster Club, Inc. | | $0.00 | $0.00 | 2021 | 12400 Old Shelbyville Road | | Louisville | KY | 40243 |
| 308 | Eastern Kentucky University Foundation, Inc. | | $6,223,190.00 | $13,222,862.00 | 2020 | 521 Lancaster Ave | Coates Box 15A | Richmond | KY | 40475 |
| 9702 | Eastern Little League Baseball, Inc. | | $22,545.00 | $299,520.00 | 2021 | PO Box 21754 | | Lexington | KY | 40522 |
| 13762 | Eastern National | | $3,019,102.00 | $21,727,847.00 | 2020 | 470 Maryland Drive, Suite 1 | | Fort Washington | PA | 19034 |
| 7573 | Eastern Virginia Medical School Foundation | | $18,448,443.00 | $27,740,362.00 | 2020 | PO Box 5 | | Norfolk | VA | 23501-0005 |
| 14443 | Eat. Learn. Play. Foundation | | $13,604,624.00 | $13,607,001.00 | 2021 | 369 3rd Street | | Oakland | CA | 94607 |
| 242 | Echo Inc | | $4,849,888.00 | $5,469,123.00 | 2021 | 17391 Durrance Rd | | N. Fort Myers | FL | 33917-2212 |
| 6905 | Echoing Hills Village, Inc. | | $10,381,316.00 | $39,796,645.00 | 2021 | 36272 C.R. 79 | | Warsaw | OH | 43844 |
| 4521 | Ecohealth Alliance, Inc. | | $11,465,094.00 | $11,774,215.00 | 2020 | 520 Eighth Avenue, Suite 201 | | New York | NY | 10018 |
| 4457 | Economic Development Properties, Inc | | $0.00 | $34,730.00 | 2020 | 200 East 3rd Street | | Owensboro | KY | 42303 |
| 10814 | EdChoice Kentucky, Inc. | | $131,000.00 | $131,000.00 | 2021 | 1042 Burlington Ln | | Frankfort | KY | 40601 |
| 1357 | EdChoice, Inc. | | $9,054,335.00 | $10,117,129.00 | 2021 | 111 Monument Circle, Ste. 2650 | | Indianapolis | IN | 46204 |
| 4819 | Edge Outreach, Inc. | Water Step | $1,229,263.00 | $1,360,263.00 | 2021 | 625 Myrtle Street | | Louisville | KY | 40208 |
| 3890 | Edith & Henry Heuser Hearing Institute, Inc. | | $46,146.00 | $1,709,772.00 | 2020 | 111 E Kentucky Street | Building B | Louisville | KY | 40203 |
| 12833 | Edmonton-Metcalfe County Chamber of Commerce, Inc. | | $31,446.00 | $32,553.00 | 2021 | P.O. Box 42 | | Edmonton | KY | 42129 |
| 13576 | Educating With Hope, Inc. | | $0.00 | $0.00 | 2021 | 1146 Walter Boone Road | | Rineville | KY | 40162 |
| 12746 | Education Development Center, Inc | | $166,712,464.00 | $167,892,057.00 | 2020 | 300 Fifth Avenue Suite 2010 | | Waltham | MA | 02453 |
| 13408 | Education For All Children | | $1,476,759.00 | $1,580,258.00 | 2021 | 104 Congress Street | | Portsmouth | NH | 03801 |
| 14378 | Education For Just Peace in Middle East DBA US Campaign for Palestinian Rights | | $1,503,086.00 | $1,513,880.00 | 2021 | PO Box 3609 | | Washington | DC | 20027 |
| 15241 | Educational Excellence Foundation of Carroll Co., Inc. | | $17,187.00 | $17,191.00 | 2021 | 813 Hawkins Street | | Carrollton | KY | 41008 |
| 10747 | Educational Foundation of Alpha Gamma Rho | | $3,210,729.00 | $3,530,431.00 | 2020 | 1333 NW Vivion Rd Ste 110 | | Kansas City | MO | 64118-4554 |
| 4794 | Educational Media Foundation | | $241,047,367.00 | $247,061,110.00 | 2021 | 5700 West Oaks Blvd | | Rocklin | CA | 95765 |
| 14885 | Edward Charles Foundation | | $40,165,433.00 | $41,333,882.00 | 2021 | 269 South Beverly Drive | Suite 338 | Beverly Hills | CA | 90212 |
| 13834 | Edward Jones Disaster Relief Fund | | $132,937.00 | $132,962.00 | 2021 | 12555 Manchester Road | | Saint Louis | MO | 63131 |
| 6321 | Eight Days of Hope, Inc. | | $7,105,219.00 | $7,295,049.00 | 2021 | PO Box 3208 | | Tupelo | MS | 38803 |
| 15065 | Einstein School Foundation | | $97,639.00 | $97,639.00 | 2021 | 4011 West Plano Pkwy, | | Plano | TX | 75093 |
| 9707 | Eisenhower Foundation | | $3,163,302.00 | $3,166,180.00 | 2021 | PO BOX 295 | | Abilene | KS | 67410-0295 |
| 12461 | EKentucky Advanced Manufacturing Institute, Inc. | | $2,470,376.00 | $2,477,481.00 | 2021 | P.O. Box 1718 | | Paintsville | KY | 41240 |
| 16229 | EKY Heritage Foundation, Inc. | | $402,000.00 | $402,000.00 | 2021 | 51 Highway 2034 | | Whitesburg | KY | 41858 |
| 13821 | EL Education, Inc. | | $12,445,700.00 | $30,858,452.00 | 2020 | 247 West 35th Street, 8th Floor | | New York | NY | 10001 |
| 13439 | Elam Ministries | | $12,042,641.00 | $12,042,641.00 | 2021 | 5755 Northpoint Parkway, Suite 217 | | Alpharetta | GA | 30022 |
| 11870 | Elana Brophy Memorial Foundation Inc | | $0.00 | $0.00 | 2021 | 39 Hudson Avenue | | Lakeside | KY | 41017 |
| 12386 | Elderheart, Inc. | Mission 22 | $6,187,725.00 | $6,066,501.00 | 2021 | 694 N Larch St #910 | | Sisters | OR | 97759-0769 |
| 2953 | Elderhostel, Inc. dba Road Scholar | | $4,238,585.00 | $157,086,376.00 | 2021 | 11 Avenue de LaFayette | | Boston | MA | 02111-1746 |
| 16021 | Elders Action Network, Inc | | $168,897.00 | $185,966.00 | 2021 | 9012 Willage View Drive | | San Jose | CA | 95135 |
| 14509 | Election Administration Resource Center dba Ranked Choice Voting Resource Center | | $1,244,215.00 | $1,329,356.00 | 2021 | 209 Cashwell Dr. | | Goldsboro | NC | 27534 |
| 14927 | ELECTRI International-The Foundation for Electrical Construction, Inc. | | $1,993,045.00 | $2,895,459.00 | 2021 | 1201 Pennsylvania Avenue, NW, 12th Floor | | Washington | DC | 20004 |
| 5029 | Electronic Frontier Foundation, Inc. | | $16,647,324.00 | $17,692,904.00 | 2020 | 815 Eddy Street | | San Francisco | CA | 94109 |
| 14156 | Elevance Health Cares, Inc. | | $1,406,971.00 | $1,425,402.00 | 2021 | 220 Virginia Avenue | | Indianapolis | IN | 46204 |
| 15140 | Elevate Dance Ministry Inc | | $39,585.00 | $187,056.00 | 2021 | 2609 Merriwood Drive | | Louisville | KY | 40299 |
| 4805 | Elim Christian Services | | $5,507,745.00 | $26,095,646.00 | 2020 | 13020 S Central Avenue | | Palos Heights | IL | 60463-2410 |
| 788 | Elizabeth Glaser Pediatric AIDS Foundation | | $187,361,873.00 | $187,687,168.00 | 2021 | 1350 I St NW, Suite 400 | | Washington | DC | 20005 |
| 1032 | Elizabethtown Country Club | | $661,384.00 | $1,019,013.00 | 2020 | 2606 Hodgenville Road | | Elizabethtown | KY | 42701 |
| 310 | Elizabethtown Hardin County Chamber of Commerce | | $73,600.00 | $418,458.00 | 2021 | 111 W. Dixie Avenue | | Elizabethtown | KY | 42701 |
| 2832 | Elizabethtown Hardin County Heritage Council | | $0.00 | $0.00 | 2020 | 209 W. Dixie Avenue | | Elizabethtown | KY | 42701 |
| 363 | Elizabethtown Lodge #40 FOP | | $38,445.00 | $147,224.00 | 2021 | 318 S. Mulberry St. | PO Box 474 | Elizabethtown | KY | 42702 |
| 13703 | Elizabethtown Police Foundation, Inc. | | $45,411.00 | $104,273.00 | 2021 | PO Box 1231 | | Elizabethtown | KY | 42701 |
| 14707 | Elizabethtown Volleyball Academy, Inc. | | $900.00 | $148,212.00 | 2021 | 115 Jersey Court | | Elizabethtown | KY | 42701 |
| 3292 | Elsie Publishing Institute | | $1,361,987.00 | $1,412,061.00 | 2021 | PO Box 811 | | East Lansing | MI | 48826 |
| 15514 | Elton John Aids Foundation, Inc. | | $8,428,487.00 | $8,532,376.00 | 2021 | 584 Broadway, Suite 906 | | New York | NY | 10012 |

## Current Non-Profit Entities Filing IRS Tax Form 990 with the Attorney General

Updated: 3/6/2023

| ID | Name | DBA | Contributions | Revenue | Yr Last Filed | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 3057 | GLAAD, Inc. | | $24,783,106.00 | $24,855,418.00 | 2020 | 104 West 29th Street, 4th Floor | Suite 1500 | New York | NY | 10001 |
| 11626 | Glacier National Park Conservancy | | $3,388,190.00 | $2,528,080.00 | 2021 | P.O. Box 2749 | | Columbia Falls | MT | 59912 |
| 15733 | GLAD House, Inc. | | $537,364.00 | $751,797.00 | 2020 | 1994 Madison Road | | Cincinnati | OH | 45208 |
| 13827 | Glasgow Barren County Chamber of Commerce | | $96,607.00 | $216,951.00 | 2021 | 126 East Public Square #101 | | Glasgow | KY | 42141 |
| 14574 | Gleanings Husing Inc | | $54,240.00 | $54,240.00 | 2021 | 286 Malabu Court | | Lexington | KY | 40502 |
| 6816 | Glenmary Sisters Charitable Trust | | $0.00 | $9,180.00 | 2021 | PO Box 22264 | | Owensboro | KY | 42304 |
| 14565 | Global Down Syndrome Foundation | | $3,206,849.00 | $3,228,128.00 | 2021 | 3239 E. 2nd Avenue | | Denver | CO | 80206 |
| 7415 | Global FoodBanking Network | | $16,402,606.00 | $16,426,499.00 | 2021 | 70 E. Lake Street | Suite 1200 | Chicago | IL | 60601 |
| 11508 | Global Foundation For Peroxisomal Disorders | | $688,588.00 | $685,552.00 | 2021 | 5272 S Lewis Ave, Suite 207 | | Tulsa | OK | 74105 |
| 5803 | Global Fund for Children | | $6,116,731.00 | $6,479,849.00 | 2020 | 1411 K Street | 1200 | Washington | DC | 20005 |
| 2663 | Global Fund for Women, Inc. | | $66,462,115.00 | $69,663,724.00 | 2020 | 800 Market Street  7th Floor | | San Francisco | CA | 94102-3034 |
| 12259 | Global Game Changers Children's Education Initiative, Inc | | $1,098,159.00 | $1,115,463.00 | 2021 | 201 East Main St | Suite 104 | Louisville | KY | 40202 |
| 4382 | Global Giving Foundation, Inc. | | $93,619,611.00 | $98,059,515.00 | 2021 | 1 Thomas Circle | | Washington | DC | 20005 |
| 16184 | GLOBAL GLIMPSE | | $1,707,355.00 | $1,833,616.00 | 2020 | 490 LAKE PARK AVE | #16039 | OAKLAND | CA | 94610 |
| 3633 | Global Hunger Project | The Hunger Project | $18,310,052.00 | $18,515,873.00 | 2021 | 110 West 30th Street, 6th Floor | | New York | NY | 10001 |
| 466 | Global Impact | | $5,589,150.00 | $66,243,974.00 | 2020 | 1199 North Fairfax St., Ste. 300 | | Alexandria | VA | 22314 |
| 7902 | Global Media Outreach | | $11,244,241.00 | $10,772,558.00 | 2021 | 7160 N. Dallas Pkwy | Suite 200 | Plano | TX | 75024 |
| 9613 | Global Mother Divine Org | TM Program For Women Professional | $160,579.00 | $360,450.00 | 2020 | 1770 Brahmanand Sarawati Blvd | | Fairfield | IA | 52556-9102 |
| 16048 | Global Nerve Foundation | | $0.00 | $0.00 | 2021 | PO BOX 10291 | | Gaithersburg | MD | 20888 |
| 5017 | Global Operations and Development | Giving Children Hope | $29,863,630.00 | $30,512,149.00 | 2020 | 8332 Commonwealth Avenue | | Buena Park | CA | 90621 |
| 5021 | Global Partners In Care | Global Partners In Care | $561,020.00 | $561,020.00 | 2021 | 501 Comfort Plaza | | Mishawaka | IN | 46545 |
| 15321 | Global Peace Alliance Inc | | $5,000.00 | $5,000.00 | 2021 | 1537 Bull Lea Road | | Lexington | KY | 40511 |
| 7889 | Global Poverty Project, Inc. | Global Citizen | $70,290,330.00 | $91,596,868.00 | 2021 | 740 Broadway, Suite 400 | | New York | NY | 10003 |
| 9778 | Global Sanctuary for Elephants | | $1,184,092.00 | $1,190,194.00 | 2020 | 9010 Hood Place | PO Box 2426 | Brentwood | TN | 37024 |
| 6480 | Global Service Network, Inc. | | $9,315,577.00 | $9,338,562.00 | 2021 | PO Box 1809 | | Apex | NC | 27502 |
| 12735 | Global Shema Initiative Inc. | | $158,623.00 | $158,623.00 | 2020 | 115 Warren Pass | | Georgetown | KY | 40324 |
| 2771 | Global Volunteers | | $1,579,657.00 | $1,579,657.00 | 2020 | 375 E Little Canada Road | | St. Paul | MN | 55117 |
| 14689 | Global Water Center | | $9,494,426.00 | $9,519,858.00 | 2020 | 1150 Molly Greene Way, Building 1605 | | North Charleston | SC | 29405 |
| 12837 | Global Wildlife Conservation | | $36,820,053.00 | $37,346,645.00 | 2020 | PO Box 129 | | Austin | TX | 78767 |
| 12163 | Global Zero | | $1,263,331.00 | $1,263,560.00 | 2021 | 1835 7th Street NW | #105 | Washington | DC | 20001 |
| 2680 | GLSEN, Inc. | | $9,061,885.00 | $9,169,692.00 | 2020 | 110 William Street | 30th Floor | New York | NY | 10038 |
| 12686 | Glut1 Deficiency Foundation, Inc. | | $739,064.00 | $776,976.00 | 2022 | PO Box 737 | | Owingsville | KY | 40360 |
| 3868 | Gluten Intolerance Group of North America | | $41,456.00 | $5,074,297.00 | 2021 | 31214 124th Avenue SE | | Auburn | WA | 98092 |
| 8471 | Go-Hire Employment and Development | | $38,609,085.00 | $38,687,303.00 | 2021 | PO Box 1238 | | Hazard | KY | 41702 |
| 9124 | Go2 Foundation for Lung Cancer | | $13,741,503.00 | $13,798,666.00 | 2021 | 2033 K Street NW | | Washington | DC | 20006 |
| 13016 | God's Love We Deliver, Inc. | | $26,600,097.00 | $31,954,501.00 | 2020 | 166 Avenue of the Americas | | New York | NY | 10013 |
| 14305 | God's Not Dead Foundation | | $35,906.00 | ($1,312,838.00) | 2021 | 15333 North Pima Rd | Ste 305 | Scottsdale | AZ | 85260 |
| 10842 | God's Outreach Madison County Food Bank | | $691,774.00 | $691,973.00 | 2021 | PO Box 1226 | | Richmond | KY | 40476 |
| 2814 | Gods Outreach, Inc. | | $106,697.00 | $106,697.00 | 2021 | 521 E 4th Street | | Owensboro | KY | 42303 |
| 390 | Gods Pantry Food Bank, Inc | | $62,047,381.00 | $63,304,764.00 | 2021 | 1685 Jaggie Fox Way | | Lexington | KY | 40511 |
| 11407 | Gods Pit Crew, Inc. | | $13,643,981.00 | $13,718,268.00 | 2021 | 2499 North Main St. | | Danville | VA | 24540 |
| 14124 | Godspeed, Inc. | | $0.00 | $0.00 | 2022 | 6277 Cranston Road | | Morehead | KY | 40351 |
| 13613 | GOFUNDME.org | | $15,280,142.00 | $15,280,142.00 | 2020 | 8605 Santa Monica Boulevard, #88639 | | West Hollywood | CA | 90069 |
| 5752 | Golden Retriever Rescue & Adoption of Needy Dogs | | $213,603.00 | $252,384.00 | 2021 | PO Box 6132 | | Louisville | KY | 40206-0132 |
| 16046 | Goldens Without Borders Inc | | $222,162.00 | $325,200.00 | 2021 | 11700 W. Charleston Blvd | | Las Vegas | NV | 89134 |
| 3315 | Goldman Sachs Philanthropy Fund | | $2,125,065,135.00 | $2,555,591,623.00 | 2021 | 200 West St. | 15th Floor | New York | NY | 10282 |
| 15687 | Golestan Foundation A NJ Nonprofit Organization | | $271,987.00 | $271,990.00 | 2020 | 17610 Woodinville Snohom Rd NE 2637 | | Woodinville | WA | 98072 |
| 13127 | Gonzaga Law School Foundation | | $1,883,385.00 | $3,337,300.00 | 2020 | PO BOX 3528 | Janet Chudomelka 1808 Aston Ave, Ste 230 Carlsbad, | Spokane | WA | 99220 |
| 3586 | Good News Communications Inc. | | $2,089,871.00 | $2,339,141.00 | 2020 | 4073 Mission Oaks Blvd. | | Camarillo | CA | 93012 |
| 11198 | Good Sports, Inc. | | $17,365,260.00 | $17,640,081.00 | 2021 | 1515 Washington Street Suite 300 | | Braintree | MA | 02184 |
| 5139 | Good360 | | $1,676,252,768.00 | $1,689,563,175.00 | 2021 | 675 North Washington Street | Suite 330 | Alexandria | VA | 22314 |
| 16156 | GoodCoin Giving Fund | | $0.00 | $0.00 | 2021 | PO BOX 21770 | | Charleston | SC | 29413 |