UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> v. ) <br> ) <br> GLOBCAL INTERNATIONAL, et al. ) <br> ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:23-CV-00043-RGJ |

**MOTION FOR LEAVE TO REQUEST DOCUMENTS**
**PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court pursuant to Fed. R. Civ. P. 26(d)(1) for leave to request documents from the Defendants, Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads"), and David J. Wright ("Wright"), prior to the conference of the parties required by Fed. R. Civ. P. 26(f).

As grounds for this motion, HOKC states that there is significant reason to believe that the conference required by Rule 26(f) will not take place or will be significantly delayed by the actions of the Defendants. Ecology Crossroads is already in default and it is reasonable to believe that Ecology Crossroads will never respond to the Verified Complaint or otherwise appropriately appear in this action.[1] Wright has until March 27, 2023 to respond to the Verified Complaint, but based on past experience and his prior dealings with the Court, HOKC reasonably believes that Wright will attempt to delay these proceedings through frivolous motion practice or other tactics. HOKC desires to immediately serve document requests on the Defendants to determine, among

---

[1] Ecology Crossroads has failed to answer or otherwise respond to the Verified Complaint and a motion for entry of default was filed with the Court on March 6, 2023 **[DE 10]**.

other things, (1) the extent to which Defendants continue to violate the Agreed Permanent Injunction previously entered by the Court through private social media activity; (2) the extent to which the International Registry of Kentucky Colonels described on the Defendants' website is operational; (3) the number of "Kentucky Colonel Badges" and "Kentucky Colonel Nameplates" ordered or sold by Defendants; (4) the number of Kentucky Colonel ID cards sold by Defendants; (5) the quantity of "Kentucky Colonel Apparel sold by Defendants; (6) whether the financial solicitations described in the Verified Complaint have resulted in contributions to Ecology Crossroads or otherwise generated revenue for Defendants; (7) whether the financial solicitations and other communications referred to in the Verified Complaint have caused or generated confusion among the general public; (8) the intent of the Defendants to cause confusion among consumers; and (9) the injury to HOKC's goodwill caused by the Defendants' use of HOKC's trademark and the actions described in the Verified Complaint.

Expedited discovery is warranted because HOKC has already filed its Motion for Temporary Restraining Order and Preliminary Injunction **[DE 12]**, demonstrating the probability of success on the merits and irreparable injury. *See Edgnet, Inc. v. Home Depot U.S.A., Inc.*, 259 F.R.D. 385, 386 (E.D. Wis. 2009) (expedited discovery warranted when the moving party demonstrates entitlement to injunctive relief). Moreover, expedited discovery is particularly appropriate here because HOKC is attempting to enforce a prior order of this Court. *See Damus v. Nielsen*, 328 F.R.D. 1, 3-4 (D.D.C. 2018) (expedited discovery warranted when significant questions regarding noncompliance with a court order had been raised).

## CONCLUSION

For these reasons, HOKC requests leave to serve its first request for production of documents and have those document requests deemed served on the date that they are, in fact, served, regardless of whether the Rule 26(f) conference has occurred.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 15th day of March, 2023:

| | |
|---|---|
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475<br>David.wright@globcal.net | |

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101092172.1