# Exhibit 1

# US Congressional Record, April 2, 1936

The Honorable Title of the Kentucky Colonel

In 1936, Congressman Edward Wester Creal presented the Kentucky Colonel to the United States Congress. Congressman Creal was not a Kentucky Colonel at the time and it is unknown if he became one the following month when 17,000 commissions were restored and legalized in common-law implicitly by the Governor's Office. At the time the commission was canceled by the Attorney General because there were no statutory laws codified regarding the commissioning of Kentucky colonels.

## Congressman Edward Wester Creal of Kentucky

Mr. Chairman … A few days ago the Attorney General of Kentucky (Beverly M. Vincent) announced a ruling that brought poignant sorrow to several thousand citizens of the country. He said the power to confer the title of colonel by the Governor no longer existed. His views of the law were that the titles conferred were null and void at the expiration of the term of the Governor conferring the honorary title. He expressed grave doubt as to any authority conferred on the Governor to bestow the title.

The present Governor is not interested, inasmuch as he has made no such appointments. The story behind this story is one of chivalry, romance and ideal patriotism. There were at one time many real Kentucky colonels dating back to the War of 1812, the Mexican War,. and the Civil War, back to the days of George Rogers Clark, who took from the British tbe Northwest Territory, or the States of Ohio,. Indiana, Illinois, Michigan, and part of Wisconsin and without such efforts the Canadian boundary would today extend to the Ohio River, and this august body would be deprived of the pleasant associations and recognized ability of the Members from those States

In those days a Kentucky colonel was an outstanding man of his particular community and frequently raised a company of men to assist in some patriotic governmental function, and he was given a. title which recognized his services.

The title of Kentucky colonel, today made a joke by reason of many indiscriminate awards, had behind it for a hundred years, a real meaning **known around the world and made the title one of distinction and coveted desires**. The terms have been used in laudatory remarks over the world, as chivalrous, gallant, hospitable, brave, and courteous as a Kentucky colonel." These words described the real Kentucky colonel and made the title a mark of distinction.

Then, when the game of war ceased to furnish the opportunity of the title, it was for a while awarded sparingly but deservedly on citizens who had distinguished themselves on any great undertaking,.such as authors, musicians, or even.athletic superiority. It was even then a recognition of some fonn of

distinguished services. Movie actors, of renown~philanthropists, statesmen, physicians, and others, even to the owner of the horse that could win the Kentucky Derby received the coveted and distinguished title.

The original Kentucky colonels in actual life were the type of men you would delight in knowing and whose acquaintance would be a beautiful memory that you could not forget. As is often the ease that brain, brawn and big heart.are found in the same man it was universally true with the Kentucky colonels. Tall, straight as an Indian, suave, musical voice, courteous in the extreme, chivalrous and gallant, with highest respect for womankind, yet beneath it all a pride in truth, honesty,.and integrity.

Patient in receiving an affront or insult but when aroused a swift dynamo in retaliation.. Henry Clay, once the dis;tinguished Speaker of this House and Minister to England and a duelist if challenged, was a typical example.

The colonel as fancied and pictured by the world, and not far from correct in detail was about 6 feet ~ erect, gray hair and mustache, a pistol in belt and able to draw and hit the center of a dime at 50 yards with the swiftness of a: sleight-of-hand action. His home was hospitality personified, with a. barrel of aged liquor for which the State was famous, a saddle horse that he prized almost as much as one of the family, a. pack of foxhounds,. and occasionally a violin, which had been in the family for generations He was gentle yet firm, diplomatic yet positive, never sought to hunt trouble but quick to resent an intended wrong, His tenacity he acquired from his Anglo-Saxon heritage. Kentucky today has the largest number of people of pure unadulterated Anglo-Saxon blood of any State of the Union. It has less than one-half of 1 percent of foreign blood. They left Virginia early and went over the hill and there in the pocket with the Ohio on one side, the Mississippi on the other, and the Alleghenies to their backs they reproduced their own kind to fill the hills and valleys, in a manner shut off from the seaboard States.

A noted song writer was seeking the old folk songs of England 500 years ago but coUld not find them in England. She came to the hills of Kentucky where she found them all, which had come down by the generations by word of mouth without printed form. She had them reproduced by phonograph to get the tune and words and then wrote the music from the records. Among these people we have no fear of communism, they are all just old-fashioned Americans, orthodox Democrats and Republicans.

The abuse of this conferring the title in the past 15 years caused a protest in Kentucky. Men of distinction and renown, and who were justly proud of their title, were humiliated to see it bestowed indiscriminately and they removed their once coveted treasure from sight in an office or private library. And if the attorney general's ruling is correct.that title expires with each outgoing Governor and none have been granted by the present Governor, then -there is not a Kentucky colonel by legal title in all the world, except those of the Army. But down in Kentucky the woods are full of Kentucky colonels though not decorated with the title. If touring there, stop at a farmhouse and ask for water or directions, or any other accommodations for your car or self, and you will find them.

Not until the coming of through highways and foreign travel were the doors ever locked at night. The neighbors are still the best neighbors in all the world to live by. They still follow the ancient custom to lay

aside their own work to attend to the needs of a sick neighbor and to do his needed chores for him. Their conscience would hurt them not to do otherwise and the sick neighbor would feel aggrieved at the lack of interest otherwise. Every move they make is written up and magnified around the world and items of no importance in any other State are heralded around the world when it happens in Kentucky.

You can tell these modern-day Kentucky colonels, children, and grandchildren of the titled colonels, wherever you see them. They are exceedingly easy to approach and engage in conversation.

They arise to give the lady a seat in the streetcar or bus when others sit. Their friendship is easily obtained and also their undying loyalty. They have a sporting sense of fair play, which makes them always for the underdog, be it a prizefight or chicken fight; They will stop and haul a hitchhiker when all others pass him up. They will keep a stranger in their home where others refuse. They are easy victims to hard luck stories, whether meritorious or not. They are perhaps more clannish than the people of any other State of the Union-once a Kentuckian always a Kentuckian.

When meeting abroad as strangers an introduction as a Kentuckian to a Kentuckian is sufficient recommendation to insure the highest degree of respect from each other, regardless of politics, religion, trade, or profession. If t:ne people of the 48 States had that degree or loyalty and fellowship toward each other that the Kentucky colonel and his children have for each other, there would be no danger of harm coming to us . from without or within our borders.

The title of Kentucky colonel may be null and void, but the spirit of big-hearted, hospitable, patriotic colonels still thrives in the valleys and on the hillsides of old Kentucky and in the veins of the pure Anglo-Saxon blood of its citizens.

This is not the time or place for extended remarks on Ketucky's long list of gallant men whose lives have been valuable contributions to the Republic, but paraphrasing a little, the Commonwealth of Kentucky, the home of ancient and modern Kentucky colonels, is not the oldest nor yet the youngest, not the richest nor yet the poorest, but all in all the best place this side of heaven that the good Lord ever made.Kentucky colonels, officially, are no more, but their traits of character still rule Kentucky.

The titles conferred did no harm if they did no good.Who can say that the title when conferred on some native Kentuckian did not give him a pride in it that caused him to live up to the worthy title?

It was formerly awarded as a mark for distinguished services of some kind similar to medals of honor awarded by many other governments. The world says good-bye to Kentucky colonels, but may their emulation in patriotic chivalry never cease.