# Exhibit 2

First known publication of the complete term "Kentucky Colonel" and its introduction to the English language. Created in London, printed in the public domain with a front page news article by one of the first national newspapers printed in Philadelphia "The National Gazette and Literary Register" on April 20, 1833.

## LONDON THEATRICALS.

*Covent Garden Theatre.*—The 'Kentuckian, or A Trip to New York,' is the interesting title of a two-act farce produced at this house on Saturday evening. The piece is intended to give us an idea of Kentucky manners, in their broadest shape, and the *beau ideal* representative of those manners is Colonel Nimrod Wildfire (Mr. Hackett). There is scarcely any plot or intrigue in the piece, or at least all that there is may be summed up in two sentences. We shall give the plot as briefly as possible, and then produce Colonel Wildfire in the most striking situations. The scene is laid at New York, in the house of Mr. Freeman, a New York merchant, who is uncle to the Kentucky Colonel. Mr. Freeman has a wife and daughter; the two latter rather aristocratic in their notions, and very much taken with an Englishman, Mr. Perkins, who passes himself off for my Lord Granby. Miss Freeman has another lover, Percival, an English merchant, to whom she is married, after the real character of Perkins is discovered. There is moreover an English lady, Mrs. Luminary (the character is intended as a satire upon Mrs. Trollope, we suppose), who has come to America to establish a school of "amelioration," and to make her remarks upon trans-Atlantic manners. The contrast between this latter refined European lady and the Colonel from "Old Kentuck," may be considered the essence of the piece.