UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) | CIVIL ACTION NO. 3:23-CV-00043-RGJ |
| GLOBCAL INTERNATIONAL, et al. | ) ) ) ) | |
| DEFENDANTS | ) | |

**RESPONSE TO MOTION TO STAY [DE 15]**

On March 21, 2023, Defendant David J. Wright filed a document with the Court characterizing the motions filed by Plaintiff, the Honorable Order of Kentucky Colonels ("HOKC"), as "premature" and demanding a stay of this action.[1]  As predicted in HOKC's Motion for Leave to Request Documents Prior to Rule 26(f) Conference **[DE 13]**, Wright makes this request in a frivolous effort to delay these proceedings and avoid the consequences of his blatant disregard of the Permanent Injunction entered by the Court on February 23, 2021 **[DE 1-1]**.

Incredibly, Wright requests the Court delay these proceedings while continuing to market services, solicit members, and receive contributions and payments using the protected KENTUCKY COLONELS Mark.  As extensively described in HOKC's Motion for Temporary Restraining Order and Preliminary Injunction **[DE 12]**, Wright escalated his commercial activities

---

[1] As this Court has previously recognized, Wright is not licensed to practice law and, therefore, may not appear on behalf of the corporate Defendants, Globcal International, Inc., and Ecology Crossroads Cooperative Foundation, Inc.  [2/16/23 Order **[DE 9]**]. Wright's request for a stay of Plaintiff's Request for Entry of Default **[DE 10]** completely ignores this ruling.  That portion of the instant motion relating to Plaintiff's request for entry of default **[DE 10]** should be stricken and disregarded by the Court.

using HOKC's protected mark after the filing of the Verified Complaint. By correspondence dated January 25, 2023, HOKC requested that Wright stop the infringing activities described in the Verified Complaint.[2]  Rather than honor that request, Wright updated his website located at www.kycolonelcy.us to include a "Make it Official" link leading users to a form titled "Kentucky Colonel™ User Application."  That application describes the various "membership levels" available to join his Kentucky Colonel "cooperative."[3]  The form also includes a hyperlink to PayPal which shows donations being made to the corporate Defendant Ecology Crossroads for "Kentucky Colonel 1775 Title Mark."[4]

The Court should not permit Wright to delay these proceedings while continuing to use his websites and social media as vehicles for confusing the public and misappropriating the KENTUCKY COLONELS Mark.  Particularly Wright has repeatedly rejected HOKC's request that he cease his activities and has, instead, dramatically expanded his pursuit of personal enrichment.  Wright should not be rewarded for his utter disregard of this Court's orders. He must not be permitted to continue his infringement in clear violation of the Court's Permanent Injunction, when each passing day increases the harm suffered by HOKC.

Because Wright has chosen to continue and even accelerate his improper infringement in defiance of this action, any request for delay must be denied.

---

[2] A copy of the referenced correspondence is attached as Exhibit 1.
[3] *See* Motion for Temporary Restraining Order and Preliminary Injunction **[DE 12]**, PageID #678-682.
[4] *Id.* at PageID #681.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 27th day of March, 2023:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101099365.1