## ANNUAL DINNER OF THE HONORABLE ORDER OF KENTUCKY COLONELS

When Col. Anna Friedman, Secretary and Keeper of the Great Seal of The Honorable Order of Kentucky Colonels, issued issued the invitations for the annual dinner held at the Kentucky Hotel, Louisville, Kentucky, May 2nd, 1941, she included in the general orders the following:

> Due to broadcasting arrangements at the dinner, the following order of events must be strictly followed, and remember..."A Colonel is never late for his own command".

And these Kentucky Colonels, coming from every state in the Union, Canada and Hawaii, are seldom, if ever, late for this annual event. One Colonel, head of one of the largest industrial corporations in the United States, reserved an entire suite at the hotel, then returned home without waiting to witness the running of the Derby. But the running of the Kentucky Colonels' Handicap, the feature attraction of the day before the Derby - that is a different matter. It is a duty of all Kentucky Colonels in the city to witness the running of this event.

Almost 150 years have elapsed since Issac Shelby, the first elected Governor of the Commonwealth of Kentucky, who issued the first Colonel's commission in Kentucky. This was granted to the Hon. Charles S. Todd, who married Letitia Shelby, the beautiful and gifted daughter of the Governor. Later Governor Shelby issued commissions to all the men who enlisted in his regiment and fought with him during the War of 1812. Thus began The Honorable Order of Kentucky Colonels.

A- 17

OFFICIAL STARTERS

Salute to the flag

    Gen. J. Fred Miles, Presiding

    Gen. Robert Barry, Toastmaster

The Ceremony of the mint julep

A toast to the President of the United States and the Governor of Kentucky

The Kentucky Colonel Toast (see below)

    Lieut. Gov. Rodes K. Myers

Mayor Joseph D. Scholtz

The Governor of Kentucky

Announcements of the Commissions as Kentucky

    Colonels awarded for distinguished service

    rendered the Commonwealth of Kentucky

    during the past year

Presentation to Generals

"My Old Kentucky Home," led by Senator and

    Mrs. Albert Benjamin Chandler

Col. Stephen Collins Foster Tableau

Presentation of tray to my Old Kentucky Home

    by Gen. J. Fred Miles, accepted by Gov. Keen

    Johnson.

Broadcasting

    Columbia Broadcasting System - Coast to Coast

Songs of the Old South

    The Jordanaires

"The Kentucky Derby Darby"
    Written and sung by Miss Grace Lee Cornelius

Dancing will follow the Program

    Music by Robert Hutsell and the WHAS

    Orchestra: Vocalist, Miss Glorita McHugh

16

## THE KENTUCKY COLONELS' ANNUAL DINNER

The eighth annual dinner of the Kentucky Colonels was held at the Kentucky Hotel on Friday, May 2, 1941. As usual the feast is a part of the Derby Eve celebrations. The first Kentucky Colonels were commissioned by Gov. Isaac Shelby in 1792, when Kentucky became a sovereign state. Then and onward until the third constitution became operative a colonel was commissioned by the Governor for each regiment of the State Militia. The county was then the regimental district, so each county always had one active colonel and several who retained the title after the commission establishing it had expired. After a few decades it was a pretty safe bet that the head of any household occupying a dwelling with at least two chimneys was a colonel.

Kentucky's State Guard was organized by Gen. Simon B. Buckner in the late 1850's. This reorganization reduced the number of new colonels commissioned for actual regimental duty. The old titles survived by courtesy, and with the new commissions to State Guard commanders the title of colonel remained about stationary until 1915. In that year A. O. Stanley, then Governor, commissioned 110 honorary colonels. Gov. E. P. Morrow added 243; Gov. William Fields, 183; Gov. Flem D. Sampson, 677; Gov. Ruby Laffoon, 10,450; and Gov. A. B. Chandler 85. In 1934, at a meeting of Kentucky Colonels a social organization of the colonels was effected. Then on Mar. 28, 1936, the Attorney General of Kentucky voided all of these commissions, but a month later they were revived by the Acting Governor, James E. Wise.

Kentucky's colonels have always been devotees of her racing. The public mind seems to have associated the Kentucky Derby with the Kentucky Colonel and the mint julep. In recent years the association has become actual, taking the form of a banquet in Louisville on the eve of Derby Day. The program of the evening and the menu reflect the atmosphere of the occasion:

Although history gives us this information as to the origin of this organization, the question is always brought up for discussion at the annual dinners and many are the reasons given for: "Why is a Kentucky Colonel?" Perhaps the best answer to this question, in all seriousness, is that definition given by Hon. Keen Johnson, the present Governor of Kentucky. Governor Johnson, in an address given at My Old Kentucky Home, Bardstown, Kentucky, in 1940, said: "The title, 'Kentucky Colonel' is a unique distinction. Those upon whom it has been conferred have received this coveted commission because of noteworthy service in Kentucky or friendship for our State."

The late Ruby Laffoon, who issued more Kentucky Colonel commissions than any other Governor, had this to say: "The folks that are Colonels are the ones who make presidents and governors." Doubtless Governor Laffoon meant this in all sincerity and certainly the more than 10,000 Kentucky Colonels throughout the country include many who have played an important part in state and national politics, there are also names on this long list who would be surprised to find themselves placed in this category. For instance, Col. Mae West of Hollywood. Col. Charles C. Pettijohn of New York, and a former commanding general of the Kentucky Colonels, was quite frank in his definition of the why of a Kentucky Colonel. He said: "The only purpose of this organization is to have a party on Derby eve." Admiral Cary Grayson offered an explanation given him by an ex-slave. This aged Negro said: "Some was in de war. Some was born Cuhnels. But most of them get to be Cuhnels by givin' dollahs to cullud fellows like me."

the number of new colonels commissioned for actual regimental duty. The old titles survived by courtesy, and with the new commissions to State Guard commanders the title of colonel remained about stationary until 1915. In that year Governor A. O. Stanley commissioned 110 honorary colonels. Governor Edwin P. Morrow added 243; Gov. William Fields, 183; Gov. Sampson, 677; Gov. Laffoon, 10,450, and Gov. Chandler, 85. In 1936, the Attorney General of Kentucky voided all honorary Kentucky Colonel commissions, which at that time probably were in excess of 10,000, but a month later these were all restored by Acting Governor James E. Wise.

The annual dinner of the Honorable Order of Kentucky Colonels is a gala occasion and the attendance roster might well be likened to a few pages from Who's Who. Stage, screen and radio are represented in large numbers. Governors, congressmen, cabinet members, and other lesser political lights are found exchanging views with horse owners and industrial leaders, and the most of these views have to tdo with the probable winner of the Derby classic of the morrow, or perhaps with the grave problem of whether the mint should be crushed for a julep. Guests at this dinner are not permitted to forget that it is Derby eve and but a matter of hours before the greatest race in America will be settled at historic Churchill Downs. Even the items on the menu bear names of past Derby winners, and far into the night the Kentucky Colonels fortified with the traditional mint juleps disquss a traditional race - the Kentucky Derby. The toast, offered at each dinner, the program, the menu, all these extoll "an epicure...a patriot...a man - the Kentucky Colonel.

From time to time the Kentucky Colonels pass rules and regulations regarding their members, but judging from the nature of these it is doubtful if they are taken seriously. They passed a rule that no Colonel should pay more than 25¢ for a mint julep, and that no person could be eligible to be a Colonel unless he or she had witnessed at least one "hoss race". At another time it was decreed that a Kentucky Colonel should be designated as such only for five days of a week. The other two days he was to be plain "mister". And the absence of goatees on the Colonels is explained by a resolution abolishing them to "increase employment for barbers".

Seriously, though, there is a historical development which has resulted in the present day organization of The Honorable Order of Kentucky Colonels. As stated before, the first commission as Colonel was issued in the same year that Kentucky attained statehood. Continuing for almost a century a colonel was commissioned by the Governor for each regiment of the State Militia. The county, during this period, was the regimental district, therefore each county always had one active colonel and several others who retained their titles after the commission establishing them had expired. In the days following the War Between the States it was often said that some colonels had obtained their commissions through "architectural laws"; that is, every man owning a house with two chimneys rated being a colonel.

Kentucky's State Guard was organized by Gen. Simon B. Buckner in the late 1850's. This reorganization reduced