# Exhibit 4

**The Courier-Journal, Louisville, Kentucky, 12 Oct 1952, Sunday  •  Page 41**

**Explanation of the emergence of the Kentucky Colonel by the Louisville Courier Journal in 1952 with the 1825 quotation of United States Chief Justice John Marshall "In the Bluegrass region / a paradox was born / the corn was full of kernels / and the colonels full of corn."**



https://www.newspapers.com/clip/115562965/hang-onto-your-mint-julep-kentucky/