# Exhibit 5

In this newspaper clipping excerpt United States Diplomat, Colonel Charles S. Todd debunks a rumor that he was made a colonel by his deceased father-in-law. Madisonian Washington, District of Columbia 25 June 1840, Thursday • Page 2

denied by the Loco-foco party, he did say that General Harrison had been wounded in battle!! Nay, he even went so far as to assert that he had seen General Harrison, in such dangerous situations, repeatedly, that he had thought his escape with his life was a miracle, and that nothing but an overruling Providence, who had preserved his life for some great purpose, had interposed between him and the grave. He said, too, that the first man to land on the Canada shore, in pursuit of the British, at the time they were overtaken at the Thames, was Gen. Wm. H. Harrison. "And the second," said he, "fellow-citizens," is now sitting before me in the person of his gallant aid, Col. Todd, of Kentucky.

After Colonel Clarkson had concluded, the Convention took a recess of an hour and a half, during which, the multitude, but few of which dispersed, were addressed by Mr. Saxton, an old Revolutionary Soldier from Connecticut, and James Fitch, another from Fredonia, N.Y. The former of these veterans told the people that all the soldiers of the Revolution living were Whigs in '76, and were Whigs in '40. He said that he had known General Harrison, and that none but a Tory—a Tory of the old and new schools would brand him with a degrading epithet.

The tents of different military companies and delegations were pitched along the front embankment of the fort. We counted two hundred, but this was not the half—many were pitched along the outskirts of the forest in rear of the fort, and some of the delegations constructed rude wigwams of buckeyes, and others bowers; others used Buffalo robes, and slept in the wilderness, and very many walked the streets and the fort during the night previous to the celebration, and sung Tippecanoe songs.

Let us now return to the speaker' stand, and listen to the oration, commemorative of the civil and military services of Gen. Harrison, prepared for the occasion by Hon. E. Cook, of Sandusky city.   Mr. Cook is one of the happiest speakers in Northern Ohio.   His oration occupied about an hour and a half in delivering, was written in glowing style, with great power of language and felicity of expression.   Col. Todd, of Kentucky, one of the regular aids of Gen. Harrison during the last war, was called to the stand.   He commenced by saying to the multitude that "If Gen. Harrison had been commander of as many true hearts in May, 1813, as appeared here to-day to honor him, Gen. Proctor never would have left that field."   He bore thrilling evidence of the personal bravery of his old commander.  "I was with him," said he, "and knew all his plans, and can testify as well to his skill as a military tactician as to his bravery in the field. I was with him here, and on the Thames—he fought there, and was the author of the charge upon the British by Col. Johnson's company of infantry."   This had been ascribed by some to Gov. Shelby ; Col. Todd, who is the son in law of Gov. Shelby, repelled this charge as false, and as his living representative declared, that the Hero of King's Mountain, were he living, would spurn it with indignation.   He spoke of the soldier's honor as his only wealth, and in terms of the strongest reprobation of the efforts which were making, and being made, to rob Gen. Harrison of his well-earned laurels.   He said that Gen. Harrison was the only man in the last war, notwithstanding the bloody battles on the Niagara frontier, who had captured a whole army in their own territory.   He related several highly interesting incidents which occurred during the siege of Fort Meigs, which, when less hurried, we will give to our readers.