UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

**PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE
DIRECTIVE REGARDING CASE 3:23-cv-00043-RGJ**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby tenders the following response to the Court's show cause directive regarding Civil Action 3:23-cv-00043-RGJ (the "2023 Action"). HOKC has no objection to the Court reopening the instant action for enforcement of the Permanent Injunction Order entered on February 23, 2021 **[DE 93]**. Likewise, HOKC has no objection to the Court's decision to treat HOKC's Motion for Temporary Restraining Order and Preliminary Injunction filed in the 2023 Action **[DE 99]** as a motion to enforce the Permanent Injunction Order **[DE 93]**. The Court further ordered that the parties show cause "as to why [the 2023 Action] should not be dismissed." [Memorandum Opinion and Order **[DE 19]** in the 2023 Action]. With respect to that directive, HOKC requests the Court consider the Verified Complaint filed in the 2023 Action as an amended complaint filed in the instant action and allow HOKC to proceed with the claims asserted therein.

The Verified Complaint filed in the 2023 Action **[DE 97]** does not rehash the claims made in HOKC's original Verified Complaint **[DE 1]**. Rather, it alleges facts and asserts claims solely relating to actions taken by Defendant David J. Wright ("Wright") and the corporate Defendants,

Ecology Crossroads Cooperation Foundation, Inc. ("Ecology Crossroads") and Globcal International ("Globcal") (Ecology Crossroads and Globcal are hereinafter collectively referred to as the "Corporate Defendants") since the entry of the Permanent Injunction.  Further, Wright's internet and social media postings since entry of the Permanent Injunction Order on February 23, 2021 indicate that *new third parties* not subject to the Court's Permanent Injunction may have sponsored, enabled, or otherwise assisted in post-Permanent Injunction activities.[1]  Consequently, HOKC filed the 2023 Action naming "Unknown Defendants" who have assisted in Wright's activities.  The new allegations of misconduct and the apparent participation in those activities by *new parties* constitutes grounds for permitting HOKC to proceed with the most recently filed Verified Complaint **[DE 97]** in addition to pursuing remedies for civil contempt for Wright's breach of the Court's Permanent Injunction Order.

Wright, and perhaps others, have breached the Permanent Injunction and continue to engage in trademark infringement, trademark dilution, and cyberpiracy.  For those reasons, HOKC

---

[1] *See, e.g.*, Verified Complaint filed in the 2023 Action **[DE 97]**, ¶30 (quoting Wright's January 13, 2023 post on the KENTUCKY COLONEL LinkedIn page: "We have talked long enough and planned around the laws we established for the Kentucky Colonel in 2021.  It is time to take action, our attorneys have given us a green light to start a collective licensing program for the Common–Law Title Mark *through our sponsors* which are all Colonels."(emphasis added)); ¶31 (quoting Wright's January 24, 2023 posting on the KENTUCKY COLONEL COMMUNITY Facebook group page stating: "The Kentucky Colonel Community is the 'First' and 'Official' Commonwealth of Kentucky Facebook Group organized independently by Kentucky colonels living around the world connected via Facebook. . . . Kentucky Colonel Badges, ID Cards and Nameplates are only issued to *official cooperative employees and sponsors with access to our Internet publishing platform*, on January 1, 2023 the cards will become available to all *cooperative capital investors* and network platform users that support the cooperative as partial owners." (emphasis added)); ¶38 (stating that the founders of the "Kentucky Colonel™" Crunchbase.com crowd funding website include David Wright and Godfrey Brock-Gadd); and ¶40 (reflecting that the Kentucky Colonel: Honorable Title and Official website includes a "Contact Us" page identifying *Col. Luis Cruz Diaz as Secretary; Col. Nicholas A. Wright as Treasurer, and Col. Maria Veneke-Ylikomi as Registrar*).

respectfully requests the Court enter an order providing that the most recently filed Verified Complaint **[DE 97]** shall be treated as an "amended complaint" and allow HOKC to proceed with the claims asserted therein including, but not limited to, the discovery of parties who have facilitated, assisted, or participated in Wright's improper conduct since the entry of the Permanent Injunction.

        Respectfully submitted,

        <u>/s/ Cornelius E. Coryell II</u>
        Cornelius E. Coryell II
        Julie Laemmle Watts
        WYATT, TARRANT & COMBS, LLP
        400 West Market Street, Suite 2000
        Louisville, KY  40202
        (502) 589-5235
        ccoryell@wyattfirm.com
        jwatts@wyattfirm.com

        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

### CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 7th day of April, 2023:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

        <u>/s/ Cornelius E. Coryell II</u>
        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101106030.1