UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. )<br><br>PLAINTIFF )<br>v. )<br><br>KENTUCKY COLONELS INTERNATIONAL, et al. )<br><br>DEFENDANTS ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

### **PLAINTIFF'S WITNESS LIST**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), pursuant to the Court's Order dated March 30, 2023 **[DE 105]**, hereby identifies the following witnesses who may testify at the Show Cause Hearing scheduled for April 25, 2023 at 11:00 a.m.:

1. Defendant David J. Wright

2. Sherry Crose, Executor Director, the Honorable Order of Kentucky Colonels

3. Jim Rogers, Member, the Honorable Order of Kentucky Colonels

4. Col. Michael J. Little, Member, the Honorable Order of Kentucky Colonels

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 20th day of April, 2023:

| | |
|---|---|
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475<br>David.wright@globcal.net | |

                                        */s/ Cornelius E. Coryell II*
                                        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101105638.1