# EXHIBIT 1
# TO PLAINTIFF'S MOTION FOR SANCTIONS

**Coryell, Corky**

| | |
|---|---|
| **From:** | Coryell, Corky |
| **Sent:** | Thursday, April 06, 2023 12:19 PM |
| **To:** | David Wright |
| **Cc:** | Watts, Julie |
| **Subject:** | HOKC v Wright:   HOKC's First Set of Written Discovery Requests |
| **Attachments:** | HOKC's First Requests for Admission (2)(101105636.1).docx; HOKC's First Interrogatories and Requests for Production(101105569.1).docx; HOKC's First Requests for Admission.pdf; HOKC's First Interrogatories and Requests for Production.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | David Wright | |
| | Watts, Julie | Delivered: 4/6/2023 12:19 PM |
| | Sherry Crose | |
| | Nick Ising | |
| | Gary Boschert (gwboschert@gmail.com) | |

Mr. Wright,

Pursuant to the Court's Order, attached are Plaintiff's first set of written discovery requests.

As a courtesy, I have also attached Word versions of the documents that you can use for your responses which, pursuant to the Court's Order, are due no later than April 18, 2023.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| DAVID J. WRIGHT, et al. | ) ) | |
| DEFENDANTS | ) | |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT

Plaintiff, The Honorable Order of Kentucky Colonels, Inc., by counsel, pursuant to FRCP 36 and the Court's March 30, 2023 Order [**DN 105**], hereby propounds the following requests for admission to be answered separately by the Defendant David J. Wright by April 18, 2023 as ordered by the Court [**DN 105**].

## DEFINITIONS

The following definitions apply to these interrogatories and requests:

1. "You" or "Your" or "Defendant" means the Defendant David J. Wright and any agent, affiliate, associate, employee, attorney, or representative thereof.

2. "HOKC" means the Plaintiff, The Honorable Order of Kentucky Colonels, Inc., and any agent, employee, lawyer, representative or other person acting on its behalf.

3. "Ecology Crossroads" means Ecology Crossroads Cooperative Foundation, Inc. and any agent, employee, lawyer, representative or other person acting on its behalf.

4. "Identify" or "identity" means as follows:

a. When used in reference to a person it means to state the full name, present address, present or last known employment or business affiliation of any and all persons to whom the interrogatory applies.

b. When used in reference to a corporation, firm, or other entity, it means its full name, form of organization, and present or last known address.

c. When used in reference to a document, it means the type of document, its author or originator, the date it was originated, its recipient, its present location by address, and its custodian, and if the document was, but is no longer in Your possession or subject to Your control, to state what disposition was made of the document.

5. "Person" shall mean and include, in addition to natural persons, any and corporations, partnerships, and employees, attorneys, or experts to which the interrogatory applies.

6. "Complaint" means the Verified Complaint filed in this action on January 25, 2023.

7. "Website" means the domain name www.kycolonely.us and the material contained therein.

8. "Social Media Account" or "Social Media Accounts" refers to the KENTUCKY COLONEL COMMUNITY Facebook group; the KENTUCKY COLONEL CLUB Facebook group; the KENTUCKY COLONEL Facebook page; the KENTUCKY COLONEL YouTube page using the @Kentucky-Colonel handle; the KENTUCKY COLONEL Twitter account using the @KyColonelcy handle; the KENTUCKY COLONEL LinkedIn page; the KENTUCKY COLONEL Pinterest account with the @kycolonelcy.us handle; and the KENTUCKY COLONEL COMPANY Crunchbase account.

9. "Kentucky Colonel Badge" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group"

2

information, including the text specifically referenced in Paragraph 31 of the Complaint; in the since-deleted December 12, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 34 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint; in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint; and in the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

10. "ID Card" or "Lifetime ID Card" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint; in the Website "About Us" page as referenced in Paragraph 39 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint; in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint; and in the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

11. "Nameplate" or "Kentucky Colonel Nameplate" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint; in the since-deleted December 12, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 34 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of

the Complaint; and in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint.

12. "Kentucky Colonel Apparel" has the meaning associated with the reference thereto on the Website page titled "Kentucky Colonel Guide (Professional)" as referenced in Paragraph 45 of the Complaint.

13. "User Application" has the meaning associated with the "Kentucky Colonel$^{TM}$ User Application" Google Form linked through the Website and referenced in HOKC's Motion for Temporary Restraining Order and Preliminary Injunction, which was converted to a Motion to Enforce the Permanent Injunction Order [DN 99] and attached thereto as Exhibit 8.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:**   Admit that You are the registrant, owner, and/or operator of the Website.

**RESPONSE:**

**REQUEST NO. 2:**   Admit that You authored and/or posted the January 13, 2023 KENTUCKY COLONEL LinkedIn post referenced in Paragraph 30 of the Complaint.

**RESPONSE:**

**REQUEST NO. 3:**   Admit that You authored and/or posted the "About this group" information in the KENTUCKY COLONEL COMMUNITY Facebook group, including the text specifically referenced in Paragraph 31 of the Complaint.

**RESPONSE:**

**REQUEST NO. 4:**   Admit that You authored and/or posted the September 4, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 33 of the Complaint.

**RESPONSE:**

**REQUEST NO. 5:**   Admit that You authored and/or posted the since-deleted December 12, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 34 of the Complaint.

**RESPONSE:**

**REQUEST NO. 6:**   Admit that You authored and/or posted the May 4, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 35 of the Complaint.

**RESPONSE:**

**REQUEST NO. 7:**   Admit that You created or organized a page on the crowdfunding website crunchbase.com for "Kentucky Colonel ™" located at https://www.crunchbase.com/organization/kentucky-colonel-1775 as specifically referenced in Paragraph 38 of the Complaint.

**RESPONSE:**

**REQUEST NO. 8:**   Admit that You authored and/or posted the information on the Website "About Us" page as referenced in Paragraph 39 of the Complaint.

**RESPONSE:**

**REQUEST NO. 9:**   Admit that You authored and/or posted the information on the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint.

**RESPONSE:**

**REQUEST NO. 10:**   Admit that You authored the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint.

**RESPONSE:**

**REQUEST NO. 11:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Directory" as referenced in Paragraph 43 of the Complaint.

**RESPONSE:**

**REQUEST NO. 12:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Branches" as referenced in Paragraph 44 of the Complaint.

**RESPONSE:**

**REQUEST NO. 13:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Guide (Professional)" as referenced in Paragraph 45 of the Complaint.

**RESPONSE:**

**REQUEST NO. 14:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Identification (Photo ID Cards)" as referenced in Paragraph 46 of the Complaint.

**RESPONSE:**

**REQUEST NO. 15:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Business Cards" as referenced in Paragraph 47 of the Complaint.

**RESPONSE:**

**REQUEST NO. 16:** Admit that You authored and/or posted the information on the Website page titled "List of Kentucky Colonels" as referenced in Paragraph 48 of the Complaint.

**RESPONSE:**

**REQUEST NO. 17:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Registry" as referenced in Paragraph 49 of the Complaint.

**RESPONSE:**

**REQUEST NO. 18:** Admit that You authored and/or posted the information on the Website page titled "Kentucky Colonel Club" as referenced in Paragraph 50 of the Complaint.

**RESPONSE:**

**REQUEST NO. 19:** Admit that You authored and/or posted the information on the Website "Disclaimer Policy" page as referenced in Paragraph 51 of the Complaint.

8

**RESPONSE:**

**REQUEST NO. 20:**  Admit that You authored and/or posted in the private KENTUCKY COLONEL COMMUNITY Facebook group the post referenced in Paragraph 53 of the Complaint.

**RESPONSE:**

**REQUEST NO. 21:**  Admit that You authored and/or posted the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

**RESPONSE:**

**REQUEST NO. 22:**  Admit that You authored and/or created the User Application.

**RESPONSE:**

## INTERROGATORIES

**INTERROGATORY NO. 1:**   For any Request for Admission that You do not fully admit, explain the legal and factual basis for not doing so.

**ANSWER:**

Respectfully submitted,

/s/ Cornelius E. Coryell II
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

/s/ Cornelius E. Coryell II
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101105636.1

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE HONORABLE ORDER OF        )
KENTUCKY COLONELS, INC.       )
                              )
        PLAINTIFF             )
                              )
v.                            )        CIVIL ACTION NO. 3:20CV-132-RGJ
                              )
DAVID J. WRIGHT, et al.       )
                              )
        DEFENDANTS            )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
## REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

Plaintiff, The Honorable Order of Kentucky Colonels, Inc., by counsel, pursuant to FRCP

33 and the Court's March 30, 2023 Order [**DN 105**], hereby propounds the following

interrogatories to be answered separately and ***under oath*** by the Defendant David J. Wright by

April 18, 2023 as ordered by the Court [**DN 105**]. Pursuant to FRCP 34, the documents requested

below are to be produced at the offices of Wyatt, Tarrant & Combs, LLP, 400 West Market Street,

Suite 2000, Louisville, Kentucky 40202 by April 18, 2023 as ordered by the Court [**DN 105**].

## DEFINITIONS

The following definitions apply to these interrogatories and requests:

1. "You" or "Your" or "Defendant" means the Defendant David J. Wright and any agent,

   affiliate, associate, employee, attorney, or representative thereof.

2. "HOKC" means the Plaintiff, The Honorable Order of Kentucky Colonels, Inc., and any

   agent, employee, lawyer, representative or other person acting on its behalf.

3. "Ecology Crossroads" means Ecology Crossroads Cooperative Foundation, Inc. and the assumed name entity "Globcal International" and any agent, employee, lawyer, representative or other person acting on its behalf.

4. "Identify" or "identity" means as follows:

   a. When used in reference to a person it means to state the full name, present address, present or last known employment or business affiliation of any and all persons to whom the interrogatory applies.

   b. When used in reference to a corporation, firm, or other entity, it means its full name, form of organization, and present or last known address.

   c. When used in reference to a document, it means the type of document, its author or originator, the date it was originated, its recipient, its present location by address, and its custodian, and if the document was, but is no longer in Your possession or subject to Your control, to state what disposition was made of the document.

5. "Person" shall mean and include, in addition to natural persons, any and corporations, partnerships, and employees, attorneys, or experts to which the interrogatory applies.

6. "Complaint" means the Verified Complaint filed in this action on January 25, 2023.

7. "Website" means the domain name www.kycolonely.us and the material contained therein.

8. "Social Media Account" or "Social Media Accounts" refers to the KENTUCKY COLONEL COMMUNITY Facebook group; the KENTUCKY COLONEL CLUB Facebook group; the KENTUCKY COLONEL Facebook page; the KENTUCKY COLONEL YouTube page using the @Kentucky-Colonel handle; the KENTUCKY COLONEL Twitter account using the @KyColonelcy handle; the KENTUCKY COLONEL LinkedIn page; the KENTUCKY COLONEL Pinterest account with the

2

@kycolonelcy.us handle; and the KENTUCKY COLONEL COMPANY Crunchbase account.

9. "Kentucky Colonel Badge" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint; in the since-deleted December 12, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 34 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint; in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint; and in the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

10. "ID Card" or "Lifetime ID Card" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint; in the Website "About Us" page as referenced in Paragraph 39 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint; in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint; and in the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

11. "Nameplate" or "Kentucky Colonel Nameplate" has the meaning associated with the reference thereto in the KENTUCKY COLONEL COMMUNITY Facebook group "About

this group" information, including the text specifically referenced in Paragraph 31 of the Complaint; in the since-deleted December 12, 2022 KENTUCKY COLONEL Facebook page post specifically referenced in Paragraph 34 of the Complaint; in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint; and in the "News for Immediate Release" from the "Office of the Kentucky Colonelcy," which was posted on the Website, as referenced in Paragraph 42 of the Complaint.

12. "Kentucky Colonel Apparel" has the meaning associated with the reference thereto on the Website page titled "Kentucky Colonel Guide (Professional)" as referenced in Paragraph 45 of the Complaint.

13. "User Application" has the meaning associated with the "Kentucky Colonel™ User Application" Google Form linked through the Website and referenced in HOKC's Motion for Temporary Restraining Order and Preliminary Injunction, which was converted to a Motion to Enforce the Permanent Injunction Order [DN 99] and attached thereto as Exhibit 8.

## INTERROGATORIES

**INTERROGATORY NO. 1:**   Identify the amount of financial contributions or donations You have received as a result of Your Website, Social Media Accounts, and any other method of fundraising for Your "Kentucky Colonel ™" initiative since February 23, 2021.

**ANSWER:**

**INTERROGATORY NO. 2:**    Identify the benefactor or recipient of the financial contributions or donations referenced in Interrogatory No. 1 above.

**ANSWER:**

**INTERROGATORY NO. 3:**    Identify the number of individuals who have made a "non-refundable donation to [Your] sponsor Ecology Crossroads Cooperative Foundation" via the User Application.

**ANSWER:**

**INTERROGATORY NO. 4:**    Identify the amount of financial contributions or donations received by Ecology Crossroads since February 23, 2021.

**ANSWER:**

**INTERROGATORY NO. 5:**    Identify whether anyone has ever commented, messaged, emailed, or otherwise communicated with You regarding Your connection or affiliation with HOKC, including Your Website and Social Media Accounts. This request includes any such communications received regarding confusion as to whether You are connected or affiliated with HOKC.

**ANSWER:**

**INTERROGATORY NO. 6:**     Identify all individuals who have the right, ability, and/or access to update, revise, edit, and/or modify the KENTUCKY COLONEL COMPANY Crunchbase account, including the ability to post and/or comment on Crunchbase using the KENTUCKY COLONEL COMPANY handle.

**ANSWER:**

**INTERROGATORY NO. 7:**     Identify the "sponsors" referenced in the January 13, 2023 KENTUCKY COLONEL LinkedIn post referenced in Paragraph 30 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 8:**     Identify all individuals who are an "official cooperative employee" as referenced in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**     Identify who is a "sponsor" as referenced in the KENTUCKY COLONEL COMMUNITY Facebook group "About this group" information, including the text specifically referenced in Paragraph 31 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 10:**   Identify who contributed the "Total Funding Amount" of "$7.5k" to the "Kentucky Colonel $^{TM}$" Crunchbase.com crowdfunding page as referenced in Paragraph 38 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 11:**   Identify all "members" "enrolled and paying dues in the cooperative" as referenced in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 12:**   Identify all "members" who have made a "$100 or greater investment" as referenced in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 13:**   Identify all "members" who have "signed the cooperative agreement" as referenced in the Website "Identification Cards, Badges and Nameplates" section as referenced in Paragraph 41 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 14:**   Identify who has requested a "Kentucky Colonel License ™" as referenced on the Website page titled "Kentucky Colonel Directory" as referenced in Paragraph 43 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 15:**   Identify who has requested a "Kentucky Colonel ™ ID Card" as referenced on the Website page titled "Kentucky Colonel Directory" as referenced in Paragraph 43 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 16:**   Identify the "manufacturers and suppliers" whose information was submitted to webmaster@colonels.net or who have been "connected" to members based on their "support of [Your] open-source platform and creative work" as referenced on the Website page titled "Kentucky Colonel Guide (Professional)" as referenced in Paragraph 45 of the Complaint.

**ANSWER:**

8

**INTERROGATORY NO. 17:** Identify how many individuals have joined the "Kentucky Colonel ID Group" as referenced in the January 22, 2023 KENTUCKY COLONEL CLUB Facebook group post as referenced in Paragraph 54 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 18:** Identify Godfrey Brock-Gadd as referred to as a "founder" to the "Kentucky Colonel $^{TM}$" Crunchbase.com crowdfunding page as referenced in Paragraph 38 of the Complaint and "Patron" on the Website's "Contact Us" page as referenced in Paragraph 40 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 19:** Identify Luis Cruz Diaz as referred to as "Secretary" on the Website's "Contact Us" page as referenced in Paragraph 40 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 20:** Identify Nicholas A. Wright as referred to as "Treasurer" on the Website's "Contact Us" page as referenced in Paragraph 40 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 21:**   Identify Maria Veneke-Ylikomi as "Registrar" on the Website's "Contact Us" page as referenced in Paragraph 40 of the Complaint.

**ANSWER:**

**INTERROGATORY NO. 22:**   Identify the number of individuals who belong to the KENTUCKY COLONEL COMMUNITY private Facebook group.

**ANSWER:**

**INTERROGATORY NO. 23:**   Identify the number of individuals who belong to the KENTUCKY COLONEL CLUB private Facebook group.

**ANSWER:**

**INTERROGATORY NO. 24:**   Identify the number of Kentucky Colonel Badges ordered and/or sold.

**ANSWER:**

**INTERROGATORY NO. 25:**   Identify who is manufacturing the Kentucky Colonel Badges.

**ANSWER:**

10

**INTERROGATORY NO. 26:**   Identify the number of Kentucky Colonel Nameplates ordered and/or sold.

**ANSWER:**

**INTERROGATORY NO. 27:**   Identify who is manufacturing the Kentucky Colonel Nameplates.

**ANSWER:**

**INTERROGATORY NO. 28:**   Identify the number of Kentucky Colonel Apparel items ordered and/or sold.

**ANSWER:**

**INTERROGATORY NO. 29:**   Identify the number of individuals who have submitted the User Application.

**ANSWER:**

11

**INTERROGATORY NO. 30:**  Identify the number of individuals who have made a donation payment at each of the levels described on the User Application, including Founder, Charter, Professional, Ten Percenter, and Five Percenter, respectfully.

**ANSWER:**


## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**  Produce all documents identified, described, or referred to in Your answers to the foregoing Interrogatories or which contain information or relate in any way to the information sought by those Interrogatories.

**RESPONSE:**


**REQUEST NO. 2:**  Produce all documents evidencing any and all financial contributions or donations You have received as a result of Your Website, Social Media Accounts, User Application, and any other method of fundraising for Your "Kentucky Colonel ™" initiative since February 23, 2021.

**RESPONSE:**


**REQUEST NO. 3:**  Produce all documents evidencing any and all orders for Kentucky Colonel Badges, ID Cards, Kentucky Colonel Nameplates, and Kentucky Colonel Apparel.

**RESPONSE:**

**REQUEST NO. 4:**   Produce all User Applications.

**RESPONSE:**

**REQUEST NO. 5:**   Produce all documents or other materials you intend to introduce as exhibits at the hearing scheduled for April 25, 2023.

**RESPONSE:**

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

13

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101105569.1