

David Wright <david.wright@globcal.net>

## [COLONELS] [🌐] Fwd: HOKC Moves Again to Protect Historic Trademark

**Bill Richards** <palerider.hart@gmail.com>  Sat, Jan 28, 2023 at 12:17 PM
To: webmaster@colonels.net

---------- Forwarded message ---------
From: **Kentucky Colonels** <info@kycolonels.org>
Date: Sat, Jan 28, 2023 at 6:03 AM
Subject: HOKC Moves Again to Protect Historic Trademark
To: William Richards <palerider.hart@gmail.com>



The commission of Kentucky Colonel is the highest title of honor bestowed by the Governor of Kentucky. It is recognition of an individual's noteworthy accomplishments and outstanding service to our community, state and nation.

Dear Colonel Richards,

We are reaching out to inform you, unfortunately again, about a lawsuit recently filed on behalf of the Honorable Order of Kentucky Colonels in United States District Court for the Western District of Kentucky. This suit continues to block efforts by certain individuals to brazenly and deceptively use its trademarks and trade name for personal enrichment. HOKC is seeking another injunction against Globcal International, Ecology Crossroads Cooperative Foundation, Inc., David J. Wright, and other unknown defendants.

Since the Permanent Injunction entered by the Court in February 2021, HOKC attorneys have been monitoring this corporation for compliancy. However now, those parties have created unauthorized groups, deceptively identifying themselves as "Kentucky Colonel," "Kentucky Colonel Community," "Kentucky Colonel Club," and "Kentucky Colonel™ 1775," linking to websites including "Kentucky Colonelcy: The Honorable & Official Title" and "Office of the Colonelcy." The groups are soliciting registry dues and licensing fees from commissioned Kentucky Colonels to be considered an "official" Kentucky Colonel and marketing "official" badges and "official" ID cards.

We are stepping in to protect HOKC's philanthropic reputation, goodwill, and intellectual

property and to put a stop to activities that create confusion amongst Kentucky Colonels and the public at large. To view the full press release, click here.

As always, we thank you for your continued support for this historic organization and its impact on the Commonwealth's charitable organizations and endeavors.  We also appreciate your efforts within your communities to make them a better place to live.

Sincerely,

General Gary W. Boschert
Commanding General

Colonel Sherry Crose
Executive Director

Connect With Us

  

502-266-6848

943 South First Street • Louisville, KY 40203 • United States • Click here to unsubscribe.

View this email in your browser

--
Sent from Gmail Mobile