

**Contact: Sherry Crose**
502-266-6114

Scrose@KyColonels.org

### SETTLEMENT REACHED IN KENTUCKY COLONELS' TRADEMARK DISPUTE

A trademark infringement lawsuit brought by the Honorable Order of Kentucky Colonels (HOKC) has been resolved through a mutually agreed upon settlement.

The suit, filed by HOKC in February 2020, was brought to thwart an attempt by an unaffiliated group to misappropriate HOKC's trade name and the federally-registered KENTUCKY COLONELS trademark.  This organization had attempted to market services, solicit "charitable donations," and otherwise financially benefit using a variety of confusingly similar names, including "Kentucky Colonels International" and "Kentucky Colonel Foundation," on websites and across social media.

The unauthorized use of HOKC's federally registered trademarks created confusion among HOKC members and nonprofits HOKC supports through charitable grants.

The settlement prohibits future infringement by the third party through an [Agreed Permanent Injunction](#) based on a [Preliminary Injunction Order](#) entered in August 2020. No financial consideration was included as part of the settlement.

"This outcome is important to the protection of the KENTUCKY COLONELS mark and trade name, and helps ensure that the goodwill generated by the charitable acts of HOKC is not usurped or misused by others to recognize personal gain," said HOKC Executive Director Sherry Crose. "HOKC will defend its good name, built over many decades by individual Colonels and The Honorable Order."

The Honorable Order of Kentucky Colonels is a nonprofit, tax-exempt corporation which has made more than 3,500 grants—totaling more than $30 million—to nonprofit organizations across Kentucky in the last 20 years. Since 1951, HOKC has made more than 7,300 grants—totaling more than $50 million—and currently has more than 30,000 contributing members across the US and in 46 countries.

**About The Honorable Order of Kentucky Colonels, Inc.**

HOKC is a 501(c)(3) entity dedicated to supporting charitable activities throughout the Commonwealth of Kentucky. The organization is governed by an all-volunteer Board of Trustees. The "Kentucky Colonel" commission is an honorary title granted by the Governor of the Commonwealth of Kentucky.  For decades HOKC has pursued its mission through annual grants to charities across the state, funded by the generous donations of its contributing Colonels. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, KENTUCKY COLONELS.

#####

*502 589 3567* MAIN
*502 589 6448* FAX

**Current360.com**

1324 East Washington Street
Louisville, Kentucky 40206