FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Apr 24, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KENTUCKY COLONELS ®** <br> Plaintiff <br><br> vs. <br><br> **COL. DAVID J. WRIGHT, et.al.** <br> Defendant | Civil Action No. 3:20-cv-00132-RGJ <br><br> MOTION TO APPEAR VIA <br> U.S. COURT VIDEO <br> CONFERENCE SYSTEM |

### DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY OR VIA VIDEO CONFERENCE FOR PLAINTIFF'S HEARING TO SHOW CAUSE

Comes now Defendant, **Col. David J. Wright** (hereinafter "Defendant"), a Kentucky Colonel, in *pro se* and *in forma pauperis* pursuant to Federal Rules of Civil Procedure 7, 11 and 57, Title 28 U.S.Code §§ 2201, 2202, Title III of the United States Constitution, First and the 14th Amendment, understanding this Honorable Court on February 23, 2021 when similar allegations were **dismissed with prejudice.** In accordance with the Court's Order **[DE-105]** the Defendant requests permission from the Court to appear telephonically or via the video conference capabilities of this Court to appear for an **evidentiary contempt hearing** before the **Honorable Rebecca Grady Jennings on April 25, 2023 at 11:00 a.m. at the Gene Snyder U.S. Courthouse, Louisville, Kentucky** because the defendant is currently residing and working in the country of Colombia and is therefore unable to appear in person on the hearing date. The Court is aware that the Defendant resides in Colombia.

### SUPPORT FOR THIS MOTION

This Motion should not be opposed by the Plaintiff and should be facilitated by the Court because the Plaintiff has requested the presence of Col. David J. Wright (David J. Wright) as the first witness on its list in order to "show cause" for why the Defendant should be held in contempt of an

Agreed Permanent Injunction. The Defendant wishes to appear and will make himself fully available for this occasion both telephonically and via videoconference for the hearing and will be standing-by early at 10:45 AM for the 11:00 AM hearing, until the hearing is concluded.

In support of this motion, Defendant states as follows:

A. The Defendant is a perpetual traveler, a Global Citizen, a Goodwill Ambassador and a Kentucky Colonel that has interest in conservation real estate, ecosystem services, biodiversity and agroforestry in the Orinoco Valley of South America within non-state sovereign jurisdictions of native Indigenous tribes. The Defendant is currently on the Orinoco River in the Country of Colombia until January 2025. The Defendant's projects are registered with the United Nations and published.

B. The Defendant is a permanent resident of the Commonwealth of Kentucky and remotely operates a charitable non-profit environmental organization: **Ecology Crossroads Cooperative Foundation** since 1994, currently domiciled in his ex-wife's home located in Madison County (registered agent address) where his children also reside and serve functional roles in the Defendant's organization(s).

C. The Defendant is the Founder, Executive Director, and President of Ecology Crossroads Cooperative Foundation and is the Charge d' Affaires and General Counsel for **Globcal International**, a cooperative subsidiary that belongs to Ecology Crossroads.

D. The Defendant will be available using his Zoom account (used during the settlement conference for this case) or Google Workplace account standing by at 9:45 AM Colombia Time (10:45 AM Eastern Time) using the logon email david.wright@globcal.net

E. The Defendant will be available telephonically using Google Voice at +1 (859) 379-8277

F. The Defendant will be using a Smartphone Claro® Colombia +57 (322) 436-2741

G. The Defendant will be available to call into the Court's AT&T System if notified to do so.

H. The Defendant's right to be heard in any hearings associated with interfering with his civil, common-law or first amendment rights being restricted or encumbered in a Federal Case has a fundamental right under due process to attend all hearings.

I. The Defendant's presence at this hearing has been requested by the Plaintiff first in its Witness List for a Hearing to Show Cause **[DN-111]**.

Wherefore, the Defendant respectfully requests:

1. That Defendant be permitted to appear telephonically or via video conference at 11:00 AM on April 25, 2023 in connection with and using his IDaaS (identity-as-a-service) credential registered with this Court via Zoom "david.wright@globcal.net"
2. That this Court grant any such other relief this Court deems just, equitable and proper.

Respectfully submitted in good-faith,

Rio Orinoco, Colombia
Dated: April 24, 2023

Col. David J. Wright
david.wright@globcal.net
+1 (859) 379-8277

## Certificate of Service

I hereby certify that on April 24, 2023, I emailed for filing the foregoing motion with attachments to the Clerk of the Court for the United States District Court of the Western District of Kentucky using the special Pro Se Intake Email per General Orders 20-04 and 20-11 for entry to the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

*Col. David J. Wright*