UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF<br>KENTUCKY COLONELS, INC. | Plaintiffs |
| v. | Civil Action No. 3:20CV-132-RGJ &<br>3:23CV-43-RGJ |
| DAVID WRIGHT, ET AL. | Defendants |

\* \* \* \* \*

### MEMORANDUM OF HEARING AND ORDER

The Court conducted a show cause hearing in this matter on April 25, 2023.  The official court reporter was April Dowell.  The following counsel participating:

    For Plaintiff(s):    Cornelius E. Coryell and Julye L. Watts.

    For Defendant(s):    David Wright, *Pro-Se*, participate via Zoom.

The Court heard arguments by the parties as to the pending motions [DE 99 in 3:20CV-132] and the permanent injunction [DE 93 in 3:20CV-132].  Testimony was taken as to the defendant David Wright.  The Court being otherwise sufficiently advised**; IT IS HEREBY ORDERED** as follows:

(1)    The motion to appear telephonically or via video conference by defendant David Wright [DE 114] is **GRANTED**.

(2)    The defendant is **ORDERED** by the Court to comply with the discovery requests and admissions forthwith.  Discovery responses are now due **May 2, 2023**.  Failure to comply with this order may lead to being held in contempt and the automatic deeming of requests as admitted.  *See* Fed. R. Civ. P. 36(a)(3).  As such, the Honorable Order of Kentucky Colonels,

Inc.'s Motion for Sanctions for failure to comply with discovery requests [DE 112] is **DENIED AS MOOT without prejudice**.

(3) The show cause hearing will **continue** in this matter on **May 9, 2023 at 10:00 a.m.** before the Honorable Rebecca Grady Jennings, United States District Judge. The Court has set aside two hours for this hearing. The defendant will be allowed to participate via Zoom as well as any further witnesses. Witnesses may also submit an affidavit ahead of time and be called only to the extent that cross examination is necessary. Exhibits will need to be emailed to any witness participating via Zoom in advance of the hearing. The Court's Deputy will forward a Zoom link before the hearing for the parties to forward to their witnesses and for the defendant's use.

Rebecca Grady Jennings, District Judge
United States District Court

April 26, 2023

Copies to: Counsel & *Pro-Se* Plaintiff- David Wright

Court Time: 01/45- Contested

Court Reporter: April Dowell