UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF | **)** | |
| KENTUCKY COLONELS, INC. | **)** | |
| | **)** | |
| PLAINTIFF | **)** | |
| v. | **)** | CIVIL ACTION NO. 3:20-CV-132-RGJ |
| | **)** | |
| KENTUCKY COLONELS | **)** | |
| INTERNATIONAL, et al. | **)** | |
| | **)** | |
| DEFENDANTS | **)** | |

## PLAINTIFF'S MOTION TO HOLD PENDING MOTIONS IN ABEYANCE

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court to hold certain motions, and specifically the response deadlines related to same, in abeyance pending the parties' briefing and the Court's subsequent ruling on whether Defendants are in violation of the Agreed Permanent Injunction **[DE 93]**.

Specifically, HOKC asks that the Court hold in abeyance HOKC's time for filling responses to (1) Defendant's Response to Court Order [DE-105], Counter-Response and Opposition to Plaintiff's Response to the Court's Show Cause Directive, and Motion to Charge Plaintiff for Contempt **[DN 113]** and (2) Defendants' Special Motion to Dismiss SLAPP Action with Statements in Fact with Merit **[DN 116]**. HOKC should not have to respond to Wright's frivolous, nonsensical, and stalling motion practice while HOKC is seeking to enforce this Court's Agreed Permanent Injunction. Further, the briefing and subsequent order from this Court regarding whether Defendants are in contempt of the Agreed Permanent Injunction could render these two (2) pending motions moot such that no response is necessary. If, however, the Court's order regarding whether Defendant is violating the Agreed Permanent Injunction does not render moot

these two (2) pending motions, then HOKC requests the Court issue a briefing schedule regarding same.

## CONCLUSION

For the reasons stated herein, HOKC respectfully requests that the Court hold in abeyance HOKC's time for filling responses to (1) Defendant's Response to Court Order [DE-105], Counter-Response and Opposition to Plaintiff's Response to the Court's Show Cause Directive, and Motion to Charge Plaintiff for Contempt **[DN 113]** and (2) Defendants' Special Motion to Dismiss SLAPP Action with Statements in Fact with Merit **[DN 116]**.

Respectfully submitted,

*/s/ Julie Laemmle Watts*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 15th day of May, 2023:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

*/s/ Julie Laemmle Watts*
*Counsel for Plaintiff, the Honorable Order of*
*Kentucky Colonels, Inc.*

101126894.1

3