UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20-cv-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) | |
| DEFENDANTS | ) | |

## **ORDER**

Upon motion of Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), to hold in abeyance HOKC's time for filling responses to (1) Defendant's Response to Court Order [DE-105], Counter-Response and Opposition to Plaintiff's Response to the Court's Show Cause Directive, and Motion to Charge Plaintiff for Contempt **[DN 113]** and (2) Defendants' Special Motion to Dismiss SLAPP Action with Statements in Fact with Merit **[DN 116]**; the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's motion [DE 118] be, and it is hereby, GRANTED.