UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.  )<br>)<br>PLAINTIFF    )<br>v.    )<br>)<br>KENTUCKY COLONELS INTERNATIONAL, et al.   )<br>)<br>)<br>DEFENDANTS    ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE**
**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW [DE 120]**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), by counsel, hereby moves the Court for a brief extension of time to file its Proposed Findings of Fact and Conclusions of Law as ordered by the Court's May 18, 2023 Memorandum of Hearing and Order [**DE 120**]. As grounds for this motion, HOKC states that, given the length of the hearing transcripts and numerous exhibits entered at the hearing, a brief seven (7) day extension of time would better allow it to provide the Court with a thorough recitation of proposed findings of fact and conclusions of law. Further, HOKC would not oppose allowing Defendant an additional seven (7) days as well. HOKC requests up to and including June 28, 2023 to file its Proposed Findings of Fact and Conclusions of Law in accordance with the Court's May 18, 2023 Memorandum of Hearing and Order.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 20th day of June, 2023:

| | |
|---|---|
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475<br><br>David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475<br>David.wright@globcal.net | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101156080.1

2