UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) | |
| DEFENDANTS | ) | |

## ORDER

Upon motion of Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), for an extension of time to file its Proposed Findings of Fact and Conclusions of Law as ordered by the Court's May 18, 2023 Memorandum of Hearing and Order [DE 120], the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that HOKC's motion [DE 124] is granted and that HOKC and Defendants shall have up to and including June 28, 2023 to file their Proposed Findings of Fact and Conclusions of Law in accordance with the Court's May 18, 2023 Memorandum of Hearing and Order.

Rebecca Grady Jennings, District Judge
United States District Court

June 21, 2023