**FILED**
JAMES J. VILT JR,
CLERK
7/31/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.**<br>Plaintiff<br><br>vs.<br><br>**COL. DAVID J. WRIGHT**<br>Defendant | Civil Action No. 3:20-cv-00132<br><br>NOTIFICATION TO PLAINTIFF |

## PLAINTIFF NOTIFICATION

1. YOU ARE HEREBY GIVEN NOTICE that a Motion for Continuance/Time Extension/Stay is brought in accordance with Western District of Kentucky Rules of Court. The motion will be decided on the documents filed with the court unless oral argument or the taking of testimony is timely requested by your party or required by the Court.

2. PLEASE TAKE FURTHER NOTICE that you have 14 days after service of this Motion upon you within which to serve and file a response or objection to the Court granting the attached motion(s). Upon the filing of an answer, replies or responses or upon expiration of the time for filing, the Motion is deemed submitted to the Court.

Puerto Carreño, Colombia
Dated: July 31, 2023

Col. David J. Wright,
Kentucky Colonel
david.wright@globcal.net
+1 (859) 379-8277