# United States District Court for the Western District of Kentucky

For the Defendant(s) comes now Col. David J. Wright, Defendant and Appellant
in Pro Se in Civil Action 3:20-cv-00132

## Honorable Order of Kentucky Colonels
## vs.
## Col. David J. Wright, et. al.

```
FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:    Aug 31, 2023
```

To the Clerk of the Court

Re: Notice of Appeal, Case No. 3:20-cv-00132

I am writing to file a Notice of Appeal in the above-referenced case. I am appealing the judgment entered on August 9, 2023 and the judgment of the dismissal of Case 3:23-cv-00043 which is connected on August 16, 2023. I found errors in the court's opinion and the law applied.

Please tell me, I am also filing forthwith (in the next few days) a Motion to Be Recognized as a Pro Se Appellant, a Motion to be Recognized as a Civil Pauper Appellant living below the Federal Poverty Level (FPL) of $14,580 USD Annually, a Motion for Court Appointed Counsel, and a Motion for Whistleblower Protection under the Volunteer Protection Act (VPA) of 1997 and the and the Whistleblower Protection Act (WPA) of 1989.

Should these filings be made with the US District Court there with you? Or should they be made when the Sixth Circuit Court of Appeals takes on the case with them? It is unclear to me, as to whether my Pro-Se and Pro-Pauperis standing will be recognized by, or be transferred to the Circuit Court automatically? Will I need to file a Motion for ECF Case File access again? However there was a "filing fee waiver" online for Sixth Circuit for the $500 filing fee I included here.

It is not my intention to burden you with questions as a pro-se Defendant, but from what I understand the Court Clerk can confirm the following steps I need to take.

Steps involved in appealing the decision of Judge Jennings in Civil Action 3:20-cv-132-RGJ:

1. File a Notice of Appeal. The Notice of Appeal must be filed with the clerk of the district court within 30 days of the date of the judgment or order being appealed. The Notice of Appeal must include the following information:

    - The name of the court from which the appeal is being taken.
    - The name of the case, order(s) being appealed and the case number.
    - The date of the judgment or order being appealed.
    - The name of the party appealing (the appellant).

- The name of the party against whom the appeal is being filed (the appellee).
- A brief statement of the grounds for appeal.

2. Serve the Notice of Appeal on the appellee. The Notice of Appeal must be served on the appellee within 14 days, who then has 14 days of the date it is filed with the clerk of the district court to prepare and file a response to the Notice of Appeal, explaining and supporting why the ruling should stand or remain in place. Service can be made by personal service, mail, or electronic means.

3. File an appellate brief. The appellant must file an appellate brief **within 40 days (60 days for pro-se, if requested) of the <u>date the appellee serves their responsive pleading to the appeal notice</u>**. The appellate brief must include the following information:

    - A statement of the issues being appealed.
    - A discussion of the relevant law.
    - A discussion of the facts of the case.
    - A conclusion arguing why the judgment or order being appealed should be reversed or modified.

I believe these are the basic steps involved in appealing a decision of a district court, if I am wrong please tell me. It is important to consult with the court clerk for the correct timely filing procedures based on Federal and Local rules..

Thank you for your time and consideration,

*Col. David J. Wright*

Attached:
1) **Notice of Appeal for 3:20-cv-00132**
2) **Motion for Pauper Status (Form 4, Sixth Circuit)**