UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Sep 05, 2023
```

**Col. David J. Wright, Appellant**

v.

**The Honorable Order of Kentucky Colonels, Inc., Appellee**

Case No: **KYWD 3:20-CV-00132**

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

> The District Court's decision is erred based on a non-exhaustive list of grounds (subject to amendment) including plaintiff deference, judicial bias and mistaken reliance on a temporary preliminary injunction which erroneously replaced an agreed permanent injunction in the court's memorandum opinion and order.
>
> The issues being raised are enumerated with some detail in the attached Notice of Appeal submitted to the U.S. District Court for the Western District of Kentucky.

Signed: *Col. David J. Wright*   Date: **August 30, 2023**

Address: **302 General Smith Drive**

**Richmond, Kentucky 40403**

FORM 4.   **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

United States Court of Appeals
for the Sixth Circuit

**Col. David J. Wright, Appellant**

v.

**The Honorable Order of Kentucky Colonels, Inc., Appellee**

Case No: **KYWD 3:20-CV-00132**

Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Signed: *Col. David J. Wright*

Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: **August 30, 2023**

My issues on appeal are:

The District Court's decision is erred based on a non-exhaustive list of grounds (subject to amendment) including plaintiff deference, judicial bias and mistaken reliance on a temporary preliminary injunction which erroneously replaced an agreed permanent injunction in the court's memorandum opinion and order.

The issues being raised are enumerated with some detail in the attached Notice of Appeal submitted to the U.S. District Court for the Western District of Kentucky.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 5,200.00 | | $ 500.00 | |
| Self-employment | 1,200.00 | | $ 100.00 | |
| Income from real property (such as rental income) | $ 0.00 | | | |
| Interest and dividends | $ 0.00 | | | |
| Gifts | 1,000.00 | | | |
| Alimony | $ 0.00 | | | |
| Child support | $ 0.00 | | | |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | | | |
| Disability (such as social security, insurance payments) | $ 0.00 | | | |
| Unemployment payments | $ 0.00 | | | |
| Public-assistance (such as welfare) | $ 0.00 | | | |
| Other (specify): Stipends | 3,000.00 | | $ 150.00 | |
| Total monthly income: | 0,400.00 | $ 0.00 | $ 750.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Globcal International | 302 General Smith Drive, Richmond, | December 31, 2018 - Current | $ 600.00 |
| | | | |
| | | | |

United States Court of Appeals  
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS  
Updated:  December 2018

Page 3

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have?  $ **100.00**

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| **n/a** | **n/a** | Make & year: **n/a** |
|  |  | Model: |
|  |  | Registration #: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: **n/a** | **n/a** |  |
| Model: |  |  |
| Registration #: |  |  |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7.  State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 200.00 | |
| Are real estate taxes included? ☑Yes ☐No | | |
| Is property insurance included? ☑Yes ☐No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 80.00 | |
| Home maintenance (repairs and upkeep) | | |
| Food | $ 300.00 | |
| Clothing | $ 50.00 | |
| Laundry and dry-cleaning | $ 20.00 | |
| Medical and dental expenses | $ 50.00 | |
| Transportation (not including motor vehicle expenses) | | |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20.00 | |
| Insurance (not deduced from wages or included in mortgage payments) Homeowner's or renter's | | |
| Life | | |
| Health | | |
| Motor vehicle | | |
| Other: | | |
| Taxes (not deducted from wages or included in mortgage payments) specify: | | |
| Installment payments | | |
| Motor Vehicle | | |
| Credit card (name): | | |
| Department store (name): | | |
| Other: | | |
| Alimony, maintenance, and support paid to others | | |
| Regular expenses for operation of business, profession, or farm (attach detail) | | |
| Other (specify): | | |
| Total monthly expenses: | $ 720.00 | $ 0.00 |

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 6

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☐ Yes    ☑ No    If yes, how much? $

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

> Because I am an American expat that lives in Colombia (currently), do not have a real job and can only afford to allow the company to pay me based on local living and working wages and the amount of work accomplished in self-employment tasks. Colombia's minimum wage is roughly $250 USD and the cost of living here is $600 to $750 per month. There are no monies to defend or appeal a lawsuit and the salary policy of the company is too low.

12. State the address of your legal residence.

> I was never considered a legal resident of Venezuela from 2001 until 2023 under a xenophobic government policy, now in 2023 living in Colombia as a perpetual tourist who is also an undocumented Venezuelan refugee with two children there. So then, my only legal residence remains 302 General Smith Drive, Richmond, Kentucky 40475

Your daytime phone number: ( 859 ) 379-8277

Your age: 56          Your years of schooling: 18