# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 06, 2023

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

                Re:  Case No. 23-5795, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, et al*
                    Originating Case No. : 3:20-cv-00132

Dear Mr. Wright,

   This appeal has been docketed as case number **23-5795** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs, or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **September 20, 2023**.

                        Appearance of Counsel
          Appellee:    Disclosure of Corporate Affiliation
                        Application for Admission to 6th Circuit Bar (if applicable)

   A review of the District Court docket indicates your motion for leave to proceed on appeal in forma pauperis is pending in that court. If the district court denies your motion, in whole or in part, you have thirty (30) days from the date of that denial to either pay the appellate filing fee, or renew the in forma pauperis motion. If you choose to pay the $505.00 fee (or the amount stated by the district court), it must be submitted to the U.S. District Court. If you are dissatisfied with the district court's ruling on your motion and you choose to file the motion for leave to proceed on appeal in forma pauperis, that motion and an accompanying financial affidavit must be submitted to this court, the United States Court of Appeals for the Sixth Circuit.

    The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                     Sincerely yours,

                                     s/Roy G. Ford  
                                     Case Manager  
                                     Direct Dial No. 513-564-7016

cc:  Mr. Cornelius Edwin Coryell II

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5795

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

        Plaintiff - Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; DAVID J. WRIGHT, Individually and In His Capacity as President of Ecology Crossroads Cooperative Foundation, Inc.; UNKNOWN DEFENDANTS

        Defendants - Appellants