# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 08, 2023

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

Re: Case No. 23-5795, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, et al*
Originating Case No. : 3:20-cv-00132

Dear Parties,

Please find enclosed the amended caption for this appeal. Please contact the Court with questions.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Cornelius Edwin Coryell II
    Mr. James J. Vilt Jr.

| 23-5795 |
|---|
| HONORABLE ORDER OF KENTUCKY COLONELS, INC.<br><br>          Plaintiff - Appellee<br><br>v.<br><br>KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS<br><br><br>          Defendants<br><br><br>DAVID J. WRIGHT, Individually and In His Capacity as President of Ecology Crossroads Cooperative Foundation, Inc.<br><br>          Defendant - Appellant |

| 23-5795 |
|---|
| HONORABLE ORDER OF KENTUCKY COLONELS, INC.<br><br>       Plaintiff - Appellee<br><br>v.<br><br>KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS<br><br>       Defendants<br><br>DAVID J. WRIGHT, Individually and In His Capacity as President of Ecology Crossroads Cooperative Foundation, Inc.<br><br>       Defendant - Appellant |