UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | **)** **)** **)** | |
| PLAINTIFF | **)** | |
| v. | **)** | CIVIL ACTION NO. 3:20-CV-132-RGJ |
| | **)** | |
| KENTUCKY COLONELS INTERNATIONAL, et al. | **)** **)** | |
| | **)** | |
| DEFENDANTS | **)** | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), hereby moves the Court pursuant to Fed. R. Civ. P. 55(b)(2) for entry of the proposed default judgment tendered herewith against the Defendants Ecology Crossroads Cooperative Foundation, Inc. and Globcal International (hereinafter the "Corporate Defendants"). As grounds for this motion, Plaintiff states that an entry of default against the Corporate Defendants was entered on August 13, 2020 [DE 60]. By Order dated August 9, 2023 [DE 129], the Court held Defendant David J. Wright *and* the Corporate Defendants in contempt of the Agreed Permanent Injunction Order entered by the Court on February 23, 2021 [DE 93]. By Order dated November 13, 2023 [DE 138], the Court awarded HOKC Nine Thousand Four Hundred Twenty-five Dollars ($9,425) in attorneys' fees and One Thousand Fifty-Two Dollars Twenty-five cents ($1,052.25) in costs incurred in prosecuting the motion for contempt.

HOKC respectfully requests the Court enter default judgment against the Corporate Defendants in the amount of Ten Thousand Four Hundred Seventy-seven Dollars Twenty-

five Cents ($10,477.25) reflecting the total amount of attorneys' fees and costs awarded HOKC.

        Respectfully submitted,

        */s/ Cornelius E. Coryell II*
        Cornelius E. Coryell II
        Julie Laemmle Watts
        WYATT, TARRANT & COMBS, LLP
        400 West Market Street, Suite 2000
        Louisville, KY  40202
        (502) 589-5235
        ccoryell@wyattfirm.com
        jwatts@wyattfirm.com

        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 16th day of November, 2023:

| | |
|---|---|
| Globcal International<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 | Ecology Crossroads Cooperative Foundation, Inc.<br>c/o Maya-Lis A. Wright<br>302 General Smith Drive<br>Richmond, KY 40475 |
| David J. Wright<br>302 General Smith Drive<br>Richmond, KY 40475<br>David.wright@globcal.net | |

        */s/ Cornelius E. Coryell II*
        *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101399010.1