**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.**<br>　Plaintiff<br><br>vs.<br><br>**KENTUCKY COLONELS INTERNATIONAL, et.al.**<br>　Defendant(s) & Appellant | Civil Action No. 3:20-cv-00132-RGJ<br><br>**ORDER** |

**ORDER**

  MEMORANDUM OPINION AND ORDER [DE-129] and MEMORANDUM OPINION AND ORDER [DE-138] are the final appealable orders in 3:20-cv-00132, this case is closed. The PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT [DN-139] is DENIED and STRICKEN, there is no evidence presented by the Plaintiff that adequately defines their participation.

  The Court advises all the Parties of their rights and informs them of their obligations under the AGREED PERMANENT INJUNCTION [DE-93] through at least February 2031, MEMORANDUM OPINION AND ORDER [DE-129] and MEMORANDUM OPINION AND ORDER [DE-138] with respect to Fed. R. Civ. P. Rule 60 to seek Relief from a Judgment or Order for up to two years or at least until the Sixth Circuit Appeal Case is decided or shown to have merit. The Court will not consider PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT at this time under Rule 55, but may in the future reconsider a similar motion under Rule 60 post-appeal. Because the Defendant moved to strike the Plaintiff's Motion for Default Judgment, the MEMORANDUM OPINION AND ORDER [DE-138] is the final and appealable order in this case dated November 13, 2023.

## Certificate of Service

I hereby certify that on November 30, 2023, I emailed for filing the foregoing Notice of Appeal with attachments to the Clerk of the Court for the United States District Court of the Western District of Kentucky using the special Pro Se Intake Email per General Orders 20-04 and 20-11 for entry to the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

*Col. David J. Wright*