UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.     )<br>)<br>PLAINTIFF     )<br>)<br>v.     )<br>)<br>KENTUCKY COLONELS INTERNATIONAL, et al.     )<br>)<br>)<br>DEFENDANTS     ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

## **PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO STRIKE & OBJECTION RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), hereby moves the Court to strike Defendant's "Motion to Strike & Objection Response to Plaintiff's Motion for Entry of Default Judgment" (hereinafter "Wright's Motion") [**DE 140**].[1, 2]

As grounds for this Motion, HOKC states that Wright's Motion is not properly before this Court. HOKC's Motion for Default Judgment seeks entry of default judgment against Defendants Ecology Crossroads Cooperative Foundation, Inc. and Globcal International (hereinafter the "Corporate Defendants") [**DE 139**]. HOKC's Motion for Default Judgment

---

[1] HOKC is not responding to the substance of Wright's Motion at this time and reserves the right to respond substantively should the instant Motion to Strike be denied.

[2] Even though Defendant David J. Wright ("Wright") and counsel for HOKC have corresponded by email since February 2020, and despite being advised by both this Court and the Sixth Circuit Court of Appeals of the need to provide counsel for HOKC with a copy of every document he sends to the Clerk for filing as well as an email from counsel for HOKC to Wright on November 9, 2023 requesting Wright comply with the requirements for service, Wright failed to serve counsel for HOKC with a copy of Wright's Motion. HOKC respectfully requests this Court again admonish Wright to serve a copy of any future filings on opposing counsel at the time of filing.

was not directed at Wright. Nevertheless, Wright, individually and *pro se*, responded to HOKC's Motion for Default Judgment regarding the legal defense of the Corporate Defendants. As the Court has repeatedly indicated, Wright may not appear on behalf of the Corporate Defendants because he is not licensed to practice law. Therefore, Wright's Motion, which is nothing more than an attempt to circumvent the fact that he is not an attorney and the Corporate Defendants remain unrepresented, is not properly before this Court.

For the foregoing reasons, HOKC respectfully requests that Wright's "Motion to Strike & Objection Response to Plaintiff's Motion for Entry of Default Judgment" [**DE 140**] be stricken from the record.

Respectfully submitted,

*/s/ Julie Laemmle Watts*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 7th day of December, 2023:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

                    */s/ Julie Laemmle Watts*
                    *Counsel for Plaintiff, the Honorable Order of*
                    *Kentucky Colonels, Inc.*

101425630.1