UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.<br>    Plaintiff<br><br>vs.<br><br>KENTUCKY COLONELS INTERNATIONAL, et.al.<br>    Defendant(s) | Civil Action No. 3:20-cv-00132-RGJ<br><br>— PROPOSED ORDER — |

Pro se Defendant Col. David J. Wright filed an application to appeal in *forma pauperis* without payment of the filing fee [DE 133] on August 31, 2023 resulting in Order [DE-137] waiving his filing fees in Circuit Court Case 23-5795. On December 13, 2023 he filed a Supplemental Notice of Appeal for the Sixth Circuit Court of Appeals appealing MEMORANDUM OPINION AND ORDER [DE-138] with this Court in [DE 142] under the assumption that it would be treated as the same case. The 6th Circuit Court of Appeals automatically docketed the Supplemental Notice of Appeal as a new appeal under Circuit Court Case Number 23-6108 on December 20, 2023, therefore the Circuit Court formally requires a new fee waiver for *pauper* status for the new filing as stated in **Document 1 of Case 23-6108.** On January 22, 2024, after filing motions in the Circuit Court on January 02, 2023 followed by a response on the part of the Plaintiff on January 08. 2024, the Defendant was encouraged to file a **Motion for Pauper Status** for the additional Supplemental Notice of Appeal [DE-142] which he mistakenly assumed would be automatically combined into the first case on appeal or that the *previous pauper motion* might satisfy. On review, the Court finds Col. Wright continues to make and meet the financial showing required to waive the appellate filing fee under Fed. R. App. P. 24.

As required by Fed. R. App. P. 24, Wright has included a new written affidavit in his MOTION FOR LEAVE TO FILE IN FORMA PAUPERIS that shows all the detail prescribed by the Circuit Court's Form 4 of the Appendix of Forms that he previously used in [DE-133]. The form states in limited detail some of the claims and issues Wright intends to present on appeal. Both motions for leave and affidavits show that Col. Wright's monthly income just covers his monthly expenses and he has no liquidable or significant financial assets, there is little to no difference at all between the income stated in [DE-133] and [DE-145] (under $10,000 U.S. Dollars) which is at least 30% below the poverty line of most Americans despite the poverty level for an individual increasing from $14,580 to $15,060 in 2024 according to the U.S. Department of Health and Human Services. There is no probable or clear evidence that he earns or receives more than the amounts of income stated in his affidavit. Payment of the appellate filing fee would cause additional undue hardship for the Defendant. Accordingly, IT IS ORDERED the application to proceed without prepayment of fees as a *pauper* [DE 145] is GRANTED.

As requested by the Defendant, as it may be customary with some cases subjected to *de novo* review on appeal the JUDGMENTS (ORDERS) made in this CASE are STAYED and SUSPENDED, providing INTERLOCUTORY RELIEF automatically, pending the outcome of the Defendant's/Appellant's case(s) before the United States Circuit Court of Appeals for the Sixth Circuit. FURTHER it is ORDERED that the Defendant voluntarily report any dramatic increase in his income that exceeds 50% of his average annual or quarterly income, any discretionary grants, gifts or donations of $5,000 or more in a single month to him or his employers and/or the liquidation of any tangible or intangible assets which he may have a personal stake in as an author, cooperative owner, creator, developer, and freelance writer of blogs, published works and websites to the U.S. District Court for the Western District of Kentucky, as so ORDERED.