UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. | ) ) ) | |
| DEFENDANTS | ) ) | |

**SUPPLEMENTAL RESPONSE AND OBJECTION TO DEFENDANT'S MOTION FOR UNBONDED STAY OF ENFORCEMENT OF JUDGMENTS [DE 145]**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby tenders the following supplemental response to the Motion to Stay Judgments tendered by Defendant David J. Wright ("Wright") [DE 145] ("Wright's Motion"). Because Wright continues to brazenly violate both the February 23, 2021 Agreed Permanent Injunction [DE 93] and this Court's August 9, 2023 directive that he "cease use of the Kentucky Colonels trademark" [DE 129], his motion for stay of enforcement should be denied.

HOKC's initial response to Wright's motion [DE 146] ("HOKC's Initial Response") briefly advised the Court of Wright's continuing efforts to raise funds using the Kentucky Colonels trademark under the guise of the "Kentucky Colonel Council." [See HOKC's Initial Response [DE 145], PageID #3902-03]. The Initial Response further advised that HOKC specifically requested Wright cease and desist his fundraising efforts for the Kentucky Colonel Council [*Id.*]. HOKC recently learned that, in addition to soliciting funds through a

website and Facebook groups, Wright and his corporate affiliate, Globcal International,[1] are directly soliciting HOKC members via email. [See Affidavit of Sherry Crose attached as Exhibit 1]. Wright's email regarding the "Kentucky Colonel Council (International)" offers "Exclusive Honorary Membership Access" which Wright claims was authorized by "the recent decision of our Board of Trustees and Kentucky Colonel Commissioners …." [See Exhibit A to Crose Affidavit]. The email states that "regular members can choose monthly dues, annual membership, a subscription plan or make periodic donations to cover the real administration costs and platform service fees (approximately $9-$13 per person per month)." [*Id.*].

Clearly Wright has no intention of following this Court's directives to stop using the Kentucky Colonels trademark. He continues to defy the Court by using the mark to promote competing organizations and generate funds for his own personal enrichment. The Court should not sanction his continued contemptuous conduct by granting his motion to stay, effectively nullifying the Court's prior efforts to forbid such action.

## CONCLUSION

Wright is not entitled to a stay of enforcement of the Agreed Permanent Injunction or the orders awarding HOKC damages and attorneys' fees. His motion to stay must be denied.

---

[1] HOKC has moved the Court for entry of default judgment against Wright's corporate affiliates, Ecology Crossroads Cooperative Foundation, Inc. and Globcal International [DE 139]. That motion stands fully briefed and submitted for a decision. Entry of default judgment against those entities would, perhaps, further the Court's efforts to recognized "the seriousness of Wright's contemptuous conduct and promote deterrence." [11/13/23 Order [DE 138], PageID #3844].

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 14th day of February, 2024:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101483378.1

3