# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) CIVIL ACTION NO. 3:20-CV-132-RGJ <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> DEFENDANT ) | |

## AFFIDAVIT OF SHERRY CROSE

Affiant, Sherry Crose, being first duly sworn, deposes and states as follows:

1. I am currently employed as Executive Director for the Honorable Order of Kentucky Colonels, Inc. ("HOKC"). I am authorized to make this Affidavit and I have personal knowledge of the facts described herein.

2. I executed the Verified Complaint filed in this action on February 20, 2020 and I adopt and affirm the factual assertions made therein.

3. On February 9, 2024, an email regarding the Kentucky Colonel Council (International) was forwarded to me by a concerned member of HOKC. A copy of that email is attached as Exhibit 1. Personal identifying information for that individual has been redacted from the exhibit. The concerned member indicated that he believed the email was an attempt to profit from gathering member profiles and solicit membership in an organization for individuals who had received the Kentucky Colonel commission.

Furth Affiant sayeth naught.

*Sherry Crose*
Sherry Crose

COMMONWEALTH OF KENTUCKY )
                         ) :SS
COUNTY OF JEFFERSON      )

The foregoing instrument was acknowledged before me this 14th day of February, 2024, by Sherry Crose.

My commission expires: July 17, 2027.

*Tammy Klapheke*
Notary Public

Notary I.D. KYNP75625

100243431.1

2

# EXHIBIT A

Exclusive Honorary Membership Access: Unlock Your Potential with Our Premium Collaboration Platform

Based on the recent decision of our Board of Trustees and Kentucky Colonel Commissioners in the allied development of the formation of **Honorificus** by Goodwill Ambassadors, Kentucky Colonels, Global Citizens and other Honorable Title holders, all "honorary members" that engage themselves (elaborate professional membership profiles) during the month of February will be affirmed and considered here as our charter members. Charter membership can only be designated to those responsible for the formation of the organization! It is also a privilege that can only be claimed in the present, **charter membership status** will not be awarded based on default, only honorary membership is granted by default for the period of one year. Charter members must provide their photograph, transparent personal details, biographic information and demonstrate their support for drafting new policies, redressing policies, and regulations affecting and protecting their titles; new honorary members will not be given the opportunity to become charter members after February 29.

Attention Esteemed Honorary and Charter Members: Activate Your Influence and Impact with Our Exclusive Membership Network

Greetings to all Ambassadors and Colonels! Are you ready to leverage cutting-edge technology to elevate your impact and connect with fellow members like never before? This exciting message brings you not just **Google Workspace**, but a powerful ecosystem fueled by **IDaaS integration** and exclusive access to top platforms like Canva, Trello, and Workplace by Meta.

I am just now reacquainting myself with some of these services and can clearly see that there has been considerable advancement, so as the super administrator I am also brushing up on the changes. Since yesterday I made adjustments so the Apple IOS, Android, Linux, and Windows would all be compatible. If you need your **device approved** when signing on for the first-time "make the request" it is part of the administration features of our platform, it gives you access to track your device and remotely recover your data. We do not have access to your personal data other than your location.

As an administrator I can only reset your device, locate it if it is stolen, secure company data and wipe the device if it is compromised. I can reset accounts causing members to generate a new password or sign-in again. I can also provide access to new applications and services as they come online or are approved for use, some of our services cannot be used unless you are a member. By using the IDaaS account provided by your membership with us as your base account you can protect and automatically back up your Smartphone if you program it to do so, IDaaS is also the best way to separate work and personal accounts.  The email address that you are using now is used as a recovery email for all IDaaS transactions, a second layer of protection.

Imagine:
- **Seamless Collaboration**: Ditch scattered emails and lost documents. Google Workspace, integrated with your secure IDaaS credentials, offers real-time collaboration on shared projects, eliminating privacy risks and maximizing efficiency.
- **Empowered Expression**: Design stunning visuals with Canva, manage projects effortlessly with Trello, and all with the security and convenience of your IDaaS login.
- **Decentralized Workplace**: Workplace by Meta creates a vibrant, member-only space for interaction, knowledge sharing, and collaboration, fostering a true sense of community beyond physical boundaries.
- **Recognition and Growth**: Engage through personalized profiles, showcasing your achievements and contributing to peer recognition. This paves the way for future nominations and well-deserved honors.
- **No Advertising**: Professional accounts connected to one of our domains using IDaaS in your browser and email accounts are not connected to advertising. With professional domain based email other than Yahoo, ProtonMail, or Outlook, you can sign into special networks on LinkedIn and Facebook that allow you to take advantage of other special business and company features.

Embrace the Benefits:
- **Open-source advantage**: Google Workspace offers greater transparency and security compared to closed-source alternatives. Enhanced formatting features in Workplace and linking allow better SEO options in cross-platform creative work deployment editing and publishing.
- **Cost-effective access**: Your honorary membership grants access to tools and applications that normally cost $14-$85 per person per month for similar services in a private corporation like WalMart or McDonalds. The basic services of Workplace combined with Workspace have a cost value of $14 per user per month combined with minimal administration costs of $9 per month, $23 x 12 months is $276 value.
- **Flexible Options**: Honorary members that become regular members can choose monthly dues, annual membership, a subscription plan or make periodic donations to cover the real administration costs and platform service fees (approximately $9-

2

$13 per person per month). TechSoup and the Foundation Center by Candid as well as others provide access to online administrative services and software from sponsor providers at a greatly reduced cost, our services in turn guarantee your access as a member to many of those services.

Your Participation Matters:
- Peer recognition is essential for official recognition and establishing consensus on utilizing this virtual workplace.
- By actively engaging and building your profile, you demonstrate your commitment and unlock further opportunities.

Join the Honorificus Movement:
- Activate your IDaaS account: Use your designated [firstname.lastname] [@] colonels.net, nonstate.net or globcal.net with Google Workspace, complete your profile by adding personal details, your telephone number and a photograph or avatar representative of yourself. You will receive an invitation for this **once you join us**. Contact us if you do not receive an invitation for a new Google Account, it may have been directed to your Spam folder.
- Watch for your Invitation to the Workplace! Once you post your photo and complete elaborating your details properly in Google including your **About Me section**, you should receive an invitation automatically from our Workplace which requires the use of your IDaaS account.

    OR

- Try our new option!!! Sign onto Workplace from Meta using your Smartphone number instead of your email, you can request your email from Workplace. Go to this link and use your phone number now **https://globcal.workplace.com/work/landing/input/?signup_id=1423435914954599&signup_nonce=ESsb4yTGkOtZgpoR**

- Explore the possibilities of these primary services:
    Google Workspace: https://workspace.google.com/
    Workplace by Meta: https://www.workplace.com/

Remember, this is more than just technology; it's a chance to shape the future, amplify your voice, and connect with peers in a secure, exclusive environment. We are applying the traditional principles of legal civil officials in a high-tech platform that serves as our infrastructure. There is no substitute or better way to meet than in our decentralized autonomous organization (DAO) which consists of our virtual office and highly secure workplace.

Become a driving force in our community. Join us today!

With utmost respect,

3

**Col. David J. Wright**, Kentucky Colonel and Goodwill Ambassador

P.S. Don't miss out on this membership formation opportunity! Secure your access and start collaborating with fellow members today.

Key points:
- Emphasized exclusivity and security benefits of IDaaS integration.
- Highlighted cost savings compared to private corporations.
- Explained the importance of peer recognition and active engagement.

--

Unsubscribe

4