UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF<br>KENTUCKY COLONELS, INC., | Plaintiff |
| v. | Civil Action No. 3:20-cv-132-RGJ |
| KENTUCKY COLONELS<br>INTERNATIONAL et al., | Defendants |

\* \* \* \* \*

## DEFAULT JUDGMENT

Upon motion of the Plaintiff, The Honorable Order of Kentucky Colonels, Inc., for entry of a default judgment against Ecology Crossroads Cooperative Foundation, Inc. ("Ecology Crossroads") and Globcal International ("Globcal") pursuant to Fed. R. Civ. P. 55(b)(2), the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that a default judgment against Ecology Crossroads and Globcal, jointly and severally, is hereby entered in the amount of Ten Thousand Four Hundred Seventy-seven Dollars Twenty-five Cents ($10,477.25) and that such amount shall be paid within ninety (90) days of this Order. This is a final and appealable order and there is no just cause for delay.

April 22, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Cc: Counsel of record
    Defendant, pro se