UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| THE HONORABLE ORDER OF | ) | |
| KENTUCKY COLONELS, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| | ) | |
| KENTUCKY COLONELS | ) | |
| INTERNATIONAL, et al. | ) | |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MOTION TO STRIKE  NOTICE OF APPEAL [DE 151]**
**AND MOTION TO WAIVE FILING FEES FOR NOTICE OF APPEAL [DE 152]**

Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby

moves the Court to strike the Notice of Appeal **[DE 151]** (the "Notice") and Motion to Waive

Filing Fees for Notice of Appeal **[DE 152]** (the "Motion") improperly filed by Defendant David

J. Wright purportedly on behalf of Defendants Ecology Crossroads Cooperative Foundation, Inc.

and its subsidiary Globcal International (hereinafter collectively the "Corporate Defendants").  The

Notice and Motion are not properly before this Court.  As the Court has repeatedly advised Wright,

he may not tender filings or appear on behalf of the Corporate Defendants because he is not

licensed to practice law.[1]  The Notice and Motion are just another attempt to circumvent the fact

---

[1] This is at least the third time that Wright has improperly attempted to file pleadings on behalf of the Corporate Defendants.  [See 5/21/20 Motion to Dismiss **[DE 37]**; 6/17/20 Motion to Drop Defendants **[DE 51]**; and 11/30/23 Motion to Strike & Objection Response to Plaintiff's Motion for Entry of Default Judgment **[DE 140]**].  On each occasion, the Court has ordered Wright's filing to be stricken from the record.  [See 6/3/20 Order **[DE 46]**; 8/13/20 Order **[DE 58]**; and 4/22/24 Memorandum Opinion & Order **[DE 149]**].

that Wright is not an attorney and the Corporate Defendants remain unrepresented.   Such

gamesmanship and utter disregard for the Court's prior rulings should not be tolerated.

For the foregoing reasons, HOKC respectfully requests that the Notice **[DE 151]** and

Motion **[DE 152]** be stricken from the record.

Respectfully submitted,

/s/ *Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of*
*Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.   I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 23rd day of May, 2024:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

/s/ *Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of*
*Kentucky Colonels, Inc.*

101587421.1

2