# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 24, 2024

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

Re: Case No. 24-5511, *Honorable Order of KY Colonels, Inc. v. Kentucky Colonels Intl, et a*
Originating Case No. : 3:20-cv-00132

Dear Sir,

   This appeal has been docketed as case number **24-5511** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs, or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **June 25, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

   Appellee:   Appearance of Counsel
               Disclosure of Corporate Affiliation
               Application for Admission to 6th Circuit Bar (if applicable)

   You have until **June 25, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise

dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                                       Sincerely yours,

                                                       s/Roy G. Ford
                                                       Case Manager
                                                       Direct Dial No. 513-564-7016

cc:  Mr. Cornelius Edwin Coryell II
       Ms. Julie Laemmle Watts

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 24-5511

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

       Plaintiff - Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

       Defendants

 and

DAVID J. WRIGHT, Individually and In His Capacity as President of Ecology Crossroads Cooperative Foundation, Inc.

       Defendant - Appellant