UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE HONORABLE ORDER OF
KENTUCKY COLONELS, INC.,                                                      Plaintiff,

v.                                                            Civil Action No. 3:20-cv-132-RGJ

KENTUCKY COLONELS
INTERNATIONAL et al.,                                                      Defendants.

* * * * *

## ORDER

Pro se Defendants Ecology Crossroads Cooperative Foundation, Inc. and its subsidiary Globcal International, move for an order waving the filing fees associated with their notice of appeal. [DE 152]. Pro se Defendants are not represented by counsel. The notice of appeal and motion was filed by pro se Defendant David J. Wright. Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), filed a motion to strike the Notice of Appeal and Motion to Waive Filing Fees. [DE 153]. For the reasons below, Plaintiff's motion to strike is **GRANTED** and the corporate Defendants' pro se notice of appeal and motion for waiver of filing fees are **STRICKEN**.

Corporations cannot appear *pro se* in federal court and must retain counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993) ("a corporation may appear in the federal courts only through licensed counsel."); [DE 46 at 1017]. The Court has held in both *Kentucky Colonels I* and *Kentucky Colonels II* that Wright may not respond on behalf of Corporate Defendants and his filings on their behalf will not be considered. [DE 32 at 808; DE 105 at 3363; DE 149 at 3941]. *See also Escue v. Bradley Power & Air, LLC*, No. 214CV02372JTFTMP, 2014 WL 12607110 (W.D. Tenn. Nov. 10, 2014) (striking a pleading

1

offered by a *pro se* defendant on behalf of a corporate defendant).  Therefore, Plaintiff's motion to strike [DE 153] is **GRANTED**, and pro se corporate Defendants' notice of appeal [DE 151] and motion for waiver of filing fees [DE 152] are **STRICKEN FROM THE RECORD**.

Rebecca Grady Jennings, District Judge
United States District Court

June 11, 2024

Copies to:     Defendant, pro se
               Sixth Circuit Court of Appeals, Case No. 24-5511

2