UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br>     PLAINTIFF ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br>     DEFENDANTS ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

## AFFIDAVIT OF COUNSEL

Affiant, Cornelius E. Coryell, being first duly sworn, deposes and states as follows:

1. I am currently counsel of record for the Plaintiff in the instant action, The Honorable Order of Kentucky Colonels, Inc. ("HOKC").

2. I have personal knowledge of the matters set forth herein and I am authorized to make this Affidavit.

3. On April 25, 2024, I served the Defendant, David J. Wright ("Wright"), with a Notice of Video Deposition, scheduling his asset discovery deposition for May 29, 2024 at 10:00 a.m. The notice further directed Wright to produce various documents relating to his current financial condition. A true and accurate copy of the deposition notice is attached hereto as Exhibit 1.

4. Wright failed to appear for his deposition as scheduled on May 29, 2024 or produce the requested documents.

5. On May 29, 2024, I served Wright with an Amended Notice to Take Video Deposition rescheduling his deposition for June 11, 2024 at 10:00 a.m. The amended notice further

directed Wright to produce various documents relating to his current financial condition. A true and accurate copy of the Amended Notice to Take Video Deposition is attached hereto as Exhibit 2.

6. Wright failed to appear for his deposition or produce the requested documents on June 11, 2024.

7. I have, on numerous occasions, attempted to inform Wright of his obligation to appear for post-judgment deposition and otherwise respond to post-judgment enforcement discovery. True and accurate copies of my correspondence with Wright reflecting these efforts are attached hereto as Exhibit 3.

Further Affiant sayeth naught.

_____
Cornelius E. Coryell

COMMONWEALTH OF KENTUCKY )
                          ) :SS
COUNTY OF JEFFERSON       )

The foregoing instrument was acknowledged before me this 11th day of June, 2024, by Cornelius E. Coryell.

My commission expires: July 17, 2027.

_____
Notary Public

Notary I.D. KYNP75625

101633889.1

2