# EXHIBIT 1
## to Affidavit of Counsel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. | )<br>)<br>) |
| PLAINTIFF | )<br>) |
| v. | ) CIVIL ACTION NO. 3:20-CV-132-RGJ<br>)<br>) |
| DAVID J. WRIGHT, ET AL. | )<br>) |
| DEFENDANTS | ) |

### NOTICE OF DEPOSITION

Please take notice that the Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), will take the deposition of the Defendant David J. Wright ("Wright"), on May 29, 2024 at 11:00 a.m. eastern time at the offices of WYATT, TARRANT & COMBS, LLP, 400 West Market Street, Suite 2000, Louisville, Kentucky 40202. Wright may participate telephonically or by video conference. The deposition will continue from day to day until completed.

Wright is directed to produce the following documents at the deposition:

1. Any documents reflecting any bank or brokerage accounts held by Wright from August 2023 to the present.

2. Any documents reflecting the value of any assets owned by Wright from August 2023 to the present.

3. Any documents reflecting any salary, dividends, draws, or other compensation received by Wright from August 2023 to the present.

4. Any state, federal, or other tax returns filed by Wright from 2020 to the present.

5.      Any documents reflecting any real estate owned by Wright from August 2023 to the present.

Respectfully submitted,

/s/ Cornelius E. Coryell II
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 562-7376
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for The Honorable Order of Kentucky Colonels, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 25th day of April, 2024:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021
859.379.8277

David J. Wright
david.wright@globcal.net
302 General Smith Drive
Richmond, KY 40475

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

/s/ Cornelius E. Coryell II

101543206.1