# EXHIBIT 3

## to Affidavit of Counsel

## Coryell, Corky

| | |
|---|---|
| **From:** | David Wright <david.wright@globcal.net> |
| **Sent:** | Tuesday, June 11, 2024 10:21 AM |
| **To:** | Coryell, Corky; Watts, Julie |
| **Cc:** | Sherry Crose |
| **Subject:** | Re: [DAVID WRIGHT] [🌐] Zoom Deposition Information |

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

I don't want you to waste your time or that of your client, I will not be appearing by Zoom today or anytime soon unless our matter is resolved in The Sixth Circuit Court of Appeals in your favor, which most likely means never.

Additionally I recommend that you **cease and desist in all collection attempts on the judgments against myself** (including withdrawing the lien against non-existing assets in Madison County) as your efforts have caused me irreparable harm. Halt any further defamatory speech about the corporate defendants (from your client's Facebook page) that were erroneously defaulted upon and caught up in the wide-net you cast, as the executive director of the organizations defaulted upon. I am well within my rights to preserve their rights and to move this action forward.

Further, your incorrect assumption that they are party to the settlement conference is erroneous, false. and misleading considering that the court would have required them to have an attorney in order to be present or accounted for after August 13, 2020. They will not be held to a double standard or are they specifically implied in the Injunction except through your allegations and assumptions. This case and all your work will be vacated when this matter is finally concluded and all Kentucky Colonels trademarks will be cancelled by the USPTO based on my own first use rights or as being part of the public domain for being ambiguous, confusing, generic, fraudulent, descriptive, and most importantly not original. All agreements between us are null and void considering the Court deferred to your hubris insinuation by not showing me equity in 2023, there is nothing Agreed upon with any conscious consent in a one-sided negotiation fostered in your own hubris as a mighty and righteous power player wanting to smack me down. The cat is coming out of the bag!

Have a Good Day ,

**Col. David J. Wright**
Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements
Ecology Crossroads Cooperative Foundation

1

**Business Phone: (+1) 859-379-8277**
**Cellular: (+57) 322-436-2741**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Mon, Jun 3, 2024 at 12:16 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Corky Coryell is inviting you to a scheduled Zoom meeting.


Topic: Deposition of David Wright

Time: Jun 11, 2024 10:00 AM Eastern Time (US and Canada)


Join Zoom Meeting

https://wyattfirm.zoom.us/j/89499430351?pwd=kyL1Td4zK6K3RBUAasOy6b2D3mDf7W.1


Meeting ID: 894 9943 0351

Passcode: #N2rtp


---


One tap mobile

+17866351003,,89499430351#,,,,*004193# US (Miami)

+12678310333,,89499430351#,,,,*004193# US (Philadelphia)


---


Dial by your location

• +1 786 635 1003 US (Miami)

- +1 267 831 0333 US (Philadelphia)

- +1 301 715 8592 US (Washington DC)

- +1 312 626 6799 US (Chicago)

- +1 470 250 9358 US (Atlanta)

- +1 470 381 2552 US (Atlanta)

- +1 646 518 9805 US (New York)

- +1 646 876 9923 US (New York)

- +1 651 372 8299 US (Minnesota)

- +1 971 247 1195 US (Portland)

- +1 206 337 9723 US (Seattle)

- +1 213 338 8477 US (Los Angeles)

- +1 253 215 8782 US (Tacoma)

- +1 346 248 7799 US (Houston)

- +1 408 638 0968 US (San Jose)

- +1 602 753 0140 US (Phoenix)

- +1 669 219 2599 US (San Jose)

- +1 669 900 6833 US (San Jose)

- +1 720 928 9299 US (Denver)


Meeting ID: 894 9943 0351

Passcode: 004193


Find your local number: https://wyattfirm.zoom.us/u/kb4AuFAor3


---

## Coryell, Corky

| | |
|---|---|
| **From:** | Coryell, Corky |
| **Sent:** | Monday, June 03, 2024 5:49 PM |
| **To:** | David Wright |
| **Cc:** | Watts, Julie |
| **Subject:** | RE: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] Re: [DAVID WRIGHT] [🌐] RE: **EXTERNAL**Notice of Appeal not Stricken |

Mr. Wright,

The ruling on your motion to proceed without paying fees does NOT apply to HOKC's ability to pursue collection of the judgment or proceed with enforcement related discovery.   The motion seeking to preclude those actions was specifically denied.   You have not posted a bond.   We will proceed with enforcement discovery.

Please confirm that you received the Zoom information.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Monday, June 03, 2024 5:05 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>
**Subject:** Re: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] RE: [DAVID WRIGHT] [🌐] Re: [DAVID WRIGHT] [🌐] RE: **EXTERNAL**Notice of Appeal not Stricken

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

I just read Case 3:20-cv-00132-RGJ Document 138 Filed 11/13/23 Page 1 of 9 starting on

PageID #: 3838 and you are correct, my calculation is not correct. However I suggest you read the affidavit that Judge Jennings finally approved on 04/22 "Wright's motion (DE 145) is GRANTED as to the application to proceed without prepayment of fees" as your discovery, my financial situation has not changed. You are also correct that she also said "DENIED as to a stay of judgments pending appeal" however this case is under the jurisdiction of the Circuit Court, the Appeal has not been dismissed either nor shall it be, so you will not be deposing me on June 11, to try to collect an entire year's salary from me as I have no other US assets that I can liquidate except for the website assets disclosed in the settlement conference and my copyright from 1998-2001 when I created the Kentucky Colonels trademark keywords and used them for three years before your client appeared online in 2001. With or without an Order from Judge Jennings, you will not be deposing me. This case in its entirety is no longer under the jurisdiction of the Western District of Kentucky.

I have already put all my cards on the table to settle the controversy. The Appellate Brief and continuing this matter will potentially put your client into a corner and out on a limb considering all that we have recently learned. Knowing there are no assets, and that Ecology Crossroads has not been attended to or has actively acquired any income since early 2023 your options should be clear, as I indicated we are frozen, on July 01 we will file a 990N and our annual report with the Kentucky SOS. If it is the money that you are after, we can start a legal judgment campaign to resolve the debt, but if you want me out of the Kentucky colonel business altogether, then that is another issue entirely.

Thank you and best regards,

**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements
**Ecology Crossroads Cooperative Foundation**

**Business Phone: (+1) 859-379-8277**
**Cellular: (+57) 322-436-2741**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Mon, Jun 3, 2024 at 12:49 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

Your calculation of the amount of the judgment is incorrect.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Monday, June 03, 2024 9:25 AM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>; Watts, Julie <jwatts@wyattfirm.com>
**Cc:** Sherry Crose <scrose@kycolonels.org>
**Subject:** Re: [DAVID WRIGHT] [⚫] RE: [DAVID WRIGHT] [⚫] RE: [DAVID WRIGHT] [⚫] Re: [DAVID WRIGHT] [⚫] RE: **EXTERNAL**Notice of Appeal not Stricken

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

The Court ordered me to pay $1,052.25, the matter is on appeal, and correct, the judge did not stay the imposition of the judgment per her order on April 22, this does not preclude me requesting that the Circuit Court stay the judgment either once the case is not under abeyance. Mr. Ford suggested that I not make any filings at this time and to hold off on my Appellate Brief. None of what you are saying precludes me from filing a motion with the District Court under Rule 60(b) for the fraud discovered on May 21, 2024, that is riddled throughout the case. A $1,052.25 does not justify your client paying you $2,500 for a deposition or for you to be filing liens against things that I do not own in Madison County either.

Handle the $1,052.25 judgment like an unsecured debt, engage a collection service if you like, I am not participating in your fishing expeditions, further I rescind my offer to engage in limited discovery. All the assets and rights that I retained on December 29,2020 and in the Agreed Permanent Injunction remain my own. As for my organization that matter will be appealed at the Circuit Court and a stay will be granted, as you have said all along they were defaulted upon on August 13, 2020 and have never engaged with the court or with you with counsel, which they must have to participate in settlement conference or to be subject to the injunction, or any court related matters. Moreover they were never properly engaged in the case at any given time.

Send me a bill for $1,052.25 and I will make payment arrangements with you similar to those I have with the Small Business Administration for my COVID loan, if the Circuit Court refuses my forthcoming request for a stay.

Thank you and best regards,

**Col. David J. Wright**

3

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements

## Ecology Crossroads Cooperative Foundation

**Business Phone: (+1) 859-379-8277**

**Cellular:** (+57) 322-436-2741

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Wed, May 29, 2024 at 5:29 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

Your apparent belief that you are not subject to post-judgment discovery because the matter is on appeal is *incorrect*. Your motion to stay execution of the judgment pending appeal was denied. Therefore, the judgment creditor (HOKC) may proceed with asset discovery *without leave of Court*. If someone is telling you otherwise, *he is misinformed* .

I sent you a Zoom invitation for today's deposition, and I received confirmation that the link was delivered to your email address. I also sent you a separate email stating that the Zoom link had been sent. I was in the Zoom meeting room at the appointed time, and you did not communicate with me to indicate that you had not received a link. Therefore, I cannot accept your claim that you did not receive the invitation.

If it is necessary for me to make a motion to compel your appearance for an asset discovery deposition, be advised that I will ask the Court to impose sanctions (including attorney's fees) related to that motion and your failure to appear.

Your offer to provide a "limited scope deposition for one hour" is unacceptable. You do not control the timing, scope or duration of discovery. I intend to thoroughly examine you regarding all relevant matters and I will, once again, ask that you produce the documents described in the notice. If you believe that the scope of the information or documents requested is inappropriate, you can seek relief from the Court.

Furthermore, I am *not* willing to forego all other discovery pursuits as you demand. I fully intend to conduct asset discovery on the Corporate Defendants if the judgment against them remains unpaid once the Court's grace period for paying the judgment has expired. I also intend to file judgment liens against the Corporate Defendants in the appropriate venues if the judgment remains unpaid when the grace period expires.

Your purported belief that you are somehow being persecuted is simply not credible. Neither I nor my client are motivated by anything other than enforcing the Agreed Permanent Injunction according to its terms. HOKC agreed to the terms of that injunction in good faith. Moreover, **YOU** agreed to the terms of that injunction, representing and agreeing that you only intended scholarly or educational pursuits. Then, barely two years later, you began blatantly violating the injunction by seeking commercial gain for your own personal enrichment. You continued to violate the injunction even after HOKC asked you to stop. That is not my opinion; that is what Judge Jennings found after an evidentiary hearing in which **YOU PARTICIPATED**. And, incredibly, you did it under the guise of charitable fundraising. Shameful. Any damage that is being inflicted on the Corporate Defendants is completely of your making.

HOKC is not interested in an inventory of your "intellectual property assets." Likewise, HOKC is not interested in your continuing demands for a monetary payment in exchange for your agreement to refrain from threatening, harassing and defaming HOKC and now, apparently, my law firm. Such extortion will not be dignified with a response.

Be advised that no settlement offer from HOKC will be forthcoming.

A deposition notice directing you to produce documents and appear for a video deposition on Tuesday, June 11, 2024, at 10:00 a.m. is attached. I will not agree to any limitations on the deposition or on further discovery. Be advised that if you refuse to appear for the deposition on or produce the documents, I will have no choice but to make a motion to compel and for sanctions. If you do not receive a Zoom invitation to the deposition prior to June 11, please

let me know immediately so that I can provide you with that information through whatever means are available.

*This correspondence is intended as a good faith effort to resolve a discovery dispute as required by Rule 37 of the Federal Rules of Civil Procedure.*

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Wednesday, May 29, 2024 12:06 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>; Watts, Julie <jwatts@wyattfirm.com>; Coughlin, Michelle <mcoughlin@wyattfirm.com>
**Cc:** Sherry Crose <scrose@kycolonels.org>
**Subject:** Re: [DAVID WRIGHT] [⬤] RE: [DAVID WRIGHT] [⬤] Re: [DAVID WRIGHT] [⬤] RE: **EXTERNAL**Notice of Appeal not Stricken

CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

First of all you never sent me a Zoom link, secondly I informed you in my letter, last week, Monday, and yesterday that I would not be appearing because this matter is under appeal and currently under the jurisdiction of the Sixth Circuit Court of Appeals.

That is not to say however that I am not willing to resolve the controversy and settle this matter through other friendly and good faith means. If you are interested in knowing what all of my intellectual property assets are (an inventory) and that hold intangible and tangible value for the purposes of absolving the amount of the judgment and differentiating my intellectual property assets from those of other organizations and individuals that may and are currently violating the Agreed Permanent Injunction, I will be glad to help with that.

I am also willing to provide you with a limited scope deposition for **one hour during the second week of June for the purposes of Asset Discovery**, under my agreement of course, if you are willing to forego all other discovery pursuits.

With that said, it is not relevant to this matter to attack or attempt to deprive myself or others of the functionality of the organizations that I represent through this lawsuit or the judgment, nor should it be in the interest of your client to use its public relations ability to continue to harm the goodwill and reputation of these organizations either, however that is the route you have chosen which has debilitated them to the point of not being capable of raising any funds at all or me attending to my duties as the executive officer. Your focus should be and have remained on the target without causing collateral damage, which is me and several other individuals educating fellow Kentucky colonels instead of dominating them.

We have all the evidence we need to accomplish what I have stated previously in exposing fraud dating back to Governor Ruby Laffon's usurpation of the Kentucky Colonel Commission as a tool for creating funding for his office during the depression, and the intentional misconceptions promoted by General J. Fred Miles and his family from 1936-1957 when your client was first legally established in Anchorage, Kentucky. We have also tied in Judge Wyatt as one of the greatest Kentucky Colonels of all time in the Kentucky Colonel glory days. There is now a preponderance of evidence that clearly shows the USPTO that they made a big mistake in granting trademark registrations to your firm for your client. We also have evidence that clearly demonstrates the errors of the court which must not be ignored.

Four years of investigation will soon come to light no matter what type of order you can produce or move for because my civil and constitutional rights that were once under attack will not come under your authority or embargoed without seeking an amicable settlement for the good and well-being of your

client. Everyone makes mistakes Mr. Coryell, perhaps my biggest mistake was not becoming a lawyer when I had the opportunity 34 years ago. Nonetheless I expect I will do well in the Sixth Circuit.

Have a good day sir,


**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist


Creative Works and Engagements

**Ecology Crossroads Cooperative Foundation**


**Business Phone: (+1) 859-379-8277**

**Cellular:** (+57) 322-436-2741


**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.




On Wed, May 29, 2024 at 9:22 AM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

  Mr. Wright,



  Confirming that I appeared via Zoom for your asset discovery deposition this morning at 10 am as noticed and you failed to appear.



  **Cornelius E Coryell**

  Wyatt, Tarrant & Combs, LLP
  400 West Market Street
  Suite 2000
  Louisville KY 40202

Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** Coryell, Corky
**Sent:** Tuesday, May 28, 2024 5:12 PM
**To:** David Wright <david.wright@globcal.net>
**Cc:** Watts, Julie <jwatts@wyattfirm.com>
**Subject:** RE: [DAVID WRIGHT] [⚫] Re: [DAVID WRIGHT] [⚫] RE: **EXTERNAL**Notice of Appeal not Stricken

Mr. Wright,

I will see you tomorrow at your asset discovery deposition.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Tuesday, May 28, 2024 4:57 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>; Watts, Julie <jwatts@wyattfirm.com>
**Cc:** Sherry Crose <scrose@kycolonels.org>
**Subject:** Re: [DAVID WRIGHT] [⚫] Re: [DAVID WRIGHT] [⚫] RE: **EXTERNAL**Notice of Appeal not Stricken

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

There is no extortion here Mr. Coryell, you and your law firm have knowingly or unknowingly engaged in more than 12 instances of fraud, up to and including the filing on February 20, 2020 since your law firm first contacted me in March of 2001 on the behalf of your client. I strongly suggest you reconsider your position having been informed of this based on my notification to you. As of May 21, 2024 we obtained this evidence which affirmatively proves all or most of my claims, now on or before June 20 this information will be filed with the court.

Meanwhile my appeal(s) remain in abeyance based on your interference with my right to appeal. All matters are under the jurisdiction of the US Circuit Court. Nothing that you file with the US District Court has any relevance. Your days of harassing and intimidating me with misconstruen perception are over for you and your law firm, 23 years is enough. Moreover, considering the many times I recommended that people donate to the HOKC from my Facebook groups before your client was on Facebook itself made me one of its most recognized volunteers (back then), in accordance with the Volunteer Protection Act you never should have sued me.

We are taking this all back now to Col. Glen Bastin in 2001, me abandoning my website voluntarily without it being purchased or legally obtained by your client, I never surrendered any rights. That is where our story begins, stop your hubris solipsist sophistry and face the music. Fraud and propagandist schemes cannot be justified by your client's goodwill or philanthropy, not at the cost of one of its members, that never meant to harm anyone, especially your client.

Thank you and best regards,

**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements

## Ecology Crossroads Cooperative Foundation

**Business Phone: (+1) 859-379-8277**

**Cellular:** (+57) 322-436-2741

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Tue, May 28, 2024 at 3:24 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

These are asset discovery depositions intended to determine what assets are available to satisfy the judgment against you, individually.   The judgments against you for both consequential damages and attorney's fees were rendered more than six months ago and the time for payment has long since past.  Your motion to stay the judgments pending appeal was denied. As you noted in your email, enforcement depositions  are proper even if an appeal is pending.

HOKC does not intend to respond to your extortionate demands.

I will see you tomorrow.

Corky.

Get Outlook for iOS

---

**From:** David Wright <david.wright@globcal.net>
**Sent:** Tuesday, May 28, 2024 4:03:12 PM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>; Watts, Julie <jwatts@wyattfirm.com>
**Cc:** Sherry Crose <scrose@kycolonels.org>
**Subject:** Re: [DAVID WRIGHT] [⊛] RE: **EXTERNAL**Notice of Appeal not Stricken

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

Generally, once a case has been concluded and a final judgment has been entered by the District Court, the plaintiff does not have an automatic right to depose the defendant, particularly one that never appeared in court, or one without counsel. This is because the discovery phase, during which depositions typically occur, is usually closed before the case reaches the judgment stage.

However, there are a few limited exceptions where a deposition might be permissible after a case is closed:

Appeal: If the case is on appeal, and the appellate court orders additional discovery or remands the case back to the District Court for further proceedings, depositions might be allowed as part of those proceedings.

Enforcement of Judgment: If the plaintiff is having difficulty enforcing the judgment (e.g., collecting damages), they may be able to depose the defendant to obtain information about their assets or income. This would typically occur after the due date for the remedy to be paid.

Exceptional Circumstances: In rare cases, a court might allow a deposition after judgment if there are exceptional circumstances that justify it. For example, if the plaintiff can show that the defendant has concealed assets or engaged in other fraudulent conduct to avoid paying the judgment, the court might allow a deposition to uncover that information.

It's important to note that in all of these situations, the plaintiff would typically need to obtain permission from the court before taking a

deposition after the case has been closed. The court will consider the specific circumstances of the case and balance the plaintiff's need for information against the defendant's interest in finality and avoiding harassment.

Therefore, while not impossible, it is uncommon for a plaintiff to depose a defendant after a case has been closed. The plaintiff would need to demonstrate a valid legal basis and obtain a court's express approval before proceeding with such a deposition. In this case if other payment arrangements cannot be negotiated based on the defendant's intellectual property assets.

The filing of a Notice of Appeal divests the district court of jurisdiction over the case, transferring it to the appellate court. This means that once a Notice of Appeal is filed, the district court loses its authority to conduct further proceedings, including depositions, unless specifically authorized by the appellate court.

The relevant rule is Federal Rule of Appellate Procedure 4(a)(4)(B)(i), which states:

Filing a notice of appeal under this Rule 4(a) does not divest a district court of jurisdiction to do any act necessary to aid the appeal's prosecution, including: (i) stay proceedings and grant bail under Rule 8(c);

However, taking a deposition after a notice of appeal is filed does not fall under the category of acts "necessary to aid the appeal's prosecution." Therefore, the district court would generally not have the authority to compel a deposition in this situation.

As the plaintiff you are attempting to proceed with the deposition despite the pending appeal, simply stated **the court lacks jurisdiction to conduct the deposition while the appeal is pending**. I am herein refusing the deposition based on the pending appeal and the transfer of jurisdiction to the appellate court.

If the district court orders a deposition, I will seek relief from the appellate court by filing a motion for a stay or a writ of mandamus. The appellate court has the authority to issue orders protecting its jurisdiction and preventing actions that could interfere with the appeal.

Mr. Coryell you have until Friday to send me a proposal capable of resolving this controversy as described in my previous letter to which you have replied with your demand for a deposition. Ecology Crossroads and Globcal have less than $250 in the bank; there are no other US based assets. **All other assets are my own**, as stated in the letter, they are fully open for negotiation based on a fair-market value. We have 3,650 website visitors a month sent to us by Google and other websites. **This is my primary asset, the kycolonelcy.us website.** The other websites combined receive less than 1,800 visitors per month.

Since the website in question receives 3,500 visitors per month, it falls into the low-traffic category. Assuming a **mid-range value of $50 per visitor/month**: Estimated website value: 3,500 visitors/month * $50/visitor/month = $175,000 of intrinsic monthly value to a commercial business with a product for sale according to experts engaged in buying and selling websites. If you multiply that by 12 months you have a figure by which you can offset the debt. It is up to you to decide how much each of these visitors is worth to your client, considering they were recently paying for traffic using Google.

**All Kentucky Colonel assets in question are my own and do not belong to the Corporate Defendants.** The Corporate Defendants do not have an attorney and will not be deposed without one, their operations have been paralyzed and suspended, that is unless you would like to provide one for them. The Registered Agent has resigned and moved to Alabama and bankruptcy is the next consideration, prior to dissolution following the appeal or during the appeal.

You should in all good-faith receive this letter well in lieu of the deposition, and recommend that your client settle with me. The entire case is now under the jurisdiction of the Sixth Circuit Court of Appeals, until I begin a new case in the US District Court based on the deceptive and fraudulent activities and practices that have occured within and/or by the HOKC with or without their knowledge or awareness.

Thank you and best regards,


**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements

## Ecology Crossroads Cooperative Foundation

**Business Phone:** (+1) 859-379-8277

**Cellular:** (+57) 322-436-2741

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Tue, May 28, 2024 at 1:53 PM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

Mr. Wright,

I just sent you a Zoom invitation for the video depositions of you and the Corporate Defendants which are scheduled to commence tomorrow at 10:00 a.m.

Please note that the deposition notices that were served on you last month directed you and the Corporate Defendants to produce certain documents at or prior to the deposition.  I have not received any documents in the mail, so I assume that you intend to provide them by email.  Please email the documents within the scope of the deposition notices prior to commencement of the depositions.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

15

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Monday, May 27, 2024 9:52 AM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>; Watts, Julie <jwatts@wyattfirm.com>
**Cc:** Sherry Crose <scrose@kycolonels.org>
**Subject:** **EXTERNAL**Notice of Appeal not Stricken

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Coryell,

I told you that your Motion to Strike would fail, you should not be so concerned with the judge's orders either considering this matter is being appealed and the case will be given a de novo review. As an attorney **you should have known better than to file the Motion to Strike a Notice of Appeal** in the first place. You have wasted hundreds of thousands of dollars of HOKC donor funds which should be returned based on your law firm coming after a member of the HOKC that is protected by the Volunteer Protection Act and Whistleblower's Act. While fraud may be a high bar to prove in an American courtroom it is not impossible, as you may know anything created by government is automatically part of the public domain, but likewise it is not such a high bar to clearly demonstrate that your case in 2020 was retaliatory in nature and was methodically designed to suppress my civil rights based on the conspiracy created to attack me rather than communicate civilly to resolve my proposal offered to the organization. Your biggest mistake though was the first one on February 20, 2020, all the rest of the mistakes were consequential errors. **"Never interrupt your enemy when he is making a mistake" — Sun Tzu, The Art of War**

If the **Honorable Order of Kentucky Colonels wishes to make a proposal to resolve (dispose) the matter and acquire the**

16

**Intellectual Property** I presented from 1998-2001 when I published the First Kentucky Colonels website before your client decided to begin using the Internet, all the subsequent endeavors and work from 2006 until 2019, the Kentucky Colonels Registry idea published in 1999, the Kentucky Colonels Book that was pre-copyrighted in 2020, and sequester all of the current published materials (5,000 items) that were painstakingly researched as a result of the lawsuit currently encompassed on the Kentucky Colonelcy website (and other websites), then you are welcome. You are welcome to make your initial settlement proposal by Friday of this week.

Any such proposal you make should consider me voluntarily refunding all donations I have received (approximately $6,000), providing checks in the amount of $5,000 for each of my confidential officers (approximately 9 or fewer HOKC members) which will be required to sign an NDA, an SBA Loan during COVID for $3,000 plus 3% interest over 4 years, and all of the time I have invested in defending against your retaliatory activities, and a fair assessment for the time invested in both the publication and removal of all the aforementioned assets, and the satisfaction of the court for the judgments it has made on your client's behalf. You are welcome to assess my personal time based on the number of hours which you can guesstimate based on the US minimum wage, which is much less than fair. Frankly I am tired of working for this lawsuit and has obviously affected my ability to work on more progressive activities. Everything else can be swept under the rug and forgotten. I can file a motion to stop the appeal(s) based on your advice upon settlement.

No one wants to harm the HOKC, but likewise our honor will not be demised, defrayed, harmed, or undermined based on your law firm's pursuit of my activities under the First Amendment as a whistleblower and civil rights activist, despite the stains made upon the Corporate Defendants reputations which can be pardoned. Given the lack of any meaningful attempt on your part to engage in settlement negotiations, it appears that this lawsuit was never about resolving a legitimate dispute. Instead, it seems to be a retaliatory tactic aimed at silencing my voice and punishing me for exercising my right to free speech. I urge you to reconsider your position and engage in good faith further settlement discussions to avoid further legal costs, financial burden, and reputational consequences for the Honorable Order of Kentucky Colonels.

We now have six legal doors we ca go through which will be opened in this case in the coming weeks, not including a practically automatic Writ of Mandamus as a last resort, or worse a Petition for

17

a Writ of Error Coram Nobis at the appellate court level due to the historical revisionism and fraud upon me and the US Government. it is highly likely that all the work you have performed against me can still be preserved if you settle the case now, otherwise we will see you in court.

## Col. David J. Wright

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements

Ecology Crossroads Cooperative Foundation

**Business Phone: (+1) 859-379-8277**

**Cellular:** (+57) 322-436-2741

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

============================================================
=====================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
============================================================
=====================

============================================================
=====================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,

...

do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
==============================================================================
=====================

==============================================================================
=======
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
==============================================================================
=======

==============================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
==============================================================================

==============================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
==============================================================================