UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. ) ) ) | |
| PLAINTIFF ) ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:20CV-132-RGJ |
| KENTUCKY COLONELS INTERNATIONAL, et al. ) ) ) ) ) | |
| DEFENDANTS ) | |

## **ORDER**

Upon motion of Plaintiff The Honorable Order of Kentucky Colonels, Inc. to compel Defendant David J. Wright to appear for an asset discovery deposition, and to enter sanctions awarding HOKC its attorney's fees related to the preparation and filing of the instant motion, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the motion be, and is hereby, granted and Defendant David J. Wright shall appear for an asset discovery deposition and sanctions will be awarded for attorney's fees.