UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC. )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>KENTUCKY COLONELS INTERNATIONAL, )<br>et al. )<br>)<br>DEFENDANTS ) | CIVIL ACTION NO. 3:20-CV-132-RGJ |

## PLAINTIFF'S BILL OF FEES AND COSTS

Plaintiff, The Honorable Order of Kentucky Colonels ("HOKC"), pursuant to the Court's July 31, 2024 Memorandum Opinion & Order [DE 158], hereby moves the Court for an award of attorneys' fees and costs incurred in making the motion to compel post judgment discovery [DE 157] from Defendant David J. Wright ("Wright"). For the reasons set forth herein and supported by the accompanying affidavit, HOKC respectfully requests the Court enter an order awarding HOKC Three Thousand Sixty-Eight Dollars ($3,068) and directing that Wright is responsible for payment of that amount.

## ARGUMENT

As the party applying for attorneys' fees, HOKC "has the burden of showing [that it is] entitled to such an award by documenting the appropriate time spent on the matter in addition to hourly rates." *Clear Cast Group, Inc. v. Ritrama, Inc.*, Case No. 1:09-cv-00169, 2012 WL 13047288, *1 (N.D. Ohio, July 2, 2012 (citing *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)) (additional citations omitted). "Such a requirement does not require the party to show exactly how each minute was spent, however the general subject matter should be

contained in counsel's timesheets." *Id.* The accepted method of calculating attorney's fees is known as the "Lodestar method." *J&J Sports Prods., Inc. v. Cole's Place, Inc.*, 2011 U.S. Dist. LEXIS 153137, *14 (W.D. Ky. Nov. 28, 2011) (citations omitted). The Lodestar method requires that the "hours reasonably expended by counsel are multiplied by a reasonable hourly rate commensurate with that fee rate imposed in the local legal community by counsel of similar experience." *Id.* (citations omitted). A fee determined by using the Lodestar method carries a "strong presumption" that it is a reasonable fee. *City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) (internal quotations and citations omitted).

HOKC was forced to incur significant attorneys' fees in connection with the motion to compel. The attached Affidavit of Cornelius E. Coryell explains and describes, among other things, the actions that were necessary as a result of Wright's refusal to respond to discovery thereby necessitating the motion to compel. The accompanying billing statements provide detailed descriptions of the tasks performed as well as the amount of time spent on each task.[1] For the reasons set forth herein, HOKC respectfully requests the Court enter an order holding Wright responsible for HOKC's attorneys' fees and costs in the amount of Three Thousand Sixty-Eight Dollars ($3,068).

## **CONCLUSION**

For the reasons set forth herein and in the accompanying affidavit, HOKC respectfully requests the Court enter an order awarding HOKC's attorneys' fees and costs and directing that Wright is responsible for payment of that amount.

---

[1] The billing statements have been lightly redacted to avoid disclosure of communications protected by the attorney-client privilege. Production of the billing statements does not constitute a waiver of the attorney-client privilege, which HOKC specifically reserves.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail and/or electronic mail, on the 1st day of August, 2024:

Globcal International
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

Ecology Crossroads Cooperative Foundation, Inc.
c/o Maya-Lis A. Wright
302 General Smith Drive
Richmond, KY 40475

*/s/ Cornelius E. Coryell II*
*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101714119.1