**NOT RECOMMENDED FOR PUBLICATION**

No. 24-5511

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 2, 2024
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| HONORABLE ORDER OF KENTUCKY COLONELS, INC., | ) ) ) | |
| Plaintiff-Appellee, | ) ) ) | |
| v. | ) ) ) | |
| KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS, | ) ) ) ) ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY |
| Defendants, | ) ) ) | |
| and | ) ) | |
| DAVID J. WRIGHT, Individually and in his Capacity as President of Ecology Crossroads Cooperative Foundation, Inc., | ) ) ) ) ) | |
| Defendant-Appellant. | ) | |

O R D E R

Before: STRANCH, MURPHY, and MATHIS, Circuit Judges.

This matter is before the court upon a motion to dismiss filed by the Honorable Order of Kentucky Colonels, Inc. (Appellee).

Appellee filed suit alleging that defendants infringed on their trademark. During the course of the litigation, the district court ruled that David J. Wright, a non-attorney, could not represent the corporate defendants and ordered those defendants to obtain counsel. They failed to do so, and Appellee obtained an entry of default against the corporate defendants in 2020. Before default

No. 24-5511
- 2 -

judgment could be entered, the parties agreed to a permanent injunction and the case was dismissed.

In 2023, Appellee moved to reopen the case to enforce the permanent injunction. Appellee also moved for default judgment against the corporate defendants, noting the previous entry of default. The district court again allowed the corporate defendants time to obtain counsel. They again failed to obtain counsel, but Wright attempted to respond on their behalf. On April 22, 2024, the district court granted Appellee's motion for default judgment against the corporate defendants and struck Wright's response. Wright has now filed a notice of appeal, purportedly as the "executive officer and founder" of the corporate defendants. He seeks to appeal the entry of default issued against the corporate defendants in 2020 and the subsequent default judgment entered in 2024. Appellee moves to dismiss the appeal, arguing that the notice of appeal was improperly filed because Wright is not an attorney and cannot represent the corporate defendants.

A corporation, partnership, or association may appear in federal courts only through licensed counsel; those entities may not conduct federal litigation through an officer, agent, or shareholder. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-03 (1993). Because the notice of appeal filed in this case is signed only by Wright, it is inadequate to perfect an appeal on the part of the corporate defendants.

Accordingly, Appellee's motion to dismiss is **GRANTED** and this appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/02/2024.

**Case Name:** Honorable Order of KY Colonels, Inc. v. Kentucky Colonels Intl, et al
**Case Number:** 24-5511

**Docket Text:**
ORDER filed - Appellee's motion to dismiss is GRANTED and this appeal is DISMISSED. No mandate to issue, decision not for publication. Jane Branstetter Stranch, Circuit Judge; Eric E. Murphy, Circuit Judge and Andre B. Mathis, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

**A copy of this notice will be issued to:**

Mr. Cornelius Edwin Coryell II
Mr. James J. Vilt Jr.
Ms. Julie Laemmle Watts