UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Aug 2, 2024
KELLY L. STEPHENS, Clerk

No. 24-5511

HONORABLE ORDER OF KENTUCKY
COLONELS, INC.,

      Plaintiff-Appellee,

v.

KENTUCKY COLONELS INTERNATIONAL;
GLOBCAL INTERNATIONAL; ECOLOGY
CROSSROADS COOPERATIVE FOUNDATION,
INC.; UNKNOWN DEFENDANTS,

      Defendants,

and

DAVID J. WRIGHT, Individually and in his
Capacity as President of Ecology Crossroads
Cooperative Foundation, Inc.,

      Defendant-Appellant.

Before:  STRANCH, MURPHY, and MATHIS, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of the appellee's motion to dismiss.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motion to dismiss is GRANTED and this appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk