UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF ) <br> KENTUCKY COLONELS, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> ) <br> v. ) <br> ) <br> KENTUCKY COLONELS ) <br> INTERNATIONAL, et al. ) <br> ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

## NOTICE OF SERVICE OF SUBPOENA TO DEPOSE META PLATFORMS, INC.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45(b), Plaintiff The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, will serve the attached subpoena on Meta Platforms, Inc. ("Meta"), seeking testimony and information relating to the above-captioned matter. The deposition will be conducted on **January 27, 2025 at 10:00a.m. EST** at the law offices of Wyatt, Tarrant & Combs, LLP, 400 West Market Street, Suite 2000, Louisville, Kentucky, 40202. Said deposition will be recorded by stenographic means, and will be used for all purposes allowed under the Kentucky Rules of Civil Procedure.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 13th day of December, 2024:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

                                                  */s/ Cornelius E. Coryell II*
                                                  *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101828951.1