

2211 North First Street
San Jose, CA 95131

```
                    FILED
         JAMES J. VILT, JR. - CLERK

              JAN 10 2025

           U.S. DISTRICT COURT
          WEST'N. DIST. KENTUCKY
```

December 26, 2024

VIA USPS

Cornelius E. Coryell
Wyatt Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202

Gene Snyder United States Courthouse
Attn: James J. Vilt, Jr, Clerk of Court
601 W. Broadway, Rm 106
Louisville, KY 40202

Ecology Crossroads Cooperative Foundation
c/o David Wright
302 General Smith Drive
Richmond, KY 40475

RE: The Honorable Order of Kentucky Colonels Inc v Ecology Crossroads Cooperative Foundation Inc et al; Case No. 320CV132RGJ; Our Reference PP-LGL-66034-1

Dear Cornelius E. Coryell:

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of your Garnishment ("Order") in the case as captioned above. We have limited access to the following account(s) pursuant to the above - referenced Order:

Account Name: Nicholas Wright DBA Ecology Crossroads Cooperative Foundation
Account Number: 1855008817840558092
Account Balance: $96.02

Account Name: David Wright
Account Number: 1186313003385772359
Account Balance: $0.00

We have withheld the funds from the account(s) in the amount of $96.02 and are currently processing a check for the amount listed above. If sending a release to PayPal prior to cashing of the check, please include instructions whether the check should be cancelled by PayPal and funds disbursed to the debtor.

Please be advised that no further searches for accounts or balance inquiries will be made by PayPal unless you submit a subsequent written request to PayPal to conduct such search or inquiry under the Order.

Should you have any further questions or need any additional information, you may contact me directly by email at EEOmaLegalSpecialist@PayPal.com. Please reference PayPal case no. PP-LGL-66034-1 for an expedited response.

Sincerely,

Brandi
Legal Specialist
PayPal, Inc.

2211 North First Street  San Jose, CA 95131

**PayPal**

14400 Branch Street, Suite 200
Omaha, NE 68154
paypal.com

OMAHA NE 680
30 DEC 2024 PM 2 L
FIRST-CLASS

US POSTAGE ᴵᴹᵖPITNEY BOWES
ZIP 68154 $ 000.97⁰
02 7H
0006093438    DEC 30 2024

Gene Snyder United States Courthouse
Attn: James J. Vilt, Jr, Clerk of Court
601 W. Broadway, Rm 106
Louisville, KY 40202

40202-229698

**FILED**
JAMES J. VILT, JR. - CLERK

JAN 10 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY