# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

### CASE NO. 3:20-cv-00132-RGJ

## DECLARATION OF COL. DAVID J. WRIGHT IN SUPPORT OF RULE 11 NOTICE

I, **Col. David J. Wright**, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the following statements are true and correct to the best of my knowledge:

1. I am the Defendant in this matter, appearing *pro se* and *in forma pauperis* under **28 U.S.C. § 1915**.

2. The facts stated in the attached **Notice of Intent to Seek Rule 11 Sanctions** are true and based on my direct knowledge and review of case records and irrefutable evidence.

3. I have reviewed thousands of historical records and legal documents proving that "Kentucky Colonels" has been a **public title and honor since at least the 19th century**, long before Plaintiff's formation in 1933.

4. Plaintiff's attorneys have knowingly **misrepresented the law, ignored controlling precedent, and used bad-faith litigation tactics** to suppress legitimate competition and free speech.

5. I submit this Declaration in support of my **Rule 11 Notice**, affirming that the claims made therein are made in good faith and supported by the evidence.

Executed this **26th day of February, 2025**, in **Puerto Carreño, Colombia.**

*/s/ Col. David J. Wright*

**Col. David J. Wright,** *pro se*
Defendant