# United States District Court for the Western District of Kentucky

For the Defendant(s) comes now Col. David J. Wright, Defendant
in Pro Se in Civil Action 3:20-cv-00132

## The Honorable Order of Kentucky Colonels, Inc.

### vs.

## Kentucky Colonels International, et al.

To the Clerk of the Court

**RE: Immediate Filing of Notice of Intent to Seek Rule 11 Sanctions**
**Case No.:** 3:20-cv-00132-RGJ

Dear Clerk of Court,

I am **David J. Wright, pro se Defendant** in the above-referenced case. Pursuant to **General Order No. 25-02**, I am submitting for **immediate filing** the attached **Notice of Intent to Seek Rule 11 Sanctions Against Plaintiff's Counsel**, which is in full compliance with **Federal Rule of Civil Procedure 11(c)(2)**.

I respectfully request that this document be **filed upon receipt and entered into the docket without delay** as required under **28 U.S.C. § 953 and Federal Rule of Civil Procedure 79(a)**. Additionally, under **28 U.S.C. § 452**, court personnel must act impartially in the administration of justice and ensure all properly submitted filings are processed timely.

To be clear, any unwarranted delay in docketing or processing this filing will be viewed as a potential deprivation of due process under the Fifth and Fourteenth Amendments, and I reserve all rights to seek appropriate relief should any undue interference occur.

Furthermore, as this case involves substantial First Amendment implications and the misuse of federal trademark law, I anticipate that this matter may attract further legal scrutiny beyond this Court. It is in all parties' best interest to ensure transparency and adherence to procedural fairness.

Please confirm receipt and filing of this submission via email at **david.wright@globcal.net** at your earliest convenience. If there are any issues requiring clarification, I am available to respond promptly.

Thank you for your attention to this matter.

*Col. David J. Wright*

Attached

1) **Notice of Intent to Seek Rule 11 Sanctions**
2) **Declaration of Defendant**
3) **Certificate of Service by CM/ECF**