Filing Inventory & Order in Civil Action 3:20-cv-00132

1. **DEFENDANT'S MOTION FOR RECUSAL OF JUDGE REBECCA GRADY JENNINGS UNDER 28 U.S.C. §§ 455(a) AND 144**

    a. (Exhibit A) – **DEFENDANT'S DECLARATION ON RECUSAL OF RGJ**

    b. (Exhibit B) – Defendant's Merger Proposal

    c. (Exhibit C) – SLAPP Suit Targets

    d. (Exhibit D) – DE-128.0 (Defendant 7-31)

    e. (Exhibit E) – DE-127.0 (Defendant 7-31)

    f. (Exhibit F) – HOKC v. Kentucky Colonels Basketball

    g. [Proposed] – ORDER

2. **DEFENDANT'S MOTION FOR JUDICIAL NOTICE FRE 201(b)**

    a. Exhibit A – Defendant's Declaration on Recusal of RGJ

    b. Exhibit B – Defendant's Merger Proposal

    c. Exhibit C – SLAPP Suit Targets

    **Unlettered** (Short Title Exhibits per FRCP 1)

    d. Exhibit – HOKC Membership & Donation Acknowledgment

    e. Exhibit – Trademark Applications (88800020, 88800035, 88800038)

    f. Exhibit – HOKC Articles of Incorporation (1957)

    g. Exhibit – 1981 Metry Trademark Application (73299122)

    h. Exhibit – HOKC Disambiguation

    i. Exhibit – HOKC v KY Colonels Basketball 345 F. Supp. 2d 716 (2004)

    j. Exhibit – Fraudulent Succession (1931)

    k. Exhibit – Governor's Letter (2020) & Affidavit

    l. Exhibit – Kentucky Colonels (Collection)

    m. Exhibit – US Congress (1936)

    n. Exhibit – Kentucky Governors' Appointments and Commissions

    o. Exhibit – Archive Search Query (2025)

    p. Exhibit – 1st Kentucky Colonels Website (1998)

    q. Exhibit – Kentucky Colonels Handbook (1930)

    r. Exhibit – Governor W. O. Bradley (1897)

    s. Exhibit – HOBGI (1939)

    t. Exhibit – Summary of Self-Authenticating Exhibits