# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

### Civil Action No. 3:20-cv-00132-RGJ

### THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.
Plaintiff,

v.

### KENTUCKY COLONELS INTERNATIONAL, et al.,
Defendants.

---

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECUSAL

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This matter is before the Court on **Defendant's Motion for Recusal of Judge Rebecca Grady Jennings under 28 U.S.C. §§ 455(a) and 144.** Upon careful review of the record, the Court finds that recusal is warranted based on two independent and compelling grounds:

1. **Failure to Recognize Controlling Precedent from This Court's Own Jurisdiction**

    a. In *Honorable Order of Kentucky Colonels v. Building Champions, 345 F. Supp. 2d 716 (W.D. Ky. 2004)*, this Court previously ruled that Plaintiff's trademark rights over "Kentucky Colonels" were limited and not inherently exclusive. Despite this directly applicable precedent, it was **not considered or cited** in subsequent rulings affecting Defendant's rights.

    b. A failure to acknowledge **binding district court precedent** presents an appearance of partiality, particularly where the omitted case directly governs the central issues in

dispute. See *Johnston v. Borders, 36 F.4th 692, 699 (6th Cir. 2022)* (holding that courts must apply controlling precedent to ensure consistency and avoid judicial overreach).

2. **Failure to Rule on Defendant's Pending Recusal Motion Before Issuing Substantive Orders**

    a. Defendant's **Motion for Recusal** was **pending and unresolved** at the time Judge Jennings issued substantive rulings, including [DE-129].

    b. Sixth Circuit precedent establishes that a judge **must rule on a recusal motion before making further substantive decisions** in a case. See *United States v. Sammons, 918 F.2d 592, 599 (6th Cir. 1990)*. A failure to do so raises **due process concerns** and undermines confidence in judicial impartiality.

## ORDER

For the foregoing reasons, the Court finds that **recusal is necessary** to preserve the appearance of fairness and impartiality in these proceedings.

IT IS HEREBY ORDERED THAT:

1. Judge Rebecca Grady Jennings is **recused** from further proceedings in this case.
2. The case shall be **reassigned** to another district judge in accordance with standard judicial reassignment procedures.
3. All **pending motions and unresolved matters** shall be addressed by the newly assigned judge, including Defendant's outstanding motions for judicial notice and relief.

SO ORDERED.

DATED: _____, 2025.

**HON. GREG N. STIVERS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**