# EXHIBIT - Trademark Applications 88800020, 88800035, & 88800038

# Fraudulent Trademark Applications 88800020, 88800035, and 88800038 Submitted to the USPTO (February 17, 2020)

**DESCRIPTION:**

This exhibit includes three separate trademark applications filed on February 17, 2020, by The Honorable Order of Kentucky Colonels, Inc. (HOKC), through its legal counsel, Wyatt, Tarrant & Combs, LLP. These applications (Serial Nos. 88800020, 88800035, and 88800038) were submitted just three days before HOKC initiated litigation in *The Honorable Order of Kentucky Colonels, Inc. v. Kentucky Colonels International, et al.*, Case No. 3:20-cv-00132.

The applications seek registration for the phrase "Kentucky Colonels" across various classes, including membership organizations and charitable services. However, these filings contain material misrepresentations and omissions that suggest they were made in bad faith to create a false basis for standing in the litigation.

**KEY LEGAL ISSUES IDENTIFIED:**

1. **False First-Use Claims (15 U.S.C. § 1051(a)(3)(C))**

    - Each application declares a **first use in commerce date that is inconsistent with historical records** and prior legal disputes.
    - The claimed first-use dates are not substantiated by independent evidence and contradict prior public representations and they directly contradict the Plaintiff's first USPTO filing in 1981 which the Wyatt Firm maintains.

2. **Omission of Known Concurrent Users (15 U.S.C. § 1051(a)(3)(D))**

    - The applications falsely claim that no other parties were using "Kentucky Colonels" in commerce at the time of filing.

- HOKC was fully aware of existing organizations and individuals using the term in various capacities for decades. These applications demonstrate bad-faith and an intent to deceive in an effort to control commerce.

3. **Failure to Provide Transliteration (37 C.F.R. § 2.61(b))**

    - The applications fail to disclose any transliteration or historical evolution of the term, despite the well-documented public domain use of "Kentucky Colonels" dating back to the 19th century.

4. **Timing and Bad-Faith Intent (In re Bose Corp., 580 F.3d 1240 (Fed. Cir. 2009))**

    - The applications were filed **only three days before litigation commenced**, suggesting they were strategically submitted to manufacture or construct a false claim of exclusive rights where none previously existed.

    - The USPTO relies on good-faith submissions, and knowingly false statements constitute fraud and deception of an official government agency.

5. **Legal Counsel's Knowledge and Involvement (Wyatt, Tarrant & Combs, LLP)**

    - HOKC's counsel is an established intellectual property law firm with extensive experience in trademark filings.

    - Given the firm's expertise, these false declarations cannot be attributed to mere clerical errors but instead suggest intentional misrepresentation and intent to defraud the Defendant and the Court.

**ANALYSIS & IMPACT ON THE CASE:**

- The fraudulent nature of these applications supports **judicial notice under Federal Rule of Evidence 201(b)** as adjudicative facts that are not subject to reasonable dispute.

- The applications directly **influenced the Court's preliminary rulings** by creating a misleading appearance of trademark exclusivity.

- This exhibit establishes **a foundational basis for seeking cancellation of HOKC's fraudulently obtained trademarks** under 15 U.S.C. § 1119 and further sanctions under Rule 11.

This exhibit is submitted to ensure that the Court and the Sixth Circuit have an accurate and complete factual record regarding the origins and intent behind Plaintiff's trademark claims.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800020
Filing Date: 02/17/2020

**NOTE:** Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | KENTUCKY COLONELS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KENTUCKY COLONELS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Honorable Order of Kentucky Colonels, Inc. |
| DBA/AKA/TA/FORMERLY | AKA Kentucky Colonels |
| *MAILING ADDRESS | 943 South 1st Street |
| *CITY | Louisville |
| *STATE (Required for U.S. applicants) | Kentucky |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 40203 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | non-profit corporation |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 036 |
| *IDENTIFICATION | Charitable fundraising services; Charitable fundraising services by means of organizing and conducting special events; |

|  |  | Providing grants to **non-profit organizations** |
|---|---|---|
| *FILING BASIS | | SECTION 1(a) |
| | FIRST USE ANYWHERE DATE | At least as early as 00/00/1931 |
| | FIRST USE IN COMMERCE DATE | At least as early as 00/00/1951 |
| | SPECIMEN FILE NAME(S) | |
| | ORIGINAL PDF FILE | SPE0-20887237201-20200217 062101419506_._11_-_Day_of_Service_-_Kentucky_Colo nels_-_www.kycolonels.org.pdf |
| | CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0003.JPG |
| | ORIGINAL PDF FILE | SPE0-20887237201-20200217 062101419506_._2019-Good-Works-Program-Guidelines.pdf |
| | CONVERTED PDF FILE(S) (7 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0004.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0005.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0006.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0007.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0008.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0009.JPG |
| | | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0010.JPG |
| | ORIGINAL PDF FILE | SPE0-20887237201-20200217 062101419506_._14_-_Awarded_Grants_-_Kentucky_Colo nels_-_www.kycolonels.org.pdf |
| | CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800020\xml1\ FTK0011.JPG |
| | SPECIMEN DESCRIPTION | Screenshots from Applicant's website showing mark prominently displayed in connection with the services |
| ADDITIONAL STATEMENTS SECTION | | |
| *TRANSLATION (if applicable) | | |
| *TRANSLITERATION (if applicable) | | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |
| *CONSENT (NAME/LIKENESS) (if applicable) | | |
| *CONCURRENT USE CLAIM (if applicable) | | |
| ATTORNEY INFORMATION | | |
| NAME | | Michelle Browning Coughlin |
| ATTORNEY BAR MEMBERSHIP NUMBER | | XXX |

| YEAR OF ADMISSION | XXXX |
|---|---|
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Wyatt Tarrant & Combs LLP |
| STREET | 400 West Market St, Suite 2000 |
| CITY | Louisville |
| STATE | Kentucky |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 40202 |
| PHONE | 502-562-7561 |
| FAX | 502-589-0309 |
| EMAIL ADDRESS | mcoughlin@wyattfirm.com |
| OTHER APPOINTED ATTORNEY | Matthew A. Williams, Max Bridges, Julie A. Laemmle |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Michelle Browning Coughlin |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mcoughlin@wyattfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /MBC/ |
| * SIGNATORY'S NAME | Michelle Browning Coughlin |
| * SIGNATORY'S POSITION | Attorney of record, Kentucky bar member |
| SIGNATORY'S PHONE NUMBER | 502-562-7561 |
| * DATE SIGNED | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800020
Filing Date: 02/17/2020

## To the Commissioner for Trademarks:

MARK: KENTUCKY COLONELS (Standard Characters, see mark)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of United States, having an address of
   943 South 1st Street
   Louisville, Kentucky 40203
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 036:  Charitable fundraising services; Charitable fundraising services by means of organizing and conducting special events; Providing grants to non-profit organizations

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1951, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from Applicant's website showing mark prominently displayed in connection with the services.

**Original PDF file:**
SPE0-20887237201-20200217 062101419506_._11_-_Day_o f_Service_-_Kentucky_Colo nels_-_www.kycolonels.org.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-20887237201-20200217 062101419506_._2019-Good- Works-Program-Guidelines.pdf
**Converted PDF file(s)** (7 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
**Original PDF file:**
SPE0-20887237201-20200217 062101419506_._14_-_Award ed_Grants_-_Kentucky_Colo nels_-_www.kycolonels.org.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.


The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
  400 West Market St, Suite 2000
  Louisville, Kentucky 40202
  United States
  502-562-7561(phone)
  502-589-0309(fax)
  mcoughlin@wyattfirm.com

Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
  Michelle Browning Coughlin
   PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  And/Or
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin

Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561
Payment Sale Number: 88800020
Payment Accounting Date: 02/18/2020

Serial Number: 88800020
Internet Transmission Date: Mon Feb 17 14:50:59 ET 2020
TEAS Stamp: USPTO/FTK-X.XX.XX.XX-2020021714505995879
0-88800020-710ba2db2408c27d76afc43e67a69
42897c5afb72f6862c3530d5ede665ee8ea-DA-5
0594876-20200217144333207931

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800035
Filing Date: 02/17/2020

**NOTE:** Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | KENTUCKY COLONELS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KENTUCKY COLONELS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Honorable Order of Kentucky Colonels, Inc. |
| DBA/AKA/TA/FORMERLY | AKA Kentucky Colonels |
| *MAILING ADDRESS | 943 South 1st Street |
| *CITY | Louisville |
| *STATE (Required for U.S. applicants) | Kentucky |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 40203 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | non-profit corporation |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Kentucky |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club |

| | |
|---|---|
| | members |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1931 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/1995 |
| SPECIMEN FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800035\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800035\xml1\ FTK0004.JPG |
| ORIGINAL PDF FILE | SPE0-4178094-202002171355 56237299_._11_-_Day_of_Se rvice_-_Kentucky_Colonels_-_www.kycolonels.org.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800035\xml1\ FTK0005.JPG |
| ORIGINAL PDF FILE | SPE0-1-4178094-2020021713 5556237299_._ireShot_Capt ure_012_-_Kentucky_Colone ls_-_www.kycolonels.org.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800035\xml1\ FTK0006.JPG |
| SPECIMEN DESCRIPTION | Screenshots from Applicant's website, newspaper clippings, and photographs showing Applicant's mark prominently displayed in connection with the services |
| ADDITIONAL STATEMENTS SECTION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| ATTORNEY INFORMATION | |
| NAME | Michelle Browning Coughlin |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Wyatt Tarrant & Combs LLP |
| STREET | 400 West Market St, Suite 2000 |
| CITY | Louisville |
| STATE | Kentucky |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 40202 |
| PHONE | 502-562-7561 |

| | |
|---|---|
| FAX | 502-589-0309 |
| EMAIL ADDRESS | mcoughlin@wyattfirm.com |
| OTHER APPOINTED ATTORNEY | Matthew A. Williams, Max Bridges, Julie A. Laemmle |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Michelle Browning Coughlin |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mcoughlin@wyattfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /MBC/ |
| * SIGNATORY'S NAME | Michelle Browning Coughlin |
| * SIGNATORY'S POSITION | Attorney of record, Kentucky bar member |
| SIGNATORY'S PHONE NUMBER | 502-562-7561 |
| * DATE SIGNED | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800035
Filing Date: 02/17/2020

### To the Commissioner for Trademarks:

**MARK:** KENTUCKY COLONELS (Standard Characters, see mark)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of Kentucky, having an address of
      943 South 1st Street
      Louisville, Kentucky 40203
      United States
      XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1995, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from Applicant's website, newspaper clippings, and photographs showing Applicant's mark prominently displayed in connection with the services.
**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-4178094-202002171355 56237299 _._11_-_Day_of_Se rvice_-_Kentucky_Colonels_-_ www.kycolonels.org.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-4178094-2020021713 5556237299_._ireShot_Capt ure_012_-_Kentucky_Colone ls_-_www.kycolonels.org.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.


The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

400 West Market St, Suite 2000
Louisville, Kentucky 40202
United States
502-562-7561(phone)
502-589-0309(fax)
mcoughlin@wyattfirm.com

Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Michelle Browning Coughlin
   PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin
Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561
Payment Sale Number: 88800035
Payment Accounting Date: 02/18/2020

Serial Number: 88800035
Internet Transmission Date: Mon Feb 17 15:00:58 ET 2020

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800038
Filing Date: 02/17/2020

**NOTE:** Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | KENTUCKY COLONELS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KENTUCKY COLONELS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Honorable Order of Kentucky Colonels, Inc. |
| DBA/AKA/TA/FORMERLY | AKA Kentucky Colonels |
| *MAILING ADDRESS | 943 South 1st Street |
| *CITY | Louisville |
| *STATE (Required for U.S. applicants) | Kentucky |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 40203 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | non-profit corporation |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 035 |
| | Association services, namely, promoting the interests of **individuals selected by the Governor of the Commonwealth** |

| | |
|---|---|
| *IDENTIFICATION | of Kentucky to receive an honorary commission; Promoting the interests of **members of the organization** by means of **club services** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1931 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/1951 |
| SPECIMEN FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800038\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800038\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800038\xml1\ FTK0006.JPG |
| ORIGINAL PDF FILE | SPE0-4178094-202002171355 56237299_._ireShot_Captur e_012_-_Kentucky_Colonels_-_www.kycolonels.org.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\888\000\88800038\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Photos of events and screenshots of Applicant's website showing mark prominently displayed in connection with various services offered to members |
| ADDITIONAL STATEMENTS SECTION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| ATTORNEY INFORMATION | |
| NAME | Michelle Browning Coughlin |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Wyatt Tarrant & Combs LLP |
| STREET | 400 West Market St, Suite 2000 |
| CITY | Louisville |
| STATE | Kentucky |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 40202 |
| PHONE | 502-562-7561 |
| FAX | 502-589-0309 |

| | |
|---|---|
| **EMAIL ADDRESS** | mcoughlin@wyattfirm.com |
| **OTHER APPOINTED ATTORNEY** | Matthew A. Williams, Max Bridges, Julie A. Laemmle |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Michelle Browning Coughlin |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mcoughlin@wyattfirm.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| ***TOTAL FEES DUE** | 225 |
| ***TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| ***SIGNATURE** | /MBC/ |
| ***SIGNATORY'S NAME** | Michelle Browning Coughlin |
| ***SIGNATORY'S POSITION** | Attorney of record, Kentucky bar member |
| **SIGNATORY'S PHONE NUMBER** | 502-562-7561 |
| ***DATE SIGNED** | 02/17/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88800038
Filing Date: 02/17/2020

## To the Commissioner for Trademarks:

**MARK:** KENTUCKY COLONELS (Standard Characters, see mark)
The literal element of the mark consists of KENTUCKY COLONELS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Honorable Order of Kentucky Colonels, Inc., AKA Kentucky Colonels, a non-profit corporation legally organized under the laws of United States, having an address of
   943 South 1st Street
   Louisville, Kentucky 40203
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 035: Association services, namely, promoting the interests of individuals selected by the Governor of the Commonwealth of Kentucky to receive an honorary commission; Promoting the interests of members of the organization by means of club services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/1931, and first used in commerce at least as early as 00/00/1951, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photos of events and screenshots of Applicant's website showing mark prominently displayed in connection with various services offered to members.
**JPG file(s):**
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-4178094-202002171355 56237299_._ireShot_Captur e_012_-_Kentucky_Colonels_-_www.kycolonels.org.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 2812681 and 4596450.


The owner's/holder's proposed attorney information: Michelle Browning Coughlin. Other appointed attorneys are Matthew A. Williams, Max Bridges, Julie A. Laemmle. Michelle Browning Coughlin of Wyatt Tarrant & Combs LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   400 West Market St, Suite 2000
   Louisville, Kentucky 40202
   United States

502-562-7561(phone)
502-589-0309(fax)
mcoughlin@wyattfirm.com

Michelle Browning Coughlin submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
  Michelle Browning Coughlin
   PRIMARY EMAIL FOR CORRESPONDENCE: mcoughlin@wyattfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dlaney@wyattfirm.com; TRADEMARKS@WYATTFIRM.COM

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/Or
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MBC/   Date: 02/17/2020
Signatory's Name: Michelle Browning Coughlin
Signatory's Position: Attorney of record, Kentucky bar member
Signatory's Phone Number: 502-562-7561
Payment Sale Number: 88800038
Payment Accounting Date: 02/18/2020

Serial Number: 88800038
Internet Transmission Date: Mon Feb 17 15:04:15 ET 2020
TEAS Stamp: USPTO/FTK-X.XX.XX.XX-2020021715041595906
6-88800038-710b0f5a5a9acc4856c50fad7a13a
5a31d43cd95674791ef67749825b8f3b4d5e-DA-