# EXHIBIT - 1981 Metry USPTO Application 73299122

## Exhibit Introduction: 1981 Metry Notarized Application Filed with USPTO

The **Metry USPTO Trademark Application (1981)** is an official **United States Patent and Trademark Office (USPTO) filing**, submitted under oath in connection with Plaintiff's original **"Honorable Order of Kentucky Colonels"** trademark application. This sworn statement and affidavit when it was rejected are executed by Plaintiff's then-Executive Trustee **Robert A. Metry. The exhibit provides** key assertions regarding the organization's history, use of the mark, and claimed rights over the phrase **"Honorable Order of Kentucky Colonels"** and "Kentucky Colonels" in commerce and for non-commercial use.

**Relevance to Judicial Notice:**

1. **Official Federal Filing** – This notarized application is part of the **USPTO's public record** and is **self-authenticating** under **Federal Rule of Evidence (FRE) 902(5)** as an official publication from a U.S. government agency.

2. **Material to Plaintiff's Trademark Claims** – The application presents representations made by Plaintiff under **oath** regarding its historical identity, membership structure, and commercial use of the mark. These statements contradict later claims made by Plaintiff in subsequent USPTO filings from 2003 forward and in this litigation.

3. **Potential Misrepresentation of Historical Claims** – The application asserts historical continuity between Plaintiff's current entity and prior organizational status, a claim that is **contested** by other evidence demonstrating the independent existence of predecessor organizations such as the **Kentucky Colonels Association (1931-1933)** and the same **Honorable Order of Kentucky Colonels (1933-1956, as unincorporated).**

4. **Admissibility Under FRE 201(b)** – As a **public record from a federal agency**, the original trademark application qualifies for **judicial notice**, as its authenticity and contents **cannot reasonably be disputed.**

5. **Inconsistencies Between USPTO Representations and Litigation Positions** – Plaintiff's various trademark applications and existential background contain conflicting historical narratives regarding its origins and exclusive rights to the Kentucky Colonels name designation. The notarized application from 1981 is **critical** to establishing Plaintiff's shifting positions, fraud on the court, weaponization of trademark rights, expansion, fraudulent omissions in multiple trademark applications, and bad-faith representations as a nonprofit entity.

**Conclusion**

This exhibit is submitted for **judicial notice** to document Plaintiff's own representations before the **USPTO**, which are now being contradicted by its claims in this litigation. These inconsistencies underscore **Plaintiff's pattern of misrepresentation and overreach** regarding its history and exclusive entitlement to the "Kentucky Colonel" designation, justifying further scrutiny of its trademark claims.

299122



175 North Peterson Avenue
Louisville, Kentucky   40206
February 25, 1981

Commissioner of Patents
  and Trademarks
Washington, D.C.   20231

Attn:   Pending Application for Registration of Service Mark

To The Commissioner of Patents and Trademarks:

   The Honorable Order of Kentucky Colonels, Inc. is submitting the accompanying application for registration of a service mark.

   The name of the applicant is:   The Honorable Order of Kentucky Colonels, Inc.   There is no applicable serial number.   The date of the filing of the above mentioned application is February 26, 1981.

   In connection with the above mentioned application, enclosed please find:

   1) Application for Registration of Service Mark.
   2) Drawings A, B, and C depicting the Service Mark for which registration is sought.
   3) Five (5) specimens in the form of decals.
   4) Five (5) specimens in the form of program covers.
   5) Certified check in the amount of thrity-five dollars ($35.00) made to the order of the Commissioner of Patents and Trademarks.

I thank you for your courtesy.

Sincerely,

Kyle C. Willock, Esq.

[KYLE C. WILLOCK]

299122

APPLICANT'S NAME: The Honorable Order of Kentucky Colonels, Inc.

APPLICANT'S ADDRESS: 5737 Watterson Trail, Louisville, Ky. 40291

DATES OF FIRST USE: May 10, 1957

TYPICAL ITEMS OF SERVICE: The advancement of education and culture, and the establishment, maintenance and continuance of charitable enterprises.

DRAWING A

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.



35.00-201

42

Mark ~~&~~ Education and entertainment.

Class No. B. Services.

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

The following application for registration of a service mark with your offices is submitted by: THE HONORABLE ORDER OF KENTUCKY COLONELS, INC., a charitable and educational corporation, whose principal office and place of business is located at 5737 Watterson Trail, Louisville, Kentucky 40291. Said charitable and educational corporation is duly incorporated under the laws of the Commonwealth of Kentucky in the United States of America.

The above identified applicant has adopted and is using the service mark shown in the accompanying drawings for the following services: for the ~~advancement of education and culture and for the establishment, maintenance and continuance of charitable enterprises, such as the founding of scholarships in~~ institutions of ~~learn~~ing, ~~gifts to charitable endowed institutions, equipping of playgrounds and recreation rooms, and all other charitable purposes that the Board of Trustees shall determine from year to year to be worthy of aid and assistance and in need of financial support; to collect and preserve historical~~ documents and other ~~books,~~ papers and objects ~~pertaining to the Commonwealth of Kentucky or any institution or subdivision thereof and therein~~ and requests that said mark be registered in the United States Patent and Trademark Office on the Principal

Register established by the act of July 5, 1946.

The service mark appended as Drawing A was first used in connection with the services set forth above on May 10, 1957, and the mark, The Honorable Order of Kentucky Colonels, was used by the unincorporated association as early as 1934; was first used in connection with the services rendered in interstate, territorial and foreign commerce; and is now in use in such commerce.

The mark is used in connection with the services rendered by affixing it to such items as membership cards, announcements of charitable gifts, stationary, program covers, invitations to the corporation's

03/04/81    399122         1  304    35.00CK

Page 2
Application for Service Mark Registration
The Honorable Order of Kentucky Colonels, Inc.

events, and such other items, documents and materials as are prepared and disseminated by the corporation in connection with the services rendered; and five (5) decals, and five (5) program covers showing the mark as actually used are presented herewith.

Commonwealth of Kentucky
                          ss.
County of Jefferson

    Robert A. Metry states that he is a Trustee of the applicant corporation and is authorized to execute this document on behalf of said corporation; he believes said corporation to be the owner of the service mark sought to be registered: to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set

forth in this application are true.

By THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.

By _____
Robert A. Metry, Trustee

JURAT:

Subscribed to and sworn to before me, this 25th day of February, 1981.

_____
Notary Public

Notary Public, State at Large, KY
My commission expires June 10, 1984

EXHIBIT A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RE:  Trademark Application Response
Applicant:  THE HONORABLE ORDER OF
            KENTUCKY COLONELS, INC.
Serial No.:  299122
Filing Date:  March 2, 1981 (03/02/81)

AFFIDAVIT
IN SUPPORT OF DISTINCTIVENESS
OF APPLICANT'S MARK(S)

Comes the affiant, The Honorable Order of Kentucky Colonels, Inc., by its Trustee, Robert A. Metry, who after being duly sworn, states as follows:

1. I am Robert A. Metry and I reside at 507 Altagate Road, Louisville, Kentucky 40206.

2. I am a Trustee of The Honorable Order of Kentucky Colonels, Inc., a Kentucky corporation, with its principal office and place of business at 5737 Watterson Trail, Louisville, Kentucky 40291.

3. On or about March 2, 1981, I executed the application for registration of the applicant corporation's mark(s) on the Principal Register. Said application is incorporated herewith by reference hereto.

4. On or about February 16, 1982, the United States Patent and Trademark Office, by Trademark Attorney, James H.

-2-

Johnson, Division VI, refused registration on the grounds that applicant's mark(s) is merely descriptive.

5. Pursuant to Section 1211 of the Trademark Manual of Examining Procedure (TMEP):

> A mark which is considered by the Examiner to be unregistrable on the Principal Register by reason of Section 2(e) may be registered on the Principal Register in view of Section 2(f) provided the mark has become distinctive of applicant's goods or services in commerce [.]

6. I have been advised that under 15 U.S.C. § 1052(f), "[t]he Commissioner may accept as prima facie evidence that the mark has become distinctive, as applied to the applicant's goods in commerce, proof of substantially exclusive and continuous use thereof as a mark by the applicant in commerce for the 5 years next preceding the date of the filing of the application for its registration."

7. As Trustee of the applicant corporation, I believe that the mark(s) sought to be registered has become distinctive, as applied to the applicant's services, by reason of substantially exclusive and continous use thereof as a mark by the applicant in commerce for the 5 years next preceding the date of the filing of the application.

8. Indeed, the mark has been used in connection with and applied to applicant's services for at least twenty-five (25)

-3-

years. This use has been continuous, without a period of non-use or suspension of the trade in services to which the mark is applied.

9. At all times referred to herein, and referred to in the above-mentioned application for registration on the Principal Register, the mark has been used in connection with applicant's services in interstate, territorial and foreign commerce; and, as a result, may be lawfully regulated by Congress.

Further the affiant sayeth not.

THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.

By: _____
Robert A. Metry, Trustee

STATE OF KENTUCKY )
                  ) SS:
STATE AT LARGE    )

Acknowledged, subscribed and sworn to before me, a Notary Public, by Robert A. Metry, on this _24_ day of _July_, 1982.

My commission expires: _4/20/86_.

_____
NOTARY PUBLIC



# The Honorable Order of Kentucky Colonels
### INCORPORATED

**GOVERNOR WALLACE G. WILKINSON**
COMMANDER-IN-CHIEF
**GENERAL WALTER I. GIBBS**
NATIONAL COMMANDING GENERAL
**GENERAL ROBERT A. METRY**
COMMANDING GENERAL
COMMONWEALTH OF KENTUCKY
**GENERAL H. LYNN LEDFORD**
ADJUTANT GENERAL
**COLONEL DOROTHY K. SMITH**
SECRETARY AND
KEEPER OF THE GREAT SEAL
**COLONEL ROBERT J. CARLSEN**
TREASURER

*A Non-Profit Charitable Organization*

**NATIONAL HEADQUARTERS**
12th Floor, Kaden Tower, 6100 Dutchmans Lane
Louisville, KY. 40205
Mailing Address: P.O. Box 20702
Louisville, KY. 40220-0702
(502) 459-5352

**BOARD OF TRUSTEES**
GENERAL WALTER I. GIBBS
GENERAL ROBERT A. METRY
GENERAL H. LYNN LEDFORD
COLONEL JAMES H. MOLLOY
COLONEL W. JUDSON GIBBS
COLONEL GEORGE SULLIVAN
COLONEL ROBERT GAYLORD PRICE
COLONEL JAN M. CAMPLIN
COLONEL MARY ANN HAMILTON
COLONEL GEORGE W. PACKOWSKI

Dear Colonel:

We have just received word from the Capital that you have been commissioned an honorary Colonel on the staff of the Governor of Kentucky. This coveted appointment automatically entitles you to membership in the Honorable Order of Kentucky Colonels and we are honored to enroll you.

Our organization is known throughout the nation for the volunteer charitable work that it has been doing. There are no membership dues, but the voluntary contributions of our members are used to support worthwhile Kentucky charitable organizations and institutions who have limited access to government funds or help from other sources enjoyed by so many large organizations.

Supporting our charitable work involves voluntary yearly contributions by our members to the Colonels' Good Works Program Fund and we look forward to your participation.

A list of charities to which we were able to give this past year through the contributions of our members is contained in the enclosed brochure which gives you a broad picture of our work so important to our less fortunate citizens.

We are pleased to enclose your membership card for the current year which will identify you wherever you go as an important representative of Kentucky. We welcome you and look forward to your cooperation with us in our charitable activities.

A few brief facts about our Order are included on the reverse side of this letter. Meantime, if you need further information regarding The Honorable Order, write to Colonel Dorothy K. Smith, Secretary & Keeper of the Great Seal, at the Colonels' Headquarters - P.O. Box 20702, Louisville, KY, 40220-0702.

With best wishes,

*General Walter I. Gibbs*
General Walter I. Gibbs
National Commanding General

P.S.   MOST IMPORTANT:   If at any time you change your address don't fail to advise us. We will lose track of you if you don't do this.

*Pertinent Information Regarding The Honorable Order of Kentucky Colonels*

The Honorable Order of Kentucky Colonels is a charitable organization founded in the administration of Governor Ruby Laffoon in 1932. It has since been officially incorporated and is recognized by the Internal Revenue Service of the United States Government as a charitable organization with full tax deduction privileges.

The awarding of honorary colonelcies began in 1812 with the first Governor of Kentucky, Isaac Shelby, who bestowed on his son-in-law, Charles S. Todd, the title of Colonel on his staff. Governor Shelby later issued commissions to all who enlisted in the regiment he commanded in the War of 1812. Later Governors commissioned Colonels to act as their protective guard. They wore uniforms and were present at most official functions.

Each incumbent Governor, upon assuming office, is Commander-in-Chief of The Honorable Order of Kentucky Colonels whose affairs are administered by a Board of Trustees who serve without compensation. These Trustees elect a National Commanding General, an Adjutant General and the Commanding General for the Commonwealth of Kentucky.

Membership in The Honorable Order of Kentucky Colonels is open to all those persons commissioned by any Governor of Kentucky. There are no membership dues but all are encouraged to contribute to the charitable fund of The Order known as our "Good Works Program". As stated above, contributions thus made are tax-deductible. Each year an amount in excess of a half million dollars is dispensed in grants to worthy Kentucky charitable organizations who derive their principal support from their local communities.

The Honorable Order's membership resembles a Who's Who and includes many distinguished government leaders, business men and entertainers.

The question is often asked, "What characterizes a Kentucky Colonel?" The recipe is no secret formula, simply a blend of friendliness, good fellowship, good will and good fun. Then add to these a capacity for service and accomplishment in some worthy line of endeavor.

Each year The Honorable Order of Kentucky Colonels sponsors two events at which members gather to renew old friendships and establish new ones; the Colonels' annual meeting and dinner held at the Galt House in Louisville each Kentucky Derby Eve, and a Barbecue on the Sunday following the Derby at historic Bardstown, Kentucky.

A prime reason The Honorable Order continues to live is summed up in an observation of a past Commander-in-Chief who said: "Let us never forget that the first obligation of a Kentucky Colonel is to reflect the virtues of character for which all worthy Kentuckians stand; to honor the land of his or her birth or adoption, as the case may be; to be just and considerate of all and to spread the fame of Kentucky."

Each member of The Honorable Order receives in October a new membership card for the ensuing year and a brochure covering the past year's operations which lists the organizations given grants.

In February an invitation to the Colonels' Derby Eve Meeting and banquet and the Barbecue is sent each member. These events are given in honor of our current Commander-in-Chief, and are self liquidating. An entertainment celebrity donates his services at our dinner: Colonels Bob Hope, Danny Thomas, Foster Brooks, Mike Douglas, to mention a few who have been with us at our Derby weekend celebrations.