# EXHIBIT - HOKC Disambiguation

## Honorable Order of Kentucky Colonels

**Report & Analysis with News Articles: The Honorable Order of Kentucky Colonels Began in September 1933**

**Introduction**

This exhibit presents **historic newspaper articles** that provide **irrefutable evidence** that *The Honorable Order of Kentucky Colonels* (HOKC) was **officially established in September 1933**. These records **disprove Plaintiff's revisionist claims** that the organization originated in 1813, 1931, or 1932.

## I. The Honorable Order of Kentucky Colonels: A Term in the Public Domain

The phrase **"Honorable Order of Kentucky Colonels"** belongs to the **public domain** because it was **created by an elected official**—Governor Ruby Laffoon—**for public use by the Commonwealth of Kentucky**. Laffoon conceived the **Kentucky Colonel title** as part of a **state order of merit** during the Great Depression, intending it to serve as a **state revenue initiative**.

- In **1932**, legislative proposals sought to **tax the Kentucky Colonel title** due to its increasing use.

- Between **1933 and 1936**, Governor Laffoon used the **title as an honorary recognition** while expanding its reach beyond the military.

- Official records from **1941 confirm that Laffoon appointed over 10,000 Kentucky Colonels—far exceeding Plaintiff's misleading claims of only 2,941 commissions.**

Because the **Honorable Order of Kentucky Colonels** originated **from an official state action**, its name and historical usage **do not qualify for private ownership under copyright or trademark law**.

## II. Legal Basis for Public Domain Status

While Kentucky lacks a state statute identical to **17 U.S.C. § 105** (which places federal government works in the public domain), multiple legal principles support the conclusion that this phrase and related state-created materials belong to the public:

- **Kentucky Open Records Act (KRS 61.870–61.884)**

  - This law establishes a **public right of access** to government-created records, reinforcing that state-authored materials are **public property**.

- **Kentucky Copyright Law & Federal Analogy**

- - Kentucky follows copyright principles **similar to federal law**, where **government-generated works** are generally **not subject to private ownership or restriction**.

- **Judicial Precedent on Public Records**

  - Courts recognize that **materials created by government officials for official purposes are public domain assets**, freely accessible to all.

These principles demonstrate that **Plaintiff's claim to exclusive ownership over the phrase "Honorable Order of Kentucky Colonels" is legally baseless**.

## III. Historical Context: The Evolution of "Kentucky Colonel" and HOKC

The newspaper articles in this exhibit confirm that **HOKC did not exist before September 1933** and that the **Kentucky Colonel title** evolved through distinct historical phases:

1. **1933–1936: State Order of Merit**

   - Governor Ruby Laffoon's administration formalized the **Kentucky Colonel title as a state honor** and **public fundraising initiative**.

   - The **Honorable Order of Kentucky Colonels** during this time was **a state-sanctioned honorary order, not a private membership group**.

2. **1933–1950: Private Association**

   - In **September 1933**, a **private social association** under the same name was formed **in New York City**, maintaining an office in Lexington, Kentucky.

   - This group was **not an official state entity** and was **separate from the governor's original initiative**.

   - In 1957, some of its key figures—**notably J. Fred Miles**—incorporated **The Honorable Order of Kentucky Colonels, Inc.** in Kentucky.

3. **1957–Present: Modern Nonprofit Corporation**

   - In **1957**, the **HOKC formally incorporated in Kentucky** for the first time as a nonprofit.

   - By **the 1980s**, HOKC began engaging in **commercial activities**, selling Kentucky Colonel-branded memorabilia through the Pomperoser Catalog.

   - HOKC **first appeared online in May 2001**.

By outlining these **distinct phases**, this exhibit **debunks Plaintiff's false historical narrative** and **establishes the public nature of the Kentucky Colonel tradition**.

## IV. Key Findings from This Exhibit

These newspaper articles provide conclusive proof that:

- **HOKC did not exist in 1813, 1931, or 1932**—it was founded **in September 1933**.

- The **organization's first official dinner took place in 1934**—not earlier.

- **HOKC was not a Kentucky-based corporation until 1957**, contradicting Plaintiff's claims of a continuous history.

- **HOKC did not engage in commercial activities in Kentucky until the 1980s**.

This Exhibit establishes that the **Kentucky Colonel title and phrase were widely recognized, publicly used, and government-created—making them part of the public domain**. Judicial notice of these facts is warranted to prevent further historical misrepresentation by Plaintiff.

# Article 1 - "The Honorable Order of Kentucky Colonels" Opens Headquarters in New York City and in Lexington

"The Honorable Order of Kentucky Colonels," which is intended to bring together annually at the Kentucky Derby in Louisville as many as possible of the several thousand persons holding such commissions, has opened headquarters at 28 West Forty-fourth Street, New York City, under the direction of General Charles C. Pettijohn, with Kentucky offices in the Strand theater building, Lexington, under the direction of Col. Anna Bell Ward, who has been named permanent secretary of the organization and keeper of the great seal of Kentucky Colonels.



The order, which has no dues, has been affected since last Derby day by Charles C. Pettijohn, of New York, general counsel of the Motion Picture Producers and Distributors of America, who

was promoted to the rank of "general" by Governor Laffoon at the Derby last year and requested to prepare a roster for all active Kentucky Colonels and effect an organization.

According to the arrangements of officers in the order, Governor Laffoon is commander-in-chief, and General Pettijohn commanding officer of the order. Other officers are Admiral Louis McHenry Howe, Washington, D.C., "in charge of water activities;" Col. Will Rogers, "commanded of all colonels west of the Mississippi river;" Col. Irvin B. Cobb, "commander of all colonels east of the Mississippi river;" Col. Hoy Norr, Galveston, Texas, "commander in charge of Gulf stream and Gulf ports;" Col. John Alcock, of New York, "commander in charge of eastern waters and waterways;" Col. Felix Feist, Los Angeles, Calif., "commander in charge of western waters and waterways;" Col. Morton Downey, New York and Chicago, "commander in charge of Great Lakes; Col. James A. Farley, Washington, D.C., "commander in charge of communications;" Col. William E. Rolley, Los Angeles, Calif., "judge advocate;" Col. Thomas D. Taggart, French Lick, Ind., "commander in charge of charged waters."

The following were named chaplains of the order: Rev. Harry Chillinton, Father Nicholas Jagemanns, Father E.B. Bohrer, Father Joseph O'Dwyer and Father George L. Kampson, of Kentucky; Rev. Ernest L. Wood, of Ohio, Rev. George Beik, of Tennessee, and Rev. L.M. Ahlmann, United States of America.

The plan is to have the annual meeting and election of officers each year at the Derby in Louisville. Present officers are to serve until the next annual election.

A roster of all active members of the order, which means all holding Kentucky commissions as colonels, has been prepared in book form by General Pettijohn.

The motto of the order is "Let there be no more time than is necessary between drinks." The insignia on the letter head of the stationery shows the head of a typical Kentucky colonel, a running horse and a tall glass with a sprig of mint.

**Citation:** The Lexington Herald. (September 21, 1933). The Honorable Order of Kentucky Colonels Opens Headquarters in New York City and in Lexington. Newspapers.com. https://www.newspapers.com/article/the-lexington-herald-the-honorable-order/115569016/

---

**NEW COLONELS BODY IS FORMED**

## Article 2 - Lexington Woman Secretary of "Honorable Order," Headquarters New York.

Lexington, Ky., Sept. 29. (AP) - The "honorable order of Kentucky Colonels," modestly announced as a world-wide society with headquarters in New York, is the latest organization to spring from the wholesale commissioning of honorary aides on the staffs of the Kentucky governor and lieutenant governor.

Miss Anna Bell Ward, a young woman who, between times, manages a local movie theater, is permanent secretary and keeper of the great seal, and she announced Thursday that the New York headquarters, 28 West Forty-fourth street, are under direction of Gen. Charles C. Pettijohn.

There already is a Kentucky Colonels' association with headquarters in Louisville.

The purpose of the "new organization" was announced as designed to bring together at the Kentucky Derby each May in Louisville all persons holding Kentucky Colonels and other honorary military commissions, of which there are at latest official reports 1,324 appointed by Gov. Ruby Laffoon and Lieut. Gov. A. B. "Happy" Chandler, as well as more than 1,000 appointed under previous regimes. Six foreign countries and all but seven American states are represented in the potential membership list of the new organization.

**Citation:** "New Colonels Body is Formed" Newspapers.com, Messenger-Inquirer, September 29, 1933, https://www.newspapers.com/article/messenger-inquirer-new-colonels-body-is/115573397/

## Article 3 - 'Kentucky Colonels Parade' Program Presented Over National Radio Chain; Many National Celebrities Participate

Lexington participated last night in a nation-wide Columbia Broadcasting System hook up that

included programs from New York, Dallas, Philadelphia and Hollywood. The Kentucky portion emanated from the University of Kentucky studios in the Art Center on Euclid avenue and featured Gov. Ruby Laffoon in a talk, the University Philharmonic orchestra under the direction of Prof. Carl A. Lampert in a medley of southern airs, and Annabelle Ward, secretary and keeper of the great seal of Kentucky Colonels, in a vocal rendition of My Old Kentucky Home.

The program was entitled "Kentucky Colonels on Parade" and was produced as the contribution of the Kentucky Colonels to the NRA. George Jessel, from the New York studios of C. B. S., acted as master of ceremonies. Other talent on the program included Jean Harlow, Clark Gable, Eddie Cantor, Freddie Rich's Orchestra, Jeannette McDonald, John Boles and Stoopnogle and Budd.

An audience assembled in the University studios to hear Kentucky's contribution to the program.

"The danger that now threatens our country is more imminent than an armed foe invading our borders," Governor Laffoon said in his address calling on his "army" of Kentucky colonels to support President Roosevelt's recovery program.

"In summoning these Kentucky colonels to the colors," said the governor, "I was convinced that I had called to service the most distinguished group of men and women ever assembled in peace time by a military order."

**Citation:** "Kentucky Colonels Parade' " Newspapers.com,
The Lexington Herald, November 29, 1933,
https://www.newspapers.com/article/the-lexington-herald-kentucky-colonels-p/115094625/

## Article 4 - The Colonels are Coming, Hurrah

With the organization of "The Honorable Order of Kentucky Colonels" by "General" — or Colonel — Charles C. Pettijohn, of New York, there appears to be as much possibility of effective action as cohesion and discipline in this noble band of Kentucky-made "warriors" as in any group of living men, and warm in its enthusiasm.

General Pettijohn, so designated by Governor Laffoon last Derby Day, has shown in the organization of his army of colonels the same fine administrative capacity that he has displayed as general counsel of the Motion Picture Producers and Distributors of America. And he made a wise choice, if he is really serious about bringing order out of chaos among the colonels, by the appointment of Col. Anna Bell Ward, of Lexington, as permanent "Secretary

and Keeper of the Great Seal of Kentucky Colonels." With Colonel Ward issuing commands, "the Colonels" will have to step lively.

Perhaps no more interesting group of like numbers could be gathered together in any chosen organization than in this one, considering the other officers of The Honorable Order of Kentucky Colonels. They include Admiral Louis McHenry Howe, of Washington, D.C., "in charge of water activities;" Col. Will Rogers, "commandant of all colonels west of the Mississippi river;" Kentucky's own Irvin S. Cobb, commandant of all colonels east of the Mississippi river; Morton Downey, celebrated singer, commander in charge of Great Lakes; James A. Farley, commander in charge of communication, who is none other than our nation's postmaster general, and Col. Thomas D. Taggart, of French Lick, Ind., commander in charge of charged waters, to mention only a partial list of the distinguished officials.

It might be said in passing that Colonel Taggart, in charge of charged waters, is likely to be the busiest officer on the grand headquarters staff, when the colonels move on the Kentucky Derby next spring.

It is the plan of General Pettijohn to have a grand rally, a reunion and recall of the Colonels at the Derby each spring, and then an election of officers for the ensuing year.

The motto of the order is: **"Let us recall the ties that bind and be merry between now and the next call to arms."**

**Citation:** The Colonels Are Coming, Hurrah: Newspapers.com,
The Lexington Herald, September 21, 1933,
https://www.newspapers.com/article/the-lexington-herald/77801406/

---

# Article 5 - Kentucky Ku'nels Organize

**Wholesale Commissioning Of Honorary Aids Results In Modest "World-Wide Society."**

**Lexington, Ky., September 26—(AP)** The "Honorable Order of Kentucky Colonels," modestly announced as a world-wide society with headquarters in New York City, is the latest organization to spring from the wholesale commissioning of honorary aides on the staff of the Kentucky Governor and Lieutenant Governor.

Miss Anna Bell Ward, a young woman who between times manages a Lexington movie theater, is permanent Secretary and keeper of the great seal, and she announced today that the New York headquarters, 28 West Forty-fourth Street, is under the direction of General Charles C. Pettijohn. There already is a Kentucky Colonels' Association, with headquarters in Louisville.

The purpose of the new organization was announced as designed to bring together at the Kentucky Derby each May in Louisville all persons holding Kentucky Colonel commissions, of which there are at the latest official report 1,324 appointed by Governor Laffoon and Lieutenant-Governor A. B. (Happy) Chandler, as well as more than 600 appointed under previous regimes. Six foreign countries and all but seven American states are represented in the potential membership list of the new organization.

Its officers, as announced here, are:

- **Governor Laffoon**, Commander-in-Chief
- **Admiral Louis McHenry Howe**, Washington, "in charge of Water Activities"
- **Colonel Will Rogers**, "Commander of all Colonels West of the Mississippi River"
- **Colonel Irvin S. Cobb**, "Commander of all Colonels East of the Mississippi River"
- **Colonel Roy Norr**, Galveston, Texas, "Commander in charge of Gulf Stream and Gulf Ports"
- **Colonel John Alcock**, New York, "Commander in charge of Eastern Waters and Waterways"
- **Colonel Felix Feist**, Los Angeles, Calif., "Commander in charge of Western Waters and Waterways"
- **Colonel Morton Downey**, New York and Chicago, "Commander in charge of Great Lakes"
- **Colonel James A. Farley**, Washington, "Commander in charge of Communications"
- **Colonel William E. Reiley**, Los Angeles, "Judge Advocate"
- **Colonel Thomas D. Taggart**, French Lick, Ind., "Commander in charge of Charged Waters"

**Chaplains:**

- Rev. Harry Chillington
- Father Nicholas Judermann
- Father E. B. Rohrer
- Father Joseph O'Dwyer
- Father George Sampson, all of Kentucky
- Rev. Delk, Tennessee
- Rev. I. M. Ahmann, United States of America

**Citation:** "Kentucky Ku'nels Organize" Newspapers.com,
The Cincinnati Enquirer, September 27, 1933,
https://www.newspapers.com/article/the-cincinnati-enquirer-kentucky-kunels/115578370/

# Article 6 - Kentucky Colonel, 1933 Style, Puts the Goatee into Discard

**(Associated Press)**
 LEXINGTON, Ky., Nov. 6— With numbers comes variety, and therein lies the story of the Kentucky "Colonel," a title that is evolving beyond its traditional identity as a gentleman with a white goatee, broad hat, and love of horseflesh.

The latest count shows about **3,000 Kentucky Colonels across 42 states**, appointed thanks to the generosity of **Governor Ruby Laffoon** and his predecessors.

**Tradition Put Aside**

Many recipients never set foot in Kentucky, and some regard the goatee as nothing more than a costume accessory for a masquerade ball.

Departing from the old-fashioned image, the **Honorable Order of Kentucky Colonels** now has a **woman** as its **secretary and keeper of the great seal**—Miss Anna Bell Ward, a figure from Hollywood and Broadway. Additionally, the famous actress **Mae West** has proudly claimed the title.

The organization has also appointed **Irvin S. Cobb as "commander" of all Colonels east of the Mississippi** and **Will Rogers as commander in the west**.

**Pettijohn as 'General'**



At the top of the organization is **Charles C. Pettijohn of New York**, serving as "General." Other notable members include:

- **Louis McHenry Howe** (President Roosevelt's secretary),
- **Col. Roy Nor of Galveston, Texas**,
- **Col. John Allcoate of New York**,
- **Col. Felix Feist of Los Angeles**,
- **Morton Downey of New York**,
- **James A. Farley** (Postmaster General),
- **William E. Reiley of Los Angeles**, and
- **Thomas D. Taggart of French Lick, Indiana**.

"General" Pettijohn and Miss Ward have announced plans for an official gathering of all Kentucky Colonels at the **Kentucky Derby in Louisville next May**.

**Citation:** Newspapers.com, Pampa Daily News, November 6, 1933, https://www.newspapers.com/article/pampa-daily-news/77801327/

*Newspaper article from the Pampa Daily News (November 6, 1933), describing the modernization of the Kentucky Colonel tradition. It highlights the leadership of Charles C. Pettijohn, the appointment of women such as Anna Bell Ward to key roles, and the involvement of Hollywood figures like Mae West. The article details efforts to unite the honorary Kentucky Colonels and hold a banquet at the upcoming Kentucky Derby.*

---

# Article 7 - State Colonels Have Increased Under Laffoon

***Sewell Says the Cost of Gold Sealed Commissions Has Been Justified***

FRANKFORT, Ky., March 29—(AP)—Despite a hard winter in the Bluegrass state, there has been a record crop of **Kentucky Colonels**.

As popular as **Kentucky lamb chops, bourbon whiskey, burley tobacco, and thoroughbred horses**, the **blue-ribboned, gold-sealed commissions** have gone out from the office of **Governor Ruby Laffoon** during the winter months to **more than 500 persons** in far-flung sections of the land. In the list were sprinkled **few admirals, commodores, captains, and other titles**.

The latest crop brought the **grand total of Kentucky Colonels under Laffoon's administration to 1,532**, pushing the state's **historical total over the past 20 years to 3,226**.

**All Records Shattered**

The flood of honorary titles **began in 1931**, when Laffoon took office, and increased as his **Lieutenant Governor, A. B. Chandler, also began issuing commissions in 1932**.

At first **irked by the number of demands** made upon him for commissions, Governor Laffoon soon found there was **no danger of offending anyone** and responded by issuing **record numbers of Kentucky Colonel appointments**.

His predecessor, Governor **Flem D. Sampson**, had held the **previous record of 677 honorary aids**.

> *"In summoning these Kentucky Colonels to the colors,"* said Laffoon, *"I am calling to the colors a distinguished group of men and women, chosen not by accident nor by a military order."*

A **state inspector, B. Sewell**, examined the cost of issuing **Kentucky Colonel commissions** and found that each one required **twenty and one-fourth cents** for the **gold seal, ribbon, and parchment paper**.

> *"I believe the public in general will concur in the opinion that this expenditure is fully justified, in satisfaction, if not in service."*

He further remarked that **"it is an assumption that the staff of the chief executive of the commonwealth of Kentucky is the most democratic quasi-military organization in the world."**

> *"Practically every industry, profession, and avocation is represented,"* he said. *"Neither minimum nor maximum age is considered. No qualifications are prescribed, no duties are assigned, and no restrictions are imposed upon honorary officers."*

**Expanding Influence of the Kentucky Colonels**

With the multiplying of colonels, **two organizations composed of these honorary officers have sprung up**.

The **Kentucky Colonels' Association**, organized last fall, **held a banquet in Louisville**.



The **Honorable Order of Kentucky Colonels**, **with headquarters in New York**, was **organized last fall under the direction of General Charles C. Pettijohn**.

Among the recent additions to the ranks of Kentucky Colonels are:

- **Jeannette MacDonald (New York City)**
- **Don and R. B. Richey (Washington)**
- **Jack Reynolds (Cincinnati)**
- **Little Jackie Little (New York)**
- **Charley "Buddy" Rogers (Hollywood)**
- **Rudy Vallée (New York)**
- **Lowell Thomas (New York)**

**Description:** *Newspaper article from* **The Paducah Sun** *(March 29, 1934), detailing Governor Ruby Laffoon's significant increase in Kentucky Colonel commissions. The article highlights how the honorary title transitioned into a quasi-official ambassadorial role and became widely issued. State Inspector B. Sewell justified the cost of commissions, emphasizing their symbolic and goodwill value. The article also documents the establishment of various Kentucky Colonel organizations and notable recipients, including Hollywood stars and public figures.*

---

# Article 8 - No More Goatees

*Honorable Order of Kentucky Colonels to Give the Barbers a Break*

LOUISVILLE, Ky., May 5—(AP)—The **Honorable Order of Kentucky Colonels** went under an **NRA code** today. It provides that **no colonel shall pay more than 25 cents for a mint julep**, that **no one shall be a colonel hereafter who has not seen a horse race**, and that **no colonel shall wear a goatee lest it cause unemployment among barbers**.

At the **first annual banquet** of the order last night, **Gov. Ruby Laffoon** announced that **Col. John Alicoate**, editor of *The Film Daily*, New York, would succeed **Gen. Charles C. Pettijohn**, secretary of the **Association of Motion Picture**



**Producers and Distributors of America**, as **commander-in-chief of all Kentucky Colonels in America**.

Gov. Laffoon announced he intended to **appoint a million colonels in the next year**, so as to **obtain their votes when Col. Franklin D. Roosevelt "becomes tired of being president."**

The **guest of honor** at the banquet was **Col. James A. Farley, postmaster general**, who was accompanied by **Col. Emil Hurja**, vice chairman of the **Democratic National Committee**. **Two hundred Kentucky Colonels** from many states of the Union attended the first meeting.

As a **compromise** in the argument as to **whether the mint in a mint julep should be crushed or left intact**, the **Kentucky hotel management** provided juleps that had **crushed mint in the bottoms of the glasses and uncrushed mint at the tops**.

Adoption of the **NRA code** was the **principal order of business** at the meeting. **Gov. Laffoon**, in his address, reiterated that he was **"one of the driest of the drys, but I have had 18 drinks today and every one of them tasted the best."**

**Exhibit:** *Newspaper article from* **Dayton Daily News** *(May 5, 1934), documenting the first annual banquet of the Honorable Order of Kentucky Colonels. The article humorously describes new honorary rules, including restrictions on goatees, requirements to attend horse races, and price limits on mint juleps. Governor Ruby Laffoon announced plans to appoint a million Kentucky Colonels for political leverage and welcomed high-profile guests such as Postmaster General James A. Farley. The event highlighted the organization's evolving role in social and political spheres, particularly within the Democratic Party.*

**Citation:** "No More Goatees" Newspapers.com,
Dayton Daily News, May 5, 1934,
https://www.newspapers.com/article/dayton-daily-news-no-more-goatees/115571673/

---

# Article 9 - Kentucky Is Back to Normal State After Many Years; Fine Horses, Beautiful Women And Good Liquor There

**Louisville, Ky., May 4—(AP)**—Superb thoroughbreds, beautiful women, and fine whisky, the triad for which the **Blue Grass State** is famous, will come into their own again tomorrow at the **sixtieth running of the Kentucky Derby**, the race that annually launches the battle for the **three-year-old championship** among racehorses.

The **mint julep and whisky**—both missing from the **Derby scene for 15 years** because of prohibition—are **legal again** and will lend zest to **Kentucky's day of days** for those who regard **consolation for betting losses** or the **cup that cheers** to add **gayety to the renewal of old friendships**.

There is no doubt as to the **quality of the horseflesh** that will parade to the post in the **famous race**, and few will dispute the **Kentuckian's contention** that the **charm of display at the Derby can be matched nowhere** for beauty and attractiveness.

## Kentucky Is Back To Normal State After Many Years; Fine Horses, Beautiful Women And Good Liquor There

Louisville, Ky., May 4—(AP)—Superb thoroughbreds, beautiful women and fine whisky, the triad for which the Blue Grass State is famous, will come into their own again tomorrow at the sixtieth running of the Kentucky Derby, the race that annually launches the battle for the three-year-old championship among race horses.

The mint julep and whisky sour, missing from the Derby scene for 15 years because of prohibition, are legal again and will lend zest to Kentucky's day of days for those who require consolation for betting losses or the cup that cheers to add gayety to the renewal of old friendships.

There is no doubt as to the quality of the horseflesh that will parade to the post in the famous race, and few will dispute the Kentuckian's contention that the feminine charm on display at the Derby can be matched nowhere for a high average of attractiveness.

Tonight Louisville presented its Derby Eve carefree carnival, with celebrities from near and far participating in scores of parties, notable among these being the first annual banquet of the Honorable Order of Kentucky Colonels, who were apointed to that high estate by past and present Governors, and whose motto is "Let there be no more time than necessary between mint juleps."

Those whose souls are stirred by fisticuffs, as well as by horse races, attended a featherweight championship boxing match, the first legal title bout in Kentucky's history. And as for the home-town folk, many of them invaded the downtown district, where motorists toured the streets aimlessly, blowing their horns and waving to acquaintances, for this is the local method of celebrating election night, Christmas Eve, New Year's Eve and Derby Eve, by making noise.

Although the thoroughbred race horse will be king tomorrow, the lowly plug will find himself relegated to the side streets in the horsiest town in America. Unsympathetic police have decreed that horse-drawn vehicles must stay off the main streets because of the heavy motor traffic to Churchill Downs.

That the traffic will be heavy is attested by a sell-out of boxes and reserved seats for the Derby, and hotels are filled to capacity. A crowd of at least 50,000 is in prospect, with moochers mingling with magnates in the betting lanes, and women displaying their spring finery at Kentucky's merry Mardi Gras.

One of the early arrivals today was James A. Farley, Postmaster-General, who is a confirmed Derby-goer and hunch better. A party of

Continued On Next Page.

Tonight **Louisville** presented its **Derby Eve carnival**, with thousands of visitors **celebrating in scenes of parties**, not a few among those gathered **the first members of the Honorable Order of Kentucky Colonels**. They were **packed into the hotels**, where the **password of Kentucky's colonels**, whose motto is **"Let there be no more time than necessary between mint juleps"**, was often heard.

Those whose souls are stirred by **fisticuffs**, as well as by **horse races**, attended a **featherweight championship boxing match**, the **first legal title bout in Kentucky's history**.

A riot for the **home-town boxers and men they invited** to the **downtown district**, where **motorists turned the streets** amid **scenes of tooting horns and waving acquaintances**, for this is the **local method of celebrating** as much as **Christmas Eve, New Year's Eve, and Derby Eve**—by **making noise**.

Although the **thoroughbred race** will be the **king tomorrow**, Louisville itself finds itself **relegated to the side streets** in the **busiest town in America**. **Unsympathetic police** have decreed that **horse-drawn vehicles** must stay off the **main streets** because of the **heavy motor traffic** to **Churchill Downs**.

That the **traffic will be heavy** is **attested by a sell-out of box and reserved seats** for the **Derby**, and hotels are **filled to capacity**. **Every household in the area is booked**, with **moochers** riding **magnates in the betting lanes**, and **every Kentuckian showing his pride** in **any Kentucky man's Mardi Gras**.

One of the **early arrivals** today was **Col. James A. Farley**, Postmaster General, who **is a confirmed Derby-goer and hand better**. A **party of...** *(article continues on next page, not visible in image).*

**Exhibit:** *Newspaper article from* **The Cincinnati Enquirer** *(May 5, 1934), describing the sixtieth running of the Kentucky Derby and the role of the Honorable Order of Kentucky Colonels. The article highlights the return of legal alcohol following Prohibition, the festive atmosphere of Derby Eve, and the prominence of the Kentucky Colonels in social gatherings. It also details the city's traditions, traffic congestion, and notable attendees such as Postmaster General James A. Farley. The event reflects Kentucky's deep-rooted cultural heritage and the Colonels' role in the Derby celebrations.*

**Citation:** Newspapers.com, The Cincinnati Enquirer, May 5, 1934, https://www.newspapers.com/article/the-cincinnati-enquirer/77802713/

---

# Article 10 - Battle of Colonels Now On in Kentucky

**Governor Laffoon and Lieut.-Gov. Chandler Commission 1,240 Colonels, Admirals and Other Officers in Friendly Rivalry.**

Frankfort, Ky., June 9—(AP)—A friendly rivalry has developed between Governor Ruby Laffoon and Lieut. Gov. A. B. (Happy) Chandler over the appointment of Kentucky colonels.

Between them, they have commissioned 1,240 honorary colonels, admirals, rear admirals, captains, and officers of lesser ranks to date.

When friends of the chief executive josh him about the large number of colonels he has commissioned, he remarks, "I'm still several behind Happy." And when the lieutenant governor's friends remind him of his many colonels and admirals, he counters, "Governor Laffoon can appoint colonels every day. I have had only a few days at it."

**Governor Ten Up**

The official count, however, shows the governor is ten up on Mr. Chandler as acting governor. Governor Laffoon has commissioned 625 honorary aides and Mr. Chandler on the four occasions he has served as acting governor has named 615.

The lieutenant governor may get a chance to catch up, as it is rumored the governor is considering a trip to the world's fair at Chicago this summer.

Both the governor and the lieutenant governor have shattered the record set by former Governor Flem D. Sampson during his four-year term. When Mr. Sampson left office in December of 1931 he had a few more than 600 colonels and honorary aides.

The question whether colonels' commissions issued by former governors still hold good has been raised frequently, but the answer to it is the slogan of the *Kentucky Colonels' Association*, "once a Kentucky colonel always a colonel." This association, formed two years ago, has its insignia, constitution, and code of ethics.

A study of the whole colonel question is now being made by Nat B. Sewell, state inspector and examiner. It will include a compilation of all the Kentucky colonels made within the last 25 years. It is expected to show Kentucky has more honorary colonels than members of its state militia.

### Had to Yield

When Governor Laffoon took office a year and a half ago, he indicated he would go sparingly on the appointment of colonels, commenting that his predecessor had overlooked no one. But he eventually had to yield to the pressure Kentucky governors and acting governors have been subjected to for the past decade in this matter of colonels. Hundreds of letters, telegrams, and telephone calls and personal visits from politically influential individuals importuned him to appoint colonels. So a few colonels appointed each day soon mounted up, although not all those recommended were commissioned.

It is estimated that about 3,000 colonels, admirals, and other honorary officers have been appointed in the last quarter of a century—there is an admiral for nearly every stream and lake in the state. During the famous drought of 1930 some admirals were left high and dry when the streams they commanded folded up.

Twenty-five years ago a Kentucky colonel was known by his characteristic goatee, broad-brimmed felt hat and, perhaps, his mint julep. A governor appointed 12 colonels at the most and they were supposed to don uniforms and gold braid for occasions of state. But the army of colonels today takes in men, women, and children.

Miss Ara W. Mahan, secretary of state, estimates that the maximum cost of commissioning a colonel is 25 cents, including the postage for mailing the blue-ribboned, gold-sealed commission. She has effected an economy in purchasing at wholesale the blue ribbon that goes on the commissions. It takes about one-third of a yard of ribbon for each commission. Purchased at retail, this ribbon formerly cost 20 cents a yard, but it is now bought at six cents a yard, making the price of ribbon per colonel about two cents.

A bill to tax Kentucky colonels at $100 a head was introduced at the 1932 session of the state legislature. It was estimated that at the modern rate of production the tax would yield about $100,000. The bill was offered, however, merely as good, clean fun on the part of the law makers to show a short-age in gold braid, and no serious attempt ever has been made to tax a Kentucky colonel.

Former Governor Sampson started the custom of honoring celebrities by naming them Kentucky colonels. Prominent among his colonels were Clarence D. Chamberlin, Bebe Daniels, Mrs. Ruth Hanna McCormack, Uldine Utley, evangelist; the late Knute Rockne, and Earl Combs, baseball player.

## Gardner on Staff

Governor Laffoon's staff also has its celebrities, including Paul Whiteman, former Governor Harry F. Byrd of Virginia; former Governor O. Max Gardner of North Carolina; Al Jolson, Jack Dempsey, Eddie Cantor, George Jessel, William Randolph Hearst "of the United States," William Randolph Hearst, Jr., of New York, Hoot Gibson, Tom Mix, Ken Maynard, and Monte Blue.

James A. Farley, postmaster general, is a colonel on the staffs of both Governor Laffoon and acting Governor Chandler. Other celebrities on Mr. Chandler's staff are William T. Tilden, Louis Howe, and Alvin C. York.

---

This article provides valuable historical context on the Kentucky Colonelcy before the Honorable Order of Kentucky Colonels (HOKC) was founded, including the proposal for a tax on the title.