# EXHIBIT - Governor's Letter (2020)

## Governor's Letter (2020)

**Exhibit Description & Analysis**

**Description:** This exhibit is a letter dated January 21, 2020, from Defendant Col. David J. Wright to Kentucky Governor Andy Beshear. The letter outlines concerns regarding the administration of Kentucky Colonel commissions, the relationship between the Honorable Order of Kentucky Colonels (HOKC) and the Governor's Office, and the impact of policies that have limited independent organizations of Kentucky Colonels.

**Key Issues Addressed:**

1. **Impropriety in Kentucky Colonel Appointments** – The letter highlights changes to the nomination process implemented under Governor Matt Bevin, including requiring donations to HOKC as a prerequisite for nomination. Defendant argues this violates the honorary nature of the commission.

2. **HOKC's Misrepresentation as a Membership Organization** – The letter asserts that HOKC falsely claims its donors are members despite its articles of incorporation explicitly stating that it has no members.

3. **Unlawful Preferencing of HOKC by the State** – Defendant argues that sharing private address information of new Kentucky Colonels with HOKC raises concerns under Kentucky's privacy laws. The letter suggests that the automatic recognition of new Kentucky Colonels as "members" of HOKC is misleading and unauthorized.

4. **Monopolization & Suppression of Other Kentucky Colonel Organizations** – Defendant, as the founder of Kentucky Colonels International, raises concerns that independent organizations of Kentucky Colonels worldwide are being marginalized in favor of HOKC.

5. **Potential Conflicts of Interest in HOKC's Charitable Practices** – Defendant questions the financial transparency of HOKC's operations, particularly its procurement of goods rather than direct financial support for charities, raising the possibility of improper insider

arrangements.

**Legal Relevance:**

- **Prior Notice & Good Faith Efforts** – The letter demonstrates that Defendant raised these concerns before litigation commenced, contradicting Plaintiff's allegations that he acted with wrongful intent.

- **Bad Faith by Plaintiff** – Plaintiff's litigation strategy sought to suppress an organization that had existed for decades and had been recognized by the Kentucky Governor's Office.

- **Fraudulent Representations** – Plaintiff's trademark claims and litigation posture omitted the material fact that it does not have legal "members," as previously acknowledged in its own governing documents.

- **Judicial Notice Justification** – The letter is an official communication to a sitting governor and contains facts that are not subject to reasonable dispute, making it an appropriate subject for judicial notice.

**Conclusion:** This exhibit provides direct evidence that Defendant acted in good faith before the lawsuit and that Plaintiff knowingly concealed material facts in its filings. The letter further corroborates Defendant's claims of fraud, bad faith, and abuse of process by Plaintiff. The Court should take judicial notice of this letter under **Federal Rule of Evidence 201(b)** as it reflects adjudicative facts not reasonably subject to dispute.

January 21, 2020

Governor Andy Beshear
Governor's Office
State Capitol Building
Frankfort, Kentucky 40601

Re: Kentucky Colonel Commission (Impropriety)

Dear Governor Beshear,

Congratulations on your election as our new governor, we are very pleased to see that Kentucky will once again become a progressive state, we are back on the track of prosperity. We are also very pleased to see the first actions that you have made to develop a more open and just government.

I represent a not-for-profit unincorporated membership organization that was started in 1998 in Berea when I lived there, it is called **Kentucky Colonels International**. I currently reside in Venezuela where I work with indigenous tribes in the Amazon as a goodwill ambassador and charge d'affaires with the United Nations Sustainable Development Goals and UNESCO under Globcal International which is an international civil society organization, which is now being incorporated in Kentucky.

I became a Kentucky Colonel in 1996 under Governor Paul Patton after making the front page of the Louisville Courier-Journal for an urban forestry program that I developed for Arbor Day from Berea which distributed trees across the United States, my activities resulted in more than 50 news articles across the country. Indeed it was a great honor to be recognized as a Kentucky Colonel and also to be recognized for my deeds personally by the governor, all thanks to my good friend Judge Ray Corns who recommended me to Governor Patton.

Our organization came to exist in 1998 in order to develop a "true membership organization" that is based on fraternity, social interaction and providing benefits for our members; basically an organization for Kentucky Colonels, by Kentucky Colonels. We came into existence once we understood that the Honorable Order of Kentucky Colonels did not offer these services to its donors, which was reinforced after reading their Articles and By-Laws.

In 2016 under your predecessor Matthew Bevin, there were some changes made to the nomination process for Kentucky Colonels which were collaborated by trustees and staff of the Honorable Order of Kentucky Colonels (HOKC), when we learned that you had won the election we wrote an article about it, in the hopes of reverting the policies he made. We raised a number of points in the article which I prefer to discuss and be examined by you confidentially.

Understanding that becoming a Kentucky Colonel is the highest honor bestowed by the Office of the Governor we have become concerned with several things that we felt were not well understood by your predecessor and believe that the HOKC is taking an unfair advantage of their privilege as a Kentucky

corporation, a charity, a US Trademark holder and that they are diminishing the honorability of the commission, which currently is exclusively in your hands under Kentucky law and customs.

According to the Lane Report in 2008 in an article that interviewed the former executive director Col. Glen Bastin there were as many as 16,500 commissions issued each year during your father's first term as Governor, then under your predecessor the governor's office partially revoked one of the privileges of colonels inasmuch as only **"active" colonels** could make nominations and officially defined the term "active" as a colonel that has recently made a donation to the Good Works Fund.

It was also at this time that the Governor's Office removed the ability for a colonel to make a written mail-in nomination, further he forced the state into an obvious official relationship with HOKC as an affiliate or quasi-governmental organization that is **preferenced and protected**, through the obligatory donation scheme and using their membership identification number that belongs to HOKC as is not issued by the state.

While we can accept that Kentucky Colonels could be encouraged, even obligated to donate periodically to a *'Kentucky based charity'* as the state's goodwill ambassadors, the ideal of being nominated to become a Kentucky Colonel is not based on a person's ability, willingness or other conditions to donate to a private 501(c)(3) charity nor should donations to a particular charity have any influence over the privileges bestowed by the Commission through the honorable recognition or an individual's status as a Kentucky Colonel honoree.

Admittedly some of the Commonwealth's colonels abuse the privilege of nominating others to become Kentucky Colonels as well, by nominating friends that want but do not necessarily deserve the privilege. I understand years ago, even a dog (Col Waldo Wrecker) was nominated and I know of people that have become colonels while they were babies before they could even walk. Fortunately there are safeguards and guidelines in place today that protect these unusual actions from occurring again, but really the colonels that made the nominations should have been reprimanded or have their honorary titles revoked for disgracing the honor and privilege.

We are requesting that you as the current Governor of Kentucky review the information I am presenting as this matter is important to us as well as more than 10 other organizations established by Kentucky Colonels around the world. We consider the matter out of hand and illegal in several ways.

The names and addresses of those who become Kentucky colonels are shared with the HOKC as well, this policy of sharing private residential address information is governed by Kentucky's privacy laws, it is not good to see this overlooked as it appears to us; meanwhile the name of those who are named colonels is not private, as it is an official action of the governor.

It is our suggestion that those who are recognized as Kentucky Colonels not be automatically recognized as a "member" of the HOKC, as it states in their Amended and Restated Articles of Incorporation from 1992 on page four, **they have "no voting members,"** then on page nine it states **"The Honorable Order of Kentucky Colonels, Inc. has no members,"** nor do they offer benefits,

rights, or privileges for their so-called free membership, except for a membership card, which is not provided to those who do not make an annual donation. Unless the KRS makes an exception for them they are misleading people to believe they are members of an organization that has no membership?

US Law defines a membership organization as follows: "an unincorporated association, trade association, cooperative, corporation without capital stock, or a local, national, or international labor organization that is composed of members, some or all of whom are vested with the power and authority to operate or administer the organization, pursuant to the organization's articles, bylaws, constitution or other formal organizational documents; expressly states the qualifications and requirements for membership in its articles, bylaws, constitution or other formal organizational documents; makes its articles, bylaws, constitution or other formal organizational documents available to its members; expressly solicits persons to become members; expressly acknowledges the acceptance of membership, such as by sending a membership card or including the member's name on a membership newsletter list; and is not organized primarily for the purpose of influencing the nomination for election, or election, of any individual."

According to your 'Handbook for Gubernatorial Transition' (Introduced in 2007, Page 21) "In addition, the governor is requested to sign many awards, certificates, proclamations, and letters. One of the most requested awards is that of Kentucky Colonel. The governor of Kentucky serves as the commander-in-chief of the Honorable Order of Kentucky Colonels, which is not a state agency but a private, nonprofit organization. However, each member is commissioned as a Kentucky Colonel by the governor or lieutenant governor."

Whether you will make 300, 3,000 or 16,500 new Kentucky Colonels each year entirely depends on you and your staff. While it is nice to think that the Governor actually signs the commission and recognizes the individual, but when colonels nominate individuals that have not made a great achievement, performed community service or is recognized for an actual good deed it makes the commission less valuable and may disgrace the commission, a matter that should be of great concern to all parties.

You are also recognized as the commander-in-chief of the other 10+ organizations that have been established world-wide (outside of Kentucky) that recognize the commission of the Kentucky Colonel as their keystone requirement which are established (some incorporated, some unincorporated both civil societies and associations) for fraternal and not-for-profit purposes.

While it is ideal for the HOKC to have a huge pool of potential donors each year to provide funding for their selected Kentucky charities that need the funds to operate, provide services and thrive; individual members have no powers or preferences (say in the matter) over which charities actually get funding or in-kind gifts like vehicles (where some car dealership is obviously benefitting) hinting to independent observers that some corrupt activity may exist, this has been brought to my attention. I certainly know the difference after having worked in the charity sector since 1987 that an organization who receives funds to give grants of goods that they buy rather than providing actual funding is making some sort of an insider arrangement.

These are among some of our concerns, there are others; we will appreciate if you review these issues well. I understand that the Commission of Kentucky Colonels is a very important part of Kentucky tradition, plays an important role in tourism and contributes significantly to the state's economic prosperity.

Sincerely yours,

*Col. David J. Wright*

Ambassador Col. David J. Wright
Globcal International
Kentucky Colonels International
david.wright@globcal.net
WhatsApp or Cell +584261110529


Governor's Letter Notes:

https://casetext.com/case/honorable-order-of-ky-colonels-v-bldg-champions

https://blog.globcal.net/2019/11/kentucky-colonels-advocating-honor.html

https://www.lanereport.com/14663/2008/10/in-the-company-of-colonels

## AFFIDAVIT OF COL. NICHOLAS A. WRIGHT

## COMMONWEALTH OF KENTUCKY
## COUNTY OF MADISON

BEFORE ME, the undersigned authority, personally appeared **Col. Nicholas A. Wright**, who, being duly sworn, deposes and states as follows:

1. **My name is Col. Nicholas A. Wright.** I am over the age of eighteen (18) and competent to make this affidavit based on my personal knowledge and actions.
2. **On January 21, 2020, at approximately 3:00 PM,** I personally hand-delivered a letter written by **Col. David J. Wright** to the office of the **Governor of Kentucky** at the **State Capitol in Frankfort, Kentucky**.
3. The letter addressed concerns regarding the **Honorable Order of Kentucky Colonels (HOKC), its financial practices, forced donation requirements for Kentucky Colonel nominations by the previous Governor in collaboration with the HOKC, and its exclusive relationship with the Governor's office**.
4. **Upon arrival, I entered the Governor's office and delivered the letter to the Governor's Receptionist (Dispatch),** a staff member working at her desk. I informed the staff member that the letter was urgent and requested that it be forwarded to the Governor's attention.
5. The staff member accepted the letter, acknowledged its receipt verbally, and assured me that it would be forwarded to Governor Andy Beshear.
6. I did not alter, modify, or withhold any portion of the letter before delivering it. The contents of the letter remained sealed and intact as provided by Col. David J. Wright.
7. **To the best of my knowledge and belief, the Governor's office received and had the opportunity to review the letter before any legal actions were taken by HOKC against Col. David J. Wright.**
8. I make this affidavit voluntarily, without coercion or duress, and understand that it is a sworn legal document under penalty of perjury under the laws of the Commonwealth of Kentucky.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Col. Nicholas A. Wright* (signed)

Col. Nicholas A. Wright
Affiant and Kentucky Colonel

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _10_ day of _March_, 2025, by **Col. Nicholas A. Wright**, who is personally known to me and has produced valid identification.

*(Notary signature)*

Notary Public, Commonwealth of Kentucky
My Commission Expires: 08-19-2028

JACKSON WYATT MARCUM
Notary Public - State At Large
KENTUCKY - Notary ID # KYNP9141
My Commission Expires 08-19-2028