# EXHIBIT - Kentucky Colonels (Collection)

## Kentucky Colonels Collection

### The Kentucky Colonels Collection (Newspaper Articles)

The **Kentucky Colonels Collection** consists of a selection of **200+ newspaper articles** (10 are presented here, more are available upon request) published across the United States **before, during, and after the formation of the "Honorable Order of Kentucky Colonels"** in 1933. These articles **document and illustrate the broader cultural phenomenon of the "Kentucky Colonel" title**, demonstrating its widespread public usage before it was ever associated with a private organization.

Each article (clipping)'s first page is marked **EXHIBIT- [Article Title](Year)** for easier referencing in motions individually as a part of this collection per FRCP 1.

This compiled exhibit **does not** focus on any specific organization, including:

- **Honorable Order of Kentucky Colonels (1933–1956)** (an unincorporated association originally established in New York City),

- **The Honorable Order of Kentucky Colonels, Inc. (1957–present)**,

- **Kentucky Colonels Association (c. 1921, formally organized from 1930–1933)**, or

- **Kentucky Colonel Model Initiation Team (1914–1970s)**, which was affiliated with the Honorable Order of the Blue Goose (1906–present).

  Other associations, clubs, music groups, bands, and sports teams may be treated as a part of this exhibit. (This exhibit has the potential to be amended and/or supplemented if necessary or upon request of the Court.)

This collection highlights the **Kentucky Colonel phenomenon (1872–1932)—a period when the title was used widely in news, entertainment, and part of public discourse without any exclusive organizational affiliation.** The articles trace its evolution from a **widely recognized honorary title** into a **formalized civilian award of recognition** by the Commonwealth of Kentucky.

- **Before 1932:** Kentucky Colonel commissions were issued as **letters of proclamation from the governor**, often as a personal honor rather than a structured award. It is believed the Kentucky Colonel designation officially began with Governor James B. McCreary's Honorary Aides-de-Camp Appointments in 1875. There is evidence that the honorary designation began as early as 1816 to appoint civil officials as Colonels.

- **From 1932 to 1950 or 1957:** The title was officially designated as an **honorary rank of aide-de-camp to the governor**, reflecting its continued association with the state's 19th century traditions and recognition.

- **After 1957:** The practice of commissioning aides-de-camp ended (perhaps as early as 1945) according to the Governors' Appointments and Commissions reference exhibit, and the title transitioned into its modern civilian award status.

## Methodology & Verification

The articles presented in this exhibit have been **transcribed using AI** for clarity, with a focus on preserving the **authentic content and intent** of the original publications. They have been **double-checked for accuracy**, especially in cases where older vocabulary, regional dialects, or slang might affect readability. Each article is accompanied by:

- A **clipping of the original newspaper text**, and

- A **link to the full article from the source**, allowing for further verification and context.

These materials qualify for **judicial notice under FRE 201(b)** as historical facts **not subject to reasonable dispute** and **verifiable through public records and newspaper archives**. They provide **critical context** for the cultural and historical use of "Kentucky Colonel" **long before** Plaintiff's organization existed, refuting its claims of exclusive historical ownership over the term or an origin of 1813, no government records confirm their claimed narrative.

The initial content of this exhibit follows the guidelines of FRE 1006 because it is voluminous self-authenticating factual evidence under FRE 902, the Court should not be overburdened with relative supporting evidence of numerous exhibits already presented unless it is necessary to impartially adjudicate a case. This exhibit alone currently represents more than 120 sub-exhibits (newspaper clippings) and more than 500 pages of transcribed text.

Federal Rule of Evidence (FRE) 1006 allows for the use of summaries, charts, or calculations to prove the content of voluminous writings, recordings, or photographs that cannot be conveniently examined in court, provided the underlying originals or duplicates are made available for examination or copying by other parties.

# EXHIBIT - Kentucky Colonels (1889)

## KENTUCKY COLONELS

### How It Happens that They Are So Numerous in the Blue-Grass State.

It is somewhat hard for an outside barbarian to understand why "Colonels" are so plentiful in Kentucky. In the first place Kentucky furnished a great many soldiers, both to the Northern and the Southern armies, during the war, and naturally some of these soldiers are sure-enough colonels by rank and service. Others who were minor officers, or perhaps high privates, are now dubbed colonels by way of courtesy. Then we have a very few colonels who hold over from the Mexican war, and there are other colonels of militia, like the Louisville-Legion, who come by their titles honestly. The Governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel. These colonels are expected to look pretty and martial at the Governor's ball and to ride horseback when the Governor heads a procession. The last duty frequently gives them great pain and anxiety. There are scores and scores of these Governor-staff colonels in this proud old Commonwealth.

Some Executives have been more lavish than others in the distribution of these gilded honors. That kindly old gentleman, Gov. Luke Blackburn, M. D., was fond of creating colonels. During his term he made some sixty colonels in the city of Louisville alone, if I remember the figures correctly. There are various reasons which entitle a man to this; ephematorial compliment. Col. Will Hayes is a colonel because he is such a gifted poet, while Col. Albert Dietzman was given his title by Gov. Knott because he was the greatest business manager on earth.

I trust these facts will make it somewhat clearer to the wondering Northerner why colonels are so plentiful in Kentucky. But there are other reasons. Many prominent citizens are honored with this complimentary title simply as a recognition of their merit by the community. Thus every man who conducts a large distillery is *ipso facto* a colonel; for instance, Col. John M. Atherton, or Col. Tom Sherley. Every prominent railroad official is also a colonel; for instance, Col. Milton H. Smith. Every Congressman is a colonel, as Col. Asher G. Caruth. Every man with a Government office is a colonel: as Col. George DuRelle. Every great editor is a colonel, like Col. Henry Watterson. The Chief of the Police Department is a de facto colonel, as Col. Wood. Then there are other gentlemen who are colonels because no other title fits them. But the law on the subject is a little vague and has never been formulated by the Legislature.

If a man has been a captain in the war, never call him captain; call him colonel. He is entitled to this promotion twenty-four years after the war closes. The only men proud to be called captain are the commanders of steamboats, the captains of fire companies, the conductors of railroad trains and the officers in a Salvation Army. The title of major is comparatively rare, and, therefore, is really more of a distinction than colonel. Only prominent people who have seen actual service wear the title: for instance, Major Ed Hughes and Major J. Washington Want. But still if you call a major a colonel he is not likely to get mad at you. By the observance of these few rules I have jotted down, the stranger can get along in Kentucky without committing any serious breach of etiquette.—Louisville Post.

---

"Kentucky Colonels" Newspapers.com, McCool Junction Record, Nebraska October 10, 1889, https://www.newspapers.com/article/mccool-junction-record-kentucky-colonels/118043132/

Note: This is a special article because it was published based on a letter sent from the Louisville Post editor to more that 150 newspapers in the United States and was published in at least 60 of them, it is also published prior to the book, *A Kentucky Colonel*, by Opie Read

# EXHIBIT - The Kentucky Colonels (1890)

**The Kentucky Colonels.**

It is somewhat hard for an outside barbarian to understand why there are so many "Colonels" in Kentucky, says the Louisville Post;

In the first place Kentucky furnished a great many soldiers both to the northern and southern armies during the war and naturally some of these soldiers are sure enough colonels by by rank and service. Others who were minor officers, or perhaps high privates, are now dubbed Colonels by way of courtesy. A few colonels hold over from the Mexican war, and there are colonels of militia. The governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel.

Some executives have been more lavish than others in the distribution of these gilded honors. Gov. Luke Blackburn made sixty colonels in the city of Louisville.

Every congressman, every man in a government office, every great editor, and the chef of the police department is a colonel. Then there are other

gentlemen who are colonels because no other title fits them. But the law on the subject is a little vague and has never been formulated by the legislature.

---

"The Kentucky Colonels" Newspapers.com, Randolph Enterprise, January 23, 1890,

https://www.newspapers.com/article/randolph-enterprise-the-kentucky-colonel/118003339/

# EXHIBIT - Kentucky Colonels (1895)

## Kentucky Colonels

**What is poetry? What is wit? What makes a man a Colonel in Kentucky?** These are old questions, and no conclusive answer ever has been made to any one of them. The mystery of the Kentucky Colonelcy, instead of being elucidated, has been thrown into a deeper shadow by every additional ray of light cast in its direction. For many years it was supposed that there was some vague military consideration involved in the title. When this hypothesis was exploded somebody set up the theory that any man with a moustache and goatee was a Colonel in Kentucky. This theory was manifestly insufficient, and it gave place to the belief that the title belongs to every Kentuckian who loves Bourbon whiskey. Lately it has been held that all persons, from whatever region of the earth, who ever attended a barbecue in Kentucky came away Colonels. This amounts merely to making the Bourbon test so comprehensive as to include the masculine part of the human race; but, like all the other answers to the question, it is without the seal of recognized authority.

It has recently developed that in Kentucky a man may be a Colonel without knowing it, even when his appearance and his manner of life are the furthest from suggesting a suspicion of Colonelcy. A few days ago an order from the headquarters of the Commander-in-Chief of the Army of Kentucky came

to Brother Reginald, a Trappist monk in Gethsemane College, commanding him to appear in the appropriate uniform of a Colonel at the encampment of the Third Brigade in Henderson. The good man looked at his gray cowl and at his sandals, and it is no reflection upon his faithfulness to his vow of austerity to suppose that the timorous ghost of a smile flitted across his features as he thought of himself booted and spurred, resplendent in brass buttons, gold lace and epaulets, mounted on a Kentucky thoroughbred, with a clanking sword at his side, dashing across the encampment field in a cloud of dust, after the manner of all Colonels. But Brother REGINALD is a patriotic citizen as well as a devout monk. He set about inquiring as to the command he had received, and then he first learned that he was a Colonel on the staff of Governor BROWN. He had been a Colonel for nearly a year without knowing it. So he laid aside his cowl and sandals, donned a uniform, and promptly reported to his superior officer. Col. Brother REGINALD served with credit during the encampment, and at its close he returned to the monastery, to his gray robe, and to a discipline more severe than ever regulated a soldier's life.

So it seems that no man in Kentucky is exempt from Colonelcy. Surely if the distinction of not being a Colonel were within the reach of anybody it would belong to the shaven, the gowned, the abstemious, the silent, the peaceful devotees of the most rigorous order of monasticism. Perhaps, after this, it would be well to agree that Colonelcy is the birthright of every native male Kentuckian, the boon of every citizen by adoption, and the souvenir of every visitor to that State. This arrangement would dispose of the question until some New Woman should arise to inquire what was the matter with her being a Colonel, too.*

---

"Kentucky Colonels: What is Poetry?" Newspapers.com, The Sun, August 18, 1895,

Part 1 - https://www.newspapers.com/article/the-sun-kentucky-colonels-what-is-poetr/117887325/

Part 2 - https://www.newspapers.com/article/the-sun-kentucky-colonels-part-2/117887589/

# EXHIBIT - The Kentucky Colonels (1895)

## THE KENTUCKY COLONELS

FLORID ELOQUENCE AND BREEZY

BOURBON ABSORBED TWO DAYS AND NIGHTS.

THE SENATORSHIP WAS AN IMPORTANT FACTOR

And Any Number of Distinguished Republicans Willing to be Sacrificed. They Have Great Hopes of Flooring the Democrats.



Louisville, Ky., June 6.—The Republican derby of Kentucky closed tonight after two days and two nights of close racing. Colonel W. O. Bradley was nominated for governor without opposition; Samuel H. Stone for auditor on the first ballot, and Chas. Finlay for secretary of state on the second ballot, but the other nominations required repeated ballots. After adjourning the first day's session at midnight the convention was today in continuous session from 10 a. m. until 7 a p. m. without refreshments, and then took a recess for supper and 8 p. m. The delegates had absorbed several hundred speeches, and voted more than all previous Republicans had voted during the present generation. The Democratic State convention meets here June 25, and whether the Caribistites for "sound money," or the Blackburners for "free silver" prevail, the Republicans think their bold Democratic opponents will be so divided as to give today's nominees a fighting chance. The senatorians was an important factor in this convention: W. Yerkes, A. E. Wilson, John W. Lewis, George Demir and Walter Evans being the Republican aspirants for Senator Blackburn's place. In his own party Senator Blackburn has ex-Governeur McCreary, ex-Governeur Buckman and Governor Brown as his opponents. Colonel Bradley is not in the senatorial contest, but should he be elected in the Democratic stronghold in November his name will be presented next year for the vice president. While the result in Kentucky was close last November, the Republicans claim better prospects this year. They say the

Democrats of the State is so divided on the silver question, to give the Republic's case an opportunity. The Republicans have adopted a "sound money" platform, and feel that they will lose few silverettes. Senator Blackburn is making an aggressive carriage on the mainland coining issue. Governor Brown is also for silver, while Buckman and McCreary are opposed to free silver. Whatever may be the condition of the outcome, there were almost 100 favored candidates for the Republicans' nominations and the contests were so intense that order could not always be maintained. When the convention recessed from 1 to 9 p. m. there were two nominations still to be made, but a recess was necessitated by the inability of Chairman Evans to proceed amid the confusion.

As the State law prohibits the use of any number of the national emblem as a distinguishing mark on the Australian ballot, the convention adjourned Daniel Bonnes log called in the Republican device instead of the eagle. During the latter part of the afternoon session the proceedings were obstructed by disorder, but at the session tonight the confusion was still greater. Two hours was consumed in boisterous balloting for registrar of public lands, an office worth $200 pertains assessments, etc., to be debuted. There were ten names presented, and under the rule the lowest on each ballot was dropped. Nominations could not be made until all were dropped except the last two. Proximity to reassemblance at 3 p. m. balloting for registrar of lands began, and it was midnight when Charles O. Reynolds was nominated.

The following is the ticket: Governor, W. O. Bradley; lieutenant governor, W. J. Worthington auditors, S. H. Stone; secretary of state, Charles Finley; treasury; George W. Licht; attorney general, M. S. Taylor; postintendent of public instruction, W. J. Davidson; registrar of land office, Chas. O. Reynolds; commissioner of agriculture, Lucas Moore. The ballotting was concluded 11 a. m., at which time the convention adjourned.

---

"The Kentucky Colonels" Newspapers.com, Austin American-Statesman, June 7, 1895, https://www.newspapers.com/article/austin-american-statesman-the-kentucky-c/114239200/

# EXHIBIT - *Kentucky Colonels (1901)

## KENTUCKY COLONELS

*Story of a War Measure That Was Decided On by President Lincoln*

At Spokane, one day lately, a party of some 30 men prominent in the political affairs of the state were representatives by birth of 22 states; 20 of them came originally from east of the Missouri river. One of them was William H. Gudgel, an attorney of Pacific county, Wash., and among other things he explained the making of colonels in Kentucky during the civil war. Gudgel, former home in Posey county, Ind., and is a veteran of the One Hundred and Forty-third Indiana volunteer infantry. To Justice Harlan, of the United States supreme court, he gives the credit not only of having saved Kentucky to the union, but also of having created some hundreds of colonels and minor officers in the Blue Grass state.

In 1861 President Lincoln was worried by the secession tendencies in Kentucky. An election was approaching which would probably decide the course of Kentucky. The president sent for Mr. Harlan to consult with him as to the course to be adopted by the administration with references to Kentucky. At that interview Mr. Harlan suggested a plan, by which Kentucky could be saved to the union. Mr. Harlan said he proposed to give him authority to take to Kentucky a quoin city of blank commissions, none of which should be above the rank of lieutenant-colonel, to open an office at Louisville and to invite the leading young democratic attorneys, physicians and clergymen of the state to call on him for consultation.

The plan was adopted. In a short time his headquarters were thronged with these young men. One by one they were taken into Mr. Harlan's private office and sized up. Each was told of the grave condition of affairs in Kentucky, and how the president of the United States heartily approved the plan as worthy aid and response. Then Mr. Harlan explained that he had been authorized by the president to tender him a commission in the federal army, to be signed immediately, and offer to put on their uniforms and wear those uniform at their homes, at their business and indeed wherever they might be. When suitable commands were recruited they would in due time be assigned to duty. Nearly every man whom Mr. Harlan sent for, accepted his commission, wore his uniform, and as a result the union sentiment in Kentucky won. Kentucky warmed with men with shoulder straps. The election books all over the state were made up of colonels and men of other military rank; there were colonels in the pulpit, colonels on the beach and colonels in the bedside of the sick. There were hundreds, many colonels. That supply has lasted until the present time.

---

"Kentucky Colonels" Newspapers.com, The Angola Record, January 3, 1901, https://www.newspapers.com/article/the-angola-record-kentucky-colonels/115628803/

Note: This is an important article because it was printed in multiple newspapers across America during Col. John Marshall Harlan's lifetime, it was not debated by him when he was a Supreme Court Justice meaning he consented to its publication.

# EXHIBIT - Kentucky Colonels Escort Barth (1905)

**KENTUCKY COLONELS TO**

**ESCORT MR. BARTH**

**Will Take Prominent Part In His**

**Inauguration As Mayor of Louisville**

The Kentucky Colonels, one hundred strong, will act as an escort to Mayor-elect Paul C. Barth Tuesday morning from the Willard Hotel to the City Hall, where he will formally be inaugurated as Mayor of Louisville. The Colonels will be headed by a brass band and the occasion will be made one of the most memorable in Louisville. The plans for assisting in the inauguration of Mayor Barth were discussed at length at a meeting of the Kentucky Colonels Club at the Willard Hotel last night.

Previous to escorting Mayor-elect Barth to the City Hall, the Colonels will do a little marching around town, calling on friends of the organization.

It was stated that the membership of the Kentucky Colonels is about one hundred. Colonel F. G. Criminger presided at the meeting,



KENTUCKY COLONELS TO ESCORT MR. BARTH.

Will Take Prominent Part In His Inauguration As Mayor of Louisville.

The Kentucky Colonels, one hundred strong, will act as an escort to Mayor-elect Paul C. Barth Tuesday morning from the Willard Hotel to the City Hall, where he will be formally inaugurated as Mayor of Louisville. The Colonels will be headed by a brass band and the occasion will be one of more than ordinary moment in Louisville. The plans for assisting in the inauguration of Mayor Barth were discussed at length at a meeting of the Kentucky Colonel Club at the Willard Hotel last night.

Previous to escorting Mayor-elect Barth to the City Hall, the Colonels will do a little marching around town, calling on Mayor Charles F. Grainger and paying their respects to him as retiring Mayor of the city. It was decided to march to the Willard Hotel ten minutes before the time for the inauguration, which is 11 o'clock Tuesday morning. Both Mayor Charles F. Grainger and Mayor-elect Paul C. Barth are charter members of the Kentucky Colonel Club.

The meeting last night was presided over by W. J. O'Hearn, president of the club. About fifty members were present and the meeting was an enthusiastic one. After the business of the club was finished the Executive Committee, of which W. B. Haldeman is chairman, held a short session and arranged some minor details as to the exercises Tuesday.

and Colonel J. M. Tierney, Colonel W. J. O'Hearn, Colonel E. L. Buschemeyer, Colonel T. D. Lyons, Colonel T. J. Smith, Colonel R. W. Browning, Colonel John M. Atherton and Colonel E. J. Price were among those present.

One of the main topics discussed was the uniform to be worn during the ceremony. It was decided that the Colonels would appear in black frock coats, black trousers, black string ties and broad-brimmed hats, thus preserving the traditional attire of the Kentucky Colonel.

Mayor-elect Barth will be sworn in at 10 o'clock, at which time he will deliver a brief address. The outgoing Mayor will formally present him with the keys of the city, and the public is invited to witness the ceremony. City officials predict that this will be one of the most notable inaugurations Louisville has seen in many years.

---

"Kentucky Colonels to Escort Mr. Barth" Newspapers.com, The Courier-Journal, November 19, 1905, https://www.newspapers.com/article/the-courier-journal-kentucky-colonels-to/115372517/

# EXHIBIT - New Kentucky Colonels (1908)

**NEW KENTUCKY COLONELS**

The new Kentucky Colonels, under the management of Charles Applegate and Howard Scheibly, will open the season at the Greater Newport Park Sunday afternoon, April 12, with the strong Anheuser-Busch team, which is backed by the Anheuser-Busch Brewing Co., of St. Louis.

The New Kentucky Colonels will have in their line-up the entire Carey-Lockland Saturday Afternoon League team's infield, consisting of Pfiester, 1b; Reed, 2b; Geoghegan, ss., and Murphy, 3b. The outfield, with Ortlieb in left; Mann, who played last season in Chicago with "Pop" Anson's Colts and the crack Spaldings, in center, and Applegate in right, makes up a fast outfield. Wallace Gatch, the College Hill star; Ritchey, formerly with Danville, Va., and Howe, a local lad, will be the Colonels' mainstay on the firing line and Scheibly at the receiving end. Four of this season's Colonel team were with the champion Covingtons last season; namely, Pfiester, Reed, Murphy and Applegate.



"New Kentucky Colonels" Newspapers.com, The Kentucky Post, March 28, 1908,
https://www.newspapers.com/article/the-kentucky-post-new-kentucky-colonels/115372628/

# EXHIBIT - Outside of Indiana (1908)

**OUTSIDE OF INDIANA**

**KENTUCKY DELEGATION ONLY AT KERN NOTIFICATION**

**Colonels Club Will Constitute Delegation From This State—Final Arrangements For Trip.**

The Kentucky Colonels Club, which will be known as the Kentucky delegation, will be the only delegation from this State—outside of Indiana—to attend the official notification of John W. Kern, the Democratic candidate for Vice President. This is the only invitation that has been extended to any one outside of Indiana, and it is because Mr. Kern is an honorary member of the Kentucky Colonels Club. Final arrangements for the trip were made at a meeting of the club last night in the offices of Secretary John C. Smith in the Jefferson Building. The membership of the Colonels Club is confined largely to men of Southern birth, but it includes many men who have made Kentucky their home for years.

A special train has been chartered over the Louisville & Nashville Railroad and will leave Louisville early next Tuesday morning, arriving in Indianapolis in time for the ceremonies in the afternoon. The club will be the guest of

## OUTSIDE OF INDIANA

### KENTUCKY DELEGATION ONLY AT KERN NOTIFICATION.

**Colonels Club Will Constitute Delegation From This State—Final Arrangements For Trip.**

The Kentucky Colonels Club, which will be known as the Kentucky delegation, will be the only delegation outside of the State of Indiana to attend the official notification of John W. Kern as Democratic nominee for Vice President on next Tuesday. In view of this fact particular attention will be shown the Louisville boys in way of meeting William Jennings Bryan and John Worth Kern. The Kentucky Colonels will be introduced to William Jennings Bryan by the Hon. Joseph E. Bell, law partner of the Hon. John W. Kern. The response on behalf of the Colonels will be made by William J. O'Hearn, president of the club.

Two cars have been chartered over the Indianapolis and Louisville traction line to carry the Colonels, who will be in their regulation uniform, and a third car has been chartered for the accommodation of other Democrats who desire to attend the notification. The first car is scheduled to leave the interurban station on Third avenue at 6:30 o'clock Tuesday morning, and the other two cars will follow immediately. The cars are scheduled to arrive in Indianapolis at 11 o'clock. The round trip will cost $2.80 and tickets can be obtained to-morrow morning at 407 West Market street.

An entire section has been reserved in the auditorium at the Fair Grounds for notification will take place. The hour set the Kentucky Colonels, where the official for the notification ceremonies is 1:30 o'clock. On the arrival at Indianapolis the Kentucky Colonels, headed by the Louisville Legion drum and trumpet corps, will march from the station to the Dennison Hotel, where they will attend the Bryan reception. After lunch they will go in a body to the Fair Grounds.

The executive committee met last night at 407 West Market street and attended to some details concerning the trip. Those who were at the meeting last night were President William J. O'Hearn, Robert W. Brown, John Dyler, Judge Charles A. Wilson, J. George Miller, Edward Meglemry and Dan H. Russell. Another meeting of the executive committee will be held at 7:30 o'clock to-morrow night.

It was stated last night that a number of people would make the trip from New Albany and Jeffersonville. They will board the car at Jeffersonville.

the Indiana committee at the notification, and it is expected that seats of honor will be provided. The train will leave Indianapolis at 8 o'clock Tuesday night, arriving in Louisville about midnight.

At the meeting last night it was decided that the club should have a large banner on each side of the train bearing the words "Kentucky Colonels—Official Delegation to Kern Notification." The members will also wear badges bearing the name of the club and the date of the notification, with a picture of Mr. Kern. A band of fifteen pieces will accompany the delegation, and "My Old Kentucky Home" and other Southern airs will be played en route and at the ceremonies.

The membership of the club is about 100, and it is expected that nearly all of them will go. The club is nonpartisan and includes Republicans as well as Democrats. The only requirement for membership is that the applicant must have received a commission as "Colonel" from the Governor of Kentucky. The officers of the club are: President, Col. John C. Smith; Vice President, Col. Robert T. Wilson; Secretary, Col. George N. Jones; Treasurer, Col. William Brown.

---

"Outside of Indiana" Newspapers.com, The Courier-Journal, August 23, 1908,

https://www.newspapers.com/article/the-courier-journal-outside-of-indiana/115372585/

# EXHIBIT - How Colonels Get Titles (1913)

**HOW "COLONELS" GET TITLES**

**Nicknaming an American Habit, Results in Many Odd Titles Which Are Misleading Unless Explained.**

Perhaps in no other country is the practice of nicknaming so prevalent as in the United States. It is an odd custom, but one that Americans do not seem to outgrow, nor is it a modern innovation. In the early days of the republic nicknames were as common as they are today, and the habit has spread from the humblest circles to the highest. It is not at all unusual to read or hear of the title of "Colonel" applied to a man who never wore a uniform or served a day in the militia of the state or in the regular army of the United States.

Many years ago James C. Gilleland, who was called "Colonel Gilleland," a Kentuckian, gave the reason for the large number of men who are called "Colonel" in that state. He said: "When I was a youngster, a good many years ago, I served with the old state militia of Kentucky. When the state troops were reorganized I was out of it, but that made no difference to the boys, and I was called Colonel just the same. Then it was found that in Kentucky any man who was personally acquainted with the governor might be called 'Colonel,' because the governor could appoint a man on his

staff if he wanted to, and the title stuck. Of course, I was personally acquainted with the governor of the state, and that was enough to make me a 'Colonel' for life. That is the reason Kentucky has so many 'Colonels.'"

Similar conditions exist in other states. In the south, as well as in the west, many a man is known as "Judge," who never saw the inside of a law court except perhaps to appear as a witness or a juryman. The practice is as old as the hills, and a man is not always safe in addressing a stranger by the title of "Mister," for he may find that the man is more or less widely known as "Judge," or "Colonel," or "Captain," or "Professor," or "Doctor," or "Governor," or "General," or some other equally lofty title.

Of course, "Colonel" Watterson, Mr. Grady, Mr. Henry Watterson, or "Colonel" Henry Watterson, is widely known as a journalist, but not so widely known is the reason for his military title. It comes from the fact that he was on the staff of a Kentucky governor. Similarly "Colonel" Robert G. Ingersoll was on the staff of Governor Palmer of Illinois, and "Colonel" W. P. Hepburn of Iowa was on the staff of a Hawkeye governor. Another "Colonel" is Charles R. Williams, editor of the Indianapolis News, who was on the staff of a Hoosier governor, and there are others in all the states in which the practice of staff appointments obtains.

All sorts of officials confer the title of "Colonel" for political or personal reasons, or both. A man may be "Colonel" because he is on the staff of a mayor, or a sheriff, or a coroner, or of some other dignitary with the power of appointment. In some parts of the country the man who wears a full beard and looks as if he might be a soldier is apt to be called "Colonel" by his friends, and the same is true of the man who looks as if he might be a lawyer or a doctor or a professor.

"When I was in Mexico three years ago," said a prominent lawyer of Chicago, "I traveled in a stage coach with an American who was evidently a traveling man. He wore a slouch hat and a suit of clothes that were distinctly 'American.' He was a good-natured chap, and we became quite friendly during our four days' ride in the old-fashioned stage. Finally, he told me that his name was 'Colonel Brown.' I said,

'I suppose you are from Kentucky?' He laughed. 'No,' he said, 'I am from Indiana. I have never been a soldier or on a staff of any governor. But in the place where I come from they call every man who is at all prominent "Colonel," and so I have become Colonel Brown."'

During the war hospital service was so short that many men who were surgeons or assistant surgeons for only a few months came out with the title of "Doctor," and have been known by that title ever since. In fact, many a man who took a short course in a medical college or studied in a dentist's office for a time is called "Doctor" by his neighbors, although he never practiced medicine or dentistry. The "judges" are quite as numerous as the "colonels," for in many places every justice of the peace is called "Judge," and once a man gets the title it sticks to him for life, no matter what his occupation or position may be.

On the battlefield when after midnight, caring for the wounded, we frequently heard our surgeon addressed as "Doctor" or "Captain" by the men who needed his services. The doctor was a captain in the regiment, and so had two titles, but he was more frequently called "Doctor" than "Captain." The man who was known as "Judge" in his home town was addressed by that title by the men of his company, though he was only a private in the ranks. And so it went. The nickname once acquired is not easily shaken off.

"General" Quinton, a well-known figure in Washington, was for a short time in the National Guard, but never rose above the rank of a captain, yet he has been known as "General" Quinton for many years, and the reason is that the governor of his state made him a brigadier general on his staff. He never saw actual service, but that made no difference, for a staff appointment carries the title of "General," and a man who once obtains it is likely to be known by it as long as he lives, and perhaps longer.

Another widely known political farmer is "Colonel" John S. Williams, the "Foghorn" orator from Mississippi. He got his title by appointment to a staff. "Colonel" George Harvey, editor of the North American Review, got his by a staff appointment, and in many of the states you will find a large number of "colonels" who got their titles in the same way. In the north, as well as in the south, "colonels" and

"generals" and "judges" abound. The only trouble is that sometimes the "judge" may be a policeman or a justice of the peace, the "general" may be a staff officer who never saw service, and the "colonel" may be a traveling man.

Another well-known American figure is "Colonel" Sellers, the famous creation of Mark Twain. He was a "colonel" on the staff of a governor who never existed. He had the title by right of appointment, but there was no real official back of it. Nevertheless, the people who knew him took him at his own valuation, and they called him "Colonel," and he was proud of the distinction.

In the same way "Colonel" Mulberry Sellers is to be found in many of the states, for every governor has the right to appoint staff officers, and it is a prerogative that is sometimes used freely. Some men have become "colonels" by virtue of membership in a governor's staff in two or three states, but that is not usual.

"Colonel" Roosevelt, of course, is a genuine colonel. He earned his rank in the Spanish war, and nobody questions his right to the title. But "Colonel" Bryan, "Colonel" Henry Watterson, "Colonel" Ingersoll, and many other "colonels" never had any actual military service, or if they did it was only for a short time, as staff officers, and that is not recognized as the real thing by old army men. However, the custom is fixed, and a man who is once a "colonel" by courtesy is likely to remain a "colonel" for life. The same is true of "judges," "generals," "governors," and other titles which are conferred by popular usage rather than by legal or military authority.

In some places a man who has served as mayor of a town is always called "Mayor" Jones or "Mayor" Smith afterward. So with the man who has served as governor of a state or as senator in Congress. He is always "Governor" or "Senator," no matter what his subsequent occupation or position.

"Mr." Swittler, or "Judge" Swittler? Which is correct? "Judge" Swittler has been out of office for twenty years, but his old friends still call him "Judge," and the new ones take it up and call him "Judge," too. So

the title remains, and it is rarely that he is called "Mr." Swittler. "Judge" he was once, and "Judge" he remains, though he is now in the insurance business.

No higher than a justice of the peace ever was Swittler, but that doesn't matter. A justice of the peace is a judge, and therefore he must be addressed as "Judge." "Squire" is the old form of address for a justice of the peace, but that is rarely used nowadays except in the older states of the east, and even there it is going out of fashion. So "Judge" it is, and the man who once held that position is always "Judge."

It is the same way with the "governor" and the "senator" and the "colonel" and the "general." If a man has once been "governor" of a state, or "senator" in Congress, or "colonel" in the militia, or "general" on a staff, he is likely to be so addressed ever afterward. It is a national custom, and one that is not likely soon to fall into disuse, for it pleases the man who has the title, and it doesn't hurt anybody else, and so it goes on from year to year. And in the meantime, the real "colonels" and "generals" and "judges" and "governors" are not always easy to distinguish from those who have the titles by courtesy or appointment only. But that, after all, is not a very serious matter.

---

Source: "How Colonels Get Titles" Newspapers.com, Columbia Missourian, January 7, 1913, https://www.newspapers.com/article/columbia-missourian-how-colonels-get-tit/115658334/

# EXHIBIT - Marse Henry Watterson (1920)

## Marse "Henry Watterson" Editor-in-Chief of the Courier-Journal was a Kentucky Colonel



New York Tribune, Sunday News, February 1, 1920

# Kentucky Is to Lose Both It's Juleps and It's Colonels

Marse Henry's Old Paper Begins Campaign Against Empty Military Titles

BACK in "the good old days," before the war and the h. c. of l. and the "Reds," back in that peaceful era when we didn't realize how nearly utopian our existence was, there used to run through our heads, whenever we thought of old Kentucky, the descriptive lines:

**"Where the corn is full of kernels And the colonels are full of corn."** [Justice John Marshall 1825]

But that also was in "the good old days." The story of how the colonel lost his "cawn juice" at the hands of a benevolent and paternal Congress is already old.

And now, piling Pelion upon Ossa, heaping insult upon indignity, the Kentucky colonel, sah, is to be deprived of his glory, of his chief claim to fame, -of his very dignity and title. He is to lose, in fact, his very existence, if the designs of one of his heretofore best friends be carried to a consummation. For, argues "The Louisville Courier-Journal"."Marse Henry" Watterson's own child.the rank is an absurdity and the honor bunk.

The creation, a few days after his assumption of the reins of state government, of fifty-one colonels at one fell swoop by the newly inaugurated Governor, Edwin P. Morrow, aroused "The Courier-Journal" to words of scorn.

### The Governor's Humor

And was it merely a coincidence or his desire to honor the dean of the country. journalists and the foremost son of Kentucky, his friends ask, that led the Governor shortly thereafter to invest Mr. Watterson with the proud title of colonel on the governor's staff?

Whether intentional or not, it was;.. fine piece of irony, for "Marse Henry," although he has been called "Colonel" Watterson for lo, these many years, by the press of the country, is decidedly not a believer in such empty titles.

Several times the veteran editor has been tendered commissions by Governors of Kentucky, but "Marse Henry" has consistently turned them back with thanks, refusing the doubtful honor firmly, but always politely.that is, politely as far as his letters of declination were concerned. There is no reason to believe that Mr. Watterson will do otherwise than as he always has done with regard to his latest commission.

One of the primary rules of his paper, one of the first things each "cub" on "The Courier-Journal" had to learn, was that the editor was just "Mr." Watterson, or plain Henry Watterson (and not Henri, either), in the columns of his journal. "Colonel," being a purely honorary and unearned title, was taboo.

"The new executive should think twice before palming upon a real friend one of these absurd titles," was the comment of "The CourierJournal" upon the recent occasion of Governor Morrow's shower of commissions. "They should be reserved for persons whom the Governor dislikes. It's a dollar to a tin sword that the Governor could never think of a sweeter revenge than to sneak up on an enemy.one who has never smelled powder and never will smell powder.and while the latter isn't looking pin a 'colonelcy' on his swallow-tail .coat."

The ranks of the goated and moustached colonels, already wavering under one cruel constitutional blow, are reported to have crumbled before this unkindest thrust.

"The Governor shall appoint the Adjutant General and other officers of his staff."

This is the language of the Constitution, legal authority for that adjunct of the state's military system, "aide-de-camp on the Governor's staff with the rank of colonel.

Immemorial usage gives sanction to the bestowal of the title upon those the Governor is pleased to honor, and folks about Frankfort remember, in the days of Proctor Knott and Simon Bolivar Buckner, seeing the aides, resplendent in irold braid and shoulder knots, with swords a dangle, conspicuous at the Governor's receptions.

Acting Governor Charles A. Wickliffe had three of them on his staff in 1836. There was a notation in his minutes of the appointment of aides without any designation of rank

It was in those early days that the state militia system was undergoing a fundamental change, initiating the volunteer organization of the National Guard, such as exists to-day, and the staff officers gradually altered from the character of a useful adjunct of the military establishment to a purely ornamental position in the executive suite.

Back in the early thirties of the last century Kentucky had as many as 123 regiments of militia, three or four major generals, a corporal's guard of brigadiers, and almost as many active colonels as Governors Stanley and Black, the immediate predecessors of the incumbent, designated on their respective staffs; a goodly platoon of majors, and so many captains and lieutenants that the Assistant Secretary of State fell into the habit of entering on the journal the appointment of "sundry" company and platoon officers.

In those days every able-bodied man between the ages of eighteen and forty-five was a member of the state militia. They even had annual musters. The state was divided into regimental territories and every man liable to military duty in the territory was enrolled as a member of that regiment. Governor Isaac Shelby's journal consists almost exclusively of the appointment of militia officers and calls on the state militia to put down Indian uprisings during the term of office of the state's first chief executive.

It is conjectured that a staff position in those days excused a man from active service in the militia, although the Governor's staff, in view of the large military establishment, may have had some real duties to perform. At all events, as the old system gradually sank into non-observance, the staff multiplied, and as the list of real generals, colonels and majors shrank, the list of aides with the rank of colonel increased.

As late as Governor McCreary's time his seventy aides wore dress uniforms, swords and gold braid, and added a gorgeous touch to popular gatherings at the executive mansion, almost outshining the ladies in the splendor of their attire. With the outbreak of the war, uniforms, except for service, were taboo, and no part of the military dress of the United States army could be worn by civilians. Consequently, few of the hundred-odd colonels on Governor Stanley's staff ever purchased uniforms.

Governor Black during his brief tenure added fifty-eight to the total number of Kentucky colonels, and Governor Morrow in the month he was back in office has created fifty-five aides with the honorary rank. The first commission he issued was a compliment to the mentor and

guiding genius of the Republican party in Kentucky, A. T. Hert, Republican national committeeman.

Pointing out the fact that the Constitution makes the Governor commander in chief of both the army and navy of Kentucky and that the navy's rights to a few others have been lamentably ignored, "The Courier-Journal" "arises to champion its rights to some admirals, or even commodores."

## Kentucky's Navy Slighted

"Let the voices of a million Kentuckiana sound and resound through the sweeps of the soft valleys and up the slopes of the everlasting hills until they echo gloriously and terrifyingly against this foul and unjust discrimination against the the state's approximately gallant and almost invincible navy!

Having raised its voice in defense of the Kentucky navy, "The Courier-Journal" next turned its attention to the urgent need of an up to-date model of the uniform of the Kentucky colonels.'. which as at present constituted is said to be entirely too simple for the distinguished military part they will be called upon to play at receptions, banquets and parades. It is too much, possibly, like a mixture of the uniform of Admiral Sir Joseph Porter in "H M S. Pinafore" and a costume of;a Knight of Pythias.

Says the editor: "The task of designing a modern uniform is one. requiring a high quality of the aesthetic. aspersion of the Governor's. talent in that line is intended when we say firmly that we doubt the Governor's artistic training or preparing this important bit of sartorial architecture himself He might make the mistake of resorting to the Doric or the Renaissance pattern, when more deftly trained designers would show that the model should be Corinthian superimposed upon twentieth century Mansard. It might he that a touch of the twenty first century should be introduced in anticipation of the future and in justification of the colonels' rights to be in the lead in matters of time as well as in matters of pageantry.

"Therefore, 'The Courier-Journal' urges the Governor immediately to appoint a commission for a reformation of the uniform of the colonels of his staff, early action being desirable in the interest of the tailors since fifty-eight uniforms might now* cause little trouble, although thousands later on might produce a congestion of huge consequence to everybody who wears clothes in Kentucky."

## Commission on Uniforms

Pursuing the topic, it is suggested by the writer that the commission be limited to five and that it consist of one milliner, one architect, one scene painter, one wholesale hardware dealer and one photographer.

The editorial continues: "The commission should, in turn, give consideration to the suggestion that a colonel should not be limited to carrying just one sword. He should be permitted to carry two - one in each hand. There should be some form of distinguished service medal for bestowal upon such colonels as look the handsomest in costume, or for such other triumphs

as their military careers might disclose. Occasionally one of the colonels without a shadow of doubt will suffer from wounded feelings, and a form of wound stripe should be prepared for use in such an emergency.

Plainly the present system is antiquated. It should be instantly modified. The Kentucky colonels should be the most dazzling monuments in Kentucky, even if we must electric light 'em.

---

Image provided by Library of Congress, Washington, DC
Persistent link: https://chroniclingamerica.loc.gov/lccn/sn83030214/1920-02-01/ed-1/seq-82/

# EXHIBIT - Land of Colonels (1933)

**KENTUCKY, LAND OF COLONELS,**

**TO HAVE EVEN MORE COLONELS**

*By Associated Press*

FRANKFORT, Ky., June 9.—A friendly rivalry has developed between Governor Ruby Laffoon and Lieutenant Governor A. B. (Happy) Chandler over the appointment of Kentucky colonels.

Between them they have commissioned 1,240 honorary colonels, admirals, rear admirals, captains and officers of lesser rank to date.

When friends of the Chief Executive josh him about the larger number of colonels he has commissioned, he remarks, "I'm still several behind Happy." And when the Lieutenant Governor's friends remind him of his many colonels and admirals, he counters, "Governor Laffoon can appoint colonels every day; I have had only a few days at it."

The official count, however, shows the Governor is 10 up on Chandler as acting Governor. Laffoon has commissioned 625 honorary aids and Chandler on the four occasions he has served as acting Governor has named 615. The Lieutenant Governor may get a chance to catch up, as it is rumored the



Governor is considering a trip to the World's Fair at Chicago this Summer.

Both the Governor and the Lieutenant Governor have shattered the record set by former Governor Flem D. Sampson during his four-year term. When Sampson left office in December of 1931 he had a few more than 600 colonels and other honorary aids. The question whether colonels' commissions issued by former Governors still hold good has been raised frequently, but the answer to it is the slogan of the **Kentucky Colonels Association**, "Once a Kentucky colonel, always a colonel." This association, formed two years ago, has its insignia, constitution and code of ethics.

A study of the whole colonel question is now being made by Nat B. Sewell, state inspector and examiner. It will include a compilation of all the Kentucky colonels made within the last 25 years. It is expected to show Kentucky has more honorary colonels than members of its state militia.

It is estimated that about 3,000 colonels, admirals and other honorary officers have been appointed in the last quarter of a century—there is an admiral for nearly every stream and lake in the State. During the famous drought of 1930 some admirals were left high and dry when the streams they commanded folded up.

Miss Ara W. Mahan, Secretary of State, estimates that the maximum cost of commissioning a colonel is 25 cents, including the postage for mailing the blue-ribboned, gold-sealed commission. She has effected an economy in purchasing at wholesale the blue ribbon that goes on the commissions. It takes about one-third of a yard of ribbon for each commission. Purchased at retail, this ribbon formerly cost 9 cents a yard, but it is now purchased at 4 cents a yard, making the price of ribbon per colonel about 2 cents.

Former Governor Sampson started the custom of honoring celebrities by naming them Kentucky colonels. Prominent among his colonels were Clarence D. Chamberlin, Bebe Daniels, Mrs. Ruth Hanna McCormick, Uldine Utley, evangelist; the late Knute Rockne and Earl Combs, baseball player.

Governor Laffoon's staff also has its celebrities, including Paul Whiteman, former Governor Harry F. Byrd of Virginia, Governor Max O. Gardner of North Carolina, Al Jolson, Jack Dempsey, Eddie Cantor, George Jessel, William Randolph Hearst "of the United States," William Randolph Hearst Jr. of New York, Hoot Gibson, Tom Mix, Ken Maynard and Monte Blue.

James A. Farley, Postmaster General, is a colonel on the staffs of both Governor Laffoon and acting Governor Chandler. Other celebrities on Chandler's staff are William T. Tilghman, Louis Home and Alvin C. York.

---

**Fort Worth Star-Telegram. (June 9, 1933)**. Kentucky, Land of Colonels, To Have Even More Colonels. Newspapers.com. Retrieved March 4, 2025, from

https://www.newspapers.com/article/fort-worth-star-telegram-kentucky-land/115564951/