# EXHIBIT - US Congress (1936)

**Congressional Address Recognizing the Kentucky Colonel (April 2, 1936)**

**Exhibit Formal Title**: *Recognition of the Kentucky Colonel by the U.S. Congress*

**Source**: Congressional Record: Proceedings and Debates of the Second Session of the Seventy-Fourth Congress, Volume 80, Part 5, Page 4487. Published by the U.S. Government Printing Office, 1936.

**Summary**:

At the request of his colleagues the previous day, On April 2, 1936, Congressman Edward Wester Creal of Kentucky formally recognized the *Kentucky Colonel* title on the floor of the United States Congress. This speech was made during a pivotal moment in the history of the Kentucky Colonel commission, as the Kentucky Attorney General had just ruled that gubernatorial appointments of Colonels were legally null and void due to the absence of statutory authority.

Creal's remarks provide critical historical evidence that:

1. The Kentucky Colonel title was historically linked to military, civic, and cultural contributions, dating back to the War of 1812 and much earlier starting with George Rogers Clark.

2. The widespread and indiscriminate awarding of Colonel commissions in the preceding decades had led to public controversy and legislative scrutiny.

3. The title, once a mark of honor, had evolved into a widely recognized social and cultural institution, shaping the perception of Kentuckians both within and outside the state.

**Key Points from the Exhibit**:

- **Historical Context**: Congressman Creal described the origins of the Kentucky Colonel title as a distinction earned through military or civic service, highlighting its roots in leadership during wartime and early American frontier history.

- **Criticism of Overuse**: He acknowledged that the title had become diluted due to excessive and indiscriminate appointments by governors in recent years, diminishing its original prestige.

- **Defense of Tradition**: Despite legal uncertainty about the title's validity, Creal argued that the Kentucky Colonel had become a fundamental part of Kentucky's heritage and identity, associated with values such as hospitality, loyalty, and patriotism.

- **Socio-Cultural Influence**: The Congressman emphasized the national and international recognition of the Kentucky Colonel, noting its association with figures of prominence, including politicians, entertainers, and military leaders.

**Significance to This Case**:

- This congressional record is a *self-verifying* document from a government source, qualifying it for judicial notice under Federal Rule of Evidence 201(b).

- It demonstrates that the *Kentucky Colonel* title existed as a widely recognized honor long before the Plaintiff, The Honorable Order of Kentucky Colonels, Inc. (HOKC), began claiming exclusive rights to the term.

- The U.S. Congress, in its official record, acknowledged the public domain status and historical significance of the Kentucky Colonel tradition, undermining Plaintiff's claim of exclusive ownership.

- This document also supports the Defendant's assertion that the *Kentucky Colonel* was never a single private organization's intellectual property but rather a cultural and governmental tradition of the Commonwealth of Kentucky.

**Judicial Notice Request**:

Defendant respectfully submits this exhibit as evidence that the *Kentucky Colonel* tradition was a matter of public and governmental recognition long before Plaintiff's incorporation. This supports the argument that Plaintiff has no legitimate claim to exclusive rights over the title and its associated historical legacy.

---

On April 1, 1936 Congressman Creal of Kentucky was tasked by his Honorable colleagues to find out what happened to the Kentucky Colonel?

**1936 CONGRESSIONAL RECORD-HOUSE 4761 - April 1, 1936**

GRATITUDE — The people of this Nation owe Attorney General Cummings, Hon. Sanford Bates, Director of the United States Bureau of Prisons~ and Warden Johnston a debt of gratitude for the constructive work they are doing on behalf of the prisoners and the country.

Mr. PATMAN asked and was given permission to extend his remarks in the RECORD and include herein certain excerpts from statements made by Attorney General Cummings.)

Mr. RABAUT. Mr. Chairman, I yield· 10 minutes to the gentleman from Indiana Mr. Ludlow.

Mr. LUDLOW. Mr. Chairman, ***disturbing news coming out of Kentucky*** impels me to take the floor today. (Emphasis added)

I wish to make a serious protest against the ruling of Attorney General 'Beverly M. Vincent, of Kentucky, who has sought with one fell blow to strike down that famous and picturesque institution known as the Kentucky colonel.

The indefensible and inexplicable ruling of the attorney general comes closely home to us in the House, for if it becomes effective, it will strip our beloved minority leader of the title of "colonel", which he so proudly and worthily wears. In such a crisis affection is more than skin deep. We are all brothers on both sides of the aisle, all having cause to feel deeply worried and distressed over the probable effect of the ruling of the attorney general of Kentucky on the morale, the esprit de corps, and the legislative efficiency of the National House of Representatives.

On March 1, 1935, Gov. Ruby Laffoon signed a commission conferring the title of a Kentucky colonel, with all of its rights and privileges and emoluments, and all of the mystic powers appertaining thereunto, on the distinguished minority leader of the House of Representatives, Hon. BERTRAND H. SNELL, and the commission was delivered with impressive rites in this historic Chamber on March 5 of that year. There was much effulgence of oratory; praise ran riot and vocabularies were strained as Members arose and expressed their appreciation of the high distinction which the Governor of the Dark and Bloody Ground had bestowed upon our fellow Member [Mr. SNELL], whom we all ardently love. The presentation was made by Mr. TREADWAY, of Massachusetts, who never discharged an oratorical task with greater eclat or with more abundant credit to himself. The commission itself was universally admired. It was adorned with the great seal of the Commonwealth of Kentucky and with an attestation in ornamental script showing that it was done at Frankfort on March 1 in the year of our Lord 1935, and in the one hundred and forty-third year of the Commonwealth. Mr. SNELL arose, his cheeks suffused with blushes, and in a choked voice expressed his thanks and gratitude as best he could in the pervading atmosphere of suppressed excitement and under the emotions of the hour. [Laughter.]

Then what happened? The divine afflatus that goes with a Kentucky colonelcy took hold. There was an immediate improvement in the genius of the minority leader for military plann.ini and execution. Whereas prior to that time his forces had been divided into unorganized guerrilla bands, sometimes mistaking each other for the enemy and firing on each other, every soldier out of step with his regiment, the new colonel brought order and system out of chaos and developed a teamwork that has since harassed the enemy sorely, besides adding to the anxious moments and sleepless nights of Speaker BYRNS.

Improvement was immediately noticed in the Republican strategy. Representative Rich, of Pennsylvania, began that fine military maneuver of rushing to the firing line and demanding to be informed by the Democrats where they are going "to get the money." Representative JOHN TABER's

sledge-hammer blows became more ponderous and deadly than ever. Representative DEWEY SHORT became even more brilliant as well as louder and funnier. The efficiency of Representatives TREADWAY~ HOFFMAN, GIFFORD, MARTIN, and FisHin taking the hide· off the Democratic mule increased 100 percent. Reverend EATON, of New Jersey, our spiritual adviser, became truculent in the last degree, and now slays and buries Democrats without benefit of clergy, . In short, the bewitching influence of a Kentucky colonelcy, operating through our minority leader, has transformed the Republican membership of this House into a superbly organized goose-step outfit, ready to do and die on the slightest notice at the beck and call of its military leader. [Laugher.]

Ours, Mr. Chairman, was intended to be, and is, a government of checks and balances. Sometimes the checks ar:e rubber and the balances do not balance, but that is because we have wandered so far from the philosophy of the fathers. A perusal of the debates of the Constitutional Convention will show that the ideal of a government of checks and balances was uppermost in the minds of the founding fathers. A strong, well-organized and skillful minority party is always a good thing. A weak, disorganized guerilla party is a menace to good government.

I appeal, therefore, to the attorney general of Kentucky to rescind his unfortunate ruling which abolishes 17,000 Kentucky colonels. I have no special interest in 16,999 of these colonels, but in behalf of good government, as a patriot addressing a patriot, I do protest most vehemently against the decoloneling of our minority leader. [Applause.]

Mr. McMILLAN. Mr. Chairman, I move that the Committee do now rise. The motion was agreed to. Accordingly the Committee rose; and the Speaker, having resumed the chair, Mr. HARLAN, Chairman of the Committee of the Whole House on the state of the Union, reported that that Committee, having had under consideration the bill (H. R. 12098) making appropriations for the Departments of State and Justice and for the judiciary, and for the Departments of Commerce and Labor, for the fiscal year ending June 30, 1937, and for other purposes, had come to no resolution thereon.

# US Congress, April 2, 1936 (Transcript)

The Honorable Title of the Kentucky Colonel

---

**Description:** In 1936, Congressman Edward Wester Creal presented the Kentucky Colonel before the United States Congress. Congressman Creal was not a Kentucky Colonel at the time and it is unknown if he became one the following month when 17,000 commissions were restored and legalized in common-law implicitly by James Wise in the Governor's Office. At the time the commission was canceled in March by the Attorney General by Beverly M. Vincent because there were no statutory laws codified regarding the commissioning of colonels.

---

# Congressman Edward Wester Creal of Kentucky

Mr. Chairman … A few days ago the Attorney General of Kentucky [Beverly M. Vincent] announced a ruling that brought poignant sorrow to several thousand citizens of the country. He said the power to confer the title of colonel by the Governor no longer existed. His views of the law were that the titles conferred were null and void at the expiration of the term of the Governor conferring the honorary title. He expressed grave doubt as to any authority conferred on the Governor to bestow the title.

The present Governor is not interested, inasmuch as he has made no such appointments.

The story behind this story is one of chivalry, romance and ideal patriotism. There were at one time many real Kentucky colonels dating back to the War of 1812, the Mexican War,. and the Civil War, **back to the days of George Rogers Clark**, who took from the British tbe Northwest Territory, or the States of Ohio,. Indiana, Illinois, Michigan, and part of Wisconsin and without such efforts the Canadian boundary would today extend to the Ohio River, and this august body would be deprived of the pleasant associations and recognized ability of the Members from those States

In those days a Kentucky colonel was an outstanding man of his particular community and frequently raised a company of men to assist in some patriotic governmental function, and he was given a. title which recognized his services.

The title of Kentucky colonel, today made a joke by reason of many indiscriminate awards, had behind it for a hundred years, a real meaning **known around the world and made the title one of distinction and coveted desires**. The terms have been used in laudatory remarks over the world, as chivalrous, gallant, hospitable, brave, and courteous as a Kentucky colonel." These words described the real Kentucky colonel and made the title a mark of distinction.

Then, when the game of war ceased to furnish the opportunity of the title, it was for a while awarded sparingly but deservedly on citizens who had distinguished themselves on any great undertaking,.such as authors, musicians, or even athletic superiority. It was even then a recognition of some fonn of distinguished services. Movie actors, of renown~philanthropists, statesmen, physicians, and others, even to the owner of the horse that could win the Kentucky Derby received the coveted and distinguished title.

The original Kentucky colonels in actual life were the type of men you would delight in knowing and whose acquaintance would be a beautiful memory that you could not forget. As is often the ease that brain, brawn and big heart.are found in the same man it was universally true with the Kentucky colonels. Tall, straight as an Indian, suave, musical voice, courteous in the extreme, chivalrous and gallant, with highest respect for womankind, yet beneath it all a pride in truth, honesty,.and integrity.

Patient in receiving an affront or insult but when aroused a swift dynamo in retaliation.. Henry Clay, once the dis;tinguished Speaker of this House and Minister to England and a duelist if challenged, was a typical example.

The colonel as fancied and pictured by the world, and not far from correct in detail was about 6 feet ~ erect, gray hair and mustache, a pistol in belt and able to draw and hit the center of a dime at 50 yards with the swiftness of a: sleight-of-hand action. His home was hospitality personified, with a. barrel of aged liquor for which the State was famous, a saddle horse that he prized almost as much as one of the family, a. pack of foxhounds,. and occasionally a violin, which had been in the family for generations He was gentle yet firm, diplomatic yet positive, never sought to hunt trouble but quick to resent an intended wrong, His tenacity he acquired from his Anglo-Saxon heritage. Kentucky today has the largest number of people of pure unadulterated Anglo-Saxon blood of any State of the Union. It has less than one-half of 1 percent of foreign blood. They left Virginia early and went over the hill and there in the pocket with the Ohio on one side, the Mississippi on the other, and the Alleghenies to their backs they reproduced their own kind to fill the hills and valleys, in a manner shut off from the seaboard States.

A noted song writer was seeking the old folk songs of England 500 years ago but coUld not find them in England. She came to the hills of Kentucky where she found them all, which had come down by the generations by word of mouth without printed form. She had them reproduced by phonograph to get the tune and words and then wrote the music from the records. Among these people we have no fear of communism, they are all just old-fashioned Americans, orthodox Democrats and Republicans.

The abuse of this conferring the title in the past 15 years caused a protest in Kentucky. Men of distinction and renown, and who were justly proud of their title, were humiliated to see it bestowed indiscriminately and they removed their once coveted treasure from sight in an office or private library. And if the attorney general's ruling is correct.that title expires with each outgoing Governor and none have been granted by the present Governor, then -there is not a Kentucky colonel by legal title in all the world, except those of the Army. But down in Kentucky the woods are full of Kentucky colonels though not decorated with the title. If touring there, stop at a farmhouse and ask for water or directions, or any other accommodations for your car or self, and you will find them.

Not until the coming of through highways and foreign travel were the doors ever locked at night. The neighbors are still the best neighbors in all the world to live by. They still follow the ancient custom to lay aside their own work to attend to the needs of a sick neighbor and to do his needed chores for him. Their conscience would hurt them not to do otherwise and the sick neighbor would feel aggrieved at the lack of interest otherwise. Every move they make is written up and magnified around the world and items of no importance in any other State are heralded around the world when it happens in Kentucky.

You can tell these modern-day Kentucky colonels, children, and grandchildren of the titled colonels, wherever you see them. They are exceedingly easy to approach and engage in conversation.

They arise to give the lady a seat in the streetcar or bus when others sit. Their friendship is easily obtained and also their undying loyalty. They have a sporting sense of fair play, which makes them always for the underdog, be it a prizefight or chicken fight; They will stop and haul a hitchhiker when all others pass him up. They will keep a stranger in their home where others refuse. They are easy victims to hard luck stories, whether meritorious or not. They are perhaps more clannish than the people of any other State of the Union-once a Kentuckian always a Kentuckian.

When meeting abroad as strangers an introduction as a Kentuckian to a Kentuckian is sufficient recommendation to insure the highest degree of respect from each other, regardless of politics, religion, trade, or profession. If t:ne people of the 48 States had that degree or loyalty and fellowship toward each other that the Kentucky colonel and his children have for each other, there would be no danger of harm coming to us . from without or within our borders.

The title of Kentucky colonel may be null and void, but the spirit of big-hearted, hospitable, patriotic colonels still thrives in the valleys and on the hillsides of old Kentucky and in the veins of the pure Anglo-Saxon blood of its citizens.

This is not the time or place for extended remarks on Ketucky's long list of gallant men whose lives have been valuable contributions to the Republic, but paraphrasing a little, the Commonwealth of Kentucky, the home of ancient and modern Kentucky colonels, is not the oldest nor yet the youngest, not the richest nor yet the poorest, but all in all the best place this side of heaven that the good Lord ever made.Kentucky colonels, officially, are no more, but their traits of character still rule Kentucky.

The titles conferred did no harm if they did no good.Who can say that the title when conferred on some native Kentuckian did not give him a pride in it that caused him to live up to the worthy title?

It was formerly awarded as a mark for distinguished services of some kind similar to medals of honor awarded by many other governments. The world says good-bye to Kentucky colonels, but may their emulation in patriotic chivalry never cease.

---

**Congressional Record (Verbatim Transcript):** *Proceedings and Debates of the Second Session of the Seventy-Fourth Congress*, Volume 80, Part 5, Page 4487 The Congressional Record is the official record of the proceedings and debates of the United States Congress. Published by the U.S. Government Printing Office, 1936