# EXHIBIT - Governors' Appointments and Commissions

## HISTORICAL RECORDS OF KENTUCKY GOVERNORS' APPOINTMENTS & COMMISSIONS

**Legal Description & Analysis**

**I. Exhibit Title:**

Historical Records of Kentucky Governors' Appointments & Commissions (1816-1987)

**II. Type of Evidence**

- Official State Government Records
- Executive Orders and Journals
- Civil and Military Appointment Records

**III. Purpose of Exhibit**

This exhibit presents **official state records** documenting the authority of Kentucky governors in making civil and military appointments, including the commissioning of **Kentucky Colonels** as honorary aides-de-camp. These historical records serve as **self-authenticating public documents** under **Federal Rule of Evidence 902(5)** and are subject to **judicial notice under FRE 201(b)** as they contain facts that are **not subject to reasonable dispute**.

The Defendant submits these records to:

1. **Establish the origins and nature of the Kentucky Colonel commission** as a **state honor** historically granted by gubernatorial discretion, rather than an exclusive trademarked designation.

2. **Refute the Plaintiff's historical claims** that The Honorable Order of Kentucky Colonels, Inc. (HOKC) holds exclusive rights to the "Kentucky Colonel" designation, by demonstrating the **longstanding public domain nature** of the title.

3. **Provide indisputable documentary evidence** that the Kentucky Colonel commission evolved as an honorary distinction, **not a private association or brand** as Plaintiff misleadingly claims in its USPTO filings.

## IV. Summary of Key Findings

1. **Early Kentucky Gubernatorial Appointments (1816-1867)**

    - Multiple **executive journals, correspondence, and appointment records** document the use of the **Kentucky governor's executive authority** to appoint civil officials, militia officers, and honorary aides-de-camp.

    - These records confirm the governor's **constitutional prerogative** in issuing commissions and demonstrate how the **title of "Colonel" was historically conferred as an honorary distinction**, predating Plaintiff's organizational claims by more than a century.

    - **Key Record**: **Appointments by the Governor – Military Appointments, 1834-1836** (Governor James Turner Morehead) – Demonstrates the use of the **"Colonel" title in gubernatorial appointments**, directly contradicting Plaintiff's assertion of exclusive historical lineage.

2. **Introduction of Honorary Aides-de-Camp (1875-1895)**

    - The **earliest records of Kentucky Colonel commissions** as purely **honorary** titles appear in the **Gubernatorial Aides-de-Camp Appointments (1875-1895)**.

    - **Key Record**: Governor James B. McCreary's Aides-de-Camp Appointments (1875-1879) – Establishes that **"Kentucky Colonel" was an honorary aide-de-camp title, distinct from any private organization**.

3. **Codification of Kentucky Colonel Commissions (1895-1923)**

- Records confirm that successive Kentucky governors **regularly issued Kentucky Colonel commissions**, solidifying the tradition as a **public state honor** rather than a private association.

- **Key Record**: **Governor Edwin P. Morrow's Civil and Military Appointments (1919-1923)** – Contains **explicit gubernatorial commissions for Kentucky Colonels**, refuting Plaintiff's implied exclusivity.

4. **Twentieth-Century Expansion & Evolution (1923-1987)**

    - By the early-to-mid 20th century, the **Kentucky Colonel commission had become a widely recognized civilian honor**, as evidenced by numerous gubernatorial appointment records.

    - **Key Record**: **Executive Orders – Commissioning Kentucky Colonels (1984-1987)** – Establishes that Kentucky Colonel commissions were issued **by direct gubernatorial order**, not under Plaintiff's control or ownership.

## V. Legal Analysis & Application

1. **Self-Authenticating & Public Records – FRE 902(5) & FRE 201(b)**

    - These documents qualify as **official records of public office**, making them **self-authenticating under FRE 902(5)** and **subject to judicial notice under FRE 201(b)**.

    - Courts **routinely recognize** state executive records as indisputable evidence of historical governmental actions.

2. **Refuting Plaintiff's False Historical Narrative**

    - Plaintiff's claim to exclusive rights over "Kentucky Colonels" rests on **revisionist history** that ignores its **origins as a state-conferred title**.

    - The submitted evidence establishes that:

- ■ **"Kentucky Colonel" was never exclusive to Plaintiff's organization.**
- ■ **Successive governors regularly issued commissions independently of Plaintiff.**

3. **Public Domain Implications & USPTO Fraud**

   ○ Plaintiff falsely asserted exclusive rights over "Kentucky Colonels" before the USPTO while knowingly **omitting historical evidence** that the title has always been in **public use**.

   ○ Such **material misrepresentations** constitute **fraud on the USPTO under 15 U.S.C. § 1051(a)(3)(D)** and render Plaintiff's trademark registrations **void ab initio**.

## VI. Conclusion

The Defendant respectfully requests that the Court take **judicial notice** of these historical records under **FRE 201(b)** to prevent Plaintiff from continuing to misrepresent history and claim exclusive ownership over a state-bestowed honor. These records demonstrate, with **indisputable documentary evidence**, that the **Kentucky Colonel title predates Plaintiff's incorporation and has always remained a gubernatorial privilege.**

By recognizing these **official government records**, the Court can:

- **Prevent continued reliance on Plaintiff's false historical claims** in ongoing litigation.
- **Ensure that the public domain status of the Kentucky Colonel title is protected.**
- **Establish that Plaintiff's trademark registrations were fraudulently obtained.**

---

**Appointments by the governor - civil appointments, 1816-1820**

**Author**: Kentucky

**Summary:** These files document Governor Gabriel Slaughter's use of the governor's power and privilege to grant appointments for civil officials. Included are letters to Governor Slaughter recommending individuals for appointment as civil officials. The offices include, coroner, justice of the peace, sheriff, notary public, tobacco inspector, and a position for keeper of the turnpike on the Wilderness Road. There are also several lists of justices of the peace by county.

---

**Appointments by the governor - military appointments, 1834-1836**

**Author**: Kentucky

**Summary**: These files document Governor James Turner Morehead's role as commander-in-chief of the Kentucky militia and his use of the governor's power and privilege to accept resignations, to appoint, and to commission Kentucky militia officers to the rank of lieutenant or above. Included are reports of nominations and recommendations to the governor for appointment, resignations, and rejections of appointments. No commissions are included.

---

**Appointments by the governor - civil appointments, 1835**

**Author**: Kentucky

**Summary**: These files document Governor James Turner Morehead's use of the governor's power and privilege to accept resignations and to make appointments to civil offices, such as coroner, judge, justice of the peace, notary public, prosecuting attorney, sheriff, and surveyor. This is a letter concerning the resignations of several commonwealth's attorneys and appointments to fill the vacancies.

---

**Appointments by the governor - military appointments, 1836-1837**

**Author**: Kentucky

**Summary**: These files document Governor James Clark's role as commander-in-chief of the Kentucky militia and his power and privilege to appoint and commission officers of the Kentucky militia. Included are recommendations for appointments to many different ranks and positions.

---

**Governor's official correspondence file - executive journals, 1836-1839**

**Authors**: Kentucky, Kentucky General Assembly

Case 3:20-cv-00132-RGJ  Document 171-16  Filed 03/17/25  Page 6 of 20 PageID #: 4419

**Summary**: These journals document Governor James Clark's official actions which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation. Also recorded are orders for militia activation, communications with militia officers, and the establishment or alteration of militia boundaries.

**Appointments by the governor - civil appointments, 1836-1838**

**Author**: Kentucky

**Summary**: This file documents Governor James Clark's use of the governor's power and privilege to grant appointments to civil offices. Included are letters addressed to Clark recommending appointments of civil officials such as sheriff and justice of the peace. Also included are two formal printed appointments signed by the governor.

**Governor's official correspondence file - executive minute book, 1838-1839**

**Author**: Kentucky

**Summary**: This informal minutes journal documents Governor James Clark's daily actions, the record of which was later transferred to the more detailed and formal executive journal. Included are notes about daily actions, such as the remissions of fines, pardons, and civil and military appointments.

**Governor's official correspondence file - executive journal, 1839-1840**

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: This journal documents Governor Charles Wickliffe's official actions which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation. Also included is a special message to the General Assembly revealing an extensive fraud committed by an agent of the Bank of Philadelphia upon the Bank of Kentucky.

**Appointments by the governor - military appointments, 1840**

**Author**: Kentucky

**Summary**: This file documents Governor Charles Wickliffe's role as commander-in-chief of the Kentucky militia and his power to appoint and commission Kentucky militia officers to the rank of lieutenant or above. This is one commission of an officer in the Kentucky Militia.

---

### Appointments by the governor - civil appointments, 1848-1850

**Author**: Kentucky

**Summary**: These files document Governor John J. Crittenden's use of the governor's power and privilege to grant appointments for civil offices. Included are nominations and letters of recommendation for applicants for positions including commonwealth's attorney, secretary of state, justice of the peace, and lock keeper.

---

### Governor's official correspondence file - executive minute books, 1848-1850

**Author**: Kentucky

**Summary**: This informal minutes journal documents Governor John J. Crittenden's daily actions, the record of which were later transferred to the more detailed and formal executive journal. Included are notes about appointments and commissions of civil officials and militia officers; pardons and remissions of fines; and approved expenditures.

---

### Governor's official correspondence file - executive journal, 1848-1850

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: This journal documents Governor John J. Crittenden's official actions which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation.

---

### Governor's official correspondence file - executive journal, 1850-1851

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: These journals document Governor John Helm's official actions which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and

rejecting legislation. Also included are messages and replies directed to the legislature in the dispute over the means of funding education.

---

**Appointments by the governor - civil appointments, 1850-1851**

**Author**: Kentucky

**Summary**: These files document Governor John Helm's use of the governor's power and privilege to grant appointments for civil officials. Items include nominations and appointments for civil positions including commissioner, police judge, jailer, and justice of the peace.

---

**Governor's official correspondence file - executive minute book, 1850-1851**

**Author**: Kentucky

**Summary**: This informal minutes journal documents Governor John Helm's daily actions, the record of which were later transferred to the more detailed and formal executive journal. Included are notes about appointments and commissions of civil officials and militia officers; and pardons and remissions of fines.

---

**Appointments by the governor - military appointments, 1851**

**Author**: Kentucky

**Summary**:These files document Governor John Helm's role as commander-in-chief of the Kentucky militia and his power to appoint and commission Kentucky militia officers to the rank of lieutenant or above. Included are records which document the election of militia officers. Election results include names and ranks of elected officers, regiment number, date of election, county in which the election took place, signature of the county sheriff, and the recording date.

---

**Appointments by the governor - military appointments, 1851-1855**

**Author**: Kentucky

**Summary**: These files document Governor Lazarus W. Powell's role as commander-in-chief of the Kentucky militia, and his power to appoint and commission militia officers. Included are nominations for various ranks and positions, and results from local militia elections.

### Appointments by the governor - civil appointments, 1851-1855

**Author**: Kentucky

**Summary**: These files document Governor Lazarus W. Powell's use of the governor's power and privilege to grant appointments for civil offices. Included are applications, recommendations, appointments and resignations for various civil positions, including justice of the peace, notary public, and commissioner of deeds.

### Governor's official correspondence file - executive minute book, 1851-1854

**Author**: Kentucky

**Summary**: This informal journal documents Governor Lazarus W. Powell's daily actions, the record of which were later transferred to the more detailed and formal executive journal. Included are notes about appointments and commissions of civil officials and militia officers; pardons and remissions of fines; and approved expenditures. This volume contains entries dated from September 1851 to March 1854; a note inside the front cover cautions that this is not a complete record, and advises the reader that all of the Governor's official actions were noted in the executive journal.

### Governor's official correspondence file - executive journal, 1851-1855

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: This journal documents Governor Lazarus W. Powell's official actions, which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation. Included are transcripts of the governor's 1851 and 1854 messages to the General Assembly, in which he describes the status of the state's finances, and the school and prison systems. The 1851 message also proclaims Kentucky's loyalty to the Union and support for the Compromise of 1850, recently enacted by the United States Congress. Also included is the governor's ratification of a death sentence passed on a female slave accused of arson; he had earlier delayed the hanging, until an inquest proved her claim that she was pregnant to be false.

### Governor's official correspondence file - executive journal, 1855-1859

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: These journals document Governor Charles Morehead's official actions which include appointing and accepting resignations from civil officials and militia officers; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation. Also included is a copy of an agreement signed by the trustees of Transylvania University in which they consent to the provisions of the legislative act creating a state-funded teachers' college at the university.

**Governor's official correspondence file - executive minute book, 1855-1859**

**Authors:** Kentucky, Kentucky General Assembly

**Summary**: This informal minutes journal documents Governor Charles Morehead's daily actions, the record of which were later transferred to the more detailed and formal executive journal. Included are notes about appointments and commissions of civil officials and militia officers; pardons and remissions of fines; and approved expenditures.

**Appointments by the governor - civil appointments, 1855-1859**

**Author**: Kentucky

**Summary**: These files document Governor Charles Morehead's use of the governor's power and privilege to grant appointments for civil offices. Items include nominations and appointments for civil positions, including commissioner of deeds, justice of the peace, and judge. Also included are resignations from various officials.

**Appointments by the governor - military appointments, 1857-1859**

**Author**: Kentucky

**Summary**: These files document Governor Charles Morehead's role as commander-in-chief of the Kentucky militia and his power to appoint and commission Kentucky militia officers to the rank of lieutenant or above. Included are nominations for various ranks and positions, and results from local militia elections.

**Appointments by the governor - military appointments, 1862-1863**

**Authors**: Kentucky, Kentucky Adjutant-General's Office

**Summary**: These files document Governor James F. Robinson's role as commander-in-chief of the Kentucky militia during the Civil War and his power to appoint and commission Kentucky militia officers to the rank of lieutenant or above. Included are reports to the Secretary of State from the Kentucky Adjutant General's office listing commissions of officers in Kentucky volunteer units, and applications and nominations for military commissions.

---

**Appointments by the governor - civil appointments, 1862-1863**

**Author:** Kentucky

**Summary:** These files document Governor James F. Robinson's use of the governor's power and privilege to grant appointments for civil offices. Items include applications, recommendations, appointments, and resignations for civil positions including commissioner, justice of the peace, and notary public. Also included is a letter from a man who was elected to the office of justice of the peace, but whom the governor refused to commission on the grounds of disloyalty, in which the correspondent denies that he is a Confederate sympathizer.

---

**Appointments by the governor - military appointments, 1863-1867**

**Author**: Kentucky

**Summary**: These files document Governor Thomas E. Bramlette's power to appoint and commission Kentucky military officers to the rank of lieutenant or above. Included are applications, recommendations, and resignations for various military positions, both during and after the Civil War.

---

**Appointments by the governor - civil appointments, 1863-1867**

**Author**: Kentucky

**Summary**: These files document Governor Thomas E. Bramlette's use of the governor's power and privilege to grant appointments for civil offices. Included are applications, recommendations, appointments, and resignations for various civil positions, including justice of the peace, police judge, and notary public.

---

**Appointments by the governor - civil appointments, 1867-1871**

**Author**: Kentucky

**Summary**: These files document Governor John W. Stevenson's use of the governor's power and privilege to grant appointments for civil officials. Items include recommendations, applications, and appointments to civil positions including justice of the peace, commissioner of deeds, and notary public.

---

### Appointments by the governor - civil appointments, 1867

**Author**: Kentucky

**Summary**: This record documents Governor John Helm's power and privilege to grant appointments for civil officials. Included is a single request for a commission for a man elected as a justice of the peace.

---

### Governor's official correspondence file - indexes to executive journals, 1871-1875

**Author**: Kentucky

**Summary**: These indexes provide access to the executive journals (KYSV90-A509) of Governor Preston H. Leslie, which document his official actions. Included is an index to the first executive journal (1871); two indexes to the second executive journal (1871-1874 and 1874-1875); an additional index to the second journal (1871-1875), which generally duplicates the information contained in the two indexes covering that time period; and an index to the third executive journal (1875). Also included is an index to appointments to the offices of police judge and justice of the peace supposedly entered in the executive journal dated 1871-1875; however, the contents of this index do not match any of Governor Leslie's three executive journals.

---

### Appointments by the governor - civil appointments, 1871-1875

**Author**: Kentucky

**Summary**: These files document Governor Preston H. Leslie's use of the governor's power and privilege to grant appointments for civil offices. Items include recommendations and appointments to civil positions including commissioner of deeds and notary public. Also included are resignations of civil officials.

---

### Appointments by the governor - civil appointments, 1875-1879

**Author**: Kentucky

**Summary**: These files document Governor James B. McCreary's use of the governor's power and privilege to grant appointments for civil offices. Included are recommendations, appointments and resignations for various civil positions, including justice of the peace, notary public, police judge, and commissioner of deeds from various states, as well as for positions in several of the state's mental institutions.

---

**Appointments by the governor - Aides-de-camp appointments, 1875-1879**

**Author**: Kentucky

**Summary**: These files document Governor James B. McCreary's use of the governor's power and privilege to grant appointments to the honorary position of aide-de-camp to the governor. Included are recommendations and commissions for the rank of colonel given to aide-de-camps.

---

**Appointments by the governor - military appointments, 1875-1879**

**Author**: Kentucky

**Summary**: These files document Governor James B. McCreary's power to appoint and commission Kentucky military officers. Included are applications, recommendations, appointments, and resignations for various military positions in the State Guard and in military academies and classes.

---

**Governor's official correspondence file - executive journals, 1875-1879**

**Authors**: Kentucky, Kentucky General Assembly

**Summary**: These journals document Governor James B. McCreary's official actions which include appointing and accepting resignations from civil officials; granting pardons and reprieves, and remitting fines; approving expenditures; communicating with the General Assembly; and approving and rejecting legislation. Included are records of the governor's appointments to the newly-created State Board of Health and State Board of Pharmacy; and a printed copy of his Valedictory Address, made on his last day in office.

---

**Appointments by the governor - military appointments, 1879-1883**

**Authors**: Kentucky, James B. McCreary

**Summary**: These files document Governor Luke P. Blackburn's power to appoint and commission Kentucky military officers. Included are recommendations and applications for various positions in the Kentucky State Guard, including a letter from former governor, James B. McCreary, recommending an acquaintance for the position of chaplain.

---

**Governor's official correspondence file - indexes to executive journals, 1879-1883**

**Author**: Kentucky

**Summary**: These indexes provide access to Governor Luke P. Blackburn's executive journal (KYSV91-A70), which documents his official actions. Included is a general index covering September 2, 1879 to September 4, 1883. Beginning January 1, 1880, there are individual indexes for commissioner of deed appointments; police judge, and mayor appointments; notary public appointments; justice of the peace appointments; pardons, remissions, and respites; and proclamations, requisitions and rewards. After December 31, 1879 these actions are no longer recorded in the general index. However actions from September 2, 1879 to December 31, 1879 are recorded in the individual indexes.

---

**Appointments by the governor - aides-de-camp appointments, 1879-1883**

**Author**: Kentucky

**Summary**: These files document Governor Luke P. Blackburn's use of the governor's power and privilege to grant appointments to the honorary position of Aide-de-Camp to the Governor. Included are recommendations and commissions for the rank of colonel given to aide-de-camps.

---

**Appointments by the governor - aides-de-camp appointments, 1883-1886**

**Author**: Kentucky

**Summary**: These files document Governor J. Proctor Knott's use of the governor's power and privilege to grant appointments to the honorary position of aide-de-camp to the governor. Included are recommendations and commissions for the rank of colonel given to aides-de-camp.

---

**Appointments by the governor - civil appointments, 1883-1887**

**Author**: Kentucky

**Summary**: These files document Governor J. Proctor Knott's use of the governor's power and privilege to grant appointments for civil offices. Included are recommendations, appointments, and resignations for various civil positions, including justice of the peace, notary public, police judge, and commissioner of deeds from various states, as well as positions in several of the state's mental, charitable and correctional institutions.

---

**Governor's official correspondence file - indexes to executive journals, 1883-1887**

**Author**: Kentucky

**Summary**: These indexes provide access to Governor J. Proctor Knott's executive journals (KYSV91-A83), which document his official actions. Included is a general index, which includes rejected petitions for pardons, remissions, and respites; appointments of officials to state boards and institutions; and miscellaneous actions. There are five additional indexes, which provide access to police judge appointments; notary public appointments; justice of the peace appointments; pardons, remissions, and respites; and proclamations, requisitions, and rewards.

---

**Governor's official correspondence file - police and city judge commissioning records, 1887-1891**

**Author**: Kentucky

**Summary**: These demonstrate the varied processes by which municipal/police judges were selected. Included are certificates of election/appointment, usually accompanied by a request for a commission, town trustees' recommendations for appointments, requests from police judges-elect for their commissions, and resignations. Listed on the accompanying envelopes are county, name, office, town, reason for vacancy and previous officeholder if applicable, governor's action (appointment and/or commission), date of action, and where and to whom the commission was sent.

---

**Governor's official correspondence file - aides-de-camp appointment records, 1887-1891, (bulk 1887, 1888, 1890, 1891)**

**Author**: Kentucky

**Summary**: These concern the appointment of officers, often with the rank of colonel, who served as honorary aides-de-camp to Governor Buckner. Letters requesting appointments as aides-de-camp are present. Information includes date, name of individual or individuals seeking appointment, and name of person making recommendation. Memoranda from or to the executive office include date and name(s) of

individual(s) being appointed. Listed on the accompanying envelope are the aide's name, home county, rank, and date of commission.

---

**Governor's official correspondence file - nominations, appointments, and resignations, 1887-1891**

**Author**: Kentucky

**Summary**: These concern positions within Governor Simon B. Buckner's patronage. Included are letters from job applicants, recommendations, nominations to the Kentucky Senate, official appointments signed by Buckner, and resignations, including some from members of Congress and the General Assembly. Letters seeking the Governor's help for jobs outside of his patronage are also included.

---

**Appointments by the governor - aides-de-camp appointments, 1891-1895 (bulk 1891-1892, 1895)**

**Author**: Kentucky

**Summary**: These files document Governor John Young Brown's use of the governor's power and privilege to grant appointments to the honorary position of aide-de-camp to the governor. Included are recommendations and commissions for the rank of colonel given to aides-de-camp.

---

**Governor's official correspondence file - indexes to executive journals, 1891-1895**

**Author**: Kentucky

**Summary**: These indexes provide access to Governor John Young Brown's executive journal (KYSV91-A99) which documents his official actions. Included is a general index covering September 1, 1891 through December 10, 1895. Also included is an index to pardons, remissions, and respites recorded in the journal for Governor Brown's entire term; an index to justice of the peace and police judge appointments; and an index to notary public appointments.

---

**Governor's official correspondence file - commissions by the governor, 1891-1895**

**Author**: Kentucky

**Summary**: These files document Governor John Young Brown's use of the governor's power to issue commissions to elected or locally appointed officials. Most of these records concern the offices of police judge and justice of the peace; a few refer to county judges, mayors and other officials. Included are requests for commissions; and envelopes listing the name, county, office sought, and date of executive

action. The justice of the peace records also include requests for appointments and letters of resignation dated September 1891-June 1892. In July 1892 the responsibility for accepting the resignations of justices of the peace and appointing replacements until the next election fell to the local county courts; the governor's role was reduced to issuing commissions only.

**Governor's official correspondence file - indexes to executive journals, 1895-1899**

**Author**: Kentucky

**Summary**: These indexes provide access to Governor William O. Bradley's executive journals (KYSV93-A3), which document his official actions. Included is a general index covering 1895-1899. Also included is an index to pardons, remissions and respites; an index to justice of the peace and police judge appointments; an index to notary public appointments; and an index to miscellaneous actions recorded in the executive journals.

**Governor's official correspondence file - resignations to the governor, 1919-1923**

**Author**: Kentucky

**Summary**: These files document Governor Edwin P. Morrow's use of the governor's power and privilege to accept the resignations of civil officials. Most of these records concern the offices of judges, notary publics, justices of the peace, railroad policemen and police judges. Some records concern joint resignations and appointments. Also included are resignations of individuals from other state boards, agencies and commissions, as well as paperwork related to railroads relieving individuals of duties as railroad policemen and individuals declining appointments by the governor. Related correspondence with photographs of road construction and a road construction crew in Cumberland County (August 1920) is also present.

**Governor's official correspondence file - indexes to executive journals, 1919-1923**

**Author**: Kentucky

**Summary**: These indexes provide access to Governor Edwin P. Morrow's executive journal (KYSV94-A22), which documents his official actions. Included are general indexes to 1919-1921 and 1921-1923. Indexed are pardons, remissions and respites; rejected petitions; requisitions; rewards; vetoes; warrants for arrest; land patents; messages to the General Assembly; and appointments.

**Kentucky Colonel appointments : Governor Earle C. Clements, 1948-1950**

**Author**: Kentucky

**Summary**: These records document the governor's authority to appoint Kentucky Colonels. This organization originated in the nineteenth century; the governor could, at that time, appoint military officers to be his aides-de-camp. The appointment eventually lost its military connotations and evolved into a purely honorary title.

---

**Kentucky Colonel appointments : Governor A.B. Chandler, 1956-1959**

**Author**: Kentucky

**Summary**: These records document the governor's authority to appoint Kentucky Colonels. This organization originated in the nineteenth century; the governor could, at that time, appoint military officers to be his aides-de-camp. The appointment eventually lost its military connotations and evolved into a purely honorary title.

---

**Kentucky Colonel appointments : Governor Bert T. Combs, 1959-1962**

**Author**: Kentucky

**Summary**: These records document the governor's authority to appoint Kentucky Colonels. This organization originated in the nineteenth century; the governor could, at that time, appoint military officers to be his aides-de-camp. The appointment eventually lost its military connotations and evolved into a purely honorary title.

---

**Executive Orders - Commissioning Kentucky Colonels, 1984-1987**

**Author**: Kentucky

**Summary**: These are specific directives from the Governor for appointments and commission requests directed to the Secretary of State for staff with the Kentucky Colonel commissions.

---

**Executive Orders - Commissioning Kentucky Colonels, 1984-1987**

**Author**: Kentucky

**Summary**: These are specific directives from the Governor for appointments and commission requests directed to the Secretary of State for staff with the Kentucky Colonel commissions.

---

**Aides-de-Camp Appointment Records, 1887-1891, (bulk 1887, 1888, 1890, 1891)**

**Author**: Kentucky

**Summary**: These concern the appointment of officers, often with the rank of colonel, who served as honorary aides-de-camp to the governor.

---

**Appointments by the governor - aides-de-camp appointments, 1891-1895 (bulk 1891-1892, 1895)**

**Author**: Kentucky

**Summary**: These files document Governor John Young Brown's use of the governor's power and privilege to grant appointments to the honorary position of aide-de-camp to the governor. Included are recommendations and commissions for the rank of colonel given to aides-de-camp.

---

**Governor's official correspondence file - military appointments, 1844-1848**

**Author**: Kentucky

**Summary**: These files document Governor William Owsley's role as commander-in-chief of the Kentucky militia and his use of the governor's power and privilege to appoint and to commission Kentucky militia officers to the rank of lieutenant or above. Included are recommendations for appointments to numerous ranks and positions, including colonel, major, captain, ensign, lieutenant, and judge advocate.

---

**Governor's official correspondence file - appointments and commissions, 1916-1919**

**Author**: Kentucky

**Summary**: These files document Governor Augustus O. Stanley's use of the governor's power and privilege to grant appointments for civil offices. Items include nominations, appointments, and commissions for various positions, such as justice of the peace, police judge, commissioner of deeds, and the commissioning of a Kentucky Colonel.

---

**Appointments by the governor - civil appointments, 1919-1923**

**Author**: Kentucky

**Summary**: These files document Governor Edwin P. Morrow's use of the governor's power and privilege to appoint civil officials. Most of these records concern the offices of city, county, and circuit judge; county commissioner, railroad policeman and police judge, as well as the honorary designation of Kentucky Colonel. Included are applications and recommendations, as well as accompanying envelopes which list applicant's name, county, and date of executive action. Also included are applications and recommendations for positions on the State Board of Agriculture, State Board of Charities and Corrections, State Board of Health, and the State Highway Commission, as well as other state boards, agencies, and commissions. In addition, correspondence is included relating to the establishment of the City of Wallins (April 1921), and the incorporation of the Cities of Martin (May 1920) and Baferco (May 1923)

---

**Governor's official correspondence file - appointments and commissions, 1923-1927**

**Author**: Kentucky

**Summary**: These files document Governor William J. Fields' use of the governor's power and privilege to grant appointments for civil offices. Items include nominations, appointments, and commissions for various positions, such as justice of the peace, police judge, commissioner of deeds, and the commissioning of a Kentucky Colonel.

---

**Executive Orders - Commissioning Kentucky Colonels, 1984-1987**

**Author**: Kentucky

**Summary**: These are specific directives from the Governor for appointments and commission requests directed to the Secretary of State for staff with the Kentucky Colonel commissions.

---

All of the foregoing citations were found on WorldCat at https://search.worldcat.org/