# EXHIBIT - Archive Search Query Results (2025)

Notable Books and American Literature located in the **Internet Archive as of March 16, 2025** include the **Kentucky Colonel** portrayed as a character (person) from both fiction and nonfiction in more than 100 noteworthy literary works from American Libraries prior to 1933. None of these works refer to sports teams, music groups, bourbon brands, hotels, or other things that are not a "person".

While searching the "Text Archive" of "eBooks and Texts" which includes all books, newspapers, and most printed matter in the United States uploaded by thousands of users including University and Local Librarians to these archives I compiled the following report on the public domain.

## Query Report:

While searching for the *text strings only* during a 250 year span 1775-2025 for **"Kentucky Colonel" 16,840 results were returned** and **searching "Kentucky Colonels" returned 7,672 results**, whereas while looking for the **"Honorable Order of Kentucky Colonels" 503 results were returned** beginning with the first mention of the unincorporated association which it claims as a trademark for commerce in 1981 with first-use "as early as 1934" (according to Robert A. Metry in his 1981 USPTO Application). The earliest Internet Archive result for the Plaintiff was published on January 31, 1953 in *The Motion Picture Herald, Vol 190, Iss 5*, from the Internet Archive's massive collection of over 20,000,000 freely downloadable and viewable books, magazines, newspapers, pamphlets, and texts. This search was conducted to determine if the Plaintiff engaged in any verifiable commercial activities with its trademark prior to being incorporated in 1957, no advertisements were found.

A similar search query was conducted at the **United States Library of Congress** for the 250 year lifetime of the Kentucky Colonel as a human character in fiction and non-fiction works. **"Kentucky Colonel" / "Kentucky Colonels"** returned 8,546 results; as follows Newspapers 7,991; Books/Printed Materials 355; Periodicals 148; Audio Recordings 23; Manuscripts/Mixed Materials 21; Films, Videos 6; Photos, Prints, Drawings 5; and Personal Narratives 3.

Searching the same parameters for **"Honorable Order of Kentucky Colonels" returned 12 results**, 11 online; in 8 Newspapers; 2 Books or Printed Materials; 1 Periodical; and **1 Photo Collection (not online).** The exhibit that is not online is described as follows: 164 photographic prints (contact sheets). |

1 negative : b&w film copy neg. | Photographs show activities related to, and people celebrating, the Kentucky Derby horse race. Includes people arriving at the bus station; horses being unloaded from railroad cars; people arriving at Churchill Downs race track; spectators in the infield and in the stands; horses exercising on track; jockeys in locker room; soldiers…Contributor: Sandberg, Bob - Jones, Douglas; Date: 1953.

---

## All About History (*New Search Result*)



Topics History Collection
Collection Open Source (Creative Commons)
Language English
Item Size 141.3G
Published in 2023

Description 413 files Creative Commons Community Project

Relevant Phrases from the Collection:

1. It was a credible explanation suggesting that like the honorary **Kentucky colonel**, John Clay was respected enough by both neighbors and the courts to merit the mark of natural nobility.

2. Known as "Flash" among his friends because he brought vigor and an upbeat drive to his news coverage, Guihard was an eye-catching man. He was husky, six feet tall, and had an untamed red beard and mustache that set him apart…. "I'm going to pose as a **Kentucky colonel** and cover this thing with a mint julep in my hand," he crowed. (Photographer arriving at the Kentucky Derby)

3. With retreat no longer even a possibility, let alone an alternative—or so at any rate he thought—he returned at once to army headquarters and, adopting the dramatic phraseology of the **Kentucky colonel** which he had rejected that morning beside the upper Stones River ford, sent word for his subordinates to "prepare to fight or die."

4. At any rate, Schofield gave Sherman warning. Hood was not too smart, but he was as combative as anyone who ever lived: "He'll hit you like hell, now, before you know it." It was reported in the Federal army that a **Kentucky colonel**, hearing of the change in Confederate command, went to Sherman and told him of an old army poker game he had once witnessed: "I seed Hood bet twenty five hundred dollars with nary a pair in his hand."

5. Elsewhere, too, the militia system was adapted to a slave-holding society. How widespread was the actual fear of uprising and to what extent that fear fostered a militant spirit is debatable, but no one can deny that features of a slaveholding plantation society helped disperse the military

    function into the whole white community. Military leadership fell on the civilian leaders of the community, who would have been as jealous of a military class as they were of lawyers or of any other group of specialized professionals. In Virginia the institution of the "county lieutenant" acquired a new life, and the proverbial **"Kentucky Colonel"** remains a vestige of the earliest. American military institutions.

6. Finally, the June 1921 issue argues that a regional magazine of national renown is necessary so that a Southern writer of world caliber can emerge from "the sodden marshes of Southern literature" (1:214), so that the old conventions of the romance — the lynching bee, the **Kentucky Colonel**, the beautiful quadroon, Little Eva — can vanish and be replaced by a "surer, saner, more virile, less sentimental literature" —American Literary Magazines: The 20th Century

All About History is just one of thousands of books represented in the Creative Commons repository.