# EXHIBIT - 1st Kentucky Colonels Website (1998-2001)

**Defendant's Archived Webpage of Colonel.Org (March 31, 2001) & Public Notice Page**

Introduction

This exhibit presents an archived screenshot of **Colonel.org**, the **first international registry and original public website for Kentucky Colonels**, as it appeared on **March 31, 2001**, along with a **public notice from July 2001 thru December 2001** announcing changes to the website's services as a result of **Plaintiff sending Cease and Desist Demands** through their legal counsel **Wyatt, Tarrant & Combs, LLP**. Colonel.org was established as an independent platform serving **Kentucky Colonels worldwide** and functioned as:

- A **public registry for Kentucky Colonels**,
- A **historical and educational resource**,
- A **commercial platform offering email, web hosting, and database services**.

This exhibit provides **direct evidence** of Defendant **Col. David J. Wright's** long-standing, **public, and commercial use of "Kentucky Colonels"** years before Plaintiff's trademark applications or lawsuit and the Plaintiff's knowledge of his use of the phrase (term) Kentucky Colonels.

Key Judicially Noticeable Facts from this Exhibit

1. **Colonel.org was the first public website dedicated to Kentucky Colonels, predating Plaintiff's online presence.**
    - Plaintiff did not have a website until **May 2001**, **three years after Colonel.org was first established by the Defendant**.

- Plaintiff was aware of Colonel.org and **initially refused to create its own website despite multiple requests.**



2. **Plaintiff attempted to silence and eliminate a competing Kentucky Colonel registry through legal threats.**

- - Plaintiff **threatened Defendant with a trademark infringement lawsuit** but ultimately did not take legal action—demonstrating that even in 2001, **it lacked a valid claim over the term "Kentucky Colonels."**
  - Plaintiff's strategy aligns with **fraudulent concealment** and **predatory litigation tactics** later used in this case.

3. **Colonel.org was a legitimate commercial enterprise offering paid services.**

   - Defendant engaged in **lawful commerce under the name "Kentucky Colonels"** by providing:
     - **Vanity email addresses** (colonel.org email services),
     - **A searchable registry and database of Kentucky Colonels**,
     - **One-page websites and web hosting services**,
     - **Domain registration and server hosting solutions.**
   - These activities **pre-date Plaintiff's trademark claims** and prove that "Kentucky Colonels" was actively used in commerce by third parties long before Plaintiff's fraudulent USPTO applications.

4. **Plaintiff's omission of Defendant's prior online presence in its trademark applications constitutes fraud on the USPTO.**

   - **15 U.S.C. § 1051(a)(3)(D)** requires applicants to disclose known third-party users of a mark.
   - Plaintiff failed to disclose Colonel.org's existence despite **direct interactions** with Defendant and its own failed legal threats.
   - This omission constitutes **a material misrepresentation and fraud**, rendering Plaintiff's trademarks invalid under **In re Bose Corp., 580 F.3d 1240 (Fed. Cir. 2009)**.

5. **Colonel.org's disclaimer contradicts Plaintiff's claim of exclusivity.**

| http://www.colonel.org/indexx.html | Go |
|---|---|

2 captures
25 Jun 2001 - 3 Aug 2001

JUN **AUG** SEP
◀ **03** ▶
2000 **2001** 2002   About this capture

# colonel.org

colonel.org

colonel.org



## Special Notice to All Colonels

### Honorable Order of Kentucky Colonels in Louisville Launches Website

It took over three years to convince the Honorable Order of Kentucky Colonels to start a website, now finally they have given into the technological revolution.

They threatened us here at colonel.org with a trademark infringement suit and were unsuccessful, now to counteract our growing popularity as an ad hoc unofficial organization and the existence of the "first original website for Colonels" they started their own official website maintained from their offices in Louisville.

The purpose of this site has run its course and it has been very successful, if you are one of the 103,000 visitors we have had over the past 3 years, thank you for your support. Now that the Honorable Order of Kentucky Colonels has an official website we suggest to all our visitors to support and see their magnificent well designed site.

We further encourage that you visit their site because their webmaster and office staff are well prepared to answer any and all questions about Kentucky Colonels and address many situations that we could not. Visit their site by clicking the image in the top right corner of this page.

### The New Future of the colonel.org Website

We are proud to have maintained our colonel.org website for three years and to have served over 1,100 Kentucky Colonels from all over the world. As the Webmaster of this site I wish to say to everyone that it has been a distinct pleasure communicating with so many interesting people, and that I look forward to continuing our relationship.

While we will be removing much of our featured content in light of the HOKC establishing their site, we do want to point out that colonel.org will remain as a site for Kentucky Colonels who are active as ambassadors in their communities and that use their honorary title in their daily lives.

I do wish to point out that the Mayalis Internet Group will be maintaining the following services through this website because we know our visitors have enjoyed receiving the services.

- vanity **colonel.org** email addresses
- searchable self-submission database and registry
- one page websites with hyperlinks

As of July 1, 2001 we will charge a nominal fee to new registrants seeking the above services of $10 per year and a $12 setup fee, or $125 for life.

Also beginning July 1, 2001 we will offer competitively priced website hosting services and solutions. All sites will be served off of Unix and Windows 2000 platforms. This offer will only be open to registered Kentucky Colonels.

- Basic - 50mb server space, 5 email addresses, with domain registration $120.00 per year
- Plus - 100mb server space, 25 email addresses, dns, with domain registration $320.00 per year
- Premium - 100mb server space, dns, multi-hosting, dedicated ip, root registration $600.00 per year

© 2000-2001 Mayalis Internet Group. All rights reserved.

webmaster@colonel.org

    

This site is not directly supported, sponsored, or funded by the Honorable Order of Kentucky Colonels.

○ The website's disclaimer explicitly **disassociates itself from Plaintiff's organization**,

   stating it is **not affiliated, associated, or supported—directly or indirectly—by HOKC**.

   - This directly contradicts Plaintiff's later claim that "Kentucky Colonels" was exclusively associated with its organization.

6. **Plaintiff benefited from Defendant's work while simultaneously working to eliminate competition.**

   - Defendant's **public notice in July 2001** encouraged Kentucky Colonels to visit Plaintiff's newly launched website.

   - **This contradicts Plaintiff's narrative that Defendant acted in bad faith or attempted to mislead the public.**

   - Plaintiff's website was launched **in response to Colonel.org's success**, proving that **Plaintiff had no original or exclusive claim to online services for Kentucky Colonels**.

## Legal Significance & Relevance

- **Judicial notice is proper under FRE 201(b)** because this archived webpage is **publicly accessible via the Internet Archive's Wayback Machine**, a widely accepted source for verifying historical internet content in court proceedings.

- **This evidence further supports Defendant's First Amendment defense**, as Plaintiff has mischaracterized his activities as infringing, when in fact **Colonel.org was a lawful, independent, commercial entity.**

- **Plaintiff's failure to disclose Defendant's prior use of "Kentucky Colonels" in commerce and online constitutes fraud on the USPTO** and further supports Defendant's claim for cancellation of Plaintiff's fraudulently obtained trademarks.