# EXHIBIT – Governor W. O. Bradley (1897)

## Governor William O. Bradley and His Staff of Kentucky Colonels (c. 1897)

## Introduction

This exhibit presents a **historically significant photograph** of **Governor William O. Bradley (1895–1899) and his official staff of Kentucky Colonels, taken in 1897**. This image serves as **documentary evidence** of the existence and formal use of the **Kentucky Colonel** title within the **governor's administration prior to the creation of The Honorable Order of Kentucky Colonels (HOKC) in 1933**.



Governor Bradley had his uniformed staff (honor guard) and more than 100 civilian colonels, Bradley was recognized as a colonel himself from the age of 14 after going to Louisville, *it is believed* that Col. John Marshall Harlan made him an honorary colonel as part of President Lincoln's Uniformed Civilians.

The **distinguished officers** in this photograph include:

- **Governor William O. Bradley** (center) – The first **Republican governor of Kentucky**, known for his progressive reforms.
- **Lieutenant H. S. Whipple, U.S.A.**
- **Colonel J. W. Wright (Bowling Green, KY)**
- **Colonel F. Ahlring (Newport, KY)**
- **Colonel Ed. Conway (Louisville, KY)**
- **Colonel Will Coles (Ashland, KY)**
- **Colonel R. Wilbur Smith (Lexington, KY)**
- **Colonel C. C. Mengel (Louisville, KY)**
- **Colonel Tom Landrum (Louisville, KY)**
- **Colonel Henry S. Cohn (Louisville, KY)**
- **Adjutant General D. R. Collier (Lancaster, KY)**
- **Colonel W. S. Forrester (Louisville, KY)**
- **Colonel Dr. A. Kimbely (Owensboro, KY)**

This **photograph directly contradicts Plaintiff's claim that the Kentucky Colonel title originated in 1813**. The historical record proves that **colonels in Kentucky were officially organized within the governor's office long before 1933, operating as aides-de-camp, military staff, and state officials.**

**Historical & Legal Significance**

Exhibit supports **judicial notice under FRE 201(b)** by providing **indisputable historical evidence:**

1. **The Kentucky Colonelcy predates Plaintiff's claimed founding in 1933** and was **an official gubernatorial designation with ties to state government**.

2. **Kentucky Colonels were historically recognized as an executive staff within the governor's office** rather than a private fraternal or charitable organization.

3. The **image demonstrates the formal structure of the Kentucky Colonelcy**, contradicting Plaintiff's misrepresentation that its organization is the exclusive inheritor of the tradition.

4. **Plaintiff's trademarks over "Kentucky Colonels" are invalid as they attempt to claim exclusive control over a historical, government-issued designation** that existed for **decades before its organization.**

This exhibit is respectfully submitted as **evidence of the longstanding gubernatorial recognition of the Kentucky Colonelcy** and its distinct status **separate from Plaintiff's claims of exclusive ownership over the name Kentucky Colonels.**