# EXHIBIT - HOGBI (1939)

## Honorable Order of the Blue Goose International (1939)

**Title:** *Kentucky Colonel Initiation Team Photo*

**Date:** August 29-31, 1939

**Location:** Hotel Netherland Plaza, Cincinnati, Ohio

**Photographer:** Moore Photo



**Description:** This **historical photograph** depicts the **Kentucky Colonel Initiation Team** of the Honorable Order of the Blue Goose International (HOBGI) during its **33rd Annual Grand Nest Meeting** in **August 1939**.

The **HOBGI was founded in Green Lake, Wisconsin, in 1906** and remains active today, with chapters known as **"Ponds" and "Puddles."** The **Kentucky Colonel Initiation Team was first formed in Chicago in 1914** by **Col. Frank G. Snyder**, consisting of distinguished members from the insurance and fraternal industries, including:

- James E. Crittenden
- Roy Hunt
- Milton C. Miller
- Claude F. Snyder, Sr.
- George R. Snyder
- Robert W. Snyder
- H. H. Crittenden
- M. B. Russell

Names Identified in the Photograph:

1. **E. C. Knoop**
2. **C. B. Tarter**
3. **R. C. Wade**
4. **G. B. Akin**
5. **J. V. Bowman**
6. **H. W. Robertson**
7. **T. J. Nicol**
8. **C. Buetenbach Jr.**
9. **F. R. Macpherson**
10. **E. C. Hill**
11. **J. Hommes**
12. **T. W. Schulze**
13. **J. R. Thompson**
14. **C. E. Fieldhouse**
15. **R. L. Meeks**

**Relevance to the Case:**

- The **use of "Kentucky Colonel" in a formal, fraternal setting predates the Plaintiff's incorporation in 1933.**

- This **further refutes Plaintiff's claim of exclusive historical ownership** over the term "Kentucky Colonel."

- The **naming conventions and ceremonial traditions** used by the Honorable Order of Kentucky Colonels (HOKC) **appear influenced by preexisting organizations like the Honorable Order of the Blue Goose International, their name too.**

- The attire, including **straw hats, string ties, and split-tail coats**, strongly resembles the original ceremonial dress introduced by Governor Blackburn, raising **questions about whether HOKC may have borrowed some of its identity from this prior organization.**

This **exhibit** directly contradicts Plaintiff's **historical claims and reinforces the necessity for judicial notice** of widespread, preexisting use of the term "Kentucky Colonel" before HOKC's incorporation.