# EXHIBIT - Summary of Self-Authenticating Exhibits

## FRE 1006 SUMMARY OF SELF-AUTHENTICATED EXHIBITS

### I. Introduction

Pursuant to **Federal Rule of Evidence 1006**, this summary exhibit consolidates **voluminous historical sources** that cannot be conveniently examined in full by the Court. These sources—spanning **newspaper archives, government records, historical books, and academic publications**—are derived from authoritative repositories—originate from **over 20,000 resources**, carefully compiled by researchers and historians including:

- **National and state newspaper archives** (*Newspapers.com, Chronicling America, Library of Congress*).

- **Historical books and manuscripts** (*Library of Congress, Kentucky Historical Society, Filson Historical Society, JSTOR, university presses*).

- **Legislative records, government proclamations, and official documents** confirming the **public and non-exclusive** status of the Kentucky Colonel title.

- **Academic journal articles** from **JSTOR, Archive.org, Kentucky Historical Society, University of Kentucky, and legal/historical reviews**.

- **Defendant's Kentucky Colonels Collection** a court ready exhibit of 120 transcribed and analyzed newspaper clippings from 1872-1972 during the Kentucky Colonel phenomena.

Two publicly accessible databases on the Kentucky Colonelcy website, curated by **readers and the website administrator**, serve as primary repositories for some of these collected materials:

- 📚 **Bibliography of Books**: https://www.kycolonelcy.us/kentucky-colonel-bibliography
- 📰 **Newspaper Article Archives**: https://www.kycolonelcy.us/american-newspaper-articles

These materials independently establish:

1. **The longstanding public domain status of the Kentucky Colonel title.**

2. **The historical use of "Kentucky Colonels" as a broad civic and social designation, independent of Plaintiff's organization.**

3. **The existence of independent Kentucky Colonel organizations and activities predating Plaintiff's incorporation.**

4. **The evolution of the Kentucky Colonel title as an honorary and cultural distinction rather than a proprietary organizational name.**

Each category is summarized below with representative examples.

---

## II. Newspaper Articles on the Kentucky Colonel Title (1833-1957)

This section highlights **selected historical newspaper articles** demonstrating:

- The **widespread public use of the Kentucky Colonel title** in civic, social, and non-commercial contexts before Plaintiff's creation in 1933 and before its incorporation in 1957.

- **References to "Honorable Order of Kentucky Colonels" appearing publicly before** Plaintiff's claimed exclusive use.

- **Multiple independent organizations and social clubs** incorporating "Kentucky Colonel" in various capacities.

**Representative Articles (20 selected examples):**

1. **"Kentucky Colonels Club"** – *Notre Dame Scholastic*, Vol. 50, Issue 33 (1916).

2. **"New Orleans Society of (Kentucky) Colonels Gives Banquet"** – *Louisville Courier-Journal*, January 9, 1908.

3. **"The Last of the Real Colonels of the Blue Grass"** – *The Herald and News*, August 8, 1922.

4. **"Thousand New Kunnels, Suh, In 25 Years"** – *Las Vegas Age*, May 26, 1931.

5. **"The Kentucky Colonel is Known to Everyone"** – *Bridgeton Pioneer*, November 2, 1916.

6. **"Kentucky Colonels Strike Birmingham in Large Bunches"** – *The Birmingham Age-Herald*, January 17, 1912.

7. **"An Old-Time Duel"** – *The Salt Lake Herald*, September 9, 1886.

8. **"How He Got His Title"** – *The Bismarck Tribune*, July 12, 1919.

9. **"Kentucky Colonels Bring Bradley Here"** – *The Washington Times*, March 4, 1909.

10. **"Salute These Colonels"** – *The Indianapolis Times*, July 31, 1930.

11. **"Kentucky Colonels Win Great Praise"** – *Frankfort Weekly News and Roundabout*, August 29, 1908.

12. **"The Kentucky Colonels"** – *The Breckenridge News*, October 17, 1906.

13. **"Kentucky Makes Santa a Colonel"** – *Hammond Times*, December 23, 1933.

14. **"Kentucky Colonels Back on Job – Illegal or Not, Rank is Restored"** – *Racine Journal Times*, April 28, 1936.

15. **"Kentucky Colonel Learns the Truth"** – *The Key West Citizen*, December 30, 1939.

16. **"Kentucky Colonels, Governor's Staff Contracts for Uniforms"** – *Hopkinsville Kentuckian*, July 4, 1908.

17. **"Kentucky Colonels and Admirals Could Operate a Good-Sized War"** – *Amarillo Daily News*, May 10, 1929.

18. **"Kentucky Home Coming Week"** – *Mount Vernon Signal*, June 8, 1906.

19. **"Exit the Kentucky Colonels"** – *Philadelphia Inquirer*, March 15, 1907.

20. **"Governor Announces the Names of Ten Honorary Colonels"** – *Daily Public Ledger*, January 14, 1908.

🚩 *Complete index of selected articles available at:*

🔗 https://www.kycolonelcy.us/american-newspaper-articles

---

## III. Historical Books & Scholarly Works on the Kentucky Colonel Title

This section highlights **selected books** that confirm:

- **The Kentucky Colonel title originated as a government-conferred honor,** not a private organization.
- The title was **widely recognized and used before Plaintiff's formation.**
- **Fraternal, civic, and cultural organizations** used "Kentucky Colonel" in **non-commercial** ways.

**Representative Books (10 selected examples):**

1. **The Kentucky Colonel: A Study in Semantics** (*American Notes & Queries*, 1947).
2. **History of the Transylvania Company** (Archibald Henderson, 1929).
3. **First Explorations of Kentucky** (J. Stoddard Johnston, 1898).

4. **Colonels, Hillbillies, and Fightin'** (Anthony Harkins, 2015).

5. **Rise of the New Elite: The Evolution of Leadership in Kentucky** (Blair M. Smith, 2013).

6. **Kentucky: A Pioneer Commonwealth** (Nathaniel Southgate Shaler, 1885).

7. **The Political Club, Danville, Kentucky, 1786-1790** (Thomas Speed, 1894).

8. **Kentucky in American Letters, 1784-1912** (John Wilson Townsend, 1913).

9. **Daniel Boone and the Wilderness Road** (H. Addington Bruce, 1910).

10. **The Conquest of the Old Southwest** (Archibald Henderson, 1920).

🚩 *Complete bibliography available at:*

🔗 https://www.kycolonelcy.us/kentucky-colonel-bibliography

---

## IV. Government & Legislative Documents on the Kentucky Colonel Title

This section includes **official government records, legislative materials, and state proclamations** confirming the **public and honorary nature** of the Kentucky Colonel designation.

**Key Documents:**

1. **Congressional Record – U.S. House of Representatives (April 2, 1936)**
   - Recognizes *Kentucky Colonels* as a **statewide honorary title**, not a proprietary organization.

2. **Kentucky Governor's Proclamations (1932-1957)**
   - Official records confirming that **Kentucky Colonel commissions were granted as honorary civilian titles, without commercial exclusivity**.

3. **Historical Acts of the Kentucky Legislature**

    - Legislative discussions affirming that **Kentucky Colonel commissions were intended as symbolic honors, not private trademarks**.

4. **Filson Historical Society Records (1930-1933)**

    - Documents the existence of an **independent Kentucky Colonels' Association**, unaffiliated with Plaintiff.

---

## V. Conclusion

The **historical, legislative, and academic sources** compiled in this summary **conclusively establish**:

1. The **Kentucky Colonel title has always been a public designation**, not an exclusive organizational name.

2. The phrase **"Honorable Order of Kentucky Colonels" appeared in public records before** Plaintiff's claimed proprietary use.

3. **Independent fraternal and civic organizations used "Kentucky Colonels" without restriction before Plaintiff's incorporation**.

4. The **Kentucky Governor's Office historically granted Colonel commissions as honorary civilian titles**, without **conveying proprietary or trademark rights**.

📃 *This summary is submitted in good-faith under **FRE 1006** to prevent undue burden on the Court and to facilitate **accurate judicial notice of self-authenticating evidence under FRE 201(b)**.*