# Exhibit B — 2014–2015 Email Reply from Defendant to Wyatt Firm Counsel Matt Williams

This exhibit contains a 2014–2015 email reply authored by **Col. David J. Wright** in response to communication from **Matt Williams**, counsel at **Wyatt, Tarrant & Combs LLP**, who contacted Defendant on behalf of the Honorable Order of Kentucky Colonels (HOKC) via Facebook. The correspondence addressed Defendant's **use of the ® symbol** on a **Facebook community page** titled *Kentucky Colonels International*.

Upon receiving the inquiry:

- Defendant **immediately corrected the typographical error**,
- Reiterated that his page was **non-commercial** and intended for community networking,
- And engaged in **civil and respectful dialogue** aimed at preventing unnecessary conflict.

No further action was taken by Plaintiff or its counsel at the time, and no claims of infringement, confusion, or brand dilution were pursued.

This document confirms:

- **Plaintiff's ongoing knowledge of Defendant's online activities**, including the "Kentucky Colonels International" name,
- **Prior opportunity to assert rights**, which was not exercised, and
- Defendant's continued **good faith**, consistent with a 20+ year pattern of public transparency and nonprofit advocacy.

This evidence directly rebuts Plaintiff's later representations to this Court that Defendant "suddenly appeared," operated in secrecy, or acted maliciously towards the Plaintiff. The Wyatt Firm's silence following this 2014 until 2015 exchange supports a finding of **waiver, estoppel, and lack of willful infringement**. It also is around the same time the Plaintiff first appeared on Facebook, while the Defendant had already been there since as early as 2007.



David Wright <problemsmith@gmail.com>

## Kentucky Colonels
2 messages

---

**David Wright** <problemsmith@gmail.com>                                Thu, Jan 8, 2015 at 7:17 PM
To: mwillliams@wyattfirm.com

Dear Mr. Williams,

I am in receipt of your letter from December 30, 2014. I understand you are counsel for the Honorable Order of Kentucky Colonels.

After reading your letter carefully I see that the only real point of concern is the use of the 'R' symbol in the establishment of our commission.

Considering that we are non requesting funds, selling goods, or engaged in commerce I sincerely doubt any damages have occurred. Inasmuch we will remove the R symbol immediately to avoid further alleged confusion.

We are also willing to make a disclaimer in the about section of the Facebook page and on the other social media sites like Twitter, LinkedIn, Google and Idealist as necessary.

Our intentions involve fraternity of Kentucky Colonels and international networking there are brigades in formation in Toronto and England as well as other places. We have discussed this with HOKC several years ago with little cooperation, but legally we have the same right to access that they have to who becomes a Kentucky Colonel (unless they are getting peoples names in a fishy sort of way), after all they are a nonprofit corporation not affiliated directly with the government correct?

We are not using the term "Kentucky Colonels" in our name Kentucky Colonels International for goods or services, however there are a great number of people who do including the basketball team, the musicians and even a restaurant that sells BBQ called Kentucky Colonels BBQ, we are not affiliated with them either.

Considering the governor makes people a Kentucky Colonel has little to do with your organization. The HOKC was organized as an opportunistic charity and development to market goods and services from what you are telling me. From what I understand membership is free and not mandatory there are many Kentucky Colonels that never patronize HOKC.

Our plans currently include giving away free medallions and membership cards in the near future we have over 1000 registrants.

I responded to your letter as requested within 10 days and will correct the webpage asap and include a disclaimer as suggested. If you wish to call me you can reach me in Belize at +501 650 1291


## David "Jeff" Wright

Principle Works and Pursuits
Ekobius International Camp (Amazonas, Venezuela)
Globcal International Cooperative Commission (International)

Personal FB
problemsmith@gmail.com