# Exhibit D – Plaintiff's Membership Confirmation Letter To Col. David J. Wright (January 16, 2020)

**Description:** This exhibit consists of a letter and attached honorary commission card sent to **Col. David J. Wright** by the Plaintiff, the **Honorable Order of Kentucky Colonels (HOKC)**, dated **January 16, 2020**, just **three weeks before the Plaintiff filed suit** against Defendant. The letter confirms a $25 charitable donation submitted by Defendant on **January 13, 2020**, and reaffirms his **active membership** and **commissioned status** as a Kentucky Colonel.

**Key Legal Significance in the Rule 11 Motion:**

- This letter **directly contradicts Plaintiff's sworn allegations** in the Verified Complaint [DE-1] and Motion for TRO [DE-7], which falsely characterized Defendant as an outsider who "suddenly appeared" or created "confusion."

- Plaintiff's counsel failed to disclose this communication to the Court while asserting claims of irreparable harm, infringement, and confusion.

- This letter is **objective proof** that Plaintiff continued to recognize Defendant as a legitimate, active Colonel with rights of association, participation, and donation **just weeks before initiating litigation.**

- The communication fatally undermines any claim of "willful" infringement or deception, and it supports Defendant's argument that this case was brought in **retaliation for protected advocacy** and the rejection of a merger proposal.

This exhibit is further evidence that Plaintiff's counsel made **material factual misrepresentations to the Court**, violated their **duty of candor**, and pursued injunctive relief by suppressing documentation inconsistent with their narrative—conduct squarely sanctionable under **Rule 11(b)(3)**.

NATIONAL HEADQUARTERS
943 South First Street
Louisville, KY 40203
KYColonels.org



502 266-6114 HQ
502 266-6848 Membership
855 214-8290 Colonels Store
502 266-6643 Fax

January 16, 2020

Colonel David Wright
302 General Smith Dr
Richmond, KY 40475-8886

Dear Colonel Wright!

Thank you for your gift of $25 and your support of the Good Works Program. Through this program, the Kentucky Colonels support worthy nonprofits throughout the Commonwealth. In 2019, the Colonels awarded $2.1 million in grants that touched over 3.9 million Kentuckians.

The IRS recognizes the Kentucky Colonels as a 501(c)(3), nonprofit organization; thus, your gift may be tax-deductible. Please retain this letter as a tax receipt.

Thank you for continuing to support the Good Works Program through your charitable giving!

Sincerely,

*Sherry Crose*

Colonel Sherry Crose
Executive Director

Tax ID# 61-0485432

Gift: $25 / Credit Card / 1/13/2020
Note: The Kentucky Colonels affirms that no goods or services are provided in exchange for donation

