# Exhibit F — Coordinated Media Releases & Membership Communications by HOKC (2020–2023)

This composite exhibit contains five public-facing communications disseminated by the Plaintiff—the Honorable Order of Kentucky Colonels (HOKC)—to its donor and membership base between February 2020 and August 2023. These releases were issued in close temporal connection to procedural litigation events and appear to have been prepared or approved in consultation with Plaintiff's counsel, Cornelius E. Coryell II, and coordinated by Executive Director **Sherry Crose** and Board Member **Nick Ising, owner of Current 360,** which handles the public relations and news releases for the Plaintiff.

The communications include:

1. **February 29, 2020 Email to All Members** – Distributed immediately after filing suit, this letter preemptively accuses Defendant's organization of hostility, fraud, and illegality—despite Defendant's 23-year membership, IRS status, and merger proposal just weeks earlier. It falsely claims Defendant's organization is "not even a legal entity" and represents Defendant's protected speech and advocacy as a threat to goodwill.

2. **February 2020 Press Release** – Official HOKC statement issued to news outlets, repeating many of the same factual misrepresentations.

3. **August 2020 Member Letter** – Sent by Sherry Crose directly to members (including the Defendant), repeating disputed legal claims while litigation was active.

4. **January 2023 Press Release** – Released in anticipation of renewed court filings, characterizing Defendant's blog activity as if it violated a permanent injunction.

5. **August 2023 Press Release** – Issued following procedural rulings, again disparaging the Defendant while litigation remained ongoing on appeal.

Together, these communications show a pattern of:

- Retaliatory use of legal process as a **public relations tool**,

- Efforts to **defame and isolate the Defendant** from the Kentucky Colonel community where he was a member for 23 years (1996-2000),

- And improper **influence on public perception** of a pending federal case—potentially tainting future jurors, witnesses, or judicial review.

This evidence supports sanctions under **Rule 11(b)(1)-(3)** and demonstrates that Plaintiff's counsel knowingly used litigation not to resolve a bona fide legal dispute, but to damage a critic and suppress nonprofit reform through strategic media manipulation and the court.



Contact: Sherry Crose
502-266-6114

scrose@kycolonels.org

### KENTUCKY COLONELS ORGANIZATION MOVES TO PROTECT HISTORIC TRADEMARK

The Honorable Order of Kentucky Colonels, first established in 1931 by Kentucky Governor Flem D. Sampson, filed suit in United States District Court for the Western District of Kentucky on Thursday, February 20th to quash an attempt by an unaffiliated group to hijack its trade name and intentionally create confusion through deceptive use of "Kentucky Colonels."

The shadow group, calling itself Kentucky Colonels International (KCI), first popped up on social media and recently launched a website (kycolonels.international) which seeks donations for support and touts a paid registry for its "members." Contrary to the claims made on its website, KCI is not recognized by the IRS as a tax-exempt organization.

The Honorable Order of Kentucky Colonels (HOKC) is a nonprofit, tax-exempt corporation which has made more than 3,500 grants—totaling more than $29 million—to nonprofit organizations across Kentucky in the last 20 years. Since 1951, HOKC has made more than 7,300 grants, totaling nearly $51 million and currently has more than 30,000 active members across the US and in 46 countries.

"This action is important because people are being confused by the deliberate efforts of this entity and we must defend the goodwill built over many decades by individual Colonels and The Honorable Order," said Executive Director Sherry Crose. "The 'Kentucky Colonels' mark is our federally registered trademark and it represents individuals who honor their commission and charitable efforts."

HOKC is also seeking a temporary restraining order and preliminary injunction against KCI.

**About The Honorable Order of Kentucky Colonels, Inc.**

HOKC is a 501(c)(3) dedicated to supporting charitable activities throughout the Commonwealth of Kentucky. For decades, HOKC has pursued its mission through annual grants to charities across the state. This grant-making function is funded by generous donations of its active members. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, Kentucky Colonels.

#####

From: **Kentucky Colonels** <info@kycolonels.org>
Date: Sat, Feb 29, 2020 at 06:01
Subject: Kentucky Colonels Moves to Protect Historic Trademark
To: Nicholas Wright <nicholas.wright@globcal.net>



Dear Colonel Wright,

We are reaching out to inform you about a lawsuit recently filed on behalf of the Honorable Order of Kentucky Colonels in United States District Court for the Western District of Kentucky. This legal action is against a Kentucky corporation whose name is Ecology Crossroads Cooperative Foundation, but which holds itself out as Kentucky Colonels International (KCI).

After careful consideration, we are compelled to take this step in order to protect our good name and to put a stop to activities that infringe on that and that create confusion amongst our members and the public at large. This group is now seeking donations and also touts a paid registry for its "members." Contrary to the claims made on its website, KCI is not recognized by the IRS as a tax-exempt organization and is not even a legal entity.

KCI has at times been hostile to HOKC and at other times has sowed confusion as to whether the two of us are somehow affiliated. Its activities have grown increasingly troubling. The group is attempting to profit by mimicking our identity, by impinging on our trademark rights, and by soliciting funds as if it has some sort of Good Works Program similar to ours.

As these activities have gotten worse, we feel the need to step forward and protect our organization and its trademark, as well as the enormous goodwill and widespread reputation associated with that trademark. We want you to know that we take the Kentucky Colonels' reputation and mark seriously and will continue to protect them.

As always, we thank you for your continued support for this historic organization and its impact on the Commonwealth's charitable organizations and endeavors. We also appreciate your efforts within your communities to make them a better place to live.

Sincerely,

*Lynn Ashton*                    *Sherry Crose*

General Lynn Ashton              Colonel Sherry Crose
Commanding General               Executive Director

FOR IMMEDIATE RELEASE

Contact: Sherry Crose
scrose@kycolonels.org
502-266-6114



**KENTUCKY COLONELS ORGANIZATION PREVAILS IN PROTECTION OF HISTORIC TRADEMARK**

In a resolution to a January complaint filed by The Honorable Order of Kentucky Colonels (HOKC), the United States District Court for the Western District of Kentucky has issued its findings in (ADJ) favor of the 92-year-old charitable organization. The suit sought to enforce a 2020 agreed permanent injunction which prohibited Kentucky Colonels International and associated defendants from using the trademarked Kentucky Colonels name in the sale of branded merchandise bearing the moniker as well as attempted fundraising in brazenly and deceptively use of its trademarks and trade name for personal enrichment.

Those individuals had created unauthorized groups, deceptively identifying themselves as "Kentucky Colonel," "Kentucky Colonel Community," "Kentucky Colonel Club," and "Kentucky Colonel™ 1775," linking to websites including "Kentucky Colonelcy: The Honorable & Official Title" and "Office of the Colonelcy."  Among other things, the groups are soliciting registry dues and licensing fees from commissioned Kentucky Colonels to be considered an "official" Kentucky Colonel and marketing "official" badges and "official" ID cards. The January Complaint filed by HOKC can be viewed here.

In her 13-page ruling.  U.S. District Court Judge Rebecca Grady Jennings held the defendant in contempt of the 2021 agreed permanent injunction and ordered them to cease use of the Kentucky Colonels trademark. Further, Jennings awarded HOKC $7500 in compensatory damages plus attorneys' fees.

HOKC is a nonprofit, tax-exempt corporation that has made more than 3,800 grants—totaling more than $32 million—to nonprofit organizations across Kentucky in the last 21 years. Since 1951, HOKC has made more than 8,000 grants, totaling over $60 million and currently has more than 30,000 contributing members across the U.S. and in 59 countries.  Kentucky Colonels are appointed by the Governor of the Commonwealth and are Colonels for life.  A Kentucky Colonel can selectively decide to join the long-standing HOKC and contribute to help make the lives of citizens in the Commonwealth better.

"We are obliged to our contributors, and by law, to protect our federally registered trademarks, said Executive Director Colonel Sherry Crose. "People who know 'Kentucky Colonels' by our various marks, including contributors and the hundreds of nonprofits to which we provide much-needed grants, respect the integrity of the Honorable Order and hold us in high esteem as a philanthropic organization. When someone creates confusion with similar names, merchandise, and foundations that encroach on our trademarks, we are forced to act in defense of our intellectual properties and our reputation. We are happy to have this chapter behind us and focus our efforts on distributing the $3.1 million we awarded in grants this year and communicating our activities to our beloved contributors."

**About The Honorable Order of Kentucky Colonels, Inc.** HOKC is a 501(c)(3) dedicated to supporting charitable activities throughout the Commonwealth of Kentucky.  For decades, HOKC has pursued its mission through annual grants to charities across the state. This grant-making function is funded by generous donations of its contributing members. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, Kentucky Colonels®.

is our federally registered trademark for our charitable fundraising services and grant gifting, social club services for members, and promoting the interests of members. It represents individuals who honor their commission and charitable efforts." HOKC is seeking another injunction against Globcal International, Ecology Crossroads Cooperative Foundation, Inc., David J. Wright, and other unknown defendants.



The commission of Kentucky Colonel is the highest title of honor bestowed by the Governor of Kentucky. It is recognition of an individual's noteworthy accomplishments and outstanding service to our community, state and nation.

Dear Colonel Wright,

I'm writing to inform you that the Honorable Order of Kentucky Colonels received a very favorable ruling this month in our defense of the HOKC trademark.

US District Court Judge Rebecca Grady Jennings ruled in favor HOKC's effort to prohibit a group calling itself Kentucky Colonels International (KCI) from using the registered Kentucky Colonels trademark—or any mark similar—in a competitive, confusing, or deceitful manner.

KCI had sought to circumvent a previous restraining order by changing its name to Kentucky Colonel Foundation, a move which the Court found to make the distinction between the entities even less clear.

You can read the full August 13th ruling here.

Respectfully,

*Sherry Crose*

Colonel Sherry Crose
Executive Director

P.O. Box 3995 • 943 South First Street • Louisville, KY 40203 • United States • Click here to unsubscribe.



**Contact: Sherry Crose**
502-266-6114

Scrose@KyColonels.org

## SETTLEMENT REACHED IN KENTUCKY COLONELS' TRADEMARK DISPUTE

A trademark infringement lawsuit brought by the Honorable Order of Kentucky Colonels (HOKC) has been resolved through a mutually agreed upon settlement.

The suit, filed by HOKC in February 2020, was brought to thwart an attempt by an unaffiliated group to misappropriate HOKC's trade name and the federally-registered KENTUCKY COLONELS trademark.  This organization had attempted to market services, solicit "charitable donations," and otherwise financially benefit using a variety of confusingly similar names, including "Kentucky Colonels International" and "Kentucky Colonel Foundation," on websites and across social media.

The unauthorized use of HOKC's federally registered trademarks created confusion among HOKC members and nonprofits HOKC supports through charitable grants.

The settlement prohibits future infringement by the third party through an [Agreed Permanent Injunction](#) based on a [Preliminary Injunction Order](#) entered in August 2020. No financial consideration was included as part of the settlement.

"This outcome is important to the protection of the KENTUCKY COLONELS mark and trade name, and helps ensure that the goodwill generated by the charitable acts of HOKC is not usurped or misused by others to recognize personal gain," said HOKC Executive Director Sherry Crose. "HOKC will defend its good name, built over many decades by individual Colonels and The Honorable Order."

The Honorable Order of Kentucky Colonels is a nonprofit, tax-exempt corporation which has made more than 3,500 grants—totaling more than $30 million—to nonprofit organizations across Kentucky in the last 20 years. Since 1951, HOKC has made more than 7,300 grants—totaling more than $50 million—and currently has more than 30,000 contributing members across the US and in 46 countries.

**About The Honorable Order of Kentucky Colonels, Inc.**

HOKC is a 501(c)(3) entity dedicated to supporting charitable activities throughout the Commonwealth of Kentucky. The organization is governed by an all-volunteer Board of Trustees. The "Kentucky Colonel" commission is an honorary title granted by the Governor of the Commonwealth of Kentucky.  For decades HOKC has pursued its mission through annual grants to charities across the state, funded by the generous donations of its contributing Colonels. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, KENTUCKY COLONELS.

#####



David Wright <david.wright@globcal.net>

## [COLONELS] [🌐] Fwd: HOKC Moves Again to Protect Historic Trademark

**Bill Richards** <palerider.hart@gmail.com>  Sat, Jan 28, 2023 at 12:17 PM
To: webmaster@colonels.net

---------- Forwarded message ---------
From: **Kentucky Colonels** <info@kycolonels.org>
Date: Sat, Jan 28, 2023 at 6:03 AM
Subject: HOKC Moves Again to Protect Historic Trademark
To: William Richards <palerider.hart@gmail.com>



The commission of Kentucky Colonel is the highest title of honor bestowed by the Governor of Kentucky. It is recognition of an individual's noteworthy accomplishments and outstanding service to our community, state and nation.

Dear Colonel Richards,

We are reaching out to inform you, unfortunately again, about a lawsuit recently filed on behalf of the Honorable Order of Kentucky Colonels in United States District Court for the Western District of Kentucky. This suit continues to block efforts by certain individuals to brazenly and deceptively use its trademarks and trade name for personal enrichment. HOKC is seeking another injunction against Globcal International, Ecology Crossroads Cooperative Foundation, Inc., David J. Wright, and other unknown defendants.

Since the Permanent Injunction entered by the Court in February 2021, HOKC attorneys have been monitoring this corporation for compliancy. However now, those parties have created unauthorized groups, deceptively identifying themselves as "Kentucky Colonel," "Kentucky Colonel Community," "Kentucky Colonel Club," and "Kentucky Colonel™ 1775," linking to websites including "Kentucky Colonelcy: The Honorable & Official Title" and "Office of the Colonelcy." The groups are soliciting registry dues and licensing fees from commissioned Kentucky Colonels to be considered an "official" Kentucky Colonel and marketing "official" badges and "official" ID cards.

We are stepping in to protect HOKC's philanthropic reputation, goodwill, and intellectual

property and to put a stop to activities that create confusion amongst Kentucky Colonels and the public at large. To view the full press release, click here.

As always, we thank you for your continued support for this historic organization and its impact on the Commonwealth's charitable organizations and endeavors.  We also appreciate your efforts within your communities to make them a better place to live.

Sincerely,

General Gary W. Boschert
Commanding General

Colonel Sherry Crose
Executive Director

Connect With Us

  

502-266-6848

943 South First Street • Louisville, KY 40203 • United States • Click here to unsubscribe.

View this email in your browser

--
Sent from Gmail Mobile



FOR IMMEDIATE RELEASE

Contact: Sherry Crose
scrose@kycolonels.org
502-266-6114

**KENTUCKY COLONELS ORGANIZATION MOVES AGAIN TO PROTECT HISTORIC TRADEMARK**

The Honorable Order of Kentucky Colonels (HOKC) filed suit in the United States District Court for the Western District of Kentucky on January 25, 2023 to continue to block efforts by certain individuals to brazenly and deceptively use its trademarks and trade name for personal enrichment.

Those individuals have established unaffiliated organizations, websites, and social media identities intended to create confusion amongst Kentucky Colonels and the general public.  Specifically, those parties have created unauthorized groups, deceptively identifying themselves as "Kentucky Colonel," "Kentucky Colonel Community," "Kentucky Colonel Club," and "Kentucky Colonel™ 1775," linking to websites including "Kentucky Colonelcy: The Honorable & Official Title" and "Office of the Colonelcy." Among other things, the groups are soliciting registry dues and licensing fees from commissioned Kentucky Colonels to be considered an "official" Kentucky Colonel and marketing "official" badges and "official" ID cards. The Complaint filed by HOKC can be viewed [here](#).

HOKC is a nonprofit, tax-exempt corporation which has made more than 3,500 grants—totaling more than $29 million—to nonprofit organizations across Kentucky in the last 20 years.  Since 1951, HOKC has made more than 8,000 grants, totaling over $60 million and currently has more than 30,000 contributing members across the U.S. and in 59 countries.  Kentucky Colonels are appointed by the Governor of the Commonwealth and are Colonels for life.  A Kentucky Colonel can selectively decide to join the long-standing HOKC and contribute to help make the lives of citizens in the Commonwealth better.

"This action is again important because Colonels and those who are not Colonels continue to be confused by the deliberate efforts of the same parties who agreed not to engage in such conduct through a Permanent Injunction entered by the Court in February 2021.  We must defend the philanthropic reputation, goodwill, and intellectual property ([including registered trademarks](#)) built over many decades by individual Colonels and The Honorable Order," said Executive Director Sherry Crose.  "The 'Kentucky Colonels' mark is our federally registered trademark for our charitable fundraising services and grant gifting, social club services for members, and promoting the interests of members. It represents individuals who honor their commission and charitable efforts." HOKC is seeking another injunction against Globcal International, Ecology Crossroads Cooperative Foundation, Inc., David J. Wright, and other unknown defendants.

**About The Honorable Order of Kentucky Colonels, Inc.** HOKC is a 501(c)(3) dedicated to supporting charitable activities throughout the Commonwealth of Kentucky.  For decades, HOKC has pursued its mission through annual grants to charities across the state. This grant-making function is funded by generous donations of its contributing members. Though the corporate name is The Honorable Order of Kentucky Colonels, most know it by its long-term trademark, Kentucky Colonels®.

###