# Exhibit H – Legal Analysis of Fraudulent Applications

The trademark filings by the Honorable Order of Kentucky Colonels (HOKC) reflect a calculated effort to monopolize a widely used descriptive term—"Kentucky Colonels"—through improper legal tactics. Rather than protect legitimate commercial goodwill, many of these applications appear to have been filed for the **sole purpose of fabricating standing** in litigation initiated just days later.

The term "Kentucky Colonels" is inherently descriptive, referencing an honorary title bestowed by the Governor of Kentucky upon hundreds of thousands of individuals since the 19th century. It is a term rooted in the public domain, with no inherent source-identifying function. As recognized by the same court in *HOKC v. Building Champions, LLC*, 345 F. Supp. 2d 716 (W.D. Ky. 2004), HOKC does not possess exclusive rights to the term.

Despite this precedent, Plaintiff's counsel submitted three new applications under 15 U.S.C. § 1051(a) on **February 17, 2020—just three days before filing this lawsuit**. These filings:

- Assert first-use dates (e.g., 1931, 1951) that **predate HOKC's 1957 incorporation**;
- Omit disclosure of known concurrent users, including the Defendant;
- Co-opted the date of 1931 from a historical recorded event with Gov. Flem Sampson meeting with the 1930-1933 "Kentucky Colonels Association" that evolved from an earlier Kentucky Colonels Club established circa 1905;
- And falsely imply that the term "Kentucky Colonels" has acquired exclusive fame or secondary meaning associated only with the Plaintiff for a limited group of consumers.

Each application was supported by sworn declarations under **37 C.F.R. § 2.33**, despite lacking factual or legal foundation for exclusivity. The filings attempt to trademark a governmental title—one **ineligible for private monopolization under core principles of trademark law**.

When examined against HOKC's original 1981 application (Reg. No. 1227024), signed by board member Robert A. Metry and declaring a first-use date of May 10, 1957, these later filings reflect **a shifting origin story tailored to litigation**—a hallmark of bad faith.

Compounding this issue is the dual role of the law firm Wyatt, Tarrant & Combs, LLP. The firm's attorneys not only filed the applications containing the inconsistent dates, but a partner simultaneously serves on the Plaintiff's board—raising clear conflict of interest concerns and ethical red flags. These actions facilitated misuse of the legal system to suppress a lawful nonprofit critic and concurrent user.

**Conclusion —** The trademark filings detailed below demonstrate a pattern of **manufactured rights, misrepresented first-use dates, and strategic misstatements** intended to mislead both the USPTO and this Court. These practices support sanctions under Rule 11, implicate fraud under **15 U.S.C. § 1120**, and warrant cancellation of registrations obtained through these means.

## Trademark Chronology and Legal Analysis

Below is a chart summarizing the Honorable Order of Kentucky Colonels trademarks by their application filing date, followed by an analysis.

| Application Registration Date Applied | Mark Type Purpose | Classes US & Intl | First-Use Anywhere | First-Use in Commerce | Attorney Law Firm | Notations, Comments & Observations |
|---|---|---|---|---|---|---|
| Application Number: **73299122** Registration Number: 1227024 Application Date: Mar. 02, 1981 | Honorable Order of Kentucky Colonels Wordmark Services | US: 100 Intl, 042 | May 10, 1957 Original Application (1934) | 1957 | Julie Laemmle Watts Wyatt, Tarrant & Combs | Original Applicant: Robert A. Metry Board Member in 1981 This trademark aligns with the incorporation date. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Application Number:<br><br>**76499062**<br><br>Registration Number:<br><br>2812681<br><br>Application Date:<br><br>Mar. 10, 2003 | Kentucky Colonels<br><br>Wordmark<br><br>Products | US:001, 002, 007, 012, 013, 014, 019, 022, 023, 025, 027, 028, 029, 030, 033, 037, 039, 040, 042, 050<br><br>Intl: 006, 014, 021, 022, 025, 026 | 2002 | 2002 | Julie Laemmle Watts<br><br>Wyatt, Tarrant & Combs | Application signed by Steven Snyder of Wyatt, Tarrant & Combs<br><br>First-use aligns with alleged and confirmed start of public commercial activity. |
| Application Number:<br><br>**86168292**<br><br>Registration Number:<br><br>4596450<br><br>Application Date:<br><br>Jan. 17, 2014 | Kentucky Colonels<br><br>Wordmark<br><br>Products | US: 002, 008, 009, 017<br><br>Intl: 034 | 2002 | 2002 | Matthew A. Williams<br><br>Julie Laemmle Watts<br><br>Wyatt, Tarrant & Combs | For Cigars.<br><br>First-use aligns with alleged start of public commercial activity.<br><br>CANCELLED. |
| Application Number:<br><br>**86690496**<br><br>Registration Number:<br><br>4939909<br><br>Application Date:<br><br>Jul. 12, 2015 | Honorable Order of Kentucky Colonels<br><br>Wordmark<br><br>Services | US: 100, 101, 102<br><br>Intl: 036 | 1957 | 1957 | Julie Laemmle Watts<br><br>Wyatt, Tarrant & Combs | Application Signed by Matthew Williams.<br><br>Reasserts the incorporation date as first use. |
| Application Number:<br><br>**88423336**<br><br>Registration Number:<br><br>5981310<br><br>Application Date:<br><br>May 09, 2019 | Kentucky Colonels<br><br>Wordmark<br><br>Products | US: 046<br><br>Intl: 030 | 2017 | 2017 | Julie Laemmle Watts<br><br>Wyatt, Tarrant & Combs | Application Signed by Matthew Williams.<br><br>First-use is after the alleged start of public commercial activity. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Application Number: **88800020** Registration Number: 6286056 Application Date: Feb. 17, 2020 | Kentucky Colonels Wordmark Services | US: 100, 101, 102 Intl: 036 | 1931 | 1951 | Julie Laemmle Watts Wyatt, Tarrant & Combs | Claims first-use predating incorporation and recorded historical founding in 1933, potentially problematic for an unincorporated entity. |
| Application Number: **88800035** Registration Number: 6236898 Application Date: Feb. 17, 2020 | Kentucky Colonels Wordmark Services | US: 100, 101, 107 Intl: 041 | 1931 | 1995 | Julie Laemmle Watts Wyatt, Tarrant & Combs | Claims first-use predating incorporation and recorded historical founding in 1933, potentially problematic for an unincorporated entity. |
| Application Number: **88800038** Registration Number: 6292185 Application Date: Feb. 17, 2020 | Kentucky Colonels Wordmark Services | US: 100, 101, 102 Intl: 035 | 1931 | 1951 | Julie Laemmle Watts Wyatt, Tarrant & Combs | Claims first-use predating incorporation and recorded historical founding in 1933, problematic for an unincorporated entity. |
| Application Number: **97126292** Registration Number: 6939801 Application Date: Nov. 15, 2021 | Kentucky Colonels Wordmark Products | US: 047, 049 Intl: 033 | 2019 | 2019 | Julie Laemmle Watts Wyatt, Tarrant & Combs | First-use is after the alleged start of public commercial activity. |

**Summary Analysis and Observations**

This table reflects a series of trademark applications filed by the Honorable Order of Kentucky Colonels (HOKC) and prosecuted by attorneys at Wyatt, Tarrant & Combs LLP. Of these, only the 1981 registration (No. 1227024), signed under oath by Board Member Robert A. Metry, aligns with the organization's historical incorporation date (May 10, 1957) and prior sworn statements.

Subsequent applications contain materially conflicting and often historically implausible assertions of first use. Several, such as USPTO Serial Nos. **88800020, 88800035, and 88800038**, were filed just **three days before this litigation began** and claim first use as early as **1931 or 1951**—despite these dates contradicting the 1981 sworn declaration that first use occurred in 1957.

These discrepancies raise serious concerns under **15 U.S.C. § 1120** (fraud in trademark procurement) and **37 C.F.R. § 11.18(b)** (duty of candor to the USPTO). Notably, **Julie Laemmle Watts** and **Matthew A. Williams**, both attorneys with Wyatt, signed off on these filings and repeated the contradictory first-use claims. The use of these trademarks in pleadings without disclosing the inconsistencies reflects a pattern of misrepresentation both to the Court and the USPTO.

The **second chart (below)**, summarizing pending and supplemental applications, continues this pattern by falsely asserting first-use dates of **1954—three years before HOKC was legally incorporated**. These dates have no reliable basis in historical filings or prior use declarations and further illustrate a systematic attempt to backdate priority rights. The HOKC existed as an unincorporated social club or civic association from 1933 until 1957 when it was incorporated by J. Fred Miles.

This documented pattern of conflicting claims and strategically timed filings supports the Defendant's assertion that Plaintiff's trademark portfolio has been artificially constructed to create an illusion of exclusive, long-standing rights where none lawfully exist.

# New Trademark Application

**COLONEL HONORABLE ORDER OF KENTUCKY**

**COLONELS COMMONWEALTH OF KENTUCKY**



US Serial Number Application: 98765692 (Pending)

| Class (US & International) | First-Use Anywhere | First-Use in Commerce | Notes & Comments |
|---|---|---|---|
| US: 002, 027, 028, 050 International: 014 (Jewelry) | 1954 | 2003 | First use predates incorporation, potentially problematic. Use in commerce aligns with alleged start of public commercial activity. |
| US: 002, 013, 022, 025, 032, 050 International: 020 (Wood bourbon barrel head) | 1954 | 2003 | First use predates incorporation, potentially problematic. Use in commerce aligns with alleged start of public commercial activity. |
| US: 002, 013, 023, 029, 030, 033, 040, 050 International: 021 (Drinkware) | 1954 | 1978 | First use predates incorporation, potentially problematic, 1978 use was noncommercial with members. |
| US: 042, 050 International: 024 (Fabric flags; Kitchen towels) | 1954 | 1987 | First use predates incorporation, potentially problematic. |
| US: 022, 039 International: 025 (Clothing) | 1954 | 1987 | First use predates incorporation, potentially problematic. |
| US: 100, 101, 102 International: 035 (Association services) | 1954 | 1987 | First use predates incorporation, potentially problematic. |
| US: 100, 101, 102 International: 036 (Charitable fundraising) | 1954 | 1954 | First use predates incorporation, potentially problematic. Use in commerce predates alleged start of public commercial activity. |
| US: 100, 101, 107 International: 041 (Social club services) | 1954 | 1954 | First use predates incorporation, potentially problematic. Use in commerce predates alleged start of public commercial activity. |
| US: 100, 101 International: 042 (Eleemosynary Services) | 1954 | 1954 | First use predates incorporation, potentially problematic. Use in commerce predates alleged start of public commercial activity. |

## Inculpatory Evidence of Overreach

Apparently the Honorable Order of Kentucky Colonels ("HOKC"), while thriving as a social club until its incorporation in 1957 when it used a "round seal" as opposed to an "oval seal" until at least 1992 when it amended its Articles of Incorporation. What is clear is that the HOKC today in obtaining trademarks has a tendency to exaggerate its claims and overreach its legal boundaries with assumptive claims that once honored and respected it. See the images below.



The Honorable Order of Kentucky Colonels Derby Eve Dinner Program from April 13, 1954 at the Kentucky Hotel.





This exhibit demonstrates that the organization had a primary focus of promoting the Kentucky Derby on the evening prior to the event when many people came for Derby festivities often arriving in Louisville from across the United States a day or two before the big race.

## Honorary Membership Cards

The Honorable Order of Kentucky Colonels recognized its members with "honorary membership cards" as early as 1957. In 1960, due to high demand the organization began using the year on the membership cards in order to generate annual funding. All these cards used a 'round' as opposed to an 'oval' seal until around 1992.



Honorable Order of Kentucky Colonels honorary membership card pre-incorporation 1956-1960.

(uses round state seal)



Honorable Order of Kentucky Colonels honorary membership card, perhaps first year to use date post-incorporation.

(uses round state seal)



Honorable Order of Kentucky Colonels honorary membership card using annual date post-incorporation.

(uses round state seal)

## Drinkware Claim

These photos illustrate that the 'oval seal' was not used on drinkware nor was it produced for the Honorable Order of Kentucky Colonels; these silver plated 'mint julep' cups were produced and manufactured by Gorham E.P. Wilson "Kimmel Ltd." from 1980-1984 and were sold and distributed to VIPs at the Kentucky Derby, not by the Honorable Order of Kentucky Colonels, a tribute to them.



Gorham E.P. Wilson "Kimmel Ltd." Silver Plated Mint Julep Cups



Gorham Electro-Plate Cups Mark on bottom of cups.

## Earliest Known Use of the Oval Seal

The original oval seal was first used in the 1980s as can be seen here on the cover of the Honorable Order of Kentucky Colonels Barbecue invitation program at the Wickland Estate for the Kentucky Derby in 1983. This is inculpatory evidence that the new USPTO claim of first-use ever in 1954 is false.



Program cover from 1983 barbecue for the Honorable Order of Kentucky Colonels Barbecue at the Wickland Estate in Bardstown.



Original printed cover of the Tenth Annual Derby Eve Dinner Program 1946 while the Honorable Order of Kentucky Colonels was still an unincorporated social club dedicated to the promotion of the Kentucky Derby and having a good-time before becoming engaged in philanthropy.

Note: Uses round seal of the state.

