UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.  )<br><br>   PLAINTIFF                          )<br><br>v.                                                )<br><br>KENTUCKY COLONELS INTERNATIONAL, et al.   )<br><br>   DEFENDANTS                       ) | CIVIL ACTION NO. 3:20CV-132-RGJ |

**PLAINTIFF'S MOTION FOR RETURN OF BOND**

On February 27, 2020, pursuant to the Court's Order, Plaintiff, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), posted a bond of $1,000 that was deposited in the Court's registry fund. Because this matter has been concluded, HOKC respectfully requests the Court enter an order directing the return of that amount to HOKC.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served upon the following, via electronic mail, on the 8th day of April, 2025:

David J. Wright
david.wright@globcal.net
Edificio Torre 997, Local B
San Juan, Caracas
Distrito Capital, Venezuela 1021

                                          */s/ Cornelius E. Coryell II*
                                          *Counsel for Plaintiff, the Honorable Order of Kentucky Colonels, Inc.*

101911793.1