UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Apr 08, 2025

| | |
|---|---|
| THE HONORABLE ORDER OF KENTUCKY COLONELS, INC.<br>   Plaintiff<br><br>vs.<br><br>COL. DAVID J. WRIGHT<br>   Defendant | Civil Action No. 3:20-cv-00132-RGJ<br><br>OBJECTION TO MOTION FOR RETURN OF BOND |

# DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR RETURN OF BOND [DE-177]

**TO THE HONORABLE COURT:**

Defendant, Col. David J. Wright, appearing *pro se*, hereby submits this Objection to Plaintiff's Motion for Return of Bond [DE-177], and states as follows:

1. Plaintiff's **motion is premature and improper in light of ongoing post-judgment proceedings**. Defendant has recently filed the following:

   - Notice of Intent for Rule 11 Sanctions [DE-169],
   - Motion to Recuse [DE-170],
   - Motion for Judicial Notice [DE-171], and
   - Motion for Rule 11 Sanctions [DE-176].

These filings raise serious questions regarding the legitimacy of the injunction and the conduct of the Plaintiff in securing that relief.

2. Pursuant to Federal Rule of Civil Procedure 65(c), a security bond remains in place to protect a party later found to have been wrongfully enjoined. See *Blue Cross & Blue Shield Mut. of Ohio v. Blue Cross & Blue Shield Ass'n*, 110 F.3d 318, 334 (6th Cir. 1997).

3. Premature return of the bond would deprive Defendant of the right to seek recovery under Rules 59(e), 60(b), and 11(c), and would eliminate financial security for potential damages arising from wrongful injunction.

4. This Court has acknowledged in *Carhartt, Inc. v. Innovative Textiles, Inc.*, No. 3:05-CV-413-S, 2007 WL 1071521, at *1 (W.D. Ky. Apr. 9, 2007), that it is proper to retain bond funds until all post-judgment motions or appeals are resolved.

5. Plaintiff will suffer no prejudice by temporary retention of the bond, while premature release may irreparably prejudice Defendant. See *Siemer v. Nangle*, No. 4:02-CV-1811-CEJ, 2006 WL 2051366, at *3 (E.D. Mo. July 20, 2006).

**WHEREFORE**, Defendant respectfully requests that the Court **DENY** Plaintiff's Motion for Return of Bond [DE-177], or in the alternative, **DEFER** ruling until final disposition of the pending post-judgment motions and issues involving potential fraud on the Court.

Respectfully submitted,

Col. David J. Wright
302 General Smith Drive
Richmond, Kentucky 40475

david.wright@globcal.net
Tel: (859) 379-8277

Dated: April 08, 2025
Puerto Carreño, Colombia

## Certificate of Service

I, Col. David J. Wright, hereby certify that on April 8, 2025, I submitted this **Objection to Plaintiff's Motion for Return of Bond [DE-177]** to the Clerk of Court via the Court's Electronic Document Submission System (EDSS), in accordance with General Order No. 25-02.

Upon docketing by the Clerk, notice will be served through the CM/ECF system to the following counsel of record:

Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

**Dated:** April 8, 2025

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

*/s/ Col. David J. Wright*